# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. AND MES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:19-cv-01334-UNA <br><br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Bradley W. Caldwell of CALDWELL CASSADY & CURRY to represent Plaintiffs MIDWEST ENERGY EMISSIONS CORP. AND MES, INC. in the above-captioned matter.

Date: July 17, 2019

DEVLIN LAW FIRM LLC

 */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorney for Plaintiffs*
*Midwest Energy Emissions*
*Corp. and MES, Inc.*

1

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Bradley W. Caldwell of CALDWELL CASSADY & CURRY is granted.


Dated:_____    _____
                                                                                     United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 has been submitted or will be submitted upon filing.

Date: July 17, 2019

       */s/ Bradley W. Caldwell*
       Bradley W. Caldwell
       Caldwell Cassady & Curry
       2101 Cedar Springs Road
       Suite 1000
       Dallas, TX 75201
       (214) 888-4840
       bcaldwell@caldwellcc.com