# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-1334-UNA <br><br> **JURY TRIAL DEMANDED** |

## MIDWEST ENERGY EMISSIONS CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiff Midwest Energy Emissions Corp. makes this corporate disclosure statement.

1. Midwest Energy Emissions Corp. is a corporation organized and existing under the laws of the State of Delaware. No publicly held corporation owns 10% or more of Midwest Energy Emissions Corp.

Dated: July 17, 2019

Respectfully submitted,

**DEVLIN LAW FIRM LLC**

 */s/ James M. Lennon*
James M. Lennon (Bar No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

1

| | |
|---|---|
| **CALDWELL CASSADY CURRY PC** | Bradley W. Caldwell |
| 2101 Cedar Springs Road, Suite 1000 | Texas Bar No. 24040630 |
| Dallas, Texas 75201 | Jason D. Cassady |
| Phone: (214) 888-4848 | Texas Bar No.  24045625 |
| (214) 888-4849 (*fax*) | John Austin Curry |
| bcaldwell@caldwellcc.com | Texas Bar No. 24059636 |
| jcassady@caldwellcc.com | Justin T. Nemunaitis |
| acurry@caldwellcc.com | Texas Bar No. 24065815 |
| jnemunaitis@caldwellcc.com | |
| | *Attorneys for Plaintiffs* |
| | *Midwest Energy Emissions Corp. and* |
| | *MES, Inc.* |