# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-1334-UNA <br><br> **JURY TRIAL DEMANDED** |

## MES INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiff MES, Inc. makes this corporate disclosure statement.

    1.  MES, Inc. is a corporation organized and existing under the laws of the State of North Dakota.  MES, Inc. is a wholly owned subsidiary of Midwest Energy Emissions Corp., a publicly traded company.

Dated: July 17, 2019

Respectfully submitted,

**DEVLIN LAW FIRM LLC**

 */s/ James M. Lennon*
James M. Lennon (Bar No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

1

| | |
|---|---|
| **CALDWELL CASSADY CURRY PC**<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>(214) 888-4849 (*fax*)<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com | Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Jason D. Cassady<br>Texas Bar No.  24045625<br>John Austin Curry<br>Texas Bar No. 24059636<br>Justin T. Nemunaitis<br>Texas Bar No. 24065815<br><br>***Attorneys for Plaintiffs***<br>***Midwest Energy Emissions Corp. and***<br>***MES, Inc.*** |