IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP., ET AL.,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　　　　v.<br><br>**VISTRA ENERGY CORP., ET AL.,**<br>　　　　　　　　**Defendants.** | C.A. No. 1:19-cv-01334-RGA |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

WHEREAS, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (collectively "ME2C") filed their Complaint in the above matter on July 17, 2019, and Defendants Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC (collectively "Vistra") were served with the Complaint on July 19, 2019; and

WHEREAS, the current deadline for Vistra to respond to the Complaint is August 9, 2019; and

WHEREAS, the parties have agreed to a 30-day extension of this deadline up to and including Monday, September 9, 2019.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time for Vistra to answer, move, or otherwise respond to the Complaint is extended to and including September 9, 2019.

| | |
|---|---|
| */s/ James M. Lennon* | */s/ Nitika Gupta Fiorella* |
| James M. Lennon (Bar No. 4570) | Jeremy D. Anderson (Bar No. 4515) |
| DEVLIN LAW FIRM LLC | janderson@fr.com |
| 1526 Gilpin Avenue | Nitika Gupta Fiorella (Bar No. 5898) |
| Wilmington, Delaware 19806 | fiorella@fr.com |
| Telephone: (302) 449-9010 | FISH & RICHARDSON P.C. |
| Facsimile: (302) 353-4251 | 222 Delaware Avenue, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone:  (302) 652-5070 |
| Bradley W. Caldwell | |
| Texas Bar No. 24040630 | *ATTORNEY FOR DEFENDANTS VISTRA* |
| Jason D. Cassady | *ENERGY CORP., IPH, LLC, DYNEGY INC.,* |
| Texas Bar No. 24045625 | *ILLINOIS POWER RESOURCES* |
| John Austin Curry | *GENERATING, LLC, DYNEGY MIDWEST* |
| Texas Bar No. 24059636 | *GENERATION LLC, AND DYNEGY MIAMI* |
| Justin T. Nemunaitis | *FORT, LLC* |
| Texas Bar No. 24065815 | |

CALDWELL CASSADY CURRY PC
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (fax)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

*ATTORNEYS FOR PLAINTIFFS
MIDWEST ENERGY EMISSIONS CORP.
AND MES INC.*

      **SO ORDERED** this _____ day of _____, 2019.

      _____
      United States District Court Judge