IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiff, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-1334-RGA <br><br> **JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H. A. Wagner LLC (collectively, "Talen") have requested an extension until August 9, 2019, to respond to the Complaint in this action;

WHEREAS, the current deadline for Talen to respond to the Complaint is August 9, 2019; and

WHEREAS, the parties have agreed to a 30-day extension of this deadline up to and including Monday, September 9, 2019.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Talen to answer, move, or otherwise respond to Plaintiff's Complaint (D.I. 1) shall be extended from Friday, August 9, 2019, through and including Monday, September 9, 2019.

Respectfully submitted,

**DEVLIN LAW FIRM LLC**

*/s/James M Lennon*
James M. Lennon
1526 Gilpin Avenue
Wilmington, Delaware 19806

Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

| | |
|---|---|
| **CALDWELL CASSADY CURRY PC** | Bradley W. Caldwell |
| 2101 Cedar Springs Road, Suite 1000 | Texas Bar No. 24040630 |
| Dallas, Texas 75201 | Jason D. Cassady |
| Phone: (214) 888-4848 | Texas Bar No.  24045625 |
| (214) 888-4849 (*fax*) | John Austin Curry |
| bcaldwell@caldwellcc.com | Texas Bar No. 24059636 |
| jcassady@caldwellcc.com | Justin T. Nemunaitis |
| acurry@caldwellcc.com | Texas Bar No. 24065815 |
| jnemunaitis@caldwellcc.com | |

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp. and*
*MES Inc.*

Dated: August 1, 2019


**SO ORDERED**,  this_____day of_____, 2019



_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE