IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 1:19-cv-01334-RGA ) |
| VISTRA ENERGY CORP., *et al.,* | ) ) |
| Defendants. | ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

Plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC's (the "CERT Defendants") stipulate and agree, subject to the approval of the Court, that the time for the CERT Defendants to answer, move, or otherwise respond to the Complaint is extended through and including until September 9, 2019.

Dated: August 5, 2019

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

SO ORDERED this _____ day of _____, 2019.

_____
United States District Court Judge