# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| VISTRA ENERGY CORP. et al., | ) ) |
| Defendants. | ) ) ) |

C.A. No. 19-1334-RGA

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs, Midwest Energy Emissions Corp. and MES Inc., and defendants, NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, the "NRG Entities"), and subject to the approval of the Court, that the time for the NRG Entities to move, answer, or otherwise respond to the Complaint shall be extended through and including September 9, 2019.

| | |
|---|---|
| */s/     James M. Lennon* | */s/   Frederick L. Cottrell, III* |
| James M. Lennon (#4570)<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Emissions Corp. and MES Inc.* | Frederick L. Cottrell, III (#2555)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br>cottrell@rlf.com<br><br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC.* |

Dated: August 5, 2019

RLF1 21810645v.2

SO ORDERED this _____ day of _____, 2019.

                                                                                                                         _____
                                                                                                                         United States District Court Judge