IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (RGA) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company, LLC and AEP Texas Inc. to move, answer, or otherwise respond to the Complaint (D.I. 1) is extended to September 9, 2019.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon* <br> James M. Lennon (#4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Rodger D. Smith II* <br> Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company, LLC and AEP Texas Inc.* |

August 7, 2019

SO ORDERED this ___ day of August 2019.

_____
UNITED STATES DISTRICT JUDGE