IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-1334-RGA |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Tyler E. Cragg of Richards, Layton and Finger, P.A., enters his appearance as counsel on behalf of Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC in the above-captioned matter.

    */s/ Tyler E. Cragg*
    Frederick L. Cottrell, III (#2555)
    Tyler E. Cragg (#6398)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 N. King Street
    Wilmington, DE  19801
    302-651-7700
    cottrell@rlf.com
    cragg@rlf.com

    *Attorneys for Defendants NRG Energy, Inc.,*
    *NRG Texas Power LLC, Midwest Generation*
    *EME, LLC, and Midwest Generation, LLC*

Dated: August 8, 2019