# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 19-1334-RGA |

## MOTION AND [PROPOSED] ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Paul R. Morico, Elizabeth Durham Flannery, Ali Dhanani, and Thomas B. Carter, Jr. of Baker Botts, L.L.P., 910 Louisiana Street, Houston, Texas 77002 to represent defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, the "NRG entities") in this action.

*Of Counsel:*

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, TX 77002
713-229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

Dated: August 13, 2019

  */s/ Tyler E. Cragg*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
302-651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC*

IT IS SO ORDERED this _____ day of August, 2019.

 

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Ali Dhanani
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, TX 77002
713-229-1234
ali.dhanani@bakerbotts.com

Dated: __8/13/19__

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Thomas B. Carter, Jr.
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, TX 77002
713-229-1234
thomas.carter@bakerbotts.com

Dated: 8/13/19

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Elizabeth Durham Flannery
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, TX 77002
713-229-1234
liz.flannery@bakerbotts.com

Dated: 8/13/2019

<u>**CERTIFICATION BY COUNSEL**</u>
<u>**TO BE ADMITTED *PRO HAC VICE***</u>

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, and also admitted and in good standing as a member of the Bars of the State of Connecticut, the District of Columbia and the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Paul R. Morico
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, TX 77002
713-229-1234
paul.morico@bakerbotts.com

Dated: 8/13/19