# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | C.A. No. 19-1334-RGA
| VISTRA ENERGY CORP. et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Nitika Gupta Fiorella and the law firm of Fish & Richardson P.C. hereby withdraw their appearance for Defendant Vistra Energy Corp.

PLEASE TAKE FURTHER NOTICE that Frederick L. Cottrell, III, Tyler E. Cragg and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Vistra Energy Corp.

/s/ *Nitika Gupta Fiorella*
Nitika Gupta Fiorella (#5898)
FISH & RICHARDSON P.C.
222 Delaware Avenue
17th Floor, P.O Box 1114
Wilmington, DE 19801
302-652-5070
fiorella@fr.com

*Attorneys for Defendant Vistra Energy Corp.*

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendant Vistra Energy Corp.*

Dated: August 23, 2019