IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 19-1334 (RGA) ) ) **JURY TRIAL DEMANDED** ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and Defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, AJG Iowa Refined Coal LLC, Chem-Mod LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, DTE Ref Holdings, LLC, DTE REF Holdings II LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, and Portage Fuels Company, LLC stipulate and agree, subject to the approval of the Court, that the time for the above Defendants to answer, move, or otherwise respond to the Complaint is extended through and including until September 23, 2019.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants*<br>*Arthur J. Gallagher & Co.*<br>*Gallagher Clean Energy, LLC*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Chem-Mod LLC*<br>*Joppa Refined Coal LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*DTE Ref Holdings, LLC*<br>*DTE REF Holdings II LLC*<br>*Belle River Fuels Company, LLC*<br>*Arbor Fuels Company, LLC*<br>*Portage Fuels Company, LLC* |
| OF COUNSEL:<br><br>Bradley W. Caldwell<br>Jason D. Cassady<br>John Austin Curry<br>Justin T. Nemunaitis<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>(214) 888-4848 | |

August 29, 2019

SO ORDERED this ___day of _____, 2019.

_____
The Honorable Richard G. Andrews

2