


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (RGA) ) ) ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company and AEP Texas Inc., subject to the approval of the Court, that the time for the above Defendants to answer, move, or otherwise respond to the Complaint is extended through and including until October 9, 2019.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon* <br> James M. Lennon (#4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE  19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Rodger D. Smith II* <br> Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company, LLC and AEP Texas Inc.* |

August 29, 2019

SO ORDERED this ___ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE