# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 19-1334-RGA ) ) ) ) ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Nitika Gupta Fiorella and the law firm of Fish & Richardson P.C. hereby withdraw their appearance for Defendants Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, and IPH, LLC.

PLEASE TAKE FURTHER NOTICE that Frederick L. Cottrell, III, Tyler E. Cragg and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, and IPH, LLC.

| | |
|---|---|
| */s/ Nitika Gupta Fiorella* | */s/ Frederick L. Cottrell, III* |
| Nitika Gupta Fiorella (#5898) <br> FISH & RICHARDSON P.C. <br> 222 Delaware Avenue <br> 17th Floor, P.O Box 1114 <br> Wilmington, DE 19801 <br> 302-652-5070 <br> fiorella@fr.com | Frederick L. Cottrell, III (#2555) <br> Tyler E. Cragg <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> 302-651-7700 <br> cottrell@rlf.com <br> cragg@rlf.com |
| *Attorneys for Defendants Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Inc., and Dynegy Midwest Generation, LLC.* <br><br> Dated: August 29, 2019 | *Attorneys for Defendants Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC and IPH, LLC.* |