## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.    )
et al.,                           )
                                  )
            Plaintiffs,           )
                                  )        C.A. No. 19-1334-RGA
      v.                          )
                                  )
VISTRA ENERGY CORP. et al.,       )
                                  )
            Defendants.           )
                                  )

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, Midwest

Energy Emissions Corp. and MES Inc., and defendants, Vistra Energy Corp., Dynegy Miami

Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, and IPH, LLC (collectively, the

"Vistra Entities"), and subject to the approval of the Court, that the time for the Vistra Entities to

move, answer, or otherwise respond to the Complaint shall be extended from September 9, 2019

to September 23, 2019.

| | |
|---|---|
| */s/ James M. Lennon* | */s/ Frederick L. Cottrell, III* |
| James M. Lennon (#4570) | Frederick L. Cottrell, III (#2555) |
| DEVLIN LAW FIRM LLC | Tyler E. Cragg (#6398) |
| 1526 Gilpin Avenue | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19806 | One Rodney Square |
| (302) 449-9010 | 920 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, DE  19801 |
| | 302-651-7700 |
| *Attorneys for Plaintiffs Midwest Emissions* | cottrell@rlf.com |
| *Corp. and MES Inc.* | cragg@rlf.com |

*Attorneys for Defendants Vistra Energy Corp.,
Dynegy Miami Fort, LLC, Dynegy Inc, Dynegy
Midwest Generation, LLC., and  IPH, LLC.*

Dated: August 30, 2019

RLF1 21939813v.1

SO ORDERED this _____ day of _____, 2019.

_____
United States District Court Judge