# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:19-cv-01334-RGA ) ) ) ) ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Robert S. Saunders and Jessica R. Kunz of Skadden, Arps, Slate, Meagher & Flom LLP as counsel on behalf of defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC in the above-captioned action.

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Email:  rob.saunders@skadden.com
Email:  jessica.kunz@skadden.com

*Attorneys for CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC*

DATED:  August 30, 2019

856466-WILSR01A - MSW