# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-01334-RGA |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC (collectively, the "CERT Defendants"), subject to the approval of the Court, that the time for the CERT Defendants to answer, move, or otherwise respond to the Complaint is extended through and including until September 23, 2019.

| | |
|---|---|
| DEVIN LAW FIRM LLC | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| */s/ James M. Lennon*<br>James M. Lennon (ID No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Tel.: (302) 449-9010<br>Email: jlennon@devinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest*<br>*EnergyEmissions Corp. and MES Inc.* | */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>Jessica R. Kunz (ID No. 5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Tel.: (302) 651-3000<br>Email: rob.saunders@skadden.com<br>Email: jessica.kunz@skadden.com<br><br>*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* |

DATED: August 30, 2019

IT IS SO ORDERED this ___ day of _____, 2019.

_____
United States District Judge Richard G. Andrews

856482-WILSR01A - MSW