**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | C.A. No. 19-1334-RGA ) ) |
| VISTRA ENERGY CORP. et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Nitika Gupta Fiorella and the law firm of Fish & Richardson P.C. hereby withdraw their appearance for Defendant Illinois Power Resources Generating, LLC.

PLEASE TAKE FURTHER NOTICE that Frederick L. Cottrell, III, Tyler E. Cragg and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Illinois Power Resources Generating, LLC.

| | |
|---|---|
| */s/ Nitika Gupta Fiorella* | */s/ Frederick L. Cottrell, III* |
| Nitika Gupta Fiorella (#5898) | Frederick L. Cottrell, III (#2555) |
| FISH & RICHARDSON P.C. | Tyler E. Cragg (#6398) |
| 222 Delaware Avenue | RICHARDS, LAYTON & FINGER, P.A. |
| 17th Floor, P.O Box 1114 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| 302-652-5070 | Wilmington, DE  19801 |
| fiorella@fr.com | 302-651-7700 |
| | cottrell@rlf.com |
| *Attorneys for Defendant Illinois Power Resources Generating, LLC.* | cragg@rlf.com |
| | *Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp., Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC.* |
| Dated: September 4, 2019 | |