# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 19-1334-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, Midwest Energy Emissions Corp. and MES Inc., and defendant, Illinois Power Resources Generating, LLC, and subject to the approval of the Court, that the time for Illinois Power Resources Generating, LLC to move, answer, or otherwise respond to the Complaint shall be extended from September 9, 2019 to September 23, 2019.

| | |
|---|---|
| */s/ James M. Lennon* | */s/ Frederick L. Cottrell, III* |
| James M. Lennon (#4570) <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Emissions Corp. and MES Inc.* | Frederick L. Cottrell, III (#2555) <br> Tyler E. Cragg (#6398) <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE  19801 <br> 302-651-7700 <br> cottrell@rlf.com <br> cragg@rlf.com <br><br> *Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC..* |

Dated: September 4, 2019

SO ORDERED this _____ day of _____, 2019.

_____
United States District Court Judge