IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VISTRA ENERGY CORP. et al., )<br>)<br>Defendants. )<br>) | C.A. No. 19-1334-RGA |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Timothy S. Durst, Douglas M. Kubehl, Christa Brown-Sanford, Megan LaDriere, and Mark Johnson of Baker Botts, L.L.P., 2001 Ross Avenue, Suite 900, Dallas, Texas 75201 to represent defendants Vistra Energy Corp., Dynegy Inc., Dynegy Miami Fort, LLC, Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC (collectively, the "Vistra entities") in this action.

| | |
|---|---|
| *Of Counsel:* | */s/ Frederick L. Cottrell, III* <br> Frederick L. Cottrell, III (#2555) <br> Tyler E. Cragg (#6398) |
| Timothy S. Durst <br> Douglas M. Kubehl <br> Christa Brown-Sanford <br> Megan LaDriere <br> Mark Johnson <br> BAKER BOTTS, L.L.P. <br> 2001 Ross Avenue <br> Suite 900 <br> Dallas, Texas 75201 <br> (214) 953-6500 <br> tim.durst@bakerbotts.com <br> doug.kubehl@bakerbotts.com <br> christa.sanford@bakerbotts.com <br> megan.ladriere@bakerbotts.com <br> mark.johnson@bakerbotts.com | RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE  19801 <br> 302-651-7700 <br> cottrell@rlf.com <br> cragg@rlf.com <br><br> *Attorneys for Defendants Vistra Energy Corp. Dynegy Inc., Dynegy Miami Fort, LLC, Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC.* |

Dated: September 17, 2019

IT IS SO ORDERED this _____ day of August, 2019.

                                                                                                                       United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Douglas M. Kubehl
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
(214) 953-6500
doug.kubehl@bakerbotts.com

Dated: 9-17-19

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Christa Brown-Sanford
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
(214) 953-6500
christa.sanford@bakerbotts.com

Dated: 9/17/19

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Megan LaDriere
Megan LaDriere
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
(214) 953-6500
megan.ladriere@bakerbotts.com

Dated: 9/17/19

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Mark Johnson
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
(214) 953-6500
mark.johnson@bakerbotts.com

Dated: 9/17/2019

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Timothy S. Durst*
Timothy S. Durst
BAKER BOTTS, L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
(214) 953-6500
Tim.durst@bakerbotts.com

Dated: Sept. 17, 2019