**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>          Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 1:19-cv-01334-RGA

**MOTION AND [PROPOSED[ ORDER FOR ADMISSIONS *PRO HAC VICE*__**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Douglas R. Nemec and Leslie A. Demers of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 to represent CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC in this action.

|  |  |
|---|---|
| *Of Counsel:* | */s/ Robert S. Saunders* |
|  | Robert S. Saunders (ID No. 3027) |
|  | Jessica R. Kunz (ID No. 5698) |
| Douglas R. Nemec | SKADDEN, ARPS, SLATE, |
| Leslie A. Demers |   MEAGHER & FLOM LLP |
| SKADDEN, ARPS, SLATE, | One Rodney Square |
|   MEAGHER & FLOM LLP | P.O. Box 636 |
| 4 Times Square | Wilmington, Delaware 19899-0636 |
| New York, New York 10036 | Tel.: (302) 651-3000 |
| Tel.: (212) 735-3000 | Email: rob.saunders@skadden.com |
| Email: douglas.nemec@skadden.com | Email: jessica.kunz@skadden.com |
| Email: andrew.gish@skadden.com | |

*Attorneys for CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC LLC*

DATED: September 20, 2019

IT IS SO ORDERED this ___ day of _____, 2019.

_____
  United States District Judge Richard G. Andrews

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Douglas R. Nemec and Leslie A. Demers of Skadden, Arps, Slate, Meagher & Flom LLP is granted.

DATED: _____  

_____
United States District Judge Richard G. Andrews

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York State Bar and also a member of United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, the United States Patent and Trademark Office and the United States Supreme Court according and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/  Douglas R. Nemec*
Douglas R. Nemec
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Tel.:  (212) 735-3000
Email:  douglas.nemec@skadden.com

DATED:  September 20, 2019

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York State Bar and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Leslie A. Demers*
Leslie A. Demers
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Tel.:  (212) 735-3000
Email:  leslie.demers@skadden.com

DATED:  September 20, 2019

856463-WILSR01A - MSW