# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>VISTRA ENERGY CORP., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 19-1334-RGA |

## ENTRY OF APPEARANCE

Please enter the appearance of Francis DiGiovanni, of Drinker Biddle & Reath LLP, as counsel to defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC in the above action.

Dated: September 23, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ Francis DiGiovanni
　　　　　　　　　　　　　　　　　　　Francis DiGiovanni (#3189)
　　　　　　　　　　　　　　　　　　　Drinker Biddle & Reath LLP
　　　　　　　　　　　　　　　　　　　222 Delaware Ave., Ste. 1410
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Phone: (302) 467-4200
　　　　　　　　　　　　　　　　　　　francis.digiovanni@dbr.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*