# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | Civil Action No. 19-1334-RGA |

## ENTRY OF APPEARANCE

Please enter the appearance of Thatcher A. Rahmeier, of Drinker Biddle & Reath LLP, as counsel to defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC in the above action.

Dated: September 23, 2019

/s/ Thatcher A. Rahmeier
Thatcher A. Rahmeier (#5222)
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Phone: (302) 467-4200
thatcher.rahmeier@dbr.com

*Attorney for Defendants*