# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | Civil Action No. 19-1334-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David B. Weaver, Syed K. Fareed, David Tobin, and Emily Pyclik of Baker Botts L.L.P. to represent defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC in this matter.

Dated: September 23, 2019

    */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Phone: (302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission *pro hac vice* is GRANTED.

Dated: September ___, 2019

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and the State Bar of New Mexico, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with the Court's Local Rules.  In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 was electronically submitted to the Clerk's Office prior to the filing of this motion.

Dated:  September 23, 2019

*/s/ David B. Weaver*

David B. Weaver
BAKER BOTTS
98 San Jacinto Blvd., Suite 1500
Austin, TX  78701
(512) 322-2588
david.weaver@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and the New York State Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 was electronically submitted to the Clerk's Office prior to the filing of this motion.

Dated: September 23, 2019

_____
Syed K. Fareed
BAKER BOTTS
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
(512) 322-2658
syed.fareed@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 was electronically submitted to the Clerk's Office prior to the filing of this motion.

Dated:  September 23, 2019

David Tobin
BAKER BOTTS
2001 Ross Avenue, Suite 900
Dallas, TX  75201
(214) 953-6869
david.tobin@bakerbotts.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 was electronically submitted to the Clerk's Office prior to the filing of this motion.

Dated: September 23, 2019

*/s/ Emily Pyclik*
Emily Pyclik
BAKER BOTTS
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
(512) 322-2615
emily.pyclik@bakerbotts.com