# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | |
| Plaintiffs, | |
| v. | C.A. No. 19-1334-RGA |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

## VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, AND DYNEGY MIAMI FORT, LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC (the "Vistra Defendants") move to dismiss the Plaintiffs' claims of joint and several liability and indirect infringement in the Complaint with prejudice for failure to state a claim.  (D.I. 1)  The Vistra Defendants also move to dismiss plaintiff MES Inc. under Fed. R. Civ. P. 12(b)(6) for failure to plead it is a patentee.  The grounds for the motion are set forth in the Vistra Defendants' Opening Brief in Support of its Motion to Dismiss filed contemporaneously herewith.

|  |  |
|---|---|
| *Of Counsel*: |  /s/ Frederick L. Cottrell, III  |
| Timothy S. Durst | Frederick L. Cottrell, III (#2555) |
| Douglas M. Kubehl | Tyler E. Cragg (#6398) |
| Christa Brown-Sanford | RICHARDS, LAYTON & FINGER, P.A. |
| Megan LaDriere | One Rodney Square |
| Mark Johnson | 920 N. King Street |
| BAKER BOTTS L.L.P. | Wilmington, DE 19801 |
| 2001 Ross Avenue, Suite 900 | Tel. (302) 651-7700 |
| Dallas, Texas 75201 | cottrell@rlf.com |
| Tel. (214) 953-6500 | cragg@rlf.com |
| Fac. (214) 953-6503 | |
| tim.durst@bakerbotts.com | *Attorneys for Defendants Vistra Energy Corp.; Dynegy Miami Fort, LLC; Dynegy Inc.; Dynegy Midwest Generation, LLC; IPH, LLC; and Illinois Power Resources Generating, LLC* |
| doug.kubehl@bakerbotts.com | |
| christa.sanford@bakerbotts.com | |
| megan.ladriere@bakerbotts.com | |
| mark.johnson@bakerbotts.com | |

DATED: September 23, 2019