IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | |
| Plaintiffs, | |
| v. | C.A. No. 19-1334-RGA |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

# [PROPOSED] ORDER

WHEREAS, defendants Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC having moved to dismiss Plaintiffs' claims of joint and several liability and indirect infringement with prejudice and to dismiss plaintiff MES Inc. for failure to plead it is a patentee pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"); and

WHEREAS, the Court having considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2019, that the Motion is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE