# EXHIBIT A



# Assignment abstract of title for Application 12419219

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY<br>Edwin S. Olson, Michael J. Holmes, John H. Pavlish | 8168147<br>May 01, 2012 | 20100047146<br>Feb 25, 2010 | 12419219<br>Apr 06, 2009 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042647/0351 | Apr 24, 2017 | Jun 08, 2017 | 23 | 9 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
670 D ENTERPRISE DR
LEWIS CENTER, OHIO 43035

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033698/0612 | Aug 25, 2014 | Sep 09, 2014 | 17 | 10 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE RECEIVING PARTY'S ADDRESS PREVIOUSLY RECORDED ON REEL 033643 FRAME 0436. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignors**
OLSON, EDWIN S.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION
15 NORTH 23RD STREET, STOP 9018
GRAND FORKS, NORTH DAKOTA 58202-9018

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033643/0339 | Aug 25, 2014 | Aug 29, 2014 | 17 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
PAVLISH, JOHN H.

**Correspondent**
SCHWEGMAN LUNDBERG &

WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION
15 NORTH 23RD STREET, STOP 9018
GRAND FORKS, NORTH DAKOTA 58202-9018

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033643/0436 | Aug 25, 2014 | Aug 29, 2014 | 17 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
OLSON, EDWIN S.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION
15 NORTH 23RD STREET, STOP 9018
GRAND FORKS, MINNESOTA 58202-9018

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033643/0538 | Aug 22, 2014 | Aug 29, 2014 | 15 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
HOLMES, MICHAEL J.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION
15 NORTH 23RD STREET, STOP 9018
GRAND FORKS, NORTH DAKOTA 58202-9018