IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334 (RGA) |

**DEFENDANTS NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, AND MIDWEST GENERATION, LLC'S JOINDER IN MOTION TO DISMISS BY DEFENDANTS VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, AND DYNEGY MIAMI FORT, LLC**

Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG") hereby join Defendants Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC's (collectively, "Vistra") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 45) ("Motion to Dismiss"), and the arguments and authorities found therein.

On July 17, 2019, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (collectively, "ME2C") filed their Complaint for Patent Infringement in this matter against more than forty defendants. ME2C's Complaint refers to one group of these defendants, including NRG, as the "Coal Plant Defendants." Among the other "Coal Plant Defendants" accused in this case are Vistra, AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company, LLC, AEP Texas Inc., Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H. A. Wagner LLC. For the reasons set forth in Vistra's Motion to Dismiss, the

1

Complaint provides insufficient support for ME2C's claims of joint and several liability with regards to the "Coal Plant Defendants."  In the Motion to Dismiss, Vistra also moves to dismiss Plaintiff MES Inc. because the Complaint fails to show that MES Inc. is a "patentee" under Section 281.  NRG agrees with and incorporates by reference the factual and legal arguments in the Motion to Dismiss.

NRG joins the Motion to Dismiss subject to the following qualifications.  Vistra's Motion to Dismiss requests dismissal of ME2C's claims of joint and several liability with regards to the "Coal Plant Defendants" under Fed. R. Civ. P. 12(b)(6) and dismissal of Plaintiff MES Inc. under Fed. R. Civ. P. 12(b)(6) because the Complaint fails to show that MES Inc. is a "patentee" under Section 281.  Vistra's Motion to Dismiss also requests dismissal of ME2C's claims of induced infringement by Vistra under Fed. R. Civ. P. 12(b)(6).  NRG joins the portions of Vistra's Motion to Dismiss regarding joint and several liability, induced infringement and failure to establish that MES Inc. is a "patentee" under Section 281.

Because the Complaint provides no allegations or facts to support ME2C's claims of joint and several liability and induced infringement  and fails to establish that Plaintiff MES Inc. is a "patentee" under Section 281, for all of the reasons discussed in Vistra's Motion to Dismiss, NRG joins such Motion to Dismiss and respectfully requests that this Court dismiss ME2C's claims for joint and several liability and induced infringement and dismiss Plaintiff MES Inc. from the Complaint under Fed. R. Civ. P. 12(b)(6).

RLF1 22079148v.2

| | |
|---|---|
| OF COUNSEL: | */s/ Frederick L. Cottrell, III* <br> Frederick L. Cottrell, III (#2555) |
| Paul R. Morico <br> Elizabeth Durham Flannery <br> Ali Dhanani <br> Thomas B. Carter, Jr. <br> BAKER BOTTS L.L.P. <br> One Shell Plaza <br> 910 Louisiana Street <br> Houston, TX 77002 <br> (713) 229-1234 <br> paul.morico@bakerbotts.com <br> liz.flannery@bakerbotts.com <br> ali.dhanani@bakerbotts.com <br> thomas.carter@bakerbotts.com | Tyler E. Cragg (#6398) <br> RICHARDS, LAYTON & FINGER, PA <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> cragg@rlf.com <br><br> *Attorneys for Defendants NRG Energy, Inc.; NRG Texas Power LLC; Midwest Generation EME, LLC; and Midwest Generation, LLC.* |

Dated: September 23, 2019