## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al*., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-01334-RGA |

## THE CERT DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
## FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC (collectively, the "CERT Defendants") respectfully move this Court for an order dismissing plaintiffs' Complaint for Patent Infringement.

The grounds for this motion are set forth in the CERT Defendants' Opening Brief in Support of Their Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6), submitted herewith.

DATED: September 23, 2019

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
4 Times Square
New York, New York 10036
Tel:  (212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com

Respectfully submitted,

*/s/  Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel:  (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*