IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

## MOTION TO DISMISS BY DEFENDANTS TALEN ENERGY CORPORATION, BRANDON SHORES LLC, TALEN GENERATION LLC, AND H.A. WAGNER LLC

Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (collectively "Talen") move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' claims against Talen for inducement of infringement and willful infringement, dismiss the claim that Vistra, NRG, and Talen are jointly and severally liable with each other, and dismiss all claims brought by plaintiff MES Inc. because MES is not a "patentee" under 35 U.S.C. § 281.

Dated:  September 23, 2019

*Of Counsel:*
David B. Weaver
Syed Fareed
Emily Pyclik
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

**DRINKER BIDDLE & REATH LLP**

*/s/Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-01334-RGA |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

**<u>ORDER</u>**

WHEREAS, having considered the Motion to Dismiss filed by defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (the "Motion to Dismiss"), and argument thereon,

The Court GRANTS the Motion to dismiss, thus dismissing Plaintiffs' claims against Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC for inducement of infringement and willful infringement, dismissing the claim that Vistra, NRG, and Talen are jointly and severally liable with each other, and dismissing all claims brought by plaintiff MES Inc. because MES Inc. is not a "patentee" under 35 U.S.C. § 281.

SO ORDERED this _____ day of _____, 20___.

_____
United States District Judge