IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

**DECLARATION OF EMILY PYCLIK IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS TALEN ENERGY CORPORATION, BRANDON SHORES LLC, TALEN GENERATION, LLC, AND H.A. WAGNER LLC**

1. I am an attorney with the law firm of Baker Botts L.L.P., counsel of record for Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit A** is a true and correct copy of a record retrieved from the USPTO's Patent Assignment Search database[1] comprising an assignment record for U.S. Patent No. 10,343,114.

3. Attached as **Exhibit B** is a true and correct copy of a record retrieved from the USPTO's Patent Assignment Search database[2] comprising an assignment record for U.S. Patent No. 8,168,147.

---

[1] *See* Patent Assignment Search, THE UNITED STATES PATENT AND TRADEMARK OFFICE, https://assignment.uspto.gov/patent/index.html#/patent/search/ resultAbstract?id=10343114&type=patNum (last visited September 23, 2019) (assignment records for Patent 10,343,114).

[2] *See* Patent Assignment Search, THE UNITED STATES PATENT AND TRADEMARK OFFICE, https://assignment.uspto.gov/patent/index.html#/patent/ search/resultAbstract?id=8168147&type=patNum (last visited September 23, 2019) (assignment records for Patent 8,168,147).

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: September 23, 2019 | /s/ *Emily Pyclik* <br> Emily Pyclik |