# EXHIBIT A



# Assignment abstract of title for Application 15978760

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY<br>Edwin S. Olson, Michael J. Holmes, John H. Pavlish | 10343114<br>Jul 09, 2019 | 20180257031<br>Sep 13, 2018 | 15978760<br>May 14, 2018 | | |

## Assignments (3 of 3 total)

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049115/0132 | Apr 24, 2017 | May 08, 2019 | 1 | 8 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
670 D ENTERPRISE DR
LEWIS CENTER, OHIO 43035

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049115/0759 | Aug 22, 2014 | May 08, 2019 | 1 | 18 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
PAVLISH, JOHN H.
HOLMES, MICHAEL J.
OLSON, EDWIN S.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION
15 NORTH 23RD STREET
GRAND FORKS, NORTH DAKOTA 58202

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050150/0395 | Aug 22, 2014 | Mar 20, 2019 | 1 | 17 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
HOLMES, MICHAEL J.
PAVLISH, JOHN H.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER P.A.

OLSON, EDWIN S.

**Assignee**
ENERGY AND ENVIRONMENTAL RESEARCH
CENTER FOUNDATION
UNIVERSITY OF NORTH DAKOTA
15 NORTH 23RD STREET
GRAND FORKS, NORTH DAKOTA 58202

P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938