IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334 (RGA) |

**DEFENDANTS NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, AND MIDWEST GENERATION, LLC'S JOINDER IN MOTION TO DISMISS BY DEFENDANTS TALEN ENERGY CORPORATION, TALEN ENERGY HOLDINGS, INC., BRANDON SHORES LLC, TALEN GENERATION LLC, AND H.A. WAGNER LLC**

Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG") hereby join Defendants Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC's (collectively, "Talen") Motion to Dismiss (D.I. 49) ("Motion to Dismiss"), and the arguments and authorities found therein.

On July 17, 2019, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (collectively, "ME2C") filed their Complaint for Patent Infringement in this matter. ME2C's Complaint asserts claims of joint and several liability between NRG, Talen, Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC (collectively, "Vistra"). For the reasons set forth in Talen's Motion to Dismiss, the Complaint provides insufficient support for ME2C's claims of joint and several liability with regards to NRG, Talen, and Vistra. NRG agrees with and incorporates by reference the factual and legal arguments in the Motion to Dismiss. In addition to the factual and legal arguments presented in Talen's

1

Motion to Dismiss, the Complaint fails to assert facts showing that NRG jointly infringed the Asserted Patents, induced others to directly infringe the Asserted Patents, or contributorily infringed the Asserted Patents.  In the Motion to Dismiss, Talen also moves to dismiss Plaintiff MES Inc. because the Complaint fails to show that MES Inc. is a "patentee" under Section 281.

NRG joins the Motion to Dismiss subject to the following qualifications.  Talen's Motion to Dismiss requests dismissal of ME2C's claims of joint and several liability with regards to NRG, Talen, and Vistra under Fed. R. Civ. P. 12(b)(6) and dismissal of Plaintiff MES Inc. under Fed. R. Civ. P. 12(b)(6) because the Complaint fails to show that MES Inc. is a "patentee" under Section 281.  Talen's Motion to Dismiss also requests dismissal of ME2C's claims of willful and induced infringement by Talen under Fed. R. Civ. P. 12(b)(6).  NRG only joins the portions of Talen's Motion to Dismiss regarding joint and several liability, failure to establish that MES Inc. is a "patentee" under Section 281 and induced infringement.  Because the Complaint provides no allegations or facts to support ME2C's claims of joint and several liability, fails to establish that Plaintiff MES Inc. is a "patentee" under Section 281, and fails to adequately allege induced infringement for all of the reasons discussed in Talen's Motion to Dismiss, NRG joins such Motion to Dismiss and respectfully requests that this Court dismiss ME2C's claims for joint and several liability and dismiss Plaintiff MES Inc. from the Complaint and dismiss ME2C's claim for induced infringement under Fed. R. Civ. P. 12(b)(6).

RLF1 22079174v.2

OF COUNSEL:

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

Dated: September 23, 2019

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc.; NRG Texas Power LLC; Midwest Generation EME, LLC; and Midwest Generation, LLC*