## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>VISTRA ENERGY CORP., et al.,<br><br>        Defendants. | Civil Action No. 19-1334-RGA |

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants submit this Rule 7.1 Disclosure Statement and state as follows:

1.     Talen Energy Corporation is a non-governmental corporate party.  The stock of Talen Energy Corporation is owned by portfolio limited liability companies of Riverstone Holdings, LLC, an energy and power-focused private investment firm.  No publicly held corporation owns more than 10% of Talen Energy Corporation's stock.

2.     Talen Generation, LLC, Brandon Shores LLC and H.A. Wagner LLC are Delaware limited liability companies that are wholly owned by Talen Energy Corporation through various intermediary limited liability companies.

_/s/ Francis DiGiovanni_
Francis DiGiovanni, (#3189)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Telephone:  (302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

_Attorneys for Defendants_

Dated:  September 23, 2019