IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | No. 1:19-cv-01334-RGA |

## THE CERT DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC (collectively, the "CERT Defendants") hereby certify that:

1. CERT Coal Holdings LLC is an indirect subsidiary of CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

2. CERT Holdings LLC has no parent corporation and no publicly held company owns 10% or more of its stock.

3. CERT Holdings 2018, LLC is an indirect subsidiary of CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

4. CERT Operations LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

5.      CERT Operations II LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

6.      CERT Operations III LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

7.      CERT Operations IV LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

8.      CERT Operations V LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

9.      CERT Operations RCB LLC is owned by Greenfuels Energy, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

DATED: September 23, 2019      Respectfully submitted,

*/s/ Robert S. Saunders*

| | |
|---|---|
| OF COUNSEL: | Robert S. Saunders (ID No. 3027) |
| Douglas R. Nemec | Jessica R. Kunz (ID No. 5698) |
| Leslie A. Demers | SKADDEN, ARPS, SLATE, MEAGHER & |
| SKADDEN, ARPS, SLATE, MEAGHER & |   FLOM LLP |
|   FLOM LLP | One Rodney Square |
| Four Times Square | P.O. Box 636 |
| New York, NY 10036 | Wilmington, Delaware 19899 |
| Tel: (212) 735-3000 | Tel: (302) 651-3000 |
| douglas.nemec@skadden.com | Fax: (302) 651-3001 |
| leslie.demers@skadden.com | rob.saunders@skadden.com |
| | jessica.kunz@skadden.com |

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*