IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (RGA) ) |
| VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, AEP GENERATION RESOURCES INC., SOUTHWESTERN ELECTRIC POWER CO., CARDINAL OPERATING COMPANY, LLC, AEP TEXAS INC., NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, MIDWEST GENERATION, LLC, TALEN ENERGY CORPORATION, TALEN ENERGY HOLDINGS, INC., BRANDON SHORES LLC, TALEN GENERATION LLC, AND H. A. WAGNER LLC, ARTHUR J. GALLAGHER & CO., GALLAGHER CLEAN ENERGY, LLC, AND AJG COAL, LLC, DTE REF HOLDINGS, LLC, DTE REF HOLDINGS II LLC, CERT COAL HOLDINGS LLC, CERT HOLDINGS LLC, CERT HOLDINGS 2018, LLC, CERT OPERATIONS LLC, CERT OPERATIONS II LLC, CERT OPERATIONS III LLC, CERT OPERATIONS IV LLC, CERT OPERATIONS V LLC, CERT OPERATIONS RCB LLC, CHEM-MOD LLC, AJG IOWA REFINED COAL LLC, JOPPA REFINED COAL LLC, THOMAS HILL REFINED COAL LLC, WAGNER COALTECH LLC, WALTER SCOTT REFINED COAL LLC, LOUISA REFINED COAL, LLC, BELLE RIVER FUELS COMPANY, LLC, ARBOR FUELS COMPANY, LLC, PORTAGE FUELS COMPANY, LLC, AND JOHN DOE LLCS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT PORTAGE FUELS COMPANY, LLC
## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Defendant Portage Fuels Company, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1. Portage Fuels Company, LLC is an indirect subsidiary of DTE Energy Company, a publicly traded corporation.

2. Other than DTE Energy Company, no public company owns ten percent or more of the stock of Portage Fuels Company, LLC.

3. DTE Energy Company has no parent corporation, and no public company owns ten percent or more of the stock of DTE Energy Company.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant Portage Fuels Company, LLC*

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

September 23, 2019

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2019, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Tyler E. Cragg, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Timothy S. Durst, Esquire<br>Douglas M. Kubehl, Esquire<br>Christa Brown-Sanford, Esquire<br>Megan LaDriere, Esquire<br>Mark Johnson, Esquire<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX  75201<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Jessica R. Kunz, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |
| Douglas R. Nemec, Esquire<br>Leslie A. Demers, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |

Francis DiGiovanni, Esquire  VIA ELECTRONIC MAIL
Thatcher A. Rahmeier, Esquire
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC*

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)

3