## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP. et al.,

      Plaintiffs,

      v.

VISTRA ENERGY CORP. et al.,

      Defendants.

C.A. No. 19-1334-RGA

## DEFENDANTS VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION, LLC, AND DYNEGY MIAMI FORT, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation, LLC, and Dynegy Miami Fort, LLC state the following:

1.      Vistra Energy Corp. has no parent corporation and, except for Brookfield Asset Management Inc. (and certain affiliates and subsidiaries thereof), no publicly held corporation owns 10% or more of the stock in Vistra Energy Corp.

2.      IPH, LLC is an indirect, wholly owned subsidiary of Vistra Energy Corp., which is a publicly held corporation.

3.      Dynegy Inc. has no parent corporation and no publicly held corporation owns 10% or more of the stock in Dynegy Inc. because it is no longer a legal entity.

4.      Illinois Power Resources Generating, LLC is an indirect, wholly owned subsidiary of Vistra Energy Corp., which is a publicly held corporation.

5.      Dynegy Midwest Generation, LLC is an indirect, wholly owned subsidiary of Vistra Energy Corp., which is a publicly held corporation.

6.      Dynegy Miami Fort, LLC is an indirect, wholly owned subsidiary of Vistra

Energy Corp., which is a publicly held corporation.

|  |  |
|---|---|
| | _/s/ Frederick L. Cottrell, III_____ |
| *Of Counsel*: | Frederick L. Cottrell, III (#2555) |
| Timothy S. Durst | Tyler E. Cragg (#6398) |
| Douglas M. Kubehl | RICHARDS, LAYTON & FINGER, P.A. |
| Christa Brown-Sanford | One Rodney Square |
| Megan LaDriere | 920 N. King Street |
| Mark Johnson | Wilmington, DE 19801 |
| BAKER BOTTS L.L.P. | Tel. (302) 651-7700 |
| 2001 Ross Avenue, Suite 900 | cottrell@rlf.com |
| Dallas, Texas 75201 | cragg@rlf.com |
| Tel. (214) 953-6500 | |
| Fac. (214) 953-6503 | *Attorneys for Defendants Vistra Energy* |
| tim.durst@bakerbotts.com | *Corp.; Dynegy Miami Fort, LLC; Dynegy* |
| doug.kubehl@bakerbotts.com | *Inc.; Dynegy Midwest Generation, LLC;* |
| christa.sanford@bakerbotts.com | *IPH, LLC; and Illinois Power Resources* |
| megan.ladriere@bakerbotts.com | *Generating, LLC* |
| mark.johnson@bakerbotts.com | |

DATED: September 24, 2019