# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | |
| Plaintiffs, | |
| v. | C.A. No. 19-1334-RGA |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

## DEFENDANTS NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, AND MIDWEST GENERATION, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC state the following:

1. NRG Energy, Inc. has no parent corporation and no publicly held corporation owns 10% or more of the stock in NRG Energy, Inc.

2. NRG Texas Power LLC is an indirect, wholly owned, subsidiary of NRG Energy, Inc., which is a publicly held corporation.

3. Midwest Generation EME, LLC is an indirect, wholly owned, subsidiary of NRG Energy, Inc., which is a publicly held corporation.

4. Midwest Generation, LLC is an indirect, wholly owned, subsidiary of NRG Energy, Inc., which is a publicly held corporation.

OF COUNSEL:

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

Dated: September 26, 2019

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc.; NRG Texas Power LLC; Midwest Generation EME, LLC; and Midwest Generation, LLC*