IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., et al., | § § § | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TALEN ENERGY HOLDINGS, INC. PURSUANT TO RULE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiffs hereby dismiss defendant Talen Energy Holdings, Inc., voluntarily and without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 30, 2019

DEVLIN LAW FIRM LLC

*/s/ James Gorman, III*
James Gorman III (No. 6284)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jgorman@devlinlawfirm.com

*Attorneys for Plaintiffs, Midwest Energy Emissions Corp. and MES. Inc.*