IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VISTRA ENERGY CORP., ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-01334-RGA<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC (collectively, the "Talen Entities"), Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, AJG Iowa Refined Coal LLC, Chem-Mod LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, DTE Ref Holdings, LLC, DTE REF Holdings II LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, and Portage Fuels Company, LLC (collectively, the "Moving Refined Coal Defendants"), Illinois Power Resources Generating, LLC, Vistra Energy Corp., Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, and IPH, LLC (collectively, the "Vistra Entities"), NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, the "NRG Entities"), CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC's (the "CERT Defendants") stipulate and agree, subject to the approval of the Court, that the time for the above Plaintiffs to respond to Defendants' Motions to Dismiss (D.I. Nos. 45, 47, 48, 49, 53,

1

and 55) is extended through and including until October 15, 2019.  Additionally, Defendants' reply briefs to the above motions are extended through and including October 29, 2019.

Dated: October 4, 2019

| **DEVLIN LAW FIRM LLC** | **DRINKER BIDDLE & REATH LLP** |
|---|---|
| /s/ James M. Lennon | /s/ Francis DiGiovanni |
| James M. Lennon (No. 4570) | Francis DiGiovanni (#3189) |
| 1526 Gilpin Avenue | Thatcher A. Rahmeier (#5222) |
| Wilmington, DE 19806 | 222 Delaware Avenue, Suite 1410 |
| (302) 449-9010 | Wilmington, DE 19801 |
| jlennon@devlinlawfirm.com | (302) 467-4200 |
| | francis.digiovanni@dbr.com |
| | thatcher.rahmeier@dbr.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Tyler E. Cragg |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Brian P. Egan (#6227) | Tyler E. Cragg (#6398) |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| began@mnat.com | cragg@rlf.com |
| *Attorneys for Defendants*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Arthur J. Gallagher & Co.*<br>*Belle River Fuels Company, LLC*<br>*Chem-Mod-LLC*<br>*DTE REF Holdings LLC*<br>*DTE REF Holdings II LLC*<br>*Gallagher Clean Energy LLC*<br>*Joppa Refined Coal LLC* | *Attorneys for Defendants Vistra Energy Corp.. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC; and NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC* |

2

*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

**SKADDEN, ARPS, SLATE, MEAGHER   & FLOM LLP**

/s/ *Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holding LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations II LLC, CERT Operations III, LLC, CERT Operations IV, LLC, CERT Operations V LLC, and CERT Operations RBC LLC*

SO ORDERED this ___ day of October, 2019.

_____
United States District Court Judge