IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>                    Plaintiffs, <br><br>     v. <br><br> VISTRA ENERGY CORP., et al., <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) )   C.A. No. 19-1334 (RGA) |

## STIPULATED DISMISSAL OF
## DEFENDANT CARDINAL OPERATING COMPANY, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between the parties Midwest Energy Emissions Corp., MES Inc. and Cardinal Operating Company, LLC that, subject to the Court's approval, the plaintiff's claims against Cardinal Operating Company, LLC be and hereby are voluntarily dismissed in their entirety without prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).  This stipulation does not affect any other claim brought against any other party.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon* <br> James M. Lennon (#4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE  19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Rodger D. Smith II* <br> Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., Cardinal Operating Company, LLC and AEP Texas Inc.* |

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX 75201

October 7, 2019

OF COUNSEL:

Aaron Barlow
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923-8308

SO ORDERED this ___ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE