IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. <br> and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS AEP GENERATION RESOURCES INC., SOUTHWESTERN
ELECTRIC POWER CO., AND AEP TEXAS INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc. state the following:

1. AEP Generation Resources Inc. is an indirect, wholly owned subsidiary of American Electric Power Company, Inc., a publicly traded corporation.

2. Southwestern Electric Power Co. is a wholly owned subsidiary of American Electric Power Company, Inc., a publicly traded corporation.

3. AEP Texas Inc. is a wholly owned subsidiary of American Electric Power Company, Inc., a publicly traded corporation.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Randall E. Mehrberg<br>Terri L. Mascherin<br>Aaron A. Barlow<br>Ren-How Harn<br>JENNER & BLOCK LLP<br>353 N. Clark Street,<br>Chicago, IL  60654-3456<br>(312) 222-9350<br><br>Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC  20001-4412<br>(202) 639-6000<br><br> October 9, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 9, 2019, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)