*Exhibit 1*

Exhibit F to
Third Amended Complaint


*Nalco Co. v. Chem-Mod LLC et al.*,
Case No. 1:14-cv-02510 (N.D. Ill.)

*Nalco Company v. Chem-Mod, LLC, et al.*
Initial Infringement Contentions for U.S. Patent No. 6,808,692
Accused Process: the Chem-Mod™ Solution

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 1. A method of treating coal combustion flue gas containing mercury, comprising: | The Chem-Mod™ Solution literally comprises a method of treating coal combustion flue gas containing mercury.<br><br>See, e.g.,<br>Ex. A[1] at 4 ("Conventional coal is treated with The Chem-Mod™ Solution to capture mercury, nitrogen oxides and sulfur dioxide.");<br>Ex. A at 10 ( "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");<br>Ex. B[2] at 5 ("Chem-Mod's technology substantially reduces emissions at coal-fired power plants: -Mercury…");<br>Ex. B at 49 (one of "Chem-Mod's Many Advantages" is "Removes Elemental Mercury");<br>Ex. E[3] at 1 ("The Chem-Mod™ Solution, offers a proven, cost-effective and viable solution for coal-fired power plants seeking to meet and exceed regulatory requirements and improve environmental stewardship by reducing air emissions of mercury, sulfur dioxide, nitrogen oxide and other air pollutants with minimal impacts to operations.");<br><br>██████████████████████████████ |
| injecting a bromide compound that | The Chem-Mod™ Solution literally includes injecting a bromide compound that is a |

[1] Exhibit A is the Presentation titled "Clean Energy Investments Conference Call April 11, 2012"
[2] Exhibit B is the Presentation titled "Mercury Emission Control Utilizing the Chem-Mod Process"
[3] Exhibit E is the Chem-Mod website, www.chem-mod.com (last accessed on October 23, 2014)

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| is a thermolabile molecular bromine precursor into said flue gas to effect oxidation of elemental mercury to a mercuric bromide and | thermolabile molecular bromine precursor into coal combustion flue gas to effect oxidation of elemental mercury to a mercuric bromide.<br><br>In the Chem-Mod™ Solution, the additive MerSorb™ is injected into coal combustion flue gas to effect oxidation of elemental mercury to a mercuric bromide. See, e.g.,<br>Ex. B at 24 (showing "reagent injection options" including injection of MerSorb mixed with coal into coal furnace via "coal injectors");<br><br><br><br>Ex. E at 5 ("The The Chem-Mod™ Solution system uses two different types of sorbents which are added to the boiler before, during or after combustion.") |

2

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

MerSorb comprises a bromide compound that is a thermolabile molecular bromine precursor to effect oxidation of elemental mercury to a mercuric bromide. Specifically, MerSorb contains calcium bromide, i.e., a bromide compound.
See, e.g.,
Ex. C[4] at 1 (showing that MerSorb is approximately 51.5 % or greater calcium bromide);

█████████████████████████████████████████████████

Calcium bromide ($CaBr_2$) is a bromide compound that is a thermolabile molecular bromine precursor. At temperatures typical of coal combustion flue gas, calcium bromide decomposes to species that are precursors to molecular bromine ($Br_2$). Molecular bromine oxidizes elemental mercury to a mercuric bromide.

█████████████████████████████████████████████████

Ex. B at 6 ("Dual Reagent System –MerSorb for oxidation of Heavy Metal including Mercury");
Ex. A at 10 (showing MerSorb, S-Sorb, and coal mixture, and "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.").

If the Court were to narrowly require the term "injecting a bromide compound that is a thermolabile molecular bromine precursor into said flue gas to effect oxidation of elemental mercury to a mercuric bromide" to require that the claimed injecting occur at a particular location in a coal-fired plant, or that the claimed injecting is limited to only a thermolabile molecular bromine precursor as opposed to a mixture

---

[4] Exhibit C is the Document titled "Chem-Mod Material Safety Data Sheet – MerSorb"

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

of the a thermolabile molecular bromine precursor mixed with other additives and/or coal, (which Nalco contends would be an incorrect construction), then the Chem-Mod Solution™ would nevertheless meet this term under the doctrine of equivalents.

As explained above, MerSorb is a bromide compound that is a thermolabile molecular bromine precursor which effects oxidation of elemental mercury to a mercuric bromide. Injecting MerSorb mixed with other additives and/or coal into a coal-fired plant is at least equivalent to injecting a bromide compound that is a thermolabile molecular bromine precursor into coal combustion flue gas. The function of the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor into coal combustion flue gas is to make the thermolabile molecular bromine precursor available to decompose at temperatures typical of coal combustion flue gas. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, MerSorb is available to decompose at temperatures typical of coal combustion flue gas. This is at least substantially the same as the function of the literal claim element.

The way in which the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor into coal combustion flue gas performs this function is by adding the bromide compound such that it interacts with the coal combustion flue gas and decomposes at temperatures typical of coal combustion flue gas to species that are precursors to molecular bromine, which oxidizes elemental mercury. When MerSorb mixed with other additives and/or coal is injected into a coal-fired plant, a bromide compound that is a thermolabile molecular bromine precursor interacts with the coal combustion flue gas and decomposes at temperatures typical of coal combustion flue gas to species that are precursors to molecular bromine, which oxidizes elemental mercury. This is at least substantially the same as the way the function is performed in the literal claim element.

4

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | The result achieved by the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor into coal combustion flue gas is the oxidation of elemental mercury to a mercuric bromide. When MerSorb mixed with other additives and/or is injected into a coal-fired plant, the MerSorb decomposes to species that are precursors to elemental bromine, which effects oxidation of mercury. This is at least substantially the same as the literal claim element. |
|---|---|
| providing alkaline solid particles in said flue gas ahead of a particulate collection device, in order to adsorb at least a portion of said mercuric bromide. | The Chem-Mod™ Solution literally includes providing alkaline solid particles in coal combustion flue gas ahead of a particulate collection device, in order to adsorb at least a portion of said mercuric bromide.<br><br>In the Chem-Mod™ Solution, alkaline solid particles are provided in coal combustion flue gas during quenching via fragmentation, agglomeration, and/or nucleation.  The alkaline solid particles are provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot). The mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are alkaline.<br>See, e.g., Ex. D[5] at 4 (showing S-Sorb has pH of 10-13);<br><br>████████████████████████████<br>████████████████████<br><br>Further, the oxidation of these mineral components during combustion and quenching makes these particles alkaline.<br><br>In at least some applications of the Chem-Mod Solution™, alkaline solid particles |

[5] Exhibit D is the attached document titled "Chem-Mod Material Safety Data Sheet – S-Sorb III"

5

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

are provided when S-Sorb is introduced in the upper level furnace door of a coal-fired plant.
See, e.g.
Ex. B at 24 (schematic showing "Reagent Injection Options" including injection of S-Sorb at upper level furnace door);
S-Sorb is a composite of lime (calcium oxide), limestone (calcium carbonate), and other mineral components. S-Sorb is alkaline.
See, e.g.,

[black redaction box]

Ex. D at 1, 4 (showing composition of S-Sorb and that S-Sorb is "alkaline").

