IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | § § § § § § § § § § § § Civil Action No. 19-1334-RGA |

**DEFENDANTS TALEN ENERGY CORPORATION, BRANDON SHORES LLC, TALEN GENERATION LLC, AND H.A. WAGNER LLC'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC request oral argument on their Motion to Dismiss (D.I. 49).

*Of Counsel:*

David B. Weaver
Syed Fareed
Emily Pyclik
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

Dated: November 1, 2019

**DRINKER BIDDLE & REATH LLP**

*/s/Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*