**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-01334-RGA |

## CERT DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendants CERT Coal Holdings LLC; CERT Holdings LLC; CERT Holdings 2018, LLC; CERT Operations LLC; CERT Operations II LLC; CERT Operations III LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC (collectively, the "CERT Defendants") respectfully request that, in the event that the Court holds oral argument on any motion to dismiss currently pending before the Court in the above-captioned case (*see* D.I. 45; D.I. 47; D.I. 48; D.I. 49; and D.I. 55), the CERT Defendants be given an opportunity to participate in such argument.

| | |
|---|---|
| DATED: November 5, 2019 | Respectfully submitted,<br><br>*/s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027) |
| OF COUNSEL:<br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-3000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | Jessica R. Kunz (ID No. 5698)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899<br>Tel:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC* |