IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., et al., | § § § | |
| Defendants. | § | |

## NOTICE OF FIRM NAME CHANGE AND
## E-MAIL CONTACT CHANGE

PLEASE TAKE NOTICE that effective February 1, 2020, Drinker Biddle & Reath LLP has changed its name and e-mail addresses.  The new firm name is hereinafter **Faegre Drinker Biddle & Reath LLP**.  The mailing address and contact telephone numbers remain unchanged.

The following attorneys, who are counsel of record for Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC may now be reached at the following e-mail addresses:

| Attorney Name | E-mail Address |
|---|---|
| Francis DiGiovanni | francis.digiovanni@faegredrinker.com |
| Thatcher A. Rahmeier | thatcher.rahmeier@faegredrinker.com |

The undersigned counsel respectfully requests that the Clerk and all counsel update this new name and email address information.

- 2 -

Respectfully submitted,

  /s/ Francis DiGiovanni
Francis DiGiovanni (#3932)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

Dated:  February 3, 2020

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*