IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>VISTRA ENERGY CORP., *et al.*,<br><br>   Defendants. | Case No. 1:19-cv-01334-RGA |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that out-of-state counsel for defendants CERT Coal Holdings LLC; CERT Holdings LLC; CERT Holdings 2018, LLC; CERT Operations LLC; CERT Operations II LLC; CERT Operations III LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC has the following contact information as of March 2, 2020:

> **Douglas R. Nemec, Esq.**
> **Leslie A. Demers, Esq.**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **One Manhattan West**
> **New York, NY 10001-8602**

**PLEASE TAKE FURTHER NOTICE** that all email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Skadden, Arps, Slate, Meagher & Flom LLP will remain the same.

| | |
|---|---|
| Dated:  March 6, 2020 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>*/s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>Jessica R. Kunz (ID No. 5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899<br>Tel:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC* |