*Exhibit 2*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. and MES INC.,** | |
| Plaintiffs, | |
| v. | C.A. No. 19-1334-RGA |
| **VISTA ENERGY CORP., et al.** | JURY TRIAL DEMANDED |
| Defendants. | |

**DECLARATION IN SUPPORT OF PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP. AND MES INC.'S MOTION TO COMPEL RULE 26(f) CONFERENCE**

I, Justin T. Nemunaitis, hereby declare as follows:

1. I am an attorney at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas. I am admitted to practice in the State of Texas and am admitted *pro hac vice* in this case. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit 3 is a true and correct copy of a Seeking Alpha Conference Call Transcript, dated April 11, 2012.

3. The document attached as Exhibit 4 is a true and correct copy of an article titled, "About the Chem-Mod Solution", downloaded from www.chem-mod.com on April 14, 2020.

4. The document attached as Exhibit 5 is a true and correct copy of the testimony of Steven W. Meehan in Cause No. 44061 before the Indiana Utility Regulatory Commission, filed September 28, 2011, available at http://transmissionhub.net/wp-content/uploads/2018/12/Duke-Meehan-Testimony.pdf

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2020.    /s/ Justin T. Nemunaitis
                                                             Justin T. Nemunaitis