*Exhibit 4*



## About The Chem-Mod™ Solution

**About** *The Chem-Mod™ Solution*

**Significant Reductions in Coal-Fired Plant Air Emissions**

*The Chem-Mod™ Solution* is a coal additive system that can significantly reduce air emissions through a microencapsulation process, helping power plants meet and exceed the U.S. Environmental Protection Agency's (EPA) air emissions standards, including anticipated Clean Air Mercury standards, as well as the regulatory requirements of several states. Specifically, *The Chem-Mod™ Solution* has been proven to reduce air emissions of mercury, sulfur dioxide, chloride, arsenic and other heavy metals - all at a fraction of the capital cost commitments other air emissions control technologies require.

*Proven*
*The Chem-Mod™ Solution* has a track record built on more than six years of pilot- and full-scale testing. As a result, the product is fully commercialized and currently in use at eight power generating stations. For its initial testing, Chem-Mod coordinated with the Energy & Environmental Resource Center (EERC) at the University of North Dakota, one of the leading clean energy technology laboratories in the world.

Through full-scale commercial testing, the system was proven to effectively reduce mercury air emissions by up to 98 percent, sulfur dioxide air emissions by up to 75 percent and nitrogen oxide (NOx) air emissions by up to 31 percent (click here for more).

*Cost-Effective*
*The Chem-Mod™ Solution* is less costly to implement than other existing mercury and sulfur control technologies. *The Chem-Mod™ Solution* installation costs typically range from $2 million to $8 million depending on size and complexity of the related coal-fired power plant.

Plant operations that meet the federal government's threshold for qualified air emissions reduction may be eligible to receive a tax benefit, currently approximately $6.00 per ton (consult your tax advisor).

When used with some coals, *The Chem-Mod™ Solution* can reduce boiler slagging by forming more friable deposits that are more easily removed than the slag formed by normal coal. This may result in improved efficiency and can allow for longer operating periods without the need for extensive outages. Because it carries minimal impact on plant operations, *The Chem-Mod™ Solution* does not require specialized personnel with technical expertise to oversee operation of the product.

The system's main byproduct is a high-quality, essentially non-leachable fly ash based on Toxicity Characteristic Leaching Procedure (TCLP) test results. The fly ash has been proven to increase the strength of concrete mixes versus standard cement and fly ash (Type C) mixes. This fly ash can replace between 30 and 50 percent of Portland cement when making concrete, creating a more reliable revenue stream for plant operators who choose to sell the byproduct.

*Environmental Benefits*
In addition to greater reductions of mercury, sulfur dioxide and nitrogen oxide air emissions, as compared to all other scrubbing methods, *The Chem-Mod™ Solution* goes further than any other technology to reduce the environmental impact of coal from boiler to byproduct. In addition, *The Chem-Mod™ Solution* reduces landfill waste by producing a higher-quality, environmentally-safe fly ash that can be recycled for the manufacture of concrete. While many industrial users currently deposit their fly ash in landfills due to its low grade and unsuitability for use in concrete production, the fly ash produced when *The Chem-Mod™ Solution* is used is higher quality and

Controlling Emissions through Sorbents

A sorbent is a material used to absorb liquids or gases. In the case of *The Chem-Mod™ Solution*, sorbents are used to absorb toxic gases such as mercury, sulfur dioxide and nitrogen oxide that are emitted during the combustion of coal.

*The Chem-Mod™ Solution* is a dual sorbent system for removing mercury and other pollutants from the air emissions of coal-fired power plants. The liquid agent is applied to coal as it moves through the feeder on its way to the pulverizer. The solid sorbent creates the surface required to capture and hold the oxidized mercury in a ceramic-like aluminosilicate matrix. The sorbents may also be applied directly to the coal as it is conveyed to storage bunkers. These sorbents are non-hazardous chemicals and require no special shipping or handling requirements.

The sorbents used in *The Chem-Mod™ Solution* are also reagents, meaning that their use results in a chemical reaction. Specifically, The Chem-Mod™ Solution sorbents react with the contaminant gases and produce a compound that can be captured in the fly ash and bound in a ceramic-like matrix. The result is an essentially non-leachable (based on TCLP test results), safe and effective replacement for Portland cement in concrete manufacturing.

In other words, *The Chem-Mod™ Solution* sorbents system effectively captures toxic air pollutants which are released during coal combustion, traps them in the coal's byproduct and creates a product which can be sold for use in concrete.

can be used as a partial substitute for Portland cement in the concrete production process. The use of more fly ash in concrete also reduces the production of greenhouse gases when compared to standard Portland cement mixes.

Contact
Site Map

Chem-Mod LLC, 2850 Golf Road, Rolling Meadows, IL 60008 Tel: 866-846-4789 Fax: 877-211-7405