IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of David B. Weaver, formerly of Baker Botts L.L.P., as counsel for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (collectively, the "Talen Defendants") is hereby withdrawn. Faegre Drinker Biddle & Reath LLP and Baker Botts L.L.P. will continue to represent the Talen Defendants.

Respectfully submitted,

Of Counsel:

Syed Fareed
Emily Pyclik
BAKER BOTTS L.L.P.
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

Dated: May 6, 2020

   */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*