## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 17, 2020, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Specific Interrogatories to Chem-Mod (No. 1)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

| | |
|---|---|
| Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> jblumenfeld@mnat.com <br> began@mnat.com <br> *Attorneys for Defendant* <br> *Chem-Mod-LLC* | Joseph Evall <br> Daniel R. Adler <br> Paul J. Kremer <br> Amanda First <br> Richard W. Mark <br> L. Fanady <br> GIBSON DUNN & CRUTCHER LLP <br> JEvall@gibsondunn.com <br> DAdler@gibsondunn.com <br> PKremer@gibsondunn.com <br> AFirst@gibsondunn.com <br> RMark@gibsondunn.com <br> LFanady@gibsondunn.com <br> *Attorneys for Chem-Mod-LLC* |

1

| | |
|---|---|
| Dated: June 18, 2020 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Bradley W. Caldwell | Wilmington, DE 19806 |
| Texas Bar No. 24040630 | (302) 449-9010 |
| Jason D. Cassady | jlennon@devlinlawfirm.com |
| Texas Bar No. 24045625 | |
| John Austin Curry | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24059636 | *Emissions Corp. and MES Inc.* |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2101 Cedar Springs Road, Suite 1000 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| Fax: (214) 888-4849 | |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |