IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 17, 2020, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Coal Plant Interrogatories to Vistra, AEP, NRG, and Talen (Nos. 1-6)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com
*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

David J. Tobin
Syed K. Fareed
BAKER BOTTS, L.L.P.
david.tobin@bakerbotts.com
syed.fareed@bakerbotts.com
BBTalenMEEC@BakerBotts.com
*Attorneys for Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rsmith@mnat.com
*Attorneys for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc.*

Aaron A. Barlow
JENNER & BLOCK LLP
abarlow@jenner.com
*Attorneys for AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc.*

| | |
|---|---|
| Frederick L. Cottrell, III (#2555)<br>Tyler E. Cragg (#6398)<br>RICHARDS, LAYTON & FINGER, P.A.<br>cottrell@rlf.com<br>cragg@rlf.com<br>nrg-vistra@rlf.com<br>*Attorneys for Defendants Vistra Energy*<br>*Corp.. Dynegy Miami Fort, LLC, Dynegy Inc.,*<br>*Dynegy Midwest Generation, LLC,*<br>*IPH, LLC, and Illinois Power Resources*<br>*Generating, LLC; and NRG Energy, Inc.,*<br>*NRG Texas Power LLC, Midwest Generation*<br>*EME, LLC, and Midwest Generation, LLC* | Christa Brown-Sanford<br>Douglas M. Kubehl<br>Mark Johnson<br>Megan LaDrier<br>Timothy S. Durst<br>BAKER BOTTS, L.L.P.<br>christa.sanford@bakerbotts.com<br>doug.kubehl@bakerbotts.com<br>mark.johnson@bakerbotts.com<br>megan.ladriere@bakerbotts.com<br>tim.durst@bakerbotts.com<br>BBVistraME2C@BakerBotts.com<br>BBMidwestNRG@BakerBotts.com<br>*Attorneys for Vistra Energy Corp..*<br>*Dynegy Miami Fort, LLC, Dynegy Inc.,*<br>*Dynegy Midwest Generation, LLC,*<br>*IPH, LLC, and Illinois Power Resources*<br>*Generating, LLC*<br><br>Ali Dhanani<br>Elizabeth D. Flannery<br>Paul R. Morico<br>Thomas B. Carter, Jr.<br>BAKER BOTTS, L.L.P.<br>ali.dhanani@bakerbotts.com<br>liz.flannery@bakerbotts.com<br>paul.morico@bakerbotts.com<br>thomas.carter@bakerbotts.com<br>*Attorneys for NRG Energy, Inc., NRG Texas*<br>*Power LLC, Midwest Generation EME, LLC,*<br>*and Midwest Generation, LLC* |
| Dated: June 18, 2020 | DEVLIN LAW FIRM LLC<br><br>*/s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy*<br>*Emissions Corp. and MES Inc.* |

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com