## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 17, 2020, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common RC Interrogatories to AJG, DET, CERT, Chem-Mod, and the RC Defendants (Nos. 1-7)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Joseph Evall |
| Brian P. Egan (#6227) | Daniel R. Adler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Paul J. Kremer |
| jblumenfeld@mnat.com | Amanda First |
| began@mnat.com | Richard W. Mark |
| *Attorneys for Defendants* | L. Fanady |
| *AJG Coal, LLC* | GIBSON DUNN & CRUTCHER LLP |
| *AJG Iowa Refined Coal LLC* | JEvall@gibsondunn.com |
| *Arbor Fuels Company, LLC* | DAdler@gibsondunn.com |
| *Arthur J. Gallagher & Co.* | PKremer@gibsondunn.com |
| *Belle River Fuels Company, LLC* | AFirst@gibsondunn.com |
| *Chem-Mod-LLC* | RMark@gibsondunn.com |
| *DTE REF Holdings LLC* | LFanady@gibsondunn.com |
| *DTE REF Holdings II LLC* | *Attorneys for AJG Coal, LLC* |
| *Gallagher Clean Energy LLC* | *AJG Iowa Refined Coal LLC* |
| *Joppa Refined Coal LLC* | *Arbor Fuels Company, LLC* |
| *Louisa Refined Coal, LLC* | *Arthur J. Gallagher & Co.* |
| *Portage Fuels Company, LLC* | *Belle River Fuels Company, LLC* |
| *Thomas Hill Refined Coal LLC* | *Chem-Mod-LLC* |
| *Wagner Coaltech LLC* | *DTE REF Holdings LLC* |
| *Walter Scott Refined Coal LLC* | *DTE REF Holdings II LLC* |

1

              *Gallagher Clean Energy LLC*
              *Joppa Refined Coal LLC*
              *Louisa Refined Coal, LLC*
              *Portage Fuels Company, LLC*
              *Thomas Hill Refined Coal LLC*
              *Wagner Coaltech LLC*
              *Walter Scott Refined Coal LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
rob.saunders@skadden.com
jessica.kunz@skadden.com
DLME2CCERT@skadden.com
*Attorneys for Defendants CERT Coal Holdings LLC,
CERT Holdings LLC, CERT Holdings 2018, LLC,
CERT Operations LLC, CERT Operations II LLC,
CERT Operations III, LLC, CERT Operations IV, LLC,
CERT Operations V LLC, and CERT Operations RBC LLC*

Dated: June 20, 2020          DEVLIN LAW FIRM LLC

              */s/James M. Lennon*
OF COUNSEL:          James M. Lennon (No. 4570)
              1526 Gilpin Avenue
Bradley W. Caldwell         Wilmington, DE 19806
Texas Bar No. 24040630        (302) 449-9010
Jason D. Cassady          jlennon@devlinlawfirm.com
Texas Bar No. 24045625
John Austin Curry          *Attorneys for Plaintiffs Midwest Energy*
Texas Bar No. 24059636        *Emissions Corp. and MES Inc.*
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com