**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>                Plaintiffs,<br><br>   v.<br><br>VISTRA ENERGY CORP., ET AL.,<br><br>                Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 19, 2020, copies of *Plaintiffs' Section 7.a Disclosures* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

BBVistraME2C@BakerBotts.com
nrg-vistra@rlf.com
BBMidwestNRG@BakerBotts.com
syed.fareed@bakerbotts.com
david.tobin@bakerbotts.com
BBTalenMEEC@BakerBotts.com
Thatcher.Rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
abarlow@jenner.com
rsmith@mnat.com
JEvall@gibsondunn.com
DAdler@gibsondunn.com
PKremer@gibsondunn.com
AFirst@gibsondunn.com
RMark@gibsondunn.com
LFanady@gibsondunn.com
jblumenfeld@MNAT.com
began@MNAT.com
DLME2CCERT@skadden.com

| | |
|---|---|
| Dated: June 22, 2020 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Bradley W. Caldwell | Wilmington, DE 19806 |
| Texas Bar No. 24040630 | (302) 449-9010 |
| Jason D. Cassady | jlennon@devlinlawfirm.com |
| Texas Bar No. 24045625 | |
| John Austin Curry | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24059636 | *Emissions Corp. and MES Inc.* |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2101 Cedar Springs Road, Suite 1000 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| Fax: (214) 888-4849 | |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |