IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**[PROPOSED] ORDER TO UNOPPOSED MOTION SEEKING CLARIFICATION**

WHEREAS, on July 17, 2019, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (together, "Plaintiffs") filed a complaint for patent infringement against Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC and Dynegy Miami Fort, LLC (collectively, the "Vistra Defendants"), AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc. (collectively, the "AEP Defendants"), NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC and Midwest Generation, LLC (collectively, the "NRG Defendants"), Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC (collectively, the "Talen Defendants"), Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC and AJG Coal, LLC (collectively, "AJG"), DTE REF Holdings, LLC and DTE REF Holdings II LLC (collectively, "DTE"), Chem-Mod LLC ("Chem-Mod"), AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company LLC, Portage Fuels Company, LLC and John Doe LLCs (collectively, the "RC Defendants"), and CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018,

LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC (collectively, the "CERT Defendants");

WHEREAS, the Vistra Defendants filed a motion to dismiss the Plaintiffs' claims of joint and several liability and induced infringement in the Complaint with prejudice for failure to state a claim and to dismiss plaintiff MES Inc. under Fed. R. Civ. P. 12(b)(6) for failure to plead it is a patentee (D.I. 45);

WHEREAS, the NRG Defendants filed a Joinder in the Vistra Defendants' Motion to Dismiss and requested "that this Court dismiss ME2C's claims for joint and several liability and induced infringement and dismiss Plaintiff MES Inc. from the Complaint under Fed. R. Civ. P. 12(b)(6)" (D.I. 47);

WHEREAS, the Talen Defendants filed a motion to dismiss the "Plaintiffs' claims against Talen for inducement of infringement and willful infringement, dismiss the claim that Vistra, NRG, and Talen are jointly and severally liable with each other, and dismiss all claims brought by plaintiff MES Inc. because MES is not a "patentee" under 35 U.S.C. § 281." (D.I. 49);

WHEREAS, the NRG Defendants filed a Joinder in the Talen Defendants Motion to Dismiss and requested "that this Court dismiss ME2C's claims for joint and several liability and dismiss Plaintiff MES Inc. from the Complaint and dismiss ME2C's claim for induced infringement under Fed. R. Civ. P. 12(b)(6)" (D.I. 53);

WHEREAS, the Court noted in its Report and Recommendation dated June 18, 2020 that the NRG Defendants filed a Joinder in the Vistra Defendants' Motion to Dismiss and the Talen Defendants' Motion to Dismiss (D.I. 110 n.1);

WHEREAS, the Court recommended that Defendants' Motions be:

(1) granted with respect to Plaintiffs' induced infringement claims against the Vistra and Talen Defendants; and

(2) granted with respect to the Vistra Defendants' and Talen Defendants' assertion that Plaintiff MES should be dismissed for failing to plausibly allege that it is a "patentee" under 35 U.S.C. § 281 (*id.*) (together with (1), "the Order");

WHEREAS, the Court did not expressly state whether the Order was applicable to the NRG Defendants' Joinder in the Vistra Defendants' Motion to Dismiss and the NRG Defendants' Joinder in the Talen Defendants' Motion to Dismiss (together, "the NRG Defendants' Joinder");

WHEREAS, Plaintiffs do not oppose this Order;

NOW THEREFORE, it is hereby ordered, that the Order is applicable to the NRG Defendants' Joinder and therefore the NRG Defendants' requests to dismiss ME2C's claims for induced infringement against the NRG Defendants and to dismiss Plaintiff MES for failing to plausibly allege that it is a "patentee" under 35 U.S.C. § 281 are GRANTED.  This Order does not extend the time for exceptions under Fed. R. Civ. P. 72(b)(2).

SO ORDERED this ___ day of _____ 2020.

_____
UNITED STATES MAGISTRATE JUDGE