IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 19-1334 (RGA) |
| v. | ) ) | |
| VISTRA ENERGY CORP., *et al.*, | ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON THE RC DEFENDANTS, REFINED COAL LLC DEFENDANTS, AND CERT DEFENDANTS MOTION TO STAY PROCEEDINGS**

WHEREAS the parties in the above-captioned matter submitted a Proposed Scheduling Order on June 10, 2020 (D.I. 107-2) and a Proposed Amended Scheduling Order on June 15, 2020 (D.I. 109);

WHEREAS on June 15, 2020, the Court held a Scheduling Conference where it, among other directives, ordered any Defendants wishing to move for a stay after issuance of its Report and Recommendation on the then-pending Motions to Dismiss (D.I. 45, 48, 49, 55) to meet and confer with Plaintiffs on an expedited briefing schedule, which would be limited to opening and responsive briefs of four (4) single-spaced pages and reply briefs of two (2) single-spaced pages (6/15/20 Sched. Conf. Tr. at 24:23-27:14);

WHEREAS on June 18, 2020, the Court issued its Report and Recommendation (D.I. 110), which, in part, recommended granting the RC Defendants and Refined Coal LLC

Defendants Motion to Dismiss (D.I. 55)[1] and the CERT Defendants[2] Motion to Dismiss (D.I. 48);

WHEREAS the Court's Report and Recommendation (D.I. 110), if adopted, dismisses all claims asserted against the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants;

WHEREAS on June 19, 2020, the parties submitted a Joint Letter (D.I. 115) outlining the parties' positions on their respective proposed schedules, wherein the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants further noted their intent to seek a stay of the case against them and requested that they not be subject to any deadlines in the Proposed Scheduling Order or any deadlines to respond to any discovery served on them; and

WHEREAS on June 23, 2020, the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants met and conferred with Plaintiffs pursuant to D. Del. LR 7.1.1 on these Defendants' forthcoming joint motion to stay, which Plaintiffs confirmed they will oppose;

IT IS HEREBY STIPULATED by Plaintiffs, the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants, subject to the approval of the Court, that the following

---

[1] The "RC Defendants" include Defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, Chem-Mod LLC, DTE REF Holdings LLC, and DTE REF Holdings II LLC. The "Refined Coal LLC Defendants" include Defendants AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal LLC, Belle River Fuels Company LLC, Arbor Fuels Company LLC, and Portage Fuels Company LLC. These Defendants collectively referred to themselves as the "Moving Refined Coal Defendants" in their Motion to Dismiss (D.I. 55).

[2] The "CERT Defendants" include CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC.

briefing schedule shall apply to the Joint Motion to Stay that will be filed by the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants:

|  | **Deadline to File** | **Page Limit** |
|---|---|---|
| Joint Opening Brief in Support of the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants Joint Motion to Stay | June 25, 2020 | Four (4) single-spaced pages |
| Plaintiffs' Opposition Brief to the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants Joint Motion to Stay | July 2, 2020 | Four (4) single-spaced pages |
| Joint Reply Brief in Support of the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants Joint Motion to Stay | July 7, 2020 | Two (2) single-spaced pages |

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ *James M. Lennon* | /s/ *Brian P. Egan* |
| _____ | _____ |
| James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants*<br>*Arthur J. Gallagher & Co.*<br>*Gallagher Clean Energy, LLC*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Chem-Mod LLC*<br>*Joppa Refined Coal LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*DTE Ref Holdings, LLC*<br>*DTE REF Holdings II LLC*<br>*Belle River Fuels Company, LLC*<br>*Arbor Fuels Company, LLC*<br>*Portage Fuels Company, LLC* |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | /s/ *Jessica R. Kunz* |
| | _____ |
| | Robert S. Saunders (ID No. 3027)<br>Jessica R. Kunz (ID No. 5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899<br>Tel:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com |

            *Attorneys for Defendants CERT*
            *Coal Holdings LLC, CERT*
            *Holdings LLC, CERT Holdings*
            *2018, LLC, CERT Operations*
            *LLC, CERT Operations II LLC,*
            *CERT Operations III LLC,*
            *CERT Operations IV LLC,*
            *CERT Operations V LLC, and*
            *CERT Operations RCB LLC*

June 23, 2020

SO ORDERED this \_\_\_day of June, 2020.

            _____
            United States Magistrate Judge