IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**THE RC DEFENDANTS, THE REFINED COAL LLC DEFENDANTS, AND THE CERT DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS AND MOTION FOR INTERIM STAY PENDING RESOLUTION OF THE MOTION TO STAY**

The RC Defendants,[1] the Refined Coal LLC Defendants,[2] and the CERT Defendants[3] (collectively, the "Refined Coal Defendants"), by and through their undersigned attorneys, jointly move the Court for an Order staying all deadlines in this matter concerning these 24 Defendants unless and until the Court determines that Plaintiffs have satisfied their obligation of stating a viable claim for relief against them. The Refined Coal Defendants also move for an interim stay of all deadlines pending the Court's resolution of this Motion. The grounds for this

---

[1] The "RC Defendants" include Defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, Chem-Mod LLC, DTE REF Holdings LLC, and DTE REF Holdings II LLC.

[2] The "Refined Coal LLC Defendants" include Defendants AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal LLC, Belle River Fuels Company LLC, Arbor Fuels Company LLC, and Portage Fuels Company LLC.

[3] The "CERT Defendants" include CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC.

motion are set forth in the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants' Joint Opening Brief, filed herewith. Proposed Orders are also submitted herewith.

| Morris, Nichols, Arsht & Tunnell LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
|---|---|
| /s/ Brian P. Egan | /s/ Jessica R. Kunz |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com | Robert S. Saunders (#3027)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com |
| *Attorneys for the RC Defendants and the Refined Coal LLC Defendants* | *Attorneys for CERT Defendants* |
| OF COUNSEL: | OF COUNSEL |
| Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000 | Douglas R. Nemec<br>Leslie A. Demers<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, New York 10001<br>(212) 735-3000 |

June 25, 2020

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. LR 7.1.1, counsel for the RC Defendants and the Refined Coal LLC Defendants hereby certifies, including on behalf of the CERT Defendants, that these Defendants made reasonable efforts to reach agreement with Plaintiffs Midwest Energy Emissions Corp. and MES Inc. regarding their Joint Motion To Stay.  Counsel for Plaintiffs has stated that Plaintiffs oppose the Joint Motion.

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER REGARDING STAY**

Having considered the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants' Joint Motion to Stay, as well as the submissions related thereto,

IT IS HEREBY ORDERED this ___ day of _____, 2020 that the Joint Motion is GRANTED. All deadlines in this matter concerning the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants, other than the deadline to file and respond to objections to the Court's June 18, 2020 Report and Recommendation (D.I. 110) and the deadline to respond to any amended complaint filed by Plaintiffs against them, are stayed unless and until the Court determines that Plaintiffs have satisfied their obligation of stating a viable claim for relief against them.

_____
United States Magistrate Judge

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (RGA) (CJB) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER REGARDING INTERIM STAY**

Having considered the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants' Joint Motion for an Interim Stay,

IT IS HEREBY ORDERED this ___ day of _____, 2020 that the Joint Motion is GRANTED. All deadlines in this matter concerning the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants, other than the deadline to file and respond to objections to the Court's June 18, 2020 Report and Recommendation (D.I. 110) and the deadline to respond to any amended complaint filed by Plaintiffs against them, are stayed pending the Court's resolution of those Defendants' Motion to Stay.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 25, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Tyler E. Cragg, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* | VIA ELECTRONIC MAIL |

Timothy S. Durst, Esquire　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Douglas M. Kubehl, Esquire
Christa Brown-Sanford, Esquire
Megan LaDriere, Esquire
Mark Johnson, Esquire
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201
*Attorneys for Defendants NRG Energy, Inc., NRG*
*Texas Power LLC, Midwest Generation EME, LLC,*
*Midwest Generation, LLC, Vistra Energy Corp.*
*Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy*
*Midwest Generation, LLC, IPH, LLC, and Illinois*
*Power Resources Generating, LLC*

Francis DiGiovanni, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Thatcher A. Rahmeier, Esquire
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendants Talen Energy*
*Corporation, Brandon Shores LLC, Talen*
*Generation LLC and H.A. Wagner LLC*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian P. Egan*

　　　　　　　　　　　　　　　　　　　　　　Brian P. Egan (#6227)