IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

**POWER-PLANT DEFENDANTS' NOTICE OF SERVICE OF
FIRST SET OF COMMON INTERROGATORIES TO PLAINTIFFS (NOS. 1-6)**

PLEASE TAKE NOTICE that, on June 26, 2020, true and correct copies of Power-Plant Defendants' First Set of Common Interrogatories (Nos. 1-6) were served upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc., ("ME2C" or "Plaintiffs").

The Power-Plant Defendants include: Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC; NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC; Vistra Energy Corp., Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC; AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.

These were served by **e-mail** on the following counsel of record for Plaintiffs.

| | |
|---|---|
| James M. Lennon <br> **DEVLIN LAW FIRM LLC** <br> 1526 Gilpin Avenue <br> Wilmington, Delaware 19806 <br> jlennon@devlinlawfirm.com <br> dlflitparas@devlinlawfirm.com <br> **.** | Bradley W. Caldwell <br> Jason D. Cassady <br> John Austin Curry <br> Justin T. Nemunaitis <br> **CALDWELL CASSADY CURRY PC** <br> 2121 N. Pearl St., Suite 1200 <br> Dallas, Texas 75201 <br> midwest@caldwellcc.com |

Dated:  June 29, 2020

*Of Counsel:*

Syed Fareed
Emily Pyclik
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500


*Of Counsel:*

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

By: */s/ Thatcher A. Rahmeier*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com


*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*


Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
**RICHARDS, LAYTON & FINGER, PA**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com


*Attorneys for Defendants NRG Energy, Inc.; NRG Texas Power LLC; Midwest Generation EME, LLC; and Midwest Generation, LLC*

| | |
|---|---|
| *Of Counsel:* | Rodger D. Smith II (#3778) |
| | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Randall E. Mehrberg | 1201 North Market Street / P.O. Box 1347 |
| Terri L. Mascherin | Wilmington, DE 19899 |
| Aaron A. Barlow | (302) 658-9200 |
| **JENNER & BLOCK LLP** | jblumenfeld@mnat.com |
| 353 N. Clark Street | began@mnat.com |
| Chicago, IL 60654-3456 | |
| (312) 222-9350 | |
| abarlow@jenner.com | *Attorneys for AEP* |

| | |
|---|---|
| *Of Counsel*: | Frederick L. Cottrell, III (#2555) |
| | Tyler E. Cragg (#6398) |
| Timothy S. Durst | **RICHARDS, LAYTON & FINGER, P.A**. |
| Douglas M. Kubehl | One Rodney Square |
| Christa Brown-Sanford | 920 N. King Street |
| Megan LaDriere | Wilmington, DE 19801 |
| Mark Johnson | (302) 651-7700 |
| **BAKER BOTTS L.L.P.** | cottrell@rlf.com |
| 2001 Ross Avenue, Suite 900 | cragg@rlf.com |
| Dallas, Texas 75201 | |
| (214) 953-6500 | |
| tim.durst@bakerbotts.com | *Attorneys for Defendants Vistra Energy Corp.;* |
| doug.kubehl@bakerbotts.com | *Dynegy Miami Fort, LLC; Dynegy Inc.; Dynegy* |
| christa.sanford@bakerbotts.com | *Midwest Generation, LLC; IPH, LLC; and* |
| megan.ladriere@bakerbotts.com | *Illinois Power Resources Generating, LLC* |
| mark.johnson@bakerbotts.com | |

3