**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

        Plaintiffs,

    v.

VISTRA ENERGY CORP. et al.,

        Defendants.

C.A. No. 19-1334-RGA-CJB

**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED ORDER] FOR
BRIEFING DEADLINE EXTENSION**

WHEREAS, on June 23, 2020 the parties stipulated to an expedited briefing scheduling for

the motion for stay filed by the RC Defendants, the Refined Coal LLC Defendants, and the CERT

Defendants ("Moving Defendants") (D.I. 118);

WHEREAS, Plaintiffs seek additional time for briefing and the Moving Defendants take

no position on such request;

Plaintiffs request the Court to modify the expedited briefing schedule for the Joint Motion

to Stay that was filed by the Moving Defendants (D.I.119) as follows:

| | Deadline to File | Page Limit |
|---|---|---|
| Plaintiffs' Opposition Brief to the Moving Defendants' Joint Motion to Stay | Was July 2, 2020, now is July 6, 2020 | Four (4) single-spaced pages |
| Joint Reply Brief in Support of the Moving Defendants' Joint Motion to Stay | Was July 7, 2020, now is July 9, 2020 | Two (2) single-spaced pages |

July 2, 2020

Respectfully Submitted,

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

_____
James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

**SO ORDERED**, this _____ day of _____, 2020.

_____
United States District Court Judge

2