# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334-RGA-CJB |
| v. | **JURY TRIAL DEMANDED** |
| VISTA ENERGY CORP., et al. | |
| Defendants. | |

## POWER-PLANT DEFENDANTS' NOTICE OF SERVICE OF FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO PLAINTIFFS (NOS. 1-124)

PLEASE TAKE NOTICE that on July 2, 2020, true and correct copies of Power-Plant Defendants First Set of Common Requests for Production (Nos. 1-124) upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc., ("ME2C" or "Plaintiffs").

The Power-Plant Defendants include: Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC; NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC; Vistra Energy Corp., Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC; AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.

These were served by **e-mail** on the following counsel of record for Plaintiffs.

| | |
|---|---|
| James M. Lennon<br>**DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>jlennon@devlinlawfirm.com<br>dlflitparas@devlinlawfirm.com<br>. | Bradley W. Caldwell<br>Jason D. Cassady<br>John Austin Curry<br>Justin T. Nemunaitis<br>**CALDWELL CASSADY CURRY PC**<br>2121 N. Pearl St., Suite 1200<br>Dallas, Texas 75201<br>midwest@caldwellcc.com |

1

Dated:  July 6, 2020

*Of Counsel:*

Syed Fareed
Emily Pyclik
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

By: /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com


*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

| | |
|---|---|
| *Of Counsel:* | Frederick L. Cottrell, III (#2555) |
| | Tyler E. Cragg (#6398) |
| Paul R. Morico | **RICHARDS, LAYTON & FINGER, PA** |
| Elizabeth Durham Flannery | One Rodney Square |
| Ali Dhanani | 920 N. King Street |
| Thomas B. Carter, Jr. | Wilmington, DE 19801 |
| **BAKER BOTTS L.L.P.** | (302) 651-7700 |
| One Shell Plaza | cottrell@rlf.com |
| 910 Louisiana Street | cragg@rlf.com |
| Houston, TX 77002 | |
| (713) 229-1234 | |
| paul.morico@bakerbotts.com | *Attorneys for Defendants NRG Energy,* |
| liz.flannery@bakerbotts.com | *Inc.; NRG Texas Power LLC; Midwest* |
| ali.dhanani@bakerbotts.com | *Generation EME, LLC; and Midwest* |
| thomas.carter@bakerbotts.com | *Generation, LLC* |

| | |
|---|---|
| *Of Counsel:* | Rodger D. Smith II (#3778) |
| | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Randall E. Mehrberg | 1201 North Market Street / P.O. Box 1347 |
| Terri L. Mascherin | Wilmington, DE 19899 |
| Aaron A. Barlow | (302) 658-9200 |
| **JENNER & BLOCK LLP** | jblumenfeld@mnat.com |
| 353 N. Clark Street | began@mnat.com |
| Chicago, IL  60654-3456 | |
| (312) 222-9350 | |
| abarlow@jenner.com | *Attorneys for AEP* |

| | |
|---|---|
| *Of Counsel*: | Frederick L. Cottrell, III (#2555) |
| | Tyler E. Cragg (#6398) |
| Timothy S. Durst | **RICHARDS, LAYTON & FINGER, P.A**. |
| Douglas M. Kubehl | One Rodney Square |
| Christa Brown-Sanford | 920 N. King Street |
| Megan LaDriere | Wilmington, DE 19801 |
| Mark Johnson | (302) 651-7700 |
| **BAKER BOTTS L.L.P.** | cottrell@rlf.com |
| 2001 Ross Avenue, Suite 900 | cragg@rlf.com |
| Dallas, Texas 75201 | |
| (214) 953-6500 | |
| tim.durst@bakerbotts.com | *Attorneys for Defendants Vistra Energy* |
| doug.kubehl@bakerbotts.com | *Corp.; Dynegy Miami Fort, LLC; Dynegy* |
| christa.sanford@bakerbotts.com | *Inc.; Dynegy Midwest Generation, LLC;* |
| megan.ladriere@bakerbotts.com | *IPH, LLC; and Illinois Power Resources* |
| mark.johnson@bakerbotts.com | *Generating, LLC* |