IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP., :
et al.,                             :
                                    :
            Plaintiffs,             :
                                    :
    v.                              :        Civil Action No. 19-1334-RGA-CJB
                                    :
VISTRA ENERGY CORP., et al.,        :
                                    :
            Defendants.             :

## ORDER

This **15** day of July 2020, upon consideration of the Magistrate Judge's Report and

Recommendation dated June 18, 2020, and no objections to the Report and Recommendation

having been received, and the Court having reviewed the matter and being convinced that the

Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY

ORDERED:

1. The Report and Recommendation (D.I. 110) is **ADOPTED**.

2. Defendants' motions to dismiss (D.I. 45; D.I. 48; D.I. 49; D.I. 55) are

**GRANTED-IN-PART** and **DISMISSED-IN-PART** as moot**.**    The motions are: Granted with

respect to Plaintiffs' induced infringement claims against the Vistra Defendants and the Talen

Defendants; Granted with respect to the Vistra Defendants' and the Talen Defendants' assertion

that Plaintiff MES should be dismissed for failing to plausibly allege that it is a "patentee" under

35 U.S.C. § 281; Granted with respect to Plaintiffs' claims of willful infringement against the

Talen Defendants; Dismissed as moot with respect to the Vistra Defendants and the Talen

Defendants' assertion that Plaintiffs failed to adequately plead joint and several liability among

the Vistra Defendants, the Talen Defendants and the NRG Defendants; and Granted with respect

to Plaintiffs' claims of induced infringement, contributory infringement, willful infringement and

joint infringement against the CERT Defendants and the Moving Refined Coal Defendants.


/s/ Richard G. Andrews
United States District Judge