IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, ET. AL.**<br><br>**Defendants.** | Case No.: 1:19-cv-01334-RGA-CJB |

### JOINT NOTICE OF AGREEMENT ON
### DISMISSAL OF CERTAIN VISTRA DEFENDANTS

Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. (collectively, "ME2C") have reached agreement with Vistra Energy Corp., IPH, LLC, Dynegy Inc., Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, and Dynegy Miami Fort, LLC as set out below:

1. Based upon an understanding that the following entities do not own or operate any of the Accused Coal Plants, as defined in ME2C's Original Complaint (D.I. 1), ME2C will dismiss the following defendants without prejudice: Vistra Energy Corp.; Dynegy Inc.; IPH, LLC; and Dynegy Miami Fort LLC (collectively, the "Dismissed Defendants");

2. ME2C will file an amended complaint removing the Dismissed Defendants and adding the following as defendants: Electric Energy, Inc.; Illinois Power Generating Company; Coleto Creek Power, LCC; Oak Grove Management

  Company LLC; and Luminant Generation Company LLC (collectively the "Added Defendants");

3. The remaining defendants and the Added Defendants agree that they will not withhold discovery related to the technical operation or financial performance of the plants by arguing that the wrong corporate entities are parties;

4. The remaining defendants and the Added Defendants agree that they will not take the position that ME2C's claims at issue in this action should fail because the Dismissed Defendants are no longer parties to the case;

5. The Dismissed Defendants covenant that they will not file a declaratory judgment action against ME2C regarding any of the patents asserted in ME2C's complaint, unless ME2C takes some additional action threatening the Dismissed Defendants with liability related to the patents;

6. If evidence (e.g., uncovered in discovery) later shows that the Dismissed Defendants' own or operate any of the Accused Coal Plants or induce the owners or operators of the Accused Coal Plants to perform the method claims of the asserted patents, and that they should be included in this case, ME2C may seek permission of the Court to add the Dismissed Defendants back into the case. In that event, Dismissed Defendants agree to cooperate with ME2C on procedural matters such as service.

7. The parties will cooperate in filing with the Court any additional papers required by their agreements.

| | |
|---|---|
| Dated: July 15, 2020 | Respectfully Submitted, |
| **DEVLIN LAW FIRM LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ James M. Lennon* | */s/ Frederick L. Cottrell, III* |
| James M. Lennon (No. 4570) | Frederick L. Cottrell, III (#2555) |
| 1526 Gilpin Avenue | Tyler E. Cragg (#6398) |
| Wilmington, DE 19806 | One Rodney Square |
| (302) 449-9010 | 920 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Attorneys for Plaintiffs Midwest Energy* | cottrell@rlf.com |
| *Emissions Corp. and MES Inc.* | cragg@rlf.com |
| | *Of Counsel*: |
| | Timothy S. Durst |
| | Douglas M. Kubehl |
| | Christa Brown-Sanford |
| | Megan LaDriere |
| | Mark Johnson |
| | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue, Suite 900 |
| | Dallas, Texas 75201 |
| | Tel. (214) 953-6500 |
| | Fac. (214) 953-6503 |
| | tim.durst@bakerbotts.com |
| | doug.kubehl@bakerbotts.com |
| | christa.sanford@bakerbotts.com |
| | megan.ladriere@bakerbotts.com |
| | mark.johnson@bakerbotts.com |
| | *Attorneys for Defendants Vistra Energy Corp.. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC; and NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC* |