

Frederick L. Cottrell, III
Director
302.651.7509
cottrell@rlf.com

July 15, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

> Re: *Midwest Energy Emissions Corp. et al. v. Vistra Energy Corp. et al.*
> C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

      The parties in the above-referenced matter write to update the Court on the proposed schedule for this case.  The Court had previously provided key dates for this case and instructed the parties to submit a new proposed scheduling order.  In addition, as described at D.I. 125, Plaintiffs seek to amend their complaint to address the Court's Report and Recommendation (D.I. 110, 117-1) regarding the Defendants' motions to dismiss, and to add three additional patents.  Plaintiffs and Defendants have met and conferred multiple times regarding the impact of an amended complaint on the case schedule, and have reached the following agreements, each of which are mutually contingent upon one another:

1. Defendants will stipulate that Plaintiffs may file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2).  Plaintiffs will file the amended complaint (and any exhibits thereto) as a standalone docket entry in the same form as that previously attached to D.I. 125 (except that certain Vistra entities will be omitted pursuant to an agreement between Plaintiffs and Vistra to dismiss those defendants without prejudice), and will serve all parties.

2. The parties have agreed that by stipulating that Plaintiffs may file an amended complaint, Defendants preserve all rights to challenge or otherwise respond to the amended complaint, including the ability to move to dismiss under Fed. R. Civ. P. 12(b)(6) and any other grounds.

3. The parties have agreed to jointly request a continuance of the claim construction and trial dates previously provided to account for the addition of the new patents.

The Honorable Judge Burke

July 15, 2020

>Specifically, as it relates to the key dates previously provided by the Court, the parties jointly and respectfully request that a Markman Hearing be scheduled on or around July 13, 2021; that a first trial be scheduled November 7, 2022 or later; and that a case-dispositive hearing be scheduled around August 9, 2022. The parties further respectfully request that the Court enter the proposed scheduling order attached as Exhibit A to this letter.

4. The parties agree that the motion for stay filed by the RC Defendants, the Refined Coal LLC Defendants, and CERT Defendants, who seek a stay of all case deadlines, remains live after the filing of the amended complaint. (D.I. 119, 125, 126). Despite the live motion for stay, these moving defendants have nonetheless continued to participate in the case planning and join this request.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

cc:   All Counsel of Record