# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs Midwest Energy Emissions Corporation and MES Inc. ("Plaintiffs") and Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC (collectively, the "Talen Entities"), Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, AJG Iowa Refined Coal LLC, Chem-Mod LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, DTE Ref Holdings, LLC, DTE REF Holdings II LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, and Portage Fuels Company, LLC (collectively, the "Moving Refined Coal Defendants"), Illinois Power Resources Generating, LLC, Vistra Energy Corp., Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, and IPH, LLC (collectively, the "Vistra Entities"), NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, the "NRG Entities"), CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC's (the "CERT Defendants") stipulate and agree, subject to the approval of the Court, that:

1

The deadline to file the parties' joint proposed Protective Order and Order Concerning Discovery of Electronically Stored Information be extended from July 15, 2020 to July 29, 2020. During that time, the parties will continue to meet and confer in good faith, and attempt to resolve any disputes concerning these proposed orders.

Dated: July 15, 2020

| | |
|---|---|
| **DEVLIN LAW FIRM LLC** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| /s/ James M. Lennon | /s/ Thatcher A. Rahmeier |
| James M. Lennon (#4570) | Francis DiGiovanni (#3189) |
| 1526 Gilpin Avenue | Thatcher A. Rahmeier (#5222) |
| Wilmington, DE 19806 | 222 Delaware Avenue, Suite 1410 |
| (302) 449-9010 | Wilmington, DE 19801 |
| jlennon@devlinlawfirm.com | (302) 467-4200 |
| | francis.digiovanni@faegredrinker.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | thatcher.rahmeier@faegredrinker.com |
| | *Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ Brian Egan | /s/ Frederick L. Cottrell, III |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Brian P. Egan (#6227) | Tyler E. Cragg (#6398 |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| began@mnat.com | cragg@rlf.com |
| *Attorneys for Defendants AJG Coal, LLC AJG Iowa Refined Coal LLC Arbor Fuels Company, LLC Arthur J. Gallagher & Co.* | *Attorneys for Defendants Vistra Corp (formerly known as Vistra Energy Corp.),. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources* |

| | |
|---|---|
| *Belle River Fuels Company, LLC* | *Generating, LLC; and NRG Energy, Inc.,* |
| *Chem-Mod-LLC* | *NRG Texas Power LLC, Midwest Generation* |
| *DTE REF Holdings LLC* | *EME, LLC, and Midwest Generation, LLC* |
| *DTE REF Holdings II LLC* | |
| *Gallagher Clean Energy LLC* | |
| *Joppa Refined Coal LLC* | |
| *Louisa Refined Coal, LLC* | |
| *Portage Fuels Company, LLC* | |
| *Thomas Hill Refined Coal LLC* | |
| *Wagner Coaltech LLC* | |
| *Walter Scott Refined Coal LLC* | |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Jessica R. Kunz* |
| Rodger D. Smith II (#3778) | Robert S. Saunders (#3027) |
| Lucinda C. Cucuzzella (#3491) | Jessica R. Kunz (#5698) |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | P.O. Box 636 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0636 |
| (302) 658-9200 | (302) 651-3000 |
| rsmith@mnat.com | rob.saunders@skadden.com |
| ccucuzzella@mnat.com | jessica.kunz@skadden.com |
| *Attorneys for Defendants* | |
| *AEP Generation Resources Inc.,* | *Attorneys for Defendants CERT Coal Holding* |
| *Southwestern Electric Power Co.,* | *LLC, CERT Holdings LLC, CERT Holdings* |
| *and AEP Texas Inc.* | *2018, LLC, CERT Operations II LLC,* |
| | *CERT Operations III, LLC, CERT Operations* |
| | *IV, LLC, CERT Operations V LLC, and* |
| | *CERT Operations RBC LLC* |

SO ORDERED this ___ day of July, 2020.

_____
United States District Court Judge

3