

Frederick L. Cottrell, III
Director
302.651.7509
cottrell@rlf.com

July 16, 2020

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

       Re:    ***Midwest Energy Emissions Corp. et al. v. Vistra Energy Corp. et al.***
              **C.A. No. 1:19-cv-01334-RGA-CJB**

Dear Judge Andrews:

      I write on behalf of Defendants Midwest Generation EME, LLC, Midwest Generation, LLC, NRG Energy, Inc., NRG Texas Power LLC (the "NRG Defendants") regarding the Court's order of July 15, 2020 adopting the Report and Recommendation concerning Defendants' motions to dismiss. (D.I. 127, the "Order"). The NRG Defendants seek to clarify that the Order adopts Judge Burke's Report and Recommendation (D.I. 110) as modified by the NRG Defendants' Unopposed Motion Requesting Clarification (D.I. 117) that was so ordered by Judge Burke on June 24, 2020. Plaintiffs do not object to this request. A short order implementing this clarification is attached.

                                      Respectfully,

                                      */s/ Frederick L. Cottrell, III*

                                      Frederick L. Cottrell, III (#2555)

cc:      All Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**[PROPOSED] ORDER MODIFYING ORDER ADOPTING THE REPORT AND RECOMMENDATION**

IT IS HEREBY ORDERED, that the Court's July 15, 2020 Order (D.I. 127) is modified to include Defendants Midwest Generation EME, LLC, Midwest Generation, LLC, NRG Energy, Inc., NRG Texas Power LLC's (the "NRG Defendants") Joinders (D.I.s 47 and 53), which were the subject of the Unopposed Motion Seeking Clarification (D.I. 117) and therefore, the NRG Defendants' requests to dismiss ME2C's claims for induced infringement against the NRG Defendants and to dismiss Plaintiff MES for failing to plausibly allege that it is a "patentee" under 35 U.S.C. § 281 are GRANTED.

SO ORDERED this ___ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE