IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**[PROPOSED] ORDER MODIFYING ORDER ADOPTING THE REPORT AND RECOMMENDATION**

IT IS HEREBY ORDERED, that the Court's July 15, 2020 Order (D.I. 127) is modified to include Defendants Midwest Generation EME, LLC, Midwest Generation, LLC, NRG Energy, Inc., NRG Texas Power LLC's (the "NRG Defendants") Joinders (D.I.s 47 and 53), which were the subject of the Unopposed Motion Seeking Clarification (D.I. 117) and therefore, the NRG Defendants' requests to dismiss ME2C's claims for induced infringement against the NRG Defendants and to dismiss Plaintiff MES for failing to plausibly allege that it is a "patentee" under 35 U.S.C. § 281 are GRANTED.

SO ORDERED this ___ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE