IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, ET. AL.**<br><br>**Defendants.** | Case No.: 1:19-cv-01334-RGA-CJB |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' notice of agreement, it is hereby stipulated by Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. ("Plaintiffs"), and Defendants Vistra Corp. (formerly known as Vistra Energy Corp.); Dynegy Inc.; IPH, LLC; and Dynegy Miami Fort LLC, subject to approval by the Court, that all claims and causes of action asserted in this case by Plaintiffs against Defendants Vistra Corp.; Dynegy Inc.; IPH, LLC; and Dynegy Miami Fort LLC are dismissed without prejudice. The parties shall bear their own attorneys' fees, expenses and costs.

| | |
|---|---|
| Dated: July 15, 2020 | Respectfully Submitted, |
| **DEVLIN LAW FIRM LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ James M. Lennon* | */s/ Frederick L. Cottrell, III* |
| James M. Lennon (No. 4570) | Frederick L. Cottrell, III (#2555) |
| 1526 Gilpin Avenue | Tyler E. Cragg (#6398) |
| Wilmington, DE 19806 | One Rodney Square |
| (302) 449-9010 | 920 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, DE 19801 |
| | (302) 651-7700 |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | cottrell@rlf.com |
| | cragg@rlf.com |
| | *Of Counsel*: |
| | Timothy S. Durst |
| | Douglas M. Kubehl |
| | Christa Brown-Sanford |
| | Megan LaDriere |
| | Mark Johnson |
| | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue, Suite 900 |
| | Dallas, Texas 75201 |
| | Tel. (214) 953-6500 |
| | Fac. (214) 953-6503 |
| | tim.durst@bakerbotts.com |
| | doug.kubehl@bakerbotts.com |
| | christa.sanford@bakerbotts.com |
| | megan.ladriere@bakerbotts.com |
| | mark.johnson@bakerbotts.com |
| | *Attorneys for Defendants Vistra Corp. (formerly known as Vistra Energy Corp.) Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* |

So ordered this _____ day of _____, 2020

_____
District Judge