IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant Chem-Mod LLC's Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Specific Interrogatories to Chem-Mod (No. 1)*, (2) *RC Defendants and Refined Coal LLC Defendants' Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common RC Interrogatories to AJG, DTE, CERT, Chem-Mod, and the RC Defendants (Nos. 1-7)*, (3) *RC Defendants and Refined Coal LLC Defendants' Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Interrogatories to All Defendants (Nos. 1-10)* and (4) *RC Defendants and Refined Coal LLC Defendants' Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Consolidated Requests for Production to Defendants* were caused to be served on July 17, 2020, upon the following in the manner indicated:

James M. Lennon, Esquire                                                  *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire   VIA ELECTRONIC MAIL
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*

Frederick L. Cottrell, III, Esquire   VIA ELECTRONIC MAIL
Tyler E. Cragg, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC*

Timothy S. Durst, Esquire   VIA ELECTRONIC MAIL
Douglas M. Kubehl, Esquire
Christa Brown-Sanford, Esquire
Megan LaDriere, Esquire
Mark Johnson, Esquire
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201
*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC*

Robert S. Saunders, Esquire  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Jessica R. Kunz, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC*

Douglas R. Nemec, Esquire  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC*

Francis DiGiovanni, Esquire  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Thatcher A. Rahmeier, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC*

Rodger D. Smith II, Esquire  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Lucinda C. Cucuzzella, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

Randall E. Mehrberg, Esquire  *VIA ELECTRONIC MAIL*
Terri L. Mascherin, Esquire
Aaron A. Barlow, Esquire
JENNER & BLOCK LLP
353 North Clark Street,
Chicago, IL  60654-3456
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

Adam G. Unikowsky, Esquire  *VIA ELECTRONIC MAIL*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001-4412
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Brian P. Egan* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| | 1201 North Market Street |
| OF COUNSEL: | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| Richard W. Mark | (302) 658-9200 |
| Joseph Evall | jblumenfeld@mnat.com |
| Paul J. Kremer | began@mnat.com |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | *Attorneys for Defendants* |
| New York, NY  10166-0193 | *AJG Coal, LLC* |
| (212) 351-4000 | *AJG Iowa Refined Coal LLC* |
| | *Arbor Fuels Company, LLC* |
| | *Arthur J. Gallagher & Co.* |
| | *Belle River Fuels Company, LLC* |
| | *Chem-Mod LLC* |
| | *DTE REF Holdings, LLC* |
| | *DTE REF Holdings II LLC* |
| | *Gallagher Clean Energy, LLC* |
| | *Joppa Refined Coal LLC* |
| | *Louisa Refined Coal, LLC* |
| | *Portage Fuels Company, LLC* |
| | *Thomas Hill Refined Coal LLC* |
| | *Wagner Coaltech LLC* |
| | *Walter Scott Refined Coal LLC* |

July 17, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Tyler E. Cragg, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Timothy S. Durst, Esquire<br>Douglas M. Kubehl, Esquire<br>Christa Brown-Sanford, Esquire<br>Megan LaDriere, Esquire<br>Mark Johnson, Esquire<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX  75201<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Vistra Energy Corp. Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Jessica R. Kunz, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |
| Douglas R. Nemec, Esquire<br>Leslie A. Demers, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY  10001-8602<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Attorneys for Defendants Talen Energy*<br>*Corporation, Brandon Shores LLC, Talen*<br>*Generation LLC and H.A. Wagner LLC* | *VIA ELECTRONIC MAIL* |
| Rodger D. Smith II, Esquire<br>Lucinda C. Cucuzzella, Esquire<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |
| Randall E. Mehrberg, Esquire<br>Terri L. Mascherin, Esquire<br>Aaron A. Barlow, Esquire<br>JENNER & BLOCK LLP<br>353 North Clark Street,<br>Chicago, IL  60654-3456<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |
| Adam G. Unikowsky, Esquire<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC  20001-4412<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |

                 */s/ Brian P. Egan*

                 Brian P. Egan (#6227)

3