IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 17, 2020 true and correct copies of: 1) Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, and Midwest Generation, LLC's Response To Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Consolidated Requests For Production To Defendants; 2) Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, And Midwest Generation, LLC's Response To Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set Of Common Interrogatories To All Defendants (Nos. 1-10); and Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, And Midwest Generation, LLC's Response To Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set Of Common Coal Plant Interrogatories to Vistra, AEP, NRG And Talen (Nos. 1-6) were served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| James M. Lennon (Bar No. 4570) | Bradley W. Caldwell |
| tdevlin@devlinlawfirm.com | Jason D. Cassady |
| DEVLIN LAW FIRM LLC | John Austin Curry |
| 1526 Gilpin Avenue | Justin T. Nemunaitis |
| Wilmington, Delaware 19806 | CALDWELL CASSADY CURRY PC |
| Telephone: (302) 449-9010 | 2101 Cedar Springs Road, Suite 1000 |
| Facsimile: (302) 353-4251 | Dallas, Texas 75201 |
| | Phone: (214) 888-4848 |
| | (214) 888-4849 (fax) |
| | bcaldwell@caldwellcc.com |
| | jcassady@caldwellcc.com |
| | acurry@caldwellcc.com |
| | jnemunaitis@caldwellcc.com |

*/s/ Tyler E. Cragg*

Dated: July 17, 2020

Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)

OF COUNSEL:

RICHARDS, LAYTON & FINGER, PA
One Rodney Square

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, And Midwest Generation, LLC.*