IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTA ENERGY CORP., *et al.* <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2020, true and correct copies of the following were served by **e-mail** on the following counsel of record for Plaintiffs: Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H. A. Wagner LLC (collectively, "Talen") (1) objections and responses to Plaintiffs First Set of Requests for Production of Documents and Things (Nos. 1-27) dated June 17, 2020; (2) objections and responses to Plaintiffs First Set of Common Coal Plant Interrogatories to Vistra, AEP, NRG, and Talen (Nos. 1-6) ("First Set of Common Coal Plant Interrogatories") dated June 17, 2020; and (3) objections and responses to Plaintiffs First Set of Common Interrogatories to all Defendants (Nos. 1-10) dated June 17, 2020.

| | |
|---|---|
| James M. Lennon <br> **DEVLIN LAW FIRM LLC** <br> 1526 Gilpin Avenue <br> Wilmington, Delaware 19806 <br> jlennon@devlinlawfirm.com <br> dlflitparas@devlinlawfirm.com | Bradley W. Caldwell <br> Jason D. Cassady <br> John Austin Curry <br> Justin T. Nemunaitis <br> **CALDWELL CASSADY CURRY PC** <br> 2121 N. Pearl St., Suite 1200 <br> Dallas, Texas 75201 <br> midwest@caldwellcc.com |

Dated: July 20, 2020

1

2

|  |  |
|---|---|
| *Of Counsel:*<br><br>Syed Fareed<br>Emily Pyclik<br>**BAKER BOTTS L.L.P.**<br>98 San Jacinto, Suite 1500<br>Austin, Texas 78701<br>(512) 322-2500<br><br>David Tobin<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 1100<br>Dallas, Texas 75201<br>(214) 953-6500 | By: */s/ Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>francis.digiovanni@faegredrinker.com<br>thatcher.rahmeier@faegredrinker.com<br><br>*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |