## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334-RGA ) |
| VISTRA ENERGY CORP. et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on July 15, 2020 Plaintiffs filed the First Amended Complaint;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3) defendants have 14 days to respond to the First Amended Complaint;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, Midwest Energy Emissions Corp. and MES Inc., and defendants, NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, the "NRG Defendants"), and Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC (collectively, the "Talen Defendants"), and subject to the approval of the Court, that the time for the NRG Defendants and Talen Defendants to move, answer, or otherwise respond to the First Amended Complaint shall be extended through August 6, 2020.

| | |
|---|---|
| */s/ James M. Lennon* | */s/ Tyler E. Cragg* |
| James M. Lennon (#4570) | Frederick L. Cottrell, III (#2555) |
| DEVLIN LAW FIRM LLC | Tyler E. Cragg (#6398) |
| 1526 Gilpin Avenue | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19806 | One Rodney Square |
| (302) 449-9010 | 920 N. King Street |
| jlennon@devlinlawfirm.com | Wilmington, DE 19801 |
| | 302-651-7700 |
| *Attorneys for Plaintiffs Midwest Emissions Corp. and MES Inc.* | cottrell@rlf.com |
| | cragg@rlf.com |

*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC.*

 */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

Dated: July 24, 2020

　　　　SO ORDERED this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge