IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334-RGA-CJB |
| v. | **JURY TRIAL DEMANDED** |
| VISTA ENERGY CORP., *et al.* | |
| Defendants. | |

**TALEN DEFENDANTS' NOTICE OF SERVICE OF
INITIAL DISCLOSURES UNDER RULE 26(a)(1)**

PLEASE TAKE NOTICE that on July 27, 2020, true and correct copies of Talen Defendants' Initial Disclosures Under Rule 26(a)(1) were served upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc., ("ME2C" or "Plaintiffs").

These were served by **e-mail** on the following counsel of record for Plaintiffs.

| | |
|---|---|
| James M. Lennon | Bradley W. Caldwell |
| **DEVLIN LAW FIRM LLC** | Jason D. Cassady |
| 1526 Gilpin Avenue | John Austin Curry |
| Wilmington, Delaware 19806 | Justin T. Nemunaitis |
| jlennon@devlinlawfirm.com | **CALDWELL CASSADY CURRY PC** |
| dlflitparas@devlinlawfirm.com | 2121 N. Pearl St., Suite 1200 |
| | Dallas, Texas 75201 |
| | midwest@caldwellcc.com |

1

|  |  |
|---|---|
| *Of Counsel:* | By: */s/ Francis DiGiovanni* <br> Francis DiGiovanni (#3189) <br> Thatcher A. Rahmeier (#5222) <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> francis.digiovanni@faegredrinker.com <br> thatcher.rahmeier@faegredrinker.com |
| Syed Fareed <br> Emily Pyclik <br> **BAKER BOTTS L.L.P.** <br> 98 San Jacinto, Suite 1500 <br> Austin, Texas 78701 <br> (512) 322-2500 | |
| David Tobin <br> **BAKER BOTTS L.L.P.** <br> 2001 Ross Avenue, Suite 1100 <br> Dallas, Texas 75201 <br> (214) 953-6500 | *Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |

Dated: July 27, 2020

2