IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>  Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

### STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (D.I. 130)

WHEREAS Plaintiffs in the above-captioned action filed a First Amended Complaint (D.I. 130) on July 15, 2020; and

WHEREAS the RC Defendants, the Refined Coal LLC Defendants,[1] and the CERT Defendants[2] have informed Plaintiffs that they intend to file motions to dismiss the First Amended Complaint;

IT IS HEREBY STIPULATED by Plaintiffs, the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants, subject to the approval of the Court, that the following

---

[1] The "RC Defendants" include Defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, Chem-Mod LLC, DTE REF Holdings LLC, and DTE REF Holdings II LLC.  The "Refined Coal LLC Defendants" include Defendants AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal LLC, Belle River Fuels Company LLC, Arbor Fuels Company LLC, and Portage Fuels Company LLC.  These Defendants collectively referred to themselves as the "Moving Refined Coal Defendants" in their Motion to Dismiss (D.I. 55) the original Complaint, and will do so again with respect to their motion to dismiss the First Amended Complaint.
[2] The "CERT Defendants" include CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC.

briefing schedule shall apply to any motions to dismiss filed by the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants:

| Motion/Brief | Deadline to File |
|---|---|
| Motions to Dismiss First Amended Complaint and Opening Briefs in Support Thereof | August 6, 2020 |
| Opposition Briefs to Motions to Dismiss First Amended Complaint | August 27, 2020 |
| Reply Briefs in Support of Motions to Dismiss First Amended Complaint | The later of September 10, 2020, or 14 days after the filing of Plaintiffs' Opposition Brief to Motions to Dismiss First Amended Complaint |

DEVLIN LAW FIRM LLC

/s/ *James M. Lennon*
James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ *Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants*
*Arthur J. Gallagher & Co.*
*Gallagher Clean Energy, LLC*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Chem-Mod LLC*
*Joppa Refined Coal LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*
*Louisa Refined Coal, LLC*
*DTE Ref Holdings, LLC*
*DTE REF Holdings II LLC*
*Belle River Fuels Company, LLC*

*Arbor Fuels Company, LLC*
*Portage Fuels Company, LLC*

SKADDEN, ARPS, SLATE,
  MEAGHER &FLOM LLP

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:  (302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*

July 27, 2020


SO ORDERED this ___day of July, 2020.


_____
United States Magistrate Judge