## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2020 true and correct copies of: Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, and Midwest Generation, LLC's Initial Disclosures were served upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**
James M. Lennon (Bar No. 4570)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

**BY ELECTRONIC MAIL**
Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
CALDWELL CASSADY CURRY PC
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (fax)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

|  |  |
|---|---|
| Dated: July 27, 2020 | */s/ Tyler E. Cragg* <br> Frederick L. Cottrell, III (#2555) <br> Tyler E. Cragg (#6398) |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, PA <br> One Rodney Square |
| Paul R. Morico <br> Elizabeth Durham Flannery <br> Ali Dhanani <br> Thomas B. Carter, Jr. <br> BAKER BOTTS L.L.P. <br> One Shell Plaza <br> 910 Louisiana Street <br> Houston, TX 77002 <br> (713) 229-1234 <br> paul.morico@bakerbotts.com <br> liz.flannery@bakerbotts.com <br> ali.dhanani@bakerbotts.com <br> thomas.carter@bakerbotts.com | 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> cragg@rlf.com <br><br> *Attorneys for Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, And Midwest Generation, LLC.* |