# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2020 true and correct copies of: Defendants Dynegy Midwest Generation, LLC and Illinois Power Resources Generating, LLC's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1) were served upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**
James M. Lennon (Bar No. 4570)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

**BY ELECTRONIC MAIL**
Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
CALDWELL CASSADY CURRY PC
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (fax)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

| | |
|---|---|
| Dated: July 28, 2020 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555) |
| *Of Counsel*:<br>Timothy S. Durst<br>Douglas M. Kubehl<br>Christa Brown-Sanford<br>Megan LaDriere<br>Mark Johnson<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201<br>Tel. (214) 953-6500<br>Fac. (214) 953-6503<br>tim.durst@bakerbotts.com<br>doug.kubehl@bakerbotts.com<br>christa.sanford@bakerbotts.com<br>megan.ladriere@bakerbotts.com<br>mark.johnson@bakerbotts.com | Tyler E. Cragg (#6398)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel. (302) 651-7700<br>cottrell@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Defendants Dynegy Midwest Generation, LLC Illinois Power Resources Generating, LLC, Electric Energy, Inc., Illinois Power Generation Company, Coleto Creek Power, LLC, Oak Grove Management Company LLC, and Luminant Generation Company LLC* |