## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

                    Plaintiffs,

    v.

VISTRA ENERGY CORP., ET AL.,

                    Defendants.

C.A. No. 1:19-cv-01334-RGA-CJB

JURY TRIAL DEMANDED

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2020, copies of *Plaintiffs' Initial Disclosures* were caused to be served upon the following counsel in the manner indicated:

### BY E-MAIL:

BBVistraME2C@BakerBotts.com
nrg-vistra@rlf.com
BBMidwestNRG@BakerBotts.com
syed.fareed@bakerbotts.com
david.tobin@bakerbotts.com
BBTalenMEEC@BakerBotts.com
Thatcher.Rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
abarlow@jenner.com
rsmith@mnat.com
JEvall@gibsondunn.com
DAdler@gibsondunn.com
PKremer@gibsondunn.com
AFirst@gibsondunn.com
RMark@gibsondunn.com
LFanady@gibsondunn.com
jblumenfeld@MNAT.com
began@MNAT.com
DLME2CCERT@skadden.com

Dated: July 28, 2020


OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*