# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2020, copies of *Plaintiffs ME2C's Responses to Power-Plant Defendants' First Set of Common Interrogatories (Nos. 1-6)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Sonja.guenter@BakerBotts.com
BBVistraME2C@BakerBotts.com
nrg-vistra@rlf.com
BBMidwestNRG@BakerBotts.com
BBTalenMEEC@BakerBotts.com
Thatcher.Rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
abarlow@jenner.com
rsmith@mnat.com
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com
began@MNAT.com
DLME2CCERT@skadden.com

| | |
|---|---|
| Dated: July 28, 2020 | DEVLIN LAW FIRM LLC <br><br> */s/ James M. Lennon* <br> James M. Lennon (No. 4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |

1

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com