IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.      )
and MES INC.,                       )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )      C.A. No. 19-1334 (RGA)
                                    )
VISTRA ENERGY CORP., *et al.*,      )
                                    )
            Defendants.             )

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc. to move, answer, or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement (D.I. 130) is extended until August 6, 2020.

DEVLIN LAW FIRM LLC                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James M. Lennon*                     */s/ Rodger D. Smith II*
James M. Lennon (#4570)                   Rodger D. Smith II (#3778)
1526 Gilpin Avenue                        Lucinda C. Cucuzzella (#3491)
Wilmington, DE  19806                     1201 North Market Street
(302) 449-9010                            P.O. Box 1347
jlennon@devlinlawfirm.com                 Wilmington, DE  19899
                                          (302) 658-9200
*Attorney for Plaintiffs Midwest Energy*  rsmith@mnat.com
*Emissions Corp. and MES Inc.*            ccucuzzella@mnat.com

                                          *Attorney for Defendants AEP Generation*
                                          *Resources Inc., Southwestern Electric Power*
                                          *Co. and AEP Texas Inc.*

July 28, 2020

            SO ORDERED this ___ day of _____, 2020.


            _____
            UNITED STATES DISTRICT JUDGE