IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES INC., <br><br>    Plaintiffs,<br><br>  v.<br><br>VISTRA ENERGY CORP., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1334 (RGA)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc.'s Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Coal Plant Interrogatories to Vistra, AEP, NRG, and Talen (Nos. 1-6)*; (2) *Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc.'s Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Consolidated Requests for Production to Defendants (Nos. 1-27)*; and (3) *Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc.'s Responses and Objections to Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Interrogatories to All Defendants (Nos. 1-10),* were caused to be served on July 30, 2020, upon the following in the manner indicated:

James M. Lennon, Esquire                           *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

| | |
|---|---|
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

OF COUNSEL:

Randall E. Mehrberg
Terri L. Mascherin
Aaron A. Barlow
Cayman C. Mitchell
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350

*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC  20001-4412
(202) 639-6000

July 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)