IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *RC Defendants and Refined Coal LLC Defendants' Disclosures Pursuant to Paragraph 7(b) of the Second Amended Scheduling Order* were caused to be served on July 30, 2020, upon the following in the manner indicated:

James M. Lennon, Esquire                                                                             VIA ELECTRONIC MAIL
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                                                       VIA ELECTRONIC MAIL
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis,Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Tyler E. Cragg, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Dynegy Midwest Generation, LLC and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |
| Timothy S. Durst, Esquire<br>Douglas M. Kubehl, Esquire<br>Christa Brown-Sanford, Esquire<br>Megan LaDriere, Esquire<br>Mark Johnson, Esquire<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Dynegy Midwest Generation, LLC and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Jessica R. Kunz, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |

Douglas R. Nemec, Esquire  VIA ELECTRONIC MAIL
Leslie A. Demers, Esquire
S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> & F<small>LOM</small> LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC*

Francis DiGiovanni, Esquire  VIA ELECTRONIC MAIL
Thatcher A. Rahmeier, Esquire
F<small>AEGRE</small> D<small>RINKER</small> B<small>IDDLE</small> & R<small>EATH</small> LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC*

Rodger D. Smith II, Esquire  VIA ELECTRONIC MAIL
Lucinda C. Cucuzzella, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

Randall E. Mehrberg, Esquire  VIA ELECTRONIC MAIL
Terri L. Mascherin, Esquire
Aaron A. Barlow, Esquire
J<small>ENNER</small> & B<small>LOCK</small> LLP
353 North Clark Street,
Chicago, IL  60654-3456
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

Adam G. Unikowsky, Esquire  
JENNER & BLOCK LLP  
1099 New York Avenue, NW, Suite 900  
Washington, DC  20001-4412  
*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____  
Jack B. Blumenfeld (#1014)  
Brian P. Egan (#6227)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@mnat.com  
began@mnat.com  

OF COUNSEL:

Richard W. Mark  
Joseph Evall  
Paul J. Kremer  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY  10166-0193  
(212) 351-4000

*Attorneys for Defendants*  
*AJG Coal, LLC*  
*AJG Iowa Refined Coal LLC*  
*Arbor Fuels Company, LLC*  
*Arthur J. Gallagher & Co.*  
*Belle River Fuels Company, LLC*  
*Chem-Mod LLC*  
*DTE REF Holdings, LLC*  
*DTE REF Holdings II LLC*  
*Gallagher Clean Energy, LLC*  
*Joppa Refined Coal LLC*  
*Louisa Refined Coal, LLC*  
*Portage Fuels Company, LLC*  
*Thomas Hill Refined Coal LLC*  
*Wagner Coaltech LLC*  
*Walter Scott Refined Coal LLC*

July 30, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis,Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Tyler E. Cragg, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Dynegy Midwest Generation, LLC and Illinois Power Resources Generating, LLC* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Timothy S. Durst, Esquire<br>Douglas M. Kubehl, Esquire<br>Christa Brown-Sanford, Esquire<br>Megan LaDriere, Esquire<br>Mark Johnson, Esquire<br>BAKER BOTTS, L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, TX  75201<br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC, Dynegy Midwest Generation and Illinois Power Resources Generating, LLC* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Jessica R. Kunz, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |
| Douglas R. Nemec, Esquire<br>Leslie A. Demers, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY  10001-8602<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Attorneys for Defendants Talen Energy*<br>*Corporation, Brandon Shores LLC, Talen*<br>*Generation LLC and H.A. Wagner LLC* | *VIA ELECTRONIC MAIL* |
| Rodger D. Smith II, Esquire<br>Lucinda C. Cucuzzella, Esquire<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |
| Randall E. Mehrberg, Esquire<br>Terri L. Mascherin, Esquire<br>Aaron A. Barlow, Esquire<br>JENNER & BLOCK LLP<br>353 North Clark Street,<br>Chicago, IL  60654-3456<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |
| Adam G. Unikowsky, Esquire<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC  20001-4412<br>*Attorney for Defendants AEP Generation*<br>*Resources Inc., Southwestern Electric Power Co.*<br>*and AEP Texas Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)