# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-01334-RGA-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2020, Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC (collectively, the "CERT Defendants"), by their undersigned attorneys, caused a copy of CERT Defendants' Disclosures Pursuant to Paragraph 7(b) of the Second Amended Scheduling Order to be served on the following counsel of record via electronic mail.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Rodger D. Smith II (ID No. 3778)
Lucinda C. Cucuzzella (ID No. 3491)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

*Attorneys for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants AJG Coal, LLC, AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC, Arthur J. Gallagher & Co., Belle River Fuls Company, LLC, Chem-Mod-LLC, DTE REF Holdings LLC, DTE REF Holdings II LLC, Gallagher Clean Energy LLC, Joppa Refined Coal LLC, Louisa Refined Coal, LLC, Portage Fuels Company, LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC and Walter Scott Refined Coal LLC*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Francis DiGiovanni (ID No. 3189)
Thatcher A. Rahmeier (ID No. 5222)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC and H.A. Wagner LLC*

**RICHARDS, LAYTON & FINGER, P.A.**

Frederick L. Cottrell, III (ID No. 2555)
Tyler E. Cragg (ID No. 6398)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants Vistra Corp. (formerly known as Vistra Energy Corp.), Dynegy Miami Fort, LLC, Dynegy Inc., Dynegy Midwest Generation, LLC, IPH, LLC, Illinois Power Resources Generating, LLC, NRG Energy, Inc, NRG Texas Power LLC, Midwest Generation EME, LLC and Midwest Generation LLC*

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

2

| | |
|---|---|
| OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York  10001-8602<br>Tel.:  (212) 735-3000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com<br><br><br><br>DATED:  July 30, 2020 | */s/ Jessica R. Kunz*<br>Robert S. Saunders (ID No. 3027)<br>Jessica R. Kunz (ID No. 5698)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>Tel.:  (302) 651-3000<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC* |

3