**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334-RGA-CJB |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 30, 2020 Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, And Midwest Generation, LLC served their core technical documents related to the accused products upon the following counsel of record in the manner indicated below.

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| James M. Lennon (Bar No. 4570) | Bradley W. Caldwell |
| tdevlin@devlinlawfirm.com | Jason D. Cassady |
| DEVLIN LAW FIRM LLC | John Austin Curry |
| 1526 Gilpin Avenue | Justin T. Nemunaitis |
| Wilmington, Delaware 19806 | CALDWELL CASSADY CURRY PC |
| Telephone: (302) 449-9010 | 2101 Cedar Springs Road, Suite 1000 |
| Facsimile: (302) 353-4251 | Dallas, Texas 75201 |
| | Phone: (214) 888-4848 |
| | (214) 888-4849 (fax) |
| | bcaldwell@caldwellcc.com |
| | jcassady@caldwellcc.com |
| | acurry@caldwellcc.com |
| | jnemunaitis@caldwellcc.com |

| | |
|---|---|
| Dated: July 30, 2020 | */s/ Tyler E. Cragg* |
| | Frederick L. Cottrell, III (#2555) |
| | Tyler E. Cragg (#6398) |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, PA |
| | One Rodney Square |
| Paul R. Morico | 920 N. King Street |
| Elizabeth Durham Flannery | Wilmington, DE 19801 |
| Ali Dhanani | (302) 651-7700 |
| Thomas B. Carter, Jr. | cottrell@rlf.com |
| BAKER BOTTS L.L.P. | cragg@rlf.com |
| One Shell Plaza | |
| 910 Louisiana Street | *Attorneys for Defendants NRG Energy, Inc.,* |
| Houston, TX 77002 | *NRG Texas Power LLC, Midwest Generation* |
| (713) 229-1234 | *EME, LLC, and Midwest Generation, LLC.* |
| paul.morico@bakerbotts.com | |
| liz.flannery@bakerbotts.com | |
| ali.dhanani@bakerbotts.com | |
| thomas.carter@bakerbotts.com | |