IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, ET. AL.**<br><br>    **Defendants.** | Case No.: 1:19-cv-01334-RGA-CJB |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. ("Plaintiffs"), and Defendants Illinois Power Resources Generating, LLC, Dynegy Midwest Generation LLC, Electric Energy, Inc., Illinois Power Generating Company, Coleto Creek Power, LLC, Oak Grove Management Company LLC, and Luminant Generation Company LLC (collectively, "Vistra"), subject to approval by the Court, that all claims and causes of action asserted in this action between Plaintiffs and Vistra are dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: July 30, 2020                                                        Respectfully Submitted,

**DEVLIN LAW FIRM LLC**                                         **RICHARDS, LAYTON & FINGER, P.A.**

*/s/ James M. Lennon*                                                 */s/ Frederick L. Cottrell, III*
James M. Lennon (No. 4570)                                  Frederick L. Cottrell, III (#2555)
1526 Gilpin Avenue                                                    Tyler E. Cragg (#6398
Wilmington, DE 19806                                              One Rodney Square
(302) 449-9010                                                             920 N. King Street
jlennon@devlinlawfirm.com                                    Wilmington, DE 19801
                                                                                     (302) 651-7700
*Attorneys for Plaintiffs Midwest Energy*                cottrell@rlf.com
*Emissions Corp. and MES Inc.*                                cragg@rlf.com

*Of Counsel*:

Timothy S. Durst
Douglas M. Kubehl
Christa Brown-Sanford
Megan LaDriere
Mark Johnson
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Tel. (214) 953-6500
Fac. (214) 953-6503
tim.durst@bakerbotts.com
doug.kubehl@bakerbotts.com
christa.sanford@bakerbotts.com
megan.ladriere@bakerbotts.com
mark.johnson@bakerbotts.com

*Attorneys for Dynegy Midwest Generation, LLC, Illinois Power Resources Generating, LLC, Electric Energy, Inc., Illinois Power Generation Company, Coleto Creek Power, LLC, Oak Grove Management Company LLC, and Luminant Generation Company LLC*

SO ORDERED this ___ day of _____, 2020.

District Judge _____