## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

> *Plaintiffs,*

v.

VISTA ENERGY CORP., *et al.,*

> *Defendants.*

C.A. No. 19-1334-RGA-CJB

**JURY TRIAL DEMANDED**

### TALEN DEFENDANTS' NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2020, true and correct copies of Talen Defendants' Disclosures Pursuant to Paragraph 7(b) of the Second Amended Scheduling Order were served upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("ME2C" or "Plaintiffs").

These were served by e-mail on the following counsel of record for Plaintiffs.

James M. Lennon
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
jlennon@devlinlawfirm.com
dlflitparas@devlinlawfirm.com

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
midwest@caldwellcc.com

1

Dated:  July 31, 2020

By: /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Of Counsel:*

Syed Fareed
Emily Pyclik
John C. Williams
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

*Attorneys for Defendants Talen Energy*
*Corporation, Brandon Shores LLC, Talen*
*Generation LLC, and H.A. Wagner LLC*

David Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

ACTIVE.124765420.01