IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-1334 (RGA) |

## AEP DEFENDANTS' NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc. (collectively, "AEP") caused their Disclosures Pursuant to Paragraph 7(b) of the Second Amended Scheduling Order to be served on July 30, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire <br> Jason D. Cassady, Esquire <br> John Austin Curry, Esquire <br> Justin T. Nemunaitis, Esquire <br> CALDWELL CASSADY CURRY PC <br> 2010 Cedar Springs Road, Suite 1000 <br> Dallas, TX 75201 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Rodger D. Smith II* |
| | Rodger D. Smith II (#3778) |
| | Lucinda C. Cucuzzella (#3491) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE 19899 |
| | (302) 658-9200 |
| Randall E. Mehrberg | rsmith@mnat.com |
| Terri L. Mascherin | ccucuzzella@mnat.com |
| Aaron A. Barlow | |
| Cayman C. Mitchell | *Attorney for Defendants AEP Generation* |
| JENNER & BLOCK LLP | *Resources Inc., Southwestern Electric Power* |
| 353 N. Clark Street | *Co. and AEP Texas Inc.* |
| Chicago, IL  60654-3456 | |
| (312) 222-9350 | |

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6000

July 31, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 31, 2020, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)