**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 3, 2020, copies of *Plaintiffs ME2C's Responses to Power-Plant Defendants' First Set of Common Requests for Production (Nos. 1-124)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Sonja.guenter@BakerBotts.com
nrg-vistra@rlf.com
BBMidwestNRG@BakerBotts.com
BBTalenMEEC@BakerBotts.com
Thatcher.Rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
abarlow@jenner.com
rsmith@mnat.com
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com
began@MNAT.com
DLME2CCERT@skadden.com
dnelson@jenner.com
cmitchell@jenner.com

Dated: August 3, 2020                      DEVLIN LAW FIRM LLC

                                           */s/ James M. Lennon*
                                           James M. Lennon (No. 4570)
                                           1526 Gilpin Avenue
                                           Wilmington, DE 19806
                                           (302) 449-9010
                                           jlennon@devlinlawfirm.com
                                           *Attorneys for Plaintiffs*

1

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com