IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (RGA) ) |
| VISTRA ENERGY CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc. to move, answer, or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement (D.I. 130) is extended until August 13, 2020.

DEVLIN LAW FIRM LLC

/s/ *James M. Lennon*
James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorney for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

August 6, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

SO ORDERED this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE