IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-1334-RGA-CJB |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

### TALEN DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT (D.I. 130) AND FOR SEVERANCE

Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (collectively, "Talen Defendants") move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' claims against Talen Defendants for inducement of infringement and willful infringement with prejudice, and to dismiss the claim that the Talen Defendants are jointly and severally liable with certain Refined Coal Defendants: Chem-Mod LLC ("Chem-Mod"), Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, and AJG Coal, LLC ("AJG"); and DTE REF Holdings, LLC, DTE REF Holdings II LLC ("DTE") with prejudice. Talen Defendants further move the Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims brought by plaintiff MES Inc. with prejudice because MES Inc. is not a "patentee" under 35 U.S.C. § 281. Finally, Talen Defendants request that the remaining claims against them be severed into a separate action under FED. R. CIV. P. 20(a), 21, and 35 U.S.C. § 299.

| | |
|---|---|
| Dated: August 6, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| *Of Counsel:*<br>Syed Fareed<br>Emily Pyclik<br>John C. Williams<br>**BAKER BOTTS L.L.P.**<br>98 San Jacinto, Suite 1500<br>Austin, Texas 78701<br>(512) 322-2500 | */s/Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>francis.digiovanni@faegredrinker.com<br>thatcher.rahmeier@faegredrinker.com |
| David Tobin<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 1100<br>Dallas, Texas 75201<br>(214) 953-6869 | *Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |