IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. <br> and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 19-1334-RGA-CJB |

## ORDER

WHEREAS, having considered the Motion to Dismiss Plaintiffs' First Amended Complaint and For Severance filed by defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (the "Motion to Dismiss"), and argument thereon,

The Court GRANTS the Motion to Dismiss, thus dismissing Plaintiffs' claims against Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC for inducement of infringement and willful infringement, dismissing the claim that Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC are jointly and severally liable with Chem-Mod LLC ("Chem-Mod"), Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, and AJG Coal, LLC ("AJG"); and DTE REF Holdings, LLC, DTE REF Holdings II LLC ("DTE"), and dismissing all claims brought by plaintiff MES Inc. because MES Inc. is not a "patentee" under 35 U.S.C. § 281,

The Courts GRANTS the Motion to Dismiss induced infringement, willful infringement, claims that Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC are jointly and severally liable with Chem-Mod, AJG, and DTE, and plaintiff MES

2

Inc. WITH PREJUDICE,

The Court GRANTS Talen Defendants' motion that the remaining claims against them be severed into a separate action under FED. R. CIV. P. 20(a), 21, and 35 U.S.C. § 299.

SO ORDERED this _____ day of _____, 20___.

_____
United States District Judge