IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 19-1334-RGA-CJB |
| VISTRA ENERGY CORP., et al., | | |
| Defendants. | | |

**DECLARATION OF EMILY PYCLIK IN SUPPORT OF TALEN DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT (D.I. 130) AND FOR SEVERANCE**

1.   I am an attorney with the law firm of Baker Botts L.L.P., counsel of record for Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC (collectively, "Defendants") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.   Attached as **Exhibit C** is a true and correct copy of a record retrieved from the USPTO's Patent Assignment Search database[1] comprising an assignment record for U.S. Patent No. 10,589,225. Highlighting has been added to identify the patent number.

3.   Attached as **Exhibit D** is a true and correct copy of a record retrieved from the USPTO's Patent Assignment Search database[2] comprising an assignment record for U.S. Patent No. 10,596,517. Highlighting has been added to identify the patent number.

---

[1] *See* Patent Assignment Search, THE UNITED STATES PATENT AND TRADEMARK OFFICE, https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=10589225&type=patNum (last visited August 6, 2020) (assignment records for Patent 10,589,225).
[2] *See* Patent Assignment Search, THE UNITED STATES PATENT AND TRADEMARK OFFICE, https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=10596517&type=patNum (last visited August 6, 2020) (assignment records for Patent 10,596,517).

4.      Attached as **Exhibit E** is a true and correct copy of a record retrieved from the USPTO's Patent Assignment Search database[3] comprising an assignment record for U.S. Patent No. 10,668,430.  Highlighting has been added to identify the patent number.

\* \* \* \* \*

I declare under the penalty of perjury that the foregoing is true and correct.  Executed in Austin, Texas on August 6, 2020.

/s/ *Emily Pyclik*
Emily Pyclik

---

[3] *See* Patent Assignment Search, THE UNITED STATES PATENT AND TRADEMARK OFFICE, https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=10668430&type=patNum (last visited August 6, 2020) (assignment records for Patent 10,668,430).