# EXHIBIT C



# Assignment abstract of title for Application 14712558

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY<br>Edwin S. Olson, Michael J. Holmes, John Henry Pavlish | 10589225<br>Mar 17, 2020 | 20150246315<br>Sep 03, 2015 | 14712558<br>May 14, 2015 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052144/0657 | Apr 24, 2017 | Mar 11, 2020 | 5 | 12 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE CORRECT THE ADDRESS OF THE RECEIVING PARTY PREVIOUSLY RECORDED ON REEL 042647 FRAME 0351. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
1810 JESTER DR
CORSICANA, TEXAS 75109

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042647/0351 | Apr 24, 2017 | Jun 08, 2017 | 23 | 9 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
670 D ENTERPRISE DR
LEWIS CENTER, OHIO 43035

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040495/0857 | Aug 25, 2014 | Dec 02, 2016 | 1 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
PAVLISH, JOHN HENRY

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.

P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

Assignee
ENERGY & ENVIRONMENTAL RESEARCH CENTER
FOUNDATION
15 NORTH 23RD STREET, STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040496/0211 | Aug 25, 2014 | Dec 02, 2016 | 1 | 7 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
OLSON, EDWIN S.

Correspondent
SCHWEGMAN LUNDBERG &
WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

Assignee
ENERGY & ENVIRONMENTAL RESEARCH CENTER
FOUNDATION
15 NORTH 23RD STREET, STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040496/0056 | Aug 22, 2014 | Dec 02, 2016 | 1 | 7 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
HOLMES, MICHAEL J.

Correspondent
SCHWEGMAN LUNDBERG &
WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402-0938

Assignee
ENERGY & ENVIRONMENTAL RESEARCH CENTER
FOUNDATION
15 NORTH 23RD STREET, STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017