# EXHIBIT E



# Assignment abstract of title for Application 15974343

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY<br>Edwin S. Olson, Michael J. Holmes, John H. Pavlish | 10668430<br>Jun 02, 2020 | 20180257030<br>Sep 13, 2018 | 15974343<br>May 08, 2018 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052144/0750 | Apr 24, 2017 | Mar 11, 2020 | 4 | 11 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE CORRECT ASSIGNEE ADDRESS PREVIOUSLY RECORDED AT REEL: 050462 FRAME: 0607. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
1810 JESTER DR
CORSICANA, TEXAS 75109

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050462/0607 | Apr 24, 2017 | Sep 23, 2019 | 5 | 9 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ENERGY AND ENVIRONMENTAL RESEARCH CENTER FOUNDATION

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

**Assignee**
MIDWEST ENERGY EMISSIONS CORP.
670 D ENTERPRISE DRIVE
LEWIS CENTER, OHIO 43035

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050461/0076 | Aug 25, 2014 | Sep 23, 2019 | 5 | 8 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
OLSON, EDWIN S.

**Correspondent**
SCHWEGMAN LUNDBERG & WOESSNER, P.A.

Assignee
ENERGY AND ENVIRONMENTAL RESEARCH
CENTER FOUNDATION
15 NORTH 23RD STREET
STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050462/0111 | Aug 25, 2014 | Sep 23, 2019 | 5 | 8 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
PAVLISH, JOHN H.

Correspondent
SCHWEGMAN LUNDBERG &
WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

Assignee
ENERGY AND ENVIRONMENTAL RESEARCH
CENTER FOUNDATION
15 NORTH 23RD STREET
STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 050461/0741 | Aug 22, 2014 | Sep 23, 2019 | 5 | 8 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
HOLMES, MICHAEL J.

Correspondent
SCHWEGMAN LUNDBERG &
WOESSNER, P.A.
P.O. BOX 2938
MINNEAPOLIS, MN 55402

Assignee
ENERGY AND ENVIRONMENTAL RESEARCH
CENTER FOUNDATION
15 NORTH 23RD STREET
STOP 9017
GRAND FORKS, NORTH DAKOTA 58202-9017