# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AEP GENERATION RESOURCES INC.,<br>*et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-01334-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

## CERT DEFENDANTS' MOTION TO DISMISS ALL CLAIMS IN THE FIRST AMENDED COMPLAINT FOR FAILURE TO <u>STATE A CLAIM UNDER RULE 12(b)(6)</u>

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC (collectively, the "CERT Defendants") respectfully move this Court for an order dismissing with prejudice plaintiffs' First Amended Complaint for Patent Infringement.

The grounds for this motion are set forth in the CERT Defendants' Opening Brief in Support of Their Motion to Dismiss All Claims in the First Amended Complaint for Failure to State a Claim Under Rule 12(b)(6), submitted herewith.

| | |
|---|---|
| DATED: August 6, 2020 | Respectfully submitted, |
| | */s/ Robert S. Saunders* |
| OF COUNSEL: | Robert S. Saunders (ID No. 3027) |
| | Jessica R. Kunz (ID No. 5698) |
| Douglas R. Nemec | SKADDEN, ARPS, SLATE, MEAGHER & |
| Leslie A. Demers |   FLOM LLP |
| SKADDEN, ARPS, SLATE, MEAGHER & | One Rodney Square |
|   FLOM LLP | P.O. Box 636 |
| One Manhattan West | Wilmington, Delaware  19899-0636 |
| New York, New York 10001-8602 | Tel:  (302) 651-3000 |
| Tel:  (212) 735-3000 | rob.saunders@skadden.com |
| douglas.nemec@skadden.com | jessica.kunz@skadden.com |
| leslie.demers@skadden.com | |

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*