# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AEP GENERATION RESOURCES INC., *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-01334-RGA |

### [PROPOSED] ORDER GRANTING THE CERT DEFENDANTS' MOTION TO DISMISS ALL CLAIMS IN THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

Upon consideration of the motion to dismiss filed by defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC (collectively, the "CERT Defendants"),

IT IS HEREBY ORDERED on this ___ day of _____, 2020, that the CERT Defendants' Motion to Dismiss All Claims in the First Amended Complaint for Failure to State a Claim Under Rule 12(b)(6) is GRANTED, and plaintiffs' First Amended Complaint for Patent Infringement as to the CERT Defendants is DISMISSED WITH PREJUDICE.

_____
United States District Judge Richard G. Andrews