IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| v. | ) ) | |
| VISTRA ENERGY CORP., *et al.*, | ) ) | |
| Defendants. | ) | |

**MOVING REFINED COAL DEFENDANTS' MOTION TO DISMISS
FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, DTE REF Holdings, LLC, DTE REF Holdings II LLC, Chem-Mod LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company LLC, and Portage Fuels Company, LLC  (collectively, the "Moving Refined Coal Defendants") move to dismiss the First Amended Complaint (the "FAC") (D.I. 130) against them, because the FAC, including plaintiffs' claims for direct infringement, induced infringement, contributory infringement, joint infringement, and willful infringement, fails to state a claim upon which relief can be granted.  The grounds for this motion are set forth more fully in the Moving Refined Coal Defendants' Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

*Attorneys for Defendants*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Arthur J. Gallagher & Co.*
*Belle River Fuels Company, LLC*
*Chem-Mod LLC*
*DTE REF Holdings, LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

August 6, 2020

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 6, 2020, upon the following in the manner indicated:

James M. Lennon, Esquire                                       *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                   *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*

Frederick L. Cottrell, III, Esquire                            *VIA ELECTRONIC MAIL*
Tyler E. Cragg, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendants NRG Energy, Inc., NRG*
*Texas Power LLC, Midwest Generation EME,*
*LLC and Midwest Generation, LLC*

Timothy S. Durst, Esquire                                   *VIA ELECTRONIC MAIL*
Douglas M. Kubehl, Esquire
Christa Brown-Sanford, Esquire
Megan LaDriere, Esquire
Mark Johnson, Esquire
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201
*Attorneys for Defendants NRG Energy, Inc., NRG*
*Texas Power LLC, Midwest Generation EME, LLC*
*and Midwest Generation, LLC*

Robert S. Saunders, Esquire                                 *VIA ELECTRONIC MAIL*
Jessica R. Kunz, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC and CERT*
*Operations RCB LLC*

Douglas R. Nemec, Esquire                                   *VIA ELECTRONIC MAIL*
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC and CERT*
*Operations RCB LLC*

Francis DiGiovanni, Esquire                                 *VIA ELECTRONIC MAIL*
Thatcher A. Rahmeier, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendants Talen Energy*
*Corporation, Brandon Shores LLC, Talen*
*Generation LLC and H.A. Wagner LLC*

John Conrad Williams, Esquire                              *VIA ELECTRONIC MAIL*
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas  78701
*Attorneys for Defendants Talen Energy*
*Corporation, Brandon Shores LLC, Talen*
*Generation LLC and H.A. Wagner LLC*

Rodger D. Smith II, Esquire                                *VIA ELECTRONIC MAIL*
Lucinda C. Cucuzzella, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorney for Defendants AEP Generation*
*Resources Inc., Southwestern Electric Power Co.*
*and AEP Texas Inc.*

Randall E. Mehrberg, Esquire                               *VIA ELECTRONIC MAIL*
Terri L. Mascherin, Esquire
Aaron A. Barlow, Esquire
JENNER & BLOCK LLP
353 North Clark Street,
Chicago, IL  60654-3456
*Attorney for Defendants AEP Generation*
*Resources Inc., Southwestern Electric Power Co.*
*and AEP Texas Inc.*

Adam G. Unikowsky, Esquire                                 *VIA ELECTRONIC MAIL*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001-4412
*Attorney for Defendants AEP Generation*
*Resources Inc., Southwestern Electric Power Co.*
*and AEP Texas Inc.*

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)

3