IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

**MOTION TO DISMISS AND JOINDER BY DEFENDANTS
NRG ENERGY, INC., NRG TEXAS POWER LLC,
<u>MIDWEST GENERATION EME, LLC, AND MIDWEST GENERATION, LLC</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG") move to dismiss Plaintiff Midwest Energy Emissions Corp.'s ("ME2C") claims of willful and induced infringement as well as ME2C's joint and several liability allegations brought against NRG in ME2C's First Amended Complaint (D.I. 130). The grounds for the motion are set forth in NRG's Opening Brief in Support of Motion to Dismiss filed contemporaneously herewith.

Further, NRG joins the portions of the motion to dismiss filed by Defendants Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC's (D.I. 172) regarding dismissal of Plaintiff MES Inc. because the First Amended Complaint fails to show that MES Inc. is a "patentee" under 35 U.S.C. § 281 and severance of NRG under 35 U.S.C. § 299 because the First Amended Complaint fails to provide sufficient basis for joinder of eight unrelated groups of defendants.

| | |
|---|---|
| Dated: August 6, 2020 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Tyler E. Cragg (#6398) |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square |
| Paul R. Morico | 920 N. King Street |
| Elizabeth Durham Flannery | Wilmington, DE 19801 |
| Ali Dhanani | (302) 651-7700 |
| Thomas B. Carter, Jr. | cottrell@rlf.com |
| BAKER BOTTS L.L.P. | cragg@rlf.com |
| One Shell Plaza | |
| 910 Louisiana Street | *Attorneys for Defendants* |
| Houston, TX 77002 | *NRG Energy, Inc.,* |
| (713) 229-1234 | *NRG Texas Power LLC,* |
| paul.morico@bakerbotts.com | *Midwest Generation EME, LLC,* |
| liz.flannery@bakerbotts.com | *and Midwest Generation, LLC* |
| ali.dhanani@bakerbotts.com | |
| thomas.carter@bakerbotts.com | |

2