## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP. et al., <br><br> Defendants. | C.A. No. 19-1334-RGA |

### [PROPOSED] ORDER

WHEREAS, defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG") having moved to dismiss Midwest Energy Emissions Corp.'s ("ME2C") claims of willful and induced infringement as well as joint and several liability allegations brought against NRG with prejudice (the "Motion");

WHEREAS, NRG joined Defendants Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC's (collectively, "Talen")  motion (D.I. 172) regarding dismissal of Plaintiff MES Inc. because the First Amended Complaint fails to show that MES Inc. is a "patentee" under 35 U.S.C. § 281 and severance of NRG under 35 U.S.C. § 299 because the First Amended Complaint fails to provide sufficient basis for joinder of eight unrelated groups of defendants (the "Joinder"); and

WHEREAS, the Court having considered the Motion and Joinder and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2020, that the Motion and Joinder are GRANTED and ME2C's claims of willful and induced infringement as

well as the joint and several liability allegations brought against NRG are DISMISSED WITH PREJUDICE, Plaintiff MES Inc. is DISMISSED and NRG is severed into a separate action under 35 U.S.C. § 299.

_____  
UNITED STATES DISTRICT JUDGE