

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

August 6, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

   Re: *Midwest Energy Emissions Corp., et al. v. Vistra Energy Corp., et al.*,
     C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

  On July 30, 2020, the Court entered a protective order (D.I. 161) in this case. Since entry of that order, the parties have exchanged additional documents and identified additional considerations related to document production in this multi-defendant case. To better facilitate the disclosure of confidential information, and to ensure that this information is adequately protected, the parties have agreed to use a new designation under the protective order---RESTRICTED OUTSIDE ATTORNEYS EYES ONLY. The parties respectfully request that the Court enter the attached protective order which adds new paragraphs 28 and 29. No other substantive changes have been made to the attached proposed protective order.

             Respectfully,

             */s/ James M. Lennon*

             James M. Lennon (No. 4570)

JML/dla
Enclosure
cc: Clerk of the Court (via CM/ECF, w/encl.)
   Counsel of Record (via CM/ECF, w/encl.)