# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>VISTRA ENERGY CORP., *et al.*<br><br>    Defendants. | C.A. No. 19-1334-RGA-CJB<br><br>**JURY TRIAL DEMANDED** |

## **TALEN DEFENDANTS' NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 7, 2020, Power-Plant Defendants jointly served their Second Set of Common Interrogatories (No. 7) upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc., ("ME2C" or "Plaintiffs").

These were served by **e-mail** on the following counsel of record for Plaintiffs.

| | |
|---|---|
| James M. Lennon<br>**DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>jlennon@devlinlawfirm.com<br>dlflitparas@devlinlawfirm.com | Bradley W. Caldwell<br>Jason D. Cassady<br>John Austin Curry<br>Justin T. Nemunaitis<br>**CALDWELL CASSADY CURRY PC**<br>2121 N. Pearl St., Suite 1200<br>Dallas, Texas 75201<br>midwest@caldwellcc.com |

| | |
|---|---|
| Dated: August 10, 2020 | *By: /s/ Thatcher A. Rahmeier* <br> Francis DiGiovanni (#3189) <br> Thatcher A. Rahmeier (#5222) <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> francis.digiovanni@faegredrinker.com <br> thatcher.rahmeier@faegredrinker.com |
| *Of Counsel:* | |
| Syed Fareed <br> Emily Pyclik <br> **BAKER BOTTS L.L.P.** <br> 98 San Jacinto, Suite 1500 <br> Austin, Texas 78701 <br> (512) 322-2500 | |
| David Tobin <br> **BAKER BOTTS L.L.P.** <br> 2001 Ross Avenue, Suite 1100 <br> Dallas, Texas 75201 <br> (214) 953-6500 | *Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC* |

2

ACTIVE.124805229.01