**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

                Plaintiffs,

   v.

VISTRA ENERGY CORP., ET AL.,

                Defendants.

Civil Action No. 1:19-cv-01334-RGA-CJB

JURY TRIAL DEMANDED

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following briefing schedule shall apply to certain Defendants' motions to dismiss Plaintiffs' First Amended Complaint for Patent Infringement (D.I. 172, 178):

| Motion/Brief | Deadline to File |
|---|---|
| Opposition Briefs to Motions to Dismiss First Amended Complaint filed by Talen Defendants and NRG Defendants | August 27, 2020 |
| Reply Briefs in Support of Motions to Dismiss First Amended Complaint | The later of September 10, 2020, or 14 days after the filing of Plaintiffs' Opposition Brief to Motions to Dismiss First Amended Complaint |

Dated: August 18, 2020

DEVLIN LAW FIRM LLC


/s/ James M. Lennon
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

FAEGRE DRINKER BIDDLE & REATH LLP


/s/ Thatcher A. Rahmeier
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

1

*Attorneys for Defendants Talen Energy*
*Corporation, Brandon Shores LLC,*
*Talen Generation LLC, and*
*H.A. Wagner LLC*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Tyler E. Cragg*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc.,*
*NRG Texas Power LLC, Midwest Generation*
*EME, LLC, and Midwest Generation, LLC.*

SO ORDERED this ___ day of August, 2020.

_____
United States District Court Judge