IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 24, 2020, copies of (1) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Specific Interrogatories to AEP (No. 1)*; and (2) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Specific Requests for Production to AEP Defendants* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rsmith@mnat.com
*Attorneys for Defendants*
*AEP Generation Resources Inc.,*
*Southwestern Electric Power Co.,*
*and AEP Texas Inc.*

Aaron A. Barlow
Cayman C. Mitchell
D. Nelson
JENNER & BLOCK LLP
abarlow@jenner.com
cmitchell@jenner.com
dnelson@jenner.com
*Attorneys for Defendants*
*AEP Generation Resources Inc.,*
*Southwestern Electric Power Co.,*
*and AEP Texas Inc.*

1

Dated: August 25, 2020

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com