**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 1:19-cv-01334-RGA-CJB |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP., ET AL., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 28, 2020, copies of *Plaintiffs' Section 7.c Disclosures to AEP* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rsmith@mnat.com
*Attorneys for Defendants*
*AEP Generation Resources Inc.,*
*Southwestern Electric Power Co.,*
*and AEP Texas Inc.*

Aaron A. Barlow
Cayman C. Mitchell
D. Nelson
JENNER & BLOCK LLP
abarlow@jenner.com
cmitchell@jenner.com
dnelson@jenner.com
*Attorneys for Defendants*
*AEP Generation Resources Inc.,*
*Southwestern Electric Power Co.,*
*and AEP Texas Inc.*

Dated: August 31, 2020


OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815

DEVLIN LAW FIRM LLC

/s/ James M. Lennon
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com