# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 31, 2020, copies of *Plaintiffs' Initial ESI Disclosures* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

BBTalenMEEC@BakerBotts.com
BBMidwestNRG@BakerBotts.com
Cottrell@RLF.com
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@dbr.com
rsmith@mnat.com
abarlow@jenner.com
cmitchell@jenner.com
dnelson@jenner.com


Dated: September 1, 2020                         DEVLIN LAW FIRM LLC

                                                 */s/ James M. Lennon*
OF COUNSEL:                                      James M. Lennon (No. 4570)
                                                 1526 Gilpin Avenue
Bradley W. Caldwell                              Wilmington, DE 19806
Texas Bar No. 24040630                           (302) 449-9010
Jason D. Cassady                                 jlennon@devlinlawfirm.com
Texas Bar No. 24045625
John Austin Curry                                *Attorneys for Plaintiffs Midwest Energy*
Texas Bar No. 24059636                           *Emissions Corp. and MES Inc.*
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**

1

2

2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com