#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

### TALEN DEFENDANTS' NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 2 OF THE ORDER FOR DISCOVERY, INCLUDING ELECTRONICALLY STORED INFORMATION (D.I. 156)

PLEASE TAKE NOTICE that on August 31, 2020, true and correct copies of Talen Defendants' Initial Disclosures Pursuant to Paragraph 2 of the Order for Discovery, Including Electronically Stored Information (D.E. 156) were served upon Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("ME2C" or "Plaintiffs") via **e-mail** on the following counsel of record for Plaintiffs:

| | |
|---|---|
| James M. Lennon <br> **DEVLIN LAW FIRM LLC** <br> 1526 Gilpin Avenue <br> Wilmington, Delaware 19806 <br> jlennon@devlinlawfirm.com <br> dlflitparas@devlinlawfirm.com | Bradley W. Caldwell <br> Jason D. Cassady <br> John Austin Curry <br> Justin T. Nemunaitis <br> **CALDWELL CASSADY CURRY PC** <br> 2121 N. Pearl St., Suite 1200 <br> Dallas, Texas 75201 <br> midwest@caldwellcc.com |

1

| | |
|---|---|
| Dated:  September 1, 2020 | By: /s/ *Thatcher A. Rahmeier* |
| | Francis DiGiovanni (#3189) |
| | Thatcher A. Rahmeier (#5222) |
| *Of Counsel:* | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | 222 Delaware Avenue, Suite 1410 |
| Syed Fareed | Wilmington, DE 19801 |
| Emily Pyclik | (302) 467-4200 |
| John C. Williams | francis.digiovanni@faegredrinker.com |
| **BAKER BOTTS L.L.P.** | thatcher.rahmeier@faegredrinker.com |
| 98 San Jacinto, Suite 1500 | |
| Austin, Texas 78701 | |
| (512) 322-2500 | |
| | |
| David Tobin | *Attorneys for Defendants Talen Energy* |
| **BAKER BOTTS L.L.P.** | *Corporation, Brandon Shores LLC, Talen* |
| 2001 Ross Avenue, Suite 1100 | *Generation LLC, and H.A. Wagner LLC* |
| Dallas, Texas 75201 | |
| (214) 953-6500 | |