IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on August 13, 2020 Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc. (collectively, "AEP") filed its Answer to First Amended Complaint and Counterclaims against Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (collectively, "ME2C");

WHEREAS, ME2C's responses to AEP's counterclaims are currently due September 3, 2020;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between AEP and ME2C, and subject to the approval of the Court, that the time for ME2C to move, answer, or otherwise respond to AEP's counterclaims shall be extended through September 17, 2020.

Dated: September 2, 2020

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ James M. Lennon* | */s/ Rodger D. Smith II* |
| James M. Lennon (No. 4570) | Rodger D. Smith II (#3778) |
| 1526 Gilpin Avenue | Lucinda C. Cucuzzella (#3491) |
| Wilmington, DE 19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |

1

*Attorneys for Plaintiffs Midwest Energy*  rsmith@mnat.com
*Emissions Corp. and MES Inc.*  ccucuzzella@mnat.com

*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

SO ORDERED this ___ day of September, 2020.

_____
United States Magistrate Judge