# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

## DEFENDANTS', NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, AND MIDWEST GENERATION, LLC, NOTICE OF SUBPOENAS *DUCES TECUM* DIRECTED TO AC MIDWEST ENERGY LLC AND ALTERNA CAPITAL PARTNER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Rule 26 and 45, Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG") by and through their undersigned counsel will cause the attached subpoenas to be served on AC Midwest Energy LLC (Exhibit 1) and Alterna Capital Partners LLC (Exhibit 2).

Pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, NRG seeks the production of documents, electronically stored information, and things from AC Midwest Energy LLC and Alterna Capital Partners LLC on or before September 25, 2020.

Dated: September 8, 2020

OF COUNSEL:

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

RICHARDS, LAYTON & FINGER, PA

*/s/ Tyler E. Cragg*

Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC*

RLF1 23967907v.2