# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br>   Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 8, 2020, copies of *Plaintiffs ME2C's Responses to Power-Plant Defendants' Second Set of Common Interrogatories (No. 7)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

sonja.guenter@bakerbotts.com
BBTalenMEEC@BakerBotts.com
thatcher.rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
BBMidwestNRG@BakerBotts.com
nrg-vistra@rlf.com
abarlow@jenner.com
rsmith@mnat.com

Dated: September 9, 2020

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

1

2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com