# EXHIBIT 1

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Inventor(s):  Edwin S. Olson et al.
Title:  SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY

| | | | |
|---|---|---|---|
| Docket No.: | 4820.001US3 | Serial No.: | 12/419,219 |
| Filed: | April 6, 2009 | Due Date: | N/A |
| Examiner: | Amber Orlando | Group Art Unit: | 1776 |
| Customer No.: | 21186 | Confirmation No.: | 1149 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

We are transmitting herewith the following attached items (as indicated with an "X"):

X   Statutory Disclaimer Pursuant to 37 C.F.R. § 1.321(a) (2 pgs.)
X   Authorization to charge Deposit Account 19-0743 in the amount of $160 to cover the Statutory Disclaimer fee.
X   Power of Attorney (1 pg)

**If not provided for in a separate paper filed herewith, please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and please charge any additional fees or credit overpayment to Deposit Account No. 19-0743. If applicable, any papers or fees supplied herewith are considered to be timely filed pursuant to 37 C.F.R. § 1.7(a), the response period falling on a Federal Holiday, Saturday or Sunday being extended to the next succeeding business day.**

SCHWEGMAN LUNDBERG & WOESSNER, P.A.
Customer No.: 21186

By /Nicholas P. Lanzatella/
Nicholas P. Lanzatella
Reg. No. 63,803

<u>S/N 12/419,219</u>                                                                                                          <u>**PATENT**</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | |
|---|---|
| Applicants: Edwin S. Olson et al. | Examiner: Amber Orlando |
| Serial No.: 12/419,219; U.S. Patent No.: 8,168,147 | Group Art Unit: 1776 |
| Filed: April 6, 2009 | Docket No.: 4820.001US3 |
| Customer No.: 21186 | Confirmation No.: 1149 |

Title:   SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY

<u>**STATUTORY DISCLAIMER PURSUANT TO 37 C.F.R. § 1.321(a)**</u>

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

     I, Nicholas P. Lanzatella, am an attorney of record for the above-identified patent as evidenced by the Power of Attorney filed herewith. This Statutory Disclaimer is submitted on behalf of Midwest Energy Emissions Corp, the assignee of the entire right, title, and interest in the above-identified patent, as evidenced by the assignments recorded on 8/29/2014 at reel 033643, frames 0538-0544; on 8/29/2014 at reel 033643, frames 0339-0345; on 8/29/2014 at reel 033643, frames 0436-0442; on 9/9/2014 at reel 033698, frames 0612-0621; and on 6/8/2017 at reel 042647, frames 0351-0359. As an attorney of record, I am empowered to act on behalf of Midwest Energy Emissions Corp and, in accordance with 37 C.F.R. § 1.321(a)(1), to sign this Statutory Disclaimer.

<u>Statutory Disclaimer</u>

     Midwest Energy Emissions Corp, the owner of the entire right, title and interest in and to the above-identified patent, hereby statutorily disclaims the following complete claims in U.S. Patent No. 8,168,147: claims 1-16 and 21-25.

STATUTORY DISCLAIMER                                                           Page 2
Serial No.: 12/419,219; U.S. Patent No.: 8,168,147                      Dkt: 4820.001US3
Filing Date: April 6, 2009
Title:    SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY

## Fee Status

Please charge Deposit Account 19-0743 in the amount of $160.00 which is required under 37 C.F.R. § 1.20(d) to file a statutory disclaimer. The Commissioner of Patents and Trademarks is hereby authorized to charge any additional fees or deficiencies, or credit any overpayments, to Deposit Account No. 19-0743.

Respectfully submitted,

SCHWEGMAN LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis, Minnesota 55402
(612) 349-9580

Date   December 11, 2019                    By /Nicholas P. Lanzatella/
                                            Nicholas P. Lanzatella
                                            Reg. No. 63,803