# EXHIBIT A

**Egan, Brian P.**

| | |
|---|---|
| **From:** | Justin Nemunaitis <jnemunaitis@caldwellcc.com> |
| **Sent:** | Monday, June 29, 2020 6:53 PM |
| **To:** | Evall, Joseph; BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; Smith, Rodger; Adler, Daniel R.; Kremer, Paul J.; First, Amanda; Mark, Richard W.; Fanady, Leigh; Blumenfeld, Jack; Egan, Brian P.; DLME2CCERT@skadden.com |
| **Cc:** | midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com |
| **Subject:** | [EXT] RE: ME2C - meet and confer regarding amended complaint |
| **Attachments:** | First Amended ME2C Complaint .pdf; First Amended ME2C Complaint .docx |

Joe,

Understood, thanks. Attached is a copy of the amended complaint we intend to file and a redline.

Regards,
Justin

**From:** Evall, Joseph <JEvall@gibsondunn.com>
**Sent:** Monday, June 29, 2020 5:36 PM
**To:** Justin Nemunaitis <jnemunaitis@caldwellcc.com>; BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; rsmith@mnat.com; Adler, Daniel R. <DAdler@gibsondunn.com>; Kremer, Paul J. <PKremer@gibsondunn.com>; First, Amanda <AFirst@gibsondunn.com>; Mark, Richard W. <RMark@gibsondunn.com>; Fanady, Leigh <LFanady@gibsondunn.com>; jblumenfeld@mnat.com; began@mnat.com; DLME2CCERT@skadden.com
**Cc:** midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com
**Subject:** RE: ME2C - meet and confer regarding amended complaint

Justin:

Defendants will only review the draft you circulate for the purpose of responding to your question (i.e., whether they oppose your filing it). Please note that Defendants do not waive their right to move to dismiss any amended complaint that you may file.

Joe

**Joseph Evall**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3902 • Fax +1 212.351.6302
JEvall@gibsondunn.com • www.gibsondunn.com

1

**From:** Justin Nemunaitis <jnemunaitis@caldwellcc.com>
**Sent:** Monday, June 29, 2020 6:28 PM
**To:** Evall, Joseph <JEvall@gibsondunn.com>; BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; rsmith@mnat.com; Adler, Daniel R. <DAdler@gibsondunn.com>; Kremer, Paul J. <PKremer@gibsondunn.com>; First, Amanda <AFirst@gibsondunn.com>; Mark, Richard W. <RMark@gibsondunn.com>; Fanady, Leigh <LFanady@gibsondunn.com>; jblumenfeld@mnat.com; began@mnat.com; DLME2CCERT@skadden.com
**Cc:** midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com
**Subject:** RE: ME2C - meet and confer regarding amended complaint

[External Email]
Joe,

Please let me know if we have Defendants' agreement on this and I will circulate a draft.

Regards,
Justin

**From:** Justin Nemunaitis <jnemunaitis@caldwellcc.com>
**Sent:** Monday, June 29, 2020 10:52 AM
**To:** Evall, Joseph <JEvall@gibsondunn.com>; BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; rsmith@mnat.com; Adler, Daniel R. <DAdler@gibsondunn.com>; Kremer, Paul J. <PKremer@gibsondunn.com>; First, Amanda <AFirst@gibsondunn.com>; Mark, Richard W. <RMark@gibsondunn.com>; Fanady, Leigh <LFanady@gibsondunn.com>; jblumenfeld@mnat.com; began@mnat.com; DLME2CCERT@skadden.com
**Cc:** midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com
**Subject:** RE: ME2C - meet and confer regarding amended complaint

Joe,

We are still working on the draft but will circulate a copy provided that Defendants agree to not rely on the draft other than to evaluate whether they oppose the amendment.

Regards,
Justin

**From:** Evall, Joseph <JEvall@gibsondunn.com>
**Sent:** Friday, June 26, 2020 3:09 PM
**To:** Justin Nemunaitis <jnemunaitis@caldwellcc.com>; BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; rsmith@mnat.com; Adler, Daniel R. <DAdler@gibsondunn.com>; Kremer, Paul J. <PKremer@gibsondunn.com>; First, Amanda <AFirst@gibsondunn.com>; Mark, Richard W. <RMark@gibsondunn.com>; Fanady, Leigh <LFanady@gibsondunn.com>; jblumenfeld@mnat.com; began@mnat.com; DLME2CCERT@skadden.com
**Cc:** midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com
**Subject:** RE: ME2C - meet and confer regarding amended complaint

Justin –

Thank you for your email.  Could you send us a copy of your proposed amended complaint so that we may consider your request?

Thanks,

Joe


**Joseph Evall**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3902 • Fax +1 212.351.6302
JEvall@gibsondunn.com • www.gibsondunn.com

---

**From:** Justin Nemunaitis <jnemunaitis@caldwellcc.com>
**Sent:** Friday, June 26, 2020 11:30 AM
**To:** BBVistraME2C@BakerBotts.com; nrg-vistra@rlf.com; BBMidwestNRG@BakerBotts.com; nrg-vistra@rlf.com; syed.fareed@bakerbotts.com; David.Tobin@BakerBotts.com; BBTalenMEEC@BakerBotts.com; Thatcher.Rahmeier@dbr.com; francis.digiovanni@faegredrinker.com; abarlow@jenner.com; rsmith@mnat.com; Evall, Joseph <JEvall@gibsondunn.com>; Adler, Daniel R. <DAdler@gibsondunn.com>; Kremer, Paul J. <PKremer@gibsondunn.com>; First, Amanda <AFirst@gibsondunn.com>; Mark, Richard W. <RMark@gibsondunn.com>; Fanady, Leigh <LFanady@gibsondunn.com>; jblumenfeld@mnat.com; began@mnat.com; DLME2CCERT@skadden.com
**Cc:** midwest@caldwellcc.com; dlflitparas@devlinlawfirm.com; jlennon@devlinlawfirm.com
**Subject:** ME2C - meet and confer regarding amended complaint

[External Email]
Counsel,

As I mentioned on the call regarding the motion for stay, we are working to get an amended complaint on file as soon as possible.  We intend to do so no later than next Thursday.

Given Judge Burke's recommendations, would Defendants oppose us filing an amended complaint?  If so, can we have a quick meet-and-confer on the issue today or early next week?

Thanks,
Justin

Justin Nemunaitis ||| Caldwell Cassady & Curry
2121 N. Pearl St., Suite 1200, Dallas, TX 75201
214.888.4853

NOTICE OF CONFIDENTIALITY:
The information contained in this e-mail may be subject to the ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and be CONFIDENTIAL.  It is intended only for the recipient(s) designated above. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify Caldwell Cassady & Curry P.C. immediately.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.