## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 19-1334-RGA |
| VISTRA ENERGY CORP., *et al.*, | § § § | |
| Defendants. | § | |

## TALEN DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC request oral argument on their Motion to Dismiss (D.I. 172).

FAEGRE DRINKER BIDDLE & REATH LLP

*Of Counsel:*

Syed Fareed
Emily Pyclik
John Williams
BAKER BOTTS L.L.P.
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David Tobin
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6500

*/s/ Thatcher A. Rahmeier*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

Dated:  September 11, 2020

ACTIVE.125007874.01