## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 1:19-cv-01334-RGA-CJB |
| AEP GENERATION RESOURCES INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## **CERT DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Defendants CERT Coal Holdings LLC; CERT Holdings LLC; CERT Holdings 2018, LLC; CERT Operations LLC; CERT Operations II LLC; CERT Operations III LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC (collectively, the "CERT Defendants") respectfully request oral argument on their Motion to Dismiss All Claims in the First Amended Complaint for Failure to State a Claim under Rule 12(b)(6) (D.I. 175).

DATED: September 11, 2020

OF COUNSEL:
Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com

Respectfully submitted,

*/s/ Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*