# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334-RGA |
| v. | |
| AEP GENERATION RESOURCES et al., | |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC, (collectively, "NRG Entities") by and through their undersigned counsel, request oral argument on their Motion to Dismiss the Plaintiffs' First Amended Complaint (D.I. 178). Briefing in now complete on the Motion to Dismiss (D.I.s 192, 204).

OF COUNSEL:

Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Thomas B. Carter, Jr.
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234
paul.morico@bakerbotts.com
liz.flannery@bakerbotts.com
ali.dhanani@bakerbotts.com
thomas.carter@bakerbotts.com

Dated: September 11, 2020

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC*