**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

            Plaintiffs,

   v.

VISTRA ENERGY CORP., ET AL.,

            Defendants.

C.A. No. 1:19-cv-01334-RGA-CJB

JURY TRIAL DEMANDED

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 24, 2020, copies of *Plaintiff ME2C's First*

*Amended Responses to Power-Plant Defendants' First Set of Common Interrogatories (Nos. 1-6)*

were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

MidwestEnergyNRG@BakerBotts.com
nrg-vistra@rlf.com
syed.fareed@bakerbotts.com
david.tobin@bakerbotts.com
BBTalenMEEC@BakerBotts.com
Thatcher.Rahmeier@dbr.com
francis.digiovanni@faegredrinker.com
abarlow@jenner.com
rsmith@mnat.com
dnelson@jenner.com
cmitchell@jenner.com

Dated: September 25, 2020

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

1

Justin T. Nemunaitis
Texas Bar No. 24065815
CALDWELL CASSADY CURRY PC
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com