**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AEP GENERATION RESOURCES INC., *et al.*, <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**STIPULATION BETWEEN PLAINTIFFS, RC DEFENDANTS, REFINED COAL LLC DEFENDANTS, CERT DEFENDANTS, AND NRG REGARDING THE FILING OF THE SECOND AMENDED COMPLAINT AND SCHEDULE FOR SUPPLEMENTAL BRIEFING CONCERNING THE SECOND AMENDED COMPLAINT**

WHEREAS plaintiffs in the above-captioned action ("Plaintiffs") filed a First Amended Complaint (D.I. 130) on July 15, 2020;

WHEREAS the RC Defendants, the Refined Coal LLC Defendants,[1] the CERT Defendants,[2] and NRG[3] moved on August 6, 2020 to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and those motions were fully briefed on September 10, 2020;

---

[1] The "RC Defendants" include Defendants Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal, LLC, Chem-Mod LLC, DTE REF Holdings LLC, and DTE REF Holdings II LLC. The "Refined Coal LLC Defendants" include Defendants AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal LLC, Belle River Fuels Company LLC, Arbor Fuels Company LLC, and Portage Fuels Company LLC. These Defendants collectively referred to themselves as the "Moving Refined Coal Defendants" in their Motion to Dismiss the First Amended Complaint.

[2] The "CERT Defendants" include CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC.

[3] "NRG" includes NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC.

WHEREAS on September 21, 2020, Plaintiffs' counsel informed counsel for Defendants that Plaintiffs intended to seek leave to file a Second Amended Complaint For Patent Infringement (the "SAC");

WHEREAS on September 24, 2020, Plaintiffs' counsel and counsel for the RC Defendants, the Refined Coal LLC Defendants, the CERT Defendants, and NRG met and conferred regarding the mechanism for addressing the sufficiency of the new allegations in the SAC;

IT IS HEREBY STIPULATED by Plaintiffs, the RC Defendants, the Refined Coal LLC Defendants, the CERT Defendants, and NRG, subject to the approval of the Court:

1. The RC Defendants, the Refined Coal LLC Defendants, the CERT Defendants, and NRG will not oppose Plaintiffs' motion for leave to file the SAC as against them;

2. By stipulating that these defendants will not oppose Plaintiffs' motion for leave to file the SAC, the RC Defendants, the Refined Coal LLC Defendants, the CERT Defendants, and NRG preserve all rights to challenge or otherwise respond to the SAC;

3. The pending motions to dismiss the First Amended Complaint filed by the RC Defendants and the Refined Coal LLC Defendants (D.I. 176) and the CERT Defendants (D.I. 175) and NRG (D.I. 178)[4] will be deemed as filed against the SAC;

4. The parties' prior briefing on these motions will be deemed as filed against the SAC (for the Moving Refined Coal Defendants' Motion, D.I. 177, D.I. 191, D.I. 205 and

---

[4] This includes NRG's joinder of the portions of the motion to dismiss filed by Defendants Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC (D.I. 172) regarding dismissal of Plaintiff MES Inc. as stated therein.

all briefs incorporated or adopted therein; for the CERT Defendants' Motion, D.I. 176, D.I. 190, D.I. 203 and all briefs incorporated or adopted therein; and for NRG's Motion, D.I. 181, D.I. 192, D.I. 204, and all briefs incorporated or adopted therein);

5. The Plaintiffs, the RC Defendants, the Refined Coal LLC Defendants, the CERT Defendants, and NRG will address the sufficiency of the SAC by submitting supplemental letter briefs as follows:

| **Letter Brief** | **Deadline to File** |
|---|---|
| Each defendant group (i.e., the Moving Refined Coal Defendants; the CERT Defendants; and NRG) may file a letter brief, each limited to five (5) single-spaced pages, challenging the sufficiency of the new allegations in the SAC (the "Opening Letters") | 14 calendar days after the docketing of the SAC |
| Plaintiffs may file letter briefs, each limited to five (5) single-spaced pages, in opposition to the Opening Letters, addressing the sufficiency of the new allegations in the SAC (the "Opposition Letters") | 10 calendar days after filing of the Opening Letters |
| Each defendant group may file a letter brief each limited to three (3) single-spaced pages, in reply to the Opposition Letters | 7 calendar days after the filing of the Opposition Letters |

DEVLIN LAW FIRM LLC

/s/ *James M. Lennon*

_____
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ *Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants*
*Arthur J. Gallagher & Co.*
*Gallagher Clean Energy, LLC*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Chem-Mod LLC*
*Joppa Refined Coal LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*
*Louisa Refined Coal, LLC*
*DTE Ref Holdings, LLC*
*DTE REF Holdings II LLC*
*Belle River Fuels Company, LLC*
*Arbor Fuels Company, LLC*
*Portage Fuels Company, LLC*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Nicole A. DiSalvo*
_____
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC*

4

                          RICHARDS, LAYTON & FINGER, PA

                          */s/ Tyler E. Cragg*

                          Frederick L. Cottrell, III (#2555)
                          Tyler E. Cragg (#6398)
                          One Rodney Square
                          920 N. King Street
                          Wilmington, DE 19801
                          (302) 651-7700
                          cottrell@rlf.com
                          cragg@rlf.com

                          *Attorneys for Defendants*
                          *NRG Energy, Inc.,*
                          *NRG Texas Power LLC,*
                          *Midwest Generation EME, LLC,*
                          *and Midwest Generation, LLC*

September 25, 2020

            SO ORDERED this ___day of September, 2020.

                          United States Magistrate Judge