# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
began@mnat.com

September 25, 2020

The Honorable Christopher J. Burke                *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

         Re: *Midwest Energy Emissions Corp. et al. v. Vistra Energy Corp. et al.*,
            C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

      We received the ECF notice of Plaintiffs' letter request for leave to file a second amended complaint ("SAC"), D.I. 214. While the RC Defendants, the Refined Coal LLC Defendants, and the CERT Defendants did not oppose amendment as a matter of form under Rule 15, the SAC does not cure the deficiencies of the First Amended Complaint and we oppose the amendment on Rule 12(b) grounds. Defendants' non-opposition was expressly contingent on a stipulation—which has since been filed—to preserve the pending motions to dismiss and deem them filed as against the SAC, and to set a schedule for supplemental briefing to address the SAC (page 3 of D.I. 214 makes oblique reference to a stipulation, but omits to inform the Court that the amendment is substantively opposed).

      Because we had stipulated to filing the SAC as a matter of form and agreed to a briefing schedule to address the sufficiency of the SAC, Plaintiffs' arguments regarding the merits of the SAC with respect to the stipulating defendants are not appropriately made at this time. We ask that the Court disregard the merits arguments until the parties have had their stipulated opportunity to submit briefs.

                                            Respectfully,

                                            */s/ Brian P. Egan*

                                            Brian P. Egan (#6227)

BPE/cmk
cc:     Clerk of the Court (by CM/ECF)
         All Counsel of Record (by CM/ECF and email)