# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. and MES INC.,** | |
| Plaintiffs, | C.A. No. 19-1334-RGA-CJB |
| v. | JURY TRIAL DEMANDED |
| **VISTA ENERGY CORP., et al.,** | |
| Defendants. | |

## PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP. AND MES INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to this Court's Order, dated September 28, 2020 (D.I. 217), Plaintiffs respectfully move the Court to file their Second Amended Complaint for Patent Infringement as attached to this Motion.

Dated: September 28, 2020

Respectfully submitted,

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*

**CALDWELL CASSADY CURRY PC**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (*fax*)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815

SO ORDERED this _____ day of _____, 2020.

_____
United States Magistrate Judge