

Frederick L. Cottrell, III
Director
302.651.7509
cottrell@rlf.com

September 28, 2020

<u>**VIA CM/ECF**</u>

The Honorable Christopher J. Burke
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

   Re: *Midwest Energy Emissions Corp. et al. v. AEP Generation Resources Inc. et al*
     *C.A. No. 1:19-cv-01334-RGA-CJB*

Dear Judge Burke:

  I write on behalf of Defendants Midwest Generation EME, LLC, Midwest Generation, LLC, NRG Energy, Inc., NRG Texas Power LLC (the "NRG Defendants") regarding the RC Defendants, Refined Coal LLC Defendants and CERT Defendants September 25, 2020 letter. (D.I. 216). The NRG Defendants join the request that the Court disregard the merits arguments until the parties have had their stipulated opportunity to submit supplemental briefs for the reasons stated in the letter.

              Respectfully,

              */s/ Frederick L. Cottrell, III*

              Frederick L. Cottrell, III (#2555)

cc:  All Counsel of Record