**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | |
| v. | C.A. No. 1:19-cv-01334-RGA-CJB |
| VISTRA ENERGY CORP., ET AL., | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 2, 2020 copies of *Plaintiffs' First Amended Section 7.c Disclosures to Talen* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com
*Attorneys for Defendants Talen Energy
Corporation, Brandon Shores LLC,
Talen Generation LLC, and
H.A. Wagner LLC*

David J. Tobin
Syed K. Fareed
BAKER BOTTS, L.L.P.
david.tobin@bakerbotts.com
syed.fareed@bakerbotts.com
BBTalenMEEC@BakerBotts.com
*Attorneys for Defendants Talen
Energy Corporation, Brandon Shores LLC, Talen
Generation LLC, and H.A. Wagner LLC*

Dated:  October 2, 2020

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

1

**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com