**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

            Plaintiffs,

      v.

VISTRA ENERGY CORP., ET AL.,

            Defendants.

C.A. No. 1:19-cv-01334-RGA-CJB

JURY TRIAL DEMANDED

### NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on October 2, 2020, copies of *Plaintiffs' First Amended*

*Section 7.c Disclosures to NRG* were caused to be served upon the following counsel in the manner

indicated:

**BY E-MAIL:**

MidwestEnergyvNRG@bakerbotts.com
nrg-vistra@rlf.com

Dated: October 2, 2020

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

1