

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

October 8, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:    *Midwest Energy Emissions Corp., et al. v. Vistra Energy Corp., et al.*,
             C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

      Pursuant to section 9.c. of the Court's scheduling order (D.I. 140), the parties request a teleconference addressing ME2C's motion to amend its complaint (D.I. 218). Section 9.c states that the parties should have filed this request on October 7, 2020, but the letter was not filed due to an administrative oversight. The parties request leave to file this letter after that deadline.

                            Respectfully,

                            */s/ James M. Lennon*

                            James M. Lennon (No. 4570)

JML/dla
cc:     Clerk of the Court (via CM/ECF)
           Counsel of Record (via CM/ECF)