

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

October 8, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:    *Midwest Energy Emissions Corp., et al. v. Vistra Energy Corp., et al.*,
             C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

    Section 9.c of the Court's scheduling order (D.I. 140) requires that a reply letter in support of a motion to amend must be filed three days after a response letter. Pursuant to that section, ME2C's reply letter, to Talen's letter (D.I. 221), should have filed on October 7, 2020. That letter was not filed due to an administrative oversight. ME2C requests leave to file its reply letter one-day after that deadline, on October 8, 2020. Talen does not oppose this request.

                                                     Respectfully,

                                                     */s/ James M. Lennon*

                                                     James M. Lennon (No. 4570)

JML/dla
cc:     Clerk of the Court (via CM/ECF)
          Counsel of Record (via CM/ECF)