IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| AEP GENERATION RESOURCES et al., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 28, 2020 true and correct copies of: Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, and Midwest Generation, LLC's First Supplemental Response To Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Coal Plant Interrogatories to Vistra, AEP, NRG, and Talen (Nos. 2-6) were served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| James M. Lennon (Bar No. 4570) | Bradley W. Caldwell |
| tdevlin@devlinlawfirm.com | Jason D. Cassady |
| DEVLIN LAW FIRM LLC | John Austin Curry |
| 1526 Gilpin Avenue | Justin T. Nemunaitis |
| Wilmington, Delaware 19806 | CALDWELL CASSADY CURRY PC |
| Telephone: (302) 449-9010 | 2101 Cedar Springs Road, Suite 1000 |
| Facsimile: (302) 353-4251 | Dallas, Texas 75201 |
| | Phone: (214) 888-4848 |
| | (214) 888-4849 (fax) |
| | bcaldwell@caldwellcc.com |
| | jcassady@caldwellcc.com |
| | acurry@caldwellcc.com |
| | jnemunaitis@caldwellcc.com |

| | |
|---|---|
| | */s/ Tyler E. Cragg* |
| Dated: October 28, 2020 | Frederick L. Cottrell, III (#2555) |
| | Tyler E. Cragg (#6398) |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, PA |
| | One Rodney Square |
| Paul R. Morico | 920 N. King Street |
| Elizabeth Durham Flannery | Wilmington, DE 19801 |
| Ali Dhanani | (302) 651-7700 |
| Thomas B. Carter, Jr. | cottrell@rlf.com |
| BAKER BOTTS L.L.P. | cragg@rlf.com |
| One Shell Plaza | |
| 910 Louisiana Street | *Attorneys for Defendants NRG Energy, Inc.'s, NRG Texas Power LLC's, Midwest Generation EME, LLC's, And Midwest Generation, LLC.* |
| Houston, TX 77002 | |
| (713) 229-1234 | |
| paul.morico@bakerbotts.com | |
| liz.flannery@bakerbotts.com | |
| ali.dhanani@bakerbotts.com | |
| thomas.carter@bakerbotts.com | |