IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**THE TALEN, NRG, AND AEP DEFENDANTS' MOTION TO
STAY THE CASE PENDING *INTER PARTES* REVIEW**

Talen Energy Corporation, Talen Generation LLC, Brandon Shores LLC, and H.A. Wagner LLC ("Talen"), NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC ("NRG"), and AEP Generation Resources Inc., Southwestern Electric Power Co., and AEP Texas Inc. ("AEP") (collectively, "Defendants") move to stay this action, pending issuance of final written decisions by the PTAB on Defendants' *Inter Partes* Review ("IPR") petitions. In support of this motion, Defendants file their Opening Brief contemporaneously herewith.

1

Dated:  November 6, 2020

OF COUNSEL:

Syed K. Fareed
Emily Pyclik
John C. Williams
**BAKER BOTTS L.L.P.**
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

David J. Tobin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 1100
Dallas, Texas 75201
(214) 953-6869

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Attorneys for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, and H.A. Wagner LLC*

OF COUNSEL:

Randall E. Mehrberg
Terri L. Mascherin
Aaron A. Barlow
Cayman C. Mitchell
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Adam G. Unikowsky
**JENNER & BLOCK LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6000

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Rodger D. Smith*
Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

*Attorneys for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co. and AEP Texas Inc.*

2

|  | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| OF COUNSEL: | |
| | /s/ *Frederick L. Cottrell, III* |
| Paul R. Morico | Frederick L. Cottrell, III (#2555) |
| Elizabeth Durham Flannery | Tyler E. Cragg (#6398) |
| Ali Dhanani | One Rodney Square |
| Thomas B. Carter, Jr. | 920 N. King Street |
| **BAKER BOTTS L.L.P.** | Wilmington, DE 19801 |
| 910 Louisiana Street | 302-651-7700 |
| Houston, TX 77002 | cottrell@rlf.com |
| 713-229-1234 | cragg@rlf.com |
| paul.morico@bakerbotts.com | |
| liz.flannery@bakerbotts.com | *Attorneys for Defendants NRG Energy, Inc.,* |
| ali.dhanani@bakerbotts.com | *NRG Texas Power LLC, Midwest Generation* |
| thomas.carter@bakerbotts.com | *EME, LLC, and Midwest Generation, LLC* |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

The undersigned certifies, pursuant to Local Rule 7.1.1, that Defendants made a reasonable effort to reach agreement Plaintiffs on the matters set forth in this motion.  Specifically, on November 5th, 2020, counsel for Defendants, including their Delaware counsel, convened a telephone conference with counsel for Plaintiffs, including their Delaware counsel, wherein counsel for Defendants described the present motion and sought Plaintiffs' consent for the relief, namely a stay pending certain IPR proceedings.  On November 6th, 2020, counsel for Plaintiffs informed Defendants that Plaintiffs would not consent to the motion to stay.

*/s/ Francis DiGiovanni         .*
Francis DiGiovanni (#3189)


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

## ORDER

The Court, having heard The Talen, NRG, and AEP Defendants' Motion to Stay the Case Pending *Inter Partes* Review ("IPR") (the "Motion"), and argument thereon,

The Motion is GRANTED.

This case is stayed pending the final resolution by the Patent Trial and Appeal Board ("PTAB") of each of (and thus the latest pending of) the following IPR proceedings:

(1) IPR2020-00832, challenging the '114 Patent (instituted October 26, 2020);

(2) IPR2020-00834, challenging the '114 Patent (instituted October 26, 2020);

(3) IPR2020-00926, challenging the '147 Patent; and

(4) IPR2020-00928, challenging the '147 Patent.

The Parties shall file a joint status report on the above IPR proceedings ninety (90) days after the entry of this Order and every ninety (90) days thereafter.

Nothing herein precludes any party from moving for further stay upon conclusion of the stay implemented by this Order, or based upon additional IPR proceedings that may be filed challenging any patent-in-suit.

_____
United States District Judge