IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**DECLARATION OF DAVID TOBIN IN SUPPORT OF THE TALEN, NRG, AND AEP DEFENDANTS' MOTION TO STAY THE CASE PENDING *INTER PARTES* REVIEW**

1. I am an attorney with the law firm of Baker Botts L.L.P., counsel of record for Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC ("Talen Defendants") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit A** is a true and correct copy of a Plaintiffs' First Amended Section 7.c Disclosures to Talen, dated October 2, 2020. Confidential information, which does not impact the argument, has been redacted.

3. Attached as **Exhibit B** is true and correct copy of Section 2159 of the United States Patent and Trademark Office Manual of Patent Examining Procedure (MPEP), Ninth Edition, Revision 10.2019, Last Revised June 2020, available from: https://www.uspto.gov/web/offices/pac/mpep/index.html (last visited Nov. 6, 2020).

4. Attached as **Exhibit C** is a true and correct copy of the Petition for *Inter Partes* Review in IPR2020-00832, submitted to the Patent Trial and Appeal Board by NRG Energy, Inc., Talen Energy Corp, and Vistra Energy Corp.

5. Attached as **Exhibit D** is a true and correct copy of the Petition for *Inter Partes* Review in IPR2020-00834, submitted to the Patent Trial and Appeal Board by NRG Energy, Inc., Talen Energy Corp, and Vistra Energy Corp.

6. Attached as **Exhibit E** is a true and correct copy of the Patent Trial and Appeal Board's Decision Granting Institution of *Inter Partes* Review in IPR2020-00832.

7. Attached as **Exhibit F** is a true and correct copy of the Patent Trial and Appeal Board's Decision Granting Institution of *Inter Partes* Review in IPR2020-00834.

8. Attached as **Exhibit G** is a true and correct copy of the Petition for *Inter Partes* Review in IPR2020-00926, submitted to the Patent Trial and Appeal Board by NRG Energy, Inc., Talen Energy Corp, and Vistra Energy Corp.

9. Attached as **Exhibit H** is a true and correct copy of the Petition for *Inter Partes* Review in IPR2020-00928, submitted to the Patent Trial and Appeal Board by NRG Energy, Inc., Talen Energy Corp, and Vistra Energy Corp.

10. Attached as **Exhibit I** is a true and correct copy of a statutory disclaimer under 37 C.F.R. § 1.321(a), filed on December 11, 2019 regarding claims of U.S. Patent No. 8,168,147.

11. Attached as **Exhibit J** is a true and correct copy of an email I sent to Plaintiffs' counsel on October 30, 2020, requesting to meet and confer regarding a motion to stay in the present case.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2020                              /s/ *David J. Tobin*_____
                                                     David J. Tobin