# EXHIBIT I

# Electronic Acknowledgement Receipt

| EFS ID: | 38002540 |
|---|---|
| Application Number: | 12419219 |
| International Application Number: | |
| Confirmation Number: | 1149 |
| Title of Invention: | SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY |
| First Named Inventor/Applicant Name: | Edwin S. Olson |
| Customer Number: | 21186 |
| Filer: | Janal M. Kalis/Megan Reed |
| Filer Authorized By: | Janal M. Kalis |
| Attorney Docket Number: | 3338.005US3 |
| Receipt Date: | 11-DEC-2019 |
| Filing Date: | 06-APR-2009 |
| Time Stamp: | 17:06:23 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | yes |
|---|---|
| Payment Type | DA |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | E2019BAH07505281 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | SIGNED_4820_001US3_StatutoryDisclaimerPOA.pdf | 3391952<br><br>e6abbc396371446a76116f94bd364a8e9fb90126 | yes | 4 |

| Multipart Description/PDF files in .zip description ||||
|---|---|---|---|
| Document Description | | Start | End |
| Power of Attorney | | 4 | 4 |
| Applicant Arguments/Remarks Made in an Amendment | | 3 | 3 |
| Statutory disclaimers per MPEP 1490 | | 2 | 2 |
| Transmittal Letter | | 1 | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30432<br><br>4d2061f9206bc55f81c01319e15489e069c18b6a | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 3422384 |
|---|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Inventor(s):   Edwin S. Olson et al.
Title:   SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY

| | | | |
|---|---|---|---|
| Docket No.: | 4820.001US3 | Serial No.: | 12/419,219 |
| Filed: | April 6, 2009 | Due Date: | N/A |
| Examiner: | Amber Orlando | Group Art Unit: | 1776 |
| Customer No.: | 21186 | Confirmation No.: | 1149 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

We are transmitting herewith the following attached items (as indicated with an "X"):

X   Statutory Disclaimer Pursuant to 37 C.F.R. § 1.321(a) (2 pgs.)
X   Authorization to charge Deposit Account 19-0743 in the amount of $160 to cover the Statutory Disclaimer fee.
X   Power of Attorney (1 pg)

**If not provided for in a separate paper filed herewith, please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and please charge any additional fees or credit overpayment to Deposit Account No. 19-0743. If applicable, any papers or fees supplied herewith are considered to be timely filed pursuant to 37 C.F.R. § 1.7(a), the response period falling on a Federal Holiday, Saturday or Sunday being extended to the next succeeding business day.**

SCHWEGMAN LUNDBERG & WOESSNER, P.A.
Customer No.: 21186

By /Nicholas P. Lanzatella/
Nicholas P. Lanzatella
Reg. No. 63,803

<u>S/N 12/419,219</u>                                                                                           <u>**PATENT**</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | |
|---|---|
| Applicants: Edwin S. Olson et al. | Examiner: Amber Orlando |
| Serial No.: 12/419,219; U.S. Patent No.: 8,168,147 | Group Art Unit: 1776 |
| Filed: April 6, 2009 | Docket No.: 4820.001US3 |
| Customer No.: 21186 | Confirmation No.: 1149 |
| Title: SORBENTS FOR THE OXIDATION AND REMOVAL OF MERCURY | |

<u>**STATUTORY DISCLAIMER PURSUANT TO 37 C.F.R. § 1.321(a)**</u>

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

    I, Nicholas P. Lanzatella, am an attorney of record for the above-identified patent as evidenced by the Power of Attorney filed herewith. This Statutory Disclaimer is submitted on behalf of Midwest Energy Emissions Corp, the assignee of the entire right, title, and interest in the above-identified patent, as evidenced by the assignments recorded on 8/29/2014 at reel 033643, frames 0538-0544; on 8/29/2014 at reel 033643, frames 0339-0345; on 8/29/2014 at reel 033643, frames 0436-0442; on 9/9/2014 at reel 033698, frames 0612-0621; and on 6/8/2017 at reel 042647, frames 0351-0359. As an attorney of record, I am empowered to act on behalf of Midwest Energy Emissions Corp and, in accordance with 37 C.F.R. § 1.321(a)(1), to sign this Statutory Disclaimer.

<u>Statutory Disclaimer</u>

    Midwest Energy Emissions Corp, the owner of the entire right, title and interest in and to the above-identified patent, hereby statutorily disclaims the following complete claims in U.S. Patent No. 8,168,147: claims 1-16 and 21-25.