# EXHIBIT J

# Williams, John

| | |
|---|---|
| **From:** | Tobin, David |
| **Sent:** | Friday, October 30, 2020 12:26 PM |
| **To:** | Justin Nemunaitis (jnemunaitis@caldwellcc.com); midwest@caldwellcc.com; Jim Lennon; DLF-Lit Paras |
| **Cc:** | nrg-vistra@rlf.com; BBTalenMEEC; 'Rahmeier, Thatcher'; 'francis.digiovanni@faegredrinker.com'; Midwest Energy v NRG; Barlow, Aaron A.; Rodger Smith II |
| **Subject:** | ME2C // meet and confer regarding motion to stay |

Dear Counsel,

As you know, the PTAB instituted review of two petitions against the '114 Patent in IPR2020-00832 and IPR2020-00834.  Given the similarity of the '114 Patent claims to the remaining claims in the case, and the fact that two more institution decisions are expected for the '147 Patent in early December, Talen, NRG, and AEP intend to file a motion to stay the district court litigation pending IPR.  Can you please let us know your availability next week for a meet and confer with lead and local counsel?  Defendants can be available on:

Tuesday Nov. 3: 4:30 pm – 6:00 pm ET
Thursday Nov. 5: 9:00 am – 10:00 am ET, 11:30 – 1:00 pm ET, 3:30 pm – 6:00 pm ET

Thanks,
David

**David Tobin**
Attorney

Baker Botts L.L.P.
david.tobin@bakerbotts.com
T +1.214.953.6869
F +214.661.4869
M +214.517.4727

2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
USA

