IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | § § § | |
| Plaintiffs, | § § | Civil Action No. 19-1334-RGA **PUBLIC VERSION** |
| v. | § § | ███████████ |
| VISTRA ENERGY CORP., et al., | § § | |
| Defendants. | § | |

████████ **EXHIBIT A TO DECLARATION OF DAVID TOBIN (D.I. 236)**

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 9, 2020, this SEALED document was or shall be served via electronic mail on plaintiffs' counsel of record, and a redacted version of this document was or shall be served via electronic mail on counsel of record for defendants.


Dated:  November 9, 2020                      /s/  Francis DiGiovanni            .
                                              Francis DiGiovanni (#3189)
                                              Faegre Drinker Biddle & Reath LLP
                                              222 Delaware Avenue, Suite 1410
                                              Wilmington, DE 19801
                                              (302) 467-4200
                                              francis.digiovanni@faegredrinker.com

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

Plaintiff,

      v.

VISTRA ENERGY CORP., et al.,

Defendants.

CIVIL ACTION NO. 1:19-cv-1334-RGA

**JURY TRIAL DEMANDED**

---

## PLAINTIFFS' FIRST AMENDED SECTION 7.c DISCLOSURES TO TALEN

      Pursuant to section 7.c of the proposed Scheduling Order, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("ME2C") submits this disclosure of preliminary infringement contentions to Talen Energy Corporation, Talen Energy Holdings, Inc., Brandon Shores LLC, Talen Generation LLC, Talen Montana, LLC, and H. A. Wagner LLC (collectively, "Talen").

      Attached herein, ME2C provides initial claim charts relating each known accused product to the asserted claims each such product allegedly infringes. ME2C submits these disclosures based upon information it has acquired to date, as it presently understands this information and the significance thereof. Accordingly, ME2C reserves the right to modify, amend, retract, and/or supplement the disclosures made herein as additional evidence and information becomes available.

Dated: October 2, 2020

Respectfully submitted,

**CALDWELL CASSADY CURRY PC**

*/s/ Justin T. Nemunaitis* _____

**DEVLIN LAW FIRM LLC**
James M. Lennon (Bar No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (*fax*)
Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp. and MES*
*Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that counsel of record is being served with a copy of the foregoing document via electronic mail on October 2, 2020.

/s/ *Justin T. Nemunaitis*
Justin T. Nemunaitis

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

### '114 Initial Claim Chart

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| 1a | A method of separating mercury from a mercury-containing gas, the method comprising: | This preamble is non-limiting.  Nonetheless, Talen performs a method of separating mercury from a mercury-containing gas by using coal additives, activated carbon sorbent, and pollution control devices at each of the accused coal plants. |
| 1b | combusting coal in a combustion chamber, to provide the mercury-containing gas, | The Accused Coal Plants combust coal at each of the accused coal plants resulting in a mercury-containing gas. |
| 1c | wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, Br⁻, or a combination thereof, or a combination thereof; | The resulting mercury-containing gas comprises halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, Br⁻, or a combination thereof, or a combination thereof.  This halogen or halide material is a promoter because it promotes the sorbent injected downstream of the combustion chamber.  *See, e.g.,* '114 fig. 2; 12:9-27 (explaining that bromide, $Br_2$, HBr, Br⁻ and/or combinations thereof are promoters).  ███████████████████ ███████████████████ |

[1] Based on information provided to ME2C, the "Accused Coal Plants" include:
- Brandon Shores
- Wagner
- Colstrip

See Responses to ME2C Common Coal Plant Interrogatories 1-3.  Unless otherwise noted in these charts, all Accused Coal Plants are accused with respect to each asserted claim.  ME2C reserves the right to amend this list of Accused Coal Plants as discovery proceeds.

