**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES INC.,<br><br>    **Plaintiffs,**<br><br> v.<br><br>VISTA ENERGY CORP., et al.,<br><br>    **Defendants.** | C.A. No. 19-1334-RGA<br><br>JURY TRIAL DEMANDED<br><br>**EXHIBIT 2 – FILED**<br>**SEPARATELY UNDER SEAL** |

**DECLARATION IN SUPPORT OF PLAINTIFFS MIDWEST ENERGY**
**EMISSIONS CORP. AND MES INC.'S RESPONSE IN OPPOSITION**
<u>**TO THE TALEN, NRG, AND AEP DEFENDANTS' TO MOTION TO STAY**</u>

I, Justin T. Nemunaitis, hereby declare as follows:

1. I am an attorney at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas. I am admitted to practice in the State of Texas and am admitted *pro hac vice* in this case. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit 1 is a true and correct copy of a press release titled, "Midwest Energy Emissions Corp. and Vistra Announce Fleetwide License and Supply Agreement", dated August 4, 2020.

3. The document attached as Exhibit 2 is a true and correct copy of the Fleetwide License and Supply Agreement between ME2C and Vistra, bearing production number ME2C-0071407- ME2C-0071427, dated July 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2020.     */s/ Justin T. Nemunaitis*
                   Justin T. Nemunaitis