# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | C.A. No. 19-1334 (RGA) |
| v. | JURY TRIAL DEMANDED |
| VISTRA ENERGY CORP. et al., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 24, 2020 true and correct copies of: NRG Defendants' First Set of Interrogatories to Plaintiffs (No. 1) were served upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**
James M. Lennon
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

**BY ELECTRONIC MAIL**
Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
CALDWELL CASSADY CURRY PC
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (fax)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

| | |
|---|---|
| Dated: November 24, 2020 | */s/ Frederick L. Cottrell, III* |
| | Frederick L. Cottrell, III (#2555) |
| *Of Counsel*: | Tyler E. Cragg (#6398) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| Paul R. Morico | One Rodney Square |
| Elizabeth Durham Flannery | 920 N. King Street |
| Ali Dhanani | Wilmington, DE 19801 |
| Thomas B. Carter, Jr. | Tel. (302) 651-7700 |
| Baker Botts L.L.P. | cottrell@rlf.com |
| One Shell Plaza | cragg@rlf.com |
| 910 Louisiana Street | |
| Houston, TX 77002 | *Attorneys for Defendants NRG Energy,* |
| (713) 229-1234 | *Inc., NRG Texas Power LLC, Midwest* |
| paul.morico@bakerbotts.com | *Generation EME, LLC, and Midwest* |
| liz.flannery@bakerbotts.com | *Generation, LLC* |
| ali.dhanani@bakerbotts.com | |
| thomas.carter@bakerbotts.com | |