IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**DECLARATION OF DAVID TOBIN IN SUPPORT OF REPLY BRIEF OF THE TALEN, NRG, AND AEP DEFENDANTS' MOTION TO STAY THE CASE PENDING *INTER PARTES* REVIEW**

1. I am an attorney with the law firm of Baker Botts L.L.P., counsel of record for Talen Energy Corporation, Brandon Shores LLC, Talen Generation, LLC, and H.A. Wagner LLC ("Talen Defendants") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit K** is a true and correct copy of excerpts from ME2C's Form 10-K Annual Report, dated May 14, 2020. I obtained this document from ME2C's public website at: https://ir.midwestemissions.com/annual-reports (last visited Nov. 30, 2020). The highlighting was added to the document.

3. Attached as **Exhibit L** is a true and correct copy of Patent Owner Midwest Energy Emissions Corp.'s Preliminary Response filed in IPR2020-00832, submitted to the Patent Trial and Appeal Board by Midwest Energy Emissions Corp. The highlighting was added to the document.

4. Attached as **Exhibit M** is a true and correct copy of Patent Owner Midwest Energy Emissions Corp.'s Preliminary Response filed in IPR2020-00928, submitted to the Patent Trial and Appeal Board by Midwest Energy Emissions Corp. The highlighting was added to the document.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2020                            /s/ *David J. Tobin*_____
                                                                   David J. Tobin