IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.,**<br><br>      **Plaintiffs,**<br><br>   v.<br><br>**VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC,  ET. AL.,**<br><br>      **Defendants.** | Case No. 1:19-cv-01334-RGA-CJB |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. ("Plaintiffs"), and Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., AEP Texas Inc. and Cardinal Operating Co., LLC (collectively, "AEP"), subject to approval by the Court, that all claims and causes of action asserted in this action between Plaintiffs and AEP are dismissed with prejudice.  The parties shall bear their own attorneys' fees, expenses and costs.

Dated: December 1, 2020

| | |
|---|---|
| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorney for Defendants AEP Generation Resources Inc., Southwestern Electric Power Co., AEP Texas Inc., and Cardinal Operating Co., LLC* |

SO ORDERED this _____ day of December, 2020.

_____
United States District Court Judge