IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., ET AL., <br><br> Defendants. | C.A. No. 1:19-cv-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 30, 2020, copies of *Plaintiffs' Second Amended Section 7.c Disclosures to NRG* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Thomas Carter (thomas.carter@baker.botts)
BBMidwestNRG@BakerBotts.com

| | |
|---|---|
| Dated: December 1, 2020 | DEVLIN LAW FIRM LLC |
| OF COUNSEL: | */s/ James M. Lennon* <br> James M. Lennon (No. 4570) |
| Bradley W. Caldwell <br> Texas Bar No. 24040630 <br> Jason D. Cassady <br> Texas Bar No. 24045625 <br> John Austin Curry <br> Texas Bar No. 24059636 <br> Justin T. Nemunaitis <br> Texas Bar No. 24065815 <br> **CALDWELL CASSADY CURRY PC** <br> 2101 Cedar Springs Road, Suite 1000 <br> Dallas, Texas 75201 <br> Phone: (214) 888-4848 <br> Fax: (214) 888-4849 <br> bcaldwell@caldwellcc.com <br> jcassady@caldwellcc.com <br> acurry@caldwellcc.com <br> jnemunaitis@caldwellcc.com | 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |

1