IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. and MES INC.,** | |
| **Plaintiffs,** | C.A. No. 19-1334-RGA |
| v. | JURY TRIAL DEMANDED |
| **VISTA ENERGY CORP., et al.,** | |
| **Defendants.** | |

# EXHIBIT 2
### DECLARATION IN SUPPORT OF PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP. AND MES INC.'S RESPONSE IN OPPOSITION TO THE TALEN, NRG, AND AEP DEFENDANTS' TO MOTION TO STAY

Dated: November 20, 2020

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

# EXHIBIT 2
# REDACTION IN ITS ENTIRETY