IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTRA ENERGY CORP., et al., <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

**DEFENDANTS' SUBMISSION OF SUBSEQUENT INFORMATION**

Pursuant to D. Del. L.R. 7.1.2(b) and litigants' obligations to apprise the Court of ongoing proceedings relevant to *sub judice* motions, the Talen and NRG Defendants, which are the remaining movants on the Motion to Stay the Case Pending *Inter Partes* Review (D.I. 234)[1], respectfully submit the attached two Decisions on Institution from the Patent Trial and Appeal Board that issued earlier today (December 2, 2020):

- **Exhibit N:**   Decision on IPR Institution for Petition IPR2020-00926 (granting institution of IPR of claims 17-20 of U.S. Patent No. 8,168,147 based on the Nelson, Olson-Paper, Lissianski, and Downs-Halogenation prior art references).

- **Exhibit O:**   Decision on IPR Institution for Petition IPR2020-00928 (granting institution of IPR of claims 18 and 19 of U.S. Patent No. 8,168,147 based on the Lissianski-Presentation, Olson-646, and Sjostrom prior art references).

The attached Decisions on Institution are relevant to the Motion to Stay, as the Talen and NRG Defendants have moved to stay the case pending (a) two IPR proceedings on U.S. Patent No.

---

[1] The AEP Defendants have been dismissed from the case.  *See* D.I. 249 (Order Granting Stipulation and Order of Dismissal).

1

10,343,114 (which were both instituted in October) and (b) the two IPR proceedings on U.S. Patent No. 8,168,147 that have been instituted via the attached Decisions.

The Talen and NRG Defendants further submit the following Scheduling Orders that have issued in the instituted IPRs and that are relevant to the Motion to Stay in that they indicate the expected timeline of the IPR proceedings:

- **Exhibit P:** Scheduling Order applicable to both IPR2020-00926 and IPR2020-00928 (relating to U.S. Patent No. 8,168,147).

- **Exhibit Q:** Scheduling Order applicable to IPR2020-00832 (relating to U.S. Patent No. 10,343,114).

- **Exhibit R:** Scheduling Order applicable to IPR2020-00834 (relating to U.S. Patent No. 10,343,114).

Counsel for Talen and NRG are available at the Court's convenience, including at the telephonic oral argument scheduled for December 9th, to further discuss the matters set forth herein.

| | |
|---|---|
| Dated:  December 2, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| OF COUNSEL: | |
| | */s/ Francis DiGiovanni* |
| Syed K. Fareed | Francis DiGiovanni (#3189) |
| Emily Pyclik | Thatcher A. Rahmeier (#5222) |
| John C. Williams | 222 Delaware Avenue, Suite 1410 |
| **BAKER BOTTS L.L.P.** | Wilmington, DE 19801 |
| 98 San Jacinto, Suite 1500 | (302) 467-4200 |
| Austin, Texas 78701 | francis.digiovanni@faegredrinker.com |
| (512) 322-2500 | thatcher.rahmeier@faegredrinker.com |
| | |
| David J. Tobin | *Attorneys for Defendants Talen Energy* |
| **BAKER BOTTS L.L.P.** | *Corporation, Brandon Shores LLC, Talen* |
| 2001 Ross Avenue, Suite 1100 | *Generation LLC, and H.A. Wagner LLC* |
| Dallas, Texas 75201 | |
| (214) 953-6869 | |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul R. Morico<br>Elizabeth Durham Flannery<br>Ali Dhanani<br>Thomas B. Carter, Jr.<br>**BAKER BOTTS L.L.P.**<br>910 Louisiana Street<br>Houston, TX 77002<br>713-229-1234<br>paul.morico@bakerbotts.com<br>liz.flannery@bakerbotts.com<br>ali.dhanani@bakerbotts.com<br>thomas.carter@bakerbotts.com | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Tyler E. Cragg*<br>Frederick L. Cottrell, III (#2555)<br>Tyler E. Cragg (#6398)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br>cottrell@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC* |