# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, ET. AL.,**<br><br>   Defendants. | Case No.: 1:19-cv-01334-RGA-CJB |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. ("Plaintiffs"), and Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, Talen Montana, LLC, and H.A. Wagner LLC (collectively, "Talen"), subject to approval by the Court, that all claims and causes of action asserted in this action between Plaintiffs and Talen are dismissed with prejudice. The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: January 14, 2021

| **DEVLIN LAW FIRM LLC** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Francis DiGiovanni*<br>Francis DiGiovanni (No. 3189)<br>Thatcher A. Rahmeier (No. 5222)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>francis.digiovanni@faegredrinker.com<br>thatcher.rahmeier@faegredrinker.com<br><br>*Attorney for Defendants Talen Energy Corporation, Brandon Shores LLC, Talen Generation LLC, Talen Montana, LLC, and H.A. Wagner LLC* |

SO ORDERED this _____ day of January, 2021.

_____
United States District Court Judge