## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. AND MES, INC.,** | |
| **Plaintiffs,** | |
| **v.** | Case No.: 1:19-cv-01334-RGA-CJB |
| **VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, ET. AL.,** | |
| **Defendants.** | |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. ("Plaintiffs"), and Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, and Midwest Generation, LLC (collectively, "NRG"), subject to approval by the Court, that all claims and causes of action asserted in this action between Plaintiffs and NRG are dismissed with prejudice.  The parties shall bear their own attorneys' fees, expenses and costs.

Dated: January 14, 2021

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

**RICHARDS, LAYTON & FINGER, PA**

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801 (302) 651-7700
cottrell@rlf.com
cragg@rlf.com

*Attorney for Defendants NRG Energy, Inc., NRG Texas Power LLC, Midwest Generation EME, LLC, Midwest Generation, LLC*

SO ORDERED this _____ day of _____, 2021.

District Judge _____