

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

January 22, 2021

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 N. King St., Unit 28, Room 2325
Wilmington, DE 19801

   RE: *Midwest Energy Emissions Corp., et al. v. Vistra Energy Corp., et al.*
      C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke:

  Pursuant to the parties' joint letter to the Court dated January 15, 2021 (D.I. 268), plaintiffs write to inform the Court that the IPR proceedings have been terminated (see attached). In accordance with the joint agreement set forth in D.I. 268, the parties respectfully request that the stay be lifted and limited discovery may proceed.

  The parties are available at the Court's convenience should further discussion be necessary.  Thank you.

                Respectfully,

                */s/ James M. Lennon*

                James M. Lennon (No. 4570)

cc: Enclosures
   Clerk of the Court (via CM/ECF, w/encls.)
   Counsel of Record (via CM/ECF, w/encls.)