# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | Case No. 1:19-cv-01334-RGA-CJB |
| v. | |
| ARTHUR J. GALLAGHER & CO., *et al.*, | |
| Defendants. | |

# THE CERT DEFENDANTS' MOTION TO DISMISS
# THE FIRST AND SECOND AMENDED COMPLAINTS FOR
# <u>FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)</u>

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC ("CERT Defendants") respectfully move this Court for an order dismissing the First and Second Amended Complaints ("FAC" and "SAC") for Patent Infringement.

The grounds for this motion are set forth in the CERT Defendants' prior briefing on the motion to dismiss all claims in the FAC and the SAC (D.I. 130, 214-1) for failure to state a claim under Rule 12(b)(6).[1]  (*See* D.I. 179, 203, 256, 261)

In the SAC, Plaintiffs named a number of new defendants, including Senescence Energy Products, LLC, Rutledge Products, LLC and Alistar Enterprises, LLC ("New Defendants").  Given the procedural posture of this action, the New Defendants have not been served; thus, their obligation to respond to the SAC has not been triggered.  The undersigned will be representing the New Defendants, and agrees to accept service on behalf of them.  Furthermore, the New Defendants wish to join and hereby do join the CERT Defendants' motions to dismiss the FAC and the SAC.  So as not to further burden the Court, the New Defendants agree to rely upon the already submitted briefing as referenced herein and in the parties' concurrent joint letter.  The New Defendants will enter their appearance and Rule 7.1 disclosures in due course, upon service.  Should the Court wish for the New Defendants to submit a separate motion, joinder or briefing after having entered their appearance, they will do so as directed by the Court.

---

[1] As stated in prior briefing, the CERT Defendants also join Talen Defendants' argument (D.I. 174) that MES Inc. has no standing.  (*See* D.I. 179 at 2 n.2, D.I. 203 at 1 n.1)

|  | Respectfully submitted, |
|---|---|
|  | /s/ Robert S. Saunders |
| OF COUNSEL: | Robert S. Saunders (ID No. 3027) |
|  | Nicole A. DiSalvo (ID No. 4662) |
| Douglas R. Nemec | Jessica R. Kunz (ID No. 5698) |
| Leslie A. Demers | Daniel S. Atlas (ID No. 6346) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| One Manhattan West | One Rodney Square |
| New York, New York  10001-8602 | P.O. Box 636 |
| Tel:  (212) 735-3000 | Wilmington, Delaware  19899-0636 |
| douglas.nemec@skadden.com | Tel:  (302) 651-3000 |
| leslie.demers@skadden.com | rob.saunders@skadden.com |
|  | nicole.disalvo@skadden.com |
|  | jessica.kunz@skadden.com |
|  | daniel.atlas@skadden.com |
|  | *Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC* |

DATED: January 27, 2021

3