# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
began@mnat.com

January 27, 2021

The Honorable Christopher J. Burke                            *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re: *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*,
     C.A. No. 19-1334-RGA-CJB

Dear Judge Burke:

  Pursuant to the Court's January 25, 2021 Oral Order in the above-captioned case, the parties jointly submit the following list of pleadings and briefs the Court should consider in resolving the Moving Refined Coal Defendants' and CERT Defendants' renewed motions to dismiss the operative complaint in this case:

| D.I. | Description |
|---|---|
| **Plaintiffs' Pleadings** | |
| 130 | First Amended Complaint |
| 214-1, 218-1 | Second Amended Complaint (Redline Against First Amended Complaint (D.I. 214-1); Clean Copy (D.I. 218-1)) |
| **Briefing Related to Moving Refined Coal Defendants' Motions to Dismiss** | |
| 177 | Opening Brief in Support of Moving Refined Coal Defendants' Motion to Dismiss First Amended Complaint |
| 191 | Plaintiffs' Answering Brief in Opposition to Moving Refined Coal Defendants' Motion to Dismiss First Amended Complaint |
| 205, 205-1 | Reply Brief in Support of Moving Refined Coal Defendants' Motion to Dismiss First Amended Complaint and Exhibit A thereto |

The Honorable Christopher J. Burke
January 27, 2021
Page 2

| D.I. | Description |
|---|---|
| 257 | Moving Refined Coal Defendants' Opening Letter Brief Regarding the Insufficiency of New Allegations in Second Amended Complaint |
| 260 | Plaintiffs' Answering Letter Brief in Response to Moving Refined Coal Defendants' Letter Concerning New Allegations in Second Amended Complaint |
| 262 | Moving Refined Coal Defendants' Reply Letter Brief Regarding the Insufficiency of New Allegations in Second Amended Complaint |
| **Briefing Related to CERT Defendants' Motions to Dismiss** | |
| 179 | Opening Brief in Support of CERT Defendants' Motion to Dismiss First Amended Complaint |
| 190 | Plaintiffs' Answering Brief in Opposition to CERT Defendants' Motion to Dismiss First Amended Complaint |
| 203 | Reply Brief in Support of CERT Defendants' Motion to Dismiss First Amended Complaint |
| 256 | CERT Defendants' Opening Letter Brief Regarding the Insufficiency of New Allegations in Second Amended Complaint |
| 259 | Plaintiffs' Answering Letter Brief in Response to CERT Defendants' Letter Concerning New Allegations in Second Amended Complaint |
| 261 | CERT Defendants' Reply Letter Brief Regarding the Insufficiency of New Allegations in Second Amended Complaint |
| **Briefing on Standing that is Incorporated by Reference into Moving Refined Coal Defendants' and the CERT Defendants' Motions[1]** | |
| 174 at 17-19 | Talen Defendants' Opening Brief in Support of Motion to Dismiss First Amended Complaint (as it relates to Plaintiff MES Inc.'s standing) |

---

[1] *See, e.g.,* Opening Brief in Support of Moving Refined Coal Defendants' Motion to Dismiss First Amended Complaint (D.I. 177 at 1 n.3) ("Movants also join co-defendants in their argument that Plaintiff MES Inc. has no standing."); CERT Defendants' Opening Brief in Support of Their Motion to Dismiss All Claims in the First Amended Complaint for Failure to State a Claim Under Rule 12(b)(6) (D.I. 179 at 2 n.2) ("The CERT Defendants also join co-defendants' argument that MES Inc. has no standing.").

The Honorable Christopher J. Burke
January 27, 2021
Page 3

| D.I. | Description |
|---|---|
| 189 at 2, 10 | Plaintiffs' Answering Brief in Opposition to the Talen Defendants' Motion to Dismiss First Amended Complaint (as it relates to Plaintiff MES Inc.'s standing) |
| 202 at 9-10 | Talen Defendants' Reply Brief in Support of Motion to Dismiss First Amended Complaint (as it relates to Plaintiff MES Inc.'s standing) |

Respectfully,

/s/ Brian P. Egan

Brian P. Egan (#6227)

BPE/rah
cc:   All Counsel of Record (by CM/ECF and email)