# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
began@mnat.com

February 3, 2021

The Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE: *Midwest Energy Emissions Corp. v. Arthur J. Gallagher & Co., et al.*,
C.A. No. 19-1334 (RGA) (CJB)

Dear Judge Burke:

    I write on behalf of all parties in the above-referenced action to respond to the Court's request in the January 28, 2020 Oral Order (D.I. 275) that the parties submit to the Court a joint letter proposing how much time should be allocated for oral argument on the pending motions to dismiss (D.I. 272; D.I. 273), which will be held on March 17, 2021 via videoconference.

    The parties have conferred and propose that the Court grant plaintiffs and defendants each thirty (30) minutes of oral argument, for a total of one hour of argument.

    We are at the call of the Court should Your Honor wish to discuss this matter further.

                                 Respectfully,

                                 */s/ Brian P. Egan*

                                 Brian P. Egan (#6227)

cc:    Counsel of Record (via CM/ECF)