```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE


MIDWEST ENERGY EMISSIONS   )
CORP. and MES, INC.,       )
                Plaintiffs,) Civil Action No.
                           ) 19-1334-RGA-CJB
v.                         )
                           )
VISTRA ENERGY CORP.,       )
et al.,                    )
                Defendant. )




                  Wednesday, March 17, 2021
                  11:00 a.m.
                  Teleconference



BEFORE:  THE HONORABLE CHRISTOPHER J. BURKE
         United States Magistrate Judge



APPEARANCES:


      DEVLIN LAW FIRM
      BY:  JAMES M. LENNON, ESQ.

             -and-

      CALDWELL, CASSADY & CURRY
      BY:  JUSTIN T. NEMUNAITIS, ESQ.

                  Counsel for the Plaintiffs
```

```
 1      APPEARANCES, CONTINUED:

 2          SKADDEN ARPS MEAGHER & FLOM, LLP
            BY:  NICOLE A. DiSALVO, ESQ.
 3               DOUGLAS R. NEMEC, ESQ.
                 DANIEL S. ATLAS, ESQ.
 4
                     Counsel for the CERT Defendants
 5

 6

            MORRIS NICHOLS ARSHT & TUNNELL LLP
 7          BY:  BRIAN P. EGAN, ESQ.

 8                   -and-

 9          GIBSON DUNN & CRUTCHER LLP
            BY:  RICHARD W. MARK, ESQ.
10               JOSEPH EVALL, ESQ.

11                   Counsel for the Refined
                     Coal Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          THE COURT:  Why don't we go on

2     the record, and let me just say for the record

3     as we begin today that we're here for an oral

4     argument with regard to motions to dismiss in

5     the matter of Midwest Energy Emissions Corp.,

6     et al., v. Vistra Energy Corp., et al., Civil

7     Action Number 19-1334 RGA-CJB here in our

8     court.

9          Before we go further, let me

10    have counsel for each side who are with us for

11    our videoconference today identify themselves

12    for the record.  Let's start first with

13    counsel for the plaintiff's side.  We'll begin

14    there with Delaware counsel.

15          MR. LENNON:  Good morning, Your

16    Honor.  This is Jim Lennon from the Devlin Law

17    Firm on behalf of the Midwest Energy

18    plaintiffs, and I have with me on

19    videoconference Justin Nemunaitis of Caldwell

20    Cassady out of Dallas, Texas.

21          THE COURT:  Mr. Lennon, who will

22    be speaking for plaintiffs today?

23          MR. LENNON:  Mr. Nemunaitis will

24    be speaking today.

```
 1                    THE COURT:  Great, thank you.

 2                    Let's do the same for the

 3      various defendants here.  Maybe I'll ask

 4      Delaware counsel for one or all of the

 5      defendants to help introduce each of the

 6      various attorneys who are present for the

 7      various defendants participating in our

 8      hearing today.

 9                    MS. DiSALVO:  Good morning, Your

10      Honor.  This is Nicole DiSalvo from Skadden

11      Arps, and I'm appearing on behalf of the CERT

12      defendants today.  With me is my colleague,

13      Doug Nemec and my colleague Dan Atlas, and

14      Mr. Nemec will be speaking on behalf of the

15      CERT defendants today.

16                    THE COURT:  Okay, thank you.

17                    MR. EGAN:  Good morning, Your

18      Honor.  This is Brian Egan from Morris Nichols

19      on behalf of the Gallagher-related defendants,

20      which we've defined in the papers as the

21      Refined Coal defendants.  Joining me today are

22      Richard Mark and Joseph Evall from the Gibson

23      Dunn law firm.  And if I could, Your Honor,

24      just to give you a bit of a roadmap for today,
```

```
1     we've coordinated with the CERT defendants for

2     virtual argument today that the CERT

3     defendants will address contributory

4     infringement, what we've referred to as

5     plaintiff's lumped pleading allegations, and

6     the Refined Coal defendants will address

7     induced infringement, direct infringement, and

8     joint infringement.  And with the Court's

9     permission, defendants would propose that we

10    begin with contributory infringement, if that

11    works for Your Honor.

12              THE COURT:  Sure.  Mr. Egan, who

13    is going to be speaking on behalf of the

14    Refined Coal defendants when it's their turn

15    to speak?

16              MR. EGAN:  Richard Mark from

17    Gibson Dunn.

18              THE COURT:  Thank you.  Are

19    there any other counsel who are here who

20    haven't been introduced?

21              (No response.)

22              THE COURT:  At the parties'

23    request, I have allocated 30 minutes per side

24    for argument.  I'll try to limit my questions
```

1    the best I can, because I know we have a

2    number of issues, to make sure that you are

3    able to address the key points you wanted to

4    make in your presentation, but I'll jump in

5    with questions occasionally.  I will let you

6    know, each side, when you're down to five

7    minutes so that you know that there's just a

8    few minutes left.

9                  With regard to the video

10   conference today, I'll ask that at least the

11   counsel who is speaking be present on video

12   that I can see, as long as they have that

13   capability.  For other counsel who are

14   participating, it's up to you if you want to

15   stay on video or turn your video off and just

16   listen.  If counsel has slides that they want

17   to use, they can feel free to share the screen

18   if they need to.

19                  And with that, unless there's

20   any further preliminaries, we'll get started.

21   Let me turn to defendants' counsel, as it's

22   their motions, to begin.

23                  MR. NEMEC:  Thank you, Your

24   Honor, and good morning.  Doug Nemec from

```
 1     Skadden Arps for the defendants.  As Mr. Egan
 2     pointed out, I'll be speaking on behalf of all
 3     of the defendants on a couple of selected
 4     issues, namely contributory infringement and
 5     the group's pleadings issue.
 6                    We have tried to coordinate, as
 7     Mr. Egan indicated, to make this efficient,
 8     and in connection with that, there's a number
 9     of issues that we do not intend to address in
10     today's argument.  We feel they're addressed
11     in a clear-cut way in the briefs, but we'd be
12     happy to answer any questions that the Court
13     has about those.  Namely the status of MES as
14     a plaintiff, which is addressed in the
15     briefing; the question of pre-suit notice; the
16     knowledge of the patents, likewise, we believe
17     that's fully addressed in the briefing, happy
18     to answer any questions; and then the willful
19     infringement allegations.
20                    One other housekeeping note:
21     Defendants would like to reserve five minutes
22     for rebuttal, if that's okay with Your Honor.
23                    THE COURT:  Okay.  Again, I'll
24     let you know when we're at five minutes.
```

     1              MR. NEMEC:  Excellent.  With

     2     that, let me jump into contributory

     3     infringement.  Your Honor, the issues of

     4     contributory infringement here will be

     5     familiar to you.  We discussed them at some

     6     length in the prior oral argument and the

     7     briefing, and Your Honor concluded that the

     8     original complaint in this case failed to

     9     sufficiently explain how the use of a

    10     quote/unquote tailored refined coal gave rise

    11     to the required knowledge and intent that an

    12     activated carbon step would be used by the

    13     coal plants burning that coal.  And likewise,

    14     that the complaint failed to adequately allege

    15     the absence of substantial non-infringing

    16     alternatives for the coal.  In particular,

    17     whether or not that activated carbon step

    18     really needed to be used.  And those counts

    19     were dismissed on that basis.

    20              We're now on the third iteration

    21     of the second amended complaint, or SAC as we

    22     call it in the briefs.  And I'll submit, Your

    23     Honor, that we are in no better position when

    24     it comes to the adequacy of the contributory

1    infringement allegations.

2            I won't be focusing so much on

3    the intent knowledge issues.  There's

4    considerable overlap than those questions with

5    inducement, and I'm going to defer to Mr. Mark

6    to cover those points.  But I want to spend a

7    couple of minutes talking about this question

8    of substantial non-infringing alternatives.

9    That was an interesting one in the first

10   argument, because it was not just an absence

11   of sufficient allegations in that regard in

12   the original complaint and accompanying

13   papers, but that the original complaint and

14   the patents themselves actually establish that

15   non-infringing alternatives exist.  The patent

16   itself admits that refined coal can be

17   combusted in the absence of an activated

18   carbon step.  And that was part of the grounds

19   for dismissal of the originally pled

20   allegations.

21            That remains the case.  Those

22   same facts, of course, can't be erased in the

23   pleadings; they are what they are and the

24   patents say what they say.  But there's now

1   more that makes it even more apparent that a

2   substantial non-infringing use allegation

3   simply cannot be made in this case.

4                So let me go through what we

5   know from the pleadings as they stand right

6   now with regard to this activated carbon step.

7   As I said, we know that it need not

8   necessarily be used with refined coal.  We've

9   been over that.  We know that section 45 of

10   the tax code doesn't require the use of an

11   activated carbon step in order to qualify for

12   credits or to achieve the required emission

13   levels.  That's clear on the face of the

14   pleadings, and that's clear as a matter of

15   law.  And in fact, other courts have

16   confronted this issue and have addressed the

17   fact that no particular injections need to be

18   made into the flue gas to satisfy section 45,

19   and also rejected the overall notion that

20   section 45 played into an indirect

21   infringement analysis.  And that holding was

22   not disturbed by the Federal Circuit on

23   appeal.

24                We know that activated carbon is

1    not necessary to satisfy state and federal

2    emissions requirements with respect to

3    mercury.  There's no allegation to the

4    contrary in the case when they're connected.

5              We know importantly that the

6    choice of whether activated carbon is used at

7    any given power plant is the decision of that

8    power plant.  Those power plants have the

9    control, and that's affirmatively alleged by

10   plaintiffs in the second amended complaint in

11   support of different allegations that they're

12   pressing with regard to control of different

13   aspects and joint infringements.

14             The power plants are not

15   responsible for section 45 framework.  That's

16   an issue that lies within the Refined Coal

17   entities.  The coal plants just need to ensure

18   that they're complying with state and local

19   requirements for emissions.

20             In the event that a coal plant

21   has elected to use activated carbon, the

22   pleadings indicate that that coal plant may

23   wish to have the bromine levels in their

24   refined coal adjusted to account for the use

1    of activated carbon.  And interestingly, the

2    second amended complaint, there's some

3    discourse about why those adjustments might be

4    made in the interplay between bromine and

5    activated carbon that, in fact, relate to the

6    quality of the fly ash emitted by the plant,

7    which the plants like to sell to cement

8    producers.  And if you've got your balance of

9    bromine and activated carbon wrong, it can

10   spoil the batch.

11              So the activated carbon, again,

12   under the control of the power plant, the

13   power plant making a decision as to what

14   quote/unquote tailoring might be done, if any,

15   as the pleadings in the case read right now.

16              Now, the coal plants recognize

17   that there's an issue here.  Forgive me.  The

18   plaintiffs recognize that there's an issue

19   here in terms of the disconnect between

20   section 45 and the operation of the coal

21   plants, the lack of any dictation in section

22   45 as to the specifics of how those plants are

23   operating.  And the plaintiffs recognize that

24   there's a problem because it is, in fact, the

1    prerogative of the coal plants to use

2    activated carbon or not as they see fit.  And

3    that's actually addressed affirmatively in

4    pleadings.

5              And the best that the plaintiff

6    can do is say the coal plant wants to stop

7    using activated carbon.  If you're burning the

8    refining coal, you need to be careful, because

9    they need to make sure they're not violating

10   the law.  But there is nowhere in the second

11   amended complaint, and there can't be, an

12   allegation that simply switching off the

13   activated carbon and continuing to burn

14   refined coal that has been allegedly tailored

15   will necessarily violate federal or state law

16   or necessarily lead to non-compliance with

17   section 45.

18             What the plaintiffs attempt to

19   do to kind of plug that gap in the evidence in

20   their case is to create a construct where they

21   ask the Court to infer that because the

22   refined coal entities wish to qualify for

23   section 45 credit, it's important to them that

24   they have that, that they will impose certain

1   requirements on the coal plants with regard to

2   how the refined coal is burned.  And they

3   indicate that the refined coal entities would

4   seek to restrict the coal plants to use the

5   coal in accordance with their expectations.

6            Now, there's a number of

7   problems with this, and this appears in

8   particular in paragraph 107 in the second

9   amended complaint.  This is really the heart

10  of the action, I would submit, on the

11  substantial non-infringing use question.

12            Problem number one, they're

13  asking the Court to draw this inference in the

14  absence of any underlying fact.  This is all

15  the hypothetical construct, and the request is

16  made to draw this inference.  Nothing improper

17  about that per se, but the difficulty is that

18  that inference collides with other inferences

19  that the plaintiff is asking the Court to draw

20  in this very same pleading.

21            So elsewhere in the pleading, in

22  paragraph 94, in appendix F, the plaintiffs

23  are asking the Court to infer that the parties

24  here, the defendants, would all have

1    agreements with coal plants that make

2    reference to activated carbon.  And they

3    advocate this in connection with the

4    inducement case that say of course the refined

5    coal entities will know that a plant using

6    activated carbon, see this expired agreement

7    that mentions activated carbon.  And assume

8    that all the other entities would have it.  So

9    if we're going to assume that, then I guess

10   that's the kind of agreement that we have.

11              Notably absent from that

12   agreement is any requirement and obligation on

13   the part of the coal plant to continue using

14   activated carbon or to proceed in any

15   particular way.  So we've got colliding

16   inferences here that can't be accepted as

17   true.

18              What is this expectation in

19   paragraph 107 that allegedly the refined coal

20   entities would be asking the coal plants to

21   live up to?  The expectation as alleged in

22   paragraph 107 that the coal would be burned to

23   produce steam.  It doesn't say an expectation

24   that activated carbon would be used every time

1    the coal is combusted.

2              Then most significantly, Your

3    Honor, and this is really the coup de grace as

4    far as substantial non-infringing uses.  That

5    paragraph acknowledges that even in this

6    hypothetical construct where there's an

7    agreement in place with respect to every

8    defendant that's supplying coal through a coal

9    plant that would require that plant to use the

10   coal in a particular way, that it might only

11   apply to some significant portion of that

12   coal.  Maybe open the possibility that it

13   does, in fact, have other uses which the rest

14   of the pleadings have already established that

15   they very well might.  And perhaps they're

16   hoping that there might be confusion between

17   significant portion and substantial, but in

18   the context of contributory infringement, one

19   doesn't typically think substantial in the

20   non-infringing use context means it's not

21   something fanciful, it's not something

22   imaginary, as opposed to some material

23   percentage being used in that particular way.

24              So Your Honor, we'd submit that

 1    where we find ourselves in contributory

 2    infringement is in essence where we found

 3    ourselves last time, that the effort to

 4    address substantial non-infringing use in the

 5    pleading actually leads to an affirmative

 6    pleading of the existence of substantial

 7    non-infringing use.

 8              With that, Your Honor, if you

 9    have any questions about contributory

10    infringement, I'm happy to address them;

11    otherwise, I'll shift to the other issue I

12    wanted to cover.

13              THE COURT:  Just two quick

14    questions.  One, Mr. Nemec, I think you

15    asserted that at a certain point, the SAC

16    acknowledged that certain of the coal that's

17    going in on the conveyor belt, some or most

18    but not all will, in fact, necessarily not go

19    through the activated carbon step.  I think

20    that's what you were suggesting a minute or

21    two ago.  Is that what you're suggesting, and

22    if so, are there particular parts of the SAC

23    that you think indicate that or kind of plead

24    that?

