# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>            Plaintiff, <br><br>    v. <br><br> VISTRA ENERGY CORP., IPH, LLC, DYNEGY INC., ILLINOIS POWER RESOURCES GENERATING, LLC, DYNEGY MIDWEST GENERATION LLC, DYNEGY MIAMI FORT, LLC, AEP GENERATION RESOURCES INC., SOUTHWESTERN ELECTRIC POWER CO., CARDINAL OPERATING COMPANY, LLC, AEP TEXAS INC., NRG ENERGY, INC., NRG TEXAS POWER LLC, MIDWEST GENERATION EME, LLC, MIDWEST GENERATION, LLC, TALEN ENERGY CORPORATION, TALEN ENERGY HOLDINGS, INC., BRANDON SHORES LLC, TALEN GENERATION LLC, AND H. A. WAGNER LLC, ARTHUR J. GALLAGHER & CO., GALLAGHER CLEAN ENERGY, LLC, AND AJG COAL, LLC, DTE REF HOLDINGS, LLC, DTE REF HOLDINGS II LLC, CERT COAL HOLDINGS LLC, CERT HOLDINGS LLC, CERT HOLDINGS 2018, LLC, CERT OPERATIONS LLC, CERT OPERATIONS II LLC, CERT OPERATIONS III LLC, CERT OPERATIONS IV LLC, CERT OPERATIONS V LLC, CERT OPERATIONS RCB LLC, CHEM-MOD LLC, AJG IOWA REFINED COAL LLC, JOPPA REFINED COAL LLC, THOMAS HILL REFINED COAL LLC, WAGNER COALTECH LLC, WALTER SCOTT REFINED COAL LLC, LOUISA REFINED COAL, LLC, BELLE RIVER FUELS COMPANY, LLC, ARBOR FUELS COMPANY, LLC, PORTAGE FUELS COMPANY, LLC, AND JOHN DOE LLCS <br><br>            Defendants. | CIVIL ACTION NO. 1:19-01334-RGA-CJB <br><br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING CASE CAPTION** |

On May 20, 2021, Magistrate Judge Burke issued a Report and Recommendation recommending the dismissal of certain parties to the above-captioned action (the "R&R," D.I. 279) and ordered plaintiffs to file the Second Amended Complaint docketed at 214-1(*see* D.I. 280). Plaintiffs filed the Second Amended Complaint on May 21, 2021 (the "SAC," D.I. 281). As filed, the case caption of that amended complaint includes parties that had been dismissed from the case, and excludes parties that had been added to the case. At the request of the Court, the parties jointly submit this stipulation and request to modify the case caption to reflect the current parties in this case as of the filing of the SAC. The parties hereby request a modification of the case caption to be as follows:


**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., GALLAGHER CLEAN ENERGY, LLC, AJG COAL, LLC, DTE REF HOLDINGS, LLC, DTE REF HOLDINGS II LLC, CERT COAL HOLDINGS LLC, CERT HOLDINGS LLC, CERT HOLDINGS 2018, LLC, CERT OPERATIONS LLC, CERT OPERATIONS II LLC, CERT OPERATIONS III LLC, CERT OPERATIONS IV LLC, CERT OPERATIONS V LLC, CERT OPERATIONS RCB LLC, CHEM-MOD LLC, AJG IOWA REFINED COAL LLC, JOPPA REFINED COAL LLC, THOMAS HILL REFINED COAL LLC, WAGNER COALTECH LLC, WALTER SCOTT REFINED COAL LLC, LOUISA REFINED COAL, LLC, BELLE RIVER FUELS COMPANY, LLC, ARBOR FUELS COMPANY, LLC, PORTAGE FUELS COMPANY, LLC, JOHN DOE LLCS, BRANDON SHORES COALTECH, LLC, SENESCENSE ENERGY PRODUCTS, LLC, RUTLEDGE PRODUCTS, LLC, and ALISTAR ENTERPRISES, LLC, <br><br> Defendants. | CIV. NO. 1:19-01334-RGA-CJB |

Dated: June 3, 2021

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Brian P. Egan*<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Arthur J. Gallagher & Co.*<br>*Belle River Fuels Company, LLC*<br>*Chem-Mod-LLC*<br>*DTE REF Holdings LLC*<br>*DTE REF Holdings II LLC*<br>*Gallagher Clean Energy LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC*<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>*/s/ Jessica R. Kunz*<br>Robert S. Saunders (ID No. 3027)<br>Jessica R. Kunz (ID No. 5698)<br>Nicole A. DiSalvo (ID No. 4662)<br>Daniel S. Atlas (ID No. 6346)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 |

4

rob.saunders@skadden.com
jessica.kunz@skadden.com
Nicole.DiSalvo@skadden.com
Daniel.Atlas@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III, LLC, CERT Operations IV, LLC, CERT Operations V LLC, and CERT Operations RBC LLC*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge