# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. NO. 1:19-01334-RGA-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 25, 2021, copies of *Plaintiffs' Section 7.a Disclosures to CERT* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
rob.saunders@skadden.com
jessica.kunz@skadden.com
Nicole.DiSalvo@skadden.com
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III, LLC, CERT Operations IV, LLC, CERT Operations V LLC, and CERT Operations RBC LLC*

AND on June 25, 2021, copies of *Plaintiffs' Section 7.a Disclosures to Refined Coal LLC Defendants* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Joseph Evall |
| Brian P. Egan (#6227) | Paul J. Kremer |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Richard W. Mark |
| jblumenfeld@morrisnichols.com | GIBSON DUNN & CRUTCHER LLP |
| began@morrisnichols.com | JEvall@gibsondunn.com |
| | PKremer@gibsondunn.com |
| *Attorneys for Defendants* | RMark@gibsondunn.com |

*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Arthur J. Gallagher & Co.*
*Belle River Fuels Company, LLC*
*Chem-Mod-LLC*
*DTE REF Holdings LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*
*Brandon Shores Coaltech, LLC*
*Senescence Energy Products, LLC*
*Rutledge Products, LLC, and*
*Alistar Enterprises, LLC*


| | |
|---|---|
| Dated: June 25, 2021 | DEVLIN LAW FIRM LLC |
| | |
| | */s/  James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Bradley W. Caldwell | Wilmington, DE 19806 |
| Texas Bar No. 24040630 | (302) 449-9010 |
| Jason D. Cassady | jlennon@devlinlawfirm.com |
| Texas Bar No. 24045625 | |
| John Austin Curry | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24059636 | *Emissions Corp. and MES Inc.* |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2101 Cedar Springs Road, Suite 1000 | |
| Dallas, Texas 75201 | |

Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com