# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | : : : : |
| Plaintiffs, | : : |
| v. | : : Case No.: 1:19-cv-01334-RGA-CJB |
| ARTHUR J. GALLAGHER & CO., *et al.*, | : : : |
| Defendants. | : : |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Robert S. Saunders, Nicole A. DiSalvo, Jessica R. Kunz, and Daniel S. Atlas of Skadden, Arps, Slate, Meagher & Flom LLP as counsel on behalf of defendants Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC in the above-captioned action.

DATED:  June 29, 2021

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*