IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Case No.: 1:19-cv-01334-RGA-CJB <br> : <br> : <br> : <br> : |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendants Senescence Energy Products, LLC; Rutledge Products, LLC, and Alistar Enterprises, LLC, respectively, hereby certify that:

1. Senescence Energy Products, LLC is a wholly owned subsidiary of SLR RCB Holdings LLC; and no publicly held company owns a 10% or more ownership stake of Senescence Energy Products, LLC.

2. Rutledge Products, LLC is a wholly owned subsidiary of SLR RCB Holdings LLC; and no publicly held company owns a 10% or more ownership stake of Rutledge Products, LLC.

3. The members of SLR RCB Holdings, LLC are JPM Capital Corporation and Memco CERT 2018, LLC.

4. The members of Memco CERT 2018, LLC are CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC and Pine Mountain Holdings (CERT), LLC.

5. JPM Capital Corporation is a subsidiary of JPMorgan Chase & Co., a publicly held corporation.

6. Alistar Enterprises, LLC is a wholly owned subsidiary of RRC1 LLC; and REX American Resources Corp., a publicly traded company, indirectly owns 10% or more ownership stake in RRC1 LLC.

<table>
<tr><td>

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602
Tel: (212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com

DATED: June 29, 2021

</td><td>

Respectfully submitted,

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel: (302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*

</td></tr>
</table>