## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| MIDWEST ENERGY EMISSIONS CORP. | : | |
| and MES INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:19-cv-01334-RGA-CJB |
| | : | |
| ARTHUR J. GALLAGHER & CO., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 29, 2021, pursuant to Fed. R. Civ. P. 26(a)(1)(A),

Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC,

and Rutledge Products, LLC, Senescence Energy Products, LLC, and Alistar Enterprises, LLC,

by their undersigned attorneys, caused a copy of their Initial Disclosures to be served on the

following counsel of record via electronic mail.

**MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP**

Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants AJG Coal, LLC,
AJG Iowa Refined Coal LLC, Arbor Fuels
Company, LLC, Arthur J. Gallagher & Co.,
Belle River Fuels Company, LLC, Chem-
Mod-LLC, DTE REF Holdings LLC, DTE
REF Holdings II LLC, Gallagher Clean
Energy LLC, Joppa Refined Coal LLC,
Louisa Refined Coal, LLC, Portage Fuels
Company, LLC, Thomas Hill Refined Coal
LLC, Wagner Coaltech LLC and Walter Scott
Refined Coal LLC*

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Coal
Holdings LLC, CERT Holdings LLC, CERT
Holdings 2018, LLC, CERT Operations
LLC, CERT Operations II LLC, CERT
Operations III LLC, CERT Operations IV
LLC, CERT Operations V LLC, CERT
Operations RCB LLC, Senescence Energy
Products, LLC, Rutledge Products, LLC,
and Alistar Enterprises, LLC*

DATED:  June 29, 2021

3

894707-WILSR01A - MSW