## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. NO. 1:19-01334-RGA-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 29, 2021, copies of *Plaintiffs' Initial Disclosures* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Arthur J. Gallagher & Co.*
*Belle River Fuels Company, LLC*
*Chem-Mod-LLC*
*DTE REF Holdings LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy LLC*
*Joppa Refined Coal LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
Nicole.DiSalvo@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Coal*
*Holdings LLC, CERT Holdings LLC, CERT*
*Holdings 2018, LLC, CERT Operations*
*LLC, CERT Operations II LLC, CERT*
*Operations III, LLC, CERT Operations IV,*
*LLC,CERT Operations V LLC, CERT*
*Operations RBC LLC, Senescence Energy*

*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*
*Brandon Shores Coaltech, LLC*

*Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*

Dated: June 30, 2021

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*