IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al. | ) ) ) |
| Defendants. | ) |

## STIPULATION

WHEREAS, on August 6, 2020, the CERT Defendants[1] and the Moving Refined Coal Defendants[2] each filed a Motion to Dismiss the First Amended Complaint ("FAC") (D.I. 175, 176);

WHEREAS, on September 25, 2020, after the Motions to Dismiss the First Amended Complaint were fully briefed but before the motions were ruled upon, Plaintiffs attached the Second Amended Complaint ("SAC") to a letter filed on the docket (D.I. 214-1);

WHEREAS, the SAC named for the first time Senescence Energy Products, LLC ("Senescence"), Rutledge Products, LLC ("Rutledge"), Alistar Enterprises, LLC ("Alistar"), and Brandon Shores Coaltech, LLC ("Brandon Shores") (collectively, the "Four New Defendants");

WHEREAS, on January 27, 2021, the CERT Defendants and the Moving Refined Coal Defendants each filed a Motion to Dismiss the First and Second Amended Complaints for Failure

---

[1] The "CERT Defendants" include CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, and CERT Operations RCB LLC.

[2] The "Moving Refined Coal Defendants" include Arthur J. Gallagher & Co., Gallagher Clean Energy, LLC, AJG Coal LLC, DTE REF Holdings, LLC, DTE REF Holdings II LLC, Chem-Mod LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, and Portage Fuels Company, LLC.

to State a Claim Under Rule 12(b)(6) ("Motions to Dismiss the FAC and SAC"), incorporating the prior briefing on the issues (D.I. 272, 273);

WHEREAS, Senescence, Rutledge, Alistar, and Brandon Shores had not yet been served with the SAC, but nevertheless, the motion filed by the CERT Defendants noted that Senescence, Rutledge, and Alistar joined in their motion (D.I. 272);

WHEREAS, on May 20, 2021, the Court issued a Report and Recommendation ("R&R") (D.I. 279), granting in part the Motions to Dismiss the FAC and SAC;

WHEREAS, the R&R references the Four New Defendants as part of the 16 Moving Defendants;

WHEREAS, the parties wish to resolve any ambiguity as to whether all pertinent rulings in the R&R apply to the Four New Defendants;

IT IS HEREBY STIPULATED by Counsel for the parties, subject to the approval of the Court:

1. The Four New Defendants will be deemed "RC Defendants" as defined in the May 20, 2021 Report & Recommendation (R&R at 1), and the R&R and the decision(s) on the motions to dismiss the Second Amended Complaint (D.I. 281), insofar as they apply to the "16 Moving Defendants" referenced in footnote 7 of the R&R, will be deemed also to apply to the Four New Defendants as if they had participated in the motion practice, with the following adjustment:

   a. The "willful infringement" claims will be dismissed as against the Four New Defendants, with the exception of any claims dating from September 25, 2020.

        b.        The analysis on page 26 of the R&R with respect to the pre-suit claims for indirect infringement shall apply to the Four New Defendants, with the "pre-suit" date deemed to be before September 25, 2020.

2.        For purposes of amended pleadings, district court review of the R&R, and any reconsideration of the R&R, the Four New Defendants will be treated as if they had been named in the R&R.  Neither party will contend that this stipulation requires that the Four New Defendants be treated differently from the other RC Defendants in the event that the R&R is overruled or modified.  Moreover, this stipulation will not prevent Plaintiffs from amending their pleadings relating to the Four New Defendants if, and on such terms as, the Amended Scheduling Order and the R&R otherwise permit.

3.        The Four New Defendants shall respond to the SAC at the same time as the other RC Defendants.

4.        The Four New Defendants shall respond to the outstanding First Set of Interrogatories and First Set of Requests for Production at the same time as the other RC Defendants.

5.        Brandon Shores Coaltech LLC shall provide Fed. R. Civ. P. 26(a)(1) disclosures within fourteen (14) days after this Stipulation is so-ordered.

6.        The dates set in Section 7 of the Amended Scheduling Order shall apply to the Four New Defendants.

7.        The Amended Scheduling Order; the Amended Protective Order (D.I. 182); and the Order for Discovery, Including Discovery of Electronically Stored Information (D.I. 157) shall apply to the four new defendants, but none shall be in breach or default for having failed to perform any act required before four (4) weeks after the date of this Order.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| _____ | _____ |
| James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Arthur J. Gallagher & Co.*<br>*Belle River Fuels Company, LLC*<br>*Chem-Mod LLC*<br>*DTE REF Holdings, LLC*<br>*DTE REF Holdings II LLC*<br>*Gallagher Clean Energy, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* |

                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                              */s/ Jessica R. Kunz*

                                              _____
Robert S. Saunders (#3027)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
Daniel S. Atlas (#6436)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants
Alistar Enterprises, LLC,
CERT Operations IV LLC,
CERT Operations V LLC,
CERT Operations RCB LLC,
Rutledge Products, LLC, and
Senescence Energy Products, LLC*

August 3, 2021

       SO ORDERED this _____ day of _____, 2021.

                                            _____
                                            United States District Court Judge