**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 3, 2020, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC (collectively, the "CERT Defendants"), Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC (collectively, the "Certain Refined Coal LLC Defendants"), by their undersigned attorneys, caused a copy of (i) CERT Defendants' and Certain Refined Coal LLC Defendants' Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Interrogatories (Nos. 1-17); and (ii) CERT Defendants' First Supplemental Responses and Objections and Certain Refined Coal LLC Defendants' Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Consolidated Requests For Production to Defendants to be served on the following counsel of record via electronic mail:

| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS,**<br>**ARSHT & TUNNELL LLP** |
|---|---|
| James M. Lennon (ID No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | Jack B. Blumenfeld (ID No. 1014)<br>Brian P. Egan (ID No. 6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendants AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC; Belle River Fuels Company, LLC; Brandon Shores Coaltech LLC; Joppa Refined Coal LLC; Louisa Refined Coal, LLC; Portage Fuels Company, LLC; Thomas Hill Refined Coal LLC; Wagner Coaltech LLC; and Walter Scott Refined Coal LLC* |

| | |
|---|---|
| OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York  10001-8602<br>Tel.:  (212) 735-3000<br>Fax:  (212) 735-2000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>Nicole A. DiSalvo (ID No. 4662)<br>Jessica R. Kunz (ID No. 5698)<br>Daniel S. Atlas (ID No. 6436)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>Tel.:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br>daniel.atlas@skadden.com<br><br>*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC* |

DATED:  August 4, 2021

3