**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

                 Plaintiffs,

v.

ARTHUR J. GALLAGHER & CO., et al.

                 Defendants.

C.A. No. 19-1334-RGA-CJB

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 6, 2021, pursuant to Paragraph 7(b) of the

Amended Scheduling Order (D.I. 283), Defendants CERT Operations IV LLC, CERT

Operations V LLC, CERT Operations RCB LLC (the "CERT Defendants"), Senescence Energy

Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC (the "Certain Refined

Coal LLC Defendants"), by and through their undersigned counsel, caused a copy of the CERT

Defendants and Certain Refined Coal LLC Defendants' Disclosures Pursuant to Paragraph 7(b)

of the Amended Scheduling Order to be served on the following counsel of record via electronic

mail:

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware  19806
Tel.:  (302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

**MORRIS, NICHOLS,**
 **ARSHT & TUNNELL LLP**

Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899
Tel.:  (302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants AJG Iowa Refined*
*Coal LLC, Arbor Fuels Company, LLC;*
*Belle River Fuels Company, LLC; Brandon*
*Shores Coaltech LLC; Joppa Refined Coal*
*LLC; Louisa Refined Coal, LLC; Portage*
*Fuels Company, LLC; Thomas Hill Refined*
*Coal LLC; Wagner Coaltech LLC; and*
*Walter Scott Refined Coal LLC*

2

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

DATED:  August 6, 2021

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*

896617-WILSR01A - MSW