## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. NO. 1:19-01334-RGA-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2021, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Third Party Subpoenas issued to (1) AJG Coal, LLC; (2) Alliant Energy; (3) Arthur J. Gallagher & Co.; (4) Basin Electric Power Cooperative; (5) Buffington Partners, LLC; (6) CERT Holdings, LLC; (7) Coleto Creek Power, LLC; (8) Cottbus Associates, LLC; (9) DRA Energy Operations Co.; (10) DTE Electric Company; (11) DTE Energy Resources, LLC (12) DTE REF Holdings II, LLC; (13) DTE REF Holdings, LLC (14) Gallagher Clean Energy, LLC; (15) JPM Capital Corporation; (16) Larkwood Energy, LLC; (17) Louisiana Generating, LLC; (18) Memco CERT 2018, LLC; (19) MidAmerican Energy Company (20) Pine Mountain Holdings LLC; (21) SLR RCB Holdings, LLC; (22) Spring Hill Resources, LLC; (23) Spring Hill Management Company, LLC; (24) Union Electric Company d/b/a Ameren Missouri; (25) WAS Holdings I, LLC; (26) WAS Holdings, LLC; and (27) Wisconsin Public Service Corporation* were caused to be served upon the following in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Arthur J. Gallagher & Co.*
*Belle River Fuels Company, LLC*
*Chem-Mod-LLC*
*DTE REF Holdings LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*
*Brandon Shores Coaltech, LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Coal*
*Holdings LLC, CERT Holdings LLC, CERT*
*Holdings 2018, LLC, CERT Operations*
*LLC, CERT Operations II LLC, CERT*
*Operations III, LLC, CERT Operations IV,*
*LLC, CERT Operations V LLC, CERT*
*Operations RBC LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*

2

Dated: August 13, 2021

| | |
|---|---|
| OF COUNSEL: | **DEVLIN LAW FIRM LLC** |
| | */s/ James M. Lennon* |
| Bradley W. Caldwell | James M. Lennon (No. 4570) |
| Texas Bar No. 24040630 | 526 Gilpin Avenue |
| Jason D. Cassady | Wilmington, Delaware 19806 |
| Texas Bar No. 24045625 | Telephone: (302) 449-9010 |
| John Austin Curry | jlennon@devlinlawfirm.com |
| Texas Bar No. 24059636 | |
| Justin T. Nemunaitis | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24065815 | *Emissions Corp. and MES Inc.* |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |
| **CALDWELL CASSADY CURRY PC** | |
| 2121 N. Pearl St., Suite 1200 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| (214) 888-4849 (*fax*) | |