## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. ACTION NO. 1:19-01334-RGA-CJB |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiffs Midwest Energy Emissions Corp and MES Inc. to respond to Defendants' Refined Coal LLC and the CERT and Certain Refined Coal LLC's counterclaims (D.I. 295, 296) is extended from August 24, 2021 to September 9, 2021.

Dated: August 24, 2021

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James M. Lennon* <br> James M. Lennon (No. 4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | */s/ Brian P. Egan* <br> Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br><br> *Attorneys for Defendants* <br> *AJG Iowa Refined Coal LLC* <br> *Arbor Fuels Company, LLC* <br> *Belle River Fuels Company, LLC* <br> *Brandon Shores Coaltech, LLC* <br> *Joppa Refined Coal LLC* <br> *Louisa Refined Coal, LLC* |

*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

*/s/ Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Operations IV, LLC, CERT Operations V LLC, CERT Operations RBC LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge