## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. ACTION NO. 1:19-01334-RGA-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2021, copies of (1) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Third Party Subpoenas issued to Pine Mountain Holdings (CERT), LLC;* and on August 27, 2021 copies of (2) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Third Party Subpoenas issued to W.A.S. Holdings, LLC* were caused to be served upon the following in the manner indicted:

**BY EMAIL:**

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

1

| | |
|---|---|
| *Joppa Refined Coal LLC* | *Attorneys for Defendants CERT Operations* |
| *Louisa Refined Coal, LLC* | *IV, LLC, CERT Operations V LLC, CERT* |
| *Portage Fuels Company, LLC* | *Operations RBC LLC, Senescence Energy* |
| *Thomas Hill Refined Coal LLC* | *Products, LLC, Rutledge Products, LLC* |
| *Wagner Coaltech LLC* | *and Alistar Enterprises, LLC* |
| *Walter Scott Refined Coal LLC* | |

Dated: August 27, 2021

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
CALDWELL CASSADY CURRY PC
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*