# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
began@mnat.com

August 30, 2021

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*,
> C.A. No. 19-1334-RGA-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery dispute conference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on August 24, 2021:

Plaintiffs' Lead Counsel:  Justin Nemunaitis; Caldwell Cassady & Curry

Plaintiffs' Delaware Counsel:  James Lennon; Devlin Law Firm LLC

The CERT Defendants' Lead Counsel:  Douglas Nemec and Leslie Demers; Skadden, Arps, Slate, Meagher & Flom LLP

The CERT Defendants' Delaware Counsel:  Jessica Kunz; Skadden, Arps, Slate, Meagher & Flom LLP

The RC Defendants' Lead Counsel: Richard Mark and Joseph Evall; Gibson, Dunn & Crutcher LLP

The RC Defendants' Delaware Counsel: Brian Egan; Morris, Nichols, Arsht & Tunnell LLP

The following disputes raised by Defendants require judicial attention:

- Whether certain of the Rule 45 subpoenas for documents and testimony (D.I. 301) should be quashed or modified at this time because the subpoenas seek material from

The Honorable Christopher J. Burke
August 30, 2021
Page 2

the subpoena targets that Defendants contend are not relevant to claims against any party.

- Whether certain of the Rule 45 subpoenas for documents and testimony (D.I. 301) should be quashed or stayed at this time because the parties have not resolved whether material sought in the subpoenas is equally or more readily available in party discovery.

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/cmk

cc:     Clerk of the Court (by CM/ECF)
        All Counsel of Record (by CM/ECF and email)