# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION REGARDING RULE 45 SUBPOENAS

WHEREAS, Plaintiffs have noticed and represent that they have served Rule 45 subpoenas on the following entities: AJG Coal, LLC; Alliant Energy; Arthur J. Gallagher & Co.; Buffington Partners, LLC; CERT Holdings, LLC; Coleto Creek Power, LLC; Cottbus Associates, LLC; DRA Energy Operations Co.; DTE Energy Resources, LLC; DTE REF Holdings II, LLC; DTE REF Holdings, LLC; Gallagher Clean Energy, LLC; JPM Capital Corporation; Larkwood Energy, LLC; Louisiana Generating, LLC; Memco CERT 2018, LLC; MidAmerican Energy Company; SLR RCB Holdings, LLC; Spring Hill Resources, LLC; Spring Hill Management Company, LLC; Union Electric Company d/b/a Ameren Missouri; WAS Holdings I, LLC; WAS Holdings, LLC; Pine Mountain Holdings (CERT), LLC; DTE Electric Company; Basin Electric Power Cooperative; and Wisconsin Public Service Corporation (the "Rule 45 Subpoenas");

WHEREAS, the parties have met and conferred, and have a dispute as to the timing and scope of a subset of the foregoing Rule 45 Subpoenas, namely the subpoenas directed to: AJG Coal, LLC; Alliant Energy; Arthur J. Gallagher & Co.; Buffington Partners, LLC; CERT Holdings, LLC; Cottbus Associates, LLC; DRA Energy Operations Co.; DTE Energy Resources, LLC; DTE REF Holdings II, LLC; DTE REF Holdings, LLC; Gallagher Clean Energy, LLC; JPM Capital Corporation; Larkwood Energy, LLC; Memco CERT 2018, LLC; Pine Mountain Holdings

(CERT), LLC; SLR RCB Holdings, LLC; Spring Hill Resources, LLC; Spring Hill Management Company, LLC; WAS Holdings I, LLC; and WAS Holdings, LLC (together, the "Non-Power Plant Subpoenas");

WHEREAS, the parties have reached an impasse with respect to the Non-Power Plant Subpoenas and intend to invoke the Court's discovery dispute procedures and have filed concurrently herewith a joint motion for a discovery dispute conference;

WHEREAS, the parties agree to resolve their discovery dispute related to the Non-Power Plant Subpoenas pursuant to the discovery dispute procedure in the Court's scheduling order in lieu of filing separate motions to quash under Rule 45;

WHEREAS, pending resolution of the parties' discovery dispute with respect to the Non-Power Plant Subpoenas, Plaintiffs agree to stay the deadline for the subpoenaed entities to respond to the Rule 45 subpoenas;

WHEREAS, the parties have met and conferred regarding the subpoenas directed to the following targets: Basin Electric Power Cooperative; Coleto Creek Power, LLC; Louisiana Generating, LLC; Union Electric Company d/b/a Ameren Missouri; DTE Electric Company; MidAmerican Energy Company; and Wisconsin Public Service Corporation (together, the "Power Plant Subpoenas");

WHEREAS, Plaintiffs agree to cooperate in good faith with Defendants and the targets of the Power Plant Subpoenas with regard to the timing and scope of responses to the Power Plant Subpoenas in order to minimize duplicative discovery and undue burden on targets of the Power Plant Subpoenas;

NOW, THEREFORE: IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to the approval of the Court, as follows:

All deadlines for responses to the Non-Power Plant Subpoenas are hereby stayed pending resolution of the parties' discovery dispute.

Dated: August 30, 2021

| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| /s/ James M. Lennon | /s/ Brian P. Egan |
| James M. Lennon (ID No. 4570) | Jack B. Blumenfeld (ID No. 1014) |
| 1526 Gilpin Avenue | Brian P. Egan (ID No. 6227) |
| Wilmington, Delaware 19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, Delaware 19899 |
|  | (302) 658-9200 |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | jblumenfeld@mnat.com |
|  | began@mnat.com |

*Attorneys for Defendants
AJG Coal, LLC
AJG Iowa Refined Coal LLC
Arbor Fuels Company, LLC
Arthur J. Gallagher & Co.
Belle River Fuels Company, LLC
Brandon Shores Coaltech LLC
Chem-Mod-LLC
DTE REF Holdings LLC
DTE REF Holdings II LLC
Gallagher Clean Energy LLC
Joppa Refined Coal LLC
Louisa Refined Coal, LLC
Portage Fuels Company, LLC
Thomas Hill Refined Coal LLC
Wagner Coaltech LLC
Walter Scott Refined Coal LLC*

        **SKADDEN, ARPS, SLATE, MEAGHER**
          **& FLOM LLP**

*/s/  Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations IV, LLC,*
*CERT Operations V LLC,*
*CERT Operations RBC LLC,*
*Rutledge Products, LLC, and*
*Senescence Energy Products, LLC*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge

4