## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. ACTION NO. 1:19-01334-RGA-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 2, 2021, a copy of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Third Party Subpoenas issued to (1) Energy & Environmental Research Center (EERC); and (2) James Tibbetts* was caused to be served upon the following in the manner indicted:

### BY EMAIL:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

1

| | |
|---|---|
| *Portage Fuels Company, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* | *Attorneys for Defendants CERT Operations IV, LLC, CERT Operations V LLC, CERT Operations RBC LLC, Senescence Energy Products, LLC, Rutledge Products, LLC and Alistar Enterprises, LLC* |
| Dated: September 2, 2021 | DEVLIN LAW FIRM LLC |
| OF COUNSEL:<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>John Austin Curry<br>Texas Bar No. 24059636<br>Justin T. Nemunaitis<br>Texas Bar No. 24065815<br>CALDWELL CASSADY CURRY PC<br>2121 N. Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>Fax: (214) 888-4849<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com | */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |