IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

All Defendants in the above captioned action respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

The parties will provide submissions consistent with the Court's prior order (D.I. 307) and present their respective positions during a teleconference on September 27, 2021, at 1:00 pm with counsel for Defendants to initiate the call.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Brian P. Egan (#6227) |
| Wilmington, DE 19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| | |
| | *Attorneys for Defendants* |
| | *AJG Coal, LLC* |
| | *AJG Iowa Refined Coal LLC* |
| | *Arbor Fuels Company, LLC* |
| | *Arthur J. Gallagher & Co.* |
| | *Belle River Fuels Company, LLC* |

1

*Brandon Shores Coaltech, LLC*
*Chem-Mod-LLC*
*DTE REF Holdings LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*


SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

*/s/ Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC*
*CERT Operations IV, LLC*
*CERT Operations V LLC*
*CERT Operations RBC LLC*
*Senescence Energy Products, LLC*

September 3, 2021