**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 14, 2021, pursuant to Paragraph 2 of the Order for Discovery, Including Discovery of Electronically Stored Information (ESI) (D.I. 156, the "Order"), Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC (the "CERT Defendants"), Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC (the "Certain Refined Coal LLC Defendants"; the Certain Refined Coal LLC Defendants together with the CERT Defendants, the "Defendants"), by and through their undersigned counsel, caused a copy of the CERT Defendants and Certain Refined Coal LLC Defendants' Disclosures Pursuant to Paragraph 2 of the Order for Discovery, Including Discovery of Electronically Stored Information (ESI) to be served on the following counsel of record via electronic mail:

| | |
|---|---|
| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James M. Lennon (ID No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>Tel.: (302) 449-9010<br>jlennon@devlinlawfirm.com | Jack B. Blumenfeld (ID No. 1014)<br>Brian P. Egan (ID No. 6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Tel.: (302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants AJG Coal, LLC, AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC, Arthur J. Gallagher & Co., Belle River Fuels Company, LLC, Brandon Shores Coaltech LLC, Chem-Mod-LLC, DTE REF Holdings LLC, DTE REF Holdings II LLC, Gallagher Clean Energy LLC, Joppa Refined Coal LLC, Louisa Refined Coal, LLC, Portage Fuels Company, LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, and Walter Scott Refined Coal LLC* |

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*/s/ Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants Alistar Enterprises, LLC,
CERT Operations RCB LLC,
CERT Operations IV LLC,
CERT Operations V LLC,
Rutledge Products, LLC, and
Senescence Energy Products, LLC*

DATED:  September 15, 2021

898306-WILSR01A - MSW