**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. ACTION NO. 1:19-01334-RGA-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 15, 2021, a copy of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Subpoena Duces Tecum directed to MidAmerican Energy Company* was caused to be served upon the following in the manner indicted:

**BY EMAIL:**

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants
AJG Iowa Refined Coal LLC
Arbor Fuels Company, LLC
Belle River Fuels Company, LLC
Brandon Shores Coaltech, LLC
Joppa Refined Coal LLC
Louisa Refined Coal, LLC
Portage Fuels Company, LLC
Thomas Hill Refined Coal LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Operations IV, LLC, CERT Operations V LLC, CERT Operations RBC LLC, Senescence Energy*

1

| | |
|---|---|
| *Wagner Coaltech LLC* <br> *Walter Scott Refined Coal LLC* | *Products, LLC, Rutledge Products, LLC* <br> *and Alistar Enterprises, LLC* |
| Dated: September 15, 2021 | DEVLIN LAW FIRM LLC |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) <br> 1526 Gilpin Avenue |
| Bradley W. Caldwell <br> Texas Bar No. 24040630 <br> Jason D. Cassady <br> Texas Bar No. 24045625 <br> John Austin Curry <br> Texas Bar No. 24059636 <br> Justin T. Nemunaitis <br> Texas Bar No. 24065815 <br> CALDWELL CASSADY CURRY PC <br> 2121 N. Pearl Street, Suite 1200 <br> Dallas, Texas 75201 <br> Phone: (214) 888-4848 <br> Fax: (214) 888-4849 <br> bcaldwell@caldwellcc.com <br> jcassady@caldwellcc.com <br> acurry@caldwellcc.com <br> jnemunaitis@caldwellcc.com | Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |