**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2021, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, the Defendants CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC, caused a copy of CERT Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1-3) to be served on the following counsel of record via electronic mail:

| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| James M. Lennon (ID No. 4570) <br> 1526 Gilpin Avenue <br> Wilmington, Delaware  19806 <br> Tel.:  (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | Jack B. Blumenfeld (ID No. 1014) <br> Brian P. Egan (ID No. 6227) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> began@mnat.com <br><br> *Attorneys for Defendants AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC, Belle River Fuels Company, LLC, Brandon Shores Coaltech LLC, Joppa Refined Coal LLC, Louisa Refined Coal, LLC, Portage Fuels Company, LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, and Walter Scott Refined Coal LLC* |

|  |  |
|---|---|
| OF COUNSEL:<br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001-8602<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br><br>/s/ *Jessica R. Kunz*<br>Robert S. Saunders (ID No. 3027)<br>Nicole A. DiSalvo (ID No. 4662)<br>Jessica R. Kunz (ID No. 5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001<br>rob.saunders@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants*<br>*Alistar Enterprises, LLC,*<br>*CERT Operations RCB LLC,*<br>*CERT Operations IV LLC,*<br>*CERT Operations V LLC,*<br>*Rutledge Products, LLC, and*<br>*Senescence Energy Products, LLC* |

DATED:  September 30, 2021