**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2021, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, the Defendants CERT Operations IV LLC; CERT Operations V LLC; CERT Operations RCB LLC; Rutledge Products, LLC; Senescence Energy Products, LLC; Alistar Enterprises, LLC; AJG Iowa Refined Coal LLC; Arbor Fuels Company, LLC; Belle River Fuels Company, LLC; Brandon Shores Coaltech, LLC; Joppa Refined Coal LLC; Louisa Refined Coal, LLC; Portage Fuels Company, LLC; Thomas Hill Refined Coal LLC; Wagner Coaltech LLC; and Walter Scott Refined Coal LLC, by their undersigned attorneys, caused a copy of: (i) Refined Coal LLC Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1-3); (ii) Defendants' First Set of Requests for Production (Nos. 1-29); and (iii) Defendants' First Set of Common Interrogatories to Plaintiffs (Nos. 1-8) to be served on the following counsel of record via electronic mail:

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware  19806
Tel.:  (302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| /s/ *Brian P. Egan* | /s/ *Jessica R. Kunz* |
| Jack B. Blumenfeld (ID No. 1014) | Robert S. Saunders (ID No. 3027) |
| Brian P. Egan (ID No. 6227) | Nicole A. DiSalvo (ID No. 4662) |
| 1201 North Market Street | Jessica R. Kunz (ID No. 5698) |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, Delaware 19899 | P.O. Box 636 |
| (302) 658-9200 | Wilmington, Delaware 19899-0636 |
| jblumenfeld@mnat.com | Tel.: (302) 651-3000 |
| began@mnat.com | Fax: (302) 651-3001 |
| | rob.saunders@skadden.com |
| OF COUNSEL: | nicole.disalvo@skadden.com |
| | jessica.kunz@skadden.com |
| **GIBSON, DUNN & CRUTCHER LLP** | |
| | OF COUNSEL: |
| Richard W. Mark | |
| Joseph Evall | Douglas R. Nemec |
| Paul J. Kremer | Leslie A. Demers |
| 200 Park Avenue | One Manhattan West |
| New York, NY 10166-0193 | New York, New York 10001-8602 |
| (212) 351-4000 | Tel.: (212) 735-3000 |
| rmark@gibsondunn.com | Fax: (212) 735-2000 |
| jevall@gibsondunn.com | douglas.nemec@skadden.com |
| pkremer@gibsondunn.com | leslie.demers@skadden.com |
| *Attorneys for Defendants* | *Attorneys for Defendants* |
| *AJG Iowa Refined Coal LLC,* | *Alistar Enterprises, LLC,* |
| *Arbor Fuels Company, LLC,* | *CERT Operations RCB LLC,* |
| *Belle River Fuels Company, LLC,* | *CERT Operations IV LLC,* |
| *Brandon Shores Coaltech LLC,* | *CERT Operations V LLC,* |
| *Joppa Refined Coal LLC,* | *Rutledge Products, LLC, and* |
| *Louisa Refined Coal, LLC,* | *Senescence Energy Products, LLC* |
| *Portage Fuels Company, LLC,* | |
| *Thomas Hill Refined Coal LLC,* | |
| *Wagner Coaltech LLC, and* | |
| *Walter Scott Refined Coal LLC* | |

DATED: September 30, 2021

899472-WILSR01A - MSW