

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

October 5, 2021

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke,

      On September 24, 2021, Plaintiffs submitted a Proposed Third Amended Complaint (D.I. 320).  That same day, the Court dismissed certain of Plaintiffs' claims with prejudice.[1]  On September 28, 2021, the Court ordered Plaintiffs to submit a revised Proposed Third Amended complaint that omits allegations solely relating to claims that have now been dismissed with prejudice (D.I. 321).  Plaintiffs submit the attached Revised Proposed Third Amended Complaint in accordance with that order.

      Accordingly, and for the reasons stated in its September 24, 2021 request to amend the complaint, Plaintiffs respectfully request leave to file the Revised Proposed Third Amended Complaint.

---

[1] The Court dismissed the following claims with prejudice:

> The pre-suit indirect infringement allegations regarding the Original Asserted Patents against the CERT Defendants are DISMISSED with prejudice. The joint infringement allegations are DISMISSED with prejudice. The willful infringement allegations are DISMISSED with prejudice except as to allegations dating from June 29, 2020.

(D.I. 319).

DEVLIN LAW FIRM
October 5, 2021
Page 2 of 2

                                                  Respectfully,

                                                  */s/ James M. Lennon*

                                                  James M. Lennon (No. 4570)

Enclosures
cc:     Clerk of the Court (via CM/ECF, w/encls.)
        Counsel of Record (via CM/ECF, w/encls.)