# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARTHUR J. GALLAGHER & CO., ET AL.,<br><br>  Defendants. | CIV. NO. 1:19-01334-RGA-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 29, 2021, copies of (1) *ME2C's Responses to CERT Defendants' First Set of Interrogatories (Nos. 1-3)*; (2) *ME2C's Responses to Defendants' First Set of Common Interrogatories (Nos. 1-8)*; (3) *ME2C's Responses to Defendants' First Set of Requests for Production (Nos. 1-29)*; and (4) *ME2C's Responses to Refined Coal LLC Defendants' First Set of Interrogatories (Nos. 1-3)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
Andrew K. Patrick
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

| | |
|---|---|
| *Belle River Fuels Company, LLC* <br> *Brandon Shores Coaltech, LLC* <br> *Joppa Refined Coal LLC* <br> *Louisa Refined Coal, LLC* <br> *Portage Fuels Company, LLC* <br> *Thomas Hill Refined Coal LLC* <br> *Wagner Coaltech LLC* <br> *Walter Scott Refined Coal LLC* | New York, NY 10001-8602 <br> douglas.nemec@skadden.com <br> leslie.demers@skadden.com <br> andrew.patrick@skadden.com <br><br> *Attorneys for Defendants CERT Operations IV, LLC, CERT Operations V LLC, CERT Operations RBC LLC, Senescence Energy Products, LLC, Rutledge Products, LLC and Alistar Enterprises, LLC* |
| Dated: November 1, 2021 | DEVLIN LAW FIRM LLC |
| | */s/ James M. Lennon* <br> James M. Lennon (No. 4570) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |
| OF COUNSEL: <br><br> Bradley W. Caldwell <br> Texas Bar No. 24040630 <br> Jason D. Cassady <br> Texas Bar No. 24045625 <br> John Austin Curry <br> Texas Bar No. 24059636 <br> Justin T. Nemunaitis <br> Texas Bar No. 24065815 <br> **CALDWELL CASSADY CURRY PC** <br> 2101 Cedar Springs Road, Suite 1000 <br> Dallas, Texas 75201 <br> Phone: (214) 888-4848 <br> Fax: (214) 888-4849 <br> bcaldwell@caldwellcc.com <br> jcassady@caldwellcc.com <br> acurry@caldwellcc.com <br> jnemunaitis@caldwellcc.com | |