IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Initial Invalidity Contentions* were caused to be served on November 15, 2021, upon the following in the manner indicated:

James M. Lennon, Esquire     *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire     *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX 75201
*Attorneys for Plaintiffs*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Brian P. Egan* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| OF COUNSEL: | Anthony D. Raucci (#5948) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| Richard W. Mark | Wilmington, DE  19899 |
| Joseph Evall | (302) 658-9200 |
| Paul J. Kremer | jblumenfeld@morrisnichols.com |
| GIBSON, DUNN & CRUTCHER LLP | began@morrisnichols.com |
| 200 Park Avenue | araucci@morrisnichols.com |
| New York, NY  10166-0193 | |
| (212) 351-4000 | *Attorneys for Defendants* |
| | *AJG Iowa Refined Coal LLC* |
| | *Arbor Fuels Company, LLC* |
| | *Belle River Fuels Company, LLC* |
| | *Brandon Shores Coaltech, LLC* |
| | *Joppa Refined Coal LLC* |
| | *Louisa Refined Coal, LLC* |
| | *Portage Fuels Company, LLC* |
| | *Thomas Hill Refined Coal LLC* |
| | *Wagner Coaltech LLC* |
| | *Walter Scott Refined Coal LLC* |

November 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 15, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)