**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al. <br><br> Defendants. | C.A. No. 19-1334-RGA-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2021, Defendants CERT Operations IV LLC; CERT Operations V LLC; CERT Operations RCB LLC; Rutledge Products, LLC; Senescence Energy Products, LLC and Alistar Enterprises, LLC ("Defendants"), by and through their undersigned counsel, caused Defendants' Initial Invalidity Contentions to be served on the following counsel of record via electronic mail:

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware  19806
Tel.:  (302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

                    **SKADDEN, ARPS, SLATE,**
                      **MEAGHER & FLOM LLP**

/s/*Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
One Manhattan West
New York, New York  10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations RCB LLC,*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC, and*
*Senescence Energy Products, LLC*

DATED:  November 16, 2021