IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (RGA) (CJB) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION REGARDING NEW DEFENDANTS**

WHEREAS the defendants named in the Third Amended Complaint ("TAC") (D.I. 326) in the above-captioned action are not limited to the defendants named in the Second Amended Complaint ("SAC") (D.I. 281) (the "SAC Defendants"), but also include the following entities, which are referred to together herein as the "New Defendants" (together with the SAC Defendants, "Defendants"):

> Bascobert (A) Holdings LLC
> Buffington Partners LLC
> Cottbus Associates LLC
> Erie Fuels Company, LLC
> George Neal South Refined Coal, LLC
> George Neal North Refined Coal, LLC
> Huron Fuels Company, LLC
> Larkwood Energy LLC
> Springhill Resources LLC
> Superior Fuels Company 1, LLC

WHEREAS the New Defendants were not previously named as defendants in this action;

WHEREAS the Court has so-ordered (D.I. 338) a Stipulation to Extend Time for each Defendant to respond to Plaintiffs' TAC to November 17, 2021;

WHEREAS counsel for Plaintiffs and counsel for the New Defendants have already litigated, and the Court has decided, several pleading motions in this action, with respect to claims that were asserted against the SAC Defendants;

WHEREAS Plaintiffs and the New Defendants wish to avoid burdening the Court with motion practice that raises issues already addressed by the Court, albeit with respect to claims directed against the SAC Defendants;

WHEREAS on September 23, 2021, Plaintiffs' counsel distributed a draft proposed TAC to counsel for the SAC Defendants, and such draft proposed TAC purported to join each of the New Defendants as a defendant in this action;

WHEREAS prior to September 23, 2021, none of the New Defendants was named as a defendant in this action, or was a party to any motion practice in this action; and

WHEREAS counsel for Plaintiffs and counsel for the New Defendants have met and conferred to discuss the schedule for initial disclosures and other disclosure and discovery involving the New Defendants;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiffs and counsel for the New Defendants as follows:

1. Plaintiffs and the New Defendants agree that the schedule set forth in the Amended Scheduling Order (D.I. 283) shall apply to the New Defendants, except as set forth herein:

    a. New Defendants shall make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and their initial disclosures pursuant to paragraph 2 of the Proposed Order for Discovery, Including Discovery of Electronically Stored Information (D.I. 156) by December 15, 2021.

    b. Plaintiffs shall make their disclosures pursuant to Paragraph 7(a) of the Amended Scheduling Order with respect to the New Defendants no later than November 18, 2021.

    b. The New Defendants shall make their disclosure and production pursuant to Paragraph 7(b) of the Amended Scheduling Order by December 15, 2021.

    c. Plaintiffs shall make their disclosures pursuant to Paragraph 7(c) of the Amended Scheduling Order with respect to the New Defendants by December 29, 2021.

    d. New Defendants shall make their disclosures pursuant to Paragraph 7(d) of the Amended Scheduling Order by January 28, 2022.

    e. Document production by the New Defendants, or in response to discovery requested by the New Defendants (and not previously requested by SAC Defendants), shall be substantially complete by February 24, 2022.

    f. The "Defendant Groups" set forth in Paragraph 8(c) of the Amended Scheduling Order shall be modified so that "Refined Coal LLC Defendants" shall also include each of the New Defendants.

    g. New Defendants shall endeavor to comply with the claim term(s)/phrase(s) list exchange date provided in Paragraph 12(a) of the Amended Scheduling Order and counsel for the parties will cooperate in providing any reasonable extensions for the list provision requested by New Defendants, or for any other act required by New Defendants during the initial months of their inclusion in the case.

  2. New Defendants shall provide their responses to Plaintiffs' First set of Interrogatories and First Set of Requests for Documents by December 22, 2021.

3. Plaintiffs and New Defendants agree that the Court's Memorandum Order, D.I. 319, regarding the Second Amended Complaint, will apply to the claims against the New Defendants, with the following additions and clarifications:

a. All indirect infringement allegations against all of the New Defendants and regarding the Original Asserted Patents (U.S. Patent Nos. 10,343,114; 8,168,147) are dismissed without prejudice except as to allegations directed to activities after July 17, 2019; and

b. Also for the sake of clarity, the SAC does not allege willful infringement by any New Defendant before June 29, 2020.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| James M. Lennon (#4570)<br>Veronica McCarty (#6734)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>vmccarty@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Coal, LLC*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Arthur J. Gallagher & Co.*<br>*Belle River Fuels Company, LLC*<br>*Chem-Mod LLC*<br>*DTE REF Holdings, LLC*<br>*DTE REF Holdings II LLC*<br>*Gallagher Clean Energy, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*

_____
Robert S. Saunders (#3027)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
Daniel S. Atlas (#6436)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants
Alistar Enterprises, LLC,
CERT Operations IV LLC,
CERT Operations V LLC,
CERT Operations RCB LLC,
Rutledge Products, LLC, and
Senescence Energy Products, LLC*

November 17, 2021

SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge