IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. No. 1:19-01334-RGA-CJB |

### ADDITIONAL REFINED COAL LLC DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendants Bascobert (A) Holdings, LLC, Buffington Partners, LLC, Cottbus Associates, LLC, Larkwood Energy, LLC, and Spring Hill Resources, LLC (collectively, the "Additional Refined Coal LLC Defendants") hereby certify that:

1. Buffington Partners, LLC is held by Bascobert Holdings, LLC and Buffington Holdings (A), LLC; and no publicly held company owns 10% or more of its stock.

2. Cottbus Associates, LLC is a wholly owned subsidiary of Cottbus Holdings, LLC, which is a wholly owned subsidiary of Kiewit RC Cottbus, LLC; and no publicly held company owns 10% or more of its stock.

3. Bascobert Holdings, LLC is held by CM Coal Holdings, LLC and Kiewit CERT Refined Coal, LLC; and no publicly held company owns 10% or more of its stock.

4. Buffington Holdings (A), LLC is a wholly owned subsidiary of CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

5. CM Coal Holdings, LLC is a wholly owned subsidiary of CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC and Pine Mountain Holdings (CERT), LLC; and no publicly held company owns 10% or more of its stock.

6. Bascobert (A) Holdings, LLC is a wholly owned subsidiary of SLR RCB Holdings LLC; and no publicly held company owns 10% or more of its stock.

7. Larkwood Energy, LLC is a wholly owned subsidiary of SLR RCB Holdings LLC; and no publicly held company owns 10% or more of its stock.

8. Spring Hill Resources, LLC is a wholly owned subsidiary of SLR RCB Holdings LLC; and no publicly held company owns 10% or more of its stock.

9. The members of SLR RCB Holdings, LLC are JPM Capital Corporation and Memco CERT 2018, LLC.

10. The members of Memco CERT 2018, LLC are CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC and Pine Mountain Holdings (CERT), LLC.

11. JPM Capital Corporation is a subsidiary of JPMorgan Chase & Co., a publicly held corporation.

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

DATED: November 17, 2021

/s/ *Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill Resources, LLC Buffington Partners, LLC Bascobert (A) Holdings, LLC Larkwood Energy, LLC and Cottbus Associates LLC*