IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANT ERIE FUELS COMPANY, LLC**
**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant Erie Fuels Company, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1. Erie Fuels Company, LLC is an indirect subsidiary of ORIX Corporation, a publicly traded corporation.

2. Other than ORIX Corporation, a publicly traded company, no other public company owns ten percent or more of the stock of Erie Fuels Company, LLC.

3. Orix Corporation has no parent corporation, and no public company owns ten percent or more of the stock of ORIX Corporation.

                                                MORRIS, NICHOLS, ARSHT &TUNNELL LLP

                                                */s/ Brian P. Egan*

                                                _____
                                                Jack B. Blumenfeld (#1014)
                                                Brian P. Egan (#6227)
                                                Anthony D. Raucci (#5948)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 658-9200
                                                jblumenfeld@morrisnichols.com
                                                began@morrisnichols.com
                                                araucci@morrisnichols.com

                                                *Attorneys for Defendants*
                                                *AJG Iowa Refined Coal LLC*
OF COUNSEL:                                  *Arbor Fuels Company, LLC*
                                                *Belle River Fuels Company, LLC*
Richard W. Mark                           *Brandon Shores Coaltech, LLC*
Joseph Evall                                   *Joppa Refined Coal LLC*
Paul J. Kremer                              *Louisa Refined Coal, LLC*
GIBSON, DUNN & CRUTCHER LLP      *Portage Fuels Company, LLC*
200 Park Avenue                         *Thomas Hill Refined Coal LLC*
New York, NY  10166-0193            *Wagner Coaltech LLC*
(212) 351-4000                             *Walter Scott Refined Coal LLC*

November 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Nicole A. DiSalvo, Esquire<br>Jessica R. Kunz, Esquire<br>Daniel S. Atlas, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Douglas R. Nemec, Esquire<br>Leslie A. Demers, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY  10001-8602<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)