IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.    )
and MES INC.,    )
     )
    Plaintiffs,    )
     )
    v.    )    C.A. No. 19-1334 (RGA) (CJB)
     )
ARTHUR J. GALLAGHER & CO., *et al.*,    )
     )
    Defendants.    )

**DEFENDANT GEORGE NEAL NORTH REFINED COAL, LLC**
**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant George Neal North Refined Coal, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1.   George Neal North Refined Coal, LLC is an indirect subsidiary of Arthur J. Gallagher & Co., a publicly traded corporation.

2.   Other than Arthur J. Gallagher & Co., a publicly traded company, no other public company owns ten percent or more of the stock of George Neal North Refined Coal, LLC.

3.   Arthur J. Gallagher & Co. has no parent corporation, and BlackRock Inc., a publicly traded company, owns ten percent or more of the stock of Arthur J. Gallagher & Co.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
OF COUNSEL:                                    *Arbor Fuels Company, LLC*
                                               *Belle River Fuels Company, LLC*
Richard W. Mark                                *Brandon Shores Coaltech, LLC*
Joseph Evall                                   *Joppa Refined Coal LLC*
Paul J. Kremer                                 *Louisa Refined Coal, LLC*
GIBSON, DUNN & CRUTCHER LLP                    *Portage Fuels Company, LLC*
200 Park Avenue                                *Thomas Hill Refined Coal LLC*
New York, NY  10166-0193                       *Wagner Coaltech LLC*
(212) 351-4000                                 *Walter Scott Refined Coal LLC*

November 17, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Robert S. Saunders, Esquire<br>Nicole A. DiSalvo, Esquire<br>Jessica R. Kunz, Esquire<br>Daniel S. Atlas, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>*Attorneys for Defendants CERT Coal Holding,*<br>*LLC, CERT Holdings LLC, CERT Holdings 2018,*<br>*LLC, CERT Operations LLC, CERT Operations II*<br>*LLC, CERT Operations III LLC, CERT*<br>*Operations IV LLC, CERT Operations V LLC,*<br>*CERT Operations RCB LLC, Senescence Energy*<br>*Products, LLC, Rutledge Products, LLC,*<br>*and Alistar Enterprises, LLC* | *VIA ELECTRONIC MAIL* |

Douglas R. Nemec, Esquire
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT*
*Operations IV LLC, CERT Operations V LLC,*
*CERT Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*

*VIA ELECTRONIC MAIL*

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

2