**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:19-cv-01334-RGA-CJB |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

<u>**NOTICE OF SERVICE**</u>

The undersigned hereby certifies that copies of (1) CERT Defendants' and Certain Refined Coal LLC Defendants' First Supplemental Initial Disclosures and New Defendants' Initial Disclosures; (2) CERT Defendants' and Certain Refined Coal LLC Defendants' First Supplemental Disclosures and New Defendants' Disclosures Pursuant to Paragraph 2 of the Order for Discovery, Including Discovery of Electronically Stored Information (ESI); and (3) CERT Defendants', CERT Refined Coal LLC Defendants', and New Defendants' Disclosures Pursuant to Paragraph 7(B) of the Amended Scheduling Order were caused to be served on December 15, 2021, upon the following counsel of record via electronic mail.

**MORRIS, NICHOLS, ARSHT**
**& TUNNELL LLP**

Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendants AJG Coal, LLC,*
*AJG Iowa Refined Coal LLC, Arbor Fuels*
*Company, LLC, Arthur J. Gallagher & Co.,*
*Belle River Fuels Company, LLC, Chem-*
*Mod-LLC, DTE REF Holdings LLC, DTE*
*REF Holdings II LLC, Gallagher Clean*
*Energy LLC, Joppa Refined Coal LLC,*
*Louisa Refined Coal, LLC, Portage Fuels*
*Company, LLC, Thomas Hill Refined Coal*
*LLC, Wagner Coaltech LLC and Walter Scott*
*Refined Coal LLC*

**DEVLIN LAW FIRM LLC**

James M. Lennon (ID No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

/s/ Jessica R. Kunz
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Operations
IV LLC, CERT Operations V LLC, CERT
Operations RCB LLC, Senescence Energy
Products, LLC, Rutledge Products, LLC,
Alistar Enterprises, LLC, Spring Hill
Resources, LLC, Buffington Partners, LLC,
Bascobert (A) Holdings, LLC, Larkwood
Energy, LLC, and Cottbus Associates, LLC*

DATED:  December 16, 2021

904286-WILSR01A - MSW