**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

              Plaintiffs,

    v.

ARTHUR J. GALLAGHER & CO., ET AL.,

              Defendants.

C.A. NO. 1:19-01334-RGA-CJB

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**TIME TO SUBMIT TECHNOLOGY TUTORIAL TO THE COURT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the time for the parties to submit their technology tutorials to the Court is extended from

December 23, 2021 to March 28, 2022.  No other deadlines will be modified by this stipulation.

DATED: December 17, 2021

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendants AJG Coal, LLC,*
*AJG Iowa Refined Coal LLC, Arbor Fuels*
*Company, LLC, Arthur J. Gallagher & Co.,*
*Belle River Fuels Company, LLC, Chem-*
*Mod-LLC, DTE REF Holdings LLC, DTE*
*REF Holdings II LLC, Gallagher Clean*
*Energy LLC, Joppa Refined Coal LLC,*
*Louisa Refined Coal, LLC, Portage Fuels*
*Company, LLC, Thomas Hill Refined Coal*

1

*LLC, Wagner Coaltech LLC, and Walter Scott
Refined Coal LLC*

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

*/s/ Nicole A. DiSalvo*
Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendants CERT Operations
IV LLC, CERT Operations V LLC, CERT
Operations RCB LLC, Senescence Energy
Products, LLC, Rutledge Products, LLC,
Alistar Enterprises, LLC, Spring Hill
Resources, LLC, Buffington Partners, LLC,
Bascobert (A) Holdings, LLC, Larkwood
Energy, LLC, and Cottbus Associates, LLC*

SO ORDERED this _____ day of December, 2021.

_____
United States District Court Judge