IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Amended Scheduling Order entered by the Court (D.I. 283) and the Stipulation Regarding New Defendants (D.I. 342), Plaintiffs Midwest Energy Emissions Corp. and MES INC. (together, "ME2C" or "Plaintiffs"), and Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, Portage Fuels Company, LLC, Brandon Shores Coaltech, LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Cottbus Associates LLC, Erie Fuels Company, LLC, George Neal South Refined Coal, LLC, George Neal North Refined Coal, LLC, Huron Fuels Company, LLC, Larkwood Energy LLC, Spring Hill Resources LLC, and Superior Fuels Company 1, LLC ("Defendants"), by and through their undersigned counsel, respectfully submit this Joint Claim Construction Chart regarding the Asserted Claims of U.S. Pat. No. 8,168,147 ("the '147 Patent"); 10,343,114 ("the '114 Patent"); 10,589,225 ("the '225 Patent"); 10,596,517 ("the '517 Patent"); and 10,668,430 ("the '430 Patent").

**Proposed Terms and Constructions:**

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| '114 Patent, Claims 1 and 23-25<br><br>'430 Patent, Claims 1, 28, and 29 | "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber" | No construction necessary, but ME2C requests that the Court clarify that this limitation requires that the sorbent material is injected into the mercury-containing gas, not vice versa (e.g., that the mercury-containing gas is passed over or through the sorbent material).<br><br>Intrinsic evidence cited in support: | "injecting, into the mercury-containing gas, from outside the mercury-containing gas, downstream of the combustion chamber, a sorbent material comprising activated carbon, whereby the sorbent material is not introduced with the coal"<br><br>Intrinsic evidence cited in support: The entire '114 Patent and file history, including:<br><br>Figs. 3, 6;<br>7:50-66;<br>13:55-14:6; and<br>14:10-25.<br><br>The entire '430 Patent and file history. |
| '225 Patent, Claims 1, 14, 16, 17 | "adding a particulate sorbent material comprising activated carbon into the mercury-containing gas" | No construction necessary, but ME2C requests that the Court clarify that this limitation requires that the sorbent material is added into the mercury-containing gas, not vice versa (e.g., that the mercury-containing gas is passed over or through the sorbent material). | Defendants agree that no construction is necessary, and therefore disagree with ME2C's request that the Court "clarify" the limitation. |

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| '517 Patent, Claims 1, 29, 30 | "a sorbent added to the mercury-containing gas" | No construction necessary, but ME2C requests that the Court clarify that this limitation requires that the sorbent material is added into the mercury-containing gas, not vice versa (e.g., that the mercury-containing gas is passed over or through the sorbent material). | Defendants agree that no construction is necessary, and therefore disagree with ME2C's request that the Court "clarify" the limitation. |
| '147 Patent, Claim 17 | "injecting the particulate sorbent material at a sorbent material injection rate and injecting separately the bromine containing promoter into a gas stream" | No construction necessary, but ME2C requests that the Court clarify that this limitation does not exclude injection of materials in addition to the bromine containing promoter<br><br>Intrinsic evidence cited in support:<br><br>Briefing, exhibits, and institution decisions in IPR2020-832, IPR2020-834, IPR2020-926, IPR2020-928.<br><br>'114 patent at figs. 1-6, 1:55-3:30, 6:63-9:34, 10:24-14:25, 15:12-17:36, 18:13-32:44, claims 1-28<br><br>'147 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:44-23:32, claims 1-25 | "injecting into a gas stream the particulate sorbent material at a sorbent material injection rate and injecting separately into the gas stream the bromine containing promoter, whereby neither injection occurs upstream of a furnace exit, and whereby in-flight reaction produces the promoted brominated sorbent"<br><br>Intrinsic evidence cited in support: The entire '147 Patent and file history, including:<br><br>Figs. 3;<br>4:19-23;<br>4:30-35;<br>4:55-67;<br>8:33-53;<br>8:54-60;<br>8:61-9:3; |

3

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | '225 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:58-23:32, claims 1-29<br><br>'517 patent at figs. 1-3, 11, 1:55-2:47, 6:63-11:30, 11:32-24:15, 28:20-32:34, 33:5-35:35, claims 1-30<br><br>'430 patent at figs. 1-3, 11, 1:45-2:40, 7:10-12:33, 13:8-32:21, 32:22-35:15, claims 1-30<br><br>'147 prosecution history as cited in IPR2020-926 preliminary response at 14-19<br>Provisional application No. 60/605,640 | 9:43-10:2;<br>12:44-57;<br>12:58-67; and<br>13:25-41.<br><br>IPR2020-00926, Paper 13 [POPR] at 18<br>IPR2020-00926, Paper 19 [Inst. Dec.] at 19 |
| '147 Patent, Claim 17 | "in-flight reaction" | "a reaction on-site within the gas transport system at a power plant, not pre-treatment of sorbents."<br><br>Intrinsic evidence cited in support:<br><br>Briefing, exhibits, and institution decisions in IPR2020-832, IPR2020-834, IPR2020-926, IPR2020-928. | Plain and ordinary meaning<br><br>Intrinsic evidence cited in support:<br><br>The entire '147 Patent and file history, including:<br><br>Figs. 3;<br>Abstract<br>2:45-48;<br>4:19-23;<br>4:30-35;<br>4:55-67; |

