IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *New Responding Defendants' Responses and Objections to Plaintiffs' Consolidated Requests for Production to Defendants*; and (2) *New Responding Refined Coal LLC Defendants' Responses and Objections to Plaintiffs' First Set of Common Interrogatories* were caused to be served on December 23, 2021, upon the following in the manner indicated:

James M. Lennon, Esquire  *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire  *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*

Robert S. Saunders, Esquire                        *VIA ELECTRONIC MAIL*
Nicole A. DiSalvo, Esquire
Jessica R. Kunz, Esquire
Daniel S. Atlas, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill Resources, LLC, Buffington Partners, LLC, Bascobert (A) Holdings, LLC, Larkwood Energy, LLC and Cottbus Associates, LLC*

Douglas R. Nemec, Esquire                       *VIA ELECTRONIC MAIL*
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, and Alistar Enterprises, LLC*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000 | MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Brandon Shores Coaltech, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* |

December 23, 2021

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Robert S. Saunders, Esquire<br>Nicole A. DiSalvo, Esquire<br>Jessica R. Kunz, Esquire<br>Daniel S. Atlas, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill Resources, LLC, Buffington Partners, LLC, Bascobert (A) Holdings, LLC, Larkwood Energy, LLC and Cottbus Associates, LLC* | VIA ELECTRONIC MAIL |

2

Douglas R. Nemec, Esquire  *VIA ELECTRONIC MAIL*
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC, CERT*
*Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*


	/s/ *Brian P. Egan*

	Brian P. Egan (#6227)