**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 1:19-cv-01334-RGA-CJB |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (i) CERT Defendants and Certain Refined Coal LLC Defendants' Second Supplemental Responses and Objections and New Defendants' First Supplemental Responses and Objections to Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Common Interrogatories (Nos. 1-17) were caused to be served on January 27, 2022; and (ii) New Defendants' Initial Invalidity Contentions were caused to be served on January 28, 2022 upon the following counsel of record via electronic mail.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **DEVLIN LAW FIRM LLC** |
| Jack B. Blumenfeld (ID No. 1014)<br>Brian P. Egan (ID No. 6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com | James M. Lennon (ID No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* |
| *Attorneys for Defendants AJG Coal, LLC, AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC, Arthur J. Gallagher & Co., Belle River Fuels Company, LLC, Chem-Mod-LLC, DTE REF Holdings LLC, DTE REF Holdings II LLC, Gallagher Clean Energy LLC, Joppa Refined Coal LLC, Louisa Refined Coal, LLC, Portage Fuels Company, LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC and Walter Scott Refined Coal LLC* | |

| | |
|---|---|
| OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York  10001-8602<br>Tel.:  (212) 735-3000<br>Fax:  (212) 735-2000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | */s/ Jessica R. Kunz*<br>Robert S. Saunders (ID No. 3027)<br>Nicole A. DiSalvo (ID No. 4662)<br>Jessica R. Kunz (ID No. 5698)<br>Daniel S. Atlas (ID No. 6436)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>Tel.:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br>daniel.atlas@skadden.com<br><br>*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill Resources, LLC, Buffington Partners, LLC, Bascobert (A) Holdings, LLC, Larkwood Energy, LLC, and Cottbus Associates, LLC* |
| DATED:  January 31, 2022 | |