**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-01334-RGA-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 28, 2022, copies of (1) *Plaintiffs ME2C's First Supplemental Responses to CERT Defendants' First Set of Interrogatories (Nos. 1-3);* and (2) *Plaintiffs ME2C's First Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 1-8)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants
AJG Iowa Refined Coal LLC
Arbor Fuels Company, LLC
Belle River Fuels Company, LLC
Brandon Shores Coaltech LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

| | |
|---|---|
| *Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC and*<br>*Walter Scott Refined Coal* | *Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill Resources, LLC, Buffington Partners, LLC, Bascobert (A) Holdings, LLC, Larkwood Energy, LLC, and Cottbus Associates, LLC* |

Dated: January 31, 2022

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*