**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:19-cv-01334-RGA-CJB<br>) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | )<br>) |
| Defendants. | )<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that a copy of Defendant's Answering Claim Construction Brief was caused to be served on February 24, 2022 upon the following counsel of record via electronic mail.

                              **DEVLIN LAW FIRM LLC**

                              James M. Lennon (ID No. 4570)
                              1526 Gilpin Avenue
                              Wilmington, Delaware 19806
                              (302) 449-9010
                              jlennon@devlinlawfirm.com

                              *Attorneys for Plaintiffs Midwest Energy*
                              *Emissions Corp. and MES Inc.*

| | |
|---|---|
| | */s/ Jessica R. Kunz* |
| OF COUNSEL: | Robert S. Saunders (ID No. 3027) |
| | Jessica R. Kunz (ID No. 5698) |
| Douglas R. Nemec | SKADDEN, ARPS, SLATE, |
| Leslie A. Demers |    MEAGHER & FLOM LLP |
| SKADDEN, ARPS, SLATE, | One Rodney Square |
|    MEAGHER & FLOM LLP | P.O. Box 636 |
| One Manhattan West | Wilmington, Delaware 19899-0636 |
| New York, New York 10001-8602 | Tel.: (302) 651-3000 |
| Tel.: (212) 735-3000 | rob.saunders@skadden.com |
| douglas.nemec@skadden.com | nicole.disalvo@skadden.com |
| leslie.demers@skadden.com | jessica.kunz@skadden.com |
| | daniel.atlas@skadden.com |

                              *Attorneys for Defendants CERT Operations*
                              *IV LLC, CERT Operations V LLC, CERT*
                              *Operations RCB LLC, Senescence Energy*
                              *Products, LLC, Rutledge Products, LLC,*
                              *Alistar Enterprises, LLC, Spring Hill*
                              *Resources, LLC, Buffington Partners, LLC,*
                              *Bascobert (A) Holdings, LLC, Larkwood*
                              *Energy, LLC, and Cottbus Associates, LLC*

DATED: February 25, 2022