IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (RGA) (CJB) ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) |

## PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP. AND MES INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Pursuant to this Court's Order, dated March 4, 2022 (D.I. 374), Plaintiffs respectfully move the Court to file their Fourth Amended Complaint for the reasons stated in their letter brief (D.I. 372). Defendants oppose at least certain of the proposed amendments.

Dated: March 4, 2022

Respectfully submitted,

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

**CALDWELL CASSADY CURRY PC**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (*fax*)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815

*Attorneys for Plaintiffs
Midwest Energy Emissions Corp.
and MES Inc*

1

SO ORDERED this _____ day of _____, 2022.

_____

United States District Court Judge