# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-01334-RGA-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 10, 2022, copies of (1) *Plaintiffs ME2C's First Supplemental Responses to Refined Coal LLC Defendants' First Set of Interrogatories (Nos. 1-3)*; (2) *Plaintiffs ME2C's Third Supplemental Responses to CERT Defendants' First Set of Interrogatories (Nos. 1-3)*; and (3) *Plaintiffs ME2C's Third Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 1-8)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Paul J. Kremer
Richard W. Mark
GIBSON DUNN & CRUTCHER LLP
JEvall@gibsondunn.com
PKremer@gibsondunn.com
RMark@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*

Robert S. Saunders (ID No. 3027)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
rob.saunders@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602

| | |
|---|---|
| *Belle River Fuels Company, LLC* | douglas.nemec@skadden.com |
| *Brandon Shores Coaltech LLC* | leslie.demers@skadden.com |
| *Erie Fuels Company, LLC* | |
| *George Neal North Refined Coal, LLC* | *Attorneys for Defendants CERT Operations* |
| *George Neal Refined Coal, LLC* | *IV LLC, CERT Operations V LLC, CERT* |
| *Huron Fuels Company, LLC* | *Operations RCB LLC, Senescence Energy* |
| *Joppa Refined Coal LLC* | *Products, LLC, Rutledge Products, LLC,* |
| *Louisa Refined Coal, LLC* | *Alistar Enterprises, LLC, Spring Hill* |
| *Portage Fuels Company, LLC* | *Resources, LLC, Buffington Partners, LLC,* |
| *Superior Fuels Company 1, LLC* | *Bascobert (A) Holdings, LLC, Larkwood* |
| *Thomas Hill Refined Coal LLC* | *Energy, LLC, and Cottbus Associates, LLC* |
| *Wagner Coaltech LLC and* | |
| *Walter Scott Refined Coal* | |

Dated: March 11, 2022

DEVLIN LAW FIRM LLC

OF COUNSEL:

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

2