

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

March 14, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke,

      Plaintiffs write to request the scheduling of a teleconference to resolve a dispute regarding Plaintiffs' motion for leave to file its Fourth Amended Complaint.  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

March 2, 2022
<u>Delaware Counsel</u>: Andrew DeMarco (ME2C), Jack Blumenfeld, Jessica Kunz (Defendants)
<u>Lead Counsel</u>: Justin Nemunaitis (ME2C), Paul Kremer, Joe Evall, Doug Nemec (Defendants)

The dispute requiring judicial attention is listed below:
ME2C's Motion for Leave to File the Fourth Amended Complaint.

      Plaintiffs reached out to Defendants regarding a teleconference on this issue, but did not receive a response before the deadline to file this letter.

      Respectfully,

      */s/ James M. Lennon*

      James M. Lennon (No. 4570)

   cc:    Clerk of the Court (via CM/ECF)
           Counsel of Record (via CM/ECF)