IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Amended Scheduling Order entered by the Court (D.I. 283), Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (together, "ME2C" or "Plaintiffs"), and Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, Portage Fuels Company, LLC, Brandon Shores Coaltech, LLC, Senescene Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Cottbus Associates LLC, Erie Fuels Company, LLC, George Neal North Refined Coal, LLC, George Neal Refined Coal, LLC, Huron Refined Coal, LLC, Larkwood Energy LLC, Spring Hill Resources LLC, and Superior Fuels Company 1, LLC ("Defendants"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

**Fourth Amended Complaint:** Plaintiffs submitted a Motion for Leave to File a Fourth Amended Complaint on March 3, 2022. On March 10, 2022, Defendants submitted their

opposition to Plaintiffs' Motion. The Court has set a teleconference for April 4, 2022 to address Plaintiffs' Motion.

**Claim Construction:** Briefing on claim construction is nearly complete. The parties' joint claim construction brief is due on March 28, 2022, as is the parties' tutorial on the technology at issue. The Court is scheduled to hear argument on claim construction on April 28, 2022.

**Discovery:** Fact discovery is proceeding in accordance with this Court's Amended Scheduling Order and the parties anticipate completing fact discovery by September 12, 2022.

   i.   **ESI:** Pursuant to the Order for Discovery (D.I. 156), Plaintiffs and Defendants have each proposed a set of search terms for purposes of e-mail production. Because each producing party has stated that the originally proposed search terms yield an unreasonable or overly burdensome number of hits, each producing party has proposed a revised set of search terms. Each producing party and receiving party is currently negotiating to narrow the revised search terms.

   ii.  **Discovery Disputes:** The parties continue to meet and confer regarding discovery. To date, there are no motions to compel on file.

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Brian P. Egan (#6227) |
| Wilmington, Delaware 19806 | Anthony D. Raucci (#5948) |
| Telephone: (302) 449-9010 | 1201 North Market Street |
| Facsimile: (302) 353-4251 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| | araucci@morrisnichols.com |

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
CALDWELL CASSADY CURRY PC
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (Fax)

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Huron Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*
Robert S. Saunders (#3027)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3000

*Attorneys for Defendants
Alistar Enterprises, LLC, CERT Operations RCB LLC, CERT Operations IV LLC, CERT Operations V LLC, Rutledge Products, LLC, Senescence Energy Products, LLC, Spring Hill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, and Cottbus Associates LLC*

Dated: March 18, 2022

4