IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (RGA) (CJB) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT REGARDING CLAIM CONSTRUCTION**

Pursuant to Section 14 of the Amended Scheduling Order entered by the Court (D.I. 283), Plaintiffs Midwest Energy Emissions Corp. and MES Inc. (together, "ME2C" or "Plaintiffs"), and Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, Portage Fuels Company, LLC, Brandon Shores Coaltech, LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Cottbus Associates LLC, Erie Fuels Company, LLC, George Neal North Refined Coal, LLC, George Neal Refined Coal, LLC, Huron Refined Coal, LLC, Larkwood Energy LLC, Spring Hill Resources LLC, and Superior Fuels Company 1, LLC ("Defendants"), by and through their undersigned counsel, respectfully submit this Joint Status Report regarding claim construction.

 **(i)** **whether they request leave to present testimony at the hearing;**

The Parties do not intend to present testimony at the hearing.

> **(ii)    the amount of time they are requesting be allocated to them for the hearing;**

The Parties request that the Court allot 90 minutes for the hearing, with the time to be split evenly between Plaintiffs and Defendants.

> **(iii)   the order in which they intend to present the claim terms at issue, including which side will present first for each term.**

The parties intend to present the terms in the following order with Plaintiff presenting first for all terms:

A. '114 and '430 patents: "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber"

B. '147 Patent: "injecting the particulate sorbent material at a sorbent material injection rate and injecting separately the bromine containing promoter into a gas stream whereby in-flight reaction produces the promoted brominated sorbent"

C. '225 Patent Terms

D. Alleged Indefinite Terms: "Halide Sorbent Enhancement Additive"/ "Sorbent Enhancement Additive" ('114Patent Claims 19, 21, and 22; '517 Patent Claims 27 and 28; '430 Patent Claims 26 and 27)

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ James M. Lennon | /s/ Brian P. Egan |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Brian P. Egan (#6227) |
| Wilmington, Delaware 19806 | Anthony D. Raucci (#5948) |
| Telephone: (302) 449-9010 | 1201 North Market Street |
| Facsimile: (302) 353-4251 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| OF COUNSEL: | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Bradley W. Caldwell | araucci@morrisnichols.com |
| Jason D. Cassady | |
| John Austin Curry | OF COUNSEL: |
| Justin T. Nemunaitis | |
| CALDWELL CASSADY CURRY PC | Richard W. Mark |
| 2121 N. Pearl St., Suite 1200 | Joseph Evall |
| Dallas, Texas 75201 | Paul J. Kremer |
| | GIBSON, DUNN & CRUTCHER LLP |

2

Phone: (214) 888-4848
(214) 888-4849 (Fax)

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*

200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Huron Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*
Robert S. Saunders (#3027)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3000

*Attorneys for Defendants*

 *Alistar Enterprises, LLC, CERT Operations RCB LLC, CERT Operations IV LLC, CERT Operations V LLC, Rutledge Products, LLC, Senescence Energy Products, LLC, Spring Hill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, and Cottbus Associates LLC*

Dated:  March 24, 2022

4