

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

March 25, 2022

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

      Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Andrews,

      Pursuant to the Court's March 18, 2022 Oral Order (D.I. 382), the parties hereby inform the Court as follows:

The Parties jointly agree to consent to Judge Burke's jurisdiction to conduct all proceedings in this case.

      Respectfully,

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Brian P. Egan (#6227) |
| Wilmington, Delaware 19806 | Anthony D. Raucci (#5948) |
| Telephone: (302) 449-9010 | 1201 North Market Street |
| Facsimile: (302) 353-4251 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| OF COUNSEL: | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Bradley W. Caldwell | araucci@morrisnichols.com |
| Jason D. Cassady | |
| John Austin Curry | |
| Justin T. Nemunaitis | |

DEVLIN LAW FIRM
March 25, 2022
Page 2 of 2

| | |
|---|---|
| CALDWELL CASSADY CURRY PC<br>2121 N. Pearl St., Suite 1200<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>(214) 888-4849 (Fax)<br><br>*Attorneys for Plaintiffs*<br>*Midwest Energy Emissions Corp.*<br>*and MES Inc.*<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>/s/ Jessica R. Kunz<br>Robert S. Saunders (#3027)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br>rob.saunders@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>(212) 735-3000<br><br>*Attorneys for Defendants*<br>*Alistar Enterprises, LLC, CERT*<br>*Operations RCB LLC, CERT Operations*<br>*IV LLC, CERT Operations V LLC,*<br>*Rutledge Products, LLC, Senescence*<br>*Energy Products, LLC, Spring Hill*<br>*Resources LLC, Buffington Partners LLC,*<br>*Bascobert (A) Holdings LLC, Larkwood*<br>*Energy LLC, and Cottbus Associates LLC* | OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Brandon Shores Coaltech, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Huron Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* |