IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' TECHNOLOGY TUTORIAL**

1

Coal-fired power plants are the second largest source of electricity produced in the United States, with approximately 899 billion kWh generated from coal-fired power plants in 2021. Coal-fired power plants operate by burning (combusting) coal to generate steam, and then using the steam to turn an electricity producing turbine, as shown in Figure 1. In addition, a modern coal plant also includes a number of emissions control systems to lower pollutants leaving the chimney.



Figure 1. How Electricity is Produced from Coal.

These systems are necessary because coal combustion produces a complex chemistry of gases and solids such as carbon dioxide, carbon monoxide, nitrogen gases, sulfur gases, ash particles (e.g., flyash), unburned carbon/char, mercury, as well as many other minor/trace components that can be undesirable. Reduction of mercury emissions presents a unique problem for coal-fired power plants, in part, because mercury may be present at extremely low concentration in both gaseous form and associate with particles.

ME2C's patented technology solves this problem using a two-part process as illustrated in Figure 2 below. As shown in this simplified diagram, halogen or halide (e.g., bromine) can be added at several locations but is most commonly added (as highlighted in red) to the coal as it is conveyed to the boiler. After the coal is burnt, activated carbon (also referred to as "sorbent") is added to the gas leaving the boiler. These two components react with the mercury in the gas so that it can be captured using particulate control equipment designed to capture small particles, i.e., ash, soot, sorbents (referred to below as the "ESP" or "Fabric Filter").



*Figure 2. ME2C Technology Applied to a Coal-fired Power Plant*

As illustrated in Figure 2, coal is first moved along several conveyer belts from the coal pile (onsite storage) to the pulverizers (coal mills) for it to be pulverized (reduced in size). As the coal moves from the coal pile to the pulverizers, a bromine additive is sprayed (or added) onto (with) the coal. The coal is then provided to the pulverizers that turn the mined coal into very small coal particles that are transported to the boiler. An example of a pulverizer is shown in Figure 3.



*Figure 3. Example of a Pulverizer*

Coal is provided by a coal feeder to the input chute where the coal falls onto a grinding (sometimes referred to as milling) table. Large metal rollers grind the coal into a fine powder. Simultaneously, hot gas (typically air) is blown into the pulverizer from below. Once the coal is ground into a suitable small size, it is swept up by the moving hot gas and blown out of the outlet. This coal outlet will be connected to ductwork so that the coal particles are transported into the combustion chamber (furnace).

Figure 4 shows an example of a combustion chamber with four coal silos, feeders, and pulverizers which provide the boiler with coal. Figure 5 provides a more detailed representation of the internal portions of a combustion chamber. As shown in figure 5, pressurized air is used to blow the pulverized coal particles (and bromine additive) into several levels of the combustion chamber. For the coal to combust in the combustion chamber (furnace) a source of gas containing oxygen is required for the carbon in the coal to be converted to carbon dioxide ($CO_2$) and release heat.



*Figure 4. Example of Coal Silos, Feeder, Pulverizers, and Boiler*

This gas source can be air, as highlighted in green in Figure 5, which contains 21 percent oxygen, or it can be a more enriched gas that contains greater than 95% oxygen as is used in oxycombustion systems. Typical coal-fired plants in operation today provide air as the gas stream that contains oxygen to the combustion chamber to be used to combust the pulverized coal. This combustion air is often heated by heat exchangers (e.g., air heaters as shown in Figure 5) to improve combustion efficiencies.



Figure 5. Example of a Coal-fired Boiler (Reference: "Steam: Its Generation and Use," Edition 42, Babcock and Wilcox) (annotated)

As the coal burns (combusts), it generates the heat necessary to convert water to steam. This steam travels through numerous heat exchanger tubes within the combustion chamber and boiler and is ultimately provided to a turbine (Figure 1) to generate electricity. This combustion process also produces exhaust gas that must proceed through the pollution control equipment before being released into the air through the chimney. This gas first exits the combustion chamber and then proceeds through the boiler to the remaining pollution control equipment.

As used in various embodiments of ME2C's patented process, this equipment will include an activated carbon injection (ACI) system. This system adds particles of a sorbent such as activated carbon (AC) into the gas, at potentially different locations, (see, e.g., Figure 2). This sorbent system may be as simple as a hopper (silo) filled with activated carbon along with a blower and piping to deliver (add) the sorbent into the gas. The activated carbon sorbent and bromine additive react with the mercury in the gas so that it can be captured using particulate control equipment.



*Figure 6. Example of an ESP or Fabric Filter*

Particulate control equipment used routinely at a coal-fired power plant are "baghouses (BH)," "fabric filters (FF)," "electrostatic precipitator (ESP)," or certain types of scrubbers, as shown in Figure 2. As shown in Figure 6 these are large structures designed to capture particles either by passing the gas through a fabric filter, or through a series of electrified plates that use static electricity to capture particles. The end result of coupling the patented two-part technology with this particulate removal process is a gas that has a dramatically reduced mercury content.

6

Dated: March 28, 2022                              Respectfully submitted,

                                                            **DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

**CALDWELL CASSADY CURRY PC**               Bradley W. Caldwell
2121 N. Pearl St., Suite 1200                Texas Bar No. 24040630
Dallas, Texas 75201                          Jason D. Cassady
Phone: (214) 888-4848                        Texas Bar No. 24045625
(214) 888-4849 (fax)                         John Austin Curry
bcaldwell@caldwellcc.com                     Texas Bar No. 24059636
jcassady@caldwellcc.com                      Justin T. Nemunaitis
acurry@caldwellcc.com                        Texas Bar No. 24065815
jnemunaitis@caldwellcc.com

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*