IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' TECHNOLOGY TUTORIAL**

**Introduction:  Defendants' Process for Reducing Emissions of Mercury and Other Pollutants from Coal-Fired Power Plants**

1.      Defendants' patented and licensed technology for reducing the emissions of mercury and other pollutants from coal-fired power plants involves the manufacture and sale of a modified form of coal called "Refined Coal."   Under 26 U.S.C. § 45(c)(7), coal qualifies as "Refined Coal" if the emissions of mercury from the combustion of Refined Coal under certain test conditions are at least 40 percent less than when feedstock (raw) coal is combusted under the same test conditions, and emissions of NOx pollutants (nitrogen oxides) are reduced by at least 20%.  26 U.S.C. § 45(c)(7)(B).  An entity that made and sold properly qualified and certified Refined Coal "for the purpose of generating steam" (used to drive turbines that make electricity) could claim a tax credit related to that activity.  The law providing the tax credit expired as of December 31, 2021.

2.      Several of the named defendants have made "Refined Coal" by treating feedstock (raw) coal with a combination of proprietary chemicals, in this case MerSorb and S-Sorb.  Several of the named defendants contracted to sell Refined Coal to a nearby coal-fired power plant.

3.      All five patents-in-suit in this case are directed to a two-step process for reducing the mercury emissions from coal-fired power plants.  In all instances both steps involve activities that the power plants (and not the Refined Coal companies) can perform.

4.      In four of the patents, the first step involves burning coal to which bromine has been added (the bromine-enriched coal is alleged to be provided by the Refined Coal defendants). And the second step in the method claims of those four patents involves injecting a form of carbon known as "activated carbon" into the flue gas generated by the combustion of the coal.

5.      In the remaining patent, the first step involves injecting bromine into a mercury-containing gas stream, such as the flue gas stream that exits the furnace of a coal-fired power plant. The second step involves separately injecting activated carbon into such a mercury-containing gas stream.  Again, these activities relate to the power plants' combustion of coal and treatment of coal combustion gases—and not to activities of the Refined Coal defendants, which provided certain power plants with bromine-treated coal.

**Coal**

6.      Coal is a complex substance formed from the decay of ancient life forms.  The composition of coal varies, but it is primarily carbon (C), with varying amounts of other elements such as hydrogen (H), nitrogen (N), oxygen (O), sulfur (S), halogens (i.e. chlorine (Cl), bromine (Br), iodine (I)) and metals, including mercury (Hg).  Coal is generally divided into four ranks based on the carbon content of the coal. The ranks of coal from the lowest carbon content to the highest carbon content are lignite, subbituminous, bituminous, and anthracite.  The composition and quality of coal also vary with respect to the coal deposits from which it is mined.

7.      When coal is burned, or combusted, it is reacted with oxygen ($O_2$) at a high temperature.  The primary products of coal combustion are carbon dioxide ($CO_2$) and water ($H_2O$), but the other substances in coal can be liberated from the coal when it is heated, where they can

join the other gases generated from combustion, and can also react with each other and with oxygen.  Some of these substances, which may be emitted into the atmosphere are the subject of government regulation.  Emissions that are regulated include compounds containing nitrogen and oxygen (collectively termed "NOx" and representing a family of compounds), compounds containing sulfur and oxygen (collectively, SOx), as well as various mercury compounds.

8.       The patent claims at issue in this case are directed to processes for controlling or limiting the atmospheric release of mercury from coal-fired power plants.  Some mercury (elemental symbol Hg) is contained in all coals but varies greatly in concentration depending on the coal type and source.

9.       The combustion of coal generates heat.  The heat generated by the combustion of coal in a power plant furnace is used to superheat water in pipes that pass through the boiler.  This produces high-pressure steam in those pipes; such steam is used to spin giant turbines in power plant generators.  The mechanical energy from the spinning turbines is transformed into the electrical energy.

**Structure of a Coal-Fired Power Plant**

10.       Although coal-fired power plants can differ from each other in many ways, the basic structure of a typical coal-fired power plants is shown in the schematic below, which is taken from a treatise entitled "Steam."  Babcock & Wilcox, STEAM: ITS GENERATION AND USE, 40th ed. (The Babcock & Wilcox Company: 1992).  The parts of the plant are not drawn to scale. Letters A through J have been added to the diagram to help explain some of the indicated features.



