IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (RGA) (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR CLAIM CONSTRUCTION**

Pursuant to the Court's March 25, 2022 Oral Order (D.I. 385), Defendants respectfully request that the Court adopt their claim construction positions set forth in the Joint Claim Construction Chart and the associated briefing.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Jessica R. Kunz* | */s/ Brian P. Egan* |
| Robert S. Saunders (#3027)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br>rob.saunders@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com |
| *Attorneys for Defendants*<br>*Alistar Enterprises, LLC,*<br>*CERT Operations RCB LLC,*<br>*CERT Operations IV LLC,*<br>*CERT Operations V LLC,*<br>*Rutledge Products, LLC, and*<br>*Senescence Energy Products, LLC,*<br>*Spring Hill Resources LLC; Buffington Partners*<br>*LLC; Bascobert (A) Holdings LLC; Larkwood Energy LLC; and Cottbus Associates LLC* | *Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Brandon Shores Coaltech, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Huron Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC*<br>*Walter Scott Refined Coal LLC* |

March 28, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 28, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)