IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) ) ) ) ) C.A. No. 19-1334 (RGA) (CJB) ) ) **Defendants' Exhibit 3** ) **Filed Separately Under Seal** ) ) |

## JOINT CLAIM CONSTRUCTION APPENDIX

Pursuant to the Court's Scheduling Order, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("Plaintiffs") and Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, AJG Iowa Refined Coal LLC, Joppa Refined Coal LLC, Thomas Hill Refined Coal LLC, Wagner Coaltech LLC, Walter Scott Refined Coal LLC, Louisa Refined Coal, LLC, Belle River Fuels Company, LLC, Arbor Fuels Company, LLC, Portage Fuels Company, LLC, Brandon Shores Coaltech, LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Cottbus Associates LLC, Erie Fuels Company, LLC, George Neal South Refined Coal, LLC, George Neal North Refined Coal, LLC, Huron Fuels Company, LLC, Larkwood Energy LLC, Spring Hill Resources LLC, and Superior Fuels Company 1, LLC ("Defendants") jointly submit the attached joint claim construction appendix.

| | PLAINTIFFS' EXHIBITS |
|---|---|
| **Exhibit No.** | **Description** |
| 1 | Declaration from John Pavlish submitted to the Patent Office during prosecution of 10,343,114 |
| 2 | EPA Study of Hazardous Air Pollutant Emissions from Electric Utility Steam Generating Units -- Final Report to Congress dated February 1998 |
| 3 | Excerpt from COAL, OIL SHALE, NATURAL BITUMEN, HEAVY OIL AND PEAT – Vol. I - Coal Combustion and Combustion Products by Xianglin Shen |
| | **DEFENDANTS' EXHIBITS** |
| 1 | Granite, E., et al., "Sorbents for Mercury Removal from Flue Gas," U.S. Department of Energy, (Jan. 1998) |
| 2 | Transcript of the November 12, 2021 Markman hearing in Volterra Semiconductor LLC v. Monolithic Power Systems, Inc., Case No. 19-cv-02240-CFC-SRF (D. Del. filed Dec. 9, 2019) (J. Connolly) |
| 3 | Plaintiffs' Section 7.c Disclosures to Refined Coal Defendants, dated September 9, 2021 [CONFIDENTIAL/ATTORNEYS' EYES ONLY] – **FILED SEPARATELY UNDER SEAL** |
| 4 | E-mail chain between the parties' counsel, dated between December 17, 2021 and January 6, 2022 |
| 5 | Emissions Technologies page of the Midwest Energy Emissions Corp. website, located at https://www.me2cenvironmental.com/emissions-technologies, and accessed on February 24, 2022 |
| 6 | United States Patent Application Publication No. 2004/0003716A1 |
| 7 | Excerpt of applicant's remarks filed on June 13, 2018 in the prosecution of United States Application. No. 14/712,558, from which issued Unite States Patent No. 10,589,225 |

DATED: March 28, 2022

Respectfully submitted,

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815

**CALDWELL CASSADY CURRY PC**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (fax)
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

*Attorneys for Plaintiffs
Midwest Energy Emissions Corp.
and MES Inc.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brian P. Egan*
Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrishichols.com

OF COUNSEL:

**GIBSON, DUNN & CRUTCHER LLP**
Richard W. Mark
Joseph Evall
Paul J. Kremer
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Jessica R. Kunz*
Robert S. Saunders (ID No. 3027)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000

rmark@gibsondunn.com
jevall@gibsondunn.com
pkremer@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC,*
*Arbor Fuels Company, LLC,*
*Belle River Fuels Company, LLC,*
*Brandon Shores Coaltech LLC,*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations RCB LLC,*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC, and*
*Senescence Energy Products, LLC,*
*Spring Hill Resources LLC; Buffington Partners LLC; Bascobert (A) Holdings LLC; Larkwood Energy LLC; and Cottbus Associates LLC*