# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. No. 1:19-01334-RGA-CJB |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Paul J. Lockwood of Skadden, Arps, Slate, Meagher & Flom LLP as counsel on behalf of defendants CERT Operations IV LLC; CERT Operations V LLC; CERT Operations RCB LLC; Senescence Energy Products, LLC; Rutledge Products, LLC; Alistar Enterprises, LLC; Spring Hill Resources, LLC; Buffington Partners, LLC; Bascobert (A) Holdings, LLC; Larkwood Energy, LLC; and Cottbus Associates, LLC (the "CERT Defendants"), in the above-captioned action.

/s/ Paul J. Lockwood
Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for the CERT Defendants*

DATED: April 1, 2022