IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. No. 1:19-01334-RGA-CJB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to D. Del. L.R. 83.7, Robert S. Saunders hereby withdraws his appearance as counsel for CERT Operations IV LLC; CERT Operations V LLC; CERT Operations RCB LLC; Senescence Energy Products, LLC; Rutledge Products, LLC; Alistar Enterprises, LLC; Spring Hill Resources, LLC; Buffington Partners, LLC; Bascobert (A) Holdings, LLC; Larkwood Energy, LLC; and Cottbus Associates, LLC (the "CERT Defendants"), in the above-captioned action.[1]  All other attorneys involved in the case from Skadden, Arps, Slate, Meagher & Flom LLP will continue to represent the CERT Defendants.

---

[1] Former CERT Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, and CERT Operations III LLC have been dismissed and are no longer parties to this action.

DATED: April 1, 2022

/s/ *Paul J. Lockwood*
Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for the CERT Defendants*