April 11, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

>   Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher
>   & Co., et al.,* C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke,

The parties in the above-captioned case submit this joint letter and amended claim construction chart pursuant to the Court's March 25, 2022 order regarding claim construction. On April 7, 2022 lead and local counsel for the parties (for ME2C: Jim Lennon, Justin Nemunaitis, Adrienne Dellinger; for Defendants: Brian Egan, Joe Evall, David Glandorf, Richard Mark, Jessica Kunz, Doug Nemec, Leslie Demers) met and conferred regarding the outstanding claim construction disputes in this case. This phone call lasted approximately 25 minutes and included discussion of the disputed terms, related infringement disputes, and logistics for the hearing. The results of this call are provided below:

- The parties reached agreement with respect to one disputed claim term (term A in the Joint Claim Construction Brief), but were at an impasse with respect to three terms. Accordingly, the parties submit the attached Amended Joint Claim Construction Chart.

- The parties did not identify any COVID-19 related concerns at this time that would militate against an in-person hearing. Accordingly, the parties have jointly agreed that the Markman hearing should proceed in person.

                                            Respectfully,

DEVLIN LAW FIRM LLC                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James M. Lennon*                        */s/ Brian P. Egan*
James M. Lennon (No. 4570)                   Jack B. Blumenfeld (#1014)
1526 Gilpin Avenue                           Brian P. Egan (#6227)
Wilmington, DE 19806                         Anthony D. Raucci (#5948)
Telephone: (302) 449-9010                    1201 North Market Street
Facsimile: (302) 353-4251                    P.O. Box 1347
jlennon@devlinlawfirm.com                    Wilmington, DE 19899

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
Caldwell Cassady Curry PC
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
(214) 888-4849 (Fax)
*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*
Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3000

*Attorneys for Defendants*
*Alistar Enterprises, LLC, CERT Operations*
*RCB LLC, CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC, Senescence*
*Energy Products, LLC, Spring Hill*
*Resources LLC, Buffington Partners LLC,*
*Bascobert (A) Holdings LLC, Larkwood*
*Energy LLC, and Cottbus Associates LLC*

(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Brandon Shores Coaltech, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Huron Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

April 11, 2022
Page 3 of 4

**Agreed Constructions:**

| No. | Patent/Cl(s). | Term(s) | Agreed Construction |
|---|---|---|---|
| A | '114 Patent, Claims 1 and 23-25<br><br>'430 Patent, Claims 1, 28, and 29 | "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber" | injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of, and from outside, the combustion chamber |

**Disputed Terms and Constructions:**

| No. | Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|---|
| B | '147 Patent, Claim 17 | "injecting the particulate sorbent material at a sorbent material injection rate and injecting separately the bromine containing promoter into a gas stream" | No construction necessary | "injecting into a gas stream the particulate sorbent material at a sorbent material injection rate and injecting separately into the gas stream the bromine containing promoter, whereby neither injection occurs upstream of a furnace exit, and whereby in-flight reaction produces the promoted brominated sorbent" |
| C | '225 Patent, Claims 1 and 17 | "combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof" | No construction necessary | "combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, whereby each substance in the mixture is added to the combustor" |
| C | '225 Patent, Claim 14 | "combusting coal in a combustor comprising pyrolysis char and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas" | No construction necessary | "combusting coal in a combustor to which has been added (i) pyrolysis char and (ii) an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas" |

April 11, 2022
Page 4 of 4

**Alleged Indefinite Terms:**

| No. | Patent/Cl(s). | Term(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|---|
| D | '114 Patent, Claims 19, 21, and 22<br><br>'517 Patent, Claims 27 and 28<br><br>'430 Patent, Claims 26 and 27 | "halide sorbent enhancement additive" and "sorbent enhancement additive" | No construction necessary, not indefinite | Indefinite |