

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

April 18, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-RGA-CJB

Dear Judge Burke,

Plaintiffs in the above-referenced matter write regarding their currently pending motion for leave to amend their complaint (D.I. 373), which is scheduled for argument before this Court on April 22 at 1pm. Plaintiffs have requested, among other things, leave to submit a Fourth Amended Complaint ("4AC") naming additional Refined Coal LLC Defendants. Defendants do not oppose that portion of Plaintiffs' motion (except insofar as the 4AC seeks to assert claims against such new defendants for induced infringement).

Since filing the motion, and based on ongoing discovery and negotiations between the parties, Plaintiffs have identified one additional Refined Coal LLC Defendant—Marquis Industrial Company, LLC. Plaintiffs request leave to revise their Proposed 4AC to name this additional entity as a Defendant as well. Defendants do not oppose this request provided that Marquis Industrial Company, LLC is treated the same as other Refined Coal LLC Defendants with respect to Plaintiffs' motion (and subject to the same opposition regarding the induced infringement claims). At the same time, the parties are mindful that the Motion to Amend has been fully briefed, with internal references to the paragraph numbers of their Proposed 4AC.

Consistent with the above, Plaintiffs hereby submit a substitute Revised Proposed Fourth Amended Complaint (Rev. 4AC) with the changes highlighted in yellow. Per Agreement between the parties, and to avoid submitting corrected briefing with updated paragraph citations, the Rev. 4AC names Marquis Industrial Company, LLC as a Defendant, but the Rev. 4AC does not change any paragraph numbering from the 4AC, nor does it make any other substantive changes to the 4AC. The parties agree that the Court may review their briefing on the 4AC (D.I 372, 376, 378), and that the paragraph number references in the motion papers need not be revised, and request that the

**DEVLIN LAW FIRM**

April 18, 2022
Page 2 of 2

arguments and relief with respect to the other proposed new Refined Coal LLC defendants be applied equally to Marquis Industrial Company, LLC.

Respectfully,

*/s/ James M. Lennon*

James M. Lennon (No. 4570)

cc:   Clerk of the Court (via CM/ECF)
      Counsel of Record (via CM/ECF)