IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CONCERNING CERTAIN ASSERTED PATENT CLAIMS**

WHEREAS Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s ("ME2C") operative Third Amended Complaint (D.I. 326) asserts five patents, including, among others, U.S. Patent Nos. 10,343,114 (the "'114 patent"), 10,589,225 (the "'225 patent"), 10,596,517 (the "'517 patent"), and 10,668,430 (the "'430 patent");[1]

WHEREAS, in an effort to streamline the issues for adjudication, ME2C has decided to voluntarily dismiss with prejudice certain asserted claims of the '114, '225, '517, and '430 patents; and

WHEREAS, the parties agree that the dismissal with prejudice of claims 19, 21, and 22 of the '114 patent, claims 19 and 29 of the '225 patent, claims 27 and 28 of the '517 patent, and claims 26 and 27 of the '430 patent moots the parties' current claim construction dispute concerning the "halide sorbent enhancement" / "sorbent enhancement additive" claim terms, *see* Joint Claim Construction Brief (D.I. 392) at § V.D.;

---

[1] Plaintiffs have filed a motion for leave to file a Fourth Amended Complaint, which asserts the same five patents. (D.I. 375).

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) ME2C dismisses with prejudice asserted claims 19, 21, and 22 of the '114 patent, claims 19 and 29 of the '225 patent, claims 27 and 28 of the '517 patent, and claims 26 and 27 of the '430 patent, and the parties' claim construction dispute concerning the "halide sorbent enhancement" / "sorbent enhancement additive" claim terms is therefore moot;

(2) nothing in this Stipulation affects the asserted claims that remain with respect to the '114, '225, '517, and '430 patents or any other claims, defenses, and counterclaims remaining in this matter for any reason, including exhaustion, implied license, *res judicata*, collateral estoppel, or the *Kessler* Doctrine; this Stipulation may not be used to argue that dismissal of claims 19, 21, and 22 of the '114 patent, claims 19 and 29 of the '225 patent, claims 27 and 28 of the '517 patent, and claims 26 and 27 of the '430 patent supports a finding of invalidity, non-infringement, or reduced damages with respect to any other claims, defenses, and counterclaims remaining in this matter; and

(3) each party shall bear its own costs, expenses, and attorneys' fees with respect to ME2C's assertion of claims 19, 21, and 22 of the '114 patent, claims 19 and 29 of the '225 patent, claims 27 and 28 of the '517 patent, and claims 26 and 27 of the '430 patent.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| _____ | _____ |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| Veronica McCarty (No. 6734) | Brian P. Egan (#6227) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 449-9010 | Wilmington, DE 19899 |
| jlennon@devlinlawfirm.com | (302) 658-9200 |
| vmccarty@devlinlawfirm.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

*Attorneys for Defendants*
*AJG Coal, LLC*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Arthur J. Gallagher & Co.*
*Belle River Fuels Company, LLC*
*Chem-Mod LLC*
*DTE REF Holdings, LLC*
*DTE REF Holdings II LLC*
*Gallagher Clean Energy, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Portage Fuels Company, LLC*
*Thomas Hill Refined Coal LLC*
*Wagner Coaltech LLC*
*Walter Scott Refined Coal LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*

_____
Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations RCB LLC,*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC,*
*Senescence Energy Products, LLC,*
*Spring Hill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC*
*Cottbus Associates LLC*

April 27, 2022

SO ORDERED this _____ day of _____, 2022.

_____
United States District Court Magistrate Judge

4