IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants to answer, move to dismiss, or otherwise respond to Plaintiffs' Fourth Amended Complaint (D.I. 406) is extended to June 1, 2022.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Anthony D. Raucci* |
| _____ | _____ |

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

_____
James M. Lennon (#4570)
Veronica McCarty (#6734)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com
vmccarty@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Anthony D. Raucci*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica R. Kunz*

_____
Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendants*
*Alistar Enterprises, LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*Rutledge Products, LLC,*
*Senescence Energy Products, LLC,*
*Spring Hill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC,*
*Cottbus Associates LLC, and*
*Marquis Industrial Company, LLC*

May 13, 2022

        SO ORDERED this _____ day of _____, 2022.

_____
United States District Court Magistrate Judge