# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | C.A. No. 1:19-cv-01334 (CJB) |

## PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP. AND MES INC.'S MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT OR, IN THE ALTERNATIVE, LEAVE TO FILE A FIFTH AMENDED COMPLAINT

Pursuant to this Court's Order, dated May 12, 2022 (D.I. 409), Plaintiffs respectfully move the Court to reconsider its prior ruling regarding filing a Fourth Amended Complaint against Arthur J. Gallagher & Co., AJG Coal, LLC, Gallagher Clean Energy, LLC and AJG Financial Services, LLC, or in the alternative, for leave to file a Fifth Amended Complaint for the reasons stated in their letter brief (D.I. 408). Defendants oppose the motion.

Dated: May 16, 2022

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

1

2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com