**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARTHUR J. GALLAGHER & CO., ET AL.,<br><br>         Defendants. | Civ. No. 1:19-cv-01334-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 19, 2022, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Notice of Subpoenas Directed to Power Plants at Issue* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

*Attorneys for Defendants
AJG Iowa Refined Coal LLC
Arbor Fuels Company, LLC
Belle River Fuels Company, LLC
Brandon Shores Coaltech LLC
Erie Fuels Company, LLC
George Neal North Refined Coal, LLC
George Neal Refined Coal, LLC*

Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Wilmington, DE 19899-0636
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Alistar Enterprises, LLC, Spring Hill*

| | |
|---|---|
| *Huron Fuels Company, LLC* | *Resources, LLC, Buffington Partners, LLC,* |
| *Joppa Refined Coal LLC* | *Bascobert (A) Holdings, LLC, Larkwood* |
| *Louisa Refined Coal, LLC* | *Energy, LLC, and Cottbus Associates, LLC* |
| *Portage Fuels Company, LLC* | |
| *Superior Fuels Company 1, LLC* | |
| *Thomas Hill Refined Coal LLC* | |
| *Wagner Coaltech LLC and* | |
| *Walter Scott Refined Coal* | |

| | |
|---|---|
| Dated: May 20, 2022 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Bradley W. Caldwell | Wilmington, DE 19806 |
| Texas Bar No. 24040630 | (302) 449-9010 |
| Jason D. Cassady | jlennon@devlinlawfirm.com |
| Texas Bar No. 24045625 | |
| John Austin Curry | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24059636 | *Emissions Corp. and MES Inc.* |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | |
| Adrienne R. Dellinger | |
| Texas Bar No. 24116275 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2121 N. Pearl Street, Suite 1200 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| Fax: (214) 888-4849 | |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |
| adellinger@caldwellcc.com | |