## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-cv-01334-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 27, 2022, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s First Set of Requests for Admission (Nos. 1-10)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
GIBSON DUNN & CRUTCHER LLP
Denver, CO 80202-2642
DGlandorf@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*

Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendants CERT Operations*
*IV LLC, CERT Operations V LLC, CERT*
*Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*Alistar Enterprises, LLC, Spring Hill*

| | |
|---|---|
| *Belle River Fuels Company, LLC*<br>*Brandon Shores Coaltech LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Thomas Hill Refined Coal LLC*<br>*Wagner Coaltech LLC and*<br>*Walter Scott Refined Coal* | *Resources, LLC, Buffington Partners, LLC,*<br>*Bascobert (A) Holdings, LLC, Larkwood*<br>*Energy, LLC, and Cottbus Associates, LLC* |
| Dated: May 27, 2022 | DEVLIN LAW FIRM LLC |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570)<br>1526 Gilpin Avenue |
| Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>John Austin Curry<br>Texas Bar No. 24059636<br>Justin T. Nemunaitis<br>Texas Bar No. 24065815<br>Adrienne R. Dellinger<br>Texas Bar No. 24116275<br>**CALDWELL CASSADY CURRY PC**<br>2121 N. Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>Fax: (214) 888-4849<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>adellinger@caldwellcc.com | Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy*<br>*Emissions Corp. and MES Inc.* |

2