IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS THE CLAIMS FOR INDUCED INFRINGEMENT IN THE FOURTH AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants hereby move to dismiss the claims for induced infringement in the Fourth Amended Complaint (the "4AC") (D.I. 406). The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Anthony D. Raucci* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY  10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
| | araucci@morrisnichols.com |
| David Glandorf | *Attorneys for Defendants* |
| GIBSON, DUNN & CRUTCHER LLP | *AJG Iowa Refined Coal LLC* |
| 1801 California Street | *Arbor Fuels Company, LLC* |
| Suite 4200 | *Belle River Fuels Company, LLC* |
| Denver, CO 80202-2642 | *Canadys Refined Coal, LLC* |
| (303) 298-5700 | *Chouteau Fuels Company, LLC* |
| | *Coronado Refined Coal, LLC* |
| | *DTE Energy Resources, LLC* |
| | *Erie Fuels Company, LLC* |
| | *George Neal North Refined Coal, LLC* |
| | *George Neal Refined Coal, LLC* |
| | *Hastings Refined Coal, LLC* |
| | *Huron Fuels Company, LLC* |
| | *Jasper Fuels Company, LLC* |
| | *Jefferies Refined Coal, LLC* |
| | *Joppa Refined Coal LLC* |
| | *Louisa Refined Coal, LLC* |
| | *Newton RC, LLC* |
| | *Portage Fuels Company, LLC* |
| | *Superior Fuels Company 1, LLC* |
| | *Walter Scott Refined Coal LLC* |
| | *Williams Refined Coal, LLC* |

|  |  |
|---|---|
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | */s/ Jessica R. Kunz* |
| | _____ |
| OF COUNSEL: | Paul J. Lockwood (#3369) |
| | Nicole A. DiSalvo (#4662) |
| Douglas R. Nemec, Esquire | Jessica R. Kunz (#5698) |
| Leslie A. Demers, Esquire | One Rodney Square |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | P.O. Box 636 |
| One Manhattan West | Wilmington, DE  19899-0636 |
| New York, NY  10001-8602 | (302) 651-3000 |
| (212) 735-3000 | paul.lockwood@skadden.com |
| | nicole.disalvo@skadden.com |
| | jessica.kunz@skadden.com |
| | |
| | *Attorneys for Defendants* |
| | *Alistar Enterprises, LLC,* |
| | *CERT Operations RCB LLC,* |
| | *CERT Operations II LLC,* |
| | *CERT Operations IV LLC,* |
| | *CERT Operations V LLC,* |
| | *Rutledge Products, LLC,* |
| | *Senescence Energy Products, LLC,* |
| | *Spring Hill Resources LLC,* |
| | *Buffington Partners LLC,* |
| | *Bascobert (A) Holdings LLC,* |
| | *Larkwood Energy LLC,* |
| | *Cottbus Associates LLC, and* |
| | *Marquis Industrial Company, LLC* |

June 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 1, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)