**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:19-cv-01334-RGA-CJB ) ) ) ) ) |

**MARQUIS INDUSTRIAL COMPANY, LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant Marquis Industrial Company, LLC hereby certify that Marquis Industrial Company, LLC is owned by Marquis Industrial Holdings (A), LLC and Mylan Special Investments IV, LLC.  Marquis Industrial Holdings (A), LLC is a wholly owned subsidiary of CERT Holdings, LLC; W.A.S. Holdings, LLC; Springhill Management Company, LLC; and Pine Mountain Holdings (CERT), LLC.  Mylan Special Investments IV, LLC is wholly owned by Viatris Inc., a public company.  A publicly held company, Viatris Inc., ultimately owns 10% or more of Marquis Industrial Company, LLC's stock.

| | |
|---|---|
| OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001-8602<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | /s/ *Paul J. Lockwood*<br>Paul J. Lockwood (ID No. 3369)<br>Nicole A. DiSalvo (ID No. 4662)<br>Jessica R. Kunz (ID No. 5698)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants Alistar Enterprises, LLC, CERT Operations RCB LLC, CERT Operations II LLC, CERT Operations IV LLC, CERT Operations V LLC, Rutledge Products, LLC, Senescence Energy Products, LLC, Spring Hill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, and Marquis Industrial Company, LLC* |
| DATED: June 10, 2022 | |