IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) | |
| Defendants. | ) | |

**DEFENDANT CHOUTEAU FUELS COMPANY, LLC**
**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant Chouteau Fuels Company, LLC hereby submits

this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1.     REF Holdings III, LLC owns ten percent or more of the stock of Chouteau Fuels

Company, LLC.

2.     JPM Capital Corporation owns ten percent or more of the stock of REF Holdings,

III, LLC.

3.     JMP Capital Corporation is an indirect subsidiary of JPMorgan Chase.

4.     JPMorgan Chase has no parent company, and no public company owns ten

percent or more the stock of JPMorgan Chase.

5.     JPMorgan Chase is the only publicly traded company that owns, directly or

indirectly, ten percent or more of the stock of Chouteau Fuels Company, LLC.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)

OF COUNSEL:

Brian P. Egan (#6227)
Anthony D. Raucci (#5948)

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendant*
*Chouteau Fuels Company, LLC*

June 13, 2022

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2022, I caused the foregoing document to be electronically mailed to the following person(s) of record:

James M. Lennon, Esquire                                                    *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                              *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX  75201
*Attorneys for Plaintiffs*

Robert S. Saunders, Esquire                      *VIA ELECTRONIC MAIL*
Nicole A. DiSalvo, Esquire
Jessica R. Kunz, Esquire
Daniel S. Atlas, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC, CERT*
*Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*


                       */s/ Brian P. Egan*

                       Brian P. Egan (#6227)