IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) |
| Defendants. | ) |

**DEFENDANT DTE ENERGY RESOURCES, LLC
CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Defendant DTE Energy Resources, LLC, d/b/a DTE Vantage, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1. DTE Energy Resources, LLC, d/b/a DTE Vantage, LLC, is a wholly owned subsidiary of DTE Energy Company, a publicly traded corporation.

2. Other than DTE Energy Company, a publicly traded company, no other public company owns ten percent or more of the stock of DTE Energy Resources, LLC, d/b/a DTE Vantage, LLC.

3. DTE Energy Company has no parent corporation and no public company owns ten percent or more of the stock of DTE Energy Company.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY  10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendant
DTE Energy Resources, LLC*

June 13, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2022, I caused the foregoing document to be electronically mailed to the following person(s) of record:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Robert S. Saunders, Esquire  VIA ELECTRONIC MAIL
Nicole A. DiSalvo, Esquire
Jessica R. Kunz, Esquire
Daniel S. Atlas, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC, CERT*
*Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*


*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)

2