IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT JASPER FUELS COMPANY, LLC
<u>CORPORATE DISCLOSURE STATEMENT</u>**

The undersigned counsel for Defendant Jasper Fuels Company, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1. REF Holdings III, LLC owns ten percent or more of the stock of Jasper Fuels Company, LLC.

2. JPM Capital Corporation owns ten percent or more of the stock of REF Holdings, III, LLC.

3. JMP Capital Corporation is an indirect subsidiary of JPMorgan Chase.

4. JPMorgan Chase has no parent company, and no public company owns ten percent or more the stock of JPMorgan Chase.

5. JPMorgan Chase is the only publicly traded company that owns, directly or indirectly, ten percent or more of the stock of Jasper Fuels Company, LLC.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY  10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendant
Jasper Fuels Company, LLC*

June 13, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2022, I caused the foregoing document to be electronically mailed to the following person(s) of record:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Robert S. Saunders, Esquire  *VIA ELECTRONIC MAIL*
Nicole A. DiSalvo, Esquire
Jessica R. Kunz, Esquire
Daniel S. Atlas, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Attorneys for Defendants CERT Coal Holding,
LLC, CERT Holdings LLC, CERT Holdings 2018,
LLC, CERT Operations LLC, CERT Operations II
LLC, CERT Operations III LLC, CERT Operations
IV LLC, CERT Operations V LLC, CERT
Operations RCB LLC, Senescence Energy
Products, LLC, Rutledge Products, LLC,
and Alistar Enterprises, LLC*

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)

2