IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) ) ) ) |

**DEFENDANT JEFFERIES REFINED COAL, LLC**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

The undersigned counsel for Defendant Jefferies Refined Coal, LLC hereby submits this Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

1. Jefferies Refined Coal, LLC is an indirect subsidiary of Arthur J. Gallagher & Co., a publicly traded corporation.

2. Other than Arthur J. Gallagher & Co., a publicly traded company, no other public company owns ten percent or more of the stock of Jefferies Refined Coal, LLC.

3. Arthur J. Gallagher & Co. has no parent corporation, and BlackRock Inc., a publicly traded company, owns ten percent or more of the stock of Arthur J. Gallagher & Co.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 351-4000 | MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Jefferies Refined Coal, LLC* |

June 13, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2022, I caused the foregoing document to be electronically mailed to the following person(s) of record:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Robert S. Saunders, Esquire  VIA ELECTRONIC MAIL
Nicole A. DiSalvo, Esquire
Jessica R. Kunz, Esquire
Daniel S. Atlas, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Attorneys for Defendants CERT Coal Holding,*
*LLC, CERT Holdings LLC, CERT Holdings 2018,*
*LLC, CERT Operations LLC, CERT Operations II*
*LLC, CERT Operations III LLC, CERT Operations*
*IV LLC, CERT Operations V LLC, CERT*
*Operations RCB LLC, Senescence Energy*
*Products, LLC, Rutledge Products, LLC,*
*and Alistar Enterprises, LLC*

*/s/ Brian P. Egan*

Brian P. Egan (#6227)