**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

        Plaintiffs,

        v.

ARTHUR J. GALLAGHER & CO., et al.,

        Defendants.

)
)
)
)
)
)  C.A. No. 19-1334 (CJB)
)
)
)
)
)

**<u>ENTRY OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Kenneth L. Dorsney of the law firm MORRIS JAMES LLP

hereby enters his appearance as counsel on behalf of Defendants CERT Operations IV LLC, CERT

Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge

Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC,

Larkwood Energy LLC, Cottbus Associates LLC, CERT Operations II LLC, and Marquis Industrial

Company, LLC  in the above-captioned case.

2

Dated:  June 22, 2022

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*Senescence Energy Products, LLC,*
*Rutledge Products, LLC,*
*Springhill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC,*
*Cottbus Associates LLC,*
*CERT Operations II LLC, and*
*Marquis Industrial Company, LLC*