IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Jeffrey D. Dyess, Paul M. Sykes, Benn Wilson and Jessica L. Zurlo to represent Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, Rutledge Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, CERT Operations II LLC, and Marquis Industrial Company, LLC in this matter.

1

Dated:  June 22, 2022

       /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*Senescence Energy Products, LLC,*
*Rutledge Products, LLC,*
*Springhill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC,*
*Cottbus Associates LLC,*
*CERT Operations II LLC, and*
*Marquis Industrial Company, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____           _____
                                                                        United States District Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25 has been or will be submitted upon the filing of this motion.

Dated: June 22, 2022

Jeffrey D. Dyess
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
(205) 521-8288
jdyess@bradley.com

Error! Unknown document property name.

### **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 has been or will be submitted upon the filing of this motion.

Date: June 22, 2022

Signed: _____
Paul M. Sykes, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
(205) 521-8766
psykes@bradley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Alabama, Georgia and District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25 has been or will be submitted upon the filing of this motion.

Dated: June 22, 2022

Benn Wilson, Esq.
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
205.521.8153
bcwilson@bradley.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25 has been or will be submitted upon the filing of this motion.

Dated: June 22, 2022

Jessica L. Zurlo, Esq.
Bradley Arant Boult Cummings, LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
202.719.8231
jzurlo@bradley.com