**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   Case No.: 1:19-cv-01334 -CJB |
| | : |
| ARTHUR J. GALLAGHER & CO., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Paul J. Lockwood, Nicole A. DiSalvo, Jessica R. Kunz, Daniel S. Atlas, Douglas R. Nemec and Leslie A. Demers and the law firm of Skadden, Arps, Slate, Meagher and Flom, LLP hereby withdraw their appearance for Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC.

PLEASE TAKE FURTHER NOTICE that Kenneth L. Dorsney and Cortlan S. Hitch at the law firm of Morris James LLP hereby enter their appearance on behalf of Defendants CERT Coal Holdings LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC.

/s/ Jessica R. Kunz
Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
Daniel S. Atlas (ID No. 6436)
SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com
daniel.atlas@skadden.com

OF COUNSEL:

Douglas R. Nemec, Esquire
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001-8602
Tel.:  (212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Withdrawing Attorneys for Defendants CERT
Coal Holdings LLC, CERT Holdings LLC,
CERT Holdings 2018, LLC, CERT Operations
LLC, CERT Operations II LLC, CERT
Operations III LLC, CERT Operations IV LLC,
CERT Operations V LLC, CERT Operations
RCB LLC, Senescence Energy Products, LLC,
and Rutledge Products, LLC*

DATED:  June 27, 2022

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (ID No. 3726)
Cortlan S. Hitch (ID No. 6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
Tel.:  (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Appearing Attorneys for Defendants CERT
Coal Holdings LLC, CERT Holdings LLC,
CERT Holdings 2018, LLC, CERT
Operations LLC, CERT Operations II LLC,
CERT Operations III LLC, CERT
Operations IV LLC, CERT Operations V
LLC, CERT Operations RCB LLC,
Senescence Energy Products, LLC and
Rutledge Products, LLC*

2