IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admissions (Nos. 1-10) to Defendants* were caused to be served on June 27, 2022, upon the following in the manner indicated:

James M. Lennon, Esquire                                                  *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                           *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
CALDWELL CASSADY CURRY PC
2010 Cedar Springs Road, Suite 1000
Dallas, TX 75201
*Attorneys for Plaintiffs*

Kenneth L. Dorsney, Esquire  
Cortlan S. Hitch, Esquire  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE  19801  
*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC*

*VIA ELECTRONIC MAIL*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Anthony D. Raucci* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Richard W. Mark | Brian P. Egan (#6227) |
| Joseph Evall | Anthony D. Raucci (#5948) |
| Paul J. Kremer | 1201 North Market Street |
| GIBSON, DUNN & CRUTCHER LLP | P.O. Box 1347 |
| 200 Park Avenue | Wilmington, DE  19899 |
| New York, NY  10166-0193 | (302) 658-9200 |
| (212) 351-4000 | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendants
AJG Iowa Refined Coal LLC,
Arbor Fuels Company, LLC,
Belle River Fuels Company, LLC,
Canadys Refined Coal, LLC
Chouteau Fuels Company, LLC
Coronado Refined Coal, LLC
DTE Energy Resources, LLC
Erie Fuels Company, LLC
George Neal Refined Coal, LLC
George Neal North Refined Coal, LLC
Hastings Refined Coal LLC
Huron Fuels Company, LLC,
Jasper Fuels Company, LLC,
Jefferies Refined Coal, LLC,
Joppa Refined Coal LLC,
Louisa Refined Coal, LLC,
Newton RC, LLC,
Portage Fuels Company, LLC,
Superior Fuels Company 1, LLC,
Walter Scott Refined Coal LLC, and
Williams Refined Coal, LLC*

June 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 27, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants CERT Coal Holding, LLC, CERT Holdings LLC, CERT Holdings 2018, LLC, CERT Operations LLC, CERT Operations II LLC, CERT Operations III LLC, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC* | VIA ELECTRONIC MAIL |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)