**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. and MES INC.,** | |
| **Plaintiffs,** | C.A. No. 19-1334-CJB |
| **v.** | **JURY TRIAL DEMANDED** |
| **VISTA ENERGY CORP., et al.,** | |
| **Defendants.** | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents:

**CERT DEFENDANTS' RESPONSE TO PLAINTIFFS'
FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-10)**

**CERT DEFENDANTS' RESPONSE TO PLAINTIFFS' CONSOLIDATED
REQUESTS FOR PRODUCTION TO DEFENDANTS (SETS 1 AND 2)**

**CERT DEFENDANTS' RESPONSE TO PLAINTIFFS'
FIRST SET OF COMMON INTERROGATORIES (NOS. 1-17)**

were served upon the attorneys as listed below on this 7th day of July, 2022 via electronic mail

prior to 6:00 p.m. Eastern:

| | |
|---|---|
| James Lennon | Bradley Caldwell |
| Devlin Law Firm LLC | Jason Cassady |
| 1526 Gilpin Avenue | John Austin Curry |
| Wilmington, DE 19806 | Justin Nemunaitis |
| jlennon@devlinlawfirm.com | Adrienne Dellinger |
| | Caldwell Cassady Curry PC |
| *Attorneys for Plaintiffs* | 2121 N. Pearl Street, Suite 1200 |
| | Dallas, TX 75201 |
| | bcaldwell@caldwellcc.com |
| | jcassady@caldwellcc.com |
| | acurry@caldwellcc.com |
| | jnemunaitis@caldwellcc.com |
| | adellinger@caldwellcc.com |
| | |
| | *Attorneys for Plaintiffs* |

1

Dated: July 7, 2022

   /s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
      psykes@bradley.com
      bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
Email: jzurlo@bradley.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescence Energy Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, Marquis Industrial Company, LLC, Rutledge Products, LLC.*