# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-cv-01334-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 11, 2022, copies of *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s Second Set of Common Interrogatories (No. 18)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Paul J. Lockwood (ID No. 3369)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
paul.lockwood@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com
daniel.atlas@skadden.com

*Attorneys for Defendant
Alistar Enterprises, LLC*

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendant
Alistar Enterprises, LLC*

| | |
|---|---|
| Dated: July 11, 2022 | **DEVLIN LAW FIRM LLC** |
| | */s/ James M. Lennon* |
| OF COUNSEL: | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| Bradley W. Caldwell | Wilmington, DE 19806 |
| Texas Bar No. 24040630 | (302) 449-9010 |
| Jason D. Cassady | jlennon@devlinlawfirm.com |
| Texas Bar No. 24045625 | |
| John Austin Curry | *Attorneys for Plaintiffs Midwest Energy* |
| Texas Bar No. 24059636 | *Emissions Corp. and MES Inc.* |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | |
| Adrienne R. Dellinger | |
| Texas Bar No. 24116275 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2121 N. Pearl Street, Suite 1200 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| Fax: (214) 888-4849 | |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |
| adellinger@caldwellcc.com | |