## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-cv-01334-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2022, copies of (1) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s 30(b)(1) Deposition Notice of George Kotch;* and (2) *Plaintiffs Midwest Energy Emissions Corp. and MES Inc.'s 30(b)(1) Deposition Notice of Katherine Panczak* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
GIBSON DUNN & CRUTCHER LLP
Denver, CO 80202-2642
DGlandorf@gibsondunn.com

Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeffrey D. Dyess
Paul M. Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
Birmingham, AL 35203
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com

Jessica L. Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
Washington, D.C. 20036
jzurlo@bradley.com

| | |
|---|---|
| *Attorneys for Defendants* | *Attorneys for Defendants* |
| *AJG Iowa Refined Coal LLC* | *Bascobert (A) Holdings, LLC* |
| *Arbor Fuels Company, LLC* | *Buffington Partners, LLC* |
| *Belle River Fuels Company, LLC* | *CERT Operations II LLC* |
| *Canadys Refined Coal, LLC* | *CERT Operations IV LLC* |
| *Chouteau Fuels Company, LLC* | *CERT Operations RCB LLC* |
| *Coronado Refined Coal, LLC* | *CERT Operations V LLC* |
| *DTE Energy Resources, LLC* | *Cottbus Associates, LLC* |
| *Erie Fuels Company, LLC* | *Larkwood Energy, LLC* |
| *George Neal North Refined Coal, LLC* | *Marquis Industrial Company, LLC* |
| *George Neal Refined Coal, LLC* | *Rutledge Products, LLC* |
| *Hastings Refined Coal, LLC* | *Senescence Energy Products, LLC* |
| *Huron Fuels Company, LLC* | *Spring Hill Resources, LLC* |
| *Jasper Fuels Company, LLC* | |
| *Jefferies Refined Coal, LLC* | Paul J. Lockwood (ID No. 3369) |
| *Joppa Refined Coal LLC* | Jessica R. Kunz (ID No. 5698) |
| *Louisa Refined Coal, LLC* | Nicole A. DiSalvo (ID No. 4662) |
| *Newton RC, LLC* | Daniel S. Atlas (ID No. 6346) |
| *Portage Fuels Company, LLC* | SKADDEN, ARPS, SLATE, MEAGHER |
| *Superior Fuels Company 1 LLC* |   & FLOM LLP |
| *Walter Scott Refined Coal LLC* | Wilmington, DE 19899-0636 |
| *Williams Refined Coal, LLC* | paul.lockwood@skadden.com |
| | jessica.kunz@skadden.com |
| | nicole.disalvo@skadden.com |
| | daniel.atlas@skadden.com |
| | |
| | Douglas R. Nemec |
| | Leslie A. Demers |
| | SKADDEN, ARPS, SLATE, MEAGHER |
| |   & FLOM LLP |
| | New York, NY 10001-8602 |
| | douglas.nemec@skadden.com |
| | leslie.demers@skadden.com |
| | |
| | *Attorneys for Defendant* |
| | *Alistar Enterprises, LLC* |
| | |
| Dated: July 18, 2022 | **DEVLIN LAW FIRM LLC** |
| | |
| | */s/ James M. Lennon* |
| | James M. Lennon (No. 4570) |
| | 1526 Gilpin Avenue |
| | Wilmington, DE 19806 |
| | (302) 449-9010 |
| | jlennon@devlinlawfirm.com |
| | |
| | *Attorneys for Plaintiffs* |

2

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com