**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP. and MES INC.,

Plaintiffs,

v.

VISTA ENERGY CORP., *et al.*,

Defendants.

Case No.: 1:19-cv-01334-CJB

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 18, 2022 copies of (1) Defendant Alistar Enterprises, LLC's Third Supplemental Responses and Objections to Plaintiffs' First Set of Common Interrogatories (Nos. 1-17), (2) Defendant Alistar Enterprises, LLC's Second Supplemental Responses and Objections to Plaintiffs' Consolidated Requests for Production (Sets 1 and 2), and (3) Defendant Alistar Enterprises, LLC's Responses and Objections to Plaintiffs' First Set of Requests for Admission (Nos. 1-10), were caused to be served on the following counsel of record via electronic mail:

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Adrienne R. Dellinger
Justin T. Nemunaitis
CALDWELL, CASSADY CURRY PC
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

James M. Lennon (ID No. 4570)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

OF COUNSEL:

Jeffrey D. Dyess
Paul M. Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N
Birmingham, Alabama 35203
(205) 521-8000
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com

Kenneth L. Dorsney (ID No. 3726)
Cortlan S. Hitch (ID No. 6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, CERT Operations II LLC, and Marquis Industrial Company, LLC*

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Jack B. Blumenfeld (ID No. 1014)
Brian P. Egan (ID No. 6227)
Anthony D. Raucci (ID No. 5948)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC,*
*Arbor Fuels Company, LLC,*
*Belle River Fuels Company, LLC,*
*Canadys Refined Coal, LLC,*
*Chouteau Fuels Company, LLC,*
*Coronado Refined Coal, LLC,*
*DTE Energy Resources, LLC,*
*Erie Fuels Company, LLC,*
*George Neal Refined Coal, LLC,*
*George Neal North Refined Coal, LLC,*
*Hastings Refined Coal LLC,*
*Huron Fuels Company, LLC,*
*Jasper Fuels Company, LLC,*
*Jefferies Refined Coal, LLC,*
*Joppa Refined Coal LLC,*
*Louisa Refined Coal, LLC,*
*Newton RC, LLC,*
*Portage Fuels Company, LLC,*
*Superior Fuels Company 1, LLC,*
*Walter Scott Refined Coal LLC, and*
*Williams Refined Coal, LLC*

/s/ *Jessica R. Kunz*

Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant Alistar Enterprises, LLC*

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
(212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com

DATED: July 25, 2022