# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> VISTA ENERGY CORP., et al., <br><br> Defendants. | C.A. No. 19-1334-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**CERT DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS (NOS. 1-7)**

were served upon the attorneys as listed below on this 10th day of August, 2022 via electronic mail prior to 6:00 p.m. Eastern:

| | |
|---|---|
| James Lennon <br> Devlin Law Firm LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs* | Bradley Caldwell <br> Jason Cassady <br> John Austin Curry <br> Justin Nemunaitis <br> Adrienne Dellinger <br> Caldwell Cassady Curry PC <br> 2121 N. Pearl Street, Suite 1200 <br> Dallas, TX 75201 <br> bcaldwell@caldwellcc.com <br> jcassady@caldwellcc.com <br> acurry@caldwellcc.com <br> jnemunaitis@caldwellcc.com <br> adellinger@caldwellcc.com <br><br> *Attorneys for Plaintiffs* |

1

Dated: August 10, 2022

      */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
       psykes@bradley.com
       bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
Email: jzurlo@bradley.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescence Energy Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, Marquis Industrial Company, LLC, Rutledge Products, LLC.*