IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' Final Invalidity Contentions* were caused to be served on August 11, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire <br> Jason D. Cassady, Esquire <br> John Austin Curry, Esquire <br> Justin T. Nemunaitis, Esquire <br> Adrienne R. Dellinger, Esquire <br> CALDWELL CASSADY CURRY PC <br> 2010 Cedar Springs Road, Suite 1000 <br> Dallas, TX 75201 <br> *Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|  | */s/ Anthony D. Raucci* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE 19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY 10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
|  | araucci@morrisnichols.com |
| David Glandorf | *Attorneys for Defendants* |
| GIBSON, DUNN & CRUTCHER LLP | *AJG Iowa Refined Coal LLC* |
| 1801 California Street, Suite 4200 | *Arbor Fuels Company, LLC* |
| Denver, CO 80202-2642 | *Belle River Fuels Company, LLC* |
|  | *Canadys Refined Coal, LLC* |
|  | *Chouteau Fuels Company, LLC* |
|  | *Coronado Refined Coal, LLC* |
|  | *DTE Energy Resources, LLC* |
|  | *Erie Fuels Company, LLC* |
|  | *George Neal North Refined Coal, LLC* |
|  | *George Neal Refined Coal, LLC* |
|  | *Hastings Refined Coal, LLC* |
|  | *Huron Fuels Company, LLC* |
|  | *Jasper Fuels Company, LLC* |
|  | *Jefferies Refined Coal, LLC* |
|  | *Joppa Refined Coal LLC* |
|  | *Louisa Refined Coal, LLC* |
|  | *Newton RC, LLC* |
|  | *Portage Fuels Company, LLC* |
|  | *Superior Fuels Company 1, LLC* |
|  | *Walter Scott Refined Coal LLC* |
|  | *Williams Refined Coal, LLC* |

August 11, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 11, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)