# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MIDWEST ENERGY EMISSIONS CORP. and MES INC.,**<br><br>　　　　**Plaintiffs,**<br>　v.<br><br>**VISTA ENERGY CORP., et al.,**<br><br>　　　　**Defendants.** | C.A. No. 19-1334-CJB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**CERT DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS (NOS. 8-14)**

**CERT DEFENDANTS' THIRD SET OF INTERROGATORIES TO PLAINTIFFS (NOS. 8-10)**

were served upon the attorneys as listed below on this 12th day of August, 2022 via electronic mail prior to 6:00 p.m. Eastern:

| | |
|---|---|
| James Lennon<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs* | Bradley Caldwell<br>Jason Cassady<br>John Austin Curry<br>Justin Nemunaitis<br>Adrienne Dellinger<br>Caldwell Cassady Curry PC<br>2121 N. Pearl Street, Suite 1200<br>Dallas, TX 75201<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>adellinger@caldwellcc.com<br><br>*Attorneys for Plaintiffs* |

1

Dated: August 12, 2022

      */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
      psykes@bradley.com
      bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
Email: jzurlo@bradley.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*Senescene Energy Products, LLC,*
*Springhill Resources LLC, Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC, Cottbus Associates LLC,*
*Marquis Industrial Company, LLC,*
*Rutledge Products, LLC*