

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

August 24, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:   *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-CJB

Dear Judge Burke:

      Currently pending before the Court is Plaintiffs' "Motion for Reconsideration of Plaintiffs' Motion for Leave to File a Fourth Amended Complaint or, in the Alternative, Leave to File a Fifth Amended Complaint". D.I. 409, 411. This motion is fully briefed and ripe for decision. Plaintiffs respectfully request a teleconference hearing on this motion. Plaintiffs have conferred with Defendants and are advised that Defendants take no position on this request, but would be pleased to discuss any outstanding motions or address any other issues that the Court might find helpful.

                      Respectfully,

                      James M. Lennon (No. 4570)

cc:   Clerk of the Court (via CM/ECF)
       Counsel of Record (via CM/ECF)