IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Defendants call the Court's attention to supplemental authority pertinent to the Court's consideration of Plaintiffs' Motion Seeking Reconsideration of Order on Fourth Amended Complaint (D.I. 408, 411), in which Plaintiffs seek to pierce the corporate veil of ten defendant LLCs and add four "parent companies" as additional defendants, largely relying on the argument that the LLCs were illegitimate because they were designed only to generate a profit by producing statutory tax credits, but otherwise operate at a loss.

On August 5, 2022, the U.S. Court of Appeals for the District of Columbia Circuit issued a decision in *Cross Refined Coal LLC* v. *CIR*, No. 20-1015. The case concerned Cross Refined Coal, LLC, a subsidiary formed by AJG Coal, Inc., that—like the ten AJG-related LLC's that produce refined coal and that are defendants in this case—functioned and operated for the purpose of producing refined coal the sale of which would qualify for statutory tax credits, but otherwise operated at a loss. The Court of Appeals squarely rejected the Commissioner's argument that Cross Refined Coal, LLC's existence as a vehicle to generate tax credits rendered it illegitimate, holding that "partnerships formed to conduct activity made profitable by tax credits engage in legitimate business activity for tax purposes." Slip Op. at 2. The Court concluded that "Cross was a bona fide partnership," *id.*, noting that "the production of refined coal is legitimate business

activity that Congress sought to make profitable through tax incentives, including for partnerships." *Id*. at 17.  In reaching these holdings, the Court specifically considered and rejected the IRS's argument that Cross Refined Coal LLC "was not a bona fide partnership for tax purposes, in part because it could never have made a profit without the tax credit." *Id*. at 2.

A copy of the *Cross River Refined Coal LLC* decision is attached hereto.

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

August 31, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)