IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Amended and Supplemental Responses and Objections to Plaintiffs' First Set of Common Interrogatories (1-17)* were caused to be served on August 31, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE  19806 <br> *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Bradley W. Caldwell, Esquire <br> Jason D. Cassady, Esquire <br> John Austin Curry, Esquire <br> Justin T. Nemunaitis, Esquire <br> Adrienne R. Dellinger, Esquire <br> CALDWELL CASSADY CURRY PC <br> 2010 Cedar Springs Road, Suite 1000 <br> Dallas, TX  75201 <br> *Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Anthony D. Raucci* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY  10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

August 31, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)