**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-cv-01334-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 7, 2022, copies of (1) *Plaintiffs' Response to Defendants' Request for a Statement of Damages Under L.R. 9.4;* and (2) *Plaintiffs ME2C's Sixth Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 1-8)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
GIBSON DUNN & CRUTCHER LLP
Denver, CO 80202-2642
DGlandorf@gibsondunn.com

Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeffrey D. Dyess
Paul M. Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
Birmingham, AL 35203
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com

Jessica L. Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
Washington, D.C. 20036
jzurlo@bradley.com

| | |
|---|---|
| *Attorneys for Defendants* | *Attorneys for Defendants* |
| *AJG Iowa Refined Coal LLC* | *Bascobert (A) Holdings, LLC* |
| *Arbor Fuels Company, LLC* | *Buffington Partners, LLC* |
| *Belle River Fuels Company, LLC* | *CERT Operations II LLC* |
| *Canadys Refined Coal, LLC* | *CERT Operations IV LLC* |
| *Chouteau Fuels Company, LLC* | *CERT Operations RCB LLC* |
| *Coronado Refined Coal, LLC* | *CERT Operations V LLC* |
| *DTE Energy Resources, LLC* | *Cottbus Associates, LLC* |
| *Erie Fuels Company, LLC* | *Larkwood Energy, LLC* |
| *George Neal North Refined Coal, LLC* | *Marquis Industrial Company, LLC* |
| *George Neal Refined Coal, LLC* | *Rutledge Products, LLC* |
| *Hastings Refined Coal, LLC* | *Senescence Energy Products, LLC* |
| *Huron Fuels Company, LLC* | *Spring Hill Resources, LLC* |
| *Jasper Fuels Company, LLC* | |
| *Jefferies Refined Coal, LLC* | Paul J. Lockwood (ID No. 3369) |
| *Joppa Refined Coal LLC* | Jessica R. Kunz (ID No. 5698) |
| *Louisa Refined Coal, LLC* | Nicole A. DiSalvo (ID No. 4662) |
| *Newton RC, LLC* | SKADDEN, ARPS, SLATE, MEAGHER |
| *Portage Fuels Company, LLC* |   & FLOM LLP |
| *Superior Fuels Company 1 LLC* | Wilmington, DE 19899-0636 |
| *Walter Scott Refined Coal LLC* | paul.lockwood@skadden.com |
| *Williams Refined Coal, LLC* | jessica.kunz@skadden.com |
| | nicole.disalvo@skadden.com |

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

Dated: September 8, 2022   **DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*

OF COUNSEL:   James M. Lennon (No. 4570)
1526 Gilpin Avenue
Bradley W. Caldwell   Wilmington, DE 19806
Texas Bar No. 24040630   (302) 449-9010
Jason D. Cassady   jlennon@devlinlawfirm.com
Texas Bar No. 24045625
John Austin Curry   *Attorneys for Plaintiffs Midwest Energy*
Texas Bar No. 24059636   *Emissions Corp. and MES Inc.*

2

Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com