IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br> v. <br><br> VISTA ENERGY CORP., et al., <br><br> Defendants. | C.A. No. 19-1334-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**CERT DEFENDANTS' SECOND SUPPLEMENTAL INITIAL 26(a) DISCLOSURES, NEW DEFENDANTS' SUPPLEMENTAL INITIAL 26(a) DISCLOSURES AND MARQUIS INDUSTRIAL COMPANY, LLC'S INITIAL 26(a) DISCLOSURES**

were served upon the attorneys as listed below on the 12th day of September, 2022 via electronic mail prior to 5:00 p.m. Eastern:

| | |
|---|---|
| James Lennon <br> Devlin Law Firm LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs* | Bradley Caldwell <br> Jason Cassady <br> John Austin Curry <br> Justin Nemunaitis <br> Adrienne Dellinger <br> Caldwell Cassady Curry PC <br> 2121 N. Pearl Street, Suite 1200 <br> Dallas, TX 75201 <br> midwest@caldwellcc.com <br><br> *Attorneys for Plaintiffs* |

1

Dated: September 13, 2022

          /s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
       psykes@bradley.com
       bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
Email: jzurlo@bradley.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*Senescene Energy Products, LLC,*
*Springhill Resources LLC, Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC, Cottbus Associates LLC,*
*Marquis Industrial Company, LLC,*
*Rutledge Products, LLC*

2