IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br> v. <br><br> VISTA ENERGY CORP., et al., <br><br> Defendants. | C.A. No. 19-1334-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**CERT DEFENDANTS' REPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF COMMON INTERROGATORIES (NOS. 19-25)**

**CERT DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION (NOS. 11-30)**

**CERT DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES (NOS. 1-17)**

were served upon the attorneys as listed below on this 29th day of September, 2022 via electronic mail prior to 5:00 p.m. Eastern:

| | |
|---|---|
| James Lennon<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs* | Bradley Caldwell<br>Jason Cassady<br>John Austin Curry<br>Justin Nemunaitis<br>Adrienne Dellinger<br>Caldwell Cassady Curry PC<br>2121 N. Pearl Street, Suite 1200<br>Dallas, TX 75201<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>adellinger@caldwellcc.com<br><br>*Attorneys for Plaintiffs* |

Dated: September 29, 2022

              */s/ Kenneth L. Dorsney*
              Kenneth L. Dorsney (#3726)
              Cortlan S. Hitch (#6720)
              MORRIS JAMES LLP
              500 Delaware Avenue, Suite 1500
              Wilmington, DE 19801
              (302) 888-6800
              kdorsney@morrisjames.com
              chitch@morrisjames.com

              Jeff Dyess
              Paul Sykes
              Benn Wilson
              BRADLEY ARANT BOULT CUMMINGS LLP
              1819 Fifth Avenue North
              Birmingham, AL 35203
              Telephone: (205) 521-8000
              Facsimile: (205) 521-8800
              Email: jdyess@bradley.com
                 psykes@bradley.com
                 bcwilson@bradley.com

              Jessica Zurlo
              BRADLEY ARANT BOULT CUMMINGS LLP
              1615 L Street NW
              Ste 1350
              Washington, D.C. 20036
              Telephone: (202) 393-7150
              Facsimile: (202) 347-1684
              Email: jzurlo@bradley.com

 *Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*Senescene Energy Products, LLC,*
*Springhill Resources LLC, Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC, Cottbus Associates LLC,*
*Marquis Industrial Company, LLC,*
*Rutledge Products, LLC*