IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | | |
| Defendants. | | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for expert discovery in the Scheduling Order (D.I. 283) are amended as follows:

| Deadline | Current Due Date (D.I. 283) | Proposed New Due Date |
|---|---|---|
| "initial Federal Rule 26(a)(2) disclosure of expert testimony" for "part[ies] who have the initial burden of proof on the subject matter" (D.I. 283 ¶ 8(g)(i)) | Oct. 12, 2022 | Oct. 25, 2022 |
| "supplemental disclosure[s] to contradict or rebut evidence on the same matter identified by another party" (*id.*) | Nov. 14, 2022 | Dec. 12, 2022 |
| "Reply expert reports from the part[ies] with the initial burden of proof" (*id.*) | Dec. 9, 2022 | Jan. 19, 2023 |
| Expert deposition deadline (*id.*) | Feb. 6, 2023 | Feb. 13, 2023 |
| Summary Judgment/Daubert submissions to be served on or up to 10 days before this date (*id.* ¶ 17 & 17(a)) | Mar. 6, 2023 | Mar. 6, 2023 (no change) |
| Summary Judgment/Daubert hearing date (*id.* ¶ 17(b)) | Apr. 28, 2023 | Apr. 28, 2023 (no change) |

All other dates remained unchanged.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Anthony D. Raucci* |

| | |
|---|---|
| James M. Lennon (#4570) | Jack B. Blumenfeld (#1014) |
| Veronica McCarty (#6734) | Brian P. Egan (#6227) |
| 1526 Gilpin Avenue | Anthony D. Raucci (#5948) |
| Wilmington, DE  19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE  19899 |
| vmccarty@devlinlawfirm.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

| | |
|---|---|
| MORRIS JAMES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ *Cortlan S. Hitch* | /s/ *Jessica R. Kunz* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500 Wilmington, DE  19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Bascobert (A) Holdings LLC*<br>*Buffington Partners LLC*<br>*CERT Operations II LLC*<br>*CERT Operations IV LLC*<br>*CERT Operations RCB LLC*<br>*CERT Operations V LLC*<br>*Cottbus Associates LLC*<br>*Larkwood Energy LLC*<br>*Marquis Industrial Company, LLC*<br>*Rutledge Products LLC*<br>*Senescence Energy Products LLC*<br>*Springhill Resources LLC* | Paul J. Lockwood (#3369)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>(302) 651-3000<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendants*<br>*Alistar Enterprises, LLC* |

September 30, 2022

SO ORDERED this _____ day of _____, 2022.

_____
United States District Court Magistrate Judge

3