**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES INC., | |
| Plaintiffs, | |
| v. | Civ. No. 1:19-cv-01334-CJB |
| ARTHUR J. GALLAGHER & CO., ET AL., | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 29, 2022, copies of the documents listed below

were caused to be served upon the following counsel in the manner indicated:

- Seventh Supplemental Responses to Defendants' Common Interrogatories (Nos. 1-8)
- Responses to Defendants' Fourth Set of Common Interrogatories (Nos. 14-15)
- Responses to CERT Defendants' Second Set of Interrogatories (Nos. 4-7)
- Responses to CERT Defendants' Third Set of Interrogatories (Nos. 8-10)
- Responses to Refined Coal Defendants' Second Set of Interrogatories (Nos. 4-6)
- Responses to Refined Coal Defendants' Third Set of Interrogatories (No. 7)
- Responses to Refined Coal Defendants' Fourth Set of Interrogatories (Nos. 8-10)
- Response to Defendants' First Set of Common Requests for Admission (Nos. 1-9)
- Response to CERT Defendants' First Set of Requests for Admission (Nos. 1-7)
- Response to CERT Defendants' Second Set of Requests for Admission (Nos. 8-14)
- Response to Refined Coal Defendants' First Set of Requests for Admission (No. 1)

**BY E-MAIL**:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Kenneth L. Dorsney (I.D. #3726) |
| Brian P. Egan (#6227) | Cortlan S. Hitch (I.D. #6720) |
| Anthony D. Raucci (#5948) | MORRIS JAMES LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Wilmington, DE 19801-1494 |
| jblumenfeld@morrisnichols.com | kdorsney@morrisjames.com |
| began@morrisnichols.com | chitch@morrisjames.com |
| araucci@morrisnichols.com | |

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
GIBSON DUNN & CRUTCHER LLP
Denver, CO 80202-2642
DGlandorf@gibsondunn.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1 LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

Jeffrey D. Dyess
Paul M. Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
Birmingham, AL 35203
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com

Jessica L. Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
Washington, D.C. 20036
jzurlo@bradley.com

*Attorneys for Defendants*
*Bascobert (A) Holdings, LLC*
*Buffington Partners, LLC*
*CERT Operations II LLC*
*CERT Operations IV LLC*
*CERT Operations RCB LLC*
*CERT Operations V LLC*
*Cottbus Associates, LLC*
*Larkwood Energy, LLC*
*Marquis Industrial Company, LLC*
*Rutledge Products, LLC*
*Senescence Energy Products, LLC*
*Spring Hill Resources, LLC*

Paul J. Lockwood (ID No. 3369)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Wilmington, DE 19899-0636
paul.lockwood@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

2

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

Dated: September 30, 2022

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*