IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS'
OCTOBER 25, 2022 EXPERT REPORTS OF
<u>PHILIP J. O'KEEFE (INFRINGEMENT) AND PHILIP GREEN (DAMAGES)</u>**

Defendants hereby move to strike portions of the October 25, 2022 Expert Reports of Philip J. O'Keefe (infringement) and Philip Green (damages), excerpted versions of which are attached as Exhibits A and B to Defendants' letter brief filed herewith in support of its motion. Specifically, Defendants seek to strike (1) Mr. O'Keefe's previously undisclosed theory on what constitutes the infringing "bromine containing promoter" element of the '147 Patent claims (*see* Ex. A at 132 (¶ 124), 159, 161); (2) Mr. Green's opinions concerning a license agreement between non-parties ADA-ES, Inc. and Clean Coal Solutions, LLC that was not identified during fact discovery as a comparable license (*see* Ex. B ¶¶ 174–79); (3) Mr. O'Keefe's previously undisclosed theories concerning Defendants' purported pre-suit knowledge of the Asserted Patents and specific intent to cause infringement (*see* Ex. A at 87–101 (¶¶ 118, 121–22, 124–232)); and (4) both experts' theories that assert and assume liability of non-parties to the case (*see* Ex. A at 41–57 (¶¶ 79, 85–87, 92–95); Ex. B ¶¶ 1, 32–35, 41–44, 92, 148).  The grounds for this Motion are fully set forth in Defendants' letter brief filed herewith.

Pursuant to D. Del. LR 7.1.1 and Paragraph 8(g)(i) of the Second Amended Scheduling Order (D.I. 140), Defendants made a reasonable effort to reach agreement with Plaintiffs on the

grounds set forth in this Motion, including via a telephonic meet and confer that included Delaware counsel for the parties, but no agreement could be reached.

        A Proposed Order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 351-4000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5938)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC Canadys*<br>*Refined Coal, LLC*<br>*Chouteau Fuels Company, LLC*<br>*Coronado Refined Coal, LLC*<br>*DTE Energy Resources, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Hastings Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Jasper Fuels Company, LLC*<br>*Jefferies Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Newton RC, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Walter Scott Refined Coal LLC*<br>*Williams Refined Coal, LLC* |

|  |  |
|---|---|
| | MORRIS JAMES LLP |
| | */s/ Cortlan S. Hitch* |
| OF COUNSEL: | Kenneth L. Dorsney (#3726) |
| | Cortlan S. Hitch (#6720) |
| Jeff Dyess | 500 Delaware Avenue, Suite 1500 |
| Paul Sykes | Wilmington, DE 19801 |
| Benn Wilson | (302) 888-6800 |
| BRADLEY ARANT BOULT CUMMINGS LLP | kdorsney@morrisjames.com |
| 1819 Fifth Avenue North | chitch@morrisjames.com |
| Birmingham, A L 35203 | |
| (205) 521-8000 | *Attorneys for Defendants* |
| | *CERT Operations IV LLC* |
| Jessica Zurlo | *CERT Operations V LLC* |
| BRADLEY ARANT BOULT CUMMINGS LLP | *CERT Operations RCB LLC* |
| 1615 L Street NW, Suite 1350 | *CERT Operations II LLC* |
| Washington, D.C. 20036 | *Senescene Energy Products, LLC* |
| (202) 393-7150 | *Springhill Resources LLC* |
| | *Buffington Partners LLC* |
| | *Bascoert (A) Holdings LLC* |
| | *Larkwood Energy LLC* |
| | *Cottbus Associates LLC* |
| | *Marquis Industrial Company, LLC* |
| | *Rutledge Products, LLC* |

|  |  |
|---|---|
|  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|  | /s/ Jessica R. Kunz |
| OF COUNSEL: | _____<br>Paul J. Lockwood (#3369)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>(302) 651-3000<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com |
| Douglas R. Nemec<br>Leslie A. Demers<br>One Manhattan West<br>New York, NY  10001-8602<br> (212) 735-3000 |  |
|  | *Attorneys for Defendants*<br>*Alistar Enterprises, LLC*<br>*CERT Operations RCB LLC*<br>*CERT Operations IV LLC*<br>*CERT Operations V LLC*<br>*Rutledge Products, LLC*<br>*Senescence Energy Products, LLC*<br>*Spring Hill Resources LLC*<br>*Buffington Partners LLC*<br>*Bascobert (A) Holdings LLC*<br>*Larkwood Energy LLC*<br>*Cottbus Associates LLC.* |

November 10, 2022

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' OCTOBER 25, 2022 EXPERT REPORTS OF PHILIP J. O'KEEFE (INFRINGEMENT) AND PHILIP GREEN (DAMAGES)**

Having considered Defendants' Motion to Strike, **IT IS HEREBY ORDERED** this ___ day of _____, 2022, that:

Defendants' Motion to Strike is **GRANTED**.

Each of the following arguments and theories are hereby **STRICKEN:**

(1) Mr. O'Keefe's theory on what constitutes the infringing "bromine containing promoter" element of the '147 Patent claims, as reflected in Ex. A at 132 (¶ 124), 159, and 161;

(2) Mr. Green's opinions concerning a license agreement between non-parties ADA-ES, Inc. and Clean Coal Solutions, LLC, as reflected in Ex. B at ¶¶ 174–79;

(3) Certain of Mr. O'Keefe's opinions concerning Defendants' purported pre-suit knowledge of the Asserted Patents and specific intent to cause infringement, as reflected in Ex. A at 87–101 (¶¶ 118, 121–22, 124–232); and

(4) both experts' theories that assert and assume liability of non-parties to the case, as reflected in Ex. A at 41–57 (¶¶ 79, 85–87, 92–95) and Ex. B at ¶¶ 1, 32–35, 41–44, 92, and 148.

                                                                                                              _____
                                                                                                              THE HONORABLE CHRISTOPHER J. BURKE
                                                                                                              UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>CALDWELL CASSADY CURRY PC<br>2010 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)