## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Anthony D. Raucci**
(302) 351-9392
araucci@morrisnichols.com

November 10, 2022

The Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*,
>     C.A. No. 19-1334-CJB

Dear Judge Burke:

Pursuant to paragraph 10 of the Amended Scheduling Order (D.I. 283), Defendants respectfully request a teleconference to address their motion to strike portions of the October 25, 2022 reports of plaintiff ME2C's expert witnesses on infringement and damages (D.I. 493 and 494). Briefing on the motion should be complete by November 21, 2022.

Defendants make this request now to permit timely resolution of the motion in advance of the December 12, 2022 deadline for rebuttal expert reports (D.I. 488), the scope of which are directly impacted by the issues raised in Defendants' motion.

Respectfully,

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

ADR/lkm
cc:   Clerk of the Court (by CM/ECF)
      All Counsel of Record (by CM/ECF and email)