# EXHIBITS A-G

*REDACTED IN THEIR ENTIRETY*