## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

        Plaintiffs,

    v.

ARTHUR J. GALLAGHER & CO., ET AL.,

        Defendants.

Civ. No. 1:19-cv-01334-CJB

## JOINT LETTER TO THE HONORABLE CHRISTOPHER J. BURKE
## REGARDING TRIAL DATES

Dated: November 30, 2022


OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
CALDWELL CASSADY CURRY PC
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com

DEVLIN LAW FIRM LLC
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy
Emissions Corp. and MES Inc.*

November 30, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

   Re: *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher*
     *& Co., et al.,* C.A. No. 1:19-cv-01334-CJB

Dear Judge Burke:

  On November 17, 2022, the Court ordered the parties to meet and confer and submit a joint letter by November 30, 2022 that indicates whether the parties are available for trial on the weeks of September 25, 2023, October 10, 2023, and/or October 16, 2023.

  Plaintiffs are available for trial on any of those proposed weeks. Plaintiffs have no objection to beginning trial after the day of September 25th (Yom Kippur), but otherwise request no further delay to the trial date as explained in its separate letter filed today.

  Defendants, having conferred with their central fact and expert witnesses (particularly those who were intending to attend the entire trial), are not available for trial on any of those proposed weeks. In addition to the witness scheduling conflicts for each of the three identified weeks, the holiday of Yom Kippur presents an additional conflict for Defendants during the week of September 25. Accordingly, Defendants request that the Court propose some additional potential trial dates.

      Respectfully,

      *James M. Lennon*

      James M. Lennon (No. 4570)

cc:  Clerk of the Court (via CM/ECF)
   Counsel of Record (via CM/ECF)