

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

November 30, 2022

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:    *Midwest Energy Emissions Corp., et al. v. Arthur J. Gallagher & Co., et al.,* C.A. No. 1:19-cv-01334-CJB

Dear Judge Burke:

    As explained in the parties' joint letter filed today, Plaintiffs are available for trial during the three weeks proposed by the Court, and do not object to starting trial after September 25th, 2023 (Yom Kippur).  However, Plaintiffs disagree that Defendants are otherwise unavailable for trial during the Court's proposed weeks.

    Although Plaintiffs requested that Defendants explain their availability multiple times over the last two weeks, Defendants responded only today that they are unavailable because:

- During the week of September 26, a potential witness for CERT plans to take a vacation.

- During the week of October 10, a different potential witness for CERT—who CERT has refused to identify—plans to take a vacation during that week.
  In addition, one of Defendants' expert witnesses has an unspecified conflict.  Defendants do not know the day or days of the conflict or whether the witness, e.g., is available to testify out of order.

- During the week of October 16, the potential witness for CERT plans to still be on vacation.

      Defendants have not provided further information such as, whether these witnesses actually booked travel, whether they could reschedule, whether they may be called to testify as opposed to just attending trial, etc.  Defendants would not agree to include this information in the parties' joint filing today, but Plaintiffs believe that this information is important for the Court to consider when scheduling trial.

      Respectfully,

      *James M. Lennon*

      James M. Lennon (No. 4570)

cc:    Clerk of the Court (via CM/ECF)
       Counsel of Record (via CM/ECF)