IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. <br> and MES INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> ARTHUR J. GALLAGHER & CO., et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, the parties previously stipulated to an Amended Scheduling Order on September 30, 2022 (D.I. 488), which included a deadline of December 12, 2022, for the parties to serve "supplemental disclosure[s] [of expert testimony] to contradict or rebut evidence on the same matter identified by another party";

WHEREAS, on December 7, 2022, the Court issued an Oral Order (D.I. 507), which rescheduled trial to commence on November 13, 2023, and ordered the parties to "meet and confer regarding the case schedule in light of the new trial date and the Court's rulings with respect to Defendants' Motion to Strike, (D.I. 506), and submit a proposed amended scheduling order by no later than December 20, 2022"; and

WHEREAS, the parties intend to meet and confer and propose an amended scheduling order pursuant to the Court's December 7 Oral Order, and Plaintiffs do not oppose Defendants' request to extend, as an interim measure, the December 12 deadline to serve expert reports to December 20, 2022;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to serve "supplemental disclosure[s] [of expert testimony] to contradict or

rebut evidence on the same matter identified by another party" (*see* D.I. 488) is hereby extended to December 20, 2022.

For any party who believes that an expert report served on December 20, 2022, does not comply with the rules relating to timely disclosure or exceeds the scope of what is permitted in that expert report, the deadline for the complaining party to notify the offending party is hereby extended until January 6, 2023.

All other dates set forth in the Amended Scheduling Order (D.I. 488) will remain unchanged until the parties submit another amended scheduling order on or before December 20, 2022.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| _____ | _____ |
| James M. Lennon (#4570)<br>Veronica McCarty (#6734)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>vmccarty@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Canadys Refined Coal, LLC*<br>*Chouteau Fuels Company, LLC*<br>*Coronado Refined Coal, LLC*<br>*DTE Energy Resources, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Hastings Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Jasper Fuels Company, LLC*<br>*Jefferies Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Newton RC, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Walter Scott Refined Coal LLC*<br>*Williams Refined Coal, LLC* |

| | |
|---|---|
| MORRIS JAMES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Kenneth L. Dorsney* | */s/ Jessica R. Kunz* |
| Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500 Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Bascobert (A) Holdings LLC*<br>*Buffington Partners LLC*<br>*CERT Operations II LLC*<br>*CERT Operations IV LLC*<br>*CERT Operations RCB LLC*<br>*CERT Operations V LLC*<br>*Cottbus Associates LLC*<br>*Larkwood Energy LLC*<br>*Marquis Industrial Company, LLC*<br>*Rutledge Products LLC*<br>*Senescence Energy Products LLC*<br>*Springhill Resources LLC* | Paul J. Lockwood (#3369)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(302) 651-3000<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendant*<br>*Alistar Enterprises, LLC* |

December 9, 2022

SO ORDERED this _____ day of December, 2022.

_____
United States District Court Magistrate Judge

4