IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, on December 7, 2022, the Court issued an Oral Order (D.I. 507), which rescheduled trial to commence on November 13, 2023, and ordered the parties to "meet and confer regarding the case schedule in light of the new trial date and the Court's rulings with respect to Defendants' Motion to Strike, (D.I. 506), and submit a proposed amended scheduling order by no later than December 20, 2022"; and

WHEREAS the parties have met and conferred pursuant to the Court's December 7 Order and have agreed to an amended case schedule;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule in this matter is hereby amended as follows:

| Deadline | Current Due Date (D.I. 488, 507, 508) | Proposed New Due Date |
|---|---|---|
| "[S]upplemental disclosure[s] to contradict or rebut evidence on the same matter identified by another party" (D.I. 488) | Dec. 20, 2022 | Dec. 22, 2022 |
| Letters regarding Rebuttal Reports' scope issues | Jan. 6, 2023 | Jan. 10, 2023 |
| "Reply expert reports from the part[ies] with the initial burden of proof" (D.I. 508) | Jan. 13, 2023 | Jan. 26, 2023 |
| Expert deposition deadline (*id.*) | Feb. 13, 2023 | Feb. 23, 2023 |

| Deadline | Current Due Date (D.I. 488, 507, 508) | Proposed New Due Date |
|---|---|---|
| Summary Judgment/Daubert submissions to be served on or up to 10 days before this date (*id.*) | Mar. 6, 2023 | Mar. 23, 2023 |
| Summary Judgment/Daubert hearing date (*id.*) | Apr. 28, 2023 | May ___, 2023 (parties propose mid-May 2023) |
| Pretrial Conference (D.I. 507) | Nov. 1, 2023 (10:00am) | Nov. 1, 2023 (10:00am) (no change) |
| Trial (*id.*) | November 13, 2023 | November 13, 2023 (no change) |

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

_____
James M. Lennon (#4570)
Veronica McCarty (#6734)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
jlennon@devlinlawfirm.com
vmccarty@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*

_____

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Bascobert (A) Holdings LLC*
*Buffington Partners LLC*
*CERT Operations II LLC*
*CERT Operations IV LLC*
*CERT Operations RCB LLC*
*CERT Operations V LLC*
*Cottbus Associates LLC*
*Larkwood Energy LLC*
*Marquis Industrial Company, LLC*
*Rutledge Products LLC*
*Senescence Energy Products LLC*
*Springhill Resources LLC*

December 20, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Nicole A. DiSalvo*

_____

Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

SO ORDERED this _____ day of December, 2022.

_____
United States District Court Magistrate Judge

4