IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, on December 7, 2022, the Court issued an Oral Order (D.I. 507), which rescheduled trial to commence on November 13, 2023, and ordered the parties to "meet and confer regarding the case schedule in light of the new trial date and the Court's rulings with respect to Defendants' Motion to Strike, (D.I. 506), and submit a proposed amended scheduling order by no later than December 20, 2022"; and

WHEREAS the parties have met and conferred pursuant to the Court's December 7 Order and have agreed to an amended case schedule;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule in this matter is hereby amended as follows:

| Deadline | Current Due Date (D.I. 488, 507, 508) | Proposed New Due Date |
|---|---|---|
| "[S]upplemental disclosure[s] to contradict or rebut evidence on the same matter identified by another party" (D.I. 488) | Dec. 20, 2022 | Dec. 22, 2022 |
| Letters regarding Rebuttal Reports' scope issues | Jan. 6, 2023 | Jan. 10, 2023 |
| "Reply expert reports from the part[ies] with the initial burden of proof" (D.I. 508) | Jan. 13, 2023 | Jan. 26, 2023 |
| Expert deposition deadline (*id.*) | Feb. 13, 2023 | Feb. 23, 2023 |

| Deadline | Current Due Date (D.I. 488, 507, 508) | Proposed New Due Date |
|---|---|---|
| Summary Judgment/Daubert submissions to be served on or up to 10 days before this date (*id.*) | Mar. 6, 2023 | Mar. 23, 2023 |
| Summary Judgment/Daubert hearing date (*id.*) | Apr. 28, 2023 | May 17, 2023 (11:00 a.m.) |
| Pretrial Conference (D.I. 507) | Nov. 1, 2023 (10:00am) | Nov. 1, 2023 (10:00am) (no change) |
| Trial (*id.*) | November 13, 2023 | November 13, 2023 (no change) |

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |

| | |
|---|---|
| James M. Lennon (#4570) | Jack B. Blumenfeld (#1014) |
| Veronica McCarty (#6734) | Brian P. Egan (#6227) |
| 1526 Gilpin Avenue | Anthony D. Raucci (#5948) |
| Wilmington, DE  19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE  19899 |
| vmccarty@devlinlawfirm.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | began@morrisnichols.com |
| | araucci@morrisnichols.com |

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

| MORRIS JAMES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| /s/ *Cortlan S. Hitch* | /s/ *Nicole A. DiSalvo* |
| Kenneth L. Dorsney (#3726) | Paul J. Lockwood (#3369) |
| Cortlan S. Hitch (#6720) | Nicole A. DiSalvo (#4662) |
| 500 Delaware Avenue, Suite 1500 | Jessica R. Kunz (#5698) |
| Wilmington, DE 19801-1494 | One Rodney Square |
| (302) 888-6800 | P.O. Box 636 |
| kdorsney@morrisjames.com | Wilmington, DE 19899-0636 |
| chitch@morrisjames.com | (302) 651-3000 |
|  | paul.lockwood@skadden.com |
| *Attorneys for Defendants* | nicole.disalvo@skadden.com |
| *Bascobert (A) Holdings LLC* | jessica.kunz@skadden.com |
| *Buffington Partners LLC* |  |
| *CERT Operations II LLC* | *Attorneys for Defendant* |
| *CERT Operations IV LLC* | *Alistar Enterprises, LLC* |
| *CERT Operations RCB LLC* |  |
| *CERT Operations V LLC* |  |
| *Cottbus Associates LLC* |  |
| *Larkwood Energy LLC* |  |
| *Marquis Industrial Company, LLC* |  |
| *Rutledge Products LLC* |  |
| *Senescence Energy Products LLC* |  |
| *Springhill Resources LLC* |  |

December 20, 2022

SO ORDERED this  20th   day of December, 2022.

_____
United States District Court Magistrate Judge

4