IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS the parties have met and conferred and have agreed to amend certain case deadlines;

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that the schedule in this matter is hereby amended as follows:

| **Deadline** | **Current Due Date (D.I. 488, 507, 508, 509)** | **Proposed New Due Date** |
|---|---|---|
| "Reply expert reports from the part[ies] with the initial burden of proof" (D.I. 509) | Jan. 26, 2023 | Feb. 7, 2023 |
| Expert deposition deadline (*id.*) | Feb. 23, 2023 | Mar. 3, 2023 |
| Summary Judgment/Daubert submissions to be served on or up to 10 days before this date (*id.*) | Mar. 23, 2023 | Mar. 23, 2023 (no change) |
| Summary Judgment/Daubert hearing date (*id.*) | May 17, 2023 (11:00 a.m.) | May 17, 2023 (11:00 a.m.) (no change) |
| Pretrial Conference (D.I. 507) | Nov. 1, 2023 (10:00am) | Nov. 1, 2023 (10:00am) (no change) |
| Trial (*id.*) | November 13, 2023 | November 13, 2023 (no change) |

| **DEVLIN LAW FIRM LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|

*/s/ James M. Lennon*       */s/ Brian P. Egan*

| | |
|---|---|
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Brian P. Egan (#6227) |
| Wilmington, DE 19806 | Anthony D. Raucci (#5948) |
| Telephone: (302) 449-9010 | 1201 North Market Street |
| Facsimile: (302) 353-4251 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs* | began@morrisnichols.com |
| *Midwest Energy Emissions Corp.* | araucci@morrisnichols.com |
| *and MES Inc.* | |

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

| **MORRIS JAMES LLP** | **SKADDEN ARPS SLATE MEAGHER & FLOM LLP** |
|---|---|
| */s/ Cortlan S. Hitch* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801-1494 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants* <br> *Bascobert (A) Holdings LLC* <br> *Buffington Partners LLC* <br> *CERT Operations II LLC* <br> *CERT Operations IV LLC* <br> *CERT Operations RCB LLC* <br> *CERT Operations V LLC* <br> *Cottbus Associates LLC* <br> *Larkwood Energy LLC* <br> *Marquis Industrial Company, LLC* <br> *Rutledge Products LLC* <br> *Senescence Energy Products LLC* <br> *Springhill Resources LLC* | */s/ Jessica R. Kunz* <br> Paul J. Lockwood (#3369) <br> Nicole A. DiSalvo (#4662) <br> Jessica R. Kunz (#5698) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, DE  19899-0636 <br> (302) 651-3000 <br> paul.lockwood@skadden.com <br> nicole.disalvo@skadden.com <br> jessica.kunz@skadden.com <br><br> *Attorneys for Defendant Alistar Enterprises, LLC* |

Dated: January 19, 2023

SO ORDERED this _____ day of January, 2023.

_____
United States District Court Magistrate Judge