**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ARTHUR J. GALLAGHER & CO., *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 19-1334 (CJB)

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Daniel R. Pearson of CALDWELL CASSADY CURRY P.C. to represent Plaintiffs MIDWEST ENERGY EMISSIONS CORP. AND MES, INC. in the above-captioned matter.

DATED: February 13, 2023

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*　　　　　　　
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com

***Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.***

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Daniel R. Pearson of CALDWELL CASSADY CURRY P.C. is granted.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been submitted or will be submitted upon filing.

Dated: February 13, 2023

*/s/ Daniel R. Pearson*
Daniel R. Pearson
Caldwell Cassady Curry P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848
dpearson@caldwellcc.com

2