IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
TO COMPLETE EXPERT DISCOVERY**

WHEREAS, the parties have met and conferred and have agreed to amend the deadline to complete expert depositions to accommodate the scheduling of all remaining expert depositions;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to complete expert depositions is hereby extended until March 9, 2023. No other deadlines set forth in the currently operable schedule (D.I. 514) are altered by way of this Stipulation.

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| _____ | _____ |
| James M. Lennon (#4570)<br>Veronica McCarty (#6734)<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>vmccarty@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Canadys Refined Coal, LLC*<br>*Chouteau Fuels Company, LLC*<br>*Coronado Refined Coal, LLC*<br>*DTE Energy Resources, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Hastings Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Jasper Fuels Company, LLC*<br>*Jefferies Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Newton RC, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Walter Scott Refined Coal LLC*<br>*Williams Refined Coal, LLC* |

| | |
|---|---|
| MORRIS JAMES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ *Kenneth L. Dorsney* | /s/ *Nicole A. DiSalvo* |
| Kenneth L. Dorsney (#3726) | Paul J. Lockwood (#3369) |
| Cortlan S. Hitch (#6720) | Nicole A. DiSalvo (#4662) |
| 500 Delaware Avenue, Suite 1500 | Jessica R. Kunz (#5698) |
| Wilmington, DE 19801-1494 | One Rodney Square |
| (302) 888-6800 | P.O. Box 636 |
| kdorsney@morrisjames.com | Wilmington, DE 19899-0636 |
| chitch@morrisjames.com | (302) 651-3000 |
| | paul.lockwood@skadden.com |
| *Attorneys for Defendants* | nicole.disalvo@skadden.com |
| *Bascobert (A) Holdings LLC* | jessica.kunz@skadden.com |
| *Buffington Partners LLC* | |
| *CERT Operations II LLC* | *Attorneys for Defendant* |
| *CERT Operations IV LLC* | *Alistar Enterprises, LLC* |
| *CERT Operations RCB LLC* | |
| *CERT Operations V LLC* | |
| *Cottbus Associates LLC* | |
| *Larkwood Energy LLC* | |
| *Marquis Industrial Company, LLC* | |
| *Rutledge Products LLC* | |
| *Senescence Energy Products LLC* | |
| *Springhill Resources LLC* | |

March 1, 2023

SO ORDERED this _____ day of March, 2023.

_____
United States District Court Magistrate Judge