# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br> v. <br><br> VISTA ENERGY CORP., et al., <br><br> Defendants. | C.A. No. 19-1334-CJB <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**CERT DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF AUTHENTICATION REQUESTS FOR ADMISSION (NOS. 1-162)**

were served upon the attorneys as listed below on this 27th day of March, 2023 via electronic

mail prior to 5:00 p.m. Eastern:

| | |
|---|---|
| James Lennon <br> Devlin Law Firm LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> jlennon@devlinlawfirm.com <br><br> *Attorneys for Plaintiffs* | Bradley Caldwell <br> Jason Cassady <br> John Austin Curry <br> Justin Nemunaitis <br> Adrienne Dellinger <br> Daniel Pearson <br> Caldwell Cassady Curry PC <br> 2121 N. Pearl Street, Suite 1200 <br> Dallas, TX 75201 <br> bcaldwell@caldwellcc.com <br> jcassady@caldwellcc.com <br> acurry@caldwellcc.com <br> jnemunaitis@caldwellcc.com <br> adellinger@caldwellcc.com <br> dpearson@caldwellcc.com <br> midwest@caldwellcc.com <br><br> *Attorneys for Plaintiffs* |

1

Dated: March 27, 2023

    */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
      psykes@bradley.com
      bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
Email: jzurlo@bradley.com

    *Attorneys for Defendants*
    *CERT Operations II LLC,*
    *CERT Operations IV LLC,*
    *CERT Operations V LLC,*
    *CERT Operations RCB LLC,*
    *Senescence Energy Products, LLC,*
    *Springhill Resources LLC,*
    *Buffington Partners LLC,*
    *Bascobert (A) Holdings LLC,*
    *Larkwood Energy LLC,*
    *Cottbus Associates LLC,*
    *Marquis Industrial Company, LLC and*
    *Rutledge Products, LLC*