**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-01334-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2023 copies of Defendant Alistar Enterprises, LLC's Responses and Objections to Plaintiffs ME2C's First Set of Authentication Requests for Admission to Defendants (Nos. 1-162), were caused to be served on the following counsel of record via electronic mail:

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Adrienne R. Dellinger
Justin T. Nemunaitis
CALDWELL, CASSADY
  CURRY PC
2121 N. Pearl St., Suite 1200
Dallas, Texas  75201
(214) 888-4848
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com

James M. Lennon (ID No. 4570)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware  19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

| | |
|---|---|
| OF COUNSEL:<br><br>Jeffrey D. Dyess<br>Paul M. Sykes<br>Benn Wilson<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place<br>1819 5th Avenue N<br>Birmingham, Alabama  35203<br>(205) 521-8000<br>jdyess@bradley.com<br>psykes@bradley.com<br>bcwilson@bradley.com | Kenneth L. Dorsney (ID No. 3726)<br>Cortlan S. Hitch (ID No. 6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, Senescence Energy Products, LLC, and Rutledge Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, CERT Operations II LLC, and Marquis Industrial Company, LLC* |
| OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York  10166-0193<br>(212) 351-4000 | Jack B. Blumenfeld (ID No. 1014)<br>Brian P. Egan (ID No. 6227)<br>Anthony D. Raucci (ID No. 5948)<br>Morris, Nichols, Arsht &<br>   Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants AJG Iowa Refined Coal LLC, Arbor Fuels Company, LLC, Belle River Fuels Company, LLC, Canadys Refined Coal, LLC, Chouteau Fuels Company, LLC, Coronado Refined Coal, LLC, DTE Energy Resources, LLC, Erie Fuels Company, LLC, George Neal Refined Coal, LLC, George Neal North Refined Coal, LLC, Hastings Refined Coal LLC, Huron Fuels Company, LLC, Jasper Fuels Company, LLC, Jefferies Refined Coal, LLC, Joppa Refined Coal LLC, Louisa Refined Coal, LLC, Newton RC, LLC, Portage Fuels Company, LLC, Superior Fuels Company 1, LLC, Walter Scott Refined Coal LLC, and Williams Refined Coal, LLC* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York  10001-8602<br>(212) 735-3000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | /s/ *Jessica R. Kunz*<br>Paul J. Lockwood (ID No. 3369)<br>Nicole A. DiSalvo (ID No. 4662)<br>Jessica R. Kunz (ID No. 5698)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>(302) 651-3000<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendant Alistar Enterprises, LLC* |

DATED:  March 27, 2023