IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) ) **PUBLIC VERSION** |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) **Confidential Version Filed: March 23, 2023** |
| Defendants. | ) **Public Version Filed: March 31, 2023** |

**DECLARATION OF DR. CONSTANCE SENIOR IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT AND DAUBERT MOTIONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF DR. CONSTANCE SENIOR IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

I, Dr. Constance Senior, declare as follows:

1. I am the Executive Editor-in-Chief of *Clean Energy*, a peer-reviewed research journal for topics relating to clean energy. I have over 30 years of experience working, studying, researching, and advising on chemical and related issues related to coal-fired power plants, a Ph.D. in Environmental Engineering Science from the California Institute of Technology, a M.S. in Environmental Engineering Science from the California Institute of Technology, and a B.S. in Chemical Engineering from Rice University.

2. I have been retained by Gibson Dunn & Crutcher, LLP and Bradley Arant Boult Cummings LLP, counsel to the Defendants in the above-captioned matter. I make this declaration in support of Defendants' Summary Judgment and *Daubert* Motions, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from my first expert report in this case, the "First Expert Report of Dr. Constance Senior," dated December 22, 2022,

██████████████

which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2023-03-23 at Denver, CO.

/s/ *Connie Senior*

Dr. Constance Senior

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)