IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) **PUBLIC VERSION** ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) **Confidential Version Filed: March 23, 2023** ) |
| Defendants. | ) **Public Version Filed: March 31, 2023** |

**DECLARATION OF DR. STEPHEN NIKSA IN SUPPORT OF DEFENDANTS'
SUMMARY JUDGMENT AND DAUBERT MOTIONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

## DECLARATION OF DR. STEPHEN NIKSA IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

I, Dr. Stephen Niksa, declare as follows:

1. I am the Founder and President of Niksa Energy Associates LLC. I have over 40 years of experience researching coal combustion systems and associated pollution control systems, a Ph.D. in Chemical Engineering from Princeton University, and a B.S. in Chemical Engineering from Case Western Reserve University.

2. I have been retained by Gibson Dunn & Crutcher, LLP and Bradley Arant Boult Cummings LLP, counsel to the Defendants in the above-captioned matter. I make this declaration in support of Defendants' Summary Judgment and *Daubert* Motions, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from my first expert report in this case, the "Opening Expert Report of Dr. Stephen Niksa," dated October 25, 2022, which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

██████████

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from my second expert report in this case, the "Second Expert Report of Dr. Stephen Niksa," dated December 22, 2022, which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from my third expert report in this case, the "Third Expert Report of Dr. Stephen Niksa," dated February 07, 2023, which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/23 at Belmont, CA

/s/ [signature]
Dr. Stephen Niksa

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)