In the Chem-Mod™ Solution, the alkaline solid particles adsorb at least a portion of mercuric bromide.
See, e.g.,
Ex. A at 10-11 (noting that mercury is captured or "encapsulated");
Ex. A at 10 ("When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");
Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");
Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix.");

[black redaction box]

In the Chem-Mod Solution™, the alkaline solid particles are provided in coal combustion flue gas ahead of a particulate collection device such as a cold-side ESP, a fabric filter (such as a baghouse), a hot-side ESP, a spray dryer fabric filter, a wet

6

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | scrubber, and/or a cyclone.<br>See, e.g.,<br>Ex. B at 10-11 (noting that the EERC Combustion Test Facility included an electrostatic precipitator and a high-temperature baghouse);<br>Ex. B at 30 (noting the Full Scale Test involved power plants including ESPs and/or baghouses);<br><br>████████████████████████████<br>████████████████████████████<br>████████████████████████████<br>████████████████████████ |
|---|---|

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 8. A method as claimed in claim 1, wherein the alkaline solid particles are alkaline coal fly ash particles. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the alkaline solid particles literally include alkaline coal fly ash particles. The alkaline solid particles provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are fly ash.<br><br>See, e.g.,<br>Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");<br>Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix."). |

7

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 9. A method as claimed in claim **8**, wherein the coal fly ash particles are those derived from combustion of subbituminous or lignite coal. | The infringement support for claim 8 is hereby incorporated by reference.<br><br>In at least some applications of the Chem-Mod™ Solution, the coal fly ash particles literally are those derived from combustion of subbituminous or lignite coal.<br>See, e.g.,<br>Ex. B at 12 (showing test results for the Chem-Mod™ Solution for combustion of subbituminous coal), 29 (showing results for the Chem-Mod™ Solution for combustion of subbituminous and bituminous coal);<br>████████████████████ |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 10. A method as claimed in claim 1, wherein the alkaline solid particles are those derived from the fusion of coal ash with alkali and an alkali flux. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the alkaline solid particles literally include coal fly ash particles derived from the fusion of coal ash with alkali and alkali flux.<br><br>The alkaline solid particles in claim 1 include those derived from S-Sorb. S-Sorb contains alkali (calcium oxide and/or calcium carbonate) and an alkali flux such as silicon, and/or aluminum, and/or iron containing compounds, e.g., oxides (calcium silicate, aluminum oxide, aluminum silicates, iron oxide, iron silicates, and/or silica).<br>See, e.g. Ex. D at 1 (showing composition of S-Sorb);<br>████████████ |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 11. A method as claimed in claim 1, wherein the alkaline solid particles are those derived from the decomposition of the thermolabile molecular bromine precursor. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the alkaline solid particles literally include those derived from the decomposition of the thermolabile molecular bromine precursor. These alkaline solid particles are derived from the decomposition MerSorb into a calcium component, nucleated with uncombusted carbon from coal (char and/or soot).<br>See, e.g.<br>Ex. E at 5 ("The Chem-Mod™ Solution's sorbents are also reagents, meaning their addition to the boiler results in a chemical reaction. Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix.");<br>███████████ |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 12. A method as claimed in claim 1, wherein the alkaline solid particles are those derived from flue gas desulphurization solids. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the alkaline solid particles literally include those derived from flue gas desulphurization solids. These particles are derived from calcium and/or magnesium components of S-Sorb combined with uncombusted carbon from coal (char and/or soot). S-Sorb contains flue gas desulphurization solids such as lime (calcium oxide) and magnesium oxide or limestone (calcium carbonate).<br>See, e.g.,<br>Ex. D at 1 (showing composition of S-Sorb);<br>███████████ |

9

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 13. The method as claimed in claim 1, wherein said particulate matter collection device is an electrostatic precipitator. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution is practiced in coal-fired plants where the particulate matter collection device literally is an electrostatic precipitator ("ESP"). The Chem-Mod™ Solution is practiced in coal-fired plants that contain both cold-side and hot-side ESPs.<br>See, e.g.<br>Ex. B at 44 (noting that "Commercial Operations" in "Power Plants" include use of the Chem-Mod™ Solution in plants with ESPs);<br>Ex. B at 10-11 (noting that the EERC Combustion Test Facility at which Defendants tested the Chem-Mod™ Solution included an electrostatic precipitator);<br>Ex. B at 30, 34 (noting the "Full Scale Test" of the Chem-Mod™ Solution involved power plants with ESPs);<br><br>███████████████████████████████████ |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 14. The method as claimed in claim 1, wherein said particulate matter collection device is a baghouse. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution is practiced in coal-fired plants where the particulate matter collection device literally is a baghouse. The Chem-Mod™ Solution is practiced in coal-fired plants that contain a baghouse particulate matter collection device.<br>See, e.g. |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | Ex. B at 44 (noting that "Commercial Operations" in "Power Plants" include use of the Chem-Mod™ Solution in plants with baghouses); Ex. B at 10-11 (noting that the EERC Combustion Test Facility at which Defendants tested the Chem-Mod™ Solution included . . . a high-temperature baghouse); Ex. B at 30, 34 (noting the "Full Scale Test" of the Chem-Mod™ Solution involved power plants with baghouses). |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 15. The method as claimed in claim 1, wherein said particulate matter collection device is a fabric filter. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution is practiced in coal-fired plants where the particulate collection device literally is a fabric filter. The Chem-Mod™ Solution is practiced in coal-fired plants that contain a fabric filter particulate matter collection device. See, e.g., Ex. B at 44 (noting that "Commercial Operations" in "Power Plants" include use of the Chem-Mod™ Solution in plants with baghouses); Ex. B at 10-11 (noting that the EERC Combustion Test Facility at which Defendants tested the Chem-Mod™ Solution included a high-temperature baghouse); Ex. B at 30, 34 (noting the "Full Scale Test" of the Chem-Mod™ Solution involved power plants with baghouse). |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 16. The method as claimed in claim 1, wherein the resulting treated flue gas having had particulate matter removed is passed through a flue gas desulphurization system (FGD) containing a liquid. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution is practiced in coal-fired plants where the resulting treated flue gas having had particulate matter removed literally is passed through a flue gas desulphurization system (FGD) containing a liquid. The Chem-Mod™ Solution is practiced in coal-fired plants that contain a baghouse or electrostatic precipitator and a wet FGD scrubber. See, e.g. Ex. B at 10 (showing schematic of Combustion Test Facility including a wet |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