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|-----|--------------------|-------------------------|
|  |  | ██████████████████████████████████ ██████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████████ ██████ In addition, the combustion chamber comprises added $Br_2$, HBr, Br−, and/or bromide because one or more of these are produced during combustion from the bromine that was added to the coal. Talen contends that ME2C has not "identif[ied] the Talen Defendant or third party that is allegedly performing this step." However, this claim element is a wherein clause following the step of "combusting coal in a combustion chamber, to provide the mercury-containing gas." Talen does not purport to have any confusion as to which Talen entity is combusting coal in a combustion chamber, as this information is provided by Talen in its response to common interrogatory 8, and should also be provided in response to coal plant interrogatories 1 and 2. |
| *1d* | injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; | The Accused Coal Plants inject a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber. *See* Resp. to Common Coal Plant Interrogatory 1-2 (identifying use of activated carbon at the accused coal plants). ██████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████████ |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| | | ████████████████████████████████<br>███████████████████████████<br>████████████████████████████████<br>████████████████████████████████<br>████████████████████ |
| 1e | contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; | The Accused Coal Plants contact mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition.  In particular, by injecting the activated carbon sorbent into the mercury-containing gas, the sorbent contacts the mercury to form a mercury/sorbent composition. |
| 1f | separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas; | The Accused Coal Plants separate the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas, otherwise they would not be able to comply with MATS regulations.<br><br>Talen asserts that Plaintiffs have not contended that the asserted patents are essential in order to meet MATS regulations.  This misses the point.  The purpose of infringement contentions is to "relat[e] each known accused product [in this case, coal plant] to the asserted claims each such product allegedly infringes."  ME2C's contentions satisfy that requirement by mapping the claim language to the accused steps performed at each accused coal plant.  The contentions also exceed that requirement by providing supporting evidence and explanations as to why that mapping is likely to satisfy ME2C's burden of proving infringement by a preponderance of the evidence.  Here, the fact that Talen must |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| | | comply with MATS regulations is a fact that tends to show that Talen performs steps such as separating mercury from emission gas so as to avoid emitting mercury into the air in violation of MATS. |
| 1g | monitoring the mercury content of the cleaned gas; and | The Accused Coal Plants monitor the mercury content of the cleaned gas, otherwise they would not be able to comply with MATS regulations.<br><br>The cleaned gas is the gas that is measured after the step of separating the mercury/sorbent composition. █████████ ████████████████████████████████ ████████████████████████████████ ██████████████████ |
| 1h | controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level. | The Accused Coal Plants control, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level (e.g., the level required for MATS compliance). In particular, the Accused Coal Plants adjust the injection rate of activated carbon in response to operational circumstances, such as changes in the amount of mercury in the coal being combusted.<br><br>Talen contends that ME2C failed to specify at which plants adjustments have been made for changes in the amount of mercury in the coal being combusted, or for other operational circumstances. But adjustments for mercury capture are a |

4

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|-----|---------------------|------------------------|
|  |  | necessary feature of this process to account for changes in coal quality, changes in load, changes in daily operations, or changes in equipment operations.  For example, coal is mined from the Earth, and even coal from a single mine may have different amounts of mercury.  Moreover, because regulations allow mercury measurements to be averaged, adjustments need to be made over time to ensure the average measured mercury emissions meets MATS requirements. |
| 2 | The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas. | The Accused Coal Plants removing greater than 70 wt % of the mercury in the mercury-containing gas, otherwise they would not be able to comply with MATS regulations. |
| 3 | The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent. | See claim 2.  Mercury binds to the sorbent, and the sorbent is then removed from the mercury-containing gas. |
| 4 | The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the halogen or halide promoter per 100 g of the sorbent material. | The Accused Coal Plants inject activated carbon sorbent such that the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the ▉▉ per 100 g of the sorbent material.<br><br>Talen contends that ME2C has failed to explain why ME2C contends that this element is met.  However, based on ME2C's experience in supplying and consulting on mercury capture for coal plants, the accused coal plants must use a ratio within this range because using too little bromine relative to the activated carbon would be ineffective, and using too much bromine relative to the activated carbon would be costly without providing a meaningful |