```
 1                  MR. NEMEC:  Yes, Your Honor.
 2       What I was addressing in particular is
 3       paragraph 107 of the second amended complaint.
 4       And it's the very end of that complaint
 5       saying, "It's reasonable to infer that they
 6       require the coal plants to combust the
 7       provided refined coal, or at least some
 8       significant portion of it, in accordance with
 9       those expectations, i.e., not in some
10       non-infringing way."  Which read another way
11       means some of it could be used in a
12       non-infringing way, as long as it's not a
13       significant portion.
14                  THE COURT:  Got it.  Okay.  And
15       then in the argument there, I gather that
16       would be for contributory infringement
17       purposes, if the plaintiffs are affirmatively
18       stating, yes, look, the reality is when this
19       coal is provided, you know, it is acknowledged
20       some amount of it is not going to be used with
21       an activated carbon step later, then you would
22       say -- you can't necessarily say that even as
23       to the coal that actually is delivered in the
24       real-world terms that the plaintiff is talking
```

1    about, you can't even say that there are no

2    substantial non-infringing uses in terms of

3    what we all know is going to happen with that

4    coal, because you think that paragraph kind of

5    acknowledges at least some of that coal isn't

6    going to go through the activated carbon step?

7              MR. NEMEC:  That's correct, Your

8    Honor, with one qualification.  It may be that

9    all of the coal in any given instance is put

10   through an activated carbon step.  That alone

11   doesn't defeat the existence of substantial

12   non-infringing uses.  That would essentially

13   lead in, if it's provided and used in an

14   infringing way, then there's no substantial

15   non-infringing use.

16              The significance of paragraph

17   107 and the other points I raised is the

18   acknowledgment that there are, in fact, ways

19   that it could be used that don't infringe.

20   Even if that doesn't actually happen, that

21   still defeats the claim of contributory

22   infringement.

23              THE COURT:  I think that issue

24   you're talking about is the legal issue that

```
1    we also talked about last time, which is kind
2    of what really is the test?
3              But let me just ask one other
4    question about what you said.  And I guess it
5    could be the case -- well, I want to make sure
6    that we have time to cover all the issues, so
7    maybe I'll save that second question for a
8    minute and let me let the defendants' side
9    move on.
10             MR. NEMEC:  Sure, Your Honor.
11   I'm watching the clock as well and realize
12   that I may have taken more than my fair share.
13   So I will address the group pleading issue
14   very briefly.  Your Honor, we're on, again,
15   the third iteration of this complaint.
16   There's a suggestion that the defendants have
17   somehow waived this issue, which is simply
18   false.  The group pleading issue was
19   raised in the initial briefing as to the
20   original complaint.  Based on what was cited,
21   I would submit Your Honor recognized that
22   difficulty.  It's been raised again.  I,
23   frankly, Your Honor, was surprised at the
24   number of times the District of Delaware has
```

```
 1        confronted this issue, and the case law is
 2        very clear in terms of what's required.  I'll
 3        just read a quick passage from ProMOS v.
 4        Samsung, which is cited in our briefing.  The
 5        Court reads, "Plaintiff is correct that a
 6        complaint may be structured to refer to all
 7        named defendants collectively within a count.
 8        To do so, a count must incorporate previous
 9        allegations of the complaint, identifying
10        specific infringing acts of the individual
11        defendants."
12                  It's a very clear-cut and
13        straightforward rule.  It's easy to comply
14        with if you're actually able to make these
15        allegations, and they are simply absent from
16        this complaint.  We've got over 400
17        paragraphs.  I'm representing nine CERT
18        entities, and I see nowhere in here, any
19        allegation as to any specific CERT entity as
20        to what specific acts of infringement they're
21        engaging in.
22                  It's actually gotten worse in
23        the second amended complaint, because in
24        paragraphs 212 and 213, plaintiffs now
```

1    acknowledge that the defendants are separately

2    situated.  Some addressed in 212 are engaged

3    in various indirect acts, again,

4    unspecifically, and then in 213, others are

5    alleged to actually handle the coal directly.

6    So the problem is actually compounded and

7    brought into better focus.

8              You simply cannot discern which

9    defendant is accused of which, and it's not

10   just a notice problem.  The bar to get into

11   court in this country is low, but there has to

12   be a bar; otherwise, we could have industry-

13   wide lawsuits where the plaintiff can go in

14   and figure out who is doing what, and then

15   decide if there are infringement claims.

16             I would submit, Your Honor, that

17   they have not met that bar, nor have they met

18   the bar with respect to this alleged corporate

19   relationship issue that they think the parent/

20   subsidiary relationship is enough to keep some

21   entities in the case.  This district has also

22   that question squarely in Stephenson v. Game

23   Show Network and Varian Medical v. Elekta,

24   also both cited in our briefs, and more is

1      required to use a parent subsidiary

2      relationship to establish a direct

3      infringement than is present here.  Merely

4      deciding that there might be a relationship

5      without even saying the parties are related

6      simply doesn't get you there.

7                      THE COURT:  Mr. Nemec, the

8      question there would be, and I have myself had

9      a number of these lumping cases, and I think

10     probably you acknowledge it is not permissible

11     per se necessarily for a plaintiff to mention

12     in the complaint various defendants and then

13     group them as defendants and then say

14     defendants indirectly infringed because, so

15     long as it's sufficiently clear from the

16     complaint that all of those defendants are

17     kind of in a like status.  You know, that you

18     really can talk about them collectively,

19     because it's clear enough that they, in fact,

20     act or exist in a way that is similar for

21     purposes of the infringement case.  If you

22     were going to say to me, Judge, when you go

23     back and you reread the pleadings here, the

24     paragraphs that kind of make it clearest that

```
 1    we don't have that, that this isn't the kind
 2    of pleading where it's clear enough that all
 3    these CERT defendants stand in the same shoes
 4    for purposes of the infringement allegations
 5    such that you have to have more specific
 6    allegations as to each of them, is there
 7    anything more you would say as to what parts
 8    of the complaint make that clearest?
 9              MR. NEMEC:  Yes, Your Honor, I
10    think it's actually crystal clear from
11    paragraphs 212 and 213 of the second amended
12    complaint.  There, the plaintiffs acknowledge
13    that at least six of the CERT defendants only
14    indirectly -- are only indirectly involved in
15    the alleged acts of infringement, yet
16    elsewhere in the complaint, CERT continues to
17    be alleged generically, the group of all nine
18    defendants, as to every act, including
19    actually applying the bromine, putting it on
20    the conveyance, et cetera.  So there's clearly
21    not a community of action among the CERT
22    defendants.  There's an admission that they do
23    different things.
24              THE COURT:  Okay.  Let me let
```

1    the defendants' side continue.

2                MR. NEMEC:  I'll defer to

3    Mr. Mark.  I've concluded my parts and, again,

4    taken much more time than I was entitled.

5                THE COURT:  Thank you,

6    Mr. Nemec.  Mr. Mark, I'll turn it to you.

7                MR. MARK:  Thank you, Your

8    Honor.  Let me start by addressing inducement.

9    The law here, and we summarized it last June,

10    the question we have addressed is whether

11    there was any active conduct of any of the

12    refined coal defendant to induce performance

13    and a specific intent to do so, to induce

14    performance.  Throughout the second amended

15    complaint, what we see are more and more

16    allegations of the type that were insufficient

17    on the original complaint.  And that -- excuse

18    me, Your Honor, I'm getting a bad echo; I'm

19    just trying to reduce one thing here.

20                THE COURT:  Okay.  You are

21    coming in and out a little bit in terms of

22    your connection, Mr. Mark.  I can hear you,

23    but it's a little patchy.

24                MR. MARK:  Am I coming through

1    clearly now?

2              THE COURT:  That's a little

3    better.

4              MR. MARK:  Okay.  Sorry for the

5    interruption.

6              What I was saying is that the

7    allegations in the second amended complaint,

8    simply expansions and variations on

9    allegations that were in the original

10   complaint.  They gave basically awareness that

11   activated carbon -- or possible awareness on

12   the part of the refined coal defendants that

13   activated carbon may be used.  But the only

14   step and the only active conduct described in

15   the second amended complaint that pleaded the

16   inducement is providing the fuel, providing

17   the bromine for the coal to the power plant.

18             So throughout, also the

19   allegations that the power plants, it is the

20   power plants that directly infringe and

21   perform the step.  There's even a statement in

22   the plaintiff's opposition paper, I believe at

23   page 16 and 17 of their opposition paper, that

24   acknowledges it is the power plants that can

1    openly do the performance step.  So nowhere is

2    it alleged that a refined coal defendant does

3    or instructs or actively pursues performance

4    of the activated carbon step.  We supply fuel,

5    and that is sufficient to alleged inducement.

6               The Court will no doubt recall

7    that in the argument last May, we spent some

8    time discussing paragraph 158 of the original

9    complaint.  Those allegations are again in the

10   second amended complaint at paragraph 118,

11   they are paragraph A through L of what conduct

12   the refined defendant engaged in.  That is

13   where we find nowhere any reference to

14   activated carbon or any plan to encourage or

15   induce use of that carbon.  That paragraph 19

16   comes in the amended complaint starting at 05

17   that's headed Defendants' Acts of

18   Infringement.

19              Similar to the complaints made

20   by Mr. Nemec, what you see in that paragraph

21   is the description of what the power plants

22   do, and then a description of what the refined

23   coal defendants do.  And the vision is clear.

24   Power plants operate the power plants, control

1    everything about the power plants, they

2    perform both steps of this.  And what the

3    refined coal defendants do is they supply the

4    fuel.  And the allegations there are as

5    sufficient as they were before.  If anything,

6    all they do is lean more to what was described

7    as insufficient, which is simply an awareness

8    that there is that use of activated carbon.

9              That's the essence of the

10   argument regarding inducement.  So unless Your

11   Honor has particular questions about that, I'd

12   move into the question of active inducement.

13             THE COURT:  A quick question

14   there, and we are close to your five-minute

15   warning, but I'll let you have a chance to add

16   on another point after my question.  Last time

17   there was a lot -- ultimately, part of my

18   decision was that I didn't even think there

19   was enough alleged to make it sufficiently

20   clear that the refined coal defendants

21   actually knew that when they provided the coal

22   to the coal plants, that the activated carbon

23   step would occur.  And I think part of what

24   you're saying is, look, there might be some

1    allegations that go to -- here now on the

2    second amended complaint that go to your

3    awareness, but it's not enough just to be

4    aware that another party is infringing; you

5    actually have to take action that it, quote,

6    encourages infringement, and that you have the

7    specific intent that infringement occurs.

8                    I guess the question is for a

9    plausibility analysis, though, we do know that

10   there is an action taken, the provision of the

11   coal.  Can't the provision of the coal be a

12   sufficient fact, a plausible act of

13   encouragement if it is otherwise pleaded that

14   the party providing the coal full well knows

15   that the activated carbon step is going to be

16   used on that coal in just a few minutes or

17   hours later?

18                    MR. MARK:  I would say no for

19   two reasons.  First, as the case law makes

20   clear, awareness of -- even awareness that

21   direct infringement is occurring is not

22   sufficient for inducement.  That appears in

23   the data, we've cited those cases in the

24   briefs.

 1                    Second, and very significantly

 2          as Mr. Nemec pointed out, paragraph 107

 3          acknowledges that even from the power plants'

 4          end, it is not that all coal will be subjected

 5          to activated carbon, or that actually I should

 6          say that flue gas would be subjected to

 7          activated carbon treatment.  So the idea that

 8          they're supplying coal to a power plant for

 9          the purpose of generating the steam, that is

10          unquestionably a non-infringing use.  It does

11          not mean that we are inducing them to perform

12          any particular step of any particular patent.

13          Just not happening.

14                    And as Mr. Nemec also alluded

15          to, it is plain that section 45 compliance

16          absolutely does not require performance of an

17          activated carbon step treating flue gas.  So

18          providing the flue gas alone, which is what

19          the allegation of inducement is throughout the

20          second amended complaint, is insufficient.

21                    THE COURT:  Mr. Mark, we're at

22          your five-minute warning.  But was there a

23          point you wanted to make before I transfer to

24          Mr. Nemunaitis about a non-induced inducement

```
 1    issue that you wanted to make before I did

 2    that?

 3              MR. MARK:  Sure.  I'll just say

 4    that they appear to be alleging that direct

 5    infringement occurs prior to testing,

 6    something that happens according to the second

 7    amended complaint once every six months.  What

 8    isn't alleged regarding the refined coal

 9    defendants in that regard is why the testing

10    amounts to refined coal defendants where the

11    plaintiffs decide that is passed through

12    entities created for tax purposes, march into

13    the power plant, take it over, and actually

14    run all of the systems and perform the acts

15    that constitute the method.  That is

16    inconsistent with other applications of the

17    amended complaint that consistently say it is

18    the power plants that run their process and so

19    forth, and they don't say anything other than

20    after describing, for example, this is what a

21    power plant does to infringe, this plain

22    pattern, the next paragraph is something like,

23    oh, and the refined coal defendants infringe

24    it when they X.  Their conclusory allegations,
```

```
 1        they're implausible in the sense that they

 2        allege to be a past financial entity comes in,

 3        runs a power plant, and performs steps.  So

 4        the testing allegation we say is completely

 5        insufficient to deal with direct infringement.

 6                   I do think that joint

 7        infringement is fully fleshed out in the

 8        papers, and we'll rest on that for that point.

 9                   THE COURT:  Thank you, Mr. Mark.

10        I'll reserve five minutes of time for your

11        side for rebuttal.

12                   Let me turn now to plaintiff's

13        side to Mr. Nemunaitis and let him make his

14        argument in response.

15                   MR. NEMUNAITIS:  Thank you, Your

16        Honor.  I'd first like to address a few

17        discrete points that came up in some of these

18        arguments, and then try to go back in the

19        order in which they were just argued just now.

20                   So first as to the direct

21        infringement issue, just to clarify the

22        allegations, what we've alleged is that in

23        order for these entities to qualify for the

24        tax credits, they must certify to the IRS that
```

 1      the refined coal that they supply when it is

 2      burned results in a threshold reduction of

 3      mercury.  We allege that there's two ways for

 4      them to do that, for plants to use activated

 5      carbon.  One is at the plant itself where this

 6      refined coal would be burned; the other would

 7      be at a test plant.  And we've alleged that

 8      either they directly do the testing themselves

 9      or they have an agent do the testing

10      themselves.

11              So the argument you heard was

12      that it's implausible for that to occur, but

13      the allegations are there and must be taken as

14      true at this stage, and so that is sufficient

15      for alleging direct infringement, because we

16      allege that they or their agent under their

17      direction and control perform every step of

18      the method.

19              Another quick issue I wanted to

20      clarify on what exactly our allegations are

21      came up during the contributory infringement

22      section.  And there, a great deal of emphasis

23      was placed on the statement in paragraph 107.

24      What we say here is it is reasonable to infer

1     that they require the coal plant to combust

2     the provided refined coal or at least some

3     significant portion of it in accordance with

4     those expectations; that is, not in some

5     non-infringing way.

6                    Just to clarify here, in the

7     Belle River contract, what it says is when you

8     receive this refined coal, you must burn it,

9     because that's what's required for receiving

10    tax credits, you actually need to burn it.  So

11    we've alleged that that same provision is

12    likely to show up in other contracts.

13                   It's also possible, though, that

14    the way the refined coal was provided to this

15    plant is not on the conveyor belt as the coal

16    was being dropped into the boiler; it could

17    also be provided on the coal pile.  Then it

18    may not be clear if you're burning the entire

19    quota that month or at some later period of

20    time; we don't know exactly what the

21    contracted provisions are.  But what we have

22    alleged in the complaint is that when they

23    provide this refined coal, it will be used

24    with the activated carbon in that way until

```
1     that is sufficient for contributory

2     infringement.