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | '114 patent at figs. 1-6, 1:55-3:30, 6:63-9:34, 10:24-14:25, 15:12-17:36, 18:13-32:44, claims 1-28<br><br>'147 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:44-23:32, claims 1-25<br><br>'225 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:58-23:32, claims 1-29<br><br>'517 patent at figs. 1-3, 11, 1:55-2:47, 6:63-11:30, 11:32-24:15, 28:20-32:34, 33:5-35:35, claims 1-30<br><br>'430 patent at figs. 1-3, 11, 1:45-2:40, 7:10-12:33, 13:8-32:21, 32:22-35:15, claims 1-30<br><br>'147 prosecution history as cited in IPR2020-926 preliminary response at 14-19<br>Provisional application No. 60/605,640 | 5:47-51;<br>8:21-60;<br>8:61-9:3;<br>9:43-10:2;<br>12:44-57;<br>12:58-67; and<br>13:25-41.<br><br>IPR2020-00926, Paper 13 [POPR] at 14-19<br>IPR2020-00926, Paper 19 [Inst. Dec.] at 13-19 |
| '225 Patent, Claims 1 and 17 | "combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof" | No construction necessary<br><br>Intrinsic evidence cited in support: | "combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, whereby |

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Briefing, exhibits, and institution decisions in IPR2020-832, IPR2020-834, IPR2020-926, IPR2020-928.<br><br>'114 patent at figs. 1-6, 1:55-3:30, 6:63-9:34, 10:24-14:25, 15:12-17:36, 18:13-32:44, claims 1-28<br><br>'147 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:44-23:32, claims 1-25<br><br>'225 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:58-23:32, claims 1-29<br><br>'517 patent at figs. 1-3, 11, 1:55-2:47, 6:63-11:30, 11:32-24:15, 28:20-32:34, 33:5-35:35, claims 1-30<br><br>'430 patent at figs. 1-3, 11, 1:45-2:40, 7:10-12:33, 13:8-32:21, 32:22-35:15, claims 1-30<br><br>'147 prosecution history as cited in IPR2020-926 preliminary response at 14-19<br>Provisional application No. 60/605,640 | each substance in the mixture is added to the combustor"<br><br>Intrinsic evidence cited in support: The entire '225 Patent and file history, including:<br><br>Claim 8;<br>2:56-66;<br>7:24-31;<br>7:32-40; and<br>7:41-53. |

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| '225 Patent, Claim 14 | "combusting coal in a combustor comprising pyrolysis char and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas" | No construction necessary<br><br>Intrinsic evidence cited in support:<br><br>Briefing, exhibits, and institution decisions in IPR2020-832, IPR2020-834, IPR2020-926, IPR2020-928.<br><br>'114 patent at figs. 1-6, 1:55-3:30, 6:63-9:34, 10:24-14:25, 15:12-17:36, 18:13-32:44, claims 1-28<br><br>'147 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:44-23:32, claims 1-25<br><br>'225 patent at figs. 1-3, 1:55-2:27, 4:53-5:35, 6:54-11:67, 12:58-23:32, claims 1-29<br><br>'517 patent at figs. 1-3, 11, 1:55-2:47, 6:63-11:30, 11:32-24:15, 28:20-32:34, 33:5-35:35, claims 1-30<br><br>'430 patent at figs. 1-3, 11, 1:45-2:40, 7:10-12:33, 13:8-32:21, 32:22-35:15, claims 1-30 | "combusting coal in a combustor to which has been added (i) pyrolysis char and (ii) an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas"<br><br>Intrinsic evidence cited in support: The entire '225 Patent and file history, including:<br><br>Claim 8;<br>2:56-66;<br>7:24-31;<br>7:32-40; and<br>7:41-53. |

| Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | '147 prosecution history as cited in IPR2020-926 preliminary response at 14-19<br>Provisional application No. 60/605,640 | |

**Indefinite Terms**

| Patent/Cl(s). | Term(s) | | Defendants' Proposed Construction |
|---|---|---|---|
| '114 Patent, Claims 19, 21, and 22<br><br>'517 Patent, Claims 27 and 28<br><br>'430 Patent, Claims 26 and 27 | "halide sorbent enhancement additive" and "sorbent enhancement additive" | No construction necessary, not indefinite<br><br>Intrinsic evidence cited in support: The entire '114 Patent and file history, including at 3:22-27.<br><br>The entire '517 Patent and file history, including at 2:41-46.<br><br>The entire '430 Patent and file history, including at 2:35-40. | Indefinite<br><br>Intrinsic evidence cited in support: The entire '114 Patent and file history, including at 3:22-27.<br><br>The entire '517 Patent and file history, including at 2:41-46.<br><br>The entire '430 Patent and file history, including at 2:35-40. |