11.     The coal is typically supplied from a stockpile of coal (A) located outside of the coal plant buildings, after delivery from a mine.  The coal in the stockpile consists of pieces of varying shapes and sizes, but each is approximately 4 inches across.  The coal is reclaimed from the stockpile and sent via conveyer belt to a crusher house, B,  where equipment crushes the pieces of coal into smaller pieces, each approximately ½" across.  The crushed coal is then conveyed into the power plant where it is stored in one or more silos, C.  From there the coal is dropped into the pulverizers, D, where it is further reduced in size from ½" to particles having the roughly the size of particles of milled flour—i.e.,  a mean diameter of approximately 50 microns (one micron is one millionth of a meter—there are 25,000 microns in an inch). The pulverized coal and hot air are introduced into the boiler (also called the furnace), E, where combustion occurs.  The boiler is generally in the shape of an upside down "U," and in instances relevant to this litigation the boiler may be approximately 100 feet high and 50 feet in diameter.

12.     The first part of the boiler—the combustion chamber—has multiple burners that ignite and burn the pulverized coal, and much of the combustion chamber is filled by an enormous

fireball.  Some heavier products of combustion (such as compounds formed from iron in the coal) may fall to the bottom of the combustion chamber, which often has a bottom ash collection system. Other products of combustion flow through the horizontal part of the upside-down U, and then out through the furnace exit into the exhaust system known as the flue (to the right of the boiler in the figure).  Pipes that pass through the boiler capture the heat from the combustion, and superheated steam within the pipes circulates through the turbine-generator to generate electricity.

13.     After they leave the furnace, the emission gases generated from the combustion of coal flow downstream through a "flue" that may be 150 meters long, with a cross-section width of 10 to 100 ft.  Although the specifics of all power plants are different, a number of different systems (F, H, I) may be used to treat the flue gas as it streams from the upstream point (the furnace exit) to the downstream point (the smokestack, J).  Such treatments may include devices to capture and remove particulate matter (such as soot and ash), which can then be collected as waste ash. Common particulate collection devices include electrostatic precipitators, fabric filters (also known as baghouses), wet scrubbers, cyclone collectors, and side stream separators.  Other devices that feed into the flue may help treat or capture other pollutants.



450 MW midwest power station firing pulverized subbituminous coal.

Steam, at 8-20.

14.     The flue terminates with a stack (marked J),  from which the treated flue gas is released into the atmosphere.

**Pollution Control Devices**

15.     The products of coal combustion can leave a power plant in the gas stream that exits the exhaust stack at the end of the flue, or they can be transformed into other compounds, or they

6

can be adsorbed onto solids (to be subsequently removed from the flue gas stream), or they can be

collected as solid particulate matter (ash), or they can be absorbed into liquid solutions in certain

devices.  In addition to the particulate control devices described in paragraph 13, which remove

particles from the flue gas stream, other pollution control devices may react with undesired gaseous

components of the flue gas stream.  One example of such a pollution control device is a selective

catalytic reduction (SCR) unit.  An SCR works to lower the amount of NOx that exits into the

atmosphere.  The SCR chemically reduces[1] unwanted NOx to harmless molecular nitrogen ($N_2$,

the gas that comprises 78% of the earth's atmosphere) by using a reducing agent such as ammonia

or urea in the presence of a catalyst.  Another example of a pollution control device is a flue gas

desulfurization system, which removes SOx from the flue gas stream, generally by reacting the

sulfur oxide (SOx) compounds with aqueous solutions containing calcium carbonate or calcium

oxide.  The products of those reactions can then be removed via a wet scrubber or dry scrubber.

**Various government regulations control the amount of mercury that may exit the stack into the atmosphere, and the mechanisms for reducing mercury emissions have been the subject of considerable study.**

      16.     Some of the mercury in flue gas is found in the form of gaseous elemental mercury

(represented as Hg or $Hg^0$).  Elemental mercury has an oxidation state of zero.  At room

---

[1] The term "reduce" here refers to a reduction in the oxidation state of the nitrogen.  Oxidation state (or oxidation number) is term used to describe the theoretical electronic charge assigned to an atom in a molecule, whereby the overall charge of the molecule is conserved.  A positive oxidation number or charge indicates that an atom has donated electrons to another atom in the molecule; a negative number indicates that it has gained electrons from another atom in the molecule.  In a neutral element, such as elemental Hg, the oxidation state is zero.  When mercury is bound to two chloride atoms as $HgCl_2$, the Hg has an oxidation number of +2 (represented as $Hg^{2+}$) while each chloride has an oxidation number of -1.  In an oxidation, an element is oxidized, meaning that its oxidation number increases.  In a reduction, the element is reduced, meaning that an element has its oxidation number reduced.  Often in a chemical reaction, some elements are reduced while others are oxidized.

temperature, elemental mercury is a liquid, and is the form of mercury found in mercury thermometers.  Even at room temperatures, some elemental mercury is in the vapor form.