|  | scrubber);<br>Ex. B at 44 ( noting that "Commercial Operations" in "Power Plants" include use of the Chem-Mod™ Solution use in stations with a baghouse or ESP and a wet scrubber). |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
| --- | --- |
| 17. The method as claimed in claim 11, wherein the alkaline particles contain lime. | The infringement support for claim 11 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, alkaline solid particles literally include those that contain lime. When MerSorb decomposes in a coal combustion furnace, the calcium component of MerSorb nucleates to form calcium oxide (lime) alkaline solid particles with uncombusted carbon from coal (char and/or soot). |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
| --- | --- |
| 18. The method as claimed in claim 1, wherein the mercuric bromide containing alkaline solid particles are suitable for use in cementitious products. | The infringement support for claim 1 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the mercuric bromide containing alkaline solid particles literally are suitable for use in cementitious products.<br><br>The alkaline solid articles which contain mercuric bromide, by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are suitable for use in cementitious products.<br>See, e.g.<br>Ex. A at 10-11 (noting that ash from The Chem-Mod™ Solution can be "used in making concrete" or "used in concrete production");<br>Ex. E at 5 ("The system's main byproduct is a high-quality, essentially non-leachable fly ash based on Toxicity Characteristic Leaching Procedure (TCLP) test results. The fly ash has been proven to increase the strength of concrete mixes versus standard |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | cement and fly ash (Type C) mixes. This fly ash can replace between 30 and 50 percent of Portland cement when making concrete, creating a more reliable revenue stream for plant operators who choose to sell the byproduct.") |
|---|---|

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 19. A method of treating flue gas that contains elemental mercury, wherein the flue gas is produced during the combustion of coal, said method comprising the steps of: | The Chem-Mod™ Solution literally comprises a method of treating flue gas that contains elemental mercury, wherein the flue gas is produced during the combustion of coal.<br><br>See, e.g.,<br>Ex. A at 4 ("Conventional coal is treated with The Chem-Mod™ Solution to capture mercury, nitrogen oxides and sulfur dioxide.");<br>Ex. A at 10 ("When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");<br>Ex. B at 5 ("Chem-Mod's technology substantially reduces emissions at coal-fired power plants: -Mercury…");<br>Ex. B at 49 (one of "Chem-Mod's Many Advantages" is "Removes Elemental Mercury");<br>Ex. E at 1 ("The Chem-Mod™ Solution, offers a proven, cost-effective and viable solution for coal-fired power plants seeking to meet and exceed regulatory requirements and improve environmental stewardship by reducing air emissions of mercury, sulfur dioxide, nitrogen oxide and other air pollutants with minimal impacts to operations.");<br><br>███████████████████████████████████ |

13

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| (a) injecting into the flue gas a bromide compound that is a thermolabile molecular bromine precursor selected from the group consisting of calcium compounds and magnesium compounds, whereby the elemental mercury is oxidized to form mercuric bromide; and | The Chem-Mod™ Solution literally includes injecting into the flue gas produced during the combustion of coal a bromide compound that is a thermolabile molecular bromine precursor and that is also a calcium compound, whereby elemental mercury is oxidized to form mercuric bromide.<br><br>In the Chem-Mod™ Solution, the additive MerSorb™ is injected into flue gas produced during the combustion of coal.<br>See, e.g.,<br>Ex. B at 24 (showing "reagent injection options" including injection of coal with MerSorb™ mixed with coal into coal furnace via "coal injectors")<br><br><br><br>Ex. E at 5 ("The The Chem-Mod™ Solution system uses two different types of sorbents which are added to the boiler before, during or after combustion.") |

14

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

MerSorb comprises a bromide compound that is a thermolabile molecular bromine precursor and that is also a calcium compound. Specifically, MerSorb contains calcium bromide.

See, e.g.,

Ex. C at 1 (showing that MerSorb is approximately 51.5% or greater calcium bromide);

Calcium bromide is a calcium salt, which is a calcium compound. Therefore, MerSorb is a bromide compound that is a thermolabile molecular bromine precursor selected from the group consisting of calcium compounds and magnesium compounds.

Calcium bromide is a thermolabile molecular bromine precursor. At temperatures typical of flue gas produced during the combustion of coal, calcium bromide decomposes to species that are precursors to molecular bromine ($Br_2$). Molecular bromine is a reactant to oxidize elemental mercury to a mercuric bromide.

Ex. B at 6 ("Dual Reagent System –MerSorb for oxidation of Heavy Metal including Mercury");

Ex. A at 10 (showing MerSorb, S-Sorb, and coal mixture, and "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.").

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

If the Court were to narrowly construe the term "injecting into the flue gas a bromide compound that is a thermolabile molecular bromine precursor selected from the group consisting of calcium compounds and magnesium compounds" to require the claimed injecting occur at a particular location in a coal-fired plant, or that the injecting is limited to only a thermolabile molecular bromine precursor, as opposed to a mixture of the thermolabile molecular bromine precursor mixed with other additives and/or coal (which Nalco contends would be an incorrect construction) then the Chem-Mod Solution™ would nevertheless meet this term under the doctrine of equivalents.

As explained above, MerSorb is a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound which effects oxidation of elemental mercury to a mercuric bromide. Injecting MerSorb mixed with other additives and/or coal into a coal-fired plant is at least equivalent to injecting a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound into flue gas produced during the combustion of coal. The function of the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound into flue gas produced during the combustion of coal is to make the thermolabile molecular bromine precursor available to decompose at temperatures typical of flue gas produced during the combustion of coal. When MerSorb mixed with other additives and/or coal is injected into a coal-fired plant, MerSorb is available to decompose at temperatures typical of flue gas produced during the combustion of coal. This is at least substantially the same as the function of the literal claim element.

The way in which the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound into flue gas produced during the combustion of coal performs this function is by adding the thermolabile molecular bromine precursor such that it interacts with the coal combustion flue gas and decomposes at temperatures typical of

16

| | |
|---|---|
| | flue gas produced during the combustion of coal to species that are precursors to molecular bromine, which oxidizes elemental mercury. When MerSorb mixed with other additives and/or coal is injected into a coal-fired plant, a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound interacts with the flue gas produced during the combustion of coal and decomposes at temperatures typical flue gas produced during the combustion of coal to species that are precursors to molecular bromine, which oxidizes elemental mercury. This is at least substantially the same as the way the function is performed in the literal claim element.