5

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|-----|--------------------|-----------------------|
|     |                    | benefit in mercury capture.  Because the specific documentation and information regarding the specific ratios used by Talen is within the sole possession of Talen and/or its suppliers, ME2C has requested this information from Talen. |
| 5 | The method of claim 1, wherein the combustion chamber comprises the halogen or halide promoter. | See 1c. |
| 6 | The method of claim 1, wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber. | See 1c. |
| 7 | The method of claim 1, wherein the promoter is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent. | Given the temperatures of coal combustion at the Accused Coal Plants, the promoter is in gaseous form when it contacts the sorbent. |
| 12 | The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof. | See 1d. |
| 13 | The method of claim 1, wherein the sorbent material injected into the mercury-containing gas is substantially free of halogen and halide promotion. | The Accused Coal Plants inject sorbent that is free of contact with a halogen or halide promoter prior to the addition of the sorbent to the mercury-containing gas. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| | | In particular, at least the Brandon Shores and Colstrip coal plants have used non-halogenated activated carbon.  See Talen Resp. to Common Coal Plant Interrogatories 1-3. |
| 14 | The method of claim 1, wherein the sorbent material injected into the mercury-containing gas is a promoted sorbent obtained by contacting a base sorbent with another halogen or halide promoter. | The Accused Coal Plants inject sorbent such that the sorbent material injected into the mercury-containing gas is a promoted sorbent obtained by contacting a base sorbent with another halogen or halide promoter.  ██████████████████████████████ ██████████████████████████ ████████████████████████████████ ████████████████████ |
| 15 | The method of claim 1, wherein the combustion chamber comprises a boiler | See 1a. |
| 16 | The method of claim 1, wherein the mercury-containing gas is a flue gas. | The combustion gases exiting the combustion chamber is a flue gas.  Thus mercury-containing gas is a flue gas. |
| 17 | The method of claim 1, wherein the injection of the sorbent material into the mercury-containing gas occurs upstream of an air pre-heater. | See 1d.  Injecting sorbent upstream of an air pre-heater is a logical way of ensuring adequate mixing of bromine and activated carbon before those elements reach a particular removal device. |
| 18 | The method of claim 1, wherein the injection of the sorbent material into the mercury-containing gas occurs upstream of a particulate separator or a scrubber. | See 1d.  Each of the accused coal plants injects sorbent upstream of an electrostatic precipitator or baghouse. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| 19 | The method of claim 1, wherein the coal comprises added halide sorbent enhancement additive. | See 1c, which describes ███████████████████ ████ added to the coal.  These additives are sorbent enhancement additives because they enhance the performance of the later added sorbent. |
| 20 | The method of claim 1, wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof. | See 1c. |
| 21 | The method of claim 1, wherein the coal comprises added sorbent enhancement additive that comprises $Br^-$. | See 1c. |
| 22 | The method of claim 21, wherein the sorbent enhancement additive comprises a bromide compound. | See 1c. |
| 23a | A method of separating mercury from a mercury-containing gas, the method comprising: | See 1a. |
| 23b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, $Br^-$, or a combination thereof, wherein | See 1b. |
| 23c | wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, $Br^-$, or a combination thereof, wherein the coal | See 1c. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
|  | comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof; |  |
| 23d | injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; | See 1d. |
| 23e | contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and | See 1e. |
| 23f | separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas. | See 1f. |
| 24a | A method of separating mercury from a mercury-containing gas, the method comprising: | See 1a. |
| 24b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, $Br^-$, or a combination thereof, wherein | See 1b. |
| 24c | wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, $Br^-$, | See 1c. |

9

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
|  | or a combination thereof, wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof; |  |
| *24d* | injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; | See 1d. |
| *24e* | such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; | Because the Accused Coal Plants inject activated carbon into gas containing halogen or halide promoter, the activated carbon and promoter react to form a promoted sorbent. |
| *24f* | contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent composition; | See 1e. |
| *24g* | separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas; | See 1f. |
| *24h* | monitoring the mercury content of the cleaned gas; and | See 1g. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| 24i | controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level. | See 1h. |
| 25a | A method of separating mercury from a mercury-containing gas, the method comprising: | See 1a. |
| 25b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein | See 1b. |
| 25c | the coal comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, or a combination thereof, | See 1c. |
| 25d | injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; | See 1d. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
| 25e | contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and | See 1e. |
| 25f | separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas. | See 1f. |
| 26 | The method of claim 25, wherein the coal comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber. | See 1c. |
| 27 | The method of claim 25, wherein the combustion chamber comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof. | See 1c. |
| 28a | The method of claim 25, further comprising monitoring the mercury content of the cleaned gas; and | See 1g. |
| 28b | controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof, or a combination thereof, so that the mercury content of the | See 1h. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '114 Claim Element | Accused Coal Plants[1] |
|---|---|---|
|  | cleaned gas is maintained at or below a desired level. |  |
| 29 | The method of claim 25, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent. | See claim 4. |
| 30 | The method of claim 25, wherein the mercury/sorbent composition comprises the element bromine, the sorbent material, and mercury. | See 24e. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