3                    THE COURT:  And there,

4     Mr. Nemunaitis, what was the "or at least some

5     significant portion of" part of what paragraph

6     107 meant to get to?  Mr. Nemec reads it as an

7     acknowledgment that, look, even in terms of

8     the real world, in terms of what's happening

9     here and what the plaintiffs are alleging the

10    defendants expect to happen, there's an

11    understanding that some amount of this coal

12    may not actually get used in conjunction with

13    the activated carbon step.  I think he's

14    suggesting that that means that the specially

15    made portion of or, you know, no

16    non-infringing kind of portion of the

17    contributory infringement statute wouldn't

18    necessarily be plausibly met here.

19                    MR. NEMUNAITIS:  Yes.  It is not

20    alleged that right here, I mean, it certainly

21    does not say here that some portion is going

22    to be used for some non-infringing purpose.

23    What it says is that at least some significant

24    portion, with no allegation as to what would
```

1    happen as to the other portion.

2              And just to back up a bit, the

3    way these plants work is you have a large coal

4    pile sitting next to the plant that could be

5    sitting there for some significant period of

6    time.  And it gets loaded onto the conveyor

7    belt and fed into the boiler.  What we expect

8    is occurring at that, that the bromine is

9    being sprayed onto that coal as it's on the

10   conveyor belt, so just before it goes into the

11   boiler.  So you would know if I sprayed X tons

12   of coal on this day, it will be burned that

13   day or maybe the next day, if it's close to

14   midnight.

15             But it's also possible that the

16   bromine could be applied in some other way in

17   which it's not as clear; the contractual

18   provisions may be spelled out a bit

19   differently.  So that's really all that's

20   being addressed there, is that it's not a

21   guarantee that the coal would be immediately

22   used for that purpose.  But it's certainly not

23   alleged that it can be used for some other

24   substantial non-infringing use.

```
 1                    THE COURT:  Let me let you
 2      continue.
 3                    MR. NEMUNAITIS:  Yes.  And one
 4      last point, discrete issue on the group names
 5      issue, paragraphs 212 to 213.  It was stated
 6      that in 212, we admit that certain of these
 7      entities are accused for one set of actions
 8      and then take a different approach in the next
 9      paragraph.  What those paragraphs state is for
10      all of the entities, each one individually
11      named, we are accusing them of infringement
12      for the same conduct, providing this refined
13      coal and engaging this refined coal tax credit
14      process.
15                    What we do in the subsequent
16      paragraph is say, based on the public
17      documentation we have so far, we know that
18      these particular entities are the ones that
19      are actually operating these refined coal
20      facilities.  It may be that some of the other
21      defendants that are not named in that
22      paragraph 213 are also operating the refined
23      coal facilities, or it may be that they are
24      just operating them indirectly through a
```

1    subsidiary.  In either case, those allegations
2    are sufficient to put defendants on notice as
3    to what's accused in this case.  And certainly
4    for the specifically named defendants, you
5    know, accused of directly operating these
6    facilities, the allegations are sufficient
7    there.
8              So getting back to the order of
9    argument here, I want to back up a bit and
10   talk about the process of how this works.  It
11   is possible to provide refined coal to a coal
12   plant that does not use activated carbon.  So
13   for example, a coal plant could be burning a
14   high class of bituminous coal, and they may
15   have invested in expensive scrubber equipment
16   so that they don't have to use activated
17   carbon.  We're not accusing providing refined
18   coal to those plants.
19             What are accused here are the
20   plants that are burning, say, a lower grade
21   subbituminous or lignite coal that did not
22   invest in additional scrubbers or equipment
23   and things like that.  And so the way that
24   they remove mercury is by using activated

1   carbon.

2                   We've also alleged, and I

3   believe what you've heard is that there's

4   awareness from these entities as to which

5   plants are using the activated carbon, so they

6   know when they're supplying brominated coal to

7   certain of these plants, that it will result

8   in what's accused of infringement here in this

9   case.

10                   So that's an important point.

11   Because we're not required to allege for

12   purposes of contributory infringement that the

13   receiver of the refined coal would be

14   contractually obligated to burn the coal in an

15   infringing way or that it would be illegal for

16   them to do anything else other than directly

17   infringe the patents.  All we are required to

18   allege is that there's no substantial

19   non-infringing use for this refined coal as

20   sold and delivered.

21                   What we've alleged is that for

22   these plants that are accused that use

23   activated carbon, and that these defendants

24   know which of these plants they are, that they

```
 1      have no substantial non-infringing use.  And
 2      what we've specifically alleged is that for
 3      those plants, once they've received that coal,
 4      it's on the conveyor belt, they can't do
 5      anything other than burn it, and once it's
 6      burned, if they don't add the activated
 7      carbon, they will come out of compliance with
 8      the mercury regulations, so they'll either
 9      suffer fines or be shut down by the EPA, and
10      neither of these refined coal entities or the
11      coal plant wants that to happen.
12                  So what you've heard here today
13      is that, well, maybe for some of the time,
14      some of these plants could stop using
15      activated carbon.  But at the end of the day,
16      that is not alleged in the complaint.  What's
17      alleged is that there is no substantial
18      non-infringing use, and it's backed up by
19      specific factual explanations as to why
20      there's no non-infringing use.
21                  THE COURT:  I'm just trying to
22      make sure I understand your argument as to how
23      that jibes with that "substantial portion of"
24      language that Mr. Nemec was talking about.  I
```

1     think what you're basically saying now is,

2     look, yes, is it metaphysically possible for

3     entities like the coal plants here to actually

4     process coal in a way that doesn't use the

5     activated carbon step; sure, it's possible.

6     But we've alleged in our complaint that that

7     is not what happens with regard to these

8     plants that are interacting with these

9     defendants who are providing the coal.  And I

10    get that and any arguments relating to it the

11    arguments about the sufficiency of those

12    allegations, et cetera.

13           But I wasn't sure I understood,

14    when you were talking about that paragraph and

15    as to what is really happening here that

16    you've alleged, why is it that that allegation

17    about, well, a substantial portion of it

18    happens in the way that we're saying it

19    happens doesn't mean that we acknowledge some

20    portion of it might not go through this

21    activated carbon step.  You said something

22    about how the coal might not be delivered on a

23    conveyor belt but in a pile, and I wasn't sure

24    I understood how that linked with those words

1     "substantial portion."

2                    MR. NEMUNAITIS:  Well, back up.

3     There is no affirmative allegation that the

4     coal is used for some purpose other than what

5     is laid out in the other preceding 50

6     paragraphs explaining our infringement theory

7     here.  So I would say that sentence,

8     regardless of how it's interpreted, cannot

9     form the basis of a decision that we've

10    pleaded ourselves out of court here.

11                    As to that particular comment

12    there, what I would say is that if the coal is

13    in a pile, I mean, it is literally a large

14    pile on the ground, so maybe some of the coal

15    is there for months or years or who knows, and

16    perhaps at some later time the coal plant

17    turns, you know, ends its contract with the

18    refined coal supplier or something like that.

19    But what we've alleged is that once that

20    refined coal is provided, a substantial

21    portion needs to be burned; otherwise, the

22    refined coal supplier could not collect on the

23    tax credit because they cannot collect the tax

24    credit merely for supplying coal to a pile on

```
 1    the ground.  They need to certify to the IRS
 2    that it's actually combusted in a coal plant.
 3                THE COURT:  Is part of what
 4    you're saying, look, if you drop off 100
 5    pieces of coal in a pile, with all the things
 6    we've pleaded, you know, the clear expectation
 7    it's all going to be used for the activated
 8    carbon step, and it turns out that two of
 9    those pieces of coal actually kind of never
10    get used and get thrown away or, you know,
11    that doesn't mean that there's substantial
12    non-infringing uses with regard to the coal
13    that was delivered; it just means, like,
14    nothing is metaphysically going to happen 100
15    percent, you know, little things can always go
16    wrong.  Is that the gist?
17                MR. NEMUNAITIS:  Right, exactly.
18                THE COURT:  Let me let you
19    continue.
20                MR. NEMUNAITIS:  So I believe
21    I've addressed the contributory infringement
22    issue.  As to the inducement issue, Your Honor
23    had a comment about whether or not providing
24    the refined coal can be the act of inducement
```

1    there, and I believe certainly it can.  Once

2    you know that that action will cause a coal

3    plant to infringe, that should be sufficient

4    to demonstrate an intent to cause

5    infringement.

6                    THE COURT:  Is your view at

7    least a plausible allegation of intent?  In

8    other words, I mean, we're talking here about

9    the plausibility stage, the motion to dismiss

10   stage.  Your view, I mean, because it sounds

11   like your view is that that can be an act of

12   encouragement-slash-evidence of the kind of

13   specific intent, even if the act itself isn't,

14   like, a cheerleading step, like, hey, I'm

15   giving you this coal, and as I do, I'm

16   providing you with a document that says,

17   please, please, please use this coal with an

18   activated carbon step later.  Your suggestion

19   is you don't have to have that kind of

20   evidence of intent for the act itself to be

21   sufficiently plausible evidence of intent; is

22   that right?

23                    MR. NEMUNAITIS:  Right,

24   certainly at the motion to dismiss stage, I

1        believe that's correct.

2                    I would also point out that we

3        do have additional allegations on that front.

4        We specifically allege that these defendants

5        specifically market this refined coal to

6        plants that use activated carbon by

7        advertising that when you burn this refined

8        coal, you will need to use less carbon, and so

9        your carbon bill goes down.  So we've also

10       alleged that they advertise that by using this

11       refined coal, you'll put less carbon into the

12       fly ash that is the result of the coal being

13       combusted, and so that it will either allow

14       you to sell it to cement factories that you

15       wouldn't otherwise be able to do, or you can

16       sell it for a higher price or otherwise get an

17       economic benefit.  So that is the additional

18       encouragement allegation there.

19                    THE COURT:  Okay.

20                    MR. NEMUNAITIS:  I believe that

21       addresses most of the issues on direct

22       infringement and contributory infringement,

23       unless Your Honor has further questions for me

24       on those.

1           THE COURT:  I guess the only

2     other question I might have -- well, let me

3     hold off there.  Let's see what is said by way

4     of rebuttal.  But Mr. Nemunaitis, is there

5     anything more you wish to add to the record?

6           MR. NEMUNAITIS:  Just that at

7     paragraphs I believe it's 87 through to 107,

8     we go through in quite a bit more detail as

9     far as how this process works.  And I do want

10    to draw one distinction between or mention one

11    thing about the word tailoring.  In the

12    original complaint, that word tailoring showed

13    up and was a significant amount of focus.  And

14    there's two things I want to clarify here.

15    One is a difference between tailoring and

16    certifying.  So we've alleged that these

17    defendants actually need to certify that this

18    coal that they provide for each individual

19    plant will meet the mercury production

20    requirements for the tax credit.  So that that

21    is a specialized coal certified only for that

22    particular plant.  So it is not fungible in

23    the same way that just a, you know, a certain

24    chemical is that can be taken anywhere for any

```
 1    purpose.

 2              It may also be possible that

 3    later on there may be some tailoring that

 4    occurs, because the coal plant is getting a

 5    particular type of coal or it wants to reduce

 6    its carbon bill or something like that, to

 7    where the two sides need to coordinate on the

 8    amount of carbon that's supplied on the back

 9    end and the amount of bromine that's supplied

10    on the front end.  So that type of tailoring

11    was identified as allegations to support and

12    infringe, that there's knowledge and intent to

13    infringe the patents.  The certification is

14    also I think even stronger evidence of both

15    direct infringement and non-infringing use and

16    also intent and knowledge of the use of

17    activated carbon.

18              THE COURT:  That's what I was

19    going to ask about that.  You state, for

20    example, you look at the end of paragraph 86,

21    you know, which says that the CERT and the

22    other RC defendants, among others, are aware

23    of a plant's use of activated carbon either by

24    obtaining that information so that they can
```

```
1     simulate this step during pilot scale testing,
2     or by observing the use of activated carbon on
3     site at the plant.  Here I think you're
4     talking about this post-emission control
5     testing process.  Is it asserted that that
6     evidence is both important for indirect
7     infringement purposes because it demonstrates
8     that these defendants have the requisite
9     knowledge of the fact that the activated
10    carbon step is going to be utilized with
11    regard to their coal at the plants, but also
12    because it is asserted to be evidence of
13    direct infringement in terms of the testing
14    process itself?
15              MR. NEMUNAITIS:  Right, exactly.
16    So certainly it provides evidence of indirect
17    infringement.  It's a direct allegation of
18    knowledge and also intent since both sides of
19    this need that plant to keep burning the coal
20    in order for their operations to remain
21    economically feasible.  But also as to direct
22    infringement, it's an allegation that they
23    have to know when they're doing their
24    certification testing, do we test with carbon
```

1   or not, and if they test with the carbon, then

2   they will be directly infringing.

3              THE COURT:  With regard to the

4   allegations about direct infringement in that

5   regard, is there any more in the complaint

6   about what exactly happens during the post-

7   emission control testing process that would

8   allow me to understand that it's plausible

9   that all the elements of the claims are being

10  met by the entity who is either engaging in

11  that testing themselves or farming it out to

12  what you call an agent?

13             MR. NEMUNAITIS:  The way the

14  complaint is structured is beginning on

15  paragraph 86, the next two paragraphs kind of

16  lay out the back story of what's going on, and

17  what we allege is that they need to learn do

18  they do this testing with activated carbon or

19  not, or does a particular plant have a

20  high-end scrubber and they need to test with

21  that type of scrubber in place.  And then

22  later on in the individual counts, we also

23  have specific allegations, and I direct Your

24  Honor to, for example, paragraphs 314 and 315

```
 1    where we allege either that they themselves

 2    are performing each step of the method, or

 3    alternatively, that they're using an agent to

 4    do the testing.

 5                 THE COURT:  Okay.  All right.

 6    Thank you, Mr. Nemunaitis.  Let me turn back

 7    to defendant's side for their five minutes of

 8    rebuttal.

 9                 MR. NEMEC:  I apologize, Your

10    Honor, I made the mistake that someone needs

11    to make on every videoconference and spoke to

12    the muted camera.

13                 One quick remark, Your Honor,

14    with regard to contributory infringement.

15    Plaintiff's counsel accepted your proposition

16    that perhaps some significant portion is

17    intended to account for the scenarios where

18    things might go wrong or something unexpected

19    happens.  And I would submit, Your Honor, that

20    based on the pleadings, it's clear that more

21    than that is contemplated, and that was there

22    not just to account for the unexpected, but

23    the known.