17.     The temperatures of the gas in the flue typically range from approximately 700 ºC (1300 ºF) or higher at the furnace exit, to between 50 ºC and 150 ºC (between 120 and 300 ºF), at the stack exit.  Within the range of gas temperatures found within the flue, elemental mercury is in the vapor phase.  Because  the mercury vapor is mixed with the other gases in the flue, removing the mercury would require separating it from the other gases.  This can be done, for example, by selectively adsorbing the mercury that is in the flue gas stream onto a solid substance (called a sorbent) that can adsorb the mercury and hold on to it, and then the solid particle to which the mercury has been adsorbed may be filtered out of the flue gas stream, thus removing the mercury from the flue gas stream.  The term "adsorb" here is used generically, as there are a variety of ways that mercury can be captured by a sorbent including amalgamation (alloying), physical adsorption, chemical adsorption, and chemical reaction.

18.     Solid sorbents to bind mercury can be added into the flue gas stream, typically in the form of a fine powder.  The most commonly used and studied sorbent for this purpose is activated carbon (AC).  Activated carbon, also known as activated charcoal, is carbon material that has been heated or chemically treated to increase its absorption capacity.  It is commonly used in a variety of filtering applications, such as drinking water filters or air purifiers.  As noted in a 1998 review article, "[a]ctivated carbons have been the most thoroughly studied sorbent for the capture of mercury."  Evan Granite, Henry Pennline, and Richard Hargis, "Sorbents for Mercury Removal from Flue Gas," Topical Report DOE/FETC/ TR-98-01; National Energy Technology Laboratory: Pittsburgh, PA (1998).  Because activated carbon is primarily carbon, it could not be added to the

8

furnace with the coal, because it would burn up.  Instead, to function as a sorbent, activated carbon would need to be added into the flue gas, which is at a lower temperature.

19.     In addition to being found in its elemental unoxidized form, mercury in the flue gas can also be found as a gaseous oxidized mercury compound (such as in $HgCl_2$ or $HgBr_2$).  The mercury atom in these mercury compounds is "oxidized" and has a formal charge of $+2$.  Mercury in the flue gas may also be particulate-bound mercury (that is, mercury that is bound to the surface of a solid particle).

20.     Halogens such as chlorine, bromine, and iodine are elements that are known oxidizers of mercury—i.e., they can convert elemental mercury ($Hg^0$) to the oxidized ("Hg+" or "Hg++) forms of mercury that are found in compounds such as $HgCl_2$ or $HgBr_2$.  Mercury in its oxidized forms is easier to remove from the flue gas compared to elemental mercury because the oxidized mercury can more tightly bind to sorbent particles, which may then be filtered out of the flue gas stream.  The chemical reactions between mercury and halogens, like the role of halogens in the capture and control of mercury in combustion gases, have been studied long before the filing of the patents at issue.

21.     Thus, it was known that when the flue gas contains higher  concentrations of halogens, whether because the particular feedstock coal that the power plant burns contains more halogens or halogen compounds naturally, or contains added halogens, or because halogen or halogen compounds are injected into the combustion chamber, or are injected into the flue gas stream in the flue, the higher concentration of halogens and halogen compounds facilitated the ultimate removal of mercury. Prior to the filing of the patents at issue, the effects of halogen on mercury control were being studied, both in systems with and without the use of activated carbon. *See, e.g.*, Granite at 16-21, 31-33.

**Promoted Activated Carbon**

22.     As explained above, the use of activated carbon injected into the flue gas lines was one way of adsorbing mercury so that it could be removed from the gas stream.  Other works used activated carbon in combination with a type of chemical that functions as a "promoter" to increase, or promote, the activated carbon's efficiency in absorbing mercury.  Granite 1998 explained, under the heading "Promoters," that "[m]any chemicals have been examined for their ability to increase the capacity of activated carbon" and that "[t]hese materials include halides, halogens, sulfur, sulfides, and lime."  *Id*. at 19.  One approach that was studied before the filing of the patents asserted in this case was to react activated carbon with a halogen, and thereby creating a so-called "halogen-promoted sorbent"—i.e., a sorbent whose absorption properties are enhanced, or promoted, through the addition of halogen.  This approach was demonstrated by Sidney Nelson Jr., who prepared both brominated and chlorinated activated carbon and tested their ability to capture mercury, and illustrated this in his application for US Patent No. 6,953,494, which was filed on May 6, 2003.

**Methods of Adding Materials to the Power Plant System**

23.     As explained above, in a coal-fired power plant, the path of the coal from the coal yard, through its combustion to generate heat, to the exit of the combustion exhaust gases out the stack may proceed through several steps and discrete points.