The result achieved by the claim element injecting a bromide compound that is a thermolabile molecular bromine precursor and that is a calcium compound into flue gas produced during the combustion of coal is to oxidize elemental mercury to a mercuric bromide. When MerSorb mixed with other additives and/or coal is injected into a coal-fired plant, the molecular bromine formed from species produced from the decomposition of MerSorb oxidizes elemental mercury to mercuric bromide. This is at least substantially the same as the literal claim element claim. |
| (b) providing solid alkaline particles in said flue gas upstream of a particulate collection device, whereby at least a portion of the mercuric bromide produced at Step (a) is adsorbed by the solid alkaline particles. | The Chem-Mod™ Solution literally includes providing alkaline solid particles in flue gas produced during the combustion of coal upstream of a particulate collection device, and at least a portion of said mercuric bromide is adsorbed by the solid alkaline particles.

In the Chem-Mod™ Solution, alkaline solid particles are provided in coal combustion flue gas during quenching via fragmentation, agglomeration, and/or nucleation. The alkaline solid particles are provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot). The mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are alkaline. See, e.g., |

17

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Ex. D at 4 (showing S-Sorb has pH of 10-13);

███████████████████████████████████
███████████████████████

Further, the oxidation of these mineral components during combustion and quenching makes these particles alkaline.

In at least some applications of the Chem-Mod Solution™, alkaline solid particles are provided when S-Sorb is introduced in the upper level furnace door in a coal-fired plant.
See, e.g.
Ex. B at 24 (schematic showing "Reagent Injection Options" including injection of S-Sorb at upper level furnace door);
S-Sorb is a composite of lime (calcium oxide), limestone (calcium carbonate), and other mineral components. S-Sorb is alkaline.
See, e.g.,

███████████████████████████████████
███████████████████████

Ex. D at 1, 4 (showing composition of S-Sorb and that S-Sorb is "alkaline").

In the Chem-Mod™ Solution, the alkaline solid particles adsorb at least a portion of mercuric bromide.
See, e.g.,
Ex. A at 10-11 (noting that mercury is captured or "encapsulated");
Ex. A at 10 ("When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");
Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");
Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash

18

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | and bound in a ceramic-like matrix."); |
|---|---|
| | ████████████████████████ |
| | In the Chem-Mod Solution™, the alkaline solid particles are provided in coal combustion flue gas produced during the combustion of coal upstream of a particulate collection device such as a cold-side ESP, a fabric filter (such as a baghouse), a hot-side ESP, a spray dryer fabric filter, a wet scrubber, and/or a cyclone. |
| | See, e.g., |
| | Ex. B at 10-11 (noting that the EERC Combustion Test Facility included an electrostatic precipitator and a high-temperature baghouse); |
| | Ex. B at 30 (noting the Full Scale Test involved power plants including ESPs and/or baghouses); |
| | ████████████████████████ |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 20. A method of treating flue gas that contains elemental mercury, wherein the flue gas is produced during the combustion of coal, said method comprising the steps of: | The Chem-Mod™ Solution literally comprises a method of treating flue gas that contains elemental mercury, where the flue gas is produced during the combustion of coal. |
| | As shown below, when used, in The Chem-Mod™ Solution, reagents are used to treat flue gas containing elemental mercury produced during the combustion of coal. |
| | See, e.g., |
| | Ex. A at 4 ("Conventional coal is treated with The Chem-Mod™ Solution to capture |

19

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | mercury, nitrogen oxides and sulfur dioxide.");<br>Ex. A at 10 ("When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");<br>Ex. B at 5 ("Chem-Mod's technology substantially reduces emissions at coal-fired power plants: -Mercury…");<br>Ex. B at 49 (one of "Chem-Mod's Many Advantages" is "Removes Elemental Mercury");<br>Ex. E at 1 ("The Chem-Mod™ Solution, offers a proven, cost-effective and viable solution for coal-fired power plants seeking to meet and exceed regulatory requirements and improve environmental stewardship by reducing air emissions of mercury, sulfur dioxide, nitrogen oxide and other air pollutants with minimal impacts to operations.");<br>██████████████████████ |
|---|---|
| (a) injecting into the flue gas a thermolabile molecular halogen precursor, whereby the elemental mercury is oxidized to form mercuric halide; and | The Chem-Mod™ Solution literally includes injecting into the flue gas produced during coal combustion a thermolabile molecular halogen precursor, whereby elemental mercury is oxidized to form mercuric halide.<br><br>In the Chem-Mod™ Solution, the additive MerSorb™ is injected into flue gas produced during the combustion of coal to oxidize elemental mercury to form mercuric halide.<br>See, e.g.,<br>Ex. B at 24 (showing "reagent injection options" including injection of MerSorb mixed with coal into coal furnace via "coal injectors") |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION



Ex. E at 5 ("The The Chem-Mod™ Solution system uses two different types of sorbents which are added to the boiler before, during or after combustion.")

████████████████████████████████████████████

MerSorb comprises a thermolabile molecular halogen precursor. Specifically, MerSorb contains calcium bromide.
See, e.g., Ex. C at 1 (showing that MerSorb is approximately 51.5% or greater calcium bromide and 48.5% or less water);

████████████████████████████████████████████

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

██████

At temperatures typical of flue gas produced during the combustion of coal, calcium bromide ($CaBr_2$) decomposes to species that are precursors to molecular bromine ($Br_2$) that oxidizes mercury to form mercuric bromide, a mercuric halide.
See, e.g.,

████████████████████████████
████████████████████████████
████████████████

See, e.g. Ex. B at 6 ("Dual Reagent System –MerSorb for oxidation of Heavy Metal including Mercury");
Ex. A at 10 (showing MerSorb, S-Sorb and coal mixture, and "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.").

If the Court were to narrowly construe the term "injecting into the flue gas a thermolabile molecular halogen precursor, whereby the elemental mercury is oxidized to form mercuric halide" to require the claimed injecting occur at a particular location in a coal-fired plant, or that the injecting is limited to only a thermolabile molecular halogen precursor, as opposed to a mixture of the thermolabile molecular halogen  precursor mixed with other additives and/or coal (which Nalco contends would be an incorrect construction) then the Chem-Mod Solution™ would nevertheless meet this term under the doctrine of equivalents.