### '147 Initial Claim Chart

| No. | '147 Claim Element | Accused Coal Plants |
|---|---|---|
| 1a | 1.[2] A method for separating mercury from a mercury containing gas comprising: | See '114 claim 1a. |
| 1b | promoting at least a portion of a particulate sorbent material comprising activated carbon by chemically reacting the sorbent material with a bromine containing promoter to form a promoted brominated sorbent, wherein the bromine containing promoter is in gaseous form, vapor form, or non-aqueous liquid form, and wherein the activated carbon contains graphene sheets having carbene species edge sites which react with the bromine containing promoter to form a carbocation paired with a bromide anion in the promoted brominated sorbent for oxidation of the mercury; | See '114 claim 1e and 24e.<br><br>The Accused Coal Plants promote at least a portion of the added activated carbon sorbent by chemically reacting the sorbent material with a bromine containing promoter ▮▮▮▮▮▮ to form a promoted brominated sorbent. *See* '114 Patent Fig. 2.<br><br>the bromine containing promoter is in gaseous form, vapor form, or non-aqueous liquid form at least because it is provided to the high temperatures of the combustion chamber.<br><br>The activated carbon contains graphene sheets having carbene species edge sites which react with the bromine containing promoter to form a carbocation paired with a bromide anion in the promoted brominated sorbent for oxidation of the mercury. *See* |

---

[2] Claim 1 is included in this chart because claims 17-20 depend on claim 1. As explained in ME2C's complaint, it is not separately asserting claim 1.

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '147 Claim Element | Accused Coal Plants |
|---|---|---|
| | | '114 Patent Fig. 2.  See also ME2C response to Coal Plant Interrogatory No. 5. |
| 1c | chemically reacting elemental mercury in the mercury containing gas with the promoted brominated sorbent to form a mercury/sorbent chemical composition; and | See '114 claim 1e and 24e. |
| 1d | separating particulates from the mercury containing gas, the particulates including ash and the mercury/sorbent chemical composition. | See '114 claim 1f. |
| 17 | A method according to claim 1, further comprising injecting the particulate sorbent material at a sorbent material injection rate and injecting separately the bromine containing promoter into a gas stream whereby in-flight reaction produces the promoted brominated sorbent, wherein the promoter is reacted in the gas phase or as a vapor, wherein the promoter is added at from about 1 to about 30 grams per 100 grams of the sorbent material. | See '114 claim 1 and 4. |
| 18 | A method according to claim 17, wherein the gas stream is a mercury containing gas. | See '114 claim 1 |
| 19 | A method according to claim 18, wherein the gas stream is a transport gas. | Because the sorbent is injected into the gas as it is being transported, it is a transport gas. |
| 20 | A method according to claim 17, wherein the promoter injection rate and the sorbent injection rate into the gas are determined at least in part on the monitored mercury content of the cleaned gas. | See '114 claim 1h. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