24                 Counsel's own remarks
```

1    acknowledge that some of this coal might go

2    onto a coal pile, and they just don't know

3    what the plant might do with that coal later,

4    and the Belle River contract that counsel

5    referred to, appendix F to the second amended

6    complaint, underscores that.  Section 5.4 of

7    that agreement specifies that at the end of

8    the agreement, so when all these obligations

9    that don't actually appear in this contract

10   but the plaintiff is asking you to infer,

11   would expire, the coal plant is required to

12   buy refined coal.  And who knows what they do

13   with it after that.  Certainly there's no

14   requirements spoken to in this contract that

15   it be used in any particular way.

16              So I just wanted to clarify

17   that.  It is more than just the incidental or

18   accidental use that is contemplated and why

19   the pleading is qualified in the way it is.

20              With that, I'll defer to

21   Mr. Mark for any remarks that he might have.

22              THE COURT:  All right, Mr. Mark?

23              MR. MARK:  Yes, Your Honor.

24   First regarding the direct infringement

1     points, I think no matter what, the complaint,

2     second amended complaint is slight, it lacks

3     allegations saying what the refined defendants

4     actually do to perform all the steps of the

5     method.  And you read an allegation, I think

6     as an example, out in the 200s, like 250 to

7     253, they repeat that formula a lot in the

8     counts.  What you see is an allegation that

9     sets the focal point of something very

10    specific like "be culled into a boiler," and

11    then it says, "The refined coal defendants

12    infringe when they do section 45 testing."

13    There is no inference that arises from that to

14    imply that defendants' plant do anything to

15    take it over and run the process.  It's

16    equally plausible as an inference that we take

17    the plant as we find it, we prepare refined

18    coal, and we stick a probe in the smokestack

19    to measure what's coming out.  But it doesn't

20    save you from the step.

21              The other sections which were

22    referred to as relating sort of blended

23    together in a discussion of inducement and

24    direct infringement, what those paragraphs

1    culminate in ultimately is a pleading of

2    awareness.  It does not -- they do not support

3    and plead what is required.  There's nothing

4    to suggest you've got to do this.  Plants are

5    plants; they run it.

6              There's been discussion of

7    Exhibit F, Belle River.  If the activated

8    carbon were part of this in a way that we

9    would either induce or, you know, somehow have

10   some role in causing it, you would think you

11   would find at some point that you had better

12   run activated carbon within the plant.  It's

13   not there.  And so the second amended

14   complaint is insufficient.  Thank you.

15             THE COURT:  All right, Counsel,

16   thank you.  Obviously the briefs touch on much

17   more than we spoke about today, and, of

18   course, I have familiarity with the issues

19   from the first motion to dismiss.  But I'll

20   certainly be taking into account the arguments

21   made today but also all the arguments in the

22   brief in rendering a decision.

23             I'll take the matter under

24   advisement.  If things go the way I hope they

1    will in terms of our schedule, I think we

2    should have a decision for you within the next

3    60 days for sure, and perhaps sooner, because

4    we'll be turning to this promptly.  So we'll

5    move forward there.

6              In the meantime, I wish counsel

7    health and safety during these times, and

8    unless there's anything further, we'll end our

9    video conference today and go off the record.

10   Take care, everyone.

11             MR. NEMEC:  I apologize, Your

12   Honor.  There is one last logistical issue I

13   wanted to raise.  The second amended complaint

14   names a number of new defendants who were not

15   party to the original or the first amended

16   complaint, including Rutledge, Sonescence, and

17   Alistar Enterprises.  Those three defendants

18   have asked that my firm represent them if the

19   case proceeds.

20             Now, that second amended

21   complaint, because of the unusual procedural

22   situation we find ourselves in, has not been

23   docketed; it has not been served on those

24   defendants.  I've indicated that we're willing

1    to accept service.  But by virtue of that, we

2    haven't appeared and it didn't seem

3    procedurally proper for those defendants to

4    actually move against the complaint.

5              That said, I've conferred with

6    those defendants; they don't intend to burden

7    the Court with any further briefing because

8    the issues they have are the same issues that

9    the CERT defendants have with respect to the

10   pleadings.

11             So I seek the Court's guidance

12   in terms of how you would like to play that so

13   we don't end up in a duplicative situation

14   with another motion being filed; and likewise,

15   I want to ensure that those defendants aren't

16   prejudiced in getting the benefit of a ruling,

17   whatever that might be, from Your Honor.

18             THE COURT:  Mr. Nemec, is what

19   you're saying is there are a handful of

20   defendants that haven't yet been served, so

21   therefore, haven't yet formally responded to

22   the complaint, but were they to have been

23   served, what they would have done is basically

24   probably to join in the motions to dismiss

```
 1      because the issues as to them are really no

 2      different than the issues as to other

 3      defendants who are a part of this process?  Is

 4      that the gist of what you're saying?

 5                  MR. NEMEC:  That's correct, Your

 6      Honor.  They would have had no separate

 7      arguments, they simply would have joined in

 8      the argument already presented and addressed

 9      today.

10                  THE COURT:  And certainly

11      nothing I say here is meant to stop any of the

12      parties from taking any action that they think

13      is necessary to preserve the rights under the

14      rules.  My initial sense just hearing it from

15      you, though, would be if I render a decision

16      on this motion to dismiss and if that decision

17      is upheld by the district court, for example,

18      that allows some or all claims to proceed

19      against the defendants here, and then you have

20      these other defendants who haven't yet been

21      formally served; if their issues were the

22      same, my thought would be once they do get

23      served, of course they'll have to take some

24      action and either file an answer or a motion
```

```
 1      to dismiss.

 2                   I mean, I don't know, as a

 3      practical matter, if they file a motion to

 4      dismiss and their arguments and their position

 5      was no different, the decision as to that

 6      motion would be kind of perfunctory.  I don't

 7      know whether that means that what they would

 8      do really is just answer because they know

 9      they wouldn't win.  If, for example, the

10      outcome as to the other defendants was that

11      all claims proceed or some claims proceed, or

12      if they felt like they would have to file a

13      motion to dismiss to preserve appellant

14      results, I don't know.  But whatever it is, I

15      would hope that the parties could find a way

16      to move things forward in an economical way,

17      because it sounds like the issues will have

18      necessarily been decided already, assuming I

19      and the district court both weigh in.

20                   So that's the guidance I would

21      have, just hearing it on the fly.  Does that

22      make sense to you, Mr. Nemec?

23                   MR. NEMEC:  It does indeed, Your

24      Honor, and I appreciate that.  We will take it
```

1    as it comes.  My primary goal was to make sure

2    that you're not blindsided if you go through

3    this effort and find out there are other

4    defendants.  So we'll take it as it comes.

5                    THE COURT:  All right.  Anything

6    else procedurally from any of the counsel

7    here?

8                    (No response.)

9                    THE COURT:  Okay.  We'll take

10   the matter under advisement and end our

11   videoconference today.  Thanks, everyone.

12                   (Hearing adjourned at 12:04

13   p.m.)

14

15

16

17

18

19

20

21

22

23

24

```
1    State of Delaware)
                     )
2    New Castle County)

3

4                    CERTIFICATE OF REPORTER

5

6         I, Jennifer M. Guy, Registered

7    Professional Reporter and Notary Public in the

8    State of Delaware, do hereby certify that the

9    foregoing record, Pages 1 to 60 inclusive, is

10   a true and accurate record of the

11   above-captioned proceedings held on the 17th

12   day of March, 2021, in Wilmington.