24.     Materials for reducing emissions can be introduced or added at a variety of different points along this path, depending on the type of substance to be added, its stability and efficacy at different temperatures and under different conditions, and its method of action.  Taking each point in turn:

> Crusher House B- Silos C:  Substances may be added to the coal in the crusher
> house (B), before it is feed into the pulverizer.  Some Refined Coal company
> defendants prepare Refined Coal in a portion of a crusher house, where they add

certain chemicals to coal before it is crushed into ½" pieces, for storage in the silos (C).

Pulverizer D.  Substances may be added before the pulverizer (D).  Many power plants add bromine to coal before the pulverizer.

Boiler E.  Substances that can withstand high temperatures may be injected into the boiler. That would not typically be the case for activated carbon, for example, because it would break down in the high temperatures of the furnace.

Flue F.  Injection into the flue before the particulate collector device, as has been done, for example, with brominated activated carbon.

Flue H.  Incorporation into the particulate collection device

Flue I-Flue J.  Injection into the flue after the particulate collection device but before a wet scrubber, such as in the use of mineral sorbents for controlling SOx.

The following diagram from the '147 patent, for example, depicts the parts of a coal-fired power plant that come after (downstream) of the furnace.  The furnace would be located below the diagram, and the yellow line represents the flue; the gases would move up the page.  The diagramdiscloses various points where materials may be injected directly into the flue gas stream or into transport lines (highlighted in red) that lead into the flue.

11



FIG. 3

25.     When substances such as activated carbon are introduced into the flue gas stream, it is important to ensure mixing so that all of the gas stream is exposed to the activated carbon. Injection into the flue gas stream is typically accomplished through large lances  which inject the additive under pressure into the flue gas stream, away from the wall of the flue.

**Asserted Claims**

26.     The asserted patents can be divided into two groups.  In the claims of the earliest patent, US Patent No. 8,168,147,  there are two steps.[2]  One step involves the injection of an

---

[2]  Plaintiffs may seek to claim a priority date for certain of the patents based on a provisional patent filed on August 30, 2004, but they are not entitled to that date.  Indeed, in instituting review of the '147 Patent, the PTAB preliminarily determined that the '147 Patent was entitled to a priority date no earlier than April 6, 2009.  IPR2020-00928 (Dec. 2, 2020) Paper 17, 32; *see also* IPR2020-00832 (Oct. 26, 2020) Paper 17, 31 (finding that that the patent owner failed to present persuasive evidence that the '114 Patent was entitled to a priority date earlier than May 14, 2018).

activated carbon sorbent into a gas stream, and the other step involves the separate injection of a

bromide precursor into a gas stream.

27.     The claims of the '147 patent require that the following happen:

- First, the bromide precursor must react with the sorbent in that gas stream to create a promoted brominated activated carbon sorbent.
- Next, the promoted brominated activated carbon sorbent must react with elemental mercury to create a mercury/sorbent chemical composition.
- The mercury/sorbent chemical composition may then be removed from the gas stream:).

28.     The asserted claims of the remaining four patents also are all directed to a two-step

method.  In the first step, a bromide compound must be added to the coal before it is fed into the

boiler, and in the second step, an activated carbon sorbent must be injected into the flue gas stream:

| Patent and Claim | Bromine Step | Activated Carbon Step |
|---|---|---|
| US Patent No. 10,343,114, claim 1 | "…wherein the coal comprises added [bromine compounds]…or the combustion chamber comprises added [bromine compounds]" | "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber" |
| US Patent No. 10,589,225, claim 1 | "combusting a mixture comprising coal, pyrolysis char, and an additive comprising [bromine compounds]" | "adding a particulate sorbent material comprising activated carbon into the mercury-containing gas" |
| US Patent No. 10,668,430, claim 1 | "the coal comprising an additive comprising [bromine compounds]…or the combustion chamber comprises added [bromine compounds]" | "injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber" |
| US Patent No.  10,596,517 patent, claim 1 | "the coal comprising an additive comprising [bromine compounds]" | "a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon" |

13

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Jessica R. Kunz
_____
Robert S. Saunders (#3027)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations RCB LLC,*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC, and*
*Senescence Energy Products, LLC,*
*Spring Hill Resources LLC; Buffington*
*Partners*
*LLC; Bascobert (A) Holdings LLC; Larkwood*
*Energy LLC; and Cottbus Associates LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Huron Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

March 28, 2022

14

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2022, I caused the foregoing to be electronically filed

with the Clerk of the Court using CM/ECF, which will send notification of such filing to all

registered participants.

I further certify that I caused copies of the foregoing document to be served on

March 28, 2022, upon the following in the manner indicated:

James M. Lennon, Esquire                                      *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                  *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*


/s/ Brian P. Egan
_____
Brian P. Egan (#6227)