As explained above, MerSorb is a thermolabile molecular halogen precursor. Injecting MerSorb mixed with other additives and/or coal into an operating coal-fired plant is at least equivalent to injecting a thermolabile molecular halogen precursor into flue gas produced during the combustion of coal. The function of the claim element injecting a thermolabile molecular halogen precursor into flue gas produced during the combustion of coal is to make the

22

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | |
|---|---|
| | thermolabile molecular bromine precursor available to decompose at temperatures in typical of flue gas produced during the combustion of coal. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, MerSorb is available to decompose at temperatures typical of flue gas produced during the combustion of coal. This is at least substantially the same as the function of the literal claim element.<br><br>The way in which the claim element injecting a thermolabile molecular halogen precursor into flue gas produced during the combustion of coal performs this function is by adding the thermolabile molecular halogen precursor such that it interacts with the coal combustion flue gas and decomposes at temperatures typical of coal combustion flue gas to species that are precursors to molecular halogen, which oxidizes elemental mercury to mercuric halide. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, a thermolabile molecular halogen precursor interacts with the coal combustion flue gas to decompose at temperatures typical of coal combustion flue gas to species that are precursors to molecular bromine, which oxidizes elemental mercury to mercuric bromide, a mercuric halide. This is at least substantially the same as the way the function is performed in the literal claim element.<br><br>The result achieved by the claim element injecting a thermolabile molecular halogen precursor into flue gas produced during the combustion of coal is to oxidize elemental mercury to a mercuric halide. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, the molecular bromine formed from species from the decomposition of MerSorb oxidizes elemental mercury to mercuric bromide, a mercuric halide. This is at least substantially the same as the literal claim element claim. |
| (b) providing solid alkaline particles in said flue gas upstream of a particulate collection device, | The Chem-Mod™ Solution literally includes providing alkaline solid particles literally are provided in flue gas produced during the combustion of coal upstream of a particulate collection device, and at least a portion of said mercuric halide is |

23

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| whereby at least a portion of the mercuric halide produced at Step (a) is adsorbed by the solid alkaline particles; | adsorbed by the solid alkaline particles.<br><br>In the Chem-Mod™ Solution, alkaline solid particles are provided in coal combustion flue gas during quenching via fragmentation, agglomeration, and/or nucleation. The alkaline solid particles are provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal combined with uncombusted carbon from coal (char and/or soot).<br><br>The mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal combined with uncombusted carbon from coal (char and/or soot) are alkaline.<br>Ex. D at 4 (showing S-Sorb has a pH of 10-13);<br>█████████████████████████████████████<br>███████████████████<br><br>Further, the oxidation of these mineral components during combustion and quenching makes the particles alkaline.<br><br>In at least some applications of the Chem-Mod™ Solution, alkaline solid particles are provided when S-Sorb is introduced in the upper level furnace door of a coal-fired plant.<br>See, e.g.<br>Ex. B at 24 (schematic showing "Reagent Injection Options" including "reagent injection at furnace door");<br>Ex. B at 6 ("Reagents can be added to the boiler at three points: -Before combustion –During combustion –After combustion").<br>S-Sorb is a composite of lime (calcium oxide), limestone (calcium carbonate), and other mineral components. S-Sorb is alkaline.<br>See, e.g.<br>Ex. D at 1, 4 (showing composition of S-Sorb and that S-Sorb is "alkaline");<br>████████████████████████████████████<br>███████████████████ |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | |
|---|---|
| | In the Chem-Mod Solution, alkaline solid particles adsorb at least a portion of the mercuric halide produced at Step (a).<br>Ex. A at 10-11 (noting that mercury is captured or "encapsulated");<br>Ex. A at 10 ("When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");<br>Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");<br>Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix.");<br><br>███████████████<br><br>In the Chem-Mod Solution™, the alkaline solid particles are provided in coal combustion flue gas ahead of a particulate collection device such as a cold-side ESP, a fabric filter (such as a baghouse), a hot-side ESP, a spray dryer fabric filter, a wet scrubber, and/or a cyclone.<br>See, e.g.,<br>Ex. B at 10-11 (noting that the EERC Combustion Test Facility included an electrostatic precipitator and a high-temperature baghouse);<br>Ex. B at 30 (noting the Full Scale Test involved power plants including ESPs and/or baghouses);<br>███████████████ |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | |
|---|---|
| wherein the thermolabile molecular halogen precursor of Step (a) is magnesium bromide. | The Chem-Mod ™ Solution includes a thermolabile molecular halogen precursor of step (a) as being magnesium bromide under the doctrine of equivalents. In the Chem-Mod™ Solution, MerSorb (calcium bromide) is a thermolabile molecular bromine precursor. MerSorb is a thermolabile molecular halogen precursor that is magnesium bromide under the doctrine of equivalents. The only difference is that MerSorb is calcium bromide, and the claim calls for magnesium bromide.

The function in the literal claim element of a thermolabile molecular halogen precursor that is magnesium bromide is to decompose and react to create molecular halogen at temperatures typical of flue gas produced during the combustion of coal. The function of MerSorb, a solution of calcium bromide, is substantially the same. It decomposes , at temperatures typical of flue gas produced during the combustion of coal and reacts to species that are precursors to molecular bromine, a molecular halogen. This "function" is substantially the same as the claim. The differences in the "function" are at most insubstantial because both MerSorb and magnesium bromide decompose and react to species that are precursors to a molecular halogen, molecular bromine via analogous decomposition and reaction pathways.

The way in which the literal claim element is accomplished is to decompose at temperatures typical of flue gas produced during the combustion of coal to species that are precursors to a molecular halogen, molecular bromine. At temperatures typical of flue gas produced during the combustion of coal, magnesium bromide decomposes to species that are precursors to molecular bromine ($Br_2$). Molecular bromine is a reactant to oxidize elemental mercury to a mercuric halide, mercuric bromide. MerSorb accomplishes this function in substantially the same way. At temperatures typical of flue gas produced during the combustion of coal, calcium bromide and magnesium bromide both decompose to species via analogous reaction pathways, namely, decomposing to species that are precursors to molecular bromine. Molecular bromine is a |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

|  | reactant to oxidize elemental mercury to a mercuric halide, mercuric bromide. The differences between magnesium bromide and MerSorb (calcium bromide) in the "way" in this claim are at most insubstantial because the decomposition and reaction pathways for magnesium bromide and calcium bromide to create molecular bromine are analogous.<br><br>The result achieved by the literal claim element is oxidizing elemental mercury to form a mercuric halide, mercuric bromide. The result of MerSorb is to oxidize mercury to form a mercuric halide, mercuric bromide. The differences between MerSorb and magnesium bromide in the "result" of this claim are insubstantial because both oxidize mercury to form a mercuric halide, mercuric bromide. |
|---|---|

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 21. A method of treating flue gas that contains elemental mercury, wherein the flue gas is produced during the combustion of coal, said method comprising the steps of: | The Chem-Mod™ Solution literally comprises a method of treating flue gas that contains elemental mercury, wherein the flue gas is produced during the combustion of coal.<br><br>See, e.g.,<br>Ex. A at 4 ("Conventional coal is treated with The Chem-Mod™ Solution to capture mercury, nitrogen oxides and sulfur dioxide.");<br>Ex. A at 10 ( "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");<br>Ex. B at 5 ("Chem-Mod's technology substantially reduces emissions at coal-fired power plants: -Mercury…");<br>Ex. B at 49 (one of "Chem-Mod's Many Advantages" is "Removes Elemental Mercury"); |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | Ex. E at 1 ("The Chem-Mod™ Solution, offers a proven, cost-effective and viable solution for coal-fired power plants seeking to meet and exceed regulatory requirements and improve environmental stewardship by reducing air emissions of mercury, sulfur dioxide, nitrogen oxide and other air pollutants with minimal impacts to operations."); |
|---|---|
| (a) injecting into the flue gas a thermolabile molecular halogen precursor, whereby the elemental mercury is oxidized to form mercuric chloride; and | The Chem-Mod™ Solution literally includes injecting into flue gas produced during the combustion of coal a thermolabile molecular halogen precursor, whereby the elemental mercury is oxidized to form mercuric chloride under the doctrine of equivalents. In the Chem-Mod™ Solution, the additive MerSorb™ is injected into coal combustion flue gas to effect oxidation of elemental mercury to a mercuric bromide. See, e.g., Ex. B at 24 (showing "reagent injection options" including injection of MerSorb mixed with coal into coal furnace via "coal injectors") |

28
CONTAINS HIGHLY CONFIDENTIAL INFORMATION



Ex. E at 5 ("The The Chem-Mod™ Solution system uses two different types of sorbents which are added to the boiler before, during or after combustion.")