### '225 Initial Claim Chart

| No. | '225 Claim Element | Accused Coal Plants |
|-----|--------------------|--------------------|
| 1a | A method for treating a mercury-containing gas, the method comprising: | See '114 1a. |
| 1b | combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing, gas; and | See '114 1b, 1c.  In addition, combusted coal forms pyrolysis char.<br><br>Talen contends that ME2C has not explained how combusted coal forms pyrolysis char.  However, pyrolysis is a well understood physical phenomenon.  When the coal is heated in the combustion chamber, pyrolysis occurs.  The result is called char. |
| 1c | adding a particulate sorbent material comprising activated carbon into the mercury-containing gas. | See '114 1d |
| 2 | The method of claim 1, wherein the pyrolysis char is a promoted pyrolysis char. | The accused coal plants combust promoted pyrolysis char.  The pyrolysis char forms in the presence of bromine that has been added to the coal.  Thus, it is promoted pyrolysis char.  *See, e.g.,* '114 patent Fig. 2.<br><br>Talen contends that ME2C has not explained how or why pyrolysis char formed in the presence of bromine that has been added to the coal and that it is promoted pyrolysis char.  As explained above with respect to '114 claim 1, the accused coal plants |

16

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '225 Claim Element | Accused Coal Plants |
|---|---|---|
|  |  | combust coal that has been treated with ▇▇▇▇▇▇▇ Coal combustion occurs in the combustion chamber. Thus, as the coal combusts in the combustion chamber it comprises pyrolysis char and bromine. Because these elements come into contact in the combustion chamber, they provide promoted pyrolysis char. *See, e.g.,* '114 patent Fig. 2. |
| 5 | The method of claim 1, further comprising using a particle separation device to remove mercury from the flue gas and comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas to produce a cleaned gas. | See '114 2 |
| 6a | The method of claim 5, further comprising: | See '114 1g |
| 6b | measuring the mercury content of the mercury-containing gas; and | See '114 1g |
| 6c | modifying, in response to the measured mercury content: | See '114 1h |
| 6d | an injection rate of injecting the sorbent into the mercury-containing gas, | See '114 1h |
| 6e | an amount of the additive in the mixture, or | See '114 1h |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '225 Claim Element | Accused Coal Plants |
|---|---|---|
| 6f | a combination thereof. | See '114 1h |
| 8 | The method of claim 1, wherein the sorbent material is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof. | See '114 claim 12 |
| 11 | The method of claim 1, further comprising contacting the sorbent material with a secondary component chosen from halogens, hydrogen halides, Group V halides, Group VI halides, and combinations thereof. | See '114 claim 14 |
| 12 | The method of claim 11, wherein the secondary component is chosen from halogens, halide salts, HI, HBr, HCl, and combinations thereof. | See '114 claim 14 |
| 14a | A method for treating a mercury-containing gas, the method comprising: | See 1a |
| 14b | combusting coal in a combustor comprising pyrolysis char and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and | See 1b |
| 14c | adding a particulate sorbent material comprising activated carbon into the mercury-containing gas. | See 1c |
| 15 | The method of claim 14, wherein the pyrolysis char is a promoted pyrolysis char. | See 2 |
| 17a | A method for treating a mercury-containing gas, the method comprising: | See 1a |

| No. | '225 Claim Element | Accused Coal Plants |
|---|---|---|
| *17b* | combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and | See 1b |
| *17c* | adding a sorbent material comprising activated carbon into the mercury-containing gas. | See 1c |
| *18a* | The method of claim 1, further comprising | See 6a |
| *18b* | modifying, in response to a measured mercury content, | See 6c |
| *18c* | an injection rate of injecting the sorbent into the mercury-containing gas, | See 6d |
| *18d* | an amount of the additive in the mixture, or | See 6e |
| *18e* | a combination thereof. | See 6f |
| *19* | The method of claim 1, wherein the coal comprises added sorbent enhancement additive that comprises the bromide compound. | See '114 1c, 6 |
| *20* | The method of claim 1, wherein the coal is combusted in a combustion chamber at a coal-combustion facility, wherein the HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility. | See 19 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '225 Claim Element | Accused Coal Plants |
|-----|--------------------|--------------------|
| 22 | The method of claim 1, wherein the sorbent is contacted with a halogen or halide promoter prior to the addition of the sorbent to the mercury-containing gas. | See '114 claim 14 |
| 23 | The method of claim 1, wherein the sorbent is free of contact with a halogen or halide promoter prior to the addition of the sorbent to the mercury-containing gas. | See '114 claim 13 |
| 24 | The method of claim 6, wherein the measurement of the mercury content of the mercury-containing gas comprises continuous measurement. | On information and belief, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ |
| 25 | The method of claim 1, wherein the coal comprises subbituminous coal. | In particular, at least the Colstrip coal plant has combusted sub-bituminous coal according to data collected by the EIA. |
| 27 | The method of claim 1, wherein the mixture is combusted in a combustion chamber of a coal-combustion facility upstream of a scrubber, a particulate control system, or a combination thereof, wherein the particulate sorbent is added to the mercury-containing gas before the mercury-containing gas encounters the scrubber, the particulate control system, or the combination thereof. | See '114 claim 18. |
| 28 | The method of claim 26, wherein the particulate control system comprises an electrostatic precipitator, a baghouse, a fabric filter, or a combination thereof. | See '114 claim 18. |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '225 Claim Element | Accused Coal Plants |
|---|---|---|
| 29 | The method of claim 19, wherein the combustion chamber is a coal combustion furnace. | See claim 1 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