13

14

15              /S/  Jennifer M Guy, RPR
                Jennifer M. Guy, RPR
16

17

18

19

20

21

22

23

24
```

## /

**/S** [1] - 60:15

## 0

**05** [1] - 28:16

## 1

**1** [1] - 60:9
**100** [2] - 44:4, 44:14
**107** [9] - 15:8, 16:19, 16:22, 19:3, 20:17, 31:2, 34:23, 36:6, 47:7
**118** [1] - 28:10
**11:00** [1] - 1:10
**12:04** [1] - 59:12
**158** [1] - 28:8
**16** [1] - 27:23
**17** [2] - 1:10, 27:23
**17th** [1] - 60:11
**19** [1] - 28:15
**19-1334** [1] - 4:7
**19-1334-RGA-CJB** [1] - 1:4

## 2

**200s** [1] - 53:6
**2021** [2] - 1:10, 60:12
**212** [5] - 22:24, 23:2, 25:11, 38:5, 38:6
**213** [5] - 22:24, 23:4, 25:11, 38:5, 38:22
**250** [1] - 53:6
**253** [1] - 53:7

## 3

**30** [1] - 6:23
**314** [1] - 50:24
**315** [1] - 50:24

## 4

**400** [1] - 22:16
**45** [10] - 11:9, 11:18, 11:20, 12:15, 13:20, 13:22, 14:17, 14:23, 31:15, 53:12

## 5

**5.4** [1] - 52:6
**50** [1] - 43:5

## 6

**60** [2] - 55:3, 60:9

## 8

**86** [2] - 48:20, 50:15
**87** [1] - 47:7

## 9

**94** [1] - 15:22

## A

**a.m** [1] - 1:10
**able** [3] - 7:3, 22:14, 46:15
**above-captioned** [1] - 60:11
**absence** [4] - 9:15, 10:10, 10:17, 15:14
**absent** [2] - 16:11, 22:15
**absolutely** [1] - 31:16
**accept** [1] - 56:1
**accepted** [2] - 16:16, 51:15
**accidental** [1] - 52:18
**accompanying** [1] - 10:12
**accordance** [3] - 15:5, 19:8, 35:3
**according** [1] - 32:6
**account** [4] - 12:24, 51:17, 51:22, 54:20
**accurate** [1] - 60:10
**accused** [7] - 23:9, 38:7, 39:3, 39:5, 39:19, 40:8, 40:22
**accusing** [2] - 38:11, 39:17
**achieve** [1] - 11:12
**acknowledge** [5] - 23:1, 24:10, 25:12, 42:19, 52:1
**acknowledged** [1] -

18:16, 19:19
**acknowledges** [4] - 17:5, 20:5, 27:24, 31:3
**acknowledgment** [2] - 20:18, 36:7
**act** [7] - 24:20, 25:18, 30:12, 44:24, 45:11, 45:13, 45:20
**Action** [2] - 1:4, 4:7
**action** [7] - 15:10, 25:21, 30:5, 30:10, 45:2, 57:12, 57:24
**actions** [1] - 38:7
**activated** [56] - 9:12, 9:17, 10:17, 11:6, 11:11, 11:24, 12:6, 12:21, 13:1, 13:5, 13:9, 13:11, 14:2, 14:7, 14:13, 16:2, 16:6, 16:7, 16:14, 16:24, 18:19, 19:21, 20:6, 20:10, 27:11, 27:13, 28:4, 28:14, 29:8, 29:22, 30:15, 31:5, 31:7, 31:17, 34:4, 35:24, 36:13, 39:12, 39:16, 39:24, 40:5, 40:23, 41:6, 41:15, 42:5, 42:21, 44:7, 45:18, 46:6, 48:17, 48:23, 49:2, 49:9, 50:18, 54:7, 54:12
**active** [3] - 26:11, 27:14, 29:12
**actively** [1] - 28:3
**acts** [5] - 22:10, 22:20, 23:3, 25:15, 32:14
**Acts** [1] - 28:17
**add** [3] - 29:15, 41:6, 47:5
**additional** [3] - 39:22, 46:3, 46:17
**address** [8] - 6:3, 6:6, 7:3, 8:9, 18:4, 18:10, 21:13, 33:16
**addressed** [10] - 8:10, 8:14, 8:17, 11:16, 14:3, 23:2,

26:10, 37:20, 44:21, 57:8
**addresses** [1] - 46:21
**addressing** [2] - 19:2, 26:8
**adequacy** [1] - 9:24
**adequately** [1] - 9:14
**adjourned** [1] - 59:12
**adjusted** [1] - 12:24
**adjustments** [1] - 13:3
**admission** [1] - 25:22
**admit** [1] - 38:6
**admits** [1] - 10:16
**advertise** [1] - 46:10
**advertising** [1] - 46:7
**advisement** [2] - 54:24, 59:10
**advocate** [1] - 16:3
**affirmatively** [3] - 12:9, 14:3, 19:17
**agent** [4] - 34:9, 34:16, 50:12, 51:3
**ago** [1] - 18:21
**agreement** [6] - 16:6, 16:10, 16:12, 17:7, 52:7, 52:8
**agreements** [1] - 16:1
**al** [2] - 1:6, 4:6
**Alistar** [1] - 55:17
**allegation** [15] - 11:2, 12:3, 14:12, 22:19, 31:19, 33:4, 36:24, 42:16, 43:3, 45:7, 46:18, 49:17, 49:22, 53:5, 53:8
**allegations** [29] - 6:5, 8:19, 10:1, 10:11, 10:20, 12:11, 22:9, 22:15, 25:4, 25:6, 26:16, 27:7, 27:9, 27:19, 28:9, 29:4, 30:1, 32:24, 33:22, 34:13, 34:20, 39:1, 39:6, 42:12, 46:3, 48:11, 50:4, 50:23, 53:3
**allege** [9] - 9:14,

33:2, 34:3, 34:16, 40:11, 40:18, 46:4, 50:17, 51:1
**alleged** [26] - 12:9, 16:21, 23:5, 23:18, 25:15, 25:17, 28:2, 28:5, 29:19, 32:8, 33:22, 34:7, 35:11, 35:22, 36:20, 37:23, 40:2, 40:21, 41:2, 41:16, 41:17, 42:6, 42:16, 43:19, 46:10, 47:16
**allegedly** [2] - 14:14, 16:19
**alleging** [3] - 32:4, 34:15, 36:9
**allocated** [1] - 6:23
**allow** [2] - 46:13, 50:8
**allows** [1] - 57:18
**alluded** [1] - 31:14
**alone** [2] - 20:10, 31:18
**alternatively** [1] - 51:3
**alternatives** [3] - 9:16, 10:8, 10:15
**amended** [23] - 9:21, 12:10, 13:2, 14:11, 15:9, 19:3, 22:23, 25:11, 26:14, 27:7, 27:15, 28:10, 28:16, 30:2, 31:20, 32:7, 32:17, 52:5, 53:2, 54:13, 55:13, 55:15, 55:20
**amount** [5] - 19:20, 36:11, 47:13, 48:8, 48:9
**amounts** [1] - 32:10
**analysis** [2] - 11:21, 30:9
**answer** [4] - 8:12, 8:18, 57:24, 58:8
**apologize** [2] - 51:9, 55:11
**apparent** [1] - 11:1
**appeal** [1] - 11:23
**appear** [2] - 32:4, 52:9
**APPEARANCES** [2] - 1:15, 2:1
**appeared** [1] - 56:2

appearing [1] - 5:11
appellant [1] - 58:13
appendix [2] - 15:22, 52:5
applications [1] - 32:16
applied [1] - 37:16
apply [1] - 17:11
applying [1] - 25:19
appreciate [1] - 58:24
approach [1] - 38:8
argued [1] - 33:19
argument [14] - 4:4, 6:2, 6:24, 8:10, 9:6, 10:10, 19:15, 28:7, 29:10, 33:14, 34:11, 39:9, 41:22, 57:8
arguments [7] - 33:18, 42:10, 42:11, 54:20, 54:21, 57:7, 58:4
arises [1] - 53:13
Arps [2] - 5:11, 8:1
ARPS [1] - 2:2
ARSHT [1] - 2:6
ash [2] - 13:6, 46:12
aspects [1] - 12:13
asserted [3] - 18:15, 49:5, 49:12
assume [2] - 16:7, 16:9
assuming [1] - 58:18
ATLAS [1] - 2:3
Atlas [1] - 5:13
attempt [1] - 14:18
attorneys [1] - 5:6
aware [2] - 30:4, 48:22
awareness [8] - 27:10, 27:11, 29:7, 30:3, 30:20, 40:4, 54:2

**B**

backed [1] - 41:18
bad [1] - 26:18
balance [1] - 13:8
bar [4] - 23:10, 23:12, 23:17, 23:18
based [3] - 21:20, 38:16, 51:20

basis [2] - 9:19, 43:9
batch [1] - 13:10
BEFORE [1] - 1:13
begin [4] - 4:3, 4:13, 6:10, 7:22
beginning [1] - 50:14
behalf [6] - 4:17, 5:11, 5:14, 5:19, 6:13, 8:2
Belle [3] - 35:7, 52:4, 54:7
belt [6] - 18:17, 35:15, 37:7, 37:10, 41:4, 42:23
benefit [2] - 46:17, 56:16
best [2] - 7:1, 14:5
better [4] - 9:23, 23:7, 27:3, 54:11
between [5] - 13:4, 13:19, 17:16, 47:10, 47:15
bill [2] - 46:9, 48:6
bit [6] - 5:24, 26:21, 37:2, 37:18, 39:9, 47:8
bituminous [1] - 39:14
blended [1] - 53:22
blindsided [1] - 59:2
boiler [4] - 35:16, 37:7, 37:11, 53:10
BRIAN [1] - 2:7
Brian [1] - 5:18
brief [1] - 54:22
briefing [6] - 8:15, 8:17, 9:7, 21:19, 22:4, 56:7
briefly [1] - 21:14
briefs [5] - 8:11, 9:22, 23:24, 30:24, 54:16
brominated [1] - 40:6
bromine [8] - 12:23, 13:4, 13:9, 25:19, 27:17, 37:8, 37:16, 48:9
brought [1] - 23:7
burden [1] - 56:6
BURKE [1] - 1:13
burn [6] - 14:13, 35:8, 35:10, 40:14, 41:5, 46:7
burned [7] - 15:2,

16:22, 34:2, 34:6, 37:12, 41:6, 43:21
burning [6] - 9:13, 14:7, 35:18, 39:13, 39:20, 49:19
buy [1] - 52:12
BY [5] - 1:17, 1:20, 2:2, 2:7, 2:9

**C**

Caldwell [1] - 4:19
CALDWELL [1] - 1:19
camera [1] - 51:12
cannot [4] - 11:3, 23:8, 43:8, 43:23
capability [1] - 7:13
captioned [1] - 60:11
carbon [64] - 9:12, 9:17, 10:18, 11:6, 11:11, 11:24, 12:6, 12:21, 13:1, 13:5, 13:9, 13:11, 14:2, 14:7, 14:13, 16:2, 16:6, 16:7, 16:14, 16:24, 18:19, 19:21, 20:6, 20:10, 27:11, 27:13, 28:4, 28:14, 28:15, 29:8, 29:22, 30:15, 31:5, 31:7, 31:17, 34:5, 35:24, 36:13, 39:12, 39:17, 40:1, 40:5, 40:23, 41:7, 41:15, 42:5, 42:21, 44:8, 45:18, 46:6, 46:8, 46:9, 46:11, 48:6, 48:8, 48:17, 48:23, 49:2, 49:10, 49:24, 50:1, 50:18, 54:8, 54:12
care [1] - 55:10
careful [1] - 14:8
case [16] - 9:8, 10:21, 11:3, 12:4, 13:15, 14:20, 16:4, 21:5, 22:1, 23:21, 24:21, 30:19, 39:1, 39:3, 40:9, 55:19
cases [2] - 24:9,

30:23
CASSADY [1] - 1:19
Cassady [1] - 4:20
Castle [1] - 60:2
causing [1] - 54:10
cement [2] - 13:7, 46:14
CERT [13] - 2:4, 5:11, 5:15, 6:1, 6:2, 22:17, 22:19, 25:3, 25:13, 25:21, 48:21, 56:9
certain [6] - 14:24, 18:15, 18:16, 38:6, 40:7, 47:23
certainly [9] - 36:20, 37:22, 39:3, 45:1, 45:24, 49:16, 52:13, 54:20, 57:10
CERTIFICATE [1] - 60:4
certification [2] - 48:13, 49:24
certified [1] - 47:21
certify [4] - 33:24, 44:1, 47:17, 60:8
certifying [1] - 47:16
cetera [2] - 25:20, 42:12
chance [1] - 29:15
cheerleading [1] - 45:14
chemical [1] - 47:24
choice [1] - 12:6
CHRISTOPHER [1] - 1:13
Circuit [1] - 11:22
cited [4] - 21:20, 22:4, 23:24, 30:23
Civil [1] - 1:4, 4:6
CJB [1] - 4:7
claim [1] - 20:21
claims [2] - 23:15, 50:9, 57:18, 58:11
clarify [5] - 33:21, 34:20, 35:6, 47:14, 52:16
class [1] - 39:14
clear [16] - 8:11, 11:13, 11:14, 22:2, 22:12, 24:15, 24:19, 25:2, 25:10,

28:23, 29:20, 30:20, 35:18, 37:17, 44:6, 51:20
clear-cut [2] - 8:11, 22:12
clearest [2] - 24:24, 25:8
clearly [2] - 25:20, 27:1
clock [1] - 21:11
close [2] - 29:14, 37:13
coal [128] - 9:10, 9:13, 9:16, 10:16, 11:8, 12:17, 12:20, 12:22, 12:24, 13:16, 13:20, 14:1, 14:6, 14:8, 14:14, 14:22, 15:1, 15:2, 15:3, 15:4, 15:5, 16:1, 16:5, 16:13, 16:19, 16:20, 16:22, 17:1, 17:8, 17:10, 17:12, 18:16, 19:6, 19:7, 19:19, 19:23, 20:4, 20:5, 20:9, 23:5, 26:12, 27:12, 27:17, 28:2, 28:23, 29:3, 29:20, 29:21, 29:22, 30:11, 30:14, 30:16, 31:4, 31:8, 32:8, 32:10, 32:23, 34:1, 34:6, 35:1, 35:2, 35:8, 35:14, 35:15, 35:17, 35:23, 36:11, 37:3, 37:9, 37:12, 37:21, 38:13, 38:19, 38:23, 39:11, 39:13, 39:14, 39:18, 39:21, 40:6, 40:13, 40:14, 40:19, 41:3, 41:10, 41:11, 42:3, 42:4, 42:9, 42:22, 43:4, 43:12, 43:14, 43:16, 43:18, 43:20, 43:22, 43:24, 44:2, 44:5, 44:9, 44:12, 44:24, 45:2, 45:15, 45:17, 46:5, 46:8, 46:11,

46:12, 47:18,
47:21, 48:4, 48:5,
49:11, 49:19,
52:1, 52:2, 52:3,
52:11, 52:12,
53:11, 53:18
**Coal** [5] - 2:11,
5:21, 6:6, 6:14,
12:16
**code** [1] - 11:10
**colleague** [2] -
5:12, 5:13
**collect** [2] - 43:22,
43:23
**collectively** [2] -
22:7, 24:18
**collides** [1] - 15:18
**colliding** [1] - 16:15
**combust** [2] - 19:6,
35:1
**combusted** [4] -
10:17, 17:1, 44:2,
46:13
**coming** [3] - 26:21,
26:24, 53:19
**comment** [2] -
43:11, 44:23
**community** [1] -
25:21
**complaint** [49] -
9:8, 9:14, 9:21,
10:12, 10:13,
12:10, 13:2,
14:11, 15:9, 19:3,
19:4, 21:15,
21:20, 22:6, 22:9,
22:16, 22:23,
24:12, 24:16,
25:8, 25:12,
25:16, 26:15,
26:17, 27:7,
27:10, 27:15,
28:9, 28:10,
28:16, 30:2,
31:20, 32:7,
32:17, 35:22,
41:16, 42:6,
47:12, 50:5,
50:14, 52:6, 53:1,
53:2, 54:14,
55:13, 55:16,
55:21, 56:4,
56:22
**complaints** [1] -
28:19
**completely** [1] -
33:4
**compliance** [3] -
14:16, 31:15,
41:7

**comply** [1] - 22:13
**complying** [1] -
12:18
**compounded** [1] -
23:6
**concluded** [2] -
9:7, 26:3
**conclusory** [1] -
32:24
**conduct** [4] -
26:11, 27:14,
28:11, 38:12
**conference** [2] -
7:10, 55:9
**conferred** [1] - 56:5
**confronted** [2] -
11:16, 22:1
**confusion** [1] -
17:16
**conjunction** [1] -
36:12
**connected** [1] -
12:4
**connection** [3] -
8:8, 16:3, 26:22
**considerable** [1] -
10:4
**consistently** [1] -
32:17
**constitute** [1] -
32:15
**construct** [3] -
14:20, 15:15,
17:6
**contemplated** [2] -
51:21, 52:18
**context** [2] - 17:18,
17:20
**continue** [4] -
16:13, 26:1, 38:2,
44:19
**CONTINUED** [1] -
2:1
**continues** [1] -
25:16
**continuing** [1] -
14:13
**contract** [5] - 35:7,
43:17, 52:4, 52:9,
52:14
**contracted** [1] -
35:21
**contracts** [1] -
35:12
**contractual** [1] -
37:17
**contractually** [1] -
40:14
**contrary** [1] - 12:4
**contributory** [18] -

6:3, 6:10, 8:4,
9:2, 9:4, 9:24,
17:18, 18:1, 18:9,
19:16, 20:21,
34:21, 36:1,
36:17, 40:12,
44:21, 46:22,
51:14
**control** [7] - 12:9,
12:12, 13:12,
28:24, 34:17,
49:4, 50:7
**conveyance** [1] -
25:20
**conveyor** [6] -
18:17, 35:15,
37:6, 37:10, 41:4,
42:23
**coordinate** [2] -
8:6, 48:7
**coordinated** [1] -
6:1
**Corp** [2] - 4:5, 4:6
**CORP** [2] - 1:3, 1:6
**corporate** [1] -
23:18