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

MerSorb comprises calcium bromide, specifically in an aqueous solution.
See, e.g.,
Ex. C at 1 (showing that MerSorb is approximately 51.5 % or greater calcium bromide) ;

████████████████████████████████████████████████████████████

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Calcium bromide ($CaBr_2$) is a thermolabile molecular halogen precursor. At temperatures typical of flue gas produced during the combustion of coal, calcium bromide decomposes to species that are precursors to molecular bromine ($Br_2$). Molecular bromine oxidizes elemental mercury to a mercuric halogen, calcium bromide.

Ex. B at 6 ("Dual Reagent System –MerSorb for oxidation of Heavy Metal including Mercury");

Ex. A at 10 (showing MerSorb, S-Sorb, and coal mixture, and "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.").

The literal claim element calls for "the elemental mercury [to be] oxidized to form mercuric chloride." The Chem-Mod™ Solution satisfies this element under the doctrine of equivalents. Specifically, MerSorb reacts to oxidize elemental mercury to mercuric bromide, which is insubstantially different from the oxidation of elemental mercury to form mercuric chloride.

The function of the thermolabile molecular halogen precursor in the literal claim element is to be available to oxidize elemental mercury. In the claim, the thermolabile molecular halogen precursor is made available to oxidize elemental mercury. MerSorb performs at least substantially the same function as the literal claim element.

The way in which MerSorb performs this function is at least substantially the same as in the claim element. In the literal claim element, a thermolabile molecular halogen precursor that oxidizes mercury to mercuric chloride is injected into coal combustion flue gas such that at temperatures typical of coal

30

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

combustion flue gas, mercuric chloride is created by the decomposition of a thermolabile molecular halogen precursor to species that are precursors to molecular chloride ($Cl_2$). Molecular chlorine is a reactant to oxidize elemental mercury to mercuric chloride. MerSorb performs this function in at least substantially the same way. MerSorb is injected into coal combustion flue gas, and at temperatures typical of coal combustion flue gas, MerSorb decomposes to species that are precursors to molecular bromine ($Br_2$). Molecular bromine is a reactant to oxidize elemental mercury to mercuric chloride. The reactions to form mercuric chloride in coal combustion flue gas and to create mercuric bromide in coal combustion flue gas are at least substantially the same because the reactions occur via analogous decomposition and reaction pathways.

The result achieved by the literal claim element is to oxidize mercury to form a mercuric chloride. The result of MerSorb, a solution of calcium bromide, is to oxidize mercury to form mercuric bromide. The differences between MerSorb and magnesium bromide in the result of the claim element are insubstantial because both oxidize mercury to form a mercuric halide.

If the Court were to narrowly construe the term "injecting into the flue gas a thermolabile molecular halogen precursor" to require that the claimed injecting occur at a particular location in a coal-fired plant, or that the claimed injecting is limited to only a thermolabile molecular halogen precursor as opposed to a mixture of the thermolabile molecular halogen precursor mixed with other additives and/or coal (which Nalco contends would be an incorrect construction), then the Chem-Mod Solution™ would nevertheless meet this term under the doctrine of equivalents.

As explained above, MerSorb is a thermolabile molecular halogen precursor. Injecting coal with MerSorb into a coal-fired plant is equivalent to injecting a thermolabile molecular halogen precursor into coal combustion flue gas at a particular location. Injecting MerSorb mixed with other additives and/or coal

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | |
|---|---|
| | into an operating coal-fired plant is at least equivalent to injecting a thermolabile molecular halogen precursor into flue gas produced during the combustion of coal. The function of the claim element of injecting a thermolabile molecular halogen precursor into coal combustion flue gas is to make the thermolabile molecular halogen precursor available to decompose at temperatures typical of coal combustion flue gas. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, MerSorb is available to decompose at temperatures typical of coal combustion flue gas. This is at least substantially the same as the function of the literal claim element.<br><br>The way in which the claim element injecting a thermolabile molecular halogen precursor into coal combustion flue gas that performs this function is by adding the thermolabile molecular halogen precursor such that it interacts with the coal combustion flue gas and decomposes to species that are precursors to molecular halogen, which oxidizes elemental mercury. When MerSorb mixed with other additives and/or coal is injected into an operating coal-fired plant, a thermolabile molecular halogen precursor interacts with coal combustion flue gas and decomposes to species that are precursors to a molecular halogen, molecular bromine, which oxidizes elemental mercury. This is at least substantially the same as the way in the literal claim element.<br><br>The result achieved by the claim element injecting a thermolabile molecular halogen precursor into coal combustion flue gas at a particular location is to oxidize elemental mercury to form a mercuric halide, mercuric chloride. When MerSorb mixed with other additives and/or with coal is injected into an operating coal-fired plant, elemental bromine formed from species from the decomposition of MerSorb oxidizes mercury to a mercuric halide, mercuric bromide. This is at least substantially the same as the result in the literal claim element. |
| (b) providing solid alkaline | The Chem-Mod™ Solution literally includes providing alkaline solid particles in |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| particles in said flue gas upstream of a particulate collection device, whereby at least a portion of the mercuric chloride produced at Step (a) is adsorbed by the solid alkaline particles; | coal combustion flue gas upstream of a particulate collection device. The Chem-Mod™ Solution includes that at least a portion of the mercuric chloride produced at Step (a) is adsorbed by the solid alkaline particles under the doctrine of equivalents.<br><br>In the Chem-Mod™ Solution, alkaline solid particles are provided in coal combustion flue gas during quenching via fragmentation, agglomeration, and/or nucleation. The alkaline solid particles are provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot). The mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are alkaline.<br>See, e.g., Ex. D at 4 (showing S-Sorb has pH of 10-13);<br><br>███████████████████████████████<br>███████████████████<br><br>Further, the oxidation of these mineral components during combustion and quenching makes these particles alkaline.<br><br>In at least some applications of the Chem-Mod Solution™, alkaline solid particles are provided when S-Sorb is introduced in the upper level furnace door of a coal-fired plant.<br>See, e.g.<br>Ex. B at 24 (schematic showing "Reagent Injection Options" including injection of S-Sorb at upper level furnace door);<br>S-Sorb is a composite of lime (calcium oxide), limestone (calcium carbonate), and other mineral components. S-Sorb is alkaline.<br>See, e.g.,<br><br>███████████████████████████████<br>████████████████<br><br>Ex. D at 1, 4 (showing composition of S-Sorb and that S-Sorb is "alkaline").<br><br>In the Chem-Mod Solution, these alkaline solid particles adsorb mercuric bromide |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

produced in Step (a).