### '517 Claim Chart

| No. | '517 Claim Element | Accused Coal Plants |
|-----|--------------------|--------------------|
| 1a | A method for reducing mercury in a mercury-containing gas, the method comprising: | See '114 1a |
| 1b | combusting coal in a combustion chamber, the coal comprising an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and | See '114 1b |
| 1c | collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon. | See '114 1d, 1e |
| 4 | The method of claim 1, wherein the activated carbon is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof. | See '114 12 |
| 5 | The method of claim 1, wherein the sorbent has a composition comprising from about 1 to about 30 grams of the element bromine per 100 grams of activated carbon. | See '114 claim 4 |
| 6 | The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas. | See '114 claim 2 |
| 7 | The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent. | See '114 claim 3 |
| 8a | The method of claim 1, further comprising: | See '114 1g |
| 8b | measuring mercury content of the mercury-containing gas; and | See '114 1g |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '517 Claim Element | Accused Coal Plants |
|---|---|---|
| 8c | modifying, in response to the measured mercury content, | See '114 1h |
| 8d | an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, | See '114 1h |
| 8e | an amount of the additive comprising the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal, or | See '114 1h |
| 8f | a combination thereof. | See '114 1h |
| 9 | The method of claim 8, wherein the measuring of the mercury content of the mercury-containing gas is performed substantially continuously. | See '225 claim 24 |
| 10a | The method of claim 1, further comprising: | See '114 1h |
| 10b | modifying, in response to a measured mercury content, | See '114 1h |
| 10c | an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, | See '114 1h |
| 10d | an amount of the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal, or | See '114 1h |
| 10e | a combination thereof. | See '114 1h |
| 11 | The method of claim 1, wherein the coal comprises a subbituminous coal. | See '225 claim 25 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '517 Claim Element | Accused Coal Plants |
|---|---|---|
| 13 | The method of claim 1, wherein the coal comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber. | See '114 claim 19 |
| 14 | The method of claim 1, wherein the combustion chamber comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof. | See '114 claim 20 |
| 15 | The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion facility, wherein the $Br_2$, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the $Br_2$, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility. | See claim 13 |
| 17 | The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber. | Each of the accused coal plants contain electric utility coal combustion chambers. |
| 18a | The method of claim 1, further comprising: | See '114 1g |
| 18b | measuring mercury content of the mercury-containing gas; and | See '114 1g |
| 18c | modifying, in response to the measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas. | See '114 1gh |
| 19 | The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent. | See '114 claim 4 |