**correct** [4] - 20:7,
22:5, 46:1, 57:5
**Counsel** [4] - 1:21,
2:4, 2:11, 54:15
**counsel** [13] - 4:10,
4:13, 4:14, 5:4,
6:19, 7:11, 7:13,
7:16, 7:21, 51:15,
52:4, 55:6, 59:6
**counsel's** [1] -
51:24
**count** [2] - 22:7,
22:8
**country** [1] - 23:11
**counts** [3] - 9:18,
50:22, 53:8
**County** [1] - 60:2
**coup** [1] - 17:3
**couple** [2] - 8:3,
10:7
**course** [4] - 10:22,
16:4, 54:18,
57:23
**court** [5] - 4:8,
23:11, 43:10,
57:17, 58:19
**Court** [8] - 8:12,
14:21, 15:13,
15:19, 15:23,
22:5, 28:6, 56:7
**COURT** [37] - 1:1,
4:1, 4:21, 5:1,
5:16, 6:12, 6:18,
6:22, 8:23, 18:13,

19:14, 20:23,
24:7, 25:24, 26:5,
26:20, 27:2,
29:13, 31:21,
33:9, 36:3, 38:1,
41:21, 44:3,
44:18, 45:6,
46:19, 47:1,
48:18, 50:3, 51:5,
52:22, 54:15,
56:18, 57:10,
59:5, 59:9
**Court's** [2] - 6:8,
56:11
**courts** [1] - 11:15
**cover** [3] - 10:6,
18:12, 21:6
**create** [1] - 14:20
**created** [1] - 32:12
**credit** [5] - 14:23,
38:13, 43:23,
43:24, 47:20
**CRUTCHER** [1] -
2:9
**crystal** [1] - 25:10
**culled** [1] - 53:10
**culminate** [1] - 54:1
**CURRY** [1] - 1:19
**cut** [2] - 8:11, 22:12

**D**

**Dallas** [1] - 4:20
**Dan** [1] - 5:13
**DANIEL** [1] - 2:3
**data** [1] - 30:23
**days** [1] - 55:3
**de** [1] - 17:3
**deal** [2] - 33:5,
34:22
**decide** [2] - 23:15,
32:11
**decided** [1] - 58:18
**deciding** [1] - 24:4
**decision** [9] - 12:7,
13:13, 29:18,
43:9, 54:22, 55:2,
57:15, 57:16,
58:5
**defeat** [1] - 20:11
**defeats** [1] - 20:21
**defendant** [5] -
17:8, 23:9, 26:12,
28:2, 28:12
**Defendant** [1] - 1:7
**defendant's** [1] -
51:7
**Defendants** [2] -

2:4, 2:11
**defendants** [60] -
5:3, 5:5, 5:7,
5:12, 5:15, 5:19,
5:21, 6:1, 6:3,
6:6, 6:9, 6:14,
8:1, 8:3, 8:21,
15:24, 21:16,
22:7, 22:11, 23:1,
24:12, 24:13,
24:14, 24:16,
25:3, 25:13,
25:18, 25:22,
27:12, 28:23,
29:3, 29:20, 32:9,
32:10, 32:23,
36:10, 38:21,
39:2, 39:4, 40:23,
42:9, 46:4, 47:17,
48:22, 49:8, 53:3,
53:11, 55:14,
55:17, 55:24,
56:3, 56:6, 56:9,
56:15, 56:20,
57:3, 57:19,
57:20, 58:10,
59:4
**Defendants'** [1] -
28:17
**defendants'** [4] -
7:21, 21:8, 26:1,
53:14
**defer** [3] - 10:5,
26:2, 52:20
**defined** [1] - 5:20
**DELAWARE** [1] -
1:1
**Delaware** [5] - 4:14,
5:4, 21:24, 60:1,
60:8
**delivered** [4] -
19:23, 40:20,
42:22, 44:13
**demonstrate** [1] -
45:4
**demonstrates** [1] -
49:7
**described** [2] -
27:14, 29:6
**describing** [1] -
32:20
**description** [2] -
28:21, 28:22
**detail** [1] - 47:8
**DEVLIN** [1] - 1:17
**Devlin** [1] - 4:16
**dictation** [1] -
13:21
**difference** [1] -
47:15

**different** [6] - 12:11, 12:12, 25:23, 38:8, 57:2, 58:5
**differently** [1] - 37:19
**difficulty** [2] - 15:17, 21:22
**direct** [16] - 6:7, 24:2, 30:21, 32:4, 33:5, 33:20, 34:15, 46:21, 48:15, 49:13, 49:17, 49:21, 50:4, 50:23, 52:24, 53:24
**direction** [1] - 34:17
**directly** [6] - 23:5, 27:20, 34:8, 39:5, 40:16, 50:2
**DiSalvo** [3] - 2:2, 5:9, 5:10
**discern** [1] - 23:8
**disconnect** [1] - 13:19
**discourse** [1] - 13:3
**discrete** [2] - 33:17, 38:4
**discussed** [1] - 9:5
**discussing** [1] - 28:8
**discussion** [2] - 53:23, 54:6
**dismiss** [9] - 4:4, 45:9, 45:24, 54:19, 56:24, 57:16, 58:1, 58:4, 58:13
**dismissal** [1] - 10:19
**dismissed** [1] - 9:19
**distinction** [1] - 47:10
**district** [3] - 23:21, 57:17, 58:19
**District** [1] - 21:24
**DISTRICT** [2] - 1:1, 1:1
**disturbed** [1] - 11:22
**docketed** [1] - 55:23
**document** [1] - 45:16
**documentation** [1] - 38:17
**done** [2] - 13:14,

56:23
**doubt** [1] - 28:6
**Doug** [2] - 5:13, 7:24
**DOUGLAS** [1] - 2:3
**down** [3] - 7:6, 41:9, 46:9
**draw** [4] - 15:13, 15:16, 15:19, 47:10
**drop** [1] - 44:4
**dropped** [1] - 35:16
**DUNN** [1] - 2:9
**Dunn** [2] - 5:23, 6:17
**duplicative** [1] - 56:13
**during** [4] - 34:21, 49:1, 50:6, 55:7

# E

**easy** [1] - 22:13
**echo** [1] - 26:18
**economic** [1] - 46:17
**economical** [1] - 58:16
**economically** [1] - 49:21
**efficient** [1] - 8:7
**effort** [2] - 18:3, 59:3
**Egan** [4] - 5:18, 6:12, 8:1, 8:7
**EGAN** [3] - 2:7, 5:17, 6:16
**either** [9] - 34:8, 39:1, 41:8, 46:13, 48:23, 50:10, 51:1, 54:9, 57:24
**elected** [1] - 12:21
**elekta** [1] - 23:23
**elements** [1] - 50:9
**elsewhere** [2] - 15:21, 25:16
**emission** [3] - 11:12, 49:4, 50:7
**Emissions** [1] - 4:5
**EMISSIONS** [1] - 1:3
**emissions** [2] - 12:2, 12:19
**emitted** [1] - 13:6
**emphasis** [1] - 34:22
**encourage** [1] - 28:14
**encouragement** [1] - 30:13, 45:12,

46:18
**encouragement-slash-evidence** [1] - 45:12
**encourages** [1] - 30:6
**end** [11] - 19:4, 31:4, 41:15, 48:9, 48:10, 48:20, 50:20, 52:7, 55:8, 56:13, 59:10
**ends** [1] - 43:17
**ENERGY** [2] - 1:3, 1:6
**Energy** [3] - 4:5, 4:6, 4:17
**engaged** [2] - 23:2, 28:12
**engaging** [3] - 22:21, 38:13, 50:10
**ensure** [2] - 12:17, 56:15
**Enterprises** [1] - 55:17
**entire** [1] - 35:18
**entities** [16] - 12:17, 14:22, 15:3, 16:5, 16:8, 16:20, 22:18, 23:21, 32:12, 33:23, 38:7, 38:10, 38:18, 40:4, 41:10, 42:3
**entitled** [1] - 26:4
**entity** [3] - 22:19, 33:2, 50:10
**EPA** [1] - 41:9
**equally** [1] - 53:16
**equipment** [2] - 39:15, 39:22
**erased** [1] - 10:22
**ESQ** [8] - 1:17, 1:20, 2:2, 2:3, 2:3, 2:7, 2:9, 2:10
**essence** [2] - 18:2, 29:9
**essentially** [1] - 20:12
**establish** [2] - 10:14, 24:2
**established** [1] - 17:14
**et** [5] - 1:6, 4:6, 25:20, 42:12
**EVALL** [1] - 2:10
**Evall** [1] - 5:22
**event** [1] - 12:20
**evidence** [8] - 14:19, 45:12,

45:20, 45:21, 48:14, 49:6, 49:12, 49:16
**exactly** [5] - 34:20, 35:20, 44:17, 49:15, 50:6
**example** [7] - 32:20, 39:13, 48:20, 50:24, 53:6, 57:17, 58:9
**excellent** [1] - 9:8
**excuse** [1] - 26:17
**Exhibit** [1] - 54:7
**exist** [2] - 10:15, 24:20
**existence** [2] - 18:6, 20:11
**expansions** [1] - 27:8
**expect** [2] - 36:10, 37:7
**expectation** [4] - 16:18, 16:21, 16:23, 44:6
**expectations** [3] - 15:5, 19:9, 35:4
**expensive** [1] - 39:15
**expire** [1] - 52:11
**expired** [1] - 16:6
**explain** [1] - 9:9
**explaining** [1] - 43:6
**explanations** [1] - 41:19

# F

**face** [1] - 11:13
**facilities** [3] - 38:20, 38:23, 39:6
**fact** [11] - 11:15, 11:17, 13:5, 13:24, 15:14, 17:13, 18:18, 20:18, 24:19, 30:12, 49:9
**factories** [1] - 46:14
**facts** [1] - 10:22
**factual** [1] - 41:19
**failed** [2] - 9:8, 9:14
**fair** [1] - 21:12
**false** [1] - 21:18
**familiar** [1] - 9:5
**familiarity** [1] - 54:18
**fanciful** [1] - 17:21
**far** [3] - 17:4, 38:17,

47:9
**farming** [1] - 50:11
**feasible** [1] - 49:21
**fed** [1] - 37:7
**Federal** [1] - 11:22
**federal** [2] - 12:1, 14:15
**felt** [1] - 58:12
**few** [3] - 7:8, 30:16, 33:16
**figure** [1] - 23:14
**file** [3] - 57:24, 58:3, 58:12
**filed** [1] - 56:14
**financial** [1] - 33:2
**fines** [1] - 41:9
**firm** [2] - 5:23, 55:18
**FIRM** [1] - 1:17
**Firm** [1] - 4:17
**first** [8] - 4:12, 10:9, 30:19, 33:16, 33:20, 52:24, 54:19, 55:15
**fit** [1] - 14:2
**five** [7] - 7:6, 8:21, 8:24, 29:14, 31:22, 33:10, 51:7
**five-minute** [2] - 29:14, 31:22
**fleshed** [1] - 33:7
**FLOM** [1] - 2:2
**flue** [4] - 11:18, 31:6, 31:17, 31:18
**fly** [3] - 13:6, 46:12, 58:21
**focal** [1] - 53:9
**focus** [2] - 23:7, 47:13
**focusing** [1] - 10:2
**FOR** [1] - 1:1
**foregoing** [1] - 60:9
**forgive** [1] - 13:17
**form** [1] - 43:9
**formally** [2] - 56:21, 57:21
**formula** [1] - 53:7
**forth** [1] - 32:19
**forward** [2] - 55:5, 58:16
**framework** [1] - 12:15
**frankly** [1] - 21:23
**free** [1] - 7:17
**front** [2] - 46:3, 48:10
**fuel** [3] - 27:16, 28:4, 29:4

**full** [1] - 30:14
**fully** [2] - 8:17, 33:7
**fungible** [1] - 47:22

## G

**Gallagher** [1] - 5:19
**Gallagher-related**
[1] - 5:19
**Game** [1] - 23:22
**gap** [1] - 14:19
**gas** [4] - 11:18,
31:6, 31:17,
31:18
**gather** [1] - 19:15
**generating** [1] -
31:9
**generically** [1] -
25:17
**GIBSON** [1] - 2:9
**Gibson** [2] - 5:22,
6:17
**gist** [2] - 44:16,
57:4
**given** [2] - 12:7,
20:9
**goal** [1] - 59:1
**grace** [1] - 17:3
**grade** [1] - 39:20
**great** [2] - 5:1,
34:22
**ground** [2] - 43:14,
44:1
**grounds** [1] - 10:18
**group** [5] - 21:13,
21:18, 24:13,
25:17, 38:4
**group's** [1] - 8:5
**guarantee** [1] -
37:21
**guess** [4] - 16:9,
21:4, 30:8, 47:1
**guidance** [2] -
56:11, 58:20
**Guy** [3] - 60:6,
60:15, 60:15

## H

**handful** [1] - 56:19
**handle** [1] - 23:5
**happy** [3] - 8:12,
8:17, 18:10
**headed** [1] - 28:17
**health** [1] - 55:7
**hear** [1] - 26:22
**heard** [3] - 34:11,
40:3, 41:12
**Hearing** [1] - 59:12
**hearing** [1] - 5:8,

57:14, 58:21
**heart** [1] - 15:9
**held** [1] - 60:11
**help** [1] - 5:5
**hereby** [1] - 60:8
**high** [2] - 39:14,
50:20
**high-end** [1] -
50:20
**higher** [1] - 46:16
**hold** [1] - 47:3
**holding** [1] - 11:21
**Honor** [36] - 4:16,
5:10, 5:18, 5:23,
6:11, 7:24, 8:22,
9:3, 9:7, 9:23,
17:3, 17:24, 18:8,
19:1, 20:8, 21:10,
21:14, 21:21,
21:23, 23:16,
25:9, 26:8, 26:18,
29:11, 33:16,
44:22, 46:23,
50:24, 51:10,
51:13, 51:19,
52:23, 55:12,
56:17, 57:6,
58:24
**HONORABLE** [1] -
1:13
**hope** [2] - 54:24,
58:15
**hoping** [1] - 17:16
**hours** [1] - 30:17
**housekeeping** [1] -
8:20
**hypothetical** [2] -
15:15, 17:6

## I

**i.e** [1] - 19:9
**idea** [1] - 31:7
**identified** [1] -
48:11
**identify** [1] - 4:11
**identifying** [1] -
22:9
**illegal** [1] - 40:15
**imaginary** [1] -
17:22
**immediately** [1] -
37:21
**implausible** [2] -
33:1, 34:12
**imply** [1] - 53:14
**important** [3] -
14:23, 40:10,
49:6
**importantly** [1] -

12:5
**impose** [1] - 14:24
**improper** [1] -
15:16
**IN** [1] - 1:1
**INC** [1] - 1:3
**incidental** [1] -
52:17
**including** [2] -
25:18, 55:16
**inclusive** [1] - 60:9
**inconsistent** [1] -
32:16
**incorporate** [1] -
22:8
**indeed** [1] - 58:23
**indicate** [3] - 12:22,
15:3, 18:23
**indicated** [2] - 8:7,
55:24
**indirect** [4] - 11:20,
23:3, 49:6, 49:16
**indirectly** [4] -
24:14, 25:14,
38:24
**individual** [3] -
22:10, 47:18,
50:22
**individually** [1] -
38:10
**induce** [4] - 26:12,
26:13, 28:15,
54:9
**induced** [2] - 6:7,
31:24
**inducement** [13] -
10:5, 16:4, 26:8,
27:16, 28:5,
29:10, 29:12,
30:22, 31:19,
31:24, 44:22,
44:24, 53:23
**inducing** [1] -
31:11
**industry** [1] - 23:12
**infer** [5] - 14:21,
15:23, 19:5,
34:24, 52:10
**inference** [5] -
15:13, 15:16,
15:18, 53:13,
53:16
**inferences** [2] -
15:18, 16:16
**information** [1] -
48:24
**infringe** [9] - 20:19,
27:20, 32:21,
32:23, 40:17,
45:3, 48:12,

48:13, 53:12
**infringed** [1] -
24:14
**Infringement** [1] -
28:18
**infringement** [50] -
6:4, 6:7, 6:8,
6:10, 8:4, 8:19,
9:3, 9:4, 10:1,
11:21, 17:18,
18:2, 18:10,
19:16, 20:22,
22:20, 23:15,
24:3, 24:21, 25:4,
25:15, 30:6, 30:7,
30:21, 32:5, 33:5,
33:7, 33:21,
34:15, 34:21,
36:2, 36:17,
38:11, 40:8,
40:12, 43:6,
44:21, 45:5,
46:22, 48:15,
49:7, 49:13,
49:17, 49:22,
50:4, 51:14,
52:24, 53:24
**infringements** [1] -
12:13
**infringing** [30] -
9:15, 10:8, 10:15,
11:2, 15:11, 17:4,
17:20, 18:4, 18:7,
19:10, 19:12,
20:2, 20:12,
20:14, 20:15,
22:10, 30:4,
31:10, 35:5,
36:16, 36:22,
37:24, 40:15,
40:19, 41:1,
41:18, 41:20,
44:12, 48:15,
50:2
**initial** [2] - 21:19,
57:14
**injections** [1] -
11:17
**instance** [1] - 20:9
**instructs** [1] - 28:3
**insufficient** [5] -
26:16, 29:7,
31:20, 33:5,
54:14
**intend** [2] - 8:9,
56:6
**intended** [1] -
51:17
**intent** [12] - 9:11,
10:3, 26:13, 30:7,

45:4, 45:7, 45:13,
45:20, 45:21,
48:12, 48:16,
49:18
**interacting** [1] -
42:8
**interesting** [1] -
10:9