See, e.g.,

Ex. A at 10-11 (noting that mercury is captured or "encapsulated");

Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");

Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix.");

Ex. A at 4 ("Conventional coal is treated with The Chem-Mod™ Solution to capture mercury, nitrogen oxides and sulfur dioxide.");

Ex. A at 10 (showing "dry and wet chemicals" are mixed with coal, and that "When the mixture heats up in the boiler, mercury, nitrogen oxides and sulfur dioxide react with the Chem-Mod chemicals. As it cools, a chemical bonding occurs and captures the mercury etc. and becomes part of the ash rather than released into the air.");

Ex. A at 51 ("…The Chem-Mod™ Solution involves the application of specific chemical reagents before the combustion process to capture the mercury and other pollutants in a chemical bond.");

Ex. B at 5 ("Chem-Mod's technology substantially reduces emissions at coal-fired power plants: -Mercury…")

Ex. B at 10-11 (noting that the EERC Combustion Test Facility included an electrostatic precipitator and a high-temperature baghouse);

Ex. B at 30 (noting the Full Scale Test involved power plants including ESPs and/or baghouses);

████████████████████████████████████████
████████████████████

In the Chem-Mod Solution™, the alkaline solid particles are provided in coal combustion flue gas ahead of a particulate collection device such as a cold-side ESP, a fabric filter (such as a baghouse), a hot-side ESP, a spray dryer fabric filter, a wet scrubber, and/or a cyclone.

See, e.g.,

34

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Ex. B at 10-11 (noting that the EERC Combustion Test Facility included an electrostatic precipitator and a high-temperature baghouse);
Ex. B at 30 (noting the Full Scale Test involved power plants including ESPs and/or baghouses);

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

The Chem-Mod™ Solution meets the element of "at least a portion of the mercuric chloride produced at Step (a) is adsorbed on solid alkaline particles" under the doctrine of equivalents. In the Chem-Mod™ Solution is used, mercuric bromide is adsorbed on solid alkaline particles. The only difference is that the literal claim element calls for mercuric chloride to be adsorbed, and in the Chem-Mod™ Solution mercuric bromide is adsorbed. Mercuric bromide and mercuric chloride are equivalent.

The function in the literal claim element of mercuric chloride is to adsorb on solid alkaline particles. In the Chem-Mod™ Solution, the function of mercuric bromide is substantially the same. The only difference between adsorbing mercuric chloride adsorbing and mercuric bromide on alkaline solid particles is the halogen species. The way in the literal claim element in which the function is accomplished is to adsorb mercuric chloride on solid alkaline particles. In the Chem-Mod™ Solution, mercuric bromide adsorbs on alkaline solid particles in substantially the same way. Both mercuric chloride and mercuric bromide adsorb on an alkaline solid particle. The result achieved in the literal claim element is to remove elemental mercury in the form of mercuric chloride (a mercuric halide) from flue gas. In the Chem-Mod™ Solution, the result of mercuric bromide (a mercuric halide) being present in

35

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| | |
|---|---|
| | flue gas is to remove elemental mercury in the form of mercuric bromide from flue gas. Thus, the result of mercuric bromide is at least substantially the same as the result of the literal claim element. |
| wherein the thermolabile molecular halogen precursor of Step (a) is a hypochlorite; wherein the hypochlorite is calcium hypochlorite; and wherein the calcium hypochlorite is in an aqueous solution containing calcium chloride. | The Chem-Mod™ Solution meets this claim element under the doctrine of equivalents.<br><br>MerSorb is calcium bromide, specifically an aqueous solution of calcium bromide. See, e.g.<br>Ex. C at 1 (showing that MerSorb is approximately 51.5 % or greater calcium bromide and 48.5 % or less water.);<br><br>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Calcium bromide ($CaBr_2$) is a thermolabile molecular halogen precursor. At temperatures typical of coal combustion flue gas, calcium bromide decomposes to species that are precursors to molecular bromine ($Br_2$).<br><br>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>Molecular bromine is a reactant to oxidize elemental mercury to a mercuric bromide.<br><br>MerSorb contains calcium bromide which is insubstantially different from the calcium hypochlorite in an aqueous solution of calcium chloride identified in the literal claim element. Further, to the extent that in certain applications the MerSorb is not in an aqueous solution when injected into coal combustion flue gas, the form |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

of MerSorb is insubstantially different from the literal claim element.

The function in the literal claim element of a thermolabile molecular halogen precursor that is a calcium hypochlorite in an aqueous solution containing calcium chloride is to decompose at temperatures typical of coal combustion flue gas. The function of MerSorb, which contains calcium bromide, is at least substantially the same. It decomposes at temperatures typical of coal combustion flue gas, even when MerSorb is injected into coal combustion flue gas as a mixture with other additives and/or coal, and not in an aqueous solution. This function is substantially the same as the claim.

The way in the literal claim element in which the function is accomplished is to decompose to species that are precursors to molecular chlorine ($Cl_2$) or to molecular chlorine. At temperatures typical of coal combustion flue gas, calcium hypochlorite in an aqueous solution of calcium chloride decomposes to species that are precursors to molecular chlorine (a molecular halogen) or to molecular chlorine (a molecular halogen). Molecular chlorine is a reactant to oxidize elemental mercury to a mercuric chloride. MerSorb accomplishes this function in at least substantially the same way. At temperatures typical of coal combustion flue gas, calcium bromide decomposes to species that are precursors to molecular bromine (a molecular halogen) or to molecular bromine (a molecular halogen). Molecular bromine is a reactant to oxidize elemental mercury to a mercuric bromide. These same decompositions and reactions occur when MerSorb is injected into coal combustion flue gas as a mixture with other additives and/or coal, and whether or not MerSorb is injected in an aqueous solution. Because the decomposition and reaction pathways for calcium hypochlorite in an aqueous solution of calcium chloride and calcium bromide to create molecular chlorine or molecular bromide, respectively, are analogous, the differences between calcium hypochlorite in an aqueous solution of calcium chloride and MerSorb in the "way" in this claim are at least substantially the same.