| No. | '517 Claim Element | Accused Coal Plants |
|---|---|---|
| 20a | The method of claim 1, further comprising: | See '114 1g |
| 20b | measuring mercury content of the mercury-containing gas; and | See '114 1g |
| 20c | modifying, in response to the measured mercury content, an amount of the additive comprising the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal. | On information and belief, each of the accused coal plants has modified, in response to the measured mercury content, an amount of the additive comprising the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal as this is typically done on occasions in order to ensure compliance with MATS regulations. |
| 21 | The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added $Br_2$, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent. | See '114 claim 4 |
| 22 | The method of claim 1, wherein the $Br_2$, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent. | See '114 claim 7. |
| 23 | The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a base sorbent with a halogen or halide promoter prior to injection of the sorbent to the mercury-containing gas. | See '114 claim 14 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '517 Claim Element | Accused Coal Plants |
|---|---|---|
| 24 | The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas. | See '114 claim 13 |
| 25 | The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator or a scrubber. | See '114 claim 18 |
| 26 | The method of claim 25, wherein the particulate separator comprises an electrostatic precipitator, a baghouse, a fabric filter, or a combination thereof. | See '114 claim 18 |
| 27 | The method of claim 1, wherein the coal comprises added halide sorbent enhancement additive that comprises the added $Br_2$, HBr, the bromide compound, or combination thereof. | See '114 claim 6 |
| 28 | The method of claim 1, wherein the sorbent enhancement additive comprises the bromide compound. | See '114 1c |
| 29a | A method of separating mercury from a mercury-containing gas, the method comprising: | See '114 1a |
| 29b | combusting coal in a combustion chamber, wherein | See '114 1b |
| 29c | the coal comprises added $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber, or | See '114 1c |
| 29d | the combustion chamber comprises added $Br_2$, HBr, bromide compound, or a combination thereof, or | See '114 1c |
| 29e | a combination thereof; and | See '114 1c |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '517 Claim Element | Accused Coal Plants |
|-----|--------------------|--------------------|
| *29f* | collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon. | See '114 1e |
| *30a* | A method of separating mercury from a mercury-containing gas, the method comprising: | See '114 1a |
| *30b* | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein | See '114 1b, 1c |
| *30c* | the coal comprises added $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber, or | See '114 1c |
| *30d* | the combustion chamber comprises added $Br_2$, HBr, bromide compound, or a combination thereof, or | See '114 1c |
| *30e* | a combination thereof; | See '114 1c |
| *30f* | collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon; | See '114 1e |
| *30g* | separating the sorbent contacted with the mercury from the mercury-containing gas; | See '114 1f |
| *30h* | measuring the mercury content of the mercury-containing gas; and | See '114 1g |
| *30i* | modifying, in response to the measured mercury content of the mercury-containing gas, | See '114 1h |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '517 Claim Element | Accused Coal Plants |
|---|---|---|
| *30j* | an injection rate of injecting the sorbent into the mercury-containing gas, | See '114 1h |
| *30k* | an amount of the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal or the combustion chamber,  or | See '114 1h |
| *30l* | a combination thereof. | See '114 1h |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

**'430 Claim Chart**

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| 1a | A method of separating mercury from a mercury-containing gas, the method comprising: | See '114 1a |
| 1b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein | See '114 1b |
| 1c | the coal comprises an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or | See '114 1c |
| 1d | the combustion chamber comprises an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof or | See '114 1c |
| 1e | a combination thereof; | See '114 1c |
| 1f | injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; | See '114 1d |
| 1g | contacting mercury in the mercury-containing gas with the sorbent; and | See '114 1e |
| 1h | separating the sorbent contacted with the mercury from the mercury-containing gas. | See '114 1f |
| 2 | The method of claim 1, wherein the coal comprises the additive comprising the $Br_2$, HBr, the bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber. | See '114 claim 6 |