**interestingly** [1] -
13:1
**interplay** [1] - 13:4
**interpreted** [1] -
43:8
**interruption** [1] -
27:5
**introduce** [1] - 5:5
**introduced** [1] -
6:20
**invest** [1] - 39:22
**invested** [1] - 39:15
**involved** [1] - 25:14
**IRS** [2] - 33:24,
44:1
**issue** [21] - 8:5,
11:16, 12:16,
13:17, 13:18,
18:11, 20:23,
20:24, 21:13,
21:17, 21:18,
22:1, 23:19, 32:1,
33:21, 34:19,
38:4, 38:5, 44:22,
55:12
**issues** [14] - 7:2,
8:4, 8:9, 9:3,
10:3, 21:6, 46:21,
54:18, 56:8, 57:1,
57:2, 57:21,
58:17
**iteration** [2] - 9:20,
21:15
**itself** [5] - 10:16,
34:5, 45:13,
45:20, 49:14

## J

**JAMES** [1] - 1:17
**Jennifer** [3] - 60:6,
60:15, 60:15
**jibes** [1] - 41:23
**Jim** [1] - 4:16
**join** [1] - 56:24
**joined** [1] - 57:7
**joining** [1] - 5:21
**joint** [3] - 6:8,
12:13, 33:6
**JOSEPH** [1] - 2:10
**Joseph** [1] - 5:22
**Judge** [2] - 1:13,

24:22
**jump** [2] - 7:4, 9:2
**June** [1] - 26:9
**JUSTIN** [1] - 1:20
**Justin** [1] - 4:19

## K

**keep** [2] - 23:20, 49:19
**key** [1] - 7:3
**kind** [14] - 14:19, 16:10, 18:23, 20:4, 21:1, 24:17, 24:24, 25:1, 36:16, 44:9, 45:12, 45:19, 50:15, 58:6
**knowledge** [7] - 8:16, 9:11, 10:3, 48:12, 48:16, 49:9, 49:18
**known** [1] - 51:23
**knows** [3] - 30:14, 43:15, 52:12

## L

**lack** [1] - 13:21
**lacks** [1] - 53:2
**laid** [1] - 43:5
**language** [1] - 41:24
**large** [2] - 37:3, 43:13
**last** [7] - 18:3, 21:1, 26:9, 28:7, 29:16, 38:4, 55:12
**Law** [1] - 4:16
**law** [7] - 5:23, 11:15, 14:10, 14:15, 22:1, 26:9, 30:19
**LAW** [1] - 1:17
**lawsuits** [1] - 23:13
**lay** [1] - 50:16
**lead** [2] - 14:16, 20:13
**leads** [1] - 18:5
**lean** [1] - 29:6
**learn** [1] - 50:17
**least** [8] - 7:10, 19:7, 20:5, 25:13, 35:2, 36:4, 36:23, 45:7
**left** [1] - 7:8
**legal** [1] - 20:24
**length** [1] - 9:6
**LENNON** [3] - 1:17, 4:15, 4:23

**Lennon** [2] - 4:16, 4:21
**less** [2] - 46:8, 46:11
**levels** [2] - 11:13, 12:23
**lies** [1] - 12:16
**lignite** [1] - 39:21
**likely** [1] - 35:12
**likewise** [3] - 8:16, 9:13, 56:14
**limit** [1] - 6:24
**linked** [1] - 42:24
**listen** [1] - 7:16
**literally** [1] - 43:13
**live** [1] - 16:21
**LLP** [3] - 2:2, 2:6, 2:9
**loaded** [1] - 37:6
**local** [1] - 12:18
**logistical** [1] - 55:12
**look** [6] - 19:18, 29:24, 36:7, 42:2, 44:4, 48:20
**low** [1] - 23:11
**lower** [1] - 39:20
**lumped** [1] - 6:5
**lumping** [1] - 24:9

## M

**Magistrate** [1] - 1:13
**march** [1] - 32:12
**March** [2] - 1:10, 60:12
**mark** [5] - 10:5, 26:22, 33:9, 52:21, 52:22
**Mark** [5] - 5:22, 6:16, 26:3, 26:6, 31:21
**MARK** [7] - 2:9, 26:7, 26:24, 27:4, 30:18, 32:3, 52:23
**market** [1] - 46:5
**material** [1] - 17:22
**matter** [6] - 4:5, 11:14, 53:1, 54:23, 58:3, 59:10
**MEAGHER** [1] - 2:2
**mean** [8] - 31:11, 36:20, 42:19, 43:13, 44:11, 45:8, 45:10, 58:2
**means** [5] - 17:20, 19:11, 36:14,

44:13, 58:7
**meant** [2] - 36:6, 57:11
**meantime** [1] - 55:6
**measure** [1] - 53:19
**Medical** [1] - 23:23
**meet** [1] - 47:19
**mention** [2] - 24:11, 47:10
**mentions** [1] - 16:7
**mercury** [5] - 12:3, 34:3, 39:24, 41:8, 47:19
**merely** [2] - 24:3, 43:24
**MES** [2] - 1:3, 8:13
**met** [4] - 23:17, 36:18, 50:10
**metaphysically** [1] - 42:2, 44:14
**method** [4] - 32:15, 34:18, 51:2, 53:5
**midnight** [1] - 37:14
**Midwest** [2] - 4:5, 4:17
**MIDWEST** [1] - 1:3
**might** [15] - 13:3, 13:14, 17:10, 17:15, 17:16, 24:4, 29:24, 42:20, 42:22, 47:2, 51:18, 52:1, 52:3, 52:21, 56:17
**minute** [4] - 18:20, 21:8, 29:14, 31:22
**minutes** [9] - 6:23, 7:7, 7:8, 8:21, 8:24, 10:7, 30:16, 33:10, 51:7
**mistake** [1] - 51:10
**month** [1] - 35:19
**months** [2] - 32:7, 43:15
**morning** [4] - 4:15, 5:9, 5:17, 7:24
**Morris** [1] - 5:18
**MORRIS** [1] - 2:6
**most** [3] - 17:2, 18:17, 46:21
**motion** [2] - 45:9, 45:24, 54:19, 56:14, 57:16, 57:24, 58:3, 58:6, 58:13
**motions** [3] - 4:4, 7:22, 56:24
**move** [5] - 21:9,

29:12, 55:5, 56:4, 58:16
**MR** [32] - 4:15, 4:23, 5:17, 6:16, 7:23, 9:1, 19:1, 20:7, 21:10, 25:9, 26:2, 26:7, 26:24, 27:4, 30:18, 32:3, 33:15, 36:19, 38:3, 43:2, 44:17, 44:20, 45:23, 46:20, 47:6, 49:15, 50:13, 51:9, 52:23, 55:11, 57:5, 58:23
**MS** [1] - 5:9
**must** [4] - 22:8, 33:24, 34:13, 35:8
**muted** [1] - 51:12

## N

**named** [4] - 22:7, 38:11, 38:21, 39:4
**namely** [2] - 8:4, 8:13
**names** [2] - 38:4, 55:14
**necessarily** [8] - 11:8, 14:15, 14:16, 18:18, 19:22, 24:11, 36:18, 58:18
**necessary** [2] - 12:1, 57:13
**need** [14] - 7:18, 11:7, 11:17, 12:17, 14:8, 14:9, 35:10, 44:1, 46:8, 47:17, 48:7, 49:19, 50:17, 50:20
**needed** [1] - 9:18
**needs** [2] - 43:21, 51:10
**Nemec** [13] - 5:13, 5:14, 7:24, 18:14, 24:7, 26:6, 28:20, 31:2, 31:14, 36:6, 41:24, 56:18, 58:22
**NEMEC** [12] - 2:3, 7:23, 9:1, 19:1, 20:7, 21:10, 25:9, 26:2, 51:9, 55:11, 57:5, 58:23
**Nemunaitis** [7] -

4:19, 4:23, 31:24, 33:13, 36:4, 47:4, 51:6
**NEMUNAITIS** [12] - 1:20, 33:15, 36:19, 38:3, 43:2, 44:17, 44:20, 45:23, 46:20, 47:6, 49:15, 50:13
**Network** [1] - 23:23
**never** [1] - 44:9
**New** [1] - 60:2
**new** [1] - 55:14
**next** [6] - 32:22, 37:4, 37:13, 38:8, 50:15, 55:2
**NICHOLS** [1] - 2:6
**Nichols** [1] - 5:18
**NICOLE** [1] - 2:2
**Nicole** [1] - 5:10
**nine** [2] - 22:17, 25:17
**non** [27] - 9:15, 10:8, 10:15, 11:2, 14:16, 15:11, 17:4, 17:20, 18:4, 18:7, 19:10, 19:12, 20:2, 20:12, 20:15, 31:10, 31:24, 35:5, 36:16, 36:22, 37:24, 40:19, 41:1, 41:18, 41:20, 44:12, 48:15
**non-compliance** [1] - 14:16
**non-induced** [1] - 31:24
**non-infringing** [25] - 9:15, 10:8, 10:15, 11:2, 15:11, 17:4, 17:20, 18:4, 18:7, 19:10, 19:12, 20:2, 20:12, 20:15, 31:10, 35:5, 36:16, 36:22, 37:24, 40:19, 41:1, 41:18, 41:20, 44:12, 48:15
**notably** [1] - 16:11
**Notary** [1] - 60:7
**note** [1] - 8:20
**nothing** [4] - 15:16, 44:14, 54:3, 57:11
**notice** [3] - 8:15,

23:10, 39:2
**notion** [1] - 11:19
**nowhere** [4] -
14:10, 22:18,
28:1, 28:13
**number** [7] - 7:2,
8:8, 15:6, 15:12,
21:24, 24:9,
55:14
**Number** [1] - 4:7

### O

**obligated** [1] -
40:14
**obligation** [1] -
16:12
**obligations** [1] -
52:8
**observing** [1] -
49:2
**obtaining** [1] -
48:24
**obviously** [1] -
54:16
**occasionally** [1] -
7:5
**occur** [2] - 29:23,
34:12
**occurring** [2] -
30:21, 37:8
**occurs** [3] - 30:7,
32:5, 48:4
**OF** [2] - 1:1, 60:4
**once** [6] - 32:7,
41:3, 41:5, 43:19,
45:1, 57:22
**one** [18] - 5:4, 8:20,
10:9, 15:12,
17:18, 18:14,
20:8, 21:3, 26:19,
34:5, 38:3, 38:7,
38:10, 47:10,
47:15, 51:13,
55:12
**ones** [1] - 38:18
**open** [1] - 17:12
**openly** [1] - 28:1
**operate** [1] - 28:24
**operating** [5] -
13:23, 38:19,
38:22, 38:24,
39:5
**operation** [1] -
13:20
**operations** [1] -
49:20
**opposed** [1] -
17:22
**opposition** [2] -

27:22, 27:23
**oral** [2] - 4:3, 9:6
**order** [5] - 11:11,
33:19, 33:23,
39:8, 49:20
**original** [9] - 9:8,
10:12, 10:13,
21:20, 26:17,
27:9, 28:8, 47:12,
55:15
**originally** [1] -
10:19
**otherwise** [6] -
18:11, 23:12,
30:13, 43:21,
46:15, 46:16
**ourselves** [4] -
18:1, 18:3, 43:10,
55:22
**outcome** [1] -
58:10
**overall** [1] - 11:19
**overlap** [1] - 10:4
**own** [1] - 51:24

### P

**p.m** [1] - 59:13
**page** [1] - 27:23
**Pages** [1] - 60:9
**paper** [2] - 27:22,
27:23
**papers** [3] - 5:20,
10:13, 33:8
**paragraph** [23] -
15:8, 15:22,
16:19, 16:22,
17:5, 19:3, 20:4,
20:16, 28:8,
28:10, 28:11,
28:15, 28:20,
31:2, 32:22,
34:23, 36:5, 38:9,
38:16, 38:22,
42:14, 48:20,
50:15
**paragraphs** [11] -
22:17, 22:24,
24:24, 25:11,
38:5, 38:9, 43:6,
47:7, 50:15,
50:24, 53:24
**parent** [2] - 23:19,
24:1
**part** [9] - 10:18,
16:13, 27:12,
29:17, 29:23,
36:5, 44:3, 54:8,
57:3
**participating** [2] -

5:7, 7:14
**particular** [17] -
9:16, 11:17, 15:8,
16:15, 17:10,
17:23, 18:22,
19:2, 29:11,
31:12, 38:18,
43:11, 47:22,
48:5, 50:19,
52:15
**parties** [4] - 15:23,
24:5, 57:12,
58:15
**parties'** [1] - 6:22
**parts** [3] - 18:22,
25:7, 26:3
**party** [1] - 30:4,
30:14, 55:15
**passage** [1] - 22:3
**passed** [1] - 32:11
**past** [1] - 33:2
**patchy** [1] - 26:23
**patent** [2] - 10:15,
31:12
**patents** [5] - 8:16,
10:14, 10:24,
40:17, 48:13
**pattern** [1] - 32:22
**per** [3] - 6:23,
15:17, 24:11
**percent** [1] - 44:15
**percentage** [1] -
17:23
**perform** [6] - 27:21,
29:2, 31:11,
32:14, 34:17,
53:4
**performance** [5] -
26:12, 26:14,
28:1, 28:3, 31:16
**performing** [1] -
51:2
**performs** [1] - 33:3
**perfunctory** [1] -
58:6
**perhaps** [4] -
17:15, 43:16,
51:16, 55:3
**period** [2] - 35:19,
37:5
**permissible** [1] -
24:10
**permission** [1] -
6:9
**pieces** [1] - 44:5,
44:9
**pile** [8] - 35:17,
37:4, 42:23,
43:13, 43:14,
43:24, 44:5, 52:2

**pilot** [1] - 49:1
**place** [2] - 17:7,
50:21
**placed** [1] - 34:23
**plain** [2] - 31:15,
32:21
**plaintiff** [7] - 8:14,
14:5, 15:19,
19:24, 23:13,
24:11, 52:10
**Plaintiff** [1] - 22:5
**plaintiff's** [5] - 4:13,
6:5, 27:22, 33:12,
51:15
**Plaintiffs** [2] - 1:4,
1:21
**plaintiffs** [12] -
4:18, 4:22, 12:10,
13:18, 13:23,
14:18, 15:22,
19:17, 22:24,
25:12, 32:11,
36:9
**plan** [1] - 28:14
**plant** [39] - 12:7,
12:8, 12:20,
12:22, 13:6,
13:12, 13:13,
14:6, 16:5, 16:13,
17:9, 27:17, 31:8,
32:13, 32:21,
33:3, 34:5, 34:7,
35:1, 35:15, 37:4,
39:12, 39:13,
41:11, 43:16,
44:2, 45:3, 47:19,
47:22, 48:4, 49:3,
49:19, 50:19,
52:3, 52:11,
53:14, 53:17,
54:12
**plant's** [1] - 48:23
**plants** [39] - 9:13,
12:8, 12:14,
12:17, 13:7,
13:16, 13:21,
13:22, 14:1, 15:1,
15:4, 16:1, 16:20,
19:6, 27:19,
27:20, 27:24,
28:21, 28:24,
29:1, 29:22,
32:18, 34:4, 37:3,
39:18, 39:20,
40:5, 40:7, 40:22,
40:24, 41:3,
41:14, 42:3, 42:8,
46:6, 49:11, 54:4,
54:5
**plants'** [1] - 31:3

**plausibility** [2] -
30:9, 45:9
**plausible** [5] -
30:12, 45:7,
45:21, 50:8,
53:16
**plausibly** [1] -
36:18
**play** [1] - 56:12
**played** [1] - 11:20
**plead** [2] - 18:23,
54:3
**pleaded** [4] - 27:15,
30:13, 43:10,
44:6
**pleading** [10] - 6:5,
15:20, 15:21,
18:5, 18:6, 21:13,
21:18, 25:2,
52:19, 54:1
**pleadings** [11] -
8:5, 10:23, 11:5,
11:14, 12:22,
13:15, 14:4,
17:14, 24:23,
51:20, 56:10
**pled** [1] - 10:19
**plug** [1] - 14:19
**point** [9] - 18:15,
29:16, 31:23,
33:8, 38:4, 40:10,
46:2, 53:9, 54:11
**pointed** [2] - 8:2,
31:2
**points** [5] - 7:3,
10:6, 20:17,
33:17, 53:1
**portion** [17] -
17:11, 17:17,
19:8, 19:13, 35:3,
36:5, 36:15,
36:16, 36:21,
36:24, 37:1,
41:23, 42:17,
42:20, 43:1,
43:21, 51:16
**position** [2] - 9:23,
58:4
**possibility** [1] -
17:12
**possible** [7] -
27:11, 35:13,
37:15, 39:11,
42:2, 42:5, 48:2
**post** [2] - 49:4, 50:6
**post-emission** [1] -
49:4
**power** [20] - 12:7,
12:8, 12:14,
13:12, 13:13,

27:17, 27:19, 27:20, 27:24, 28:21, 28:24, 29:1, 31:3, 31:8, 32:13, 32:18, 32:21, 33:3