37

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

|  | The result achieved by the literal claim element is to oxidize mercury to form mercuric chloride (a mercuric halide). The result achieved by the Chem-Mod™ Solution is insubstantially different. In the Chem-Mod™ Solution, MerSorb, which contains calcium bromide, decomposes to species that are precursors to molecular bromine, which oxidizes mercury to form mercuric bromide (a mercuric halide). This same result is achieved when MerSorb is injected into coal combustion flue gas as a mixture with other additives and/or coal (and may or may not be in an aqueous solution at the time of injection). The differences between MerSorb and calcium hypochlorite in an aqueous solution of calcium chloride in the result of this claim are insubstantial because both oxidize mercury to form a mercuric halide. |
|---|---|

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 22. The method of claim 19 wherein the alkaline solid particles provided at Step (b) are coal fly ash particles. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, the alkaline solid particles literally include coal fly ash particles. The alkaline solid particles provided by mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are fly ash.<br><br>See, e.g.,<br>Ex. B at 6 ("Harmful emission contaminants are captured in the fly ash and permanently bound in a ceramic matrix");<br>Ex. E at 5 ("Specifically, the The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound which can be captured in the fly ash and bound in a ceramic-like matrix.") |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 23. The method of claim 22 wherein the coal comprises at least one of subbituminous coal and lignite coal. | The infringement support for claim 22 is hereby incorporated by reference.<br><br>In at least some applications of the Chem-Mod™ Solution, the coal fly ash particles literally are those derived from combustion of subbituminous or lignite coal.<br>See, e.g.,<br>Ex. B at 12 (showing test results for the Chem-Mod™ Solution for combustion of subbituminous coal), 29 (showing results for the Chem-Mod™ Solution for combustion of subbituminous and bituminous coal); ██████████████████████████ ██████████████████████████ ██████████████████████████ |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 24. The method of claim 19 wherein the alkaline solid particles provided at Step (b) are derived from the fusion of coal ash with alkali and an alkali flux. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, coal fly ash particles literally include those derived from the fusion of coal ash with alkali and alkali flux.<br><br>The alkaline solid particles in claim 19 include those derived from S-Sorb. S-Sorb contains alkali (calcium oxide and/or calcium carbonate) and an alkali flux such as silicon, and/or aluminum, and/or iron containing compounds, e.g., oxides (calcium silicate, aluminum oxide, aluminum silicates, iron oxide, iron silicates, and/or silica).<br>See, e.g. Ex. D at 1 (showing composition of S-Sorb); ██████████████████ |

39

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

|  |  |
|---|---|

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 25. The method of claim 19 wherein the alkaline solid particles provided at Step (b) are derived from the decomposition of the thermolabile molecular bromine precursor of Step (a). | The infringement support for claim 19 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, alkaline solid particles literally include those derived from the decomposition of the thermolabile molecular bromine precursor.<br><br>When MerSorb decomposes in a coal furnace, the calcium component of MerSorb nucleates to form components of alkaline solid particles with uncombusted carbon from coal (char and/or soot). |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 26. The method of claim 19 wherein the alkaline solid particles provided at Step (b) are derived from flue gas desulphurization (FGD) solids. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>In the Chem-Mod™ Solution, alkaline solid particles literally include those derived from flue gas desulphurization solids.<br><br>In the Chem-Mod™ Solution, alkaline solid particles include those derived from flue gas desulphurization solids. These particles are derived from calcium and/or magnesium components of S-Sorb combined with uncombusted carbon from coal (char and/or soot). S-Sorb contains flue gas desulphurization solids such as lime (calcium oxide) and magnesium oxide or limestone (calcium carbonate).<br>See, e.g.,<br>Ex. D at 1 (showing composition of S-Sorb); |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 27. The method of claim 19, further comprising the step of incorporating the solid alkaline particles collected at Step (b) into a cementitious product. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution literally includes incorporating the solid alkaline particles collected at Step (b) in a cementitious product.<br><br>In the Chem-Mod™ Solution, alkaline solid articles at Step (b), which contain mercuric bromide, mineral components of S-Sorb, the calcium component of MerSorb, and/or mineral components of coal with uncombusted carbon from coal (char and/or soot) are incorporated into cementitious products.<br>See, e.g.<br>Ex. A at 10-11 (noting that ash from The Chem-Mod™ Solution can be "used in making concrete" or "used in concrete production");<br>Ex. E at 5 ("The system's main byproduct is a high-quality, essentially non-leachable fly ash based on Toxicity Characteristic Leaching Procedure (TCLP) test results. The fly ash has been proven to increase the strength of concrete mixes versus standard cement and fly ash (Type C) mixes. This fly ash can replace between 30 and 50 percent of Portland cement when making concrete, creating a more reliable revenue stream for plant operators who choose to sell the byproduct.") |

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 28. The method of claim 19, further comprising the step of passing the flue gas through a flue gas desulphurization system (FGD) containing a liquid. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution is practiced in coal-fired plants where the flue gas is passed through a flue gas desulphurization system (FGD) containing a liquid.<br><br>In some applications of the Chem-Mod™ Solution, the flue gas is passed through a flue gas desulphurization system (FGD) system containing a liquid. The Chem-Mod™ Solution is practiced at coal-fired plants that contain a wet FGD scrubber.<br>See, e.g. |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

<table>
<tr><td></td><td>Ex. B at 10 (showing schematic of Combustion Test Facility including a wet scrubber);<br>Ex. B at 44 ( noting that "Commercial Operations" in "Power Plants" include use of the Chem-Mod™ Solution in plants with wet scrubbers)<br></td></tr>
</table>

| Element of '692 Patent | Where element is found in the Chem-Mod™ Solution |
|---|---|
| 29. The method of claim 19 wherein the particulate collection device of Step (b) is chosen from the group consisting of a) electrostatic precipitator; b) bag house; and c) fabric filter. | The infringement support for claim 19 is hereby incorporated by reference.<br><br>The Chem-Mod™ Solution literally is practiced in coal-fired plants that include the particulate collection device of Step (b) chosen from the group consisting of a electrostatic precipitator, a bag house, and a fabric filter.<br><br>The Chem-Mod™ Solution is practiced at coal-fired plants that include an electrostatic precipitator, a bag house, or a fabric filter.<br>See, e.g.<br>Ex. B at 44 (noting that "Commercial Operation" in "power plants" include use of the Chem-Mod™ Solution in plants using ESPs and baghouses);<br>Ex. B at 10-11 (noting that the EERC Combustion Test Facility at which Defendants tested the Chem-Mod™ Solution included an electrostatic precipitator and a high-temperature baghouse);<br>Ex. B at 30, 34 (noting the "Full Scale Test" of the Chem-Mod™ Solution involved power plants with ESPs and baghouses); |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION



CONTAINS HIGHLY CONFIDENTIAL INFORMATION