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| 3 | The method of claim 1, wherein the combustion chamber comprises the additive comprising the $Br_2$, HBr, the bromide compound, or a combination thereof. | See '114 1c |
| 4 | The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion facility, wherein the additive comprising the $Br_2$, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the additive comprising the $Br_2$, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility. | See '114 claim 6 |
| 6 | The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber. | Each of the accused coal plants contain electric utility coal combustion chambers. |
| 7 | The method of claim 1, wherein the combustion chamber is a coal combustion furnace. | See '114 claim 1b |
| 8 | The method of claim 1, wherein the coal comprises a subbituminous coal. | See '225 claim 25 |
| 10a | The method of claim 1, further comprising | See '114 1g |
| 10b | measuring the mercury content of the mercury-containing gas; and | See '114 1h |
| 10c | modifying, in response to the measured mercury content of the mercury-containing gas, | See '114 1h |
| 10d | an injection rate of injecting the sorbent into the mercury-containing gas, | See '114 1h |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| *10e* | an amount of the $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or | See '114 1h |
| *10f* | a combination thereof. | See '114 1h |
| *11* | The method of claim 10, wherein the measuring of the mercury content comprises continuous measurement. | See '225 claim 24 |
| *12a* | The method of claim 1, further comprising: | See '114 1h |
| *12b* | modifying, in response to a measured mercury content, | See '114 1h |
| *12c* | an injection rate of injecting the sorbent into the mercury-containing gas, | See '114 1h |
| *12d* | an amount of the $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or | See '114 1h |
| *12e* | a combination thereof. | See '114 1h |
| *13* | The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent. | See '114 claim 4 |
| *14* | The method of claim 1, wherein the sorbent contacted with the mercury comprises the element bromine and mercury. | See '114 1f |
| *15* | The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas. | See '114 claim 2 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| 16 | The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent. | See '114 claim 3 |
| 17 | The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added $Br_2$, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent. | See '114 claim 4 |
| 18 | The method of claim 1, wherein the $Br_2$, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent. | See '114 claim 7 |
| 19 | The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof. | See '114 claim 12 |
| 20 | The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a sorbent with a halogen or halide promoter prior to the injection of the sorbent into the mercury-containing gas. | See '114 claim 14 |
| 21 | The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas. | See '114 claim 13 |
| 22 | The method of claim 1, wherein the combustion chamber comprises a boiler. | See '114 claim 1 |
| 23 | The method of claim 1, wherein the mercury-containing gas is a flue gas. | See '114 claim 1 |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '430 Claim Element | Accused Coal Plants |
|-----|-------------------|---------------------|
| 24 | The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator, a scrubber, or a combination thereof. | See '114 claim 18 |
| 25 | The method of claim 24, wherein the particulate separator comprises a baghouse, an electrostatic precipitator, a fabric filter, or a combination thereof. | See '114 claim 18 |
| 26 | The method of claim 1, wherein a halide sorbent enhancement additive comprises the added $Br_2$, HBr, bromide compound, or combination thereof. | See '114 1c |
| 27 | The method of claim 26, wherein the sorbent enhancement additive comprises the bromide compound. | See '114 1c |
| 28a | A method of separating mercury from a mercury-containing as, the method comprising: | See '114 1a |
| 28b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, $Br^-$, or a combination thereof, wherein | See '114 1b, 1c |
| 28c | the coal comprises an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or | See '114 1c |
| 28d | the combustion chamber comprises an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof, or | See '114 1c |
| 28e | a combination thereof, | See '114 1c |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| 28f | injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; | See '114 1d |
| 28g | contacting mercury in the mercury-containing gas with the sorbent; and | See '114 1e |
| 28h | separating the sorbent contacted with the mercury from the mercury-containing gas. | See '114 1f |
| 29a | A method of separating mercury from a mercury-containing gas, the method comprising: | See '114 1a |
| 29b | combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br$^-$, or a combination thereof, wherein | See '114 1b, 1c |
| 29c | the coal comprises an additive comprising Br$_2$, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or | See '114 1c |
| 29d | the combustion chamber comprises an additive comprising Br$_2$, HBr, a bromide compound, or a combination thereof, or | See '114 1c |
| 29e | a combination thereof; | See '114 1c |
| 29f | injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; | See '114 1d |

RESTRICTED – OUTSIDE COUNSEL'S EYES ONLY

| No. | '430 Claim Element | Accused Coal Plants |
|---|---|---|
| 29g | contacting mercury in the mercury-containing gas with the promoted sorbent; | See '114 1e |
| 29h | separating the promoted sorbent contacted with the mercury from the mercury-containing gas; | See '114 1f |
| 29i | measuring the mercury content of the mercury-containing gas; and | See '114 1g |
| 29j | modifying, in response to the measured mercury content, | See '114 1h |
| 29k | an injection rate of injecting the sorbent into the mercury-containing gas, | See '114 1h |
| 29l | an amount of the $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or | See '114 1h |
| 29m | a combination thereof. | See '114 1h |