**practical** [1] - 58:3
**pre** [1] - 8:15
**pre-suit** [1] - 8:15
**preceding** [1] - 43:5
**prejudiced** [1] - 56:16
**preliminaries** [1] - 7:20
**prepare** [1] - 53:17
**prerogative** [1] - 14:1
**present** [3] - 5:6, 7:11, 24:3
**presentation** [1] - 7:4
**presented** [1] - 57:8
**preserve** [2] - 57:13, 58:13
**pressing** [1] - 12:12
**previous** [1] - 22:8
**price** [1] - 46:16
**primary** [1] - 59:1
**probe** [1] - 53:18
**problem** [4] - 13:24, 15:12, 23:6, 23:10
**problems** [1] - 15:7
**procedural** [1] - 55:21
**procedurally** [2] - 56:3, 59:6
**proceed** [4] - 16:14, 57:18, 58:11
**proceedings** [1] - 60:11
**proceeds** [1] - 55:19
**process** [10] - 32:18, 38:14, 39:10, 42:4, 47:9, 49:5, 49:14, 50:7, 53:15, 57:3
**produce** [1] - 16:23
**producers** [1] - 13:8
**production** [1] - 47:19
**Professional** [1] - 60:7
**ProMOS** [1] - 22:3

**promptly** [1] - 55:4
**proper** [1] - 56:3
**propose** [1] - 6:9
**proposition** [1] - 51:15
**provide** [3] - 35:23, 39:11, 47:18
**provided** [8] - 19:7, 19:19, 20:13, 29:21, 35:2, 35:14, 35:17, 43:20
**provides** [1] - 49:16
**providing** [9] - 27:16, 30:14, 31:18, 38:12, 39:17, 42:9, 44:23, 45:16
**provision** [3] - 30:10, 30:11, 35:11
**provisions** [2] - 35:21, 37:18
**Public** [1] - 60:7
**public** [1] - 38:16
**purpose** [5] - 31:9, 36:22, 37:22, 43:4, 48:1
**purposes** [6] - 19:17, 24:21, 25:4, 32:12, 40:12, 49:7
**pursues** [1] - 28:3
**put** [3] - 20:9, 39:2, 46:11
**putting** [1] - 25:19

## Q

**qualification** [1] - 20:8
**qualified** [1] - 52:19
**qualify** [3] - 11:11, 14:22, 33:23
**quality** [1] - 13:6
**questions** [9] - 6:24, 7:5, 8:12, 8:18, 10:4, 18:9, 18:14, 29:11, 46:23
**quick** [5] - 18:13, 22:3, 29:13, 34:19, 51:13
**quite** [1] - 47:8
**quota** [1] - 35:19
**quote** [1] - 30:5
**quote/unquote** [2] - 9:10, 13:14

## R

**raise** [1] - 55:13
**raised** [3] - 20:17, 21:19, 21:22
**RC** [1] - 48:22
**read** [4] - 13:15, 19:10, 22:3, 53:5
**reads** [2] - 22:5, 36:6
**real** [2] - 19:24, 36:8
**real-world** [1] - 19:24
**reality** [1] - 19:18
**realize** [1] - 21:11
**really** [9] - 9:18, 15:9, 17:3, 21:2, 24:18, 37:19, 42:15, 57:1, 58:8
**reasonable** [2] - 19:5, 34:24
**reasons** [1] - 30:19
**rebuttal** [4] - 8:22, 33:11, 47:4, 51:8
**receive** [1] - 35:8
**received** [1] - 41:3
**receiver** [1] - 40:13
**receiving** [1] - 35:9
**recognize** [3] - 13:16, 13:18, 13:23
**recognized** [1] - 21:21
**record** [7] - 4:2, 4:12, 47:5, 55:9, 60:9, 60:10
**reduce** [2] - 26:19, 48:5
**reduction** [1] - 34:2
**refer** [1] - 22:6
**reference** [2] - 16:2, 28:13
**referred** [3] - 6:4, 52:5, 53:22
**refined** [47] - 9:10, 10:16, 11:8, 12:24, 14:14, 14:22, 15:2, 15:3, 16:4, 16:19, 19:7, 26:12, 27:12, 28:2, 28:12, 28:22, 29:3, 29:20, 32:8, 32:10, 32:23, 34:1, 34:6, 35:2, 35:8, 35:14, 35:23, 38:12, 38:13, 38:19, 38:22, 39:11,

39:17, 40:13, 40:19, 41:10, 43:18, 43:20, 43:22, 44:24, 46:5, 46:7, 46:11, 52:12, 53:3, 53:11, 53:17
**Refined** [5] - 2:11, 5:21, 6:6, 6:14, 12:16
**refining** [1] - 14:8
**regard** [13] - 4:4, 7:9, 10:11, 11:6, 12:12, 15:1, 32:9, 42:7, 44:12, 49:11, 50:3, 50:5, 51:14
**regarding** [3] - 29:10, 32:8, 52:24
**regardless** [1] - 43:8
**Registered** [1] - 60:6
**regulations** [1] - 41:8
**rejected** [1] - 11:19
**relate** [1] - 13:5
**related** [2] - 5:19, 24:5
**relating** [2] - 42:10, 53:22
**relationship** [4] - 23:19, 23:20, 24:2, 24:4
**remain** [1] - 49:20
**remains** [1] - 10:21
**remark** [1] - 51:13
**remarks** [2] - 51:24, 52:21
**remove** [1] - 39:24
**render** [1] - 57:15
**rendering** [1] - 54:22
**repeat** [1] - 53:7
**REPORTER** [1] - 60:4
**Reporter** [1] - 60:7
**represent** [1] - 55:18
**representing** [1] - 22:17
**request** [2] - 6:23, 15:15
**require** [5] - 11:10, 17:9, 19:6, 31:16, 35:1
**required** [9] - 9:11, 11:12, 22:2, 24:1, 35:9, 40:11,

40:17, 52:11, 54:3
**requirement** [1] - 16:12
**requirements** [5] - 12:2, 12:19, 15:1, 47:20, 52:14
**requisite** [1] - 49:8
**reread** [1] - 24:23
**reserve** [2] - 8:21, 33:10
**respect** [4] - 12:2, 17:7, 23:18, 56:9
**responded** [1] - 56:21
**response** [3] - 6:21, 33:14, 59:8
**responsible** [1] - 12:15
**rest** [2] - 17:13, 33:8
**restrict** [1] - 15:4
**result** [2] - 40:7, 46:12
**results** [2] - 34:2, 58:14
**RGA** [1] - 4:7
**RGA-CJB** [1] - 4:7
**Richard** [2] - 5:22, 6:16
**RICHARD** [1] - 2:9
**rights** [1] - 57:13
**rise** [1] - 9:10
**River** [3] - 35:7, 52:4, 54:7
**roadmap** [1] - 5:24
**role** [1] - 54:10
**RPR** [2] - 60:15, 60:15
**rule** [1] - 22:13
**rules** [1] - 57:14
**run** [5] - 32:14, 32:18, 53:15, 54:5, 54:12
**runs** [1] - 33:3
**Rutledge** [1] - 55:16

## S

**SAC** [3] - 9:21, 18:15, 18:22
**safety** [1] - 55:7
**Samsung** [1] - 22:4
**satisfy** [2] - 11:18, 12:1
**save** [2] - 21:7, 53:20
**scale** [1] - 49:1

**scenarios** [1] - 51:17
**schedule** [1] - 55:1
**screen** [1] - 7:17
**scrubber** [3] - 39:15, 50:20, 50:21
**scrubbers** [1] - 39:22
**se** [2] - 15:17, 24:11
**second** [22] - 9:21, 12:10, 13:2, 14:10, 15:8, 19:3, 21:7, 22:23, 25:11, 26:14, 27:7, 27:15, 28:10, 30:2, 31:1, 31:20, 32:6, 52:5, 53:2, 54:13, 55:13, 55:20
**section** [12] - 11:9, 11:18, 11:20, 12:15, 13:20, 13:21, 14:17, 14:23, 31:15, 34:22, 52:6, 53:12
**sections** [1] - 53:21
**see** [8] - 7:12, 14:2, 16:6, 22:18, 26:15, 28:20, 47:3, 53:8
**seek** [2] - 15:4, 56:11
**seem** [1] - 56:2
**selected** [1] - 8:3
**sell** [3] - 13:7, 46:14, 46:16
**sense** [3] - 33:1, 57:14, 58:22
**sentence** [1] - 43:7
**separate** [1] - 57:6
**separately** [1] - 23:1
**served** [5] - 55:23, 56:20, 56:23, 57:21, 57:23
**service** [1] - 56:1
**set** [1] - 38:7
**sets** [1] - 53:9
**share** [2] - 7:17, 21:12
**shift** [1] - 18:11
**shoes** [1] - 25:3
**show** [1] - 35:12
**Show** [1] - 23:23
**showed** [1] - 47:12
**shut** [1] - 41:9
**side** [9] - 4:10,

4:13, 6:23, 7:6, 21:8, 26:1, 33:11, 33:13, 51:7
**sides** [2] - 48:7, 49:18
**significance** [1] - 20:16
**significant** [10] - 17:11, 17:17, 19:8, 19:13, 35:3, 36:5, 36:23, 37:5, 47:13, 51:16
**significantly** [2] - 17:2, 31:1
**similar** [2] - 24:20, 28:19
**simply** [9] - 11:3, 14:12, 21:17, 22:15, 23:8, 24:6, 27:8, 29:7, 57:7
**simulate** [1] - 49:1
**site** [1] - 49:3
**sitting** [2] - 37:4, 37:5
**situated** [1] - 23:2
**situation** [2] - 55:22, 56:13
**six** [2] - 25:13, 32:7
**Skadden** [2] - 5:10, 8:1
**SKADDEN** [1] - 2:2
**slash** [1] - 45:12
**slides** [1] - 7:16
**slight** [1] - 53:2
**smokestack** [1] - 53:18
**sold** [1] - 40:20
**someone** [1] - 51:10
**Sonescence** [1] - 55:16
**sooner** [1] - 55:3
**sorry** [1] - 27:4
**sort** [1] - 53:22
**sounds** [2] - 45:10, 58:17
**speaking** [6] - 4:22, 4:24, 5:14, 6:13, 7:11, 8:2
**specialized** [1] - 47:21
**specially** [1] - 36:14
**specific** [10] - 22:10, 22:19, 22:20, 25:5, 26:13, 30:7, 41:19, 45:13, 50:23, 53:10
**specifically** [4] -

39:4, 41:2, 46:4, 46:5
**specifics** [1] - 13:22
**specifies** [1] - 52:7
**spelled** [1] - 37:18
**spend** [1] - 10:6
**spent** [1] - 28:7
**spoil** [1] - 13:10
**spoken** [1] - 52:14
**sprayed** [2] - 37:9, 37:11
**squarely** [1] - 23:22
**stage** [4] - 34:14, 45:9, 45:10, 45:24
**stand** [2] - 11:5, 25:3
**start** [2] - 4:12, 26:8
**started** [1] - 7:20
**starting** [1] - 28:16
**State** [2] - 60:1, 60:8
**state** [5] - 12:1, 12:18, 14:15, 38:9, 48:19
**statement** [2] - 27:21, 34:23
**STATES** [1] - 1:1
**States** [1] - 1:13
**stating** [1] - 19:18
**status** [2] - 8:13, 24:17
**statute** [1] - 36:17
**stay** [1] - 7:15
**steam** [2] - 16:23, 31:9
**step** [28] - 9:12, 9:17, 10:18, 11:6, 11:11, 18:19, 19:21, 20:6, 20:10, 27:14, 27:21, 28:1, 28:4, 29:23, 30:15, 31:12, 31:17, 34:17, 36:13, 42:5, 42:21, 44:8, 45:14, 45:18, 49:1, 49:10, 51:2, 53:20
**Stephenson** [1] - 23:22
**steps** [3] - 29:2, 33:3, 53:4
**stick** [1] - 53:18
**still** [1] - 20:21
**stop** [3] - 14:6, 41:14, 57:11
**story** [1] - 50:16
**straightforward** [1]

- 22:13
**stronger** [1] - 48:14
**structured** [2] - 22:6, 50:14
**subbituminous** [1] - 39:21
**subjected** [2] - 31:4, 31:6
**submit** [6] - 9:22, 15:10, 17:24, 21:21, 23:16, 51:19
**subsequent** [1] - 38:15
**subsidiary** [3] - 23:20, 24:1, 39:1
**substantial** [21] - 9:15, 10:8, 11:2, 15:11, 17:4, 17:17, 17:19, 18:4, 18:6, 20:2, 20:11, 20:14, 37:24, 40:18, 41:1, 41:17, 41:23, 42:17, 43:1, 43:20, 44:11
**suffer** [1] - 41:9
**sufficiency** [1] - 42:11
**sufficient** [10] - 10:11, 28:5, 29:5, 30:12, 30:22, 34:14, 36:1, 39:2, 39:6, 45:3
**sufficiently** [4] - 9:9, 24:15, 29:19, 45:21
**suggest** [1] - 54:4
**suggesting** [3] - 18:20, 18:21, 36:14
**suggestion** [2] - 21:16, 45:18
**suit** [1] - 8:15
**summarized** [1] - 26:9
**supplied** [2] - 48:8, 48:9
**supplier** [2] - 43:18, 43:22
**supply** [3] - 28:4, 29:3, 34:1
**supplying** [4] - 17:8, 31:8, 40:6, 43:24
**support** [3] - 12:11, 48:11, 54:2
**surprised** [1] - 21:23

**switching** [1] - 14:12
**systems** [1] - 32:14

### T

**tailored** [2] - 9:10, 14:14
**tailoring** [6] - 13:14, 47:11, 47:12, 47:15, 48:3, 48:10
**tax** [8] - 11:10, 32:12, 33:24, 35:10, 38:13, 43:23, 47:20
**Teleconference** [1] - 1:11
**terms** [10] - 13:19, 19:24, 20:2, 22:2, 26:21, 36:7, 36:8, 49:13, 55:1, 56:12
**test** [5] - 21:2, 34:7, 49:24, 50:1, 50:20
**testing** [14] - 32:5, 32:9, 33:4, 34:8, 34:9, 49:1, 49:5, 49:13, 49:24, 50:7, 50:11, 50:18, 51:4, 53:12
**Texas** [1] - 4:20
**THE** [39] - 1:1, 1:1, 1:13, 4:1, 4:21, 5:1, 5:16, 6:12, 6:18, 6:22, 8:23, 18:13, 19:14, 20:23, 24:7, 25:24, 26:5, 26:20, 27:2, 29:13, 31:21, 33:9, 36:3, 38:1, 41:21, 44:3, 44:18, 45:6, 46:19, 47:1, 48:18, 50:3, 51:5, 52:22, 54:15, 56:18, 57:10, 59:5, 59:9
**themselves** [6] - 4:11, 10:14, 34:8, 34:10, 50:11, 51:1
**theory** [1] - 43:6
**therefore** [1] - 56:21
**they've** [1] - 41:3
**third** [2] - 9:20,

21:15
**three** [1] - 55:17
**threshold** [1] - 34:2
**throughout** [3] -
  26:14, 27:18,
  31:19
**thrown** [1] - 44:10
**today** [17] - 4:3,
  4:11, 4:22, 4:24,
  5:8, 5:12, 5:15,
  5:21, 5:24, 6:2,
  7:10, 41:12,
  54:17, 54:21,
  55:9, 57:9, 59:11
**today's** [1] - 8:10
**together** [1] - 53:23
**tons** [1] - 37:11
**touch** [1] - 54:16
**transfer** [1] - 31:23
**treating** [1] - 31:17
**treatment** [1] - 31:7
**tried** [1] - 8:6
**true** [3] - 16:17,
  34:14, 60:10
**try** [2] - 6:24, 33:18
**trying** [2] - 26:19,
  41:21
**TUNNELL** [1] - 2:6
**turn** [6] - 6:14,
  7:15, 7:21, 26:6,
  33:12, 51:6
**turning** [1] - 55:4
**turns** [2] - 43:17,
  44:8
**two** [8] - 18:13,
  18:21, 30:19,
  34:3, 44:8, 47:14,
  48:7, 50:15
**type** [4] - 26:16,
  48:5, 48:10,
  50:21
**typically** [1] - 17:19

**U**

**ultimately** [2] -
  29:17, 54:1
**under** [5] - 13:12,
  34:16, 54:23,
  57:13, 59:10
**underlying** [1] -
  15:14
**underscores** [1] -
  52:6
**understood** [2] -
  42:13, 42:24
**unexpected** [2] -
  51:18, 51:22
**UNITED** [1] - 1:1
**United** [1] - 1:13

**unless** [4] - 7:19,
  29:10, 46:23,
  55:8
**unquestionably** [1]
  - 31:10
**unspecifically** [1] -
  23:4
**unusual** [1] - 55:21
**up** [11] - 7:14,
  16:21, 33:17,
  34:21, 35:12,
  37:2, 39:9, 41:18,
  43:2, 47:13,
  56:13
**upheld** [1] - 57:17
**uses** [5] - 17:4,
  17:13, 20:2,
  20:12, 44:12
**utilized** [1] - 49:10

**V**

**Varian** [1] - 23:23
**variations** [1] -
  27:8
**various** [5] - 5:3,
  5:6, 5:7, 23:3,
  24:12
**video** [5] - 7:9,
  7:11, 7:15, 55:9
**videoconference**
  [4] - 4:11, 4:19,
  51:11, 59:11
**view** [3] - 45:6,
  45:10, 45:11
**violate** [1] - 14:15
**violating** [1] - 14:9
**virtual** [1] - 6:2
**virtue** [1] - 56:1
**vision** [1] - 28:23
**VISTRA** [1] - 1:6
**Vistra** [1] - 4:6

**W**

**waived** [1] - 21:17
**wants** [3] - 14:6,
  41:11, 48:5
**warning** [2] - 29:15,
  31:22
**watching** [1] -
  21:11
**ways** [2] - 20:18,
  34:3
**wednesday** [1] -
  1:10
**weigh** [1] - 58:19
**wide** [1] - 23:13
**willful** [1] - 8:18
**willing** [1] - 55:24

**Wilmington** [1] -
  60:12
**win** [1] - 58:9
**wish** [4] - 12:23,
  14:22, 47:5, 55:6
**word** [2] - 47:11,
  47:12
**words** [2] - 42:24,
  45:8
**works** [3] - 6:11,
  39:10, 47:9
**world** [2] - 19:24,
  36:8
**worse** [1] - 22:22

**Y**

**years** [1] - 43:15