# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS
CORP. AND MES INC.,

            Plaintiffs,

   v,

ARTHUR J. GALLAGHER & CO., *et al*.,

            Defendants.

Civil Action No. 19-1334 (CJB)

## OPENING EXPERT REPORT OF DR. STEPHEN NIKSA

A.   **INVALIDITY UNDER 35 U.S.C. § 102/103**

19.   The Asserted Claims of the '114 Patent are anticipated and/or would have been obvious to a person of ordinary skill in the art, based on the following grounds:

| Ground | Claims Challenged | Prior Art | Based on Priority Date of |
|---|---|---|---|
| A | 1-7, 12, 15, 16, 18, 20, and 23-30 | Sjostrom in view of Eckberg | Apr. 2009 |
| B | 1-7, 12, 15, 16, 18, 20, and 23-30 | Sjostrom in view of Olson-646 | Apr. 2009 |
| C | 1-7, 12, 15, 16, 18, 20, and 23-30 | Downs-Boiler | Aug. 2004 |
| D | 1-7, 12, 15, 16, 18, 20, and 23-30 | Downs-Boiler in view of EPA-Proposal | Aug. 2004 |
| E | 1-7, 12, 15, 16, 18, 20, and 23-30 | Downs-Boiler in view of Nelson | Aug. 2004 |
| F | 1-7, 12, 15, 16, 18, 20, and 23-30 | Vosteen in view of Granite | Aug. 2004 |

B.   **INVALIDITY UNDER 35 U.S.C. § 112**

20.   The Asserted Claims of the '114 patent are invalid under 35 U.S.C. § 112 for lack of enablement and insufficient written description for the reasons I set forth in this report.

V.   **SUMMARY OF CONCLUSIONS AND GROUNDS FOR CHALLENGE OF '225 PATENT**

## A.   INVALIDITY UNDER 35 U.S.C. § 102/103

21.   The Asserted Claims of the '225 Patent are anticipated and/or would have been obvious to a person of ordinary skill in the art, based on the following grounds:

| Ground | Claims Challenged | Prior Art | Based on Priority Date of |
|---|---|---|---|
| G | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Sjostrom in view of Eckberg | Apr. 2009 |
| H | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Downs-Boiler | Aug. 2004 |
| I | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Downs-Boiler in view of EPA-Proposal | Aug. 2004 |
| J | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Downs-Boiler in view of Nelson | Aug. 2004 |
| K | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Sjostrom in view of Olson-646 | Apr. 2009 |
| L | 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, 27-28 | Vosteen in view of Granite | Aug. 2004 |

## B.   INVALIDITY UNDER 35 U.S.C. § 112

22.   The Asserted Claims of the '225 patent are invalid under 35 U.S.C. § 112 for lack of enablement and insufficient written description for the reasons I set forth in this report.

## VI.   SUMMARY OF CONCLUSIONS AND GROUNDS FOR CHALLENGE OF '147 PATENT

A.   INVALIDITY UNDER 35 U.S.C. § 102/103

23.   The Asserted Claims of the '147 Patent are anticipated and/or would have been obvious to a person of ordinary skill in the art, based on the following grounds:

| Ground | Claims Challenged | Prior Art | Based on Priority Date of |
|--------|-------------------|-----------|---------------------------|
| M | 17-20 | Nelson in view of Olson-Paper and/or Lissianski-Patent | Aug. 2004 |
| N | 17-20 | Downs-Halogenation in view of Olson-Paper | Aug. 2004 |
| O | 17-20 | Lissianski-Presentation in view of Olson-646 | Apr. 2009 |
| P | 17-20 | Sjostrom in view of Olson-646 | Apr. 2009 |
| Q | 17-20 | Vosteen in view of Granite | Aug. 2004 |

B.   INVALIDITY UNDER 35 U.S.C. § 112

24.   The Asserted Claims of the '147 patent are invalid under 35 U.S.C. § 112 for lack of enablement and insufficient written description for the reasons I set forth in this report.

VII. SUMMARY OF CONCLUSIONS AND GROUNDS FOR CHALLENGE OF '517 PATENT

A.   INVALIDITY UNDER 35 U.S.C. § 102/103

25.   The Asserted Claims of the '517 Patent are anticipated and/or would have been obvious to a person of ordinary skill in the art, based on the following grounds:

*Expert Report of Dr. Stephen Niksa*                                    Page 27

| Ground | Claims Challenged | Prior Art | Based on Priority Date of |
|---|---|---|---|
| R | 1-11, 13-15, 17-19, 21-26, 28-30 | Sjostrom in view of Eckberg and/or Olson-646 | Apr. 2009 |
| S | 1-11, 13-15, 17-19, 21-26, 28-30 | Sjostrom in view of Olson-646 | Apr. 2009 |
| T | 1-11, 13-15, 17-19, 21-26, 28-30 | Downs-Boiler | Aug. 2004 |
| U | 1-11, 13-15, 17-19, 21-26, 28-30 | Downs-Boiler in view of EPA-Proposal | Aug. 2004 |
| V | 1-11, 13-15, 17-19, 21-26, 28-30 | Downs-Boiler in view of Nelson | Aug. 2004 |
| W | 1-11, 13-15, 17-19, 21-26, 28-30 | Vosteen in view of Granite | Aug. 2004 |

**B.**   INVALIDITY UNDER 35 U.S.C. § 112

26.     The Asserted Claims of the '517 patent are invalid under 35 U.S.C. §

112 for insufficient written description for the reasons I set forth in this report.

**VIII. SUMMARY OF CONCLUSIONS AND GROUNDS FOR CHALLENGE OF '430 PATENT**

**A.**   INVALIDITY UNDER 35 U.S.C. § 102/103

27.     The Asserted Claims of the '430 Patent are anticipated and/or would

have been obvious to a person of ordinary skill in the art, based on the following

grounds:

| Ground | Claims Challenged | Prior Art | Based on Priority Date of |
|---|---|---|---|
| X | 1-4, 6-8, 10-25, and 28-29 | Sjostrom in view of Eckberg | Apr. 2009 |
| Y | 1-4, 6-8, 10-25, and 28-29 | Sjostrom in view of Olson-646 | Apr. 2009 |
| Z | 1-4, 6-8, 10-25, and 28-29 | Downs-Boiler | Aug. 2004 |
| AA | 1-4, 6-8, 10-25, and 28-29 | Downs-Boiler in view of EPA-Proposal | Aug. 2004 |
| AB | 1-4, 6-8, 10-25, and 28-29 | Downs-Boiler in view of Nelson | Aug. 2004 |
| AC | 1-4, 6-8, 10-25, and 28-29 | Vosteen in view of Granite | Aug. 2004 |

**B.   INVALIDITY UNDER 35 U.S.C. § 112**

28.    The Asserted Claims of the '430 patent are invalid under 35 U.S.C. § 112 for insufficient written description for the reasons I set forth in this report.

## IX.   Additional Invalidity Opinions

29.    It is my opinion that certain prior art references that I describe below were withheld from the US Patent Office by the inventors and their legal representatives were material to the validity of the Asserted Claims, were not duplicative of other information provided to the USPTO, and should have been provided to the USPTO during prosecution.

## X.   LEGAL STANDARDS

whether a claimed invention is an obvious variant of that which is disclosed in the specification; rather, an earlier application must itself describe each of the claim limitations.

64.    I also understand that in order to satisfy the enablement requirement, the earlier application must enable a person of ordinary skill in the art to practice the claimed invention without undue experimentation.

65.    I understand that a patent may be valid over prior art that was published or was publicly available before the priority date but after the critical date.  To do so, it is my understanding that patentee must prove with corroborating evidence that the named inventors conceived of the claimed invention before the prior art and were diligent in reducing the claimed inventions to practice.

## XI.    PERSON OF ORDINARY SKILL IN THE ART

66.    As described above, I have been provided the legal standards for determining the qualifications of a Person of Ordinary Skill in the Art ("POSITA").

67.    As of the Asserted Patents' earliest claimed priority date (August 2004), a POSITA would have had at least a Master's Degree in chemical engineering, chemistry, or a related field of study, as well as knowledge of mercury chemistry— including knowledge of gas phase and heterogeneous reactions of mercury and halogen species at the temperatures and under the conditions found in coal-fired power plants. A POSITA would also have at least two years' experience with

*Expert Report of Dr. Stephen Niksa*                                    Page 41

research and development or implementing pollution control in power generation plants for natural gas, coal, and/or industrial waste incineration.  Among other areas, the POSITA would have been familiar with each of the topics discussed below in the State of the Art section.

68.     I understand that the parties may have a dispute as to whether the Asserted Claims are entitled to a priority date of August 2004 or as of April 2009. Either way, the qualifications of a POSITA, discussed above, would remain unchanged.

69.     I was at least a person of ordinary skill as of August 2004, and I remain so.

## XII.  <u>STATE OF THE ART</u>

70.     The Asserted Patents generally relate to "the removal of pollutants from flue gas or product gas from a gasification system."[2]

71.     I understand that the Asserted Patents purport to trace ultimate priority to a provisional patent application that was filed on August 30, 2004.  In the subsections below, I describe some basic principles of chemistry and engineering relating to coal combustion and removing pollutants (such as mercury) from gas streams.  The principles discussed in the subsections below would have been well-known to a POSITA in August 2004 and earlier.

---

[2]     Ex. 2009 ('114 Patent) at 1:28-29; Ex. 1001 ('147 Patent) at 1:29-31; Ex. 1097 ('225 Patent) at 1:30-31; Ex. 2002 ('517 Patent) at 1:45-46; Ex. 1099 ('430 Patent) at 1:41-42.

## A.  FUNDAMENTAL PRINCIPLES OF CHEMISTRY

### 1.  Periodic Table and Chemical Notation

72.  The periodic table of elements (or "periodic table" for short) is a common way to display chemical elements in a tabular manner.  Each box in the periodic table represents a chemical element.  The periodic table typically displays the atomic number and atomic mass of a chemical element, and some periodic tables display other properties.  The atomic number refers to the number of protons in the nucleus of an atom.  The atomic mass of a chemical element is the number of protons and neutrons in the nucleus of an atom, and is averaged to account for the occurrence of isotopes.

73.  A sample periodic table from B&W:  Steam is shown below:[3]



---

3  Ex. 1027 (B&W:  Steam) at exhibit page 239 (Table 3.2).

74.    As can be seen above, the periodic table is arranged in periods (horizontal rows) and groups (vertical columns).  It was well-known that chemical elements exhibit trends within a group.[4] Chemical elements within the same group tend to have similar chemical properties because they generally have the same electron configuration in their valence (outermost electron) shell.  For example, both sodium (Na) and potassium (K) have one electron in their valence shell, while chlorine (Cl) and bromine (Br) have seven electrons in their valence shell.

### 2.    Groups in the Periodic Table

75.    As shown in the periodic table copied above, there are eighteen numbered columns (groups) of elements in the periodic table.  Over the years, multiple conventions have developed in how the groups are numbered. The International Union of Pure and Applied Chemistry (IUPAC) labels the groups from Arabic numeral 1 through Arabic numeral 18.  Group 1 is the left-most group (alkaline elements), and Group 18 is the right-most group (noble gas elements).  An earlier group number system was also developed by the IUPAC, and another system was developed by the Chemical Abstracts Service (CAS), a division of the American Chemical Society.  In the CAS and older-IUPAC numbering scheme, the numbers of the periodic groups represent the highest oxidation state of elements in the group. In the CAS numbering, an "A" designates a main-group element, and a "B"

---

[4]    Ex. 1041 (Greenwood) at 27-29.

designates a transition-metal element.  In the old-IUPAC numbering, an "A" designates an element in the left portion of the periodic table, and a "B" designates an element in the right portion of the periodic table.

### 3.     Oxidation and Oxidation Number

76.     An oxidation state, or oxidation number, is a fictitious charge assigned to atoms in a molecule that represent the law of conservation of charge; the oxidation numbers of atoms in a neutral molecule add up to zero, and the oxidation numbers in an ion add up to the charge on the ion.  The oxidation number symbolizes the transfer of electrons from one atom to another in a molecule—a positive number represents loss of electrons, and a negative number represents the gain of electrons.[5] By way of example, oxidation numbers for a calcium ion would be represented as $Ca^{2+}$ (because the calcium lost two electrons), and for a bromide ion would be $Br^{-}$ (because the bromine gained an electron).

77.     Oxidation refers to a chemical process by which an element is oxidized, or gives up electrons.  Reduction refers to the chemical process by which an element is reduced, or accepts electrons.  An oxidizing agent causes oxidation of another substance, while it itself is reduced.[6]

### 4.     Group I (Alkali Elements), Group II (Alkaline Earth Elements), and Alkali Substances

---

[5]     Ex. 1040 (Oxtoby) at 85.
[6]     Ex. 1040 (Oxtoby) at 85, 87.

78.   Common alkali components include salts from:  (i) an alkali metal (Group I, typically sodium or potassium) or an alkaline earth metal (Group II, typically calcium or magnesium); and (ii) hydroxides ($OH^-$), carbonates ($CO_3^{2-}$), and phosphates ($PO_4^{3-}$).  As such, common alkali components from hydroxides include: NaOH (sodium hydroxide, caustic soda, or lye); KOH (potassium hydroxide, potash or lye); $Ca(OH)_2$ (calcium hydroxide, lime); and $Mg(OH)_2$ (magnesium hydroxide). Common alkali components from carbonates include:  $Ca(CO_3)_2$ (calcium carbonate, limestone) and $Mg(CO_3)_2$ (magnesium carbonate).

### 5.   Group IV (Carbon)

79.   Elements in Group IV of the periodic table include carbon (C), silicon (Si), and germanium (Ge), among others.

80.   Carbon-based compounds are often represented by a shorthand formula, also referred to as a skeletal structure.  Such representations of carbon-based molecules show a series of atoms bonded together, but do not typically label carbon and hydrogen atoms, as they are the most common elements in organic molecules.  Such skeletal structures can depict chains, branches, and rings of carbon and other atoms bonded to one another.  The following representations are common in skeletal structures:

- A carbon atom is represented by a vertex, where two lines interact or terminate.

- Hydrogen atoms that are attached to carbons are not shown, as they are implied.

- A vertex without any labels represents a carbon atom bonded to other constituents and the number of hydrogens needed to satisfy the octet rule (i.e., eight electrons surrounding the carbon).  Accordingly, a carbon bonded to four other carbons would not have any hydrogens.

- A vertex labeled with a formal charge (e.g, + or -) indicates the number of valence electrons in an atom (4 for carbon) minus the sum of [(unshared electrons) + (number of bonds)].

- A carbene carbon—a carbon without any formal charge but with two unshared electrons—is indicated by a ":" to represent the lone pair of electrons.

    81.    For example, two depictions of butane ($C_4H_{10}$) are shown below.  A figure with all of the carbons and hydrogens labeled is shown on the left, and a skeletal structure of butane is shown on the right:



As another example, a carbocation with a formal charge of +1 is shown below to the left (with hydrogens shown for clarity), as it is a carbon surrounded by only 3 bonds.  A carbene with a formal charge of 0 is shown below to the right, as it is a carbon surrounded by two bonds and one lone pair of electrons.

Exemplary carbene | Exemplary carbocation

82.     In skeletal structures, certain common elements or groups of elements are indicated by shorthand. "X" represents a halogen atom or another ligand that donates only one electron (such as OH). "R" represents an alkyl or an organyl group (forming a carbon-carbon bond), such as $CH_3CH_2$—, $ClCH_2$—, $CH_3C(=O)$. Accordingly, carbene structures can be represented generically as $H_2C$: (methylene) or as $R_2C$: (generic carbene).  The (:) indicates a lone pair of electrons.

### 6.     Group V and Group VI Elements

83.     Group V of the periodic table contains nitrogen (N), phosphorus (P), and other less common elements.  Group VI contains oxygen (O), sulfur (S), and other less common elements.  Oxygen is present by definition in all coal combustion systems.

### 7.     Group VII Elements (Halogens)

84.     "Halogen" refers to those elements of the periodic table in Group VII and includes the chemically related elements fluorine (F), chlorine (Cl), bromine (Br), and iodine (I).[7] Technically, astatine (At) with atomic number 85 is also a halogen, but it is radioactive and exceedingly rare in nature.

85.     A summary of the four common halogens is provided below:

---

[7]     Ex. 1040 (Oxtoby) at 788, 791, A.44.

*Expert Report of Dr. Stephen Niksa*                                                    Page 48

|  | Fluorine (F) | Chlorine (Cl) | Bromine (Br) | Iodine (I) |
|---|---|---|---|---|
| Atomic Number | 9 | 17 | 35 | 53 |
| Atomic Mass | 18.998 | 35.453 | 79.904 | 126.904 |

Some commonalities between the four above halogens are identified below:

- Each of the halogens exist as diatomic molecules in nature (e.g., $F_2$, $Cl_2$, $Br_2$, $I_2$)

- Each of the halogens are highly reactive due to their relatively high electronegativity. "Electronegativity is the power of an atom *in a molecule* to attract electrons to itself."[8]

- Each of the halogens have seven valence electrons in their outer electron shell.

- Each of the halogens act as oxidizing agents.  They each raise the oxidation number of other elements that donate electrons.

- Each of the halogens form acids (referred to as hydrogen halides, or hydro-halides in short) when combined with hydrogen.  When in aqueous solution, the hydrohalides become hydrohalic acids (e.g., hydrofluoric acid, hydrochloric acid, hydrobromic acid, and hydroiodic acid).

    86.    A "halide" or "halide compound" (e.g., chloride, bromide, iodide) refers to the compound that results when a halogen combines with another element. For example, table salt (sodium chloride, NaCl) is a chloride compound.   An example of a bromide compound is calcium bromide, or $CaBr_2$.

---

[8]    Ex. 1041 (Greenwood) at 25 (quoting Linus Pauling).

87.   A "hydrogen halide" or "hydrohalide" refers to "the molecular species HX and also the pure (anhydrous) compounds as hydrogen halides" and their aqueous solutions are called "hydrohalic acids."[9] It was known that [a]nhydrous HX are versatile and vigorous reagents for the halogenation of metals."[10] Thus, hydrogen halides include hydrogen bromide (HBr), hydrogen chloride (HCl), and hydrogen iodide (HI).

### 8.   Mercury

88.   Elemental mercury (also referred to as metallic mercury) is a metal that may be found at ambient temperatures and atmospheric pressures as a heavy, silvery-white liquid.[11] The vapor pressure of mercury strongly depends on temperature, and mercury may readily vaporize at ambient conditions.[12] In general, atmospheric mercury is elemental mercury vapor.[13] Mercury metal may also exist in uncontaminated soil deposits at a concentration of from about 50 to about 500 ppb.[14] Additionally, mercury may be found as a sulfide in natural ore deposits.[15] Mercury

---

[9]   Ex. 1041 (Greenwood) p. 809.
[10]   Ex. 1041 (Greenwood) p. 813.
[11]   U.S. EPA, "Mercury Study Report to Congress Volume 1:  Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https://www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-1.
[12]   U.S. EPA, "Mercury Study Report to Congress Volume 1:  Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https://www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-1.
[13]   U.S. EPA, "Mercury Study Report to Congress Volume 1:  Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https://www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-1.
[14]   *See* U.S. EPA, "Locating and Estimating Air Emissions from Sources of Mercury and Mercury Compounds," EPA-454/R-97-012 (Dec. 1997), available at https://www3.epa.gov/ttn/chief/le/mercury.pdf at 3-1.
[15]   *See* U.S. EPA, "Locating and Estimating Air Emissions from Sources of Mercury and Mercury Compounds," EPA-454/R-97-012 (Dec. 1997), available at https://www3.epa.gov/ttn/chief/le/mercury.pdf at 3-1.

generally exists in three oxidation states: $Hg^0$ (metallic), $Hg_2^{2+}$ (mercurous) and $Hg^{2+}$ (mercuric).[16]

### 9.   Common Units of Measurements

89.   **Moles:**   A "mole" is a unit in chemistry that relates the mass of chemical elements to macroscopic terms.  A mole (abbreviated "mol") of a chemical substance is equal to $6.022 \times 10^{23}$ atoms (or molecules) of that substance.  So, for example, 1 mol of elemental bromine equals $6.022 \times 10^{23}$ bromine atoms.  The number of grams of an element is provided by the atomic mass of a substance.  Accordingly, 1 mol of bromine atoms equals 79.904 grams, and 1 mol of bromine molecules ($Br_2$) equals 159.808 grams.

90.   **PPM and PPB:**  The parts-per notation has been used by engineers to describe small quantities, such as a mole fraction or a mass fraction.  Common units in coal combustion are parts-per-million (ppm) and parts-per-billion (ppb).

91.   **ACF and SCF**:   ACF refers to "actual cubic feet," and is a measurement of the volume of a quantity (e.g., flue gas).  SCF refers to "standard cubic feet," and is a measure of the volume of a quantity at a standardized pressure (typically 1 atm, which is also 101.325 kPa) and a standardized temperature (typically either 0°C or 25°C).  MACF or MMACF refers to 1 million actual cubic

---

[16]   Ex. 1060 at 2-1 (exhibit 37); U.S. EPA, "Mercury Study Report to Congress Volume 1:  Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https://www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-1.

feet, and MSCF and MMSCF refers to 1 million standard cubic feet.  The two quantities can be converted from one to another as follows:

$$SCF = ACF \times (P_{actual}/P_{standard}) \times (T_{standard}/T_{actual})$$

Absolute Hg concentrations can be expressed in $\mu g/normal\text{-}m^3$ @ 3%$O_2$.

## B.   COAL POWER PLANTS AND ASSOCIATED UNITS

### 1.   Types of Coal

92.   As of 1992 coal was the most common fossil fuel in use globally for utility and industrial power generation.[17] It was known that coal tends to be a heterogenous fuel source, meaning that its chemical composition may vary by location and even within a coal seam.[18] Thus, a system of classification of coal was standardized by the American Society of Testing and Materials (ASTM) that organizes the broad characteristics of coal by rank.[19] This classification system uses a given coal's heating value and quantities of volatile matter and fixed carbon content as ranking criteria based on proximate analysis. [20] The four classifications are organized from highest to lowest rank as:  (I) Anthracitic; (II) Bituminous; (III) Subbituminous; and (IV) Lignitic.[21] It was known that, as a byproduct of combustion, some unburned carbon is present in the combustion and flue gases.

---

[17]  *See* Ex. 1027 (B&W:  Steam) at 8-1.
[18]  *See* Ex. 1027 (B&W:  Steam) at 8-3.
[19]  *See* Ex. 1027 (B&W:  Steam) at 8-4.
[20]  *See* Ex. 1027 (B&W:  Steam) at 8-4.
[21]  *See* Ex. 1027 (B&W:  Steam) at 8-5.

*Expert Report of Dr. Stephen Niksa*                                    Page 52

The amount of unburned carbon, often referred to as loss on ignition (LOI), was generally proportionally related to the rank of the coal being fired due to the higher volatility and faster burning rates of the lower rank coals. Therefore, there are typically proportionately lower amounts of unburned carbon in the flue gases of low-rank coals such as lignite and subbituminous coal.

93.     The major organic components of coal include carbon, hydrogen, and oxygen.[22] Impurities in coal typically include sulfur, nitrogen, and ash. Such impurities, and others, can give rise to hazardous air pollutants (HAP), such as the pollutants of sulfur oxides ($SO_x$) and nitrogen oxides ($NO_x$) discussed below.[23] In 1998, the EPA published its final report to Congress based on a study of HAPs from electric utility steam generation in analyzing thirteen "priority HAPs."[24] Among the priority HAPs, the EPA report concluded that "[b]ased on available information and current analyses, the EPA believes that mercury from coal-fired utilities is the HAP of greatest potential concern."[25]

## 2.     **Combustion Chamber and Boiler**

94.     It was known that the main method in use by the electric utility steam generation industry for the combustion of coal as a fuel source was pulverized coal

---

[22]   *See* Ex. 1027 (B&W:  Steam) at 8-3.
[23]   *See* Ex. 1027 (B&W:  Steam) at 8-3.
[24]   *See* U.S. EPA, "Study of Hazardous Air Pollutant Emissions from Electric Utility Steam Generation Units - - Final Report to Congress," (Vol. 1 1998), available at https://www3.epa.gov/ttn/utox/eurtc1.pdf, at ES-5.
[25]   U.S. EPA, "Study of Hazardous Air Pollutant Emissions from Electric Utility Steam Generation Units -- Final Report to Congress," (Vol. 1 1998), available at https://www3.epa.gov/ttn/utox/eurtc1.pdf, at ES-27, 7-45.

*Expert Report of Dr. Stephen Niksa*                                             Page 53

firing.[26] Pulverized coal firing is performed by feeding small particle sized coal—around 50 micron mean diameter—to a combustion chamber or furnace for combustion of the pulverized coal.[27] Illustrated below is a typical pulverized coal-fired power plant, known since at least 1992, with a Carolina-type design boiler shaded in orange and labeled as the "steam generator" to show where the combustion chamber is situated with respect to the other major systems in use by electric utilities.[28]



95.    Regardless of the configuration of the combustion chamber, the components within these systems generally included a number of burners that fired the pulverized coal as it was carried from the pulverizers by a stream of primary air supplied by a large forced draft fan.  It was known that the combustion chamber may also include a supply of secondary air and over-fire air ports for the control of NOx

---

[26]   *See* Ex. 1027 (B&W:  Steam) at 13-1 (noting also use of cyclone, stoker, and fluidized bed firing methods).
[27]   *See* Ex. 1027 (B&W:  Steam) at 13-1.
[28]   *See* Ex. 1027 (B&W:  Steam) at Plate 8.

formation.  At the base of the combustion chamber would typically be a bottom ash handling system to collect and remove the portion of ash that was discharged from the furnace and settled at the bottom of the combustion chamber.

96.     Although the term "boiler" was colloquially used to refer to an overall system, technically the boiler of an electric utility power plant referred principally to the tubes of the steam-water circulation system that were in contact with the hot gases from the combustion of the pulverized coal.[29] These tubes carried liquid water through them which, when in contact with the hot gases of the furnace, boiled the water (hence the term "boiler") to generate the steam necessary to drive the turbines and produce electricity.  The boiler tubes were generally grouped in banks of steam and water tubes hung on stringers that were located in the top regions of the furnace and within the backpass of the furnace before the air preheater.  The various stages of the steam tube banks were generally referred to as superheaters—these may be primary superheaters, secondary superheaters, and reheat superheaters.[30] The steam from the various boiler banks typically would be directed to different pressure stages of the turbine and then returned to another bank of water tubes before making a complete loop.  Beyond the superheater banks of the boiler ordinarily would be a bank of water tubes called an "economizer," for the purpose of recovering extra

---

[29]   *See* Ex. 1027 (B&W:  Steam) at 18-1.
[30]   *See* Ex. 1027 (B&W:  Steam) at 18-2, 3.

thermal energy from the flue gases to be provided to the boiler feedwater before it entered superheater banks.[31] It was known that the point within the furnace after the last bank of the superheater section, and before the entrance to the economizer, was commonly referred to as the "furnace exit" and was understood as the transition point after which the combustion gases were referred to as flue gases from there forward.

97.     It was known that after passing through the boiler section of the furnace, the flue gases pass through the economizer and another heat exchanger called an "air heater" or an "air preheater." The function of this air preheater was to reclaim some of the thermal energy from the combustion gases, by transferring this waste heat to the primary and secondary air before it enters the combustion chamber, thus enhancing the combustion of the pulverized coal.[32] After exiting the economizer, the cooler flue gases enter the flue-gas cleaning system responsible for pollution controls, prior to exhausting these gases to the environment.

### 3.     Components Typically Upstream of the Combustion Chamber and Boiler

98.     It was known in the art that upstream of the combustion chamber and boiler system was the air supply for the primary air and secondary air, as well as the coal handling systems.[33] Coal handling systems transport coal from the coal storage

---

[31] *See* Ex. 1027 (B&W:  Steam) at 19-1.
[32] *See* Ex. 1027 (B&W:  Steam) at 19-6.
[33] Ex. 1027 (B&W:  Steam) at 13-3.

pile, typically on a conveyor system, to a coal bunker for temporary storage ahead of the pulverizers.'[34] These coal bunkers were typically situated vertically above the number of pulverizers so that the coal can be gravity fed to the feeder below.[35] These feeders meter the rate of coal provided to the pulverizers which, as the name implies, were responsible for crushing the coal with a series of rollers that grind the coal into a powder, typically under 74 microns in diameter.[36] It was known that a stream of primary air from the air preheater serves a dual purpose of drying out the coal and transporting the pulverized coal to the burners in the furnace.[37]

### 4.   Flue Gas Constituents

99.    In 1972, the EPA first published AP-42, *Compilation of Air Pollutant Emissions Factors.*[38] The Fifth Edition of AP-42 was published in January 1995 with various supplements and updates periodically provided.[39] Chapter 1 of the AP-42 is titled "External Combustion Sources." Chapter 1 of the AP-42 has a first section titled "Bituminous and Subbituminous Coal Combustion[40]."'The Bituminous and Subbituminous Coal Combustion section was last supplemented in September

---

[34]    See Ex. 1027 (B&W:  Steam) at 11-13.
[35]    See Ex. 1027 (B&W:  Steam) at 11-13.
[36]    See Ex. 1027 (B&W:  Steam) at 12-8.
[37]    See Ex. 1027 (B&W:  Steam) at 12-2.
[38]    See U.S. EPA, AP-42:  Compilation of Air Emissions Factors, EPA (2019), available at https://www.epa.gov/air-emissions-factors-and-quantification/ap-42-compilation-air-emissions-factors (last visited Apr 10, 2020).
[39]    See U.S. EPA, AP-42:  Compilation of Air Emissions Factors, EPA (2019), available at https://www.epa.gov/air-emissions-factors-and-quantification/ap-42-compilation-air-emissions-factors (last visited Apr 10, 2020).
[40]    See U.S. EPA, AP-42:  External Combustion Sources, Chapter 1:  Fifth Edition, Volume I, available at https://www3.epa.gov/ttn/chief/ap42/ch01/index.html (last visited Apr 10, 2020).

1998.[41] Thus , in 2003, the AP-42 demonstrated that much was already known in the art about flue gas constituents.

100.   The AP-42 explained that "[e]missions from coal combustion depend on the rank and composition of the fuel, the proportions of fuel and air, the type and size of the boiler, firing conditions, load, type of control technologies, and the level of equipment maintenance."[42] It was known that potential emissions included particulate matter, sulfur oxides (SOx), nitrogen oxides (NOx), carbon monoxide (CO), organic compounds, trace metals, acid gases, and greenhouse gases.[43]

101.   Particulate matter emitted from coal combustion processes "include[d] the ash from combustion of the fuel as well as unburned carbon resulting from incomplete combustion."[44] It was also known that in typical pulverized coal operations, complete combustion resulted in particulate matter that "is primarily composed of inorganic ash residues."[45] In particular, the ash that is entrained in the flue gas was commonly referred to as "fly ash."[46] Unburned carbon in fly ash was estimated as the loss-on-ignition (LOI), which is the mass fraction of combustibles lost during incineration of a fly ash sample in air.  In general, LOI is greater when

---

[41]    U.S. EPA, AP-42:  External Combustion Sources, Chapter 1:  Fifth Edition, Volume I, available at https://www3.epa.gov/ttn/chief/ap42/ch01/index.html (last visited Apr 10, 2020).
[42]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.
[43]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-3 to 1.1-6.
[44]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.
[45]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.
[46]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.

in-furnace technologies are implemented to reduce NOx emissions.  LOI is also greater with coals of progressively higher rank.

102.   It was known that sulfur oxides ("SO$_x$") that were emitted from coal combustion "form[ed] as the organic and pyritic sulfur in the coal [were] oxidized during the combustion process."[47] In fact, it was well known that "about 95 percent of the sulfur present in bituminous coal [was] emitted as gaseous SO$_x$, whereas somewhat less [was] emitted when subbituminous coal is fired."'[48] The SO$_x$ emissions were known to be "primarily sulfur dioxide (SO$_2$), with a much lower quantity of sulfur trioxide (SO$_3$) and gaseous sulfates."[49]

103.   It was known that nitrogen oxide ("NO$_x$") emissions "result[ed] from thermal fixation of atmospheric nitrogen in the combustion flame and from oxidation of nitrogen bound in the coal"[50].  NO$_x$ emissions were known to be "primarily nitric oxide (NO)" with trace amounts of nitrogen dioxide (NO$_2$) and nitrous oxide (N$_2$O).[51]

104.   It was known that organic compound emissions from coal combustion "include volatile, semivolatile, and condensable organic compounds either present

---

[47]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.
[48]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.
[49]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-3; see also U.S. DOE, How NOx is Formed, DOE NETL, available at
[50]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-3 see also U.S. DOE, How NOx is Formed, DOE NETL, available at https://web.archive.org/web/20030426074529fw_/http://www.netl.doe.gov/coalpower/environment/nox/howN0x.html.
[51]   50 Ex. 1053 (Chapter 1 of AP-42) at 1.1-3.https://web.archive.org/web/20030426074529fw_/http://www.netl.doe.gov/coalpower/environment/nox/howN0x.html.

in the coal or formed as a product of incomplete combustion" such as "alkanes, alkenes, aldehydes, alcohols, and substituted benzenes (e.g., benzene, toluene, xylene, and ethyl benzene)."[52] It was also known that the rate at which these emissions are generated also "depends on the combustion efficiency of the boiler."[53] It was also known that similar to CO emissions, "combustion modifications that change combustion residence time, temperature, or turbulence may increase or decrease concentrations of organic compounds in the flue gas."[54]

105.   It was known that the amount of trace metals (including mercury) emitted during coal combustion generally depends on "the physical and chemical properties of the metal itself; the concentration of the metal in the coal; the combustion conditions; and the types of particulate control devices used, and their collection efficiencies as a function of particle size."[55] In 2003, the types of trace metals were generally categorized into three classes:[56]

> Class 1:  Elements that are approximately equally concentrated in the fly ash and bottom ash, or show little or no small particle enrichment.  Examples include manganese, beryllium, cobalt, and chromium.

---

[52]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-4.
[53]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-4.
[54]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-4.
[55]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-4 — 1.1-5.
[56]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.

Class 2:  Elements that are enriched in fly ash relative to bottom ash, or show increasing enrichment with decreasing particle size. Examples include arsenic, cadmium, lead, and antimony.

Class 3:  Elements which are emitted in the gas phase (primarily mercury and, in some cases, selenium).

Class 1 emissions were known to be "directly related to control of total particulate matter emissions."[57] Class 2 emissions were known to "depend[] on collection of fine particulate."[58] However, it was known that "[b]ecause of the volatility of Class 3 metals, particulate controls have only a limited impact on emissions of these metals."[59]

106.   It was known that coal combustion "also results in emissions of chlorine and fluorine."[60] The chlorine and fluorine were known to be "primarily in the form of hydrogen chloride (HCl) and hydrogen fluoride (HF)" but may also be found in lesser quantities as chlorine gas and fluorine gas.[61]

### 5.  Components Downstream of the Combustion Chamber and Boiler

---

[57]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.
[58]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.
[59]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.
[60]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.
[61]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-5.

107.   The EPA's AP-42 report also provided a brief summary of the various downstream components that were known to be used to control certain undesirable flue gas constituents.[62]

### a.   *Particulate Matter Emissions Controls*

108.   Known particulate matter controls included "combustion modifications (applicable to small stoker-fired boilers) and post-combustion methods (applicable to most boiler types and sizes)."[63] Methods to control particulate matter emissions from small stoker-fired and hand-feed combustion sources included "employing good combustion practices such as operating within the recommended load ranges, controlling the rate of load changes, and ensuring steady, uniform fuel feed," as well as using "[p]roper design and operation of the combustion air delivery systems"[64]. It was also known that post-combustion control of particulate matter could be accomplished using one or more of the following:   an electrostatic precipitator ("ESP"), a fabric filter (or baghouse), a wet scrubber, a cyclone or multiclone collector, or a side stream separator.[65] It was known that electrostatic precipitators could be placed ahead of an air preheater, such as in the hot-side (HESP) configuration.

---

[62]   See Ex. 1053 (Chapter 1 of AP-42) at 1.1-6 — 1.1-9.
[63]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-6.
[64]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-6.
[65]   Ex. 1053 (Chapter 1 of AP-42) at 1.1-6 to 1.1-7.

109.   It was known that fabric filters contain multiple compartments that contain "several thousand long, vertically supported, small diameter fabric bags."[66] It was known that when mercury-containing flue gas with flyash pass through the bags, they deposit flyash and unburned carbon onto thin dust cakes on their outer surfaces.  The cleaned flue gas then moves into an outlet plenum that recombines the effluents from all bags to proceed further downstream.  It was known that as the dust cake accumulates, the increasing pressure drop across the filter is managed by pulsing air jets to dislodge the dust cake into collection hoppers.

### b.      SO$_x$ Emissions Controls

110.   Multiple techniques were known for controlling SO$_x$ emissions.  For example, it was known that "[p]ost combustion flue gas desulfurization (FGD) techniques can remove SO$_2$ formed during combustion by using an alkaline reagent to absorb SO$_2$ in the flue gas."[67] These FGD systems would treat coal flue gas "using wet, dry, or semi-dry desulfurization processes of either the throwaway type (in which all waste streams are discarded) or the recovery/regenerable type (in which the SO$_2$ absorbent is regenerated and reused)."[68] The most common type of FGD systems were wet FGDs that "generally use alkali slurries as the SO$_2$ absorbent medium and can be designed to remove greater than 90 percent of the incoming

---

[66]    Ex. 1027 (B&W:  Steam) at 33-7
[67]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-7.
[68]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-7.

$SO_2$."[69] It was known that commercially viable and accepted wet FGDs include lime/limestone scrubbers, sodium scrubbers, and dual alkali scrubbers.[70]

### c.    $NO_x$ Emissions Controls

111.    It was known that $NO_x$ emissions could be controlled using combustion control techniques and post-combustion control.[71] Known post-combustion control techniques included "selective noncatalytic reduction (SNCR) and selective catalytic reduction (SCR)" systems.[72]

112.    SNCR systems were known to "involve[] injecting ammonia ($NH_3$) or urea into specific temperature zones in the upper furnace or convective pass."[73] The SNCR system was known to remove $NO_x$ by reacting the ammonia or urea with $NO_x$ in the flue gas to produce nitrogen and water.[74] Specifically, it was known that "[a] nitrogen based reducing agent (reagent), such as ammonia or urea, is injected into the post combustion flue gas."[75] Although it was known that the nitrogen-based reducing agent would react with numerous components in the flue gas stream, "the $NO_x$ reduction reaction is favored over other chemical reaction processes for a

---

[69]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-7.
[70]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-7.
[71]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-7 to 1.1-8.
[72]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-8.
[73]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-9.
[74]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-9.
[75]    U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 1 Selective Noncatalytic Reduction (October 2000), available at https ://www3.epa.gov/ttn/ecas/docs/cs4-2chl.pdf, at 1-4

*Expert Report of Dr. Stephen Niksa*                                                     Page 64

specific temperature range and in the presence of oxygen."[76] Typical SNCR units in the early 2000's provided "30% to 50% $NO_x$ reduction" with known potential "$NO_x$ reduction efficiencies of up to 75 percent."[77].

113.   Known SCR systems operated in a similar way that "involves injecting $NH_3$ into the flue gas in the presence of a catalyst to reduce $NO_x$ to nitrogen and then water." Similar to SNCR systems, it was known that "the SCR process is based on the chemical reduction of the NO molecule."[78] The known SCR systems differed from known SNCR systems because they "employ[] a metal-based catalyst with activated sites to increase the rate of the reduction reaction.:[79] Similar to known SNCR systems, "[a] nitrogen based reducing agent (reagent), such as ammonia or urea, is injected into the post combustion flue gas"[80]  The SCR reactor was known to be flexible and could "be located at various positions in the process including before an air heater and particulate control device, or downstream of the air heater,

---

[76]   U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 1 Selective Noncatalytic Reduction (October 2000), available at https ://www3.epa.gov/ttn/ecas/docs/cs4-2chl.pdf, at 1-4.

[77]   U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 1 Selective Noncatalytic Reduction (October 2000), available at https ://www3.epa.gov/ttn/ecas/docs/cs4-2chl.pdf, at 1-3.

[78]   77 U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 2 Selective Catalytic Reduction (October 2000), available at https://www3.epa.gov/ttn/ecas/docs/cs4-2ch2.pdf, at 2-4

[79]   U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 2 Selective Catalytic Reduction (October 2000), available at https://www3.epa.gov/ttn/ecas/docs/cs4-2ch2.pdf, at 2-4.

[80]   U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6th Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 2 Selective Catalytic Reduction (October 2000), available at https://www3.epa.gov/ttn/ecas/docs/cs4-2ch2.pdf, at 2-4.

particulate control device, and flue gas desulfurization systems."[81] It was known that SCR systems were "often designed to meet control targets of over 90%" but typically "operate at efficiencies in the range of 70% to 90%" $NO_x$ reduction.[82]

114.    By January 2004, it was also known that adding a halogen "also reduces $NO_x$ emissions in a selective catalytic reduction (SCR) and/or (SNCR) process, especially if the additive is injected with a nitrogen agent (N-agent) into $NO_x$ and $O_2$ containing flue gas at flue gas temperatures in a range of 1600° F.  (Fahrenheit) to 2300° F."[83] Specifically, it was known that "[t]he halogen additive can also be added with ammonia, urea or other N-agent solution ... to increase efficiency of $NO_x$ reduction."[84]

115.    By 2002, it was known that the catalysts in SCR units could also oxidize elemental mercury ($Hg^0$) while they eliminated NOx from the flue gas.  Field tests across several SCRs at commercial power plants indicated that SCR systems "may also promote $Hg^0$ oxidation to $Hg^{2+}$, and this effect appeared to be coal-specific and possibly catalyst-specific."[85] The coal-specific aspect was attributed to a coal's native chlorine content, as researchers interpreting the full-scale SCR field test data

---

[81]    Ex. 1053 (Chapter 1 of AP-42) at 1.1-9.
[82]    U.S. EPA, Air Pollution Control Cost Manual EPA/452/B-02-001 6' Edition, Section 4 NOx Controls, Section 4.2 NOx Post-Combustion, Chapter 2 Selective Catalytic Reduction (October 2000), available at https://www3.epa.gov/ttn/ecas/docs/cs4-2ch2.pdf, at 2-3.
[83]    Ex. 1036 (Lissianski) at 3:51-55.
[84]    Ex. 1036 (Lissianski) at 4:40-42.
[85]    Ex. 1037 (Power Plant Evaluation).

noted that significant increases in mercury oxidation (to $Hg^{2+}$) across the SCR that "correlate[s] with the amount of chloride in the coal."[86]

116.  Thus, a POSITA would have readily realized that adding chlorine compounds to the coal or furnace to produce HCl in flue gas would promote oxidation of elemental mercury across an SCR.  It would have been a very simple extension to recognize that other halogens, particularly Br, would promote mercury oxidation on SCR catalysts as well as, or better than, chlorine.

### d.    Mercury Emissions Controls

117.  By February 2003, numerous projects had been completed that demonstrated components for effective mercury control from coal-fired power plants.[87] For example, in Colorado "the DOE/FETC Mega PRDA program, DOE, Public Service Company of Colorado (PSCo), and EPRI" funded an evaluation of "carbon injection as a mercury control technology.  ADA Technologies performs the fabrication, pilot operation, and reporting."[88] Further research in Colorado sponsored by TDA evaluated "a low cost route to a carbon-based, sulfur containing sorbent that should have a high capacity for mercury and also for other air toxins including

---

[86]    Ex. 1045 (Laudal).
[87]    U.S. DOE, Completed Mercury Projects, February, 2003, available at https://web.archive.org/web/20030227051517fw_/http:/www.netl.doe.gov/coalpower/environment/mercury/index.html.
[88]    87 U.S. DOE, Completed Mercury Projects, February, 2003, available at https ://web. archive. org/web/20030227051517fwjhttp :/www.netl. doe .gov/coalpow er/environment/mercury/index.html.

chlorine and hydrogen chloride."[89] Similarly, testing in Pennsylvania evaluated "the use of a granular activated carbon (GAC) fixed bed adsorption system for mercury adsorption from flue gas."[90]

118.   By March 2003, Apogee completed its proposal to the DOE "to test novel and less mature technologies."[91] At that time, the DOE explained that "[u]nder the laboratory sorbent development program supported by EPRI, over 1000 potential sorbents have been evaluated and many promising low cost mercury sorbents and processes have been identified."[92] Thus, "a portable pilot system fabricated by Apogee for EPRI" was designed to provide fixed bed testing of 6 to 12 of these novel sorbents.[93] Also by March 2003, Babcock and Wilcox completed testing to "demonstrate their wet scrubbing mercury removal technology (which uses very small amounts of a liquid reagent to achieve increased mercury removal)."[94]

---

[89]   U.S. DOE, Completed Mercury Projects, February, 2003, available at https ://web . archive. org/web/20030227051517fw_/http :/www.netl. doe .gov/coalpow er/environment/mercury/index.html.
[90]   U.S. DOE, Completed Mercury Projects, February, 2003, available at https://web.archive.org/web/20030227051517fw_/http://www.netl.doe.gov/coalpower/environment/mercury/index.html.
[91]   U.S. DOE, Control Technology Assessment Of Low Cost Novel Mercury Sorbents, March, 2003, available at https ://web. archive. org/web/20030315093024fwjhttp :/www.netl. doe. gov/coalpow er/environment/mercury/control-tech/hg-sorbents.html.
[92]   U.S. DOE, Control Technology Assessment Of Low Cost Novel Mercury Sorbents, March, 2003, available at https ://web . archive. org/web/20030315093024 fw_/http :/www.netl. doe. gov/coalpow er/environment/mercury/control-tech/hg-sorbents.html.
[93]   U.S. DOE, Control Technology Assessment Of Low Cost Novel Mercury Sorbents, March, 2003, available at https ://web . archive. org/web/20030315093024 fw_/http :/www.netl. doe. gov/coalpow er/environment/mercury/control-tech/hg-sorbents.html.
[94]   U.S. DOE, Control Technology Full-Scale Testing of Enhanced Mercury Control in Wet FGD, March, 2003, available at https ://web. archive. org/web/20030315095234 fw_/http :/www.netl. doe. gov/coalpow er/environment/mercury/control-tech/test-wet-fgd.html.

C.   **SORBENTS / ACTIVATED CARBON**

1.   **Sorbent Overview**

119.   In the late 1990's and early 2000's, sorbent technology was already used to remove mercury, and researchers were investigating methods to reduce costs and improve the effectiveness of sorbents.  In particular, research by the EPA in the mid-1990s suggested that "activated carbon has been shown to be a promising technology."[95]  Activated carbon's general use as a sorbent dates back as far as 1500 B.C. where the ancient Egyptians used carbonized wood "as an adsorbent for medicinal purposes and also as a purifying agent."[96]   Industrial production of activated carbon "was established in 1900-1901 in order to replace bone char in the sugar refining process."[97]  It was known in the 1980s that activated carbons "are excellent adsorbents and thus are used to purify, decolorize, deodorize, dechlorinate, detoxicate, filter, or remove or modify the salts, separate, and concentrate in order to permit recovery."[98]  It was known that "adsorption" refers to a process by which an adsorbate (e.g., atoms, ions, or molecules) in a fluid (typically a gas) are bound to the surface of a sorbent.

120.   By the 1930's, it was known that activated carbon could be used for mercury capture in gas streams.[99]  U.S. Patent No. 1,984,164 to Stock, issued in

---

[95] Ex. 1060 (EPA 1997 Mercury Study Report Vol. VIII) at 2-54.
[96] Ex. 1070 (Bansal) at vii.
[97] Ex. 1070 (Bansal) at vii.
[98] Ex. 1070 (Bansal) at viii.
[99] Ex. 1029 (Stock).

1934, explained that "[i]t has already been suggested to employ active carbon as a means of protection against the effects of mercury vapors."[100] By 1998, "[a]ctivated carbons ha[d] been the most thoroughly studied sorbent for the capture of mercury."[101] Additionally, many research programs completed by 2003 had shown that activated carbon injection ("ACI") in coal-fired power plants had "the most promise as a near-term mercury control technology."[102]

121.   By 1998, it was known that sorbents may capture mercury from coal flue gas by "chemical adsorption, or by chemical reaction.[103] Chemisorption was known to refer to "a surface reaction, limited to a monolayer."[104] Chemisorption and chemical reaction processes both were known to "occur over a wide range of temperatures" and "typically have higher activation energies and heats of reaction than does physisorption."[105]

122.   By January 2004, the EPA had already proposed rules relating to mercury emissions, and had identified "types of sorbent that may be viable for use in sorbent injection [that] include two basic types of activated carbon (AC; regular and impregnated)."[106] Of these two types of promising sorbents—regular activated carbon and chemically-impregnated activated carbons—the EPA identified

---

[100] Ex. 1029 (Stock) at 1:27-30.
[101] Ex. 1038 (Granite) at 22.
[102] Ex. 1039 (Feeley) at 10.
[103] Ex. 1038 (Granite) at 4.
[104] Ex. 1038 (Granite) at 5.
[105] Ex. 1038 (Granite) at 5.
[106]   Ex. (EPA-Proposal) at 4676.

SorbalitTM and Darco FGD as brand-name activated-carbon sorbents of interest and indicated that chemically-impregnated activated carbons being studied included those using halogens and sulfur "bound to the [activated carbon] to enhance mercury removal.[107]

### 2.  Well-Known Structure of Activated Carbon

123.  By 1988, it was well known that activated carbon would adsorb oxidized mercury ions (Hg2+ or Hg(II)).[108]  The surface structure of activated carbon (also referred to as "active carbon"), and the interaction with mercury and halogens, was discussed in a textbook authored in 1988 by Roop Chand Bansal and others, entitled "Active Carbon." Sections of this book have been included as Exhibit 1070 to my declaration, and I refer to it as "Bansal."[109]  Bansal describes "the basic steps involved in the manufacture of activated carbons, the selectivity and suitability of different raw materials, and the probable mechanism of the physical and chemical activation processes."[110]

124.  Bansal explains that "[a]ctivated carbons are unique and versatile adsorbents because of their extended surface area, microporous structure, universal adsorption effect, high adsorption capacity, and high degree of surface reactivity."[111]

---

[107] Ex. (EPA-Proposal) at 4676.
[108] Ex. 1070 (Bansal) at 391.
[109] Ex. 1070 (Bansal).
[110] Ex. 1070 (Bansal) at iv.
[111] Ex. 1070 (Bansal) at iii.

Specifically, Bansal teaches that activated carbons "are extensively used to purify, decolorize, deodorize, dechlorinate, and detoxicate potable waters; for solvent recovery and air purification in inhabited spaces such as restaurants, food processing, and chemical industries; in the purification of many chemical and foodstuff products; and in a variety of gas phase applications."[112]

125. Bansal explains in 1988 that the adsorbent properties of activated carbon were known to be "attributed to their large surface area, a high degree of surface reactivity, universal adsorption effect, and favorable pore size, which makes the internal surface accessible, enhances the adsorption rate, and enhances mechanical strength."[113]   By the 1980s, it was known that "commercial active carbons have a specific surface area of the order of 800-1500 m2/ g."[114]   It was known that the surface area of activated carbon may be "contained predominantly within micropores, which have effective diameters smaller than 2 nm."[115]   A typical activated carbon particle was known to be "made up of a complex network of pores which have been classified into micropores (diameters < 2 nm), mesopores (diameter between 2 and 50 nm), and macropores (diameters > 50 nm)."[116]   Although the "macropores do not contribute much toward surface area," it was known that they

---

[112] Ex. 1070 (Bansal) at iii.
[113] Ex. 1070 (Bansal) at viii.
[114] Ex. 1070 (Bansal) at viii.
[115] Ex. 1070 (Bansal) at viii.
[116] Ex. 1070 (Bansal) at viii.

"act as conduits for the passage of the adsorbate into the interior mesopore and the micropore surface where most of the adsorption takes place."[117]

126.   It was known that an activated-carbon sorbent generally is formed from graphene sheets (or layers).   The Bansal reference in 1988 described activated carbon as having "a st[r]ucture consisting of sheets of aromatic condensed ring systems stacked in nonpolar layers."[118]   This can be pictured as a stack of sheets of the following structure:



Each vertex in the above structure represents a carbon atom, and each hexagon in the above figure represents an aromatic ring.

127.   Each such graphene sheet was known to have "limited dimensions and therefore present edges."[119]   Further, it was known that "these sheets are associated

---

[117]   Ex. 1070 (Bansal) at viii.
[118]   Ex. 1070 (Bansal) at 238.
[119]   Ex. 1070 (Bansal) at 238.

with defects, dislocations, and discontinuities."[120]   In particular, the location and number of these defects, dislocations, and discontinuities could depend, among other things, on the particular relationship between the graphene sheets.  It was known that once a carbon atom is partially exposed from a sheet at a discontinuity, a pair of its valence electrons are no longer able to be delocalized into (shared by) the surrounding carbon atoms.  This pair of electrons becomes localized to its parent carbon atom, instead of interacting with its neighbors.  Such carbons were known to "have unpaired electrons and residual valences and are richer in potential energy."[121]  Thus, research showed that "these carbon atoms are highly reactive and constitute active sites or active centers."[122]  Bansal emphasized "[t]he importance of active sites and their characterization and of active surface area and its measurement in determining the reactivity of carbons."[123]

### 3.   Reaction Between Activated Carbon and Halogens

128.   It was known that activated carbon "can also fix nitrogen on treatment with ammonia; sulfur on treatment with hydrogen sulfide, carbon disulfide, or sulfur; chlorine on treatment with the gas; and bromine on treatment in the gaseous or solution phase" that "give rise to stable carbon-nitrogen, carbon-sulfur, carbon-chlorine, or carbon-bromine surface structures (surface compounds)

---

[120] Ex. 1070 (Bansal) at 238.
[121] Ex. 1070 (Bansal) at 238.
[122] Ex. 1070 (Bansal) at 238.
[123]   Ex. 1070 (Bansal) at iv.

respectively."[124]   Additionally, "[x]-ray diffraction studies have shown that these heteroatoms or molecular species are bonded or retained at the edges and corners of the aromatic sheets or to carbon atoms in defect positions of the aromatic sheets, or they can be incorporated within the carbon layer, forming heterocyclic ring systems."[125]   In other words, the Bansal reference explained in 1988, based on surface chemistry studies, that activated carbon has reactive carbenes (lone pairs of electrons) at the edge sites of graphene sheets, and that bromine bonds to these sites.

129.   In 1970, it was documented that almost 100 years ago, researchers had reported that substantial loadings of both chlorine (Cl) and bromine (Br) can be bound onto carbon sorbents by simply heating them under gas mixtures containing the molecular (Cl2, Br2) or acid halide (HCl, HBr) forms of the halogens, among other methods.[126]   For example, it was shown that a sugar charcoal bound 24 % Cl by weight and a coconut charcoal bound 40 wt. % Cl.[127]   Similarly, it was shown that charcoal bound up to a saturation limit (adsorption equilibrium) of 38 wt. % Br, and carbon black bound up to a saturation limit (adsorption equilibrium) of around 31 wt. % Br.[128]   A person of ordinary skill in the art would expect that in an actual industrial application, the amount of Br actually bound would be less than the

---

[124] Ex. 1070 (Bansal) at 259.
[125] Ex. 1070 (Bansal) at 259.
[126] Ex. 1042 (Puri) at 255-57.
[127] Ex. 1042 (Puri) at 256-57.
[128] Ex. 1042 (Puri) at 260.

*Expert Report of Dr. Stephen Niksa*                                        Page 75

saturation limit.  Halogens onto activated carbon would have been bound to similar amounts as with carbon black.  Binding refers to the element to element chemical bonding of Cl or Br with activated carbon, whereas loading refers to a weight ratio. It was known that the loading of Br is greater than that for Cl at the same conditions, because Br has a greater molecular weight than Cl (79.9 vs. 35.5 g/mol).[129]   It was known that both halogens are bound in rough proportion to the hydrogen content of the carbon sorbent.[130] Thus, it was known that even in situations where Br was bound on a lower mole-to-mole basis than Cl under the same thermal conditions, its overall loading is greater due to the disparity in molecular weights.[131] Additionally, for mercury removal at electric utility boilers, research by the EPA in the mid-1990s suggested that "even greater mercury removal may be possible with impregnated activated carbons" above what was already well understood for untreated sorbent injection.[132]

#### 4.   Reaction Between Activated Carbon and Mercury

130.  It was widely understood in the late 1990's that only sorbents that bound both elemental and oxidized mercury by chemical adsorption (a.k.a. chemisorption) and chemical reaction were suitable, because this form would not be leached into the groundwater from flyash holding ponds or otherwise released during

---

[129] Ex. 1042 (Puri) at 260.
[130]   Ex. 1042 (Puri) at 257 (chlorine) and 260 (bromine).
[131] Ex. 1042 (Puri) at 261.
[132] Ex. 1060 (EPA 1997 Mercury Study Report Vol. VIII) at 2-54.

flyash disposal.[133]   In 1999, researchers demonstrated that mercury formed chemical bonds with the species on activated carbons exposed to simulated coal-derived flue gas.[134]   Researchers found that with carbon sorbents promoted by iodine and sulfur, "the XAFS data confirm that it is the activating element (I or S) that forms a sorption complex with mercury."[135]   Researchers also found that with unpromoted activated carbon exposed to flue gas that contained HCl and SO2, the XAFS spectra showed that, first, HCl was bound to the carbon and then, elemental and oxidized Hg were bound to the chlorinated surface sites on the carbon.[136]   The XAFS spectra "indicate that the LAC carbon readily sorbs a form of chlorine present in the synthetic flue gas", and that the chlorinated surface bonds to mercury "with Hg2+-Cl, as in HgCl2, and/or Hg2+-S, as in HgS (cinnabar)."[137]

131.   By 2004, these findings had been generalized to interpret both oxidation and capture of elemental and oxidized mercury on both inherent unburned carbon and injected activated-carbon sorbents.[138]   As my team and I explained in a paper from 2004:

> Mercury transformations occur while flue gases are cooled along an exhaust system.  At the superheater section, only Hg0 is present and the carbon is oxidized but otherwise clean.  The process begins when temperatures are cooled into the range where HCl chlorinates some of

---

[133] Ex. 1038 (Granite) at 40.
[134] Ex. 1043 (XAFS) at 119.
[135] Ex. 1043 (XAFS) at 114.
[136]   Ex. 1043 (XAFS) at 117, 119.
[137] Ex. 1043 (XAFS) at 117, 119.
[138] Ex. 1044 (Hg Speciation)

the carbon sites in a reversible reaction.  With further cooling, Hg0 adsorbs at appreciable rates onto the chlorinated sites.  Since desorption remains relatively fast, the HgCl rapidly desorbs into the gas phase, where it oxidizes into HgCl2.  In this temperature range, there is little sorption but extensive oxidation.  As the particles are cooled further, the desorption rate becomes controlling, which implies that surface coverage increases, ultimately, to the equilibrium sorption capacity . . . .  And HgCl on the carbon surface constitutes sorbed or "particulate" Hg.[139]

132.   By 2004, a POSITA would have known that chlorine in coal would be released into flue gas as HCl, which is spontaneously bound to inherent unburned carbon and injected carbon sorbents.[140]   The POSITA would also know that the chlorinated sites on the carbon would oxidize elemental Hg at economizer temperatures, and irreversibly capture the elemental and oxidized Hg on the carbon at air preheater temperatures and cooler.[141]

### 5.   Sorbent Injection Rate Affects Mercury Removal

133.   It was widely understood to a person of ordinary skill in the art in the early 2000s that by adjusting the sorbent injection rate, one could control mercury emissions.  In 2002, ADA-ES, a prominent company providing mercury mitigation, recognized that the "amount of carbon [sorbent] injected" was one of a number of "factors [that] may influence the mercury removal obtained with sorbent injection upstream" of a particulate collector—other generalized factors include the type of

---

[139] Ex. 1044 (Hg Speciation) at 4-5.
[140] Ex. 1044 (Hg Speciation) at 5.
[141] Ex. 1044 (Hg Speciation) at 5.

sorbent, the injection method, and flue gas conditions.[142]   By December 2003, if not earlier, the EPA drafted proposed rules (discussed in more detail in the sections below) that when using sorbents such as activated carbon, the "extent of potential Hg removal is dependent on:  (1) Efficient distribution of the sorbent (e.g., activated carbon) in the flue gas; (2) the amount of sorbent needed to achieve a specific level of Hg removal which will vary depending on the fuel being burned."[143]

134.   Injection rates are commonly represented as "injection concentration in lb/MMacf,"[144]  which stands for pounds of activated carbon per 1 million actual cubic feet of flue gas.  To account for variabilities in coal, it was known to use injection rates between 0 and 30 lb/MMacf, as represented by Figures 1-6 of the 2002 ADA-ES article.[145]  However, by 2002, engineers had determined to generally use approximately 10 lb/MMacf activated carbon to remove mercury, finding that the "maximum removal [is] achievable at injection concentrations between 5 and 10 lb/MMacf" with "little improvement . . . above 10 lb/MMacf."[146]  Ultimately, it was known that the selected injection rate of the sorbent material comes down to routine design tradeoffs between the "effectiveness and costs associated"[147]  with increased rates of the injected sorbent among other routine design parameters.[148]

---

[142] Ex. 1059 (Field Studies of Mercury Control) at p. 2.
[143] Ex. 1009 (EPA-Proposal) at 4676 (emphasis added).
[144] Ex. 1059 (Field Studies of Mercury Control) at 5.
[145] Ex. 1059 (Field Studies of Mercury Control) at Figures 1-6.
[146] Ex. 1059 (Field Studies of Mercury Control) at 13.
[147] Ex. 1059 (Field Studies of Mercury Control) at 2.
[148] Ex. 1059 (Field Studies of Mercury Control) at 4-5.

## D.   MARKET DEMAND AND INDUSTRY TRENDS

135.   As a direct result of the regulatory actions and intentions promulgated by the EPA, and funding provided by the DOE NETL, the American electric power utility industry mobilized a massive response to develop and evaluate technologies for mercury-emissions control as soon as the ICR database was assimilated at EPA in 2000.[149]  Immediately afterward, findings of the industry's R&D programs were fast-tracked and widely disseminated to industry leaders at technical conferences, primarily at the MEGA, AWMA, and EUEC conferences from 1998 and 1999 onward, and at Air Quality from 2002 onward.

136.   By the early 2000s, the DOE and NETL had funded projects, and been provided with successful large-scale demonstrations, of mercury capture from coal-fired power plants.[150]  As Thomas Feeley of the NETL stated in 2003 in summarizing the history of mercury removal, the early goal of the DOE was to "develop mercury control technologies that can achieve 50 to 70% mercury capture at three-quarters or less than current estimated costs for powdered activated carbon injection."[151] The longer-term goals were "to develop advanced mercury control technologies to achieve 90% or greater capture at one-half to three-quarters the cost of existing

---

[149]  Ex. 1039 (Feeley).
[150]  Ex. 1039 (Feeley) at 11.
[151]  Ex. 1039 (Feeley) at 11.

technology and that would be available for commercial demonstration by 2010."[152]

137.  To meet these goals, the DOE and various industry partners co-sponsored numerous mercury removal testing projects.  For example, the DOE co-sponsored projects with industry partners including, but not limited to, UND EERC, ADA-ES Inc., Babcock & Wilcox, Mobotec USA, Southern Company, URS, Sorbent Technologies Corporation, SaskPower, ALSTOM Power, Inc., GE EER, and Amended Silicates, LLC.[153]  The testing with these industry partners was focused on meeting or exceeding the DOE's targets.

138.  As discussed above, the NETL launched a three-phase plan for mercury-control research.[154]  The first phase of testing was for so-called inherent mercury controls that relied on existing air pollution control devices (APCDs), including ESPs, fabric filters (FF), SCRs, and FGDs.[155]  The second phase of testing characterized activated carbon injection (ACI) installations, and a third phase covered halogenated sorbents, SDAs, and halogen/lime injections.[156]  Before 2004, almost all these phases of testing had been run mostly at about 20 plants operated by regional utility companies and cooperatives.

---

[152]  Ex. 1039 (Feeley) at 11.
[153]  *See* U.S. DOE, Mercury Information Clearinghouse Final Report (Apr. 2006), available at https://www.osti.gov/servlets/purl/907884, at 14-16.
[154]  Ex. 1039 (Feeley) at 2.
[155]  Ex. 1039 (Feeley) at 2.
[156]  Ex. 1039 (Feeley) at 2.

## E.   EPA REGULATIONS TO REDUCE MERCURY EMISSIONS

139.   By the 1990's, it was known that excess mercury in the environment can pose a significant threat to the health and safety of plants, birds, and mammals.[157]   In particular, it was known that mercury may cause death, reduced reproductive success, impaired growth, and developmental/behavioral abnormalities.[158]   The 1990 Clean Air Act Amendments ("CAAA") - specifically, Section 112(b) - listed various hazardous air pollutants ("HAPs") and details the relevant regulatory foundation for Hg (and other) emissions that were to be regulated by establishing national emissions standards.[159]   For control of HAPs, the CAAA required the maximum degree of reduction in emissions of the regulated pollutant.[160]   Specifically, the EPA issued maximum available control technology ("MACT") standards that were based on the average emission level achieved by controls on the best performing 12 percent of existing sources, by category of industrial and utility sources,[161]

140.   The EPA conducted several field test programs to assess contributions from the electric power utility industry to the total emissions inventories for the

---

[157]   U.S. EPA, "Mercury Study Report to Congress Volume 1:   Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https:   //www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-6.
[158]   U.S. EPA, "Mercury Study Report to Congress Volume 1:   Executive Summary," EPA-452/R-97-003 (Dec. 1997), available at https:   //www.epa.gov/sites/production/files/2015-09/documents/volume1.pdf, at 2-6.
[159]   U.S. EPA, "Background Information on Mercury Sources and Regulations," available at https: //web.archive.org/web/20030419191659/http:   /www.epa.gov/grtlakes/bnsdocs /mercsrce/mercreg.html.
[160]   Ex. 1054 (Mercury Emissions Control).
[161]   Ex. 1054 (Mercury Emissions Control).

regulated HAPs.[162]   For the mercury-emissions inventory prepared by EPA from tests in 1994 —1995, coal-fired power plants accounted for one-third of the total mercury in the environment.[163]

141.   During the next few years, the EPA surveyed the technical information needed to both refine the Hg emissions inventory and to contemplate Hg emissions control technologies, should federal regulations on Hg emissions be enacted.[164]  This period laid the foundation for EPA's Information Collection Request ("ICR") to coal-fired utility operators, which began implementation in late 1998 and was carried out from 1999-2000.[165]

142.   In the early 2000's, the EPA announced that regulations on mercury-emissions from coal-fired power plants were both appropriate and necessary.[166]  The timetable for the national emissions standard for mercury was initially set for the EPA to propose the standard by December 2003 and to finalize a standard by December 2004.[167]

143.   On March 15, 2005, the "EPA issued the first-ever federal rule to permanently cap and reduce mercury emissions from coal-fired power plants," titled the Clean Air Mercury Rule (CAMR), which builds on the "EPA's Clean Air

---

[162]  Ex. 1039 (Feeley) at 4.
[163]  Ex. 1039 (Feeley) at 3.
[164]  Ex. 1039 (Feeley) at 4-7.
[165]  Ex. 1039 (Feeley) at 4.
[166]  Ex. 1039 (Feeley) at 7-8.
[167]  Ex. 1039 (Feeley) at 8.

Interstate Rule (CAIR) to significantly reduce emissions from coal-fired power plants."[168]   The EPA explained that "these rules will reduce utility emissions of mercury from 48 tons a year to 15 tons, a reduction of nearly 70 percent."[169]   In a press release posted on March 15, 2005, the EPA announced the signing of the CAMR and emphasized the "70 percent" reduction in mercury emissions:

> (Washington, D.C. -- 03/15/05) Acting Administrator Steve Johnson will sign today the Clean Air Mercury Rule, a rule that will significantly reduce mercury emissions from coal-fired power plants across the country.  Taken together, the recently issued Clean Air Interstate Rule and the new Clean Air Mercury Rule will reduce electric utility mercury emissions by nearly 70 percent from 1999 levels when fully implemented.[170]

Accordingly, with passage of the CAMR, those in the power-generation industry actively sought to reduce mercury emissions to the 70 percent limit such that their plants would be compliant when the reduction limits were fully implemented.

144.   But even before the EPA officially passed the CAMR in 2005, the industry was put on notice of the upcoming rule.  On December 15, 2003, the EPA signed proposed rules, and published them on January 30, 2004 in the Federal Register.[171]   The EPA further explained that the "rules would significantly reduce emissions of sulfur dioxide (SO2), nitrogen oxides (NOx), and mercury from power plants," and explained that publication "in the Federal Register marks the beginning

---

[168]   Ex. 1055 (Clean Air Mercury Rule).
[169]   Ex. 1055 (Clean Air Mercury Rule).
[170]   Ex. 1056 (3/15/2005 EPA Press Release).
[171]   Ex. 1009 (EPA-Proposal).

of a 60 day comment period" that included public hearings.[172]  The proposed rules

stated that a "primary goal in this rulemaking is to reduce power plant emissions of

Hg by 70 percent from today's levels by 2018."[173]  The EPA again announced this

"70 percent" reduction in mercury emissions on February 24, 2004, when it further

sought public comment.[174]  Accordingly, as of January 2004, if not earlier, the EPA

put the power-generation industry on notice that upcoming regulations would require

a 70% reduction in mercury emissions, and researchers actively sought processes

that would achieve those limits.

### F.    DOE AND NETL

145.    Since the early 1990s the National Energy Technology Laboratories

("NETL") of the U.S. Department of Energy ("DOE") has been carrying out a

comprehensive R&D program to develop low-cost mercury control technologies for

coal-fired power plants.[175]  The NETL sponsored field-test programs at coal-fired

power plants to characterize Hg emissions for the coals and plant configurations

representing the American utility industry.[176]  The NETL currently operates offices

and test sites at three locations, Pittsburgh, PA, Morgantown, WV, and Albany, OR.

---

[172]  Ex. 1057 (1/29/2004 EPA Press Release).
[173]  Ex. 1009 (EPA-Proposal) at 4698.
[174]  Ex. 1058 (2/24/2004 EPA Press Release).
[175]  Ex. 1039 (Feeley) at 2.
[176]  Ex. 1039 (Feeley) at 10-11.

146.    Mercury-emissions control programs were managed from the Pittsburgh site.  This site has a long and distinguished record in the inception and development of air pollution control for power plants, starting with early R&D on electrostatic precipitators in the 1960s, flue gas desulfurization units in the 1970s, and low-$NO_x$ firing practices in the 1980s.  The NETL was a major sponsor of the early demonstrations of the technologies that ultimately dominated markets for air pollution control devices ("APCDs").  It played a similarly important role in the demonstration of Hg control technologies, including inherent control with existing APCDs, activated carbon injection, both with and without halogens.[177]

### G.   WELL-KNOWN METHODS OF ENHANCING MERCURY REMOVAL USING ACTIVATED CARBON

147.    Typical sorbents, including activated carbon, were known to have low native capacities for adsorbing mercury.[178]  Traditional mercury sorbents were known to have capacities "on the order of 100 micrograms Hg/gram sorbent, and range from $10^{-6}$ to $10^{-2}$ gram Hg/gram sorbent."[179]  However, researchers in 1998 also suggested that an activated carbon/mercury ratio between 3000:1 to 50,000 to 1 would be required to meet mercury removal demands.[180]

---

[177] Ex. 1039 (Feeley) at 10-11.
[178] Ex. 1038 (Granite) at 5.
[179] Ex. 1038 (Granite) at 5.
[180] Ex. 1038 (Granite) at 5.

148.   Before 2003, researchers had worked to develop ways to increase activated carbon's sorption efficiency.   In particular, researchers had found that "[o]ther compounds act as promoters for the removal of mercury from flue gas."[181] The term "promoter" was used to describe chemicals—including halides and halogens—that "increase the capacity of activated carbon."[182]   A promoter was known to be "a chemical dispersed on or within a high surface area substrate, which aids in the removal of mercury from flue gas."[183]   Specifically, promoters were known to "increase the chemisorption and chemical reaction of mercury on the sorbents."[184]

## 1.    Alkali Promoters of Activated Carbon

149.   An example of a well-known early promoter for activated-carbon sorbents was hydrated lime, calcium hydroxide $[Ca(OH)_2]$.[185] Lime was known for its use "in conjunction with activated carbon in some commercial sorbent processes."[186]   Researchers noted that "lime has been demonstrated to reduce mercury emissions in coal flue gas, even though lime neither sorbs nor reacts directly with mercury."[187]   The researchers "speculated that lime aids in the removal of

---

[181]   Ex. 1038 (Granite) at 5.
[182]   Ex. 1038 (Granite) at 15.
[183]   Ex. 1038 (Granite) at 15.
[184]   Ex. 1038 (Granite) at 15.
[185]   Ex. 1038 (Granite) at 15.
[186]   Ex. 1038 (Granite) at 5.
[187]   Ex. 1038 (Granite) at 5.

mercury by reacting with acid gases such as $SO_2$ that compete for adsorption with mercury on coal ash, unburned carbon particles, and activated-carbon sorbents."[188]

## 2.    Halogen Promoters of Activated Carbon

150.    By 1934, it was known in the art that halogens improved the ability of activated carbon to remove mercury.  The Stock patent, issued in 1934, states:

> [I]t was found that in the process of purifying air vitiated with mercury vapors, adsorption agents which are impregnated with a halogen will constitute a protective agent, which is incomparably superior to any of the above mentioned protectives.  For instance, active carbon impregnated with iodine will surpass the protective action of non-impregnated active carbon about ten times.[189]

By 1997, numerous studies had also been conducted that further described how halides interacted with mercury.  For example, it was known that "halides are the most familiar compounds of mercury(I) and all contain the $Hg_2^{2+}$ ion."[190]   In particular, it was known that mercury could form $HgF_2$, $HgCl_2$, $HgBr_2$, $HgI_2$, $Hg_2F_2$, $Hg_2Cl_2$, $Hg_2Br_2$, and $Hg_2I_2$.[191]  It was also known that solubility of $HgX_2$ compounds in water "decrease[s] with increasing molecular weight."[192]   As such, it was known that $Hg_2Br_2$ was easier to precipitate out from an aqueous solution (e.g., in a scrubber), as compared to $Hg_2Cl_2$.  And that $Hg_2Cl_2$ and $HgBr_2$ readily dissolve in aqueous scrubber solutions, whereas $Hg^0$ is insoluble.

---

[188]   Ex. 1038 (Granite) at 5.
[189]   Ex. 1029 (Stock) at 1:  33-41.
[190]   Ex. 1041 (Greenwood) p. 1212.
[191]   Ex. 1041 (Greenwood) p. 1212-13.
[192]   Ex. 1041 (Greenwood) p. 1212.

151.   It was well-known that halides, such as chlorine, "improve[d] Hg capture both by conversion of the $Hg^0$ to the more easily removed $Hg^{2+}$ forms and by enhancing the reactivity of $Hg^0$ with activated carbons."[193]   As such, it was known that the introduction of halogens helped remove mercury through at least two mechanisms:   (1) by oxidizing the mercury, and thus rendering the mercury more susceptible to removal; (2) and by increasing the ability of the activated carbon to bind with the mercury.   For each of these mechanisms, it was known that halogens improved mercury removal.

152.   It was known that using halogens to oxidize mercury had the beneficial effect of increasing mercury removal in wet systems, because oxidized mercury is more soluble in water as compared to elemental mercury.   For example, Vosteen (which discussed both wet processes and dry processes) compared "quasi-insoluble" elemental mercury to "ionic" (oxidized) mercury:

> At a high chlorine content the proportion of ionic mercury in the flue gas is high.   Ionic mercury may be readily removed in scrubbers.   The quasi-water-insoluble metallic mercury can be converted into ionic mercury, for example by adding oxidizing agents, such as peroxides, ozone or sodium chlorite, in the boiler exit gas upstream of the flue gas cleaning system or in the dedusted boiler gas, and then removed in the flue gas cleaning system as for example in scrubbers.[194]

---

[193]   Ex. 1062 (Crocker) at 2-3.
[194]   Ex. 1008 (Vosteen) at 1:  27-35.

Granite reported in 1998 that elemental mercury had a solubility in water of only 20 micrograms/liter at 68°F.[195]  However, mercuric chloride ($HgCl_2$) had a solubility in water of 69 grams/liter and mercuric bromide ($HBr_2$) had a solubility in water of 6.1 grams/liter.[196]  Both of these solubilities were over 5 orders of magnitude higher than the solubility of elemental mercury.  Among these candidates, it was also known that "bromine compounds oxidize mercury more effectively under the given conditions of high-temperature processes" as compared to "chlorine compounds."[197]

153.   It was also known in the art that adding halogens increased the effectiveness of dry-cleanup systems, such as activated-carbon sorbent, in removing mercury.  Granite reported in 1998 that an "example of promoters are the halides and sulfides, which are often dispersed on high surface-area carbons and aluminosilicates."[198]

154.   Some of the earlier DOE-NETL sponsored field tests on Hg emissions control monitored Hg capture efficiencies with untreated powdered-activated carbons (PAC) like Norit Darco FGD.  These trials showed that the efficiencies increased in proportion to the chlorine:coal ratio, which prompted the understanding that adding chlorine to the PAC was an effective and inexpensive way to control Hg

---

[195]   Ex. 1038 (Granite) at 11-12.
[196]   Ex. 1038 (Granite) at 12-13.
[197]   Ex. 1008 (Vosteen) at 4:  48-52.
[198]   Ex. 1038 (Granite) at 5.

emissions with lower PAC injection rates and, therefore, at lower cost.[199]  Moreover, it was known for nearly a century[200] that chlorine-containing gases, such as $Cl_2$ and HCl, could be bound to a wide variety of carbons simply by heating the chlorine-containing gas mixture together with the PAC to moderate temperatures. Consequently, the incentive and the basic production scheme for chlorinated PAC was easily surmised soon after the first trials on untreated PAC.

155.   The EPA recognized such benefits of promoting activated carbon with halogens, and included the technology in its proposed mercury-reduction rules published in January 2004.  By January 2004, the EPA said that two "types of sorbent that may be viable for use in sorbent injection include two basic types of activated carbon (AC; regular and impregnated)."[201]   The EPA described chemically-impregnated AC as follows:

> Chemically-impregnated AC [activated carbon] is AC that has been supplemented with chemicals to improve its Hg removal. The Hg in the flue gas reacts with the chemical that is bound to the AC, and the resulting compound is removed by the PM [(particulate matter)] control device.  Typical impregnants for AC are Cl, sulfur, and iodide.  Chemically-impregnated AC have shown enhanced Hg removal over regular AC.  Chemically-impregnated AC require smaller rates of carbon injection than does regular AC for equivalent Hg removals.  The required carbon-to-mercury mass ratio may be reduced by a factor of from 3 to 10 with the chemically-impregnated AC.  The cost per mass

---

[199]   Ex. 1028 (Bustard).
[200]   Ex. 1042 (Puri) at 255.
[201]   Ex. 1009 (EPA-Proposal) at 4676.

unit of impregnated AC may, however, be significantly greater than that of unmodified AC.[202]

156.   As reflected in the EPA proposed rules, researchers had earlier recognized the benefits of promoting activated carbon with halogens and sulfur in terms of mercury removal:

> Activated carbons are the most studied mercury sorbents. Activated carbons have some serious drawbacks, including high cost, poor utilization/selectivity for mercury, and limited regenerability.  Activated carbons are often promoted with halogens or sulfur to improve their ability to sorb elemental mercury.  This improvement comes at a price; promoted activated carbons are three times more costly than unpromoted carbons.[203]

As such, it was known long before the earliest filing date of the Challenged Patent that promoting activated carbon with halogens, such as chlorine or iodine, were beneficial but with attendant costs.  "In order for a sorbent to attain wide usage for mercury removal from flue gas, it must be highly active, selective, and cost effective."[204]  Accordingly, researchers sought, and successfully demonstrated, more economic methods for promoting the activated carbon.

157.   Once the superior performance of PACs with appreciable chlorine was demonstrated, a person of skill in the art would have realized that other halogens would exhibit the same or, hopefully, an even greater advantage.  In contrast to

---

[202]   Ex. 1009 (EPA-Proposal) at 4676.
[203]   Ex. 1038 (Granite) at 32.
[204]   Ex. 1038 (Granite) at 6.

fluorine and astatine, a person of skill in the art had good reasons to expect that Hg-control efficiencies using bromine (Br) and iodine (I) were at least as good as chlorine's in activated-carbon applications.   Indeed, as reflected by the EPA proposed rules discussed above, the EPA had recognized the benefits of both chlorine and iodine when used with activated carbon, and bromine sits between the two in the same group in the periodic table.  A person of skill in the art would have further understood the applicability of bromine, because untreated PACs are known to be basic in their chemical character, whereas the halides of Cl, Br, and I were often referred to in the utility industry as "acid gases." A person of skill in the art, and anyone with a rudimentary understanding of chemistry, would have known that acids have a strong affinity for bases, and quickly surmise that Br and I would readily bind with PAC, because Cl and PAC behave like any combination of acids and bases.

158.   Moreover, a person of skill in the art would have known that, like any carbon, PACs are not homogeneous materials whose reactivities are determined by a single configuration of atoms on the surface.  Rather, it was known that their most reactive "sites" are the atoms at the edges and in defects on large sheets of atoms that constitute the bulk of PAC structure.  The edge sites contain unpaired electrons that impart the basic character (i.e., ability to donate electrons and thus act as Lewis bases) to PAC and have the strongest affinity for protons when acid gases contact the carbon.  A person of skill in the art would have considered bond-dissociation

energy as a relevant molecular characteristic when evaluating halogens for Hg control with activated-carbon injection. It was known that the dissociation energies are 428 kJ/mol for HCl, 363 for HBr, and 294 for HI.[205] Based on these values a POSITA would expect Br and I to have an even greater affinity for PAC than Cl, because it takes less energy to form the ions of Br and I than those of Cl.

159.    In addition to the reaction between acid gases and activated carbon, a person of skill in the art would have known that mercury-bromide compounds stick more effectively to activated carbon than mercury-chloride compounds, and thus are more effectively removed. "Mercury bromide $HgBr_2$ adsorbs more strongly to dry sorbents than mercury chloride $HgCl_2$."[206]

160.    For these reasons, a person of skill in the art would have known, and would have been motivated to try, other forms of halogens for mercury removal, beyond chlorine. Such a person would have known that binding Br and I to activated carbon has the potential to improve Hg capture efficiencies in activated-carbon injection applications, and that the same process used to make chlorinated activated carbon would have likely worked with Br and I in gas mixtures. Several researchers prior to the earliest filing date of the Challenged Patent had tried both chlorine and bromine, and found bromine to be more effective.

---

[205]    Ex. 1041 (Greenwood) at 804.
[206]    Ex. 1008 (Vosteen) at 5:  36-39.

161.   By 2003, Vosteen Consulting GmbH had also conducted "experiments to demonstrate the effect of bromine on mercury removal in a coal-fired power station of Bayer AG in Uerdingen."[207]  In particular, "an experiment was carried out with addition of aqueous $HgCl_2$ solution and aqueous NaBr solution into the combustion chamber to demonstrate the effect of bromine on Hg oxidation."[208] The results of these experiments are shown in Figures 7 and 8 of Vosteen.[209]

162.   In addition to Vosteen, other prior-art researchers had succeeded in providing methods for a more cost-effective, activated carbon for mercury removal. Other researchers filed patent applications and published articles for using bromine-containing promoters to improve the effectiveness of activated carbon in capturing both elemental and oxidized mercury.[210]  Nelson recognized in a patent dating back to at least May 2003 that chlorinated PAC improved mercury capture, as compared to untreated PAC, but that brominated PAC improved mercury capture even more.[211] Nelson provided his results in Figure 14, annotated below, showing sorbent injection with differing amounts of halogens added.

---

[207]   Ex. 1008 (Vosteen) at 10:  64-66.
[208]   Ex. 1008 (Vosteen) at 10:  67-11:  3.
[209]   Ex. 1008 (Vosteen) at 10:  64-12:  14, Figure 7, Figure 8.
[210]   Ex. 1006 (Downs-Boiler); Ex. 1008 (Vosteen); Ex. 1010 (Sjostrom); Ex. 1011 (Eckberg); Ex. 1012 (Nelson); Ex. 1015 (Downs-Halogenation); Ex. 1036 (Lissianski).
[211]   Ex. 1012 (Nelson) at Figure 14 (annotated).



**Figure 14.**

**Duct-Injection Pilot Plant with ESP**

In the annotated figure, points with a similar halogen loading are colored the same. Nelson provided data for a sorbent injection rate of approximately 5.8 pounds per million actual cubic feet (lb/MMacf), indicated by the vertical dashed black line. Nelson indicated that at this sorbent injection rate, untreated activated carbon ("Plain Norit FGD PAC") was able to remove less than 40% mercury.  In contrast, adding 13 wt% chlorine via $Cl_2$ to the activated carbon (indicated by the $\Delta$ on the graph) was able to remove close to 60% mercury.  Nelson was able to achieve mercury removal greater than 70% at the same activated-carbon sorbent injection rate by applying bromine ($Br_2$) gas.  Nelson achieved:  75% mercury removal by loading the activated carbon with 1.5 wt% bromine (indicated by the ∎); approximately 92% mercury removal by loading the activated carbon with 5 wt% bromine (indicated by the ♦); and near 100% mercury removal by loading the activated carbon with 15 wt

*Expert Report of Dr. Stephen Niksa*                                                   Page 96

% bromine (indicated by the ▲).[212]  When using hydrogen bromide (HBr) gas to load the activated carbon with 10 wt% bromine (indicated by the ●), Nelson achieved approximately 85% mercury removal with a lower sorbent injection rate of 3.7 lb/MMacf.

163.   Accordingly, Nelson and other researchers had recognized the desirability of adding bromine to activated carbon for purposes of mercury removal and various processes to accomplish the bromine promotion.  Researchers had also figured out, and filed patents on, multiple other ways to promote the activated carbon with bromine, including by:

- providing a bromine-containing promoter separately from the activated carbon directly into the mercury-containing flue gas, as in Lissianski,[213]

- injecting activated carbon directly into the flue gas, and adding a bromine-containing promoter into either the combustion chamber and/or onto the coal, as in Vosteen[214] or Downs-Boiler.[215]

## H.   PYROLYSIS CHAR

164.   Pyrolysis char is a commercially important commodity sold as coke for steelmaking and as briquettes for household cooking throughout the developing countries.  It is also a raw feedstock for activated carbons, including products such

---

[212]   Ex. 1012 (Nelson) at Figure 14, 8:  35-53.
[213]   Ex. 1036 (Lissianski).
[214]   Ex. 1008 (Vosteen).
[215]   Ex. 1006 (Downs-Boiler).

as Darco FGD from Norit Americas that are used for Hg emissions control. Pyrolysis char inevitably forms whenever any coal is heated above about 400 °C, which occurs in every technology for coal utilization, including coal-fired power plants.

165.   All of the asserted claims of the '225 patent concern, among other elements, pyrolysis char. Those claims entail combusting a mixture comprising coal, pyrolysis char, and a bromine additive. The '225 patent does not stipulate that the combustible mixture include coal-derived pyrolysis char so any commercial pyrolysis char in the mixture meets the stipulation in the claims.

166.   Pyrolysis char is a product of a spontaneous chemical process called pyrolysis or devolatilization.[216] Pyrolysis partitions the coal into a complex mixture of gases called "volatiles" and a solid residue called "char."  With most coal types char comprises about half the coal mass, nearly all coal minerals, and most of the carbon in the coal, but relatively little of the oxygen, sulfur, and hydrogen.  However, char yields with lignite are only about one-third the coal mass and with low volatility coals, the yields can exceed 90 %.  Char forms with or without $O_2$ or any other reactive gas.  In furnaces, pyrolysis is complete within 200 to 300 ms after the coal is injected, so pyrolysis char is present within the burner belts or coal injector elevations.   As it moves through the furnace and contacts $O_2$, it ignites to

---

[216] [NE1] S. Niksa, G.-S. Liu, and R. H. Hurt. Coal conversion submodels for design applications at elevated pressures. Part I. Devolatilization and char oxidation. Prog. Energy Combust. Sci., 29(5):425-477 (2003).

temperatures as hot as 2000 °C and is oxidized into $CO_2$ plus minor amounts of $H2O$, CO, $SO_2$, and NO.

167.   The very small amounts of char that leave through a furnace exit and move through a gas cleaning system are collected in PCDs with flyash and called UBC.  However, pyrolysis char and UBC have grossly different characteristics.  Due to the exposure to very hot temperatures upon ignition in the furnace, UBC anneals into more crystalline forms and is much less reactive than pyrolysis char.[217]

168.   The spontaneous production of pyrolysis char in furnaces was exploited by Pennline et al. for Hg emissions control.[218]  In their "Thief Process" pyrolysis char is withdrawn from the near-burner flame zone of a furnace, separated from the combustion gases and, perhaps, treated with chemicals or thermal conditioning.  The char is then re-injected into the gas cleaning system to adsorb Hg from the flue gas as a raw or promoted PAC sorbent, and recovered in a downstream PCD with fly ash.

## XIII.  OVERVIEW OF THE CHALLENGED PATENT FAMILY

### A.    FAMILY TREE

169.   The application that led to the '147 Patent was filed on April 6, 2009, and was the first application filed out of the applications that led to the five Asserted

---

[217] [NE2] Robert H. Hurt, Kevin A. Davis, Nancy Y. C. Yang, Thomas J. Headley, Gareth D. Mitchell. Residual carbon from pulverized-coal-fired boilers 2. Morphology and physicochemical properties. Fuel 74(9):1297-1306 (1995).
[218] [NE3] US Patent No. 6,521,021 B1

Patents. The applications that led to the '225 Patent was filed on May 14, 2015; the applications that led to the remaining three patents were filed in 2018.

170.   I understand that the family tree below depicts the Asserted Patents, and the patent applications to which each of them claim priority.[219]

---

[219]   Ex. 2015 (Family Tree).



a type of patent application that is filed during the lifetime of an earlier nonprovisional application, repeating some substantial portion or all of the earlier nonprovisional application and adding matter not disclosed in the earlier nonprovisional application.

179.   The continuation-in-part application that ultimately issued as the '114 Patent was filed on May 14, 2018 as U.S. Patent Application No. 15/978,760 (the "'760 Application").

180.   When the applicants filed the '760 Application on May 14, 2018, they repeated a substantial portion of the '594 Application, but then added matter not disclosed in the '594 Application.   Attached as Exhibit 1068 is a redline comparison between the '594 Application and the '760 Application.  I understand that the redline was prepared by using the '594 Application as the starting document, and then showing what was changed with the filing of the '760 Application.[236] As can be seen, substantial modification of the specification was made, and I refer to these changes below.   Among other changes that were made when filing the '760 Application, the applicants copied and pasted Figure 2 and surrounding text from the Provisional.[237] The applicants renumbered Figure 2 of the Provisional as Figure 6 of the '760 Application.

---

[236]   Ex. 1068 (Redline Comparison, showing changes from '594 Application (as published at 2017/0128908) to '760 Application (as published at 2018/0257031)).
[237]   Ex. 1001 ('114 Patent) at 21:  33-33:  3, Figure 6; see also Ex. 1067 (Redline Comparison, Showing changes from the Provisional (excerpted from Ex. 1020) to '760 Application (as published at 2018/0257031)).

199.    Through the interview process, it appears that the applicant was able to convince the examiner that there was support for the sorbent being within the combustion process.[299]

200.    The claims were later rejected over Nelson in light of Felsvang, by arguing that Nelson did not disclose in-flight promotion, and by relying on the inventor's declarations discussed below.[300]

201.    The claims were allowed in their final form on December 13, 2019.

### 5.    Filing of the '517 Patent

202.    The continuation application that ultimately issued as the '517 Patent was filed on June 4, 2018 as the '091 Application.  Similar to the '343 Application, when ME2C filed the '091 Application on June 4, 2018, ME2C copied and pasted the contents of the Provisional, which had not been explicitly included in any of the earlier applications in the priority chain filed before the '970 Application.  I note that ME2C renumbered Figure 2 of the Provisional as Figure 11 of the '091 Application.

203.    As originally filed, the '091 Application included 20 claims, of which one was an independent claim, and 11 drawings (Figures 1-11).

204.    Independent claim 1, as originally filed, did not include any limitations directed to coal having added bromine-containing species or restricting

---

[299] '558 File History at 2018-07-02 Interview Summary.
[300] '558 File History at 2019-07-10 Amendment and Remarks.

*Expert Report of Dr. Stephen Niksa*                                  Page 129

*sorbent storage and injection system)*."[409] The halogen and activated carbon

sorbent are, again, being combined in a transport line with a non-mercury-

containing gas, and then injected together (not separately) into a mercury-

containing gas.

264.  I have also reviewed Figure 2 of the Provisional.  First, I note that this figure

does not appear in the '163 or '595 Applications.   Figure 2 is reproduced

below:[410]



FIG. 2

Second, Figure 2 of the Provisional includes a label with "Additive Injection" having

three arrows generically in the direction of the boiler of a coal-fired power plant.

---

[409]  Ex. 1020 (Provisional) at exhibit page 14 (emphasis added).
[410]  Ex. 1020 (Provisional) at Fig. 2.

The accompanying written description provides the only context of what is illustrated by this figure:[411]

**DESCRIPTION OF EXEMPLARY EMBODIMENTS**

FIG. 2 is a block diagram illustrating the use of the invention in a coal fueled facility. Of course, the invention can also be used in any other desired type of facility. FIG. 2 shows a boiler for burning pulverized coal. The facility utilizes various devices to clean the exhaust of the boiler. In this example, a baghouse or ESP is used to collect particulates in the exhaust. A scrubber and sorbent bed are also used to remove undesired constituents from the flue gas stream, before being fed to the stack. In the example shown, the sorbent is injected into the flue gas after the boiler. The additive can be injected where desired (e.g., before, after, or within the boiler).

265.   Where the Provisional refers to the additive, it describes that these are "additives of base chemistry" that are "comprised of Group I or Group II elements, such as Ca, Na, and others."[412] These additives are explained in more

9.   The process of using additives (1-8) in conjunction with sorbents to capture acid gases and other flue gas constituents that block oxidation reactions or consume sorbent sites that would otherwise capture mercury. The additive is a compound comprised of Group I or II elements, such as Ca, Na, and others. These additives of base chemistry may be added to flue gas as a sorbent mixture or co-injected to selectively sorb acid gases or other gas constituents that compete for mercury reactive/sorption sites, thereby improving the effectiveness of activated carbon to capture mercury. In addition, the base additives can augment the treated activated carbon by helping to capture oxidized mercury forms in the flue gas, such as mercuric chloride, or that are produced on the carbon sorbent, such as mercuric bromide, but are released to the gas phase as the sorbent becomes saturated or capacity limited.

---

Ex. 1020 (Provisional) at exhibit page 16 (Fig. 2).
[412]   Ex. 1020 (Provisional) at exhibit page 15 (emphasis added).
[412]   Ex. 1020 (Provisional) at exhibit page 4 (Abstract).

preceding the '147 Patent and that their support is found in the introduction of those claims on April 6, 2009.

### B.   PRIORITY ANALYSIS FOR THE '114 PATENT

267.   I have been asked to review the '114 Patent, and its earlier filed parent applications, from the perspective of a POSITA and to look for support for the claims of the '114 Patent.  I understand from the family tree[415] that the '114 Patent was filed through a series of patent applications back to the Provisional, filed on August 30, 2004.  I have been informed that, in order for a patent claim to be entitled to the priority date of an earlier-filed application, each and every element of that claim must be fully supported by the disclosure of both:  (a) the earlier-field application; and (b) all intervening applications in the chain.

268.   I have reviewed the '114 Patent and its file history, and that of its parent applications.  I have determined that prior to the filing date of the '114 Patent in May 2018, a person of skill in the art would not have concluded that the applicants were in possession of the full subject matter recited in the issued claims of the '114 Patent.

269.   As I explain below, there are multiple limitations in each of the issued claims of the '114 Patent claims that are not disclosed in all of the earlier-filed applications.   These include limitations missing from each independent claim (claims 1, 23, 24, 25), such as the limitations below:

---

[415]   Ex. 1017 (Family Tree).

- "the coal comprises added Br 2, HBr, Br⁻, or a combination thereof, added to the coal of the combustion chamber" (claims 1, 23, 24) and "the coal comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber" (claim 25);

- "the combustion chamber comprises added $Br_2$, HBr, Br-, or a combination thereof" (claims 1, 23, 24) and "the combustion chamber comprises added $Br_2$, HBr, a bromide compound, or a combination thereof" (claim 25);

- the coal or combustion chamber comprising "added $Br_2$, . . . Br-, or a combination thereof" (claims 1, 23, 24), and the coal or combustion chamber comprising "added $Br_2$, . . . a bromide compound, or a combination thereof" (claim 25).

In the subsections below, I explain why each of these limitations were not present in the '594 Application (filed Oct. 17, 2016), which is the immediate parent of the '114 Patent.  I also explain why these limitations were not present in intervening patent applications.  I then explain (to the extent it is considered relevant to the analysis) limitations missing from the Provisional (filed Aug. 30, 2004), which is the earliest application to which the '114 Patent purports to claim priority.

### 9. The Passages Cited by the Applicants for Support During Prosecution of the '114 Patent Were Added Through Later Continuations-In-Part

270.  As described above, on March 20, 2019, the applicants amended the sole independent claim and added three new independent claims to the '760 Application (which ultimately issued as claims 1, 23, 24, and 25 of the '114 Patent) to recite certain bromine-containing species being added to the combustion chamber

or to the coal upstream of the combustion chamber.[416]   The applicants further amended claim 7 of the '760 Application to recite that "the coal comprises added $Br_2$, HBr, Br-, or a combination thereof, added to the coal upstream of the combustion chamber."[417]   In support of these amendments, the applicants cited to paragraphs [0088], [0123]–[0125], [0138], [0144], [0155], and [0164] and Figure 6 of the '760 Application.'[418]

271.   I reviewed each of the above-cited portions of the '760 Application that the applicants cited.   With the exception of paragraph [0088], each of these paragraphs was added in the continuation-in-part '760 Application filed May 14, 2018.  This can be seen in Exhibit 1068, which is a redline comparison between the '760 Application and the '594 Application (the immediate parent of the '760 Application).[419]  This is further evidenced by the fact that the last paragraph of the '594 Application is paragraph [01091.[420]   Figure 6 of the '114 Patent was also added on May 14, 2018, and is not present in the '594 Application. [421]   Paragraph [0088] of the '760 Application was present in the '594 Application,'[422] but it discusses the surface structure of activated carbon and its interaction with halogens.

---

[416]   Ex. 1026 ('114 Patent File History) at exhibit pages 1905-11.

[417]   Ex. 1026 ('114 Patent File History) at exhibit pages 1906.

[418]   Ex. 1026 ('114 Patent File History) at exhibit page 1824; see Ex. 1026 ('114 Patent File History) at 38-49, 62.

[419]   Ex. 1068 (Redline Comparison, Showing changes from '594 Application (as published at 2017/0128908) to '760 Application (as published at 2018/0257031)).

[420]   Ex. 1025 ('594 Application File History) at 37 (Originally Filed Application).

[421]   Ex. 1025 ('594 Application File History) at exhibit pages 43-47 (Originally Filed Drawings).

[422]   Ex 1025 ('594 Application File History) at 30 ¶ [0087].

*Expert Report of Dr. Stephen Niksa*                                    Page 174

It does not describe bromine-containing species being added to either the combustion chamber, the coal, or anywhere else.[423]  Thus, the paragraphs identified by applicants from the '760 Application as supporting the independent claims (other than paragraph [0088]) were not present in the family of the '760 Patent Application prior to May 14, 2018.  And as discussed further below regarding the Provisional, to the extent one considered the disclosure in that filing, even those paragraphs do not fully support the claims of the '114 Patent.

272.  I have also reviewed the portion of the '760 Application cited by applicants in support of its amendments regarding claim 7.  On May 15, 2018, the applicants added claim 7 to the '760 Application, which recites "wherein a promoter precursor is on the coal, wherein the combusting of the coal forms the halogen or halide promoter in the mercury-containing gas."[424]  On December 3, 2018, following a rejection for lack of written description, the applicants amended claim 7 to recite, "wherein the coal comprises added $Br_2$, HBr, Br-, or a combination thereof."[425]  In arguing written description support for dependent claim 7 as amended, the applicants cited to paragraphs [0035], [0050], [0064], [0088], [0098]-[0107], and Figure 6.[426]

273. I reviewed the portions of the '760 Application (the second continuation-in-part in the chain of patents) cited by the applicants in support of

---

[423]   Ex. 1026 ('114 Patent File History) at 30.
[424]   Ex. 1026 ('114 Patent File History) at exhibit pages 75-79 (5/15/2018 Preliminary Amendment).
[425]   Ex. 1026 ('114 Patent File History) at exhibit page 1646.
[426]   Ex. 1026 ('114 Patent File History) at exhibit page 1648 (12/3/2018 Resp. to Office Action).

claim 7 of the '760 Application[427]and have also reviewed the corresponding portions of the '058 Application (the first continuation-in-part in the chain of patents filed April 23, 2009), as originally filed.  First, as described above, Figure 6 of the '114 Patent was also added on May 14, 2018, and is not present in the '594 Application.[428]  Second, paragraphs [0050], [0064], and [0088] of the '760 Application simply describe the characteristics of a promoted sorbent and a mechanism for how it reacts with mercury, but do not describe any bromine-containing species being added to either the combustion chamber, the coal, or anywhere else.  Third, paragraphs [0098]–[0107] of the '760 Application merely refer to a halogen promoter being contacted with a base sorbent in a flue gas, but again do not refer to any bromine-containing species being added to the combustion chamber or coal.[429]  I also note that paragraph [0098], as found in the '760 Application was amended significantly in April 2009 in the ' 058 Application, as shown below:

---

[427]   Ex. 1026 ('114 Patent File History) at exhibit page 1648 (12/3/2018 Resp. to Office Action); Ex. 1026 ('114 Patent File History) at 18-33, 62 (Originally Filed U.S. Patent Application No. 15/978,760).
[428]   Ex. 1025 ('594 Application File History) at exhibit pages 43-47 (Originally Filed Drawings).
[429]   Ex. 1026 ('114 Patent File History) at 33.

<u>'760 Application (as filed May 14, 2018)[430]</u>

Advantages of On-Site Preparation

**[0098]** In-flight preparation of the halogen/halide-promoted sorbent on location produces certain advantages. For example, the treatment system can be combined with the base sorbent injection system at the end-use site. With this technique, the halogen/halide is introduced to the base sorbent air (or other gas, including to the flue gas or other mercury containing gas) mixture in a transport line (or flue gas duct part of the base sorbent storage and injection system). This provides the following benefits over current conventional concepts for treating sorbents off-site:

<u>Changes from '058 Application (as filed Apr. 23, 2009)[431] to '760 Application[432]:</u>

Advantages of On-Site Preparation

[~~0099~~0098] In-flight preparation of the halogen/halide-promoted sorbent on location produces certain advantages. For example, the treatment system can be combined with the base sorbent injection system at the end-use site. With this technique, the halogen/halide is introduced to the base sorbent air (or other gas, including to the flue gas or other mercury containing gas) mixture in a transport line (or flue gas duct part of the base sorbent storage and injection system). This provides the following benefits over current conventional concepts for treating sorbents off-site:

<u>Changes from '595 Application (filed Apr. 29, 2008) to '058 Application (as filed Apr. 23, 2009):[433]</u>

[~~0078~~0099] In-flight preparation of the halogen/halide -promoted ~~carbon~~ sorbent on location produces certain advantages. For example, the treatment system can be combined with the ~~carbon~~base sorbent injection system at the end-use site. With this technique, the halogen/halide is introduced to the ~~carbon~~ base sorbent air (or other gas, including to the flue gas or other mercury containing gas) mixture in a transport line (or ~~other~~flue gas duct part of the base sorbent storage and injection system). This provides the following benefits over current conventional concepts for treating sorbents off-site: [~~0079~~0100] Capital equipment costs at a treatment facility are

---

[430]   Ex. 1026 ('114 Patent File History) at 33 ¶ [0098].

[431]   Ex. 1023 ('058 Application File History) at 24.

[432]   Ex. 1069 (Redline Comparison, Showing changes from '058 Application (as published at 2009/0297413) to '760 Application (as published at 2018/0257031)).

[433]   Ex. 1064 (Redline Comparison, Showing changes from '595 Application (as published at 2009/0062119) to '058 Application (as published at 2009/0297413))

274.   Last, while paragraph [0035] of the '760 Application does state that "the promoter is introduced into the mercury-containing gas upstream of the introduction of base sorbent,"[434] it does not state how far upstream of the base sorbent the promoter is injected, or whether the promoter is introduced upstream or downstream of the combustion chamber.  Paragraph [0035] does not refer to bromine-containing species being added to the combustion chamber or the coal.  I also note that this entire paragraph was first added by the continuation-in-part ' 058 Application when filed April 23, 2009.[435]

### 10.   There Is No Support for the '114 Patent Claim Limitations in the Provisional

275.   As described above, the applicants copied and pasted the contents of the Provisional into the ' 760 Application when they filed the ' 760 Application.[436] Earlier applications in the priority chain of the ' 760 Application had not explicitly included the contents of the ' 640 Provisional, and had only included a generic statement of incorporation by reference.  I am informed that, as a legal matter, this is insufficient to permit consideration of that material for a priority analysis. However, even if a person of ordinary skill in the art were to consider the technical

---

[434]   Ex. 1026 ('114 Patent File History) at 18.
[435]   Ex. 1064 (Redline Comparison, Showing changes from '595 Application (as published at 2009/0062119) to '058 Application (as published at 2009/0297413)) at ¶ [0037]; Ex. 1026 ('114 Patent File History) at 18 ¶ [0035] (original '760 Application).
[436]   Ex. 1068 (Redline Comparison, Showing changes from '594 Application (as published at 2017/0128908) to '760 Application (as published at 2018/0257031)).

disclosures the Provisional, the Provisional would fail to disclose limitations from the issued claims of the '114 Patent.

### a.    Adding Br-Containing Components to Coal

276.   The passages cited by the applicants during prosecution of the '760 Application in support of the claims do not, by themselves or collectively, support the limitations from issued claims 1, 23, 24, and 25 of the claims of the '114 Patent that "the coal comprises added" bromine-containing species.

277.   Where the applicant cited paragraph [00164] that the "additive can be injected where desired (e.g., before, after, or within the boiler),"[437] a person of ordinary skill in the art would not conclude that this necessarily discloses the "additive" being added to the coal.'[438]   Paragraph [00164] originates from the Provisional and, other than referring to corresponding Figure 2, is identical to the language of the Provisional reproduced below as emphasized:  [439]

**DESCRIPTION OF EXEMPLARY EMBODIMENTS**

FIG. 2 is a block diagram illustrating the use of the invention in a coal fueled facility. Of course, the invention can also be used in any other desired type of facility. FIG. 2 shows a boiler for burning pulverized coal. The facility utilizes various devices to clean the exhaust of the boiler. In this example, a baghouse or ESP is used to collect particulates in the exhaust. A scrubber and sorbent bed are also used to remove undesired constituents from the flue gas stream, before being fed to the stack. In the example shown, the sorbent is injected into the flue gas after the boiler. The additive can be injected where desired (e.g., before, after, or within the boiler).

---

[437]   Ex. 1026 ('114 Patent File History) at exhibit page 1824; see Ex. 1026 ('114 Patent File History) at 39-40 ¶ [00164].
[438]   Ex. 1026 ('114 Patent File History) at exhibit pages 1648, 1824.
[439]   Ex. 2016 ('760 Application) at 39-4011 [00164]; Ex. 1020 (Provisional) at p. 12 (emphasis added), p. 15.

Likewise, the illustration associated with this description appears as Figure 2 of the Provisional (and Figure 6 of the '114 Patent), as reproduced below: [440]



FIG. 2

278.    This Figure 2 of the Provisional and corresponding Figure 6 of the '114 Patent includes a label with "Additive Injection" having three arrows pointing generically in the direction of the boiler of a coal-fired power plant.  Even if "the additive can be injected" were to refer to injecting a Br-containing promoter—as opposed to injecting an alkali component used to capture "acid gases or other [flue] gas constituents"[441]—paragraph [0164] in the ' 760 Application (and corresponding language in Provisional) does not support adding the additive "to the coal."   A POSITA would not necessarily understand that injecting an additive "before . . . the boiler" involves adding the promoter to the coal, as there are a number of systems

---

[440]   Ex. 1020 (Provisional) at Figure 2; Ex. 1001 ('114 Patent) at Figure 6.
[441]   Ex. 1020 (Provisional) at p.7 (item 9:   "additives of base chemistry").

*Expert Report of Dr. Stephen Niksa*                                        Page 180

ahead of the boiler that do not interface with coal—including secondary-air systems and/or low-NOx overfire air systems.[442]  Injecting an additive "before . . . the boiler" could also involve a specialized additive injection system leading to the boiler, that does not interact with the coal before being introduced to the combustion chamber.

279.   Accordingly, Figure 2 and its accompanying text in the '640 Provisional (and paragraph [0164] and Figure 6 of the '760 Application) fails to clearly disclose that "*the coal* comprises added" bromine-containing species, as required by each of the independent claims of the '114 Patent.

### b.      No Disclosure of a Promoter Comprising $Br_2$, $Br^-$, or Combinations of $Br_2$ and HBr with Bromide Compounds in the Earlier-Filed Patent Applications

280.   The Provisional also does not disclose:

- the coal or combustion chamber comprising "added $Br_2$, . . . $Br^-$, or a combination thereof" (claims 1, 23, 24); and

- the coal or combustion chamber comprising "added $Br_2$, . . . a bromide compound, or a combination thereof" (claim 25).

281.   In addition to not disclosing adding any bromine-containing species to the coal (as discussed above), the Provisional also fails to disclose adding to the coal or to the combustion chamber the particular bromine-containing species recited in the claims of the '114 Patent.  Regarding Paragraphs [00124]-[00125] of the ' 760

---

[442]   Ex. 1027 (B&W:   Steam) at 13-3

the Provisional of a particular type of chemical (HBr) does not demonstrate that the inventors were in possession of the broad class of chemicals of any "bromide compound."

### 11.   The ' 595 Application (Filed Aug. 29, 2008) also does not support the '114 Claims

286.   I have also reviewed the ' 595 Application, as originally filed August 29, 2008.[450]  Figure 6 of the '114 Patent, and the paragraphs cited by the applicants during prosecution of the '114 Patent as support for their amended '114 Patent claims,[451] were either not present or substantially amended between the ' 595 Application and the ' 760 Application.[452]   A POSITA would not understand anything in the text or figures of the ' 595 Application to disclose the following limitations from the '114 Patent:

- "the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal of the combustion chamber" (claims 1, 23, 24) and "the coal comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber" (claim 25);

- "the combustion chamber comprises added $Br_2$, HBr, Br-, or a combination thereof" (claims 1, 23, 24) and "the combustion chamber comprises added $Br_2$, HBr, a bromide compound, or a combination thereof" (claim 25);

- the coal or combustion chamber comprising "added $Br_2$, . . . Br-, or a combination thereof" (claims 1, 23, 24) and the coal or combustion chamber

---

[450]   Ex. 1022 ('595 Application File History) at p. 1-29 (Description), p. 30-33 (Claims), p. 34 (Abstract).
[451]   Ex. 1026 ('114 Patent File History) at exhibit page 1824; *see* Ex. 1026 ('114 Patent File History) at 38-49, 62.
[452]   Ex. 1066 (Redline Comparison, Showing changes from '595 Application (as published at 2009/0062119) to '760 Application (as published at 2018/0257031)); *see also* Ex. 1063 (Redline Comparison, Showing changes from '163 Application (as published at 2006/0048646) to '760 Application (as published at 2018/0257031)).

comprising "added $Br_2$, . . . a bromide compound, or a combination thereof"
(claim 25).

In particular, nothing in the '595 Application discloses adding a bromine-containing species in the combustion chamber or to the coal, let alone the specific types of bromine-containing species recited in the '114 Patent claims.  This is because the '595 Application is directed to preparing a brominated activated carbon outside of the mercury-containing flue gas, and then injecting the brominated sorbent into the mercury-containing flue gas downstream from the combustion chamber.  Nothing in the '595 Application describes adding the bromine promoter independently from the mercury sorbent, let alone to the coal or combustion chamber.

**12.   The '594, '896, and '058 Applications in the '114 Chain also Do Not Support the '114 Claims**

287.   As shown in the family tree provided above,[453] the '114 Patent claims priority as a continuation-in-part application to the '594 Application (filed Oct. 17, 2016).  The '594 Application[454] is a continuation of the '896 Application (filed Dec. 11, 2013),[455] which is a continuation of the '058 Application (filed Apr. 23, 2009).[456] The figures and description (i.e., everything other than the claims) are substantively identical between the '594, '896, and '058 Applications.  Figure

---

[453]   Ex. 1017 (Family Tree).
[454]   Ex. 1025 ('594 Application File History).
[455]   Ex. 1024 ('896 Application File History).
[456]   Ex. 1023 ('058 Application File History).

6 of the '114 Patent, and the paragraphs cited by the applicants during prosecution of the '114 Patent as support for their amended '114 Patent claims,[457] were not present in any of the ' 594, the ' 896, or the ' 058 Applications.[458]

288.  I note that Claims 5, 11, and 18 of the ' 594 Application (as filed Oct. 17, 2016) and the ' 896 Application (as filed Dec. 11, 2013) do recite that "halogen or halide promoter is introduced *into at least one of before a combustion chamber that produces a mercury-containing gas, into a combustion chamber* that produces a mercury-containing gas . . ."[459]  First, these claims are not present in the ' 058 Application that was filed on Apr. 23, 2009.[460]  Second, as described above regarding Figure 2 of the Provisional, a person of ordinary skill in the art would understand that introduction of a promoter before the combustion chamber would not necessarily refer to adding that promoter to the coal.  For example, the promoter could be introduced into any number of systems upstream of the combustion chamber that do not interface with coal—such as a secondary air system, a low-NOx overfire air system, or potentially even a specialized dedicated additive

---

[457]   Ex. 1026 ('114 Patent File History) at exhibit page 1824; see Ex. 1026 ('114 Patent File History) at 38-49, 62.

[458]   See, e.g., Ex. 1068 (Redline Comparison, Showing changes from '594 Application (as published at 2017/0128908) to '760 Application (as published at 2018/0257031)); Ex. 1065 (Redline Comparison, Showing changes from '058 Application (as published at 2009/0297413) to '594 Application (as published at 2017/0128908)).

[459]   Ex. 1025 ('594 Application File History) at 29-32 (emphasis added); Ex. 1024 ('896 Application File History) at 29-32.

[460]   Ex. 1023 ('058 Application File History) at 29-32.

injection system having a nozzle directly into the boiler.[461]   Nothing in the remainder of these applications describe adding a promoter to the coal.

289.   The ' 594, ' 896, and ' 058 Application do include new Figures 5A and 5B (not present in the ' 595 Application filed Aug. 29, 2008) that are reproduced below: [462]



FIG. 5A

FIG. 5B

Figures 5A and 5B and their newly added descriptions in the specification provide the first arguable support for any embodiment where the bromide promoter is introduced independently from the sorbent into the combustion chamber or the flue gases:

---

461   Ex. 1027 (B&W:  Steam) at 13-3.
462   Ex. 1023 ('058 Application File History) at exhibit page 44.

*Expert Report of Dr. Stephen Niksa*                                    Page 187

Injection streams 401, 402, 403 and 404, in addition to stream 501, are multiple locations wherein promoter, base sorbent, or a combination of promoter and base sorbent may be introduced.[463]

\* \* \*

In an embodiment, a promoter is introduced to chamber 301 at location 401. A base sorbent (carbon, non-carbon, or their combination) is introduced at location 402 upstream of air heater 302.[464]

However, as previously described, where the arrows 401/401' and 501/501' of Figures 5A and 5B illustrate "streams" that originate outside of the boiler, this again does not necessarily describe to a POSITA that "the coal comprises added" bromine promoter. For example, in Figures 5A and 5B, the promoter could be added to the combustion chamber by first introducing the promoter into any one of the multitude of auxiliary systems located upstream of the combustion chamber (e.g., secondary air systems, low NOx overfire air systems, or a specialized promoter injection system), which do not necessarily add the promoter to the coal.

290. Accordingly, the '594, '896, and '058 Applications fail to disclose the following claim limitations of the '114 Patent:

- "the coal comprises added $Br_2$, HBr, Br-, or a combination thereof, added to the coal of the combustion chamber" (claims 1, 23, 24) and "the coal comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber" (claim 25),

---

[463] Ex. 1023 ('058 Application File History) at 22-23 ¶ [0092].
[464] Ex. 1023 ('058 Application File History) at 23 ¶ [0095].

- the coal or combustion chamber comprising "added Br$_2$, . . . Br-, or a combination thereof" (claims 1, 23, 24) and the coal or combustion chamber comprising "added Br$_2$, . . . a bromide compound, or a combination thereof" (claim 25).

## C.   PRIORITY ANALYSIS FOR THE '225, '430, AND '517 PATENTS

291.   I understand from the family tree that the '225, '430, and '517 Patents claim priority through a chain of several earlier continuation applications and ultimately to the Provisional: the '517 Patent is a continuation of the '430 Patent, which is a continuation of the 15/951,970 application (now U.S. Patent No. 10,933,370), which is a continuation of the '225 Patent, which is a continuation of the 14/318,270 application (now U.S. Patent No. 9,757,689), which is a continuation of the 13/966,768 application (now U.S. Patent No. 8,821,819), which is a continuation of the 13/427,665 application (now U.S. Patent No. 8,512,655), which is a continuation of the '147 Patent, which is a continuation of the 12/201,595 application, which is a divisional of the 11/209,163 application, which claims priority to the Provisional, filed August 30, 2004.[465]

292.   I have been informed that, in order for a patent claim to be entitled to the priority date of an earlier-filed application, each and every element of that claim must be fully supported by the disclosure of both: (a) the earlier-filed application; and (b) all intervening applications in the chain. Therefore, I have evaluated the

---

[465] '517 ADS (June 4, 2018); '430 ADS (May 8, 2018).

support for the limitations claimed in the '225 Patent, the '430 Patent, and the '517 Patent beginning with the earliest application in the family, the Provisional Application, and moving forward chronologically to the '430 Patent and the '517 Patent.

### 1.   Priority of the limitations claimed in the '225 Patent, the '430 Patent, and the '517 Patent

293.   The '225 Patent, the '430 Patent, and the '517 Patent share substantially identical claim limitations directed to adding certain bromine-containing species to coal before the coal enters the combustion chamber.  Due to the substantial similarity of the relevant claim limitations, I have addressed the priority of the three patents together below.

294.   During my review, I specifically looked for any disclosure of the following limitations in each of the issued claims of the '225 Patent, the '430 Patent, and the '517 Patent:

- "the coal comprises an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber" (claims 1, 28, and 29 of the '430 Patent)

- "the coal comprising an additive comprising $Br_2$, HBr, a bromide compound, or a combination thereof" (claim 1 of the '517 Patent)

- "the coal comprises added $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal before the coal

enters the combustion chamber" (claims 29 and 30 of the '517 Patent).

- "combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas" (claims 1, 14, and 17 of the '225 Patent)

- "the coal is combusted in a combustion chamber at a coal-combustion facility, wherein the HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber" (claim 20 of the '225 Patent)

295. As I explain below, I have determined that neither the Provisional nor any of the intervening applications filed between the Provisional and the '558 Application—the application that led to the '225 Patent—include any disclosure of the above-referenced claim limitations. In fact, the only disclosure of adding certain bromine-containing species to the coal before the coal enters the combustion chamber in the '225 Patent is found in the language of the claims themselves.

296. Similarly, I have determined that there is no disclosure of the above-referenced claim limitations in any of the applications filed between the '558 Application and the '970 Application—the application prior to the '430 Patent. Therefore, I have determined that there is no disclosure of the above-referenced claim limitations prior to April 12, 2018. Finally, I have determined that there is an insufficient description of the addition of bromine-containing species to coal prior

to combustion in the '970 Application and the '430 and '517 Patents to support such limitations in the claims.

### 2.   The Provisional Does Not Support the Relevant Claim Limitations of the '225 Patent, the '430 Patent, and the '517 Patent

297.   A person of ordinary skill in the art would not consider the technical disclosures in the Provisional to disclose the aforementioned limitations in the issued claims of the '225 Patent, the '430 Patent, and the '517 Patent.

298.   ME2C has cited Figure 2 of the Provisional and its accompanying description in support of the claim limitations directed to certain bromine-containing species being added to the coal before entering the combustion chamber. However, this disclosure does not fully support the relevant claims. Figure 2 of the Provisional is reproduced below:[466]

---

[466]   Ex. 1020 (Provisional) at exhibit page 16 (Fig. 2).



FIG. 2

299.   Figure 2 of the Provisional includes a label with "Additive Injection" having three arrows generically in the direction of the boiler of a coal-fired power plant.  The accompanying written description provides the only context of what is illustrated by this figure:[467]

**DESCRIPTION OF EXEMPLARY EMBODIMENTS**

FIG. 2 is a block diagram illustrating the use of the invention in a coal fueled facility. Of course, the invention can also be used in any other desired type of facility. FIG. 2 shows a boiler for burning pulverized coal. The facility utilizes various devices to clean the exhaust of the boiler. In this example, a baghouse or ESP is used to collect particulates in the exhaust. A scrubber and sorbent bed are also used to remove undesired constituents from the flue gas stream, before being fed to the stack. In the example shown, the sorbent is injected into the flue gas after the boiler. The additive can be injected where desired (e.g., before, after, or within the boiler).

---

[467]   Ex. 1020 (Provisional) at exhibit page 15 (emphasis added).

300.   As discussed above with respect to the '114 Patent, where the Provisional refers to the additive, it describes "additives of base chemistry" that are "comprised of Group I or Group II elements, such as Ca, Na, and others."[468] These additives are explained in more detail by "outline of examples of the invention" number 9, reproduced below as annotated:[469]

> 9.  The process of using additives (1-8) in conjunction with sorbents to capture acid gases and other flue gas constituents that block oxidation reactions or consume sorbent sites that would otherwise capture mercury. The additive is a compound comprised of Group I or II elements, such as Ca, Na, and others.  These additives of base chemistry may be added to flue gas as a sorbent mixture or co-injected to selectively sorb acid gases or other gas constituents that compete for mercury reactive/sorption sites, thereby improving the effectiveness of activated carbon to capture mercury.  In addition, the base additives can augment the treated activated carbon by helping to capture oxidized mercury forms in the flue gas, such as mercuric chloride, or that are produced on the carbon sorbent, such as mercuric bromide, but are released to the gas phase as the sorbent becomes saturated or capacity limited.

Halogens (including bromine) are in Group VII, and not Groups I or II.  This makes clear that the "additive" disclosed by the Provisional is not the bromine-containing promoter itself but is instead a non-bromine based additive of base chemistry of Ca (Calcium), Na (Sodium), or other alkali—those elements in the first two groups (columns) of the periodic table.  The primary function recognized by this alkali additive is to neutralize other contaminants within the flue gas that would otherwise "compete for mercury reactive/sorption sites."[470]

---

[468]   Ex. 1020 (Provisional) at exhibit page 4 (Abstract).
[469]   Ex. 1020 (Provisional) at exhibit page 7
[470]   Ex. 1020 (Provisional) at exhibit page 7

301.   And, even assuming for the sake of argument, that the words, "the additive can be injected," were to refer to injecting a bromine-containing promoter—as opposed to injecting an alkali component used to capture "acid gases or other [flue] gas constituents"[471]—Figure 2 of the Provisional does not support adding the additive "to the coal" before combustion.  A POSITA would not necessarily understand that injecting an additive "before . . . the boiler" involves adding the promoter to the coal, as there are a number of systems ahead of the boiler that do not interface with coal—including secondary-air systems and/or low-NOx overfire air systems.[472]   Injecting an additive "before . . . the boiler" could also involve a specialized additive injection system leading to the boiler, that does not interact with the coal before being introduced to the combustion chamber. Certainly, it is not express or inherent from Figure 2 or its description that the additive is added to the coal prior to combustion.

302.   Accordingly, the Provisional fails to clearly disclose that ***the coal*** comprises added bromine-containing species prior to combustion, as required by each of the relevant claims of the '225 Patent, the '430 Patent, and the '517 Patent.

### 3.   The '163 Application and the Intervening Applications Do Not Support the Claim Limitations of the '225 Patent, the '430 Patent, and the '517 Patent

---

[471]   Ex. 1020 (Provisional) at p.7 (item 9: "additives of base chemistry").
[472]   Ex. 1027 (B&W:   Steam) at 13-3

303.   I have also reviewed the '163 Application, as originally filed August 22, 2008, as well as the linear chain of continuation applications filed up to the '558 Application. Nothing in the text or figures of the '163 Application or any of the intervening applications discloses the aforementioned, relevant claim limitations. While, as previously discussed, Figure 2 of the Provisional and its description do not support the limitation of adding bromine-containing species to the coal before combustion, it is also notable that they are entirely absent from each of the linear chain of continuation applications filed up to the '558 Application. While these applications do include a generic statement of incorporation of the Provisional by reference, I am informed that, as a legal matter, this is insufficient to permit consideration of that material for a priority analysis.

304.   Further, none of these applications contain any additional disclosures adding a bromine-containing species to the coal recited in the '225, '430, and '517 Patent claims.  This is not surprising considering the '163 Application and the later filed applications in the priority chain, even including the '430 and '517 Patents, discuss preparing a brominated activated carbon outside of the mercury-containing flue gas, and then injecting the brominated sorbent into the mercury-containing flue gas downstream from the combustion chamber.  Nothing in the '163 Application or any of the intervening applications describes adding the bromine promoter independently from the mercury sorbent, let alone to the coal.

### 4.   The '558 Application Does Not Support the Relevant Claim Limitations of the '225 Patent or of the '430 Patent and the '517 Patent

305.   The '225 patent claims "[a] method for treating a mercury-containing gas, the method comprising: combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing, gas . . ." and an embodiment where the "HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber." (claims 1, 14, 17, and 20 of the '225 Patent).

306.   The basis for ME2C's assertion to the Examiner during prosecution that there was sufficient written description to support its final claims—with regard to the addition of bromine-containing additives to coal before combustion—was paragraph [0119] of the published '558 application (now the '225 Patent).[473] Paragraph [0119] states, "[i]n general however, the inventive *sorbent* can be injected where desired (e.g., before, after, or within the boiler)."[474] With regard to the claim that "the coal is combusted in a combustion chamber at a coal-combustion facility, wherein the HBr, bromide compound, or combination thereof, is added to the coal

---

[473]   '225 Applicant Argument/Remarks Made in an Amendment at 1 (June 13, 2018).
[474]   14/712,558 at 11 (Published Sept. 3, 2015) (emphasis added).

before the coal enters the combustion chamber," paragraph [0119] was the entire basis for the written description of the claim.[475]

307.   The language contained in paragraph [0119]—which was also in the preceding applications—cannot support the claim limitations in the '225 Patent. In particular, that language requires the sorbent to be injected before combustion. However, it does not describe the addition of bromine-containing additives to coal before combustion independent of the addition of the sorbent.

308.   Further, as previously discussed, there is no support for the relevant claim limitations in the prior applications in the family. Therefore, the relevant claim limitations of the '225 Patent lack support.

### 5.   The Passages Cited by ME2C During Prosecution of the '430 Patent and the '517 Patent Do Not Support the Claim Limitations of the '430 Patent and the '517 Patent

309.   During prosecution of the '430 Patent and the '517 Patent, ME2C amended the independent claims to recite certain bromine-containing species being added to the coal before entering the combustion chamber.  In support of these amendments, ME2C cited paragraphs [0042], [0054], [0072], [0077]-[0086], and Figure 11 of the published applications of the '430 Patent and the '517 Patent.  I note that the content of paragraphs [0042], [0054], [0072], [0077]-[0086], and Figure 11

---

[475]   *See* '225 Applicant Argument/Remarks Made in an Amendment at 1 (July 10, 2018).

in each of the published applications of the '430 Patent and the '517 Patent is identical. I further note that Figure 11 and the accompanying description are Figure 2 and the accompanying description from the Provisional. They were added back into the patent family in the '970 Application.

310. I reviewed each of the above-cited portions of the '430 Patent and the '517 Patent cited by ME2C in support of the claim limitations directed to certain bromine-containing species being added to the coal before entering the combustion chamber. I note that Figure 11 is the only disclosure cited by ME2C that originates from the Provisional.

311. None of the paragraphs identified by ME2C from the published applications of the '430 and '517 Patents as supporting the independent claims clearly disclose that the coal comprises added bromine-containing species, as required by each of the independent claims of the '430 Patent and the '517 Patent. Paragraphs [0042], [0054], and [0072] of the published applications of the '430 Patent and the '517 Patent simply describe the characteristics of a promoted sorbent and a mechanism for how it reacts with mercury, but do not describe any bromine-containing species being added to the coal. Paragraphs [0077]-[0086] of the published applications of the '430 Patent and the '517 Patent merely refer to a

halogen promoter being contacted with a base sorbent in a flue gas, but again do not refer to any bromine-containing species being added to the coal.[476]

## XV.   CLAIM CONSTRUCTION

312.   I have reviewed how a POSITA would have understood terms in the Challenged Claims.  I have reviewed the Court's Claim Construction ruling in this case and have applied the meanings in that ruling in conducting my analysis below. Apart from those terms, I did not apply any special meaning to any of the claim terms.

## XVI.  OVERVIEW OF THE PRIOR ART

### I.    THE NELSON REFERENCE

313.   Ex. 1012 ("Nelson") is U.S. Patent No. 6,953,494, which names Sidney G. Nelson Jr. as the sole inventor.  Nelson is entitled, "Sorbents and Methods for the Removal of Mercury from Combustion Gases."

### 1.    Prior-Art Status of the Nelson Reference

314.   Nelson was issued by the USPTO on October 11, 2005 from U.S. Patent Application No. 10/430,577, which was filed May 6, 2003.  Nelson traces ultimate priority to U.S. Patent Provisional No. 60/377,790, which was filed on May 6, 2002. Accordingly, I understand that Nelson qualifies as prior art at least as of May 6, 2003.

---

[476]   Ex. 1026 ('114 Patent File History) at 33.

*Expert Report of Dr. Stephen Niksa*                                    Page 200

417.   Olson-646 explains that Figure 3 shows a "base activated carbon reservoir 110, an optional halogen/halide promoter reservoir 120, an optional secondary component reservoir 130, and an optional alkali component reservoir 180, each of which with corresponding flow control device(s) 201, 202, 203, and 208/209, respectively."[665] Olson-646 explains that a "promoted carbon sorbent and/or an optional alkali component is injected into contaminated flue gas stream 15."[666]

## XVII. MOTIVATIONS TO COMBINE

### A.    SJOSTROM WITH ECKBERG AND OLSON-646

418.   A person of skill in the art would have been motivated to combine Sjostrom and Eckberg, and have a reasonable expectation of success in applying the teachings of Eckberg to Sjostrom, because both references teach the use of bromine-based halogens in conjunction with activated carbon to improve mercury removal from flue gas emission leaving coal-fired power plants.  The title of Sjostrom is "Full Scale Evaluations of Mercury Control Technologies with PRB Coals."[667] Sjostrom provides an overall process schematic showing the injection of halogens and activated-carbon sorbents for mercury removal in coal-fired flue gas.[668] Sjostrom discusses that activated carbon was a well-known sorbent for mercury control and discloses suitable ranges for sorbent injection rate.[669] Sjostrom also teaches injection

---

[665]  Ex. 1014 (Olson-646) at ¶ [0056].
[666]  Ex. 1014 (Olson-646) at ¶ [0061].
[667]  Ex. 1010 (Sjostrom) at 1.
[668]  Ex. 1010 (Sjostrom) at 4.
[669]  Ex. 1 O IO (Sjostrom) at 10, 11, 16.

of bromine onto coal, into the combustion chamber, or concurrently with the sorbent, but does not expressly describe the form of bromine to use or the quantity of bromine to add.[670]

419.   A POSITA would have been motivated to look to the teachings of Eckberg to provide these implementation details, for example, to be able to implement the system described in Sjostrom.   The title of Eckberg is "Mercury Control Evaluation of Halogen Injection into a Texas Lignite-Fired Boiler.[671] Eckberg includes a similar process schematic as Sjostrom that shows injection of halogens into a coal-fired boiler for mercury removal.[672]   Eckberg tells a POSITA the type of bromine to be used (calcium bromide), the bromine: coal ratio (0.09%), the bromine liquid feed rate (1.6 gpm), and the estimated gas concentration of HBr in the flue gas (50 ppm).[673]

420.   A POSITA would be further motivated to combine the references, and have a reasonable expectation of success, because both references were presented at the 2005 EUEC.[674]   In fact, both references were originally presented one after the other during the same "A3" session of the 2005 EUEC on Tuesday, January 25, 2005 from 7:30-9:30 am.[675]   Namely, Sjostrom was presented in the A3b slot and Eckberg

---

[670]   Ex. 1010 (Sjostrom) at 4.
[671]   Ex. 1011 (Eckberg) at 1.
[672]   Ex. 1011 (Eckberg) at 5.
[673]   Ex. 1011 (Eckberg) at 3, 9, 14, 15.
[674]   Ex. 1030 (EUEC Handout) at 23.
[675]   Ex. 1030 (EUEC Handout) at 23.

was presented in the A3c slot.[676]  Further, both presentations included a common author—Dr.  Ramsay Chang, Ph.D.—and shared a common partner, namely EPRI.[677]  Thus, a POSITA attending the conference, or reading the materials after the POSITA received the CD mailed by the EUEC, would have understood that the two presentations included related material and would have benefited one another. Moreover, a POSITA would have been likely to see the material in Sjostrom and Eckberg sequentially, thereby increasing the likelihood that a POSITA would have viewed the two references as complementing each other.

421.   As noted above, Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, addition of halogens, and combining sorbents with halogens, as detailed below.[678]



---

[676]   Ex. 1030 (EUEC Handout) at 23.
[677]   Ex. 1030 (EUEC Handout) at 23.
[678]   Ex. 1010 (Sjostrom) at 4.

Sjostrom demonstrates that activated-carbon sorbent injection was a well-known way of treating mercury emissions in flue gas.[679] Sjostrom also teaches that halogens (e.g., "Cl, Br, F, I") may be injected within the process in multiple locations.[680] A POSITA would have understood that the "Cl, Br, F, I" of Sjostrom referred generally to the addition of chlorine, bromine, fluorine, and iodine in any form, rather than the pure elemental form alone. In fact, a POSITA would have understood that the pure elemental forms of these elements are not readily obtainable and would not have been strong candidates for injection in the system of Sjostrom. Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue gas.[681] Sjostrom also shows activated-carbon sorbents that are treated with halogen additives are more effective at removing mercury from flue gas than untreated sorbent alone.[682]

422. Although Sjostrom provides overall process descriptions and sorbent injection rates, and also diagrams and highlights the improved results of halogens used in combination with activated-carbon sorbents, Sjostrom does not expressly describe the specific chemicals used for the halogen injection or the specific injection rates. In particular, Sjostrom describes adding halogens (including bromine) to the coal, but does not identify the specific halogen reagent or its feed

---

[679] Ex. 1010 (Sjostrom) at 10-11.
[680] Ex. 1010 (Sjostrom) at 4.
[681] Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.
[682] Ex. 1010 (Sjostrom) at 16.

rate.  A person of skill in the art would have looked to the Eckberg reference to further tune implementation of a system like that of Sjostrom because it expressly describes the chemical formula of the halogen (adding calcium bromide, CaBr2, onto the coal or into the combustion chamber and having it react to provide HBr in the flue gas), as well as the flow rate of calcium bromide, the resulting bromine: coal ratio, and the resulting concentration of HBr in the flue gas in such a system. Specifically, Eckberg teaches injection of "CaCl2 (25 wt%)" or "CaBr2 (52 wt%)" into the combustion chamber.[683]  As a result of this injection, the bromine is provided at a 0.09 weight % (relative to coal), which dissociates and further reacts in the gas phase to provide 50 ppm HBr in the flue gas.[684]

423.  Like Sjostrom, Eckberg also teaches enhancing mercury removal through halogen injection into a boiler.  Eckberg describes several testing objectives including "[i]ncreas[ing] mercury oxidation in flue gas derived from Texas lignite" and "[e]nhanc[ing] mercury removal across wet scrubbers."[685]  As shown in the figure below, and similar to Sjostrom, Eckberg describes testing the mercury removal effects of halogen injection directly into a coal-fired boiler.[686]

---

[683] Ex. 1011 (Eckberg) at 9.
[684] Ex. 1011 (Eckberg) at 9.
[685] Ex. 1011 (Eckberg) at 3.
[686] Ex. 1011 (Eckberg) at 5.



As discussed below, a POSITA would have been motivated to apply the teachings of Eckberg to Sjostrom because it would have provided well-known chemical substances that could be used as the "Cl" or "Br" identified in the figures of Sjostrom.

424.   Eckberg described a similar location as Sjostrom for adding halogens halogen into the overall system, namely directly within the boiler.   Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen addition, and a combination of the two.[687] Specifically, the annotated figure below shows that Sjostrom teaches adding halogens in at least three locations.[688]

---

[687]   Ex. 1010 (Sjostrom) at 4.
[688]   Ex. 1010 (Sjostrom) at 4 (annotations in red).



Addition Location 2 of Sjostrom teaches Br into the boiler,[689] the same location as in Eckberg.

425.   A POSITA would have a reasonable expectation of success applying Eckberg's teachings regarding the specific type, concentration, and rate of addition of bromine-containing species to the overall system of Sjostrom to create an operational system, because in combining Sjostrom with Eckberg, no modifications would need to be made to the overall process equipment, operating conditions, or activated-carbon sorbent used in Sjostrom.  Eckberg describes a nearly identical system operating at similar conditions.  Thus, a POSITA would have had a reasonable expectation of success in using the salt solutions of Eckberg in the system of Sjostrom.

---

[689]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

426.   A POSITA would have seen the overall process goals and schematics and would have understood that applying the specific teachings of Eckberg to implement the system of Sjostrom would have been obvious to try because of the overall similarities between the references.  Both references apply halogen additions to coal-plants to remove mercury from flue gas.[690]  Both references include similar surrounding equipment, such as boilers, air pre-heaters, and ESPs or other particulate matter control devices.[691]

427.   Similarly, a person of ordinary skill in the art would have looked to Olson-646 to provide certain implementational details regarding the system disclosed in Sjostrom, such as which specific bromine-containing ("Br") species to use and the ratios of bromine promoter to activated-carbon sorbent.  A person of skill in the art would have been motivated to combine Sjostrom and Olson-646, with or without Eckberg, and have a reasonable expectation of success in applying the teachings of Olson-646 to Sjostrom, because these references teach the use of halogens and activated-carbon sorbents to improve mercury removal from flue gas emission leaving coal-fired power plants.  The title of Sjostrom is "Full Scale Evaluations of Mercury Control Technologies with PRE Coals."[692] Similarly, the title of Olson is "Sorbents for the Oxidation and Removal of Mercury."[693]

---

[690]   Ex. 1010 (Sjostrom) at 4; Ex. 1011 (Eckberg) at 2, 9.
[691]   Ex. 1010 (Sjostrom) at 4; Ex. 1011 (Eckberg) at 5.
[692]   Ex. 1010 (Sjostrom) at 1 (Title).
[693]   Ex. 1014 (Olson-646) at 1 (Title).

428.    Sjostrom teaches separating mercury from a mercury-containing gas by adsorbing the mercury onto activated carbon, and then separating the mercury/sorbent complex.    The title of Sjostrom is "Full Scale Evaluations of *Mercury Control Technologies* with PRB Coals."[694] Sjostrom described testing mercury removal from flue gas of coal-fired power plants using sorbent injection, halogen injection, and both sorbent and halogen injection as detailed in the Sjostrom figure above.[695]

429.    Sjostrom demonstrates that activated-carbon sorbent injection was a well-known way of treating mercury emissions in flue gas.[696] Sjostrom also teaches that halogens (e.g., "Cl, Br, F, I") may be injected within the process in multiple locations.[697] Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue gas.[698] Sjostrom also shows activated-carbon sorbents that are treated with halogen additives are more effective at removing mercury from flue gas than untreated sorbent alone.[699]

430.    Sjostrom provides overall process descriptions and diagrams and highlights the improved results of halogens used in combination with activated-

---

[694]  Ex. 1010 (Sjostrom) at 1 (emphasis added).
[695]  Ex. 1010 (Sjostrom) at 4.
[696]  Ex. 1010 (Sjostrom) at 10-11.
[697]  Ex. 1010 (Sjostrom) at 4.
[698]  Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.
[699]  Ex. 1010 (Sjostrom) at 16.

carbon sorbents.  To the extent that Sjostrom does not expressly describe some implementation details associated with the chemicals and reactions taking place when these chemicals are injected as described in Sjostrom, a person of skill in the art would have looked to the Olson-646 reference for guidance on how to select the implementation details.  Like Sjostrom, Olson-646 describes using a conventional halogen (bromine) in a conventional way (as a promoter) to increase the effectiveness of a conventional sorbent (activated carbon) to capture mercury from coal flue gas.  Olson-646 teaches embodiments "wherein the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or $Br_2$."[700] A person of ordinary skill in the art would also look to Olson-646 for additional discussion of underlying chemistry already theorized to take place by the processes disclosed in Sjostrom.

431.    Figure 2 of Olson-646, reproduced below, shows "a theory developed from scientific evidence to explain the nature of the promoting compounds."[701]

---

[700]    Ex. 1014 (Olson-646) at ¶ [0066].
[701]    Ex. 1014 (Olson-646) at ¶ [0054], Figure 2.

*Expert Report of Dr. Stephen Niksa*                                                                 Page 278

FIG. 2

Olson-646 explains that "hydrogen bromide reacts with the unsaturated structure of the activated carbon."[702] Olson-646 teaches that the reaction may take place at "a carbene species on the edge of the graphene sheet structures of the carbon."[703] Further, Olson-646 explains that "[m]olecular bromine or a bromine compound reacts to form a similar structure, with a positive carbon that is active for oxidizing the mercury with subsequent capture by the sorbent."[704] Figure 2 of Olson-646 shows that the complex includes the activated-carbon sorbent, the element bromine, and the element mercury.  Thus, a POSITA would have been motivated to apply the teachings of Olson-646 to Sjostrom because it would have provided well-known details regarding the chemicals and associated reactions that would have been used in the system of Sjostrom for mercury control from

---

[702]   Ex. 1014 (Olson-646) at ¶ [0054].
[703]   Ex. 1014 (Olson-646) at ¶ [0054].
[704]   Ex. 1014 (Olson-646) at ¶ [0054].

*Expert Report of Dr. Stephen Niksa*                                        Page 279

coal flue gas.  Specifically, a POSITA would have been motivated to use the "HBr or Br2" of Olson-646 as the "Br" injection of Sjostrom.

432.   A person of skill in the art would have been further motivated to combine the references to understand the chemical properties of activated carbon and halogen-promoted activated carbon, and have had a reasonable expectation of success in doing so, because both references discuss the same halogen promoters (e.g., "Br" in Sjostrom and "HBr or $Br_2$" in Olson-646) and mercury sorbents (activated carbon).  In fact, both references teach the same supplier (Norit) and specific brand name (Darco FGD®) of powdered activated carbon (PAC).  Sjostrom describes mercury removal testing performed using "DARCO FGD" sorbent.[705] Likewise, Olson-646 teaches the use of "powdered activated carbon" such as "NORIT Darco FGD."[706]

433.   A POSITA would have been additionally motivated to apply the teachings of Olson, and have had a reasonable expectation of success in doing so, because, both references teach using the same chemicals to achieve the same results. For example, the below figure of Sjostrom shows removing 70 wt % or more of mercury from the mercury-containing coal flue gas using halogen treated activated carbons (KNX + FGD).[707]

---

[705] Ex. 1010 (Sjostrom) at 15, 16.
[706] Ex. 1014 (Olson-646) at ¶ [0095].
[707] Ex. 1010 (Sjostrom) at 16.



Likewise, Olson-646 explains that "a method is provided for reducing mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream, collecting greater than 70 wt % of the mercury in the flue gas on the sorbent to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[708]

434.   Looking to the implementation details provided in the Olson-646 reference, to understand the chemicals and reactions taking place when these chemicals in Sjostrom, would have been nothing more than using known results to improve one process in a known way to improve a similar process.  Further, the implementation details provided in Olson-646 are simply proposed workable ranges (such as concentration ratios), which were conventional and known in the art, and

---

[708]   Ex. 1014 (Olson-646) at ¶ [0022].

*Expert Report of Dr. Stephen Niksa*                                        Page 281

would have been selected, or at least tried, as part of routine process optimization by a POSITA applying the teachings of Sjostrom.

### B.    DOWNS-BOILER WITH EPA-PROPOSAL AND NELSON

435.    A POSITA would have looked to the EPA-Proposal to identify a target for needed mercury removal of 70% or more of mercury from the mercury-containing flue gas.   Downs-Boiler discusses EPA standards regulating mercury emissions from coal-fired plants.[709] The EPA-Proposal discusses several ways to reduce mercury emissions to a desired level, including by injecting activated-carbon sorbent material (bare or impregnated with halides), and controlling the sorbent injection rate to achieve the desired level of mercury removal.

436.    As I describe in the State of the Art section,[710] a person of skill in the art would have been motivated at least by January 2004 to operate their power plants in a manner compliant with the EPA proposed rules in order to avoid eventual regulatory fines that would be imposed for violating those limits, and would have been motivated to try remediation methods described by the EPA.   On December 15, 2003, the EPA signed proposed rules and published them on January 30, 2004 in the Federal Register.[711] The EPA further explained that the "rules would significantly reduce emissions of sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$), and

---

[709]   Ex. 1006 (Downs-Boiler) ¶ [0001]; *see also* Ex. 1007 (Downs-Boiler-Provisional) irj [002].
[710]   State of the Art, §§ VIII.D — VIII.F.
[711]   Ex. 1009 (EPA-Proposal) at 4652 (Cover).

further discuss the reactions of oxidized mercury and elemental mercury with the various sites of activated carbon in the obviousness grounds based on Nelson below.

## XVIII.      INVALIDITY UNDER 35 U.S.C. 112

486.   Claim 17 of the '147 patent lacks written description.   Claim 17 of the '147 patent requires that step of "injecting separately the bromine containing promoter into a gas stream."   I understand that under the Plaintiff's theory of infringement, that step is met by combusting a mixture of coal and a bromine additive. I have reviewed the specification of the '147 patent, and there is no description of combusting a mixture of coal that has been pretreated with a bromine additive.  I have reviewed each of the example experiments described in the '147 patent (Examples 1-12), and none of those examples describe the pretreatment of the coal that is to be combusted with a bromine additive.

487.   Claim 17 of the '147 patent is not enabled.   Claim 17, through its dependency on Claim 1, requires the step of:

> (a) promoting at least a portion of a particulate sorbent material comprising activated carbon by chemically reacting the sorbent material with a bromine containing promoter to form a promoted brominated sorbent, wherein the bromine containing promoter is in gaseous form, vapor form, or non-aqueous liquid form, and wherein the activated carbon contains graphene sheets having carbene species edge sites which react with the bromine containing promoter to form a carbocation paired with a bromide anion in the promoted brominated sorbent for oxidation of the mercury.

488.   I agree that it is possible that using a bromine additive in a system with an activated carbon sorbent material may result in the formation of the promoted brominated sorbent described above (via in-flight bromination).  But the '147 patent does not teach a person of skill in the art (POSA) the proper conditions to ensure that such a promoted brominated sorbent is formed through the use of pretreating coal with the bromine compound.  Likewise, the '147 patent does not instruct a POSA in any analytical techniques to determine whether or not the claimed promoted sorbent is formed.  In my opinion, it would be quite difficult for a POSA to measure to see if the promoted sorbent had been found, and also whether the promoted brominated sorbent is responsible for the removal of mercury as required by the claims.

489.   It is well known that the addition of bromine into a coal combustion system can also facilitate the removal of mercury by oxidizing elemental mercury in the gas phase, followed by absorption of the oxidized mercury species in an FDG scrubber or onto a sorbent.  In fact, this is the technical basis for the patent by Lissianski et al.[824]  This patent presents results from a computer simulation with only chemical reactions among species in the gas phase; i.e., homogeneous chemistry.  Oxidation and sorption of mercury on all solids, including UBC and PAC, were omitted from the simulation.  The results show that injection of 500 ppm of $NH_4Cl$

---

[824] Ex. 1039 (Lissianski-Patent).

into the upper furnace elevations homogeneously oxidized 12% of the $Hg^0$ into $HgCl_2$. Additional calculations showed that the performance with $NH_4Cl$ could be matched by $NH_4Br$ at a concentration that was ten times lower, because at furnace temperatures highly reactive Br-atoms are present at much greater concentrations than Cl-atoms. This so-called homogenous mercury oxidation is not within the scope of Claim 1 of the '147 patent, which requires that bromine first react with carbene species edge sites in a PAC sorbent to form a carbocation paired with a bromide anion in the promoted brominated sorbent, which then reacts with the mercury. Since Claim 1 describes only a heterogeneous mercury reaction process on promoted PAC, the teaching of the '147 patent does not instruct a POSA how to ensure or determine that the claimed heterogenous path happens instead of the homogenous path.

490. All of the claims of the '225 patent lack written description of the combustion of a mixture of coal with a bromine additive. I have reviewed the specification of the '225 patent, and there is no disclosure anywhere of the addition of bromine into a combustion chamber, either as an additive on the coal or separately. The specification mentions only that the inventive *sorbent* can be injected "where desired (e.g., before, after or within the boiler)." All of the examples involve addition of bromine after the boiler, or the use of bromine to prepare a brominated sorbent outside the system.

mercury control because none of its combustion products change the fact that all mercury is present as gaseous $Hg^0$ within boilers.[832]

498.  Certain dependent claims of the '225 patent also require that the pyrolysis char present in the combustion mixture or combustion zone be a "promoted pyrolysis char."  This requirement only underlines the lack of written description and enablement of the pyrolysis char term.   To form a promoted pyrolysis char, the pyrolysis char would need to react with bromine.  But the claims require the presence of the promoted pyrolysis char in the combustion mixture or combustion chamber.  The temperatures of a typical combustion chamber are too high for the formation of a promoted pyrolysis char in the combustion chamber.  There is no teaching in the '225 patent for how to promote pyrolysis char in the combustion chamber, and it would be impossible because of the high temperatures.  The difficulty in forming a promoted pyrolysis char in the combustion zone, and the failure of the '225 patent to mention it, only furthers my belief that the inventors of the '225 patent did not foresee the use of pyrolysis char in the combustion mixture/chamber as a way of treating a mercury-containing gas.

## XIX.  <u>GROUND A:  OBVIOUSNESS OF THE '114 PATENT OVER SJOSTROM IN VIEW OF ECKBERG</u>

---

[832] *Id.*

499.  It is my opinion that Sjostrom in view of Eckberg render obvious each asserted claim of the '114 Patent.

## A.  INDEPENDENT CLAIM 1

### 1.  Claim 1:  Preamble—"A method of separating mercury from a mercury-containing gas, the method comprising:"

500.  The preamble is disclosed by Sjostrom.  Sjostrom teaches separating mercury from a mercury-containing gas.  The title of Sjostrom is "Full Scale Evaluations of ***Mercury Control Technologies*** with PRB Coals."[833]  Specifically, Sjostrom described various mercury control tests conducted at coal-fired power plants.[834]  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection and halogen addition, as detailed below.[835]

---

[833] Ex. 1010 (Sjostrom) at 1 (emphasis added).

[834] Ex. 1010 (Sjostrom) at 12, 18.
[835] Ex. 1010 (Sjostrom) at 4.



Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue gas.[836]  This annotated figure in Sjostrom specifically shows that particulate matter, including the mercury-sorbent composition, would have been separated from the flue gas by the ESP or FF, because a POSITA would have understood that it was well-known to use an ESP or FF to remove such solid materials.[837]

### 2. Claim 1:  Element (1)(a)—"combusting coal in a combustion chamber, to provide the mercury-containing gas,"

501.  This limitation is disclosed by Sjostrom.  This limitation is also obvious over Sjostrom in view of Eckberg.  As discussed above, Sjostrom described various

---

[836] Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.

[837] State of the Art,  § XII.B.5.a

mercury control tests conducted at coal-fired power plants.[838]   These plants stage combustion of coal in a coal-fired boiler (e.g., combustion chamber) as shown in the annotated figure below.[839]



A POSITA would have understood that this unit was a boiler based on the image used to represent the unit in the drawing, which was a common and routine way to represent a coal-combustion chamber (boiler).  Sjostrom explains that at the time of testing, both of the coal-fired power plants tested combusted PRB (Powder River Basin) coal having a mercury content of "0.04 — 0.1 ppm-dry.[840]  Relying only on existing equipment at these plants, Sjostrom shows that the outlet mercury content

---

[838] Ex. 1010 (Sjostrom) at 12, 18.
[839] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[840] Ex. 1010 (Sjostrom) at 12, 18.

of the flue gas was 11.2 µg/dncm.[841]  Thus, Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

502.  To the extent that Sjostrom is found to not explicitly disclose a combustion chamber that is a boiler, Eckberg discloses this limitation.  As shown in the figure below, Eckberg explicitly describes combusting coal in a boiler.[842]



The image in Eckberg identified as a "boiler" is substantially similar to the image found in Sjostrom.  Thus, Sjostrom in view of Eckberg discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

3.   **Claim 1:  Element (1)(b)—"wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof, wherein the coal comprises added Br2 HBr, Br, or a combination thereof,**

---

[841] Ex. 1010 (Sjostrom) at 3.
[842] Ex. 1011 (Eckberg) at 5.

**added to the coal upstream of the combustion chamber, or the combustion chamber comprises added Br2 HBr, Br, or a combination thereof, or a combination thereof;"**

503. This limitation is disclosed by Sjostrom. This limitation is also obvious over Sjostrom in view of Eckberg.

504. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Eckberg under either interpretation. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[843] Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[844]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[845] Addition

---

[843] Ex. 1010 (Sjostrom) at 4.
[844] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[845] Ex. 1010 (Sjostrom) at 4 (annotations in red).

Location 2 of Sjostrom discloses injecting bromine into the boiler.[846]  Location 3 of Sjostrom discloses adding bromine to the mercury sorbent that is injected into the flue gas.[847]

505.  A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[848] KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[849]  Thus, Sjostrom renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

506.  As discussed above, Addition Location 2 of Sjostrom teaches adding bromine-containing species into the combustion chamber.[850]  Thus, Sjostrom

---

[846] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[847] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[848] Ex. 1010 (Sjostrom) at 23.
[849] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[850] Ex. 1010 (Sjostrom) at 4 (annotations in red).

discloses wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof.  For at least this reason, Sjostrom discloses this limitation under the first, broader interpretation.

507.  A POSITA would have understood the "Br" addition of Sjostrom would also have entered the mercury-containing flue gas.  Specifically, a POSITA would have understood the "Br" added at either Addition Location 1 before the combustion chamber or Addition Location 2 within the combustion chamber would have resulted in "Br" entering the flue gas stream.  A POSITA would have found it obvious that the "Br" of Sjostrom could be an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)" as the bromine-containing ingredient.[851]  KNX was a known aqueous solution of a bromide salt additives developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the $Br^-$ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated, leaving the boiler as HBr and Br in the vapor phase.  Thus, Sjostrom discloses wherein the mercury-

---

[851] Ex. 1010 (Sjostrom) at 23.

containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof.

508. To the extent that Sjostrom does not explicitly identify the bromine-containing species, Eckberg teaches this limitation. As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[852]



Specifically, Eckberg teaches injection of "CaCl$_2$ (25 wt%)" and "CaBr$_2$ (52 wt%)" into the boiler.[853] A POSITA would have understood that calcium bromide was an example of a "bromide compound," and that a 52 wt% aqueous solution of CaBr$_2$ would have dissociated in water to form a quantity of Br$^-$ ions. A POSITA would have found it obvious that an aqueous bromide salt solution, such as CaBr$_2$, would dissociate to form Br ions. A POSITA would have further understood the bromide

---

[852] Ex. 1011 (Eckberg) at 5.
[853] Ex. 1011 (Eckberg) at 9.

ion (Br⁻) added to the combustion chamber of Eckberg would also have entered the mercury containing flue gas.  As described above in the "Reasons to Combine" section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Eckberg (e.g., the injection of $CaBr_2$) to the combustion chamber of Sjostrom.

**4.** **Claim 1:  Element (1)(c)—"injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition;"**

509.  This limitation is disclosed by Sjostrom.

> *a.* **Injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber**

510.  As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[854]

---

[854] Ex. 1010 (Sjostrom) at 4 (annotations in red).



As shown in the above figure, the "Sorbent Injection" occurs downstream from a combustion chamber.  Specifically, Sjostrom described testing performed with activated carbon injection, including injection of "DARCO FGD."[855]   A POSITA would have understood that DARCO FGD was a well-known type of activated carbon used for mercury capture.[856]

### b. Contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition

511.  The mercury in the flue gas is adsorbed, and thus contacted, with the sorbent to form a mercury/sorbent composition.  A POSITA would have understood

---

[855] Ex. 1010 (Sjostrom) at 10, 11, 16.
[856] See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

that Norit DARCO FGD and related materials were referred to as a "sorbent" specifically because they adsorbed (and thus contacted) materials in the gas phase. It was a well-known use of activated carbon for adsorbing and thus removing mercury from the flue-gas stream.  Upon adsorption, the mercury and activated carbon in the flue gas would form a mercury/sorbent composition.[857]  Specifically, a POSITA would have understood that "sorbents" are used in a process called adsorption by which adsorbate (e.g., atoms, ions, or molecules) in a fluid (typically a gas) are bound to the surface of a sorbent, and thus by definition the sorbent is "contacting mercury in the mercury-containing gas," as per claim element 1(c).

512.  In addition, a person of skill in the art would have understood that the scope of a "mercury/sorbent composition" is broad enough to encompass a "mercury/sorbent/bromine" composition, because, for example, independent claim 25 of the '114 Patent recites a "mercury/sorbent composition" and its dependent claim 30 recites that "the mercury/sorbent composition comprises the element bromine, the sorbent material, and mercury."[858] Further, through enhanced reactivity between mercury and activated carbon because of the halogens (bromine), a POSITA would have known that the sorbent/halogen complex would have been referred to as a "promoted" sorbent.

---

[857] See, e.g., State of the Art, Sections XII.C.3, XII.G.2.
[858] Ex. 1001 ('114 Patent) at Claims 25, 30.

**5.     Claim 1:  Element (1)(d)—"separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;"**

513.  This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom describes passing the flue gas through an electrostatic precipitator (ESP) or fabric filter (FF) after the bromine and sorbent injection.[859]



This annotated figure in Sjostrom specifically shows that the sorbent composition would have been removed by the ESP or FF.  Further, a POSITA would have understood that it was well-known that the ESP or FF would have removed solid material, including the mercury/sorbent composition.[860]  Thus, Sjostrom teaches "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."

---

[859] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[860] State of the Art,  § XII.B.5.a

### 6.   Claim 1:  Element (1)(e)—"monitoring the mercury content of the cleaned gas; and"

514.  This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom describes passing the treated flue gas through a stack with an attached Hg CEM (continuous emissions monitor) attached.[861]



Further, Sjostrom discusses taking Hg measurements at both the inlet and outlet of the ESP as shown below.[862]



---

[861] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[862] Ex. 1010 (Sjostrom) at 19.

Sjostrom includes the chart showing the Hg emissions as measured at the inlet and outlet of the ESP[863]



Thus, Sjostrom discloses monitoring the mercury content of the cleaned gas.

> **7.** **Claim 1:  Element 1(f)**
>
> > *a.* **Element (1)(f)(1)—"controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof,"**
> >
> > *b.* **Element (1)(f)(2)—"so that the mercury content of the cleaned gas is maintained at or below a desired level."**

515. These limitations are disclosed by Sjostrom.  Sjostrom includes numerous charts of measured mercury removals (100% – mercury content) for various injection rates of activated-carbon sorbents.  For example, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[864]

---

[863] Ex. 1010 (Sjostrom) at 22.
[864] Ex. 1010 (Sjostrom) at 16.



Similarly, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[865]



516. The fact that there is a graph that has datapoints for different sorbent injection rates (the independent variable) and associated Hg removal percentages (the dependent variable) means that a POSITA would have understood that there is a relationship between the Hg removal % and the sorbent injection rate. Given that,

---

[865] Ex. 1010 (Sjostrom) at 20.

*Expert Report of Dr. Stephen Niksa*                                    Page 346

and a target Hg removal rate, a POSITA would have understood that the sorbent injection rate would be adjusted to result in a target removal %.

517. As discussed previously, a POSITA would have known that activated carbon was expensive, especially relative to costs of components such as "Br" in the form of HBr or an aqueous bromide salt solution. Thus, a POSITA would have been motivated to maintain the sorbent injection rate at the minimum level necessary to reach the desired level of mercury emissions. A POSITA viewing the charts of Sjostrom showing mercury removal versus sorbent injection rate would have been motivated to use the charts to control the sorbent injection rate at a level that minimized costs while reaching mercury removal targets. Thus, Sjostrom discloses controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof.

518. The below figure from Sjostrom shows that the testing focused on a "Proposed Limit.[866]

---

[866] Ex. 1010 (Sjostrom) at 22.



Thus, Sjostrom teaches maintaining the mercury content of the cleaned gas "at or below a desired level" (e.g., the 'Proposed Limit.").  A POSITA would have been motivated to control the activated carbon injection rate to reach this desired level while minimizing the amount of activated carbon injected.  A POSITA would have understood that injecting too much activated carbon would have increased the costs of the mercury removal process and injecting too little activated carbon may lead to mercury emissions rising above actionable levels.   Thus, Sjostrom discloses controlling the system so that the mercury content of the cleaned gas is maintained at or below a desired level.

### B.   CLAIMS DEPENDING FROM CLAIM 1

#### 1.   Claim 2:  "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

519.  This limitation is disclosed by Sjostrom.  Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas.  For

example, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[867]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[868]



## 2. Claim 3: "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent."

---

[867] Ex. 1010 (Sjostrom) at 16.
[868] Ex. 1010 (Sjostrom) at 20.

520.  This limitation is disclosed by Sjostrom.  A POSITA would understand that the charts discussed in claim 2 above show system demonstrating the removal of the mercury on the sorbent.

> **3.**     **Claim 4:  "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the halogen or halide promoter per 100 2 of the sorbent material."**

521.  This limitation is obvious over Sjostrom in view of Eckberg.  Claim 4 is merely an attempt to claim the optimum or workable range for a process of combining a particular conventional halogen (bromine) being used in a conventional way (halogens are inherent to coal, and both oxidize mercury and promote activated carbon) with a conventional sorbent (activated carbon).  Nothing about the particular range of 1 g to about 30 g of the halide promoter per 100 g of the sorbent would lead to an unexpected result from what was already known to one of skill in the art.

522.  As described in the State of the Art,[869] it was known that the saturation limit of activated carbon for bromine (i.e., how much bromine the activated carbon can actually adsorb at equilibrium), was up to 31 to 38 grams per 100 grams of activated carbon.  Given the residence times in flue gas, and other inefficiencies, a person of ordinary skill in the art would have understood that the actual bromine loaded onto activated carbon would have been less than the saturation limit.

---

[869] State of the Art, § XII.C.3.

523.  A person of ordinary skill in the art would have recognized that there would be sufficient bromine in the flue gas, according to Sjostrom's processes, to provide a ratio of between 1 g to 30 g of bromine per 100 g of activated carbon.  For example, Sjostrom teaches mercury-removal results similar to Eckberg, using an injection rate of 1 lb/MMacf activated carbon (FGD) at 290 °F in connection with an unspecified quantity of KNX (bromine).[870]  Eckberg discloses a bromine concentration in the flue gas for a nearly identical system was 48 ppm or 50 ppm that results in "81% overall removal" of mercury.[871]  A person of ordinary skill in the art would have been motivated to take advantage of the saturation limits of activated carbon, and seek to load the activated carbon with up to nearly its saturation limit, because it was known in the art that halides "improve[d] Hg capture both by conversion of the $Hg^0$ to the more easily removed $Hg^{2+}$ forms and by enhancing the reactivity of $Hg^0$ with activated carbons."[872]

524.  Through routine process optimization and routine experimentation, a person of ordinary skill in the art would have adjusted the bromine injection rate and/or activated carbon injection rate to achieve halide promoter on the activated-carbon sorbent from about 1 g to about 30 g.

---

[870] Ex. 1010 (Sjostrom) at 16.
[871] Ex. 1011 (Eckberg) at 9, 14.
[872] Ex. 1062 (Crocker) at 2-3.

525.   This limitation is also explicitly disclosed in Olson-646.   Olson-646 states that "the promoter is added at from about 1 to about 30 grams per 100 grams of activated carbon"[873] and that "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."[874]   Accordingly, the claimed ranges were known to be useful for coal combustion applications.

### 4.   Claim 5:  "The method of claim 1, wherein the combustion chamber comprises the halogen or halide promoter."

526.   This limitation is disclosed by Sjostrom.  As discussed above for claim element 1(b), Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, Br–, or a combination thereof.  A POSITA would have understood that bromine-containing species was a known halogen or halide promoter.  [875]Thus, Sjostrom discloses wherein the combustion chamber comprises the halogen or halide promoter.

### 5.   Claim 6:  "The method of claim 1, wherein the coal comprises added $Br_2$ HBr, Br⁻, or a combination thereof added to the coal upstream of the combustion chamber."

527.  This limitation is rendered obvious by Sjostrom and Eckberg.  This limitation is the same as one of the elements found in Claim Element 1(b).  As discussed above for Claim Element 1(b), Sjostrom renders obvious wherein the coal

---

[873]     Ex. 1014 (Olson-646) at ¶ [0023].
[874]     Ex. 1014 (Olson-646) at ¶ [0014].
[875] *See, e.g.,* State of the Art, Sections XII.C.3, XII.G.2.

comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.  As discussed above, Sjostrom in view of Eckberg also renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

### 6.   Claim 7:  "The method of claim 1, wherein the promoter is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."

528.  This limitation is obvious over Sjostrom in view of Eckberg.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[876]  Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process.[877]



---

[876] Ex. 1010 (Sjostrom) at 4.
[877] Ex. 1010 (Sjostrom) at 20

529. Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[878]  Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[879]  A POSITA would have found it obvious that the "Br" of Sjostrom could be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[880] KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions.

530. As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[881]

---

[878] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[879] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[880] Ex. 1010 (Sjostrom) at 23.
[881] Ex. 1011 (Eckberg) at 5.



531.  Specifically, Eckberg teaches injection of "CaCl$_2$ (25 wt%)" and "CaBr$_2$ (52 wt%)" into the boiler.[882]  Further, Eckberg explains that the CaBr$_2$ salt is injected at a "Liquid Salt Feed Rate (gpm)."[883]

532.  A POSITA would have known that the Br injected in Sjostrom would have been in the form of an aqueous bromide salt solution as taught by Eckberg.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br$^-$ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated leaving the boiler as HBr in the vapor phase.  Once the HBr reached the sorbent injection location, it would make contact with the injected sorbent.

---

[882] Ex. 1011 (Eckberg) at 9.
[883] Ex. 1011 (Eckberg) at 9.

### 7.    Claim 12:  "The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof."

533.  This limitation is disclosed by Sjostrom.  Sjostrom repeatedly discusses the use of activated carbon.[884]  Further, Sjostrom includes test results of "Untreated PAC Injection into ESP" for "PRB and Lignite Coals."[885]  A POSITA would have known that PAC stood for "powdered activated carbon."  Sjostrom also discusses testing done with the injection of "DARCO FGD" sorbent.[886]  A POSITA would have known that DARCO FGD was a well-known type of powdered activated-carbon sorbent.[887]

### 8.    Claim 15:  "The method of claim 1, wherein the combustion chamber comprises a boiler."

534.  This limitation is disclosed by Sjostrom.  As discussed for claim element 1(a), Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

### 9.    Claim 16:  "The method of claim 1, wherein the mercury-containing gas is a flue gas."

535.  This limitation is disclosed by Sjostrom.  Sjostrom discloses testing performed on the treatment of mercury-containing gas from a coal-fired power plant. A POSITA would have known that the mercury-containing exhaust gas from coal-

---

[884] Ex. 1010 (Sjostrom) at 10, 20, 34.
[885] Ex. 1010 (Sjostrom) at 20.
[886] Ex. 1010 (Sjostrom) at 15, 16,
[887] See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

fired power plants was commonly referred to as "flue gas."  For example, Sjostrom

discloses testing on coal-fired power plants according to the following schematic.[888]



Further, Sjostrom expressly includes discussion of sampling and injection of "Flue

Gas Flow.[889]

### 10.   Claim 18:  "The method of claim 1, wherein the injection of the sorbent material into the mercury-containing gas occurs upstream of a particulate separator or a scrubber."

536.  This limitation is disclosed by Sjostrom  As shown in the annotated

figure below, Sjostrom described certain tests involving sorbent injection

downstream of the boiler.[890]

---

[888] Ex. 1010 (Sjostrom) at 4.
[889] Ex. 1010 (Sjostrom) at 19.
[890] Ex. 1010 (Sjostrom) at 4 (annotations in red).



The sorbent injection system of Sjostrom is shown upstream of an ESP or FF.[891] A POSITA would have understood that ESPs and FFs were well-known particulate separators and would be used to collect the mercury-sorbent composition (and thus be downstream of where the mercury-sorbent composition is formed).[892]

### 11. Claim 20: "The method of claim 1, wherein the combustion chamber comprises added Br$_2$, HBrg Br$^-$ or a combination thereof."

537. This limitation is disclosed by Sjostrom.  As discussed above for element 1(b), Sjostrom discloses wherein the combustion chamber comprises added Br$_2$, HBr, Br$^-$, or a combination thereof.

538.  As discussed above for element 1(b), this limitation is also obvious over Sjostrom in view of Eckberg.    Sjostrom in view of Eckberg discloses "wherein... the combustion chamber comprises added Br$_2$, HBr, Br$^-$, or a combination thereof."

---

[891] Ex. 1010 (Sjostrom) at 4.

[892] State of the Art,  § XII.B.5.a

## C.    INDEPENDENT CLAIM 23

539. As shown in the redline below, claim 23 is identical to claim 1, elements preamble, 1(a), 1(b), 1(c), and 1(d), only removing elements 1(e), 1 (f)(1), and 1(0(2).

> ~~1~~24. A method of separating mercury from a mercury-containing gas, the method comprising:
>
> combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein
>
> > the coal comprises added Br₂, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or
> >
> > the combustion chamber comprises added Br₂, HBr, Br⁻, or a combination thereof, or
> >
> > a combination thereof;
>
> injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber _such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent;_
>
> contacting mercury in the mercury-containing gas with the _promoted_ sorbent, to form a mercury/sorbent composition;
>
> separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;
>
> monitoring the mercury content of the cleaned gas; and
>
> controlling, in response to the ~~monitored~~ mercury content of the cleaned gas,
>
> > an injection rate of injecting the sorbent into the mercury-containing gas,
> >
> > _a rate of addition to_ the ~~sorbent composition~~_coal or the combustion chamber of the added Br₂, HBr, the bromide compound,_ or a combination thereof, _or_
> >
> > _a combination thereof;_
>
> so that the mercury content of the cleaned gas is maintained at or below a desired level.

Accordingly, my analysis provided for claim 1 applies to claim 23.

### 1.    Claim 23: Preamble—" A method of separating mercury from a mercury-containing gas, the method comprising:"

540.   The language of the preamble of claim 23 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 23.

### 2.  Claim 23:  Element 23(a)—" combusting coal in a combustion chamber, to provide the mercury-containing gas,"

541.   The language of the claim element 23(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 23(a).

### 3.  Claim 23:  Element 23(b)—"wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$ HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$ HBr, Br⁻, or a combination thereof, or a combination thereof."

542.   The language of claim element 23(b) is identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 23(b).

### 4.  Claim 23:  Element 23(c)—" injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and"

543.  The language of claim element 23(c) is identical to the language of claim element 1(c).  Accordingly, the explanation I provide above for claim element 1(c) applies equally to claim element 23(c).

### 5. Claim 23:  Element 23(d)—" separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."

544.  The language of claim element 23(d) is identical to the language of claim element 1(d).  Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 23(d).

### D. INDEPENDENT CLAIM 24

545.  As shown in the redlines below, claim 24 is nearly identical to claim 1, with minor changes.

124. A method of separating mercury from a mercury-containing gas, the method comprising:

combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein

the coal comprises added Br₂, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or

the combustion chamber comprises added Br₂, HBr, Br⁻, or a combination thereof, or

a combination thereof;

injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent;

contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent composition;

separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;

monitoring the mercury content of the cleaned gas; and

controlling, in response to the ~~monitored~~ mercury content of the cleaned gas,

an injection rate of injecting the sorbent into the mercury-containing gas,

a rate of addition to the ~~sorbent composition~~coal or the combustion chamber of the added Br₂, HBr, the bromide compound, or a combination thereof, or

a combination thereof,

so that the mercury content of the cleaned gas is maintained at or below a desired level.

Accordingly, my analysis provided for claim 1 applies to claim 24.

### 1. Claim 24: Preamble—" A method of separating mercury from a mercury-containing gas, the method comprising:"

546.   The language of the preamble of claim 24 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 24.

### 2. Claim 24: Element 24(a)—" combusting coal in a combustion chamber, to provide the mercury-containing gas,"

547.  The language of claim element 24(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 24(a).

3. **Claim 24:  Element 24(b)—"wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$ HBr, Br⁻, or a combination thereof, or a combination thereof;"**

548.  The language of claim element 24(b) is identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 24(b).

4. **Claim 24:  Element 24(c)—" injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent composition;"**

549.  The language of claim element 24(c) is similar to the language of claim element 1(c), and I refer to my discussion of that claim element.  Claim 24(c) adds the requirement that "the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent

composition." This addition is also disclosed because Sjostrom discloses contacting the sorbent material with the halogen in the mercury-containing flue gas. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[893] Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process.[894]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[895] Addition Location 2 of Sjostrom teaches injecting bromine into the boiler.[896]

---

[893] Ex. 1010 (Sjostrom) at 4.
[894] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[895] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[896] Ex. 1010 (Sjostrom) at 4 (annotations in red).

550.   A POSITA would have understood that the bromine injected at Addition Location 1 or Addition Location 2 would have contacted the sorbent in the flue gas at or downstream of the sorbent injection point.  A POSITA would also have known that the sorbent and halogen would have reacted to form at least a quantity of promoted sorbent upon contact.[897]  Specifically, by 2003, it was well-known that halides "improve[d] Hg capture both by conversion of the $Hg^0$ to the more easily removed $Hg^{2+}$ forms and by enhancing the reactivity of $Hg^0$ with activated carbons."[898]  A POSITA would have known that the introduction of halogens helped remove mercury by increasing the ability of the activated carbon to bind with the mercury.  When bromine and carbon come into contact with each other (e.g., upon adsorption as in Sjostrom), a POSITA would have understood that the two react with one another and a promoted sorbent is formed.[899]

### 5.   Claim 24:  Element 24(d)—"separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;"

551.   The language of claim element 24(d) is identical to the language of claim element 1(d).  Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 24(d).

---

[897] *See* State of the Art, Sections XII.C.3, XII.G.2.
[898] Ex. 1062 (Crocker) at 2-3.
[899] *See* State of the Art, Sections XII.C.3, XII.G.2.

### 6. Claim 24:  Element 24(e)—"monitoring the mercury content of the cleaned gas; and"

552.  The language of claim element 24(e) is identical to the language of claim element 1(e).  Accordingly, the explanation I provide above for claim element 1(e) applies equally to claim element 24(e).

### 7. Claim 24:  Element 24(f)(1)—"controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added Br$_2$ HBr, the bromide compound, or a combination thereof, or a combination thereof,"

553.  The language of claim element 24(f)(1) is similar to the language of claim element 1(f)(1), and I refer to my discussion of that claim element.  Claim 24(f)(1) has the following changes, as compared to claim element 1(f)(1):

> controlling, in response to the monitored mercury content of the cleaned gas,

> an injection rate of injecting the sorbent into the mercury-containing gas,

> ~~the sorbent composition,~~

> a rate of addition to the coal or the combustion chamber of the added Br$_2$, HBr, the bromide compound, or a combination thereof,

or a combination thereof,

Claim Element 24(f)(1) is disclosed, for the reasons described above for element 1(f)(1), because Sjostrom discloses adjusting the injection rate of the sorbent into the mercury containing gas.

**8.**     **Claim 24:  Element 24(f)(2)—" so that the mercury content of the cleaned gas is maintained at or below a desired level."**

554.  The language of claim element 24(f)(2) is identical to the language of claim element 1(f)(2)   Accordingly, the explanation I provide above for claim element 1(f)(2) applies equally to claim element 24(f)(2).

**E.     INDEPENDENT CLAIM 25.**

555.  As shown in the redline below, claim 25 is nearly identical to claim 1, with minor changes.



Accordingly, my analysis provided for claim 1 applies to claim 25.

**1.**     **Claim 25:  Preamble—" A method of separating mercury from a mercury-containing gas, the method comprising:"**

556.  The language of the preamble of claim 25 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 25.

1. **Claim 25:  Element 25(a)—" combusting coal in a combustion chamber, to provide the mercury-containing gas,"**

557.  The language of claim element 25(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 25(a).

2. **Claim 25:  Element 25(b)—"wherein the coal comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$, HBr, a bromide compound, or a combination thereof, or a combination thereof,"**

558.  The language of claim element 25(b) is similar to the language of claim element 1(b), and I refer to my discussion of that claim element.  Claim 25(b) has the following changes, as compared to claim element 1(b):

> ~~wherein the mercury containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof,~~
>
> wherein the coal comprises added $Br_2$, HBr, ~~Br⁻~~, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber,
>
> or the combustion chamber comprises added $Br_2$, HBr, ~~Br⁻~~, a bromide compound, or a combination thereof,
>
> or a combination thereof;

Unlike claim 1, claim 25 does not recite that "the mercury containing gas comprises a halogen or halogen promoter . . . ." Further, claim 25 recites "a bromide compound" in place of "Br." A POSITA would have understood that Sjostrom's

"Br" teaches the use of bromide compounds as presently claimed.[900] Thus, Sjostrom discloses this element for the same reasons it discloses Claim 1: Element 1(b).   To the extent that Sjostrom does not explicitly disclose the "bromide compound" as found in this claim element, Eckberg teaches the addition of an aqueous calcium bromide ($CaBr_2$) solution.

### 3.   Claim 25:  Element 25(c)—" injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and"

559.  The language of claim element 25(c) is identical to the language of claim element 1(c).  Accordingly, the explanation I provide above for claim element 1(c) applies equally to claim element 25(c).

### 4.   Claim 25:  Element 25(d)—"separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."

560.  The language of claim element 25(d) is identical to the language of claim element 1(d).  Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 25(d).

---

[900] Ex. 1010 (Sjostrom) at 4.

**F.    CLAIMS DEPENDING FROM CLAIM 25**

**1.    Claim 26:  "The method of claim 25, wherein the coal comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber."**

561.  The language of claim 26 is similar to the language of claim 6, and I refer to my discussion of that claim.  Claim 26 has the following changes, as compared to claim 6:

> wherein the coal comprises the added $Br_2$, HBr, ~~Br ,~~ the bromide compound or a combination thereof, added to the coal upstream of the combustion chamber

562.  A POSITA would have understood that Sjostrom's "Br" teaches the use of bromide compounds as presently claimed.[901]  Thus, Sjostrom renders obvious this element for the same reasons it discloses Claim 6.  To the extent that Sjostrom does not explicitly disclose the "bromide compound" as found in this claim element, Eckberg teaches the addition of an aqueous calcium bromide ($CaBr_2$) solution, as described above for element 1(b).

**1.    Claim 27:  "The method of claim 25, wherein the combustion chamber comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof."**

563.  The language of claim 27 is similar to the language of claim 20, and I refer to my discussion of that claim.  Claim 27 has the following changes, as compared to claim 20:

---

[901] Ex 1010 (Sjostrom) at 4.

wherein the combustion chamber comprises ~~the~~ added $Br_2$, HBr, ~~Br,~~ the bromide compound, or a combination thereof."

564.  A POSITA would have understood that Sjostrom's "Br" teaches the use of bromide compounds as presently claimed.[902]   Thus, Sjostrom discloses this element for the same reasons it discloses Claim 20.  To the extent that Sjostrom does not explicitly disclose the "bromide compound" as found in this claim element, Eckberg teaches the addition of an aqueous calcium bromide ($CaBr_2$) solution, as discussed above for claim element 1(b).

**2.    Claim 28:  "The method of claim 25, further comprising monitoring the mercury content of the cleaned gas; and controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level."**

565.  The language of claim 28 is similar to the language of claim elements 1(e), 1(0(1), and 1(0(2), and I refer to my discussion of those claim elements.  Claim 28 has the following changes, as compared to claim elements 1(e), 1(0(1), and 1(0(2):

> monitoring the mercury content of the cleaned gas; and
>
> contolling in response to the monitored mercury content of the cleane gas.

---

[902] Ex. 1010 (Sjostrom) at 4.

an injection rate of injecting the sorbent into the mercury-containing gas,

~~the sorbent composition,~~

a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof,

or a combination thereof,

so that the mercury content of the cleaned gas is maintained at or below a desired level

Claim 28 is disclosed because Sjostrom discloses monitoring the mercury emissions levels and adjusting the injection rate of the sorbent into the mercury containing gas to maintain the mercury emissions levels at or below a desired level, as discussed above for claim elements 1(e) and l(f).

> **3.    Claim 29:  "The method of claim 25, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the halogen or halide promoter per 100 2 of the sorbent material."**

The language of claim 29 is identical to the language of claim 4.  Accordingly, the explanation I provide above for claim 4 applies equally to claim 29.

> **4.    Claim 30:  "The method of claim 25, wherein the mercury/sorbent composition comprises the element bromine, the sorbent material, and mercury."**

This limitation is disclosed by Sjostrom.  As discussed for claim 7, Sjostrom teaches that the bromide promoter is contacted with the sorbent in vapor form.  At least a

quantity of promoted sorbent comprising bromine and sorbent would have formed as a reaction between the sorbent and halogen upon contact. A POSITA would have known that the promoted carbon sorbent injected into the flue gas would contact and adsorb at least a quantity of the mercury in the flue gas. Upon adsorption, the mercury and activated carbon in the flue gas would contact (adhere to) one another to form a mercury/sorbent composition.[903] A POSITA would have understood that this mercury/sorbent composition contains mercury, sorbent, and bromine.

## XX.  GROUND B:  OBVIOUSNESS OF THE '114 PATENT OVER SJOSTROM IN VIEW OF OLSON-646

566.  It is my opinion that Sjostrom in view of Olson-646 renders obvious each asserted claim of the '114 Patent.

### A.  INDEPENDENT CLAIM 1

#### 1.  Claim 1:  Preamble— "A method of separating mercury from a mercury-containing gas, the method comprising:"

567.  As discussed regarding the preamble of claim 1, in Ground A above, the preamble is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

#### 2.  Claim 1:  Element (1)(a)— "combusting coal in a combustion chamber, to provide the mercury-containing gas,"

---

[903] *See, e.g.,* State of the Art, Sections XII.C.3, XII.G.2.

568.  As discussed in Ground A above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

### 3.     Claim 1:  Element (1)(b)— "wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$ HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$ HBr, Br⁻, or a combination thereof, or a combination thereof:"

569.  As discussed in Ground A above, this limitation is disclosed and/or rendered obvious by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

570.  In addition, this limitation is also obvious over Sjostrom in view of Olson-646.  To the extent that Sjostrom does not explicitly identify the specific bromine-containing species used, Olson-646 teaches this limitation.  Olson-646 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions, at very short contact times of seconds or less."[904] Olson-646 teaches embodiments "wherein the halogen/halide promoter is in gaseous or vapor

---

[904] Ex. 1014 (Olson-646) at ¶ [0043].

form" that comprises "gaseous HBr or $Br_2$."[905] As described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or $Br_2$) to the system of Sjostrom.

> ### 4. <u>Claim 1:  Element (1)(c)— "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition:"</u>

571. As discussed in Ground A above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

572.  To the extent Sjostrom does not explicitly disclose "contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition," that limitation is obvious over Sjostrom in view of Olson-646.  Olson-646 explains that a "promoted carbon sorbent and/or an optional alkali component is injected into contaminated flue gas stream 15.[906] The "contaminated flue gas stream" refers to a stream of mercury-containing gas.  As shown in Figure 3 of Olson-646 explains that "The halogen/halide . . . contacts and reacts with the base activated carbon prior to injection point 116.[907]

---

[905] Ex. 1014 (Olson-646) at ¶ [0066].
[906] Ex. 1014 (Olson-646) at ¶ [0061].
[907] Ex. 1014 (Olson-646) at ¶ [0061].



FIG. 3

Olson-646 explains that "The halogen/halide ... contacts and reacts with the base activated carbon prior to injection point 116."[908]

573.  Olson-646 describes that mercury and activated carbon in the flue gas would react to form a mercury/sorbent composition.  Indeed, Olson-646 discloses a promoted activated-carbon sorbent "that capture[s] mercury via mercury-sorbent

---

[908] Ex. 1014 (Olson-646) at ¶ [0043].

surface reactions,"[909] Olson-646 further describes "AC mercury binding sites" (i.e., sites where mercury contacts the sorbent and forms a mercury/sorbent composition)[910] and shows a mercury-sorbent composition in Figure 2.[911] Thus, Olson-646 discloses "contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition."

### 5. Claim 1: Element (1)(d)— "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;"

### 6. Claim 1: Element (1)(e)— "monitoring the mercury content of the cleaned gas; and"

574. As discussed for Elements 1(d) and 1(e) in Ground A above, these limitations are disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding these elements for Ground A applies equally here.

### 7. Claim 1: Element 1(f)

*a.* **Element 1(f)(1)—"controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof,"**

*b.* **Element 1(f)(2)— "so that the mercury content of the cleaned gas is maintained at or below a desired level."**

---

[909] Ex. 1014 (Olson-646) at ¶ [0043].
[910] Ex. 1014 (Olson-646) at ¶ [0128].
[911] Ex. 1014 (Olson-646) at Figure 2.

575.  As discussed in Ground A above, these limitations are obvious over Sjostrom.  My analysis with regards to these elements for Ground A applies equally here.

576.  In addition, these limitations are also obvious over Sjostrom in view of Olson-646.  After separation, Olson-646 explains that "[t]he reduced mercury 'clean' flue gas stream 142 is then monitored for mercury content by an optional CEM 205, which provides corresponding signals to an optional computer/controller 206 . . . to maintain the mercury concentration in exhaust stream 35 within desired limits, according to control algorithms well known in the art."[912]  "CEM" stands for continuous emissions monitor.  Even Olson-646 recognizes the corresponding control algorithms were "well known in the art" to keep the mercury content of the cleaned gas "within desired limits" (another term for "desired level").

577.  Olson-646 explains that "mercury CEM 205 and flow controllers 201, 202, 203, 208, and 209 are electrically connected via optional lines 207 (or wirelessly) to an optional digital computer (or controller) 206, which receives and processes signals and preferably controls the preparation and injection of promoted carbon sorbent into contaminated flue gas stream 15.[913]  Flow controller 201 controls the rate of injection of activated-carbon sorbent, flow controller 202 controls the rate

---

[912] Ex. 1014 (Olson-646) at Figure 2.
[913] Ex. 1014 (Olson-646) at ¶ [0056], Figure 3.

of injection of halogen promoter, and flow controller 204 discloses the addition of both activated carbon and bromine-containing promoter into the mercury-containing flue gas 15.[914]



FIG. 3

And as discussed by Olson-646, above, each of these flow controllers and control algorithms were "known in the art," and are used to control the mercury content of the cleaned gas based on feedback signals from mercury measurements.

---

[914] Ex. 1014 (Olson-646) at ¶ [0058].

578.  As discussed in Ground A, including element 1(d), a POSITA viewing the charts of Sjostrom showing mercury removal (Y-axis) versus sorbent injection rate (X-axis) would have been motivated to control the sorbent injection rate at a level that minimized costs while reaching mercury removal targets.  To the extent that Sjostrom does not expressly provide operational details about how to control said sorbent injection rate, a POSITA would have been motivated to look to Olson-646 to supply those details.  A POSITA would have had a reasonable expectation of success in applying these operational details to Sjostrom because the system of Olson-646 and Sjostrom are substantially similar and are designed to achieve the same goal (e.g., removal of mercury from flue gas).  Moreover, the hardware in Olson-646 involves mass-flow controllers and basic feedback logic, each of which were well-known to a person of ordinary skill in the art and routinely used in the power-generation industry.  A POSITA would not have had to remove anything from the system of Sjostrom, they merely would have had to apply the teachings of Olson-646 to fill in the missing details, such as flow controllers and valves, to implement the desired control system.

### B.   CLAIMS DEPENDING FROM CLAIM 1

#### 1.   Claims 2 and 3

##### a.   Claim 2:  "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

> **b.    Claim 3:  "The method of claim 1, comprising removing greater than 70 wt "A) of the mercury in the mercury-containing gas on the sorbent."**

579.  As discussed in Ground A above, Sjostrom discloses claim 2.   My analysis with regards to the disclosure of Sjostrom regarding claim 2 for Ground A applies equally here.

580.  In addition, claims 2 and 3 are also obvious over Sjostrom in view of Olson-646.   For example, Olson-646 explains that "a method is provided for reducing mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream, collecting ***greater than 70 wt-% of the mercury in the flue gas on the sorbent*** to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[915]   Claim 30 of Olson-646 also discloses "comprising removing greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent."[916]

581.  A person of skill in the art would have looked to the Olson-646 reference to further understand the mechanisms for the mercury-removal disclosed by Sjostrom.  Specifically, a POSITA would have understood that the activated carbon of Sjostrom removed "greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent," as discussed in Ground A above.  To the extent that Sjostrom

---

[915] Ex. 1014 (Olson-646) at ¶ [0022] (emphasis added).
[916] Ex. 1014 (Olson-646) at Claim 30 (emphasis added).

does not explicitly state that the mercury is removed "on the sorbent," Olson-646 provides this explanation.  A POSITA would have understood that by using the particular bromine-containing species disclosed in Olson ("HBr or $Br_2$") as the source of "Br" disclosed in Sjostrom, then "greater than 70 wt % of the mercury in the mercury-containing gas" would have been removed "on the sorbent," as confirmed by Olson-646.

### 2.   Claim 4:  "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the halogen or halide promoter per 100 g of the sorbent material."

582.  This limitation is obvious over Sjostrom in view of Olson-646.  Claim 4 is merely an attempt to claim the optimum or workable range for a process of combining a particular conventional halogen (bromine) being used in a conventional way (halogens are inherent to coal, and both oxidize mercury and promote activated carbon) with a conventional sorbent (activated carbon).  Nothing about the particular range of 1 g to about 30 g of the halide promoter per 100 g of the sorbent would lead to an unexpected result from what was already known to one of skill in the art.

583.  As described in the State of the Art,[917] it was known that the saturation limit of activated carbon for bromine (i.e., how much bromine the activated carbon can actually adsorb at equilibrium), was up to 31 to 38 grams per 100 grams of

---

[917] State of the Art,  § XII.C.3.

activated carbon. Given the residence times in flue gas, and other inefficiencies, a person of ordinary skill in the art would have understood that the actual bromine loaded onto activated carbon would have been less than the saturation limit.

584. Through routine process optimization and routine experimentation, a person of ordinary skill in the art would have adjusted the bromine injection rate and/or activated carbon injection rate to achieve halide promoter on the activated-carbon sorbent from about 1 g to about 30 g.

585. Olson-646 includes repeated discussion of this ratio of the halogen or halide promoter to the sorbent material in the mercury-containing gas. For example, Olson-646 discloses that in certain embodiments "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."[918]

586. A person of skill in the art would have looked to the Olson-646 reference to further understand the relationship between the halogen and activated carbon disclosed by Sjostrom. Specifically, a POSITA would have understood that the activated-carbon sorbent of Sjostrom would have "comprise[d] from about 1 to about 30 grams promoter per 100 grams of base activated carbon" after the activated-carbon sorbent made contact with the "Br" promoter. To the extent that Sjostrom does not explicitly state that the sorbent includes this ratio of promoter:activated carbon, Olson-646 provides this explanation. A POSITA would have understood

---

[918] Ex. 1014 (Olson-646) at ¶ [0014]; *see also* ¶ [0018] and Claims 3, 17.

that by using the particular bromine-containing species disclosed in Olson ("HBr or Br$_2$") as the source of "Br" disclosed in Sjostrom, then "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."

### 3.   Claim 5:  "The method of claim 1, wherein the combustion chamber comprises the halogen or halide promoter."

587. As discussed in Ground A above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

### 4.   Claim 6:  "The method of claim 1, wherein the coal comprises added Br$_2$, HBr, Br$^-$, or a combination thereof added to the coal upstream of the combustion chamber."

588.  As discussed in Ground A above, this limitation is rendered obvious by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

589.  In addition, this limitation is also obvious over Sjostrom in view of Olson-646 for the same reasons discussed above for element 1(b).  To the extent that Sjostrom does not explicitly identify which particular bromine-containing ("Br" species to use, Olson-646 teaches "wherein the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or Br$_2$."[919]  A POSITA desiring to determine the particular "Br" compounds at either location, would have been

---

[919] Ex. 1014 (Olson-646) at ¶ [0066].

motivated to try HBr or Br$_2$ (as disclosed in Olson) for the "Br" in Sjostrom, for reasons discussed in the Reasons to Combine section. Indeed, HBr and Br$_2$ were relatively cheap and widely available sources of bromine. While Olson-646 does not expressly or inherently disclose adding HBr or Br$_2$ to the coal, it does identify the effectiveness of HBr and Br$_2$ in promoting activated carbon.

### 5. Claim 7: "The method of claim 1, wherein the promoter is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."

590. This limitation is obvious over Sjostrom in view of Olson-646. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[920] Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the process.[921]



---

[920] Ex. 1010 (Sjostrom) at 4.
[921] Ex. 1010 (Sjostrom) at 4 (annotations in red).

591. Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[922]  Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[923]  Although Sjostrom is silent about the form that the bromine should take, a POSITA would have looked to Olson-646 for these details.

592. Specifically,   Olson-646   teaches   embodiments   "wherein   the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or $Br_2$."[924]  A POSITA would have understood that at combustion temperatures found within the boiler any gaseous HBr or $Br_2$ added at Addition Location 1 or Addition Location 2 of Sjostrom would have remained in the vapor phase.  Once the HBr or $Br_2$ reached the sorbent injection location, it would make contact with the injected sorbent.  As described above with respect to Claim 1, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (i.e., the injection of HBr or $Br_2$) to the system of Sjostrom.  While Olson-646 does not disclose adding HBr or $Br_2$ to the combustion chamber or coal, a POSITA would have looked to Olson to identify the effectiveness of HBr and $Br_2$ in promoting activated carbon.

---

[922] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[923] Ex. 1010 (Sjostrom) at 4 (annotations in red).
[924] Ex. 1014 (Olson-646) at ¶ [0066].

6. **Claim 12: "The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof."**

593. As discussed in Ground A above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.



FIG. 1

594. A POSITA would have been motivated to try adding bromine at Injection Points 1 or 2, as taught by Sjostrom, and also adding bromine to the sorbent before injecting at Injection Point 3. as taught by both Sjostrom and Olson-646—particularly for coals with higher native mercury content (or lower native halogen content) in order to further reduce total mercury emissions. In situations where

*Expert Report of Dr. Stephen Niksa*                                        Page 387

additional mercury capture was required, a POSITA would have been motivated to inject, or at least try injecting, "Br" at Addition Location 1 or 2 while adding a treated activated-carbon sorbent to the flue gas downstream of the boiler (e.g., at Addition Location 3). A POSITA would have known that this approach would have increased overall mercury capture, albeit at an increased cost compared to using bromine only at Injection Points 1 and 2.

### 7. Claim 15: "The method of claim 1, wherein the combustion chamber comprises a boiler."

595. As discussed in Ground A above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

### 8. Claim 16: "The method of claim 1, wherein the mercury-containing gas is a flue gas."

596. As discussed in Ground A above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

### 9. Claim 18: "The method of claim 1, wherein the injection of the sorbent material into the mercury-containing gas occurs upstream of a particulate separator or a scrubber."

597. As discussed in Ground A above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

### 10.  Claim 20:  "The method of claim 1, wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof."

598.  As discussed in Ground A above, this limitation is rendered obvious by Sjostrom.  My analysis with regards to these claims for Ground A applies equally here.

599.  In addition, these limitations are also obvious over Sjostrom in view of Olson-646.  As described above, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or $Br_2$) to the system of Sjostrom, as discussed in the Reasons to Combine section.

### C.  INDEPENDENT CLAIM 23

600.  As shown in the redline below, claim 23 is identical to claim 1, elements preamble, 1(a), 1(b), 1(c), and 1(d), only removing elements 1(e), 1(f)(1), and 1(f)(2).

123. A method of separating mercury from a mercury-containing gas, the method comprising:

combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein

the coal comprises added Br₂, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or

the combustion chamber comprises added Br₂, HBr, Br⁻, or a combination thereof, or

a combination thereof;

injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;

contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and

separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;

monitoring the mercury content of the cleaned gas; and

controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level.

Accordingly, my analysis provided for claim 1 applies to claim 23.

## 1. Claim 23:  Preamble—" A method of separating mercury from a mercury-containing gas, the method comprising:"

601.  The language of the preamble of claim 23 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 23.

## 2. Claim 23:  Element 23(a)— "combusting coal in a combustion chamber, to provide the mercury-containing gas:

602.  The language of the claim element 23(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 23(a).

3.  **Claim 23:  Element 23(b)— "wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added Br₂ HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added Br₂ HBr, Br⁻ or a combination thereof, or a combination thereof;"**

603.  The language of claim element 23(b) is identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 23(b).

4.  **Claim 23:  Element 23(c)— "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and"**

604.  The language of claim element 23(c) is identical to the language of claim element 1(c).  Accordingly, the explanation I provide above for claim element 1(c) applies equally to claim element 23(c).

5.  **Claim 23:  Element 23(d)— "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."**

605.  The language of claim element 23(d) is identical to the language of claim element 1(d).  Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 23(d).

### D.    INDEPENDENT CLAIM 24

606.  As shown in the redlines below, claim 24 is nearly identical to claim 1, with minor changes.

> ~~1~~24. A method of separating mercury from a mercury-containing gas, the method comprising:
>
> combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein
>
> the coal comprises added Br₂, HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or
>
> the combustion chamber comprises added Br₂, HBr, Br⁻, or a combination thereof, or
>
> a combination thereof;
>
> injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent;
>
> contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent composition;
>
> separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;
>
> monitoring the mercury content of the cleaned gas; and
>
> controlling, in response to the ~~monitored~~ mercury content of the cleaned gas,
>
> an injection rate of injecting the sorbent into the mercury-containing gas,
>
> a rate of addition to the ~~sorbent composition~~coal or the combustion chamber of the added Br₂, HBr, the bromide compound, or a combination thereof, or
>
> a combination thereof,
>
> so that the mercury content of the cleaned gas is maintained at or below a desired level.

Accordingly, my analysis provided for claim 1 applies to claim 24.

### 1.    Claim 24:  Preamble— "A method of separating mercury from a mercury-containing gas, the method comprising:"

607.  The language of the preamble of claim 24 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 24.

### 2. Claim 24:  Element 24(a)— "combusting coal in a combustion chamber, to provide the mercury-containing gas,"

608.  The language of claim element 24(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 24(a).

### 3. Claim 24:  Element 24(b)— "wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof, wherein the coal comprises added $Br_2$ HBr, Br⁻, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added $Br_2$ HBr, Br⁻, or a combination thereof, or a combination thereof;"

609.  The language of claim element 24(b) is identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 24(b).

### 4. Claim 24:  Element 24(c)— "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent; contacting mercury in the mercury-containing gas with the promoted sorbent, to form a mercury/sorbent composition;"

610.  The language of claim element 24(c) is similar to the language of claim element 1(c), and I refer to my discussion of that claim element.  Claim 24(c) adds the requirement that "the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent."  As discussed in Ground

A above, this additional limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

611. This additional limitation is also disclosed by Olson-646.   When bromine and carbon come into contact with each other, as in Sjostrom and Olson-646, a POSITA would have understood that this is a disclosure that they react to form a promoted sorbent.[925]  For example, Olson-646 explains that " Figure 2 of Olson-646, reproduced below, shows "a theory developed from scientific evidence to explain the nature of the promoting compounds."[926]



FIG. 2

Olson-646 explains that "hydrogen bromide reacts with the unsaturated structure of the activated carbon."[927]  Olson-646 teaches that the reaction may take place at "a

---

[925] *See* State of the Art, Sections XII.C.3, XII.G.2.
[926] Ex. 1014 (Olson-646) at ¶ [0054].
[927] Ex. 1014 (Olson-646) at ¶ [0054] (emphasis added).

carbene species on the edge of the graphene sheet structures of the carbon."[928] Further, Olson-646 explains that "[m]olecular bromine or a bromine compound reacts to form a similar structure, with a positive carbon that is active for oxidizing the mercury with subsequent capture by the sorbent."[929]  Figure 2 of Olson-646 shows that once the bromine/activated carbon complex contacts mercury, it chemically reacts with (e.g., adsorbs) the mercury.

612.  A person of skill in the art would have looked to the Olson-646 reference to further understand the relationship between the halogen and activated carbon disclosed by Sjostrom.  Specifically, a POSITA would have understood that the activated-carbon sorbent of Sjostrom would have made contact and reacted with the "Br" promoter.  To the extent that Sjostrom does not explicitly state that the sorbent and halogen make contact, Olson-646 provides this explanation.  A POSITA would have understood that by using the particular bromine-containing species disclosed in Olson ("HBr or $Br_2$") as the source of "Br" disclosed in Sjostrom, then "the sorbent material injected into the mercury-containing gas is a promoted sorbent obtained by contacting a base sorbent with another halogen or halide promoter."

---

[928] Ex. 1014 (Olson-646) at ¶ [0054].
[929] Ex. 1014 (Olson-646) at ¶ [0054].

### 5. Claim 24: Element 24(d)— "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas;"

613.   The language of claim element 24(d) is identical to the language of claim element 1(d).  Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 24(d).

### 6. Claim 24: Element 24(e)— "monitoring the mercury content of the cleaned gas; and"

614.   The language of claim element 24(e) is identical to the language of claim element 1(e).  Accordingly, the explanation I provide above for claim element 1(e) applies equally to claim element 24(e).

### 7. Claim 24: Element 24(f)(1)— "controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof, or a combination thereof,"

615.   The language of claim element 24(f)(1) is similar to the language of claim element 1(f)(1), and I refer to my discussion of that claim element.  Claim 24(f)(1) has the following changes, as compared to claim element 1(f)(1):

controlling, in response to the monitored mercury content of the cleaned gas,

an injection rate of injecting the sorbent into the mercury-containing gas,

~~the sorbent composition,~~

a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof,

or a combination thereof,

Claim Element 24(f)(1) is disclosed because both Sjostrom and Olson-646 disclose adjusting the injection rate of the sorbent into the mercury containing gas, as I describe for claim element 1(f)(1).

### 8.   Claim 24:  Element 24(f)(2)— "so that the mercury content of the cleaned gas is maintained at or below a desired level."

616.  The language of claim element 24(f)(2) is identical to the language of claim element 1(f)(2).   Accordingly, the explanation I provide above for claim element 1(f)(2) applies equally to claim element 24(f)(2).

### E.   INDEPENDENT CLAIM 25.

617.  As shown in the redline below, claim 25 is nearly identical to claim 1, with minor changes.

125. A method of separating mercury from a mercury-containing gas, the method comprising:

combusting coal in a combustion chamber, to provide the mercury-containing gas, ~~wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br⁻ or a combination thereof~~, wherein

the coal comprises added Br₂, HBr, ~~Br⁻~~ a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber, or

the combustion chamber comprises added Br₂, HBr, ~~Br⁻~~ a bromide compound, or a combination thereof, or

a combination thereof~~,~~

injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;

contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and

separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas~~;~~

~~monitoring the mercury content of the cleaned gas; and~~

~~controlling, in response to the monitored mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, the sorbent composition, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level.~~

Accordingly, my analysis provided for claim 1 applies to claim 25.

### 1.  Claim 25: Preamble— "A method of separating mercury from a mercury-containing gas, the method comprising:"

618.  The language of the preamble of claim 25 is identical to the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 25.

### 2.  Claim 25: Element 25(a)— "combusting coal in a combustion chamber, to provide the mercury-containing gas,"

619.  The language of claim element 25(a) is identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 25(a).

### 3. Claim 25: Element 25(b)— "wherein the coal comprises added Br₂ HBr, a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber, or the combustion chamber comprises added Br₂ HBr, a bromide compound, or a combination thereof, or a combination thereof,,"

620.   The language of claim element 25(b) is similar to the language of claim element 1(b), and I refer to my discussion of that claim element.  Claim 25(b) has the following changes, as compared to claim element 1(b):

> ~~wherein the mercury containing gas comprises a halogen or halide promoter comprising HBr, Br⁻, or a combination thereof,~~
>
> wherein the coal comprises added Br₂, HBr, ~~Br⁻,~~ a bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber,
>
> or the combustion chamber comprises added Br₂, HBr, ~~Br⁻,~~ a bromide compound, or a combination thereof,
>
> or a combination thereof;

Unlike claim 1, claim 25 does not recite that "the mercury containing gas comprises a halogen or halogen promoter . . ." Further, claim 25 recites "a bromide compound" in place of "Br."  A POSITA would have understood that Sjostrom's "Br" teaches the use of bromide compounds as presently claimed.[930]  Furthermore, as described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or Br₂) to the system of Sjostrom.

---

[930] Ex. 1010 (Sjostrom) at 4.

    **4.**    **Claim 25: Element 25(c)— "injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber; contacting mercury in the mercury-containing gas with the sorbent, to form a mercury/sorbent composition; and"**

621. The language of claim element 25(c) is identical to the language of claim element 1(c). Accordingly, the explanation I provide above for claim element 1(c) applies equally to claim element 25(c).

    **5.**    **Claim 25: Element 25(d)— "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."**

622. The language of claim element 25(d) is identical to the language of claim element 1(d). Accordingly, the explanation I provide above for claim element 1(d) applies equally to claim element 25(d).

    **F.**    **CLAIMS DEPENDING FROM CLAIM 25**

    **1.**    **Claim 26: "The method of claim 25, wherein the coal comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal upstream of the combustion chamber."**

623. The language of claim 26 is similar to the language of claim 6, and I refer to my discussion of that claim. Claim 26 has the following changes, as compared to claim 6:

> wherein the coal comprises the added $Br_2$, HBr, ~~Br,~~ the bromide compound or a combination thereof, added to the coal upstream of the combustion chamber

624.  A POSITA would have understood that Sjostrom's "Br" teaches the use of bromide compounds as presently claimed.[931]  Thus, Sjostrom discloses this element for the same reasons it discloses Claim 6.

625.  Furthermore, as described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or $Br_2$) to the system of Sjostrom.  While Olson-646 does not disclose adding HBr or $Br_2$ to the combustion chamber or coal, it does describe the effectiveness of HBr and $Br_2$ in promoting activated carbon.

### 2. Claim 27: "The method of claim 25, wherein the combustion chamber comprises the added $Br_2$, HBr, the bromide compound, or a combination thereof."

626.  The language of claim 27 is similar to the language of claim 20, and I refer to my discussion of that claim.  Claim 27 has the following changes, as compared to claim 20:

> wherein the combustion chamber comprises the added $Br_2$, HBr, Br, the bromide compound, or a combination thereof."

627.  A POSITA would have understood that Sjostrom's "Br" teaches the use of bromide compounds as presently claimed.[932]  Thus, Sjostrom discloses this element for the same reasons it discloses Claim 20.

---

[931] Ex. 1010 (Sjostrom) at 4.
[932] Ex. 1010 (Sjostrom) at 4.

628.   Furthermore, as described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or $Br_2$) to the system of Sjostrom.   While Olson-646 does not disclose adding HBr or $Br_2$ to the combustion chamber or coal, it does describe the effectiveness of HBr and $Br_2$ in promoting activated carbon.

**3.**   **Claim 28: "The method of claim 25, further comprising monitoring the mercury content of the cleaned gas; and controlling, in response to the mercury content of the cleaned gas, an injection rate of injecting the sorbent into the mercury-containing gas, a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof, or a combination thereof, so that the mercury content of the cleaned gas is maintained at or below a desired level."**

629.   The language of claim 28 is similar to the language of claim elements 1(e), 1(f)(1), and 1(f)(2), and I refer to my discussion of those claim elements.   Claim 28 has the following changes, as compared to claim elements 1(e), 1(f)(1), and 1(f)(2):

monitoring the mercury content of the cleaned gas; and

controlling, in response to the monitored mercury content of the cleaned gas,

> an injection rate of injecting the sorbent into the mercury-containing gas,

> ~~the sorbent composition,~~

> a rate of addition to the coal or the combustion chamber of the added $Br_2$, HBr, the bromide compound, or a combination thereof,

> or a combination thereof,

so that the mercury content of the cleaned gas is maintained at or below a desired level.

Claim 28 is disclosed because Sjostrom discloses monitoring the mercury emissions levels and adjusting the injection rate of the sorbent into the mercury containing gas to maintain the mercury emissions levels at or below a desired level, as discussed above for Elements 1(e) and 1(f).

### 4.   Claim 29: "The method of claim 25, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent."

630.  This limitation is obvious over Sjostrom in view of Olson-646.  Olson-646 includes repeated discussion of this ratio of the halogen or halide promoter to the sorbent material.  For example, Olson-646 discusses embodiments wherein "the promoter is added at from about 1 to about 30 grams per 100 grams of activated carbon."[933]  This limitation also appears repeatedly in the claims of Olson-646.[934]

---

[933] Ex. 1014 (Olson-646) at ¶ [0023].
[934] Ex. 1014 (Olson-646) at Claims 3, 17, 37, 47.

Olson-646 also discloses an embodiment wherein "the injected sorbent is prepared in-flight by reacting an activated carbon and a promoter within a pneumatic transport line from which the reaction product is injected to the mercury-containing flue gas stream."[935]  In that embodiment, Olson-646 explains that "the promoter is added at from about 1 to about 30 grams per 100 grams of activated carbon."[936]

631.  A person of skill in the art would have looked to the Olson-646 reference to provide the implementation details for the system of Sjostrom.  Specifically, a POSITA would have been motivated to find the type of "Br" for injection and the relative rates of addition for both activated carbon and "Br" for optimum mercury removal.  To the extent that Sjostrom does not explicitly state that the ratio of promoter:  activated carbon addition, Olson-646 provides this explanation.

632.  Claim 29 is merely an attempt to claim the optimum or workable range for a process of combining a particular conventional halogen (bromine) being used in a conventional way (halogens are inherent to coal, and both oxidize mercury and promote activated carbon) with a conventional sorbent (activated carbon).  Nothing about the particular range of 1 g to about 30 g of the halide promoter per 100 g of the sorbent would lead to an unexpected result from what was already known to one of skill in the art.

---

[935] Ex. 1014 (Olson-646) at If [0027].
[936] Ex. 1014 (Olson-646) at ¶ [0027].

633. Through routine process optimization and routine experimentation, a person of ordinary skill in the art would have adjusted the rate of addition of bromine-containing species and/or activated carbon injection rate to achieve about 1 g to about 30 g of halide promoter per 100 g of carbon sorbent in the flue gas.

### 5.   Claim 30: "The method of claim 25, wherein the mercury/sorbent composition comprises the element bromine, the sorbent material, and mercury."

634. As discussed in Ground A above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground A applies equally here.

635. In addition, this limitation is also obvious over Sjostrom in view of Olson-646.  For example, Figure 2 of Olson-646, reproduced below, shows "a theory developed from scientific evidence to explain the nature of the promoting compounds."[937]

---

[937] Ex. 1014 (Olson-646) at ¶ [0054], Figure 2.

A. **INDEPENDENT CLAIM 1**

1. **Claim 1:  Preamble—"A method for treating a mercury-containing gas, the method comprising: "**

813.   The preamble is disclosed by Sjostrom.  Sjostrom teaches treating a mercury-containing gas.  The title of Sjostrom is "Full Scale Evaluations of ***Mercury Control Technologies*** with PRB Coals."[1174]  Specifically, Sjostrom described various mercury control tests conducted at coal-fired power plants.[1175]  Sjostrom described testing mercury removal from the mercury-containing flue gas of coal-fired power plants involving sorbent injection and halogen addition, as detailed below.[1176]



Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue

---

[1174]     Ex. 1010 (Sjostrom) at 1 (emphasis added).
[1175]     Ex. 1010 (Sjostrom) at 12, 18.
[1176]     Ex. 1010 (Sjostrom) at 4.

gas.[1177]  This annotated figure in Sjostrom specifically shows that particulate matter, including the mercury-sorbent composition, would have been separated from the flue gas by the ESP or FF, because a POSITA would have understood that it was well-known to use an ESP or FF to remove such solid materials.[1178]

### 2. Claim 1:  Element (1)(a)—"combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing, gas; and"

814.   This limitation is disclosed by Sjostrom.  This limitation is also obvious over Sjostrom in view of Eckberg.  As discussed above, Sjostrom described various mercury control tests conducted at coal-fired power plants.[1179]  These plants combust coal in a coal-fired boiler (e.g., combustion chamber) as shown in the annotated figure below.[1180]

---

[1177]      Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.
[1178]      State of the Art,  § XII.B.5.a
[1179]      Ex. 1010 (Sjostrom) at 12, 18.
[1180]      Ex. 1010 (Sjostrom) at 4 (annotations in red).



A POSITA would have understood that this unit was a boiler based on the image used to represent the unit in the drawing, which was a common and routine way to represent a coal-combustion chamber (boiler).  Sjostrom explains that at the time of testing, both of the coal-fired power plants tested combusted PRB (Powder River Basin) coal having a mercury content of "0.04 — 0.1 ppm-dry.[1181]  Relying only on existing equipment at these plants, Sjostrom shows that the outlet mercury content of the flue gas was 11.2 μg/dncm.[1182]  Thus, Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury-containing gas.

---

[1181]      Ex. 1010 (Sjostrom) at 12, 18.
[1182]      Ex. 1010 (Sjostrom) at 3.

*Expert Report of Dr. Stephen Niksa*                          Page 531

815.    Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving halogen injection.[1183]   Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[1184]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1185] Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[1186] Location 3 of Sjostrom discloses adding bromine to the mercury containing gas through the injection of PAC sorbent into the flue gas.[1187]

816.    A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous

---

[1183]      Ex. 1010 (Sjostrom) at 4.
[1184]      Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1185]      Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1186]      Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1187]      Ex. 1010 (Sjostrom) at 4 (annotations in red).

solution of a bromide compound, such as $CaBr_2$, for Addition Location 1 and Addition Location 2. Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[1188]  KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1189] Thus, Sjostrom renders obvious the mixture being combusted comprises coal and an additive comprising HBr, a bromide compound, or a combination thereof.

817.  Furthermore, a person of skill in the art would have looked to the Eckberg reference to further tune implementation of a system like that of Sjostrom because it would have identified well-known chemical substances that could be used as the "Cl" or "Br" identified in the figures of Sjostrom. (adding calcium bromide, $CaBr_2$, onto the coal or into the combustion chamber and having it react to provide HBr in the flue gas), as well as the flow rate of calcium bromide, the resulting bromine:coal ratio, and the resulting concentration of HBr in the flue gas in such a system. Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%)" or "$CaBr_2$ (52 wt%)" into the combustion chamber.[1190]  As a result of this injection, the bromine is

---

[1188]        Ex. 1010 (Sjostrom) at 23.
[1189]        Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1190] Ex. 1011 (Eckberg) at 9.

provided at a 0.09 weight % (relative to coal), which dissociates and further reacts in the gas phase to provide 50 ppm HBr in the flue gas.[1191]

818.    Like Sjostrom, Eckberg also teaches enhancing mercury removal through halogen injection into a boiler.  Eckberg describes several testing objectives including "[i]ncreas[ing] mercury oxidation in flue gas derived from Texas lignite" and "[e]nhanc[ing] mercury removal across wet scrubbers."  Eckberg also describes testing the mercury removal effects of halogen injection directly into a coal-fired boiler.[1192]

819.    Eckberg described a similar location as Sjostrom for adding halogens into the overall system, namely directly within the boiler.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen addition, and a combination of the two.   Specifically, the annotated figure below shows that Sjostrom teaches adding halogens in at least three locations.

820.    I understand that under the Plaintiffs' theory of infringement in this case, and consistent with the Court's claim construction ruling, combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof does not require the addition of pyrolysis char to system.  I understand that under this theory this claim element of pyrolysis char as

---

[1191] Ex. 1011 (Eckberg) at 9.
[1192] Ex. 1011 (Eckberg) at 5.

*Expert Report of Dr. Stephen Niksa*                                            Page 534

it appears in Claim 1 is met if the combustion of coal produces some pyrolysis char, even briefly.  I agree with Defendants that some pyrolysis char inevitably will be formed whenever coal is being combusted, including in the combustion systems disclosed in Sjostrom in Eckberg.

### 3. Claim 1:  Element (1)(c)—"adding a particulate sorbent material comprising activated carbon into the mercury-containing gas."

821.   This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[1193]



As shown in the above figure, the "Sorbent Injection" occurs downstream from a combustion chamber.   Specifically, Sjostrom described testing performed with activated carbon injection, including injection of "DARCO FGD."[1194]   A POSITA would have understood that DARCO FGD was a well-known type of activated carbon used for mercury capture.[1195]

### B.   CLAIMS DEPENDING FROM CLAIM 1

#### 1.   Claim 2: The method of claim 1, wherein the pyrolysis char is a promoted pyrolysis char

822.   As described for Claim 1, the char present in the combustion mixture is the char present from the combusting of coal.  As described for Claim 1, the Sjostrom reference also discloses the addition of bromine compounds into the combustion zone.  According to Defendants' own theories of infringement, the formation of char during the combustion of coal in the presence of bromine will lead to the formation of some promoted pyrolysis char.

#### 2.   Claim 5:  "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

823.   This limitation is disclosed by Sjostrom.  Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas.  For example,

---

[1194]      Ex. 1010 (Sjostrom) at 10, 11, 16.

[1195]      See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1196]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1197]



### 3.    Claim 6:  Element (6)(a)—"The method of claim 5, further comprising:  measuring the mercury content of the mercury-containing gas; and "

---

[1196]     Ex. 1010 (Sjostrom) at 16.
[1197]     Ex. 1010 (Sjostrom) at 20.

824.   This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom describes passing the treated flue gas through a stack with an attached Hg CEM (continuous emissions monitor) attached.[1198]



Further, Sjostrom discusses taking Hg measurements at both the inlet and outlet of the ESP as shown below.[1199]



---

[1198]        Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1199]        Ex. 1010 (Sjostrom) at 19.

*Expert Report of Dr. Stephen Niksa*                                          Page 538

Sjostrom includes the chart showing the Hg emissions as measured at the inlet and outlet of the ESP[1200]



825.   As shown in the figure below, and similar to Sjostrom, Eckberg also describes testing the mercury removal effects of halogen injection directly into a coal-fired boiler.[1201]



### 4.    Claim 6:  Element 6(b)

---

[1200]    Ex. 1010 (Sjostrom) at 22.
[1201]    Ex. 1011 (Eckberg) at 5.

> ***a.*** **Element (6b)—"modifying, in response to the measured mercury content:  an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the additive in the mixture, or a combination thereof."**

826.   This limitation is disclosed by Sjostrom.  Sjostrom includes numerous charts of measured mercury removals for various injection rates of activated-carbon sorbents.   For example, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[1202]



Similarly, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[1203]

---

[1202]      Ex. 1010 (Sjostrom) at 16.
[1203]      Ex. 1010 (Sjostrom) at 20.

*Expert Report of Dr. Stephen Niksa*                                    Page 540



827.   The fact that there is a graph that has datapoints for different sorbent injection rates (the independent variable) and associated Hg removal percentages (the dependent variable) means that a POSITA would have understood that there is a relationship between the Hg removal % and the sorbent injection rate.  Given that, and a target Hg removal rate, a POSITA would have understood that the sorbent injection rate would be adjusted to result in a target removal %.

828.   As discussed previously, a POSITA would have known that activated carbon was expensive, especially relative to costs of components such as "Br" in the form of HBr or an aqueous bromide salt solution.  Thus, a POSITA would have been motivated to maintain the sorbent injection rate at the minimum level necessary to reach the desired level of mercury emissions.  A POSITA viewing the charts of Sjostrom showing mercury removal versus sorbent injection rate would have been motivated to use the charts to control the sorbent injection rate at a level that minimized costs while reaching mercury removal targets.  Thus, Sjostrom discloses modifying, in response to the measured mercury content, an injection rate of the

sorbent into the mercury-containing gas, the amount of additive in the mixture [I believe it is Nelson that shows the same plot for different amounts of Br on the PAC sorbent, if you want a clear demonstration], or a combination thereof.

829.   The below figure from Sjostrom shows that the testing focused on a "Proposed Limit.[1204]



Thus, Sjostrom teaches maintaining the mercury content of the cleaned gas "at or below a desired level" (e.g., the 'Proposed Limit."). A POSITA would have been motivated to control the activated carbon injection rate to reach this desired level while minimizing the amount of activated carbon injected. A POSITA would have understood that injecting too much activated carbon would have increased the costs of the mercury removal process and injecting too little activated carbon may lead to mercury emissions rising above actionable levels.

---

[1204]      Ex. 1010 (Sjostrom) at 22.

*Expert Report of Dr. Stephen Niksa*                                    Page 542

830.   Eckberg also suggest further testing to balance the amount of additive injection to limit effects such as boiler corrosion and air heater plugging.[1205]

### 5.   Claim 8:  "The method of claim 1, wherein the sorbent material is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof."

831.   This limitation is disclosed by Sjostrom.  Sjostrom described that its activated carbon includes PAC ("powdered activated carbon") sorbents, including Darco FGD, a known powdered activated carbon sorbent.[1206]

### 6.   Claim 9:  "The method of claim 1, further comprising adding an alkaline component to the mercury-containing gas, the alkaline component chosen from alkali elements, alkaline earth elements, alkali salts, alkaline earth salts, and combinations thereof."

832.   This limitation is disclosed by Sjostrom.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[1207]   Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process.[1208]

---

[1205]   Ex. 1011 (Eckberg) at 16.
[1206]   Ex. 1010 (Sjostrom) at 15-16, 20-21.
[1207]   Ex. 1010 (Sjostrom) at 4
[1208]   Ex. 1010 (Sjostrom) at 4 (annotations in red).



833.   Addition Location 1 of Sjostrom renders obvious injecting bromine or other halogens upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1209]  Addition Location 2 of Sjostrom teaches injecting bromine or other halogens into the boiler.[1210]  Addition Location 3 of Sjostrom teaches adding bromine or other halogens to the mercury sorbent that is injected into the flue gas.[1211]  Thus, Sjostrom teaches injecting bromine or other halogens in one or more of the three above injection locations.  Specifically, Sjostrom teaches that bromine may be injected at either Addition Location 1 or Addition Location 2 while another halogen (e.g., Cl or I) may be injected at Addition Location 3 with the sorbent material.[1212]  A POSITA would understand the obvious forms of halogen to be used for the injection at those locations are the commonly used (readily available and safe) halogen salts

---

[1209]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1210]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1211]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1212]    Ex. 1010 (Sjostrom) at 4.

with alkali metals and alkaline earth metals, such as NaCl, KCl, $CaCl_2$, $MgBr_2$, $CaBr_2$, and $MgBr_2$.

834.   To the extent Sjostrom does not disclose this limitation, it is obvious over Sjostrom in view of Eckberg.  For example, to the extent Sjostrom does not disclose a specific chemical compound or concentration to use as the injected "alkaline" secondary material, Eckberg provides these details.  Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%), which is an alkaline earth salt.[1213]  A POSITA would have been motivated to apply the teachings of Eckberg regarding chlorine injection to the system of Sjostrom regarding halogen injection, for the same reasons described in the "Reasons to Combine" section, regarding applying Eckberg's teachings regarding bromine composition injection.

### 7.   Claim 18:  "The method of claim 1, further comprising modifying, in response to a measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the additive in the mixture, or a combination thereof."

835.   The language of claim element 18 is substantially identical to the language of claim 6.  Accordingly, the explanation I provide above for claim elements 6(a) and 6(b) applies equally to claim element 18.

### 8.   Claim 20:  "The method of claim 1, wherein the coal is combusted in a combustion chamber at a coal-combustion facility, wherein the HBr, bromide compound, or combination thereof, is added to the coal before the coal

---

[1213]   Ex. 1011 (Eckberg) at 9.

*Expert Report of Dr. Stephen Niksa*                    Page 545

**enters the combustion chamber, wherein the addition of the HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility"**

836.   This limitation is disclosed by Sjostrom and would otherwise be obvious based on the background knowledge of a POSITA.  Specifically, the annotated figure below shows that Sjostrom renders obvious injecting bromine or other halogens upstream of the combustion chamber, such as by adding it to the coal entering the boiler, at Addition Location 1, by injecting halogens directly into the manifold that carries coal and primary air into the burners.[1214]



A POSITA would understand based on his or her background knowledge in the art that the addition could be performed at the coal-combustion facility in order to limit transport costs.

### 9.   **Claim 25:  "The method of claim 1, wherein the coal comprises subbituminous coal."**

---

[1214]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

837.   This limitation is disclosed by Sjostrom.  Sjostrom described using coal that included subbituminous coal.[1215]

10.   **Claim 27:  "The method of claim 1, wherein the mixture is combusted in a combustion chamber of a coal-combustion facility upstream of a scrubber, a particulate control system, or a combination thereof, wherein the particulate sorbent is added to the mercury-containing gas before the mercury-containing gas encounters the scrubber, the particulate control system, or the combination thereof."**

838.   This limitation is disclosed by Sjostrom.   The system described by Sjostrom, which represents a coal combustion facility, includes "Sorbent Injection" upstream of the "ESP or FF", which signifies to a POSITA an electrostatic precipitator or fabric filter.[1216]   Electrostatic precipitators and fabric filters are examples of particulate control systems.



---

[1215]       Ex. 1010 (Sjostrom) at 3.
[1216]       Ex. 1010 (Sjostrom) at 4 (annotations in red).

## C.   INDEPENDENT CLAIM 14

### 1.   Claim 14:  Preamble—"A method for treating a mercury-containing gas, the method comprising:

839.   The language of the preamble of claim 14 is identical to the language of the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 14.

### 2.   Claim 14:  Element (14a)—"combusting coal in a combustor comprising pyrolysis char and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas"

840.   The language of claim element 14(a) is substantially identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 14(a).

841.   To the extent that Element 14(a) additionally requires the combusting step be in a combustor, Sjostrom discloses this element.  Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.  Addition Location 2 shows addition of a halogen additive into the combustor.[1217]

---

[1217]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                    Page 548



### 3.   Claim 14:  Element (14b)—"and adding a particulate sorbent material comprising activated carbon into the mercury-containing gas"

842.   The language of claim element 14(b) is substantially identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 14(b).

### D.   CLAIMS DEPENDING FROM CLAIM 14

### 1.   Claim 15: The method of claim 14, wherein the pyrolysis char is a promoted pyrolysis char

The language of claim 15 is substantially identical to the language of claim 2. Accordingly, the explanation I provide above for claim 2 applies equally to claim 15.

### E.   INDEPENDENT CLAIM 17

### 1.   Claim 17:  Preamble—"A method for treating a mercury-containing gas, the method comprising:"

843.   The language of the preamble of claim 17 is identical to the language of the preamble of claim 1.   Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 17.

### 2.   Claim 17:  Element (17a)—"combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and "

844.   The language of claim element 17(a) is substantially identical to the language of claim element 1(a).   Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 17(a).

### 3.   Claim 17:  Element (17b)—"adding a sorbent material comprising activated carbon into the mercury-containing gas"

845.   The language of claim element 17(b) is substantially identical to the language of claim element 1(b).   Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 17(b).

## XXVI.   GROUND H: ANTICIPATION OF THE '225 PATENT OVER DOWNS-BOILER

846.   It is my opinion that Downs-Boiler anticipates, or in combination with the background knowledge of a POSITA renders obvious, each of asserted claim of the '225 Patent.

### A.   INDEPENDENT CLAIM 1

#### 1.   Claim 1:  Preamble—"A method for treating a mercury-containing gas, the method comprising: "

mercury control.[1274] In this equipment arrangement, the air preheater 22 follows the ESP 32.[1275]



Figure 4.

888.   Nelson discloses that in such a configuration, as shown in Figure 4, the activated carbon is injected "from bin 71," which is upstream from a particulate collector (item 32).[1276] Accordingly, Nelson clarifies the disclosure of Downs-Boiler in that for a plant with a hot-side ESP followed by a pre-heater, the injection of activated carbon would have been upstream of both.

## XXIX.   GROUND K: OBVIOUSNESS OF THE '225 PATENT OVER SJOSTROM AND OLSON-646

889.   It is my opinion that Sjostrom in view of Olson-646 render obvious each of the asserted claims of the '225 Patent.

### A.   INDEPENDENT CLAIM 1

#### 1.   Claim 1:  Preamble—"A method for treating a mercury-containing gas, the method comprising: "

---

[1274]   Ex. 1012 (Nelson) at 10:9-11.
[1275]   Ex. 1012 (Nelson) at Figure 4, 10:9-13
[1276]   Ex. 1012 (Nelson) at 10:20-22.

890.   As discussed regarding the preamble of claim 1, in Ground G above, the preamble is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

### 2.   Claim 1:  Element (1)(a)—"combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and"

891.   As discussed in Ground G above, this limitation is disclosed and/or rendered obvious by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

892.   In addition, this limitation is also obvious over Sjostrom in view of Olson-646.  To the extent that Sjostrom does not explicitly identify the specific bromine-containing species used, Olson-646 teaches this limitation.  Olson-646 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions, at very short contact times of seconds or less."[1277]  Olson-646 teaches embodiments "wherein the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or $Br_2$."[1278]  As described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a

---

[1277] Ex. 1014 (Olson-646) at ¶ [0043].
[1278] Ex. 1014 (Olson-646) at ¶ [0066].

reasonable chance of success, to apply the teachings of Olson-646 (e.g., the injection of HBr or $Br_2$) to the system of Sjostrom.

893.   I understand that under the Plaintiffs' theory of infringement in this case, and consistent with the Court's claim construction ruling, combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof does not require the addition of pyrolysis char to system.  I understand that under this theory this claim element of pyrolysis char as it appears in Claim 1 is met if the combustion of coal produces some pyrolysis char, even briefly.  I agree with Defendants that some pyrolysis char will be formed whenever coal is being combusted, including in the combustion systems disclosed in Sjostrom and Olson-646.

### 3.   Claim 1:  Element (1)(c)—"adding a particulate sorbent material comprising activated carbon into the mercury-containing gas."

894.   This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[1279]

---

[1279]     Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                     Page 582



As shown in the above figure, the "Sorbent Injection" occurs downstream from a combustion chamber. Specifically, Sjostrom described testing performed with activated carbon injection, including injection of "DARCO FGD."[1280] A POSITA would have understood that DARCO FGD was a well-known type of activated carbon used for mercury capture.[1281]

895. Similarly, Olson-646 explains that a "promoted carbon sorbent and/or an optional alkali component is injected into contaminated flue gas stream."[1282] The "contaminated flue gas stream" refers to a stream of mercury-containing gas.

---

[1280]     Ex. 1010 (Sjostrom) at 10, 11, 16.
[1281]     See, e.g., State of the Art, Sections XII.C.3, XII.G.2.
[1282] Ex. 1014 (Olson-646) at ¶ [0061].

*Expert Report of Dr. Stephen Niksa*                              Page 583

### B.    CLAIMS DEPENDING FROM CLAIM 1

#### 1.    Claim 2: The method of claim 1, wherein the pyrolysis char is a promoted pyrolysis char

896.  As discussed for Claim 2 in Ground G above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

#### 2.    Claim 5:  "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

897.  As discussed in Ground G above, this limitation is disclosed and/or rendered obvious by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

898.  In addition, this claim is also obvious over Sjostrom in view of Olson-646.  For example, Olson-646 explains that "a method is provided for reducing mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream, *collecting greater than 70 wt% of the mercury in the flue gas on the sorbent* to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[1283]   Claim 30 of Olson-646 also discloses "comprising removing greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent."[1284]

---

[1283] Ex. 1014 (Olson-646) at ¶ [0022] (emphasis added).
[1284] Ex. 1014 (Olson-646) at Claim 30.

### 3. Claim 6:  Element (6)(a)—"The method of claim 5, further comprising:  measuring the mercury content of the mercury-containing gas; and "

899.   As discussed for Elements 6(a) in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

### 4. Claim 6:  Element 6(b)

#### a. Element (6b)—"modifying, in response to the measured mercury content:  an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the additive in the mixture, or a combination thereof."

900.   As discussed for Elements 6(b) in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

### 5. Claim 8:  "The method of claim 1, wherein the sorbent material is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof."

901.   As discussed for claim 8 in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

### 6. Claim 9:  "The method of claim 1, further comprising adding an alkaline component to the mercury-containing gas, the alkaline component chosen from alkali elements, alkaline earth elements, alkali salts, alkaline earth salts, and combinations thereof."

902.   As discussed for claim 8 in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

903.   In addition, Olson-646 discloses than an "optional alkali material, including without limitation alkaline and alkaline earth components" can be add in its method.[1285] This optional alkaline component is also claimed in Olson-646.[1286]

**7.     Claim 18:  "The method of claim 1, further comprising modifying, in response to a measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the additive in the mixture, or a combination thereof."**

904.   The language of claim element 18 is substantially identical to the language of claim 6.  Accordingly, the explanation I provide above for claim elements 6(a) and 6(b) applies equally to claim element 18.

**8.     Claim 20:  "The method of claim 1, wherein the coal is combusted in a combustion chamber at a coal-combustion facility, wherein the HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility"**

---

[1285] Ex. 1014 (Olson-646) at ¶¶ [0026, 0061].
[1286] Ex. 1014 (Olson-646) at Claims 23, 24, 25, 39, 40.

905.   As discussed for claim 20 in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

906.   In addition, Olson-646 teaches that the addition of bromine to the coal at the coal combustion facility has several benefits over treating sorbents off-site, included lower capital equipment and transport costs.[1287]

### 9.    Claim 25:  "The method of claim 1, wherein the coal comprises subbituminous coal."

907.   As discussed for claim 25 in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

908.   In addition, Olson-646 discloses that its methods can be used on combustors burning subbituminous coal.[1288]

### 10.    Claim 27:  "The method of claim 1, wherein the mixture is combusted in a combustion chamber of a coal-combustion facility upstream of a scrubber, a particulate control system, or a combination thereof, wherein the particulate sorbent is added to the mercury-containing gas before the mercury-containing gas encounters the scrubber, the particulate control system, or the combination thereof."

---

[1287] Ex. 1014 (Olson-646) at ¶¶ [0078-0087].
[1288] Ex. 1014 (Olson-646) at ¶ [0106].

909.   As discussed for claim 25 in Ground G above, this element is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground G applies equally here.

910.   In addition, Olson-646 discloses the use of particulate control systems such as baghouses, ESPs, or scrubbers.[1289]

## C.   INDEPENDENT CLAIM 14

### 1.   Claim 14:  Preamble—"A method for treating a mercury-containing gas, the method comprising:

911.   The language of the preamble of claim 14 is identical to the language of the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 14.

### 2.   Claim 14:  Element (14a)—"combusting coal in a combustor comprising pyrolysis char and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas"

912.   The language of claim element 14(a) is substantially identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 14(a).

913.   To the extent that Element 14(a) additionally requires the combusting step be in a combustor, Sjostrom discloses this element.  Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing

---

[1289] Ex. 1014 (Olson-646) at ¶ [0123].

flue gas stream.  Addition Location 2 shows addition of a halogen additive into the combustor.[1290]



### 3. Claim 14:  Element (14b)—"and adding a particulate sorbent material comprising activated carbon into the mercury-containing gas"

914.   The language of claim element 14(b) is substantially identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 14(b).

### D. CLAIMS DEPENDING FROM CLAIM 14

### 1. Claim 15: The method of claim 14, wherein the pyrolysis char is a promoted pyrolysis char

The language of claim 15 is substantially identical to the language of claim 2. Accordingly, the explanation I provide above for claim 2 applies equally to claim 15.

---

[1290]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

### E.    INDEPENDENT CLAIM 17

#### 1.    Claim 17:  Preamble—"A method for treating a mercury-containing gas, the method comprising:"

915.   The language of the preamble of claim 17 is identical to the language of the preamble of claim 1.  Accordingly, the explanation I provide above for the preamble of claim 1 applies equally to the preamble of claim 17.

#### 2.    Claim 17:  Element (17a)—"combusting a mixture comprising coal, pyrolysis char, and an additive comprising HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and "

916.   The language of claim element 17(a) is substantially identical to the language of claim element 1(a).  Accordingly, the explanation I provide above for claim element 1(a) applies equally to claim element 17(a).

#### 3.    Claim 17:  Element (17b)—"adding a sorbent material comprising activated carbon into the mercury-containing gas"

917.   The language of claim element 17(b) is substantially identical to the language of claim element 1(b).  Accordingly, the explanation I provide above for claim element 1(b) applies equally to claim element 17(b).

> Preferably, in the inventive process, *the mercury content of the flue gas*, in particular the content of metallic mercury, *is measured continuously* downstream of the flue gas emission control system and *on the basis of the measured mercury content the amount of bromine fed and/or bromine compounds and/or the mixture of bromine compounds* and if appropriate sulphur and/or sulphur substances and/or the mixture of sulphur substances *is controlled.*[1797]

As explained above for Claim 1, the bromine-containing species include aqueous hydrogen bromide [HBr(aq)], bromide compounds in solid or aqueous form (e.g., sodium bromide [NaBr(s) or NaBr(aq)], molecular bromine ($Br_2$), and mixtures thereof, and these bromine-containing species are added to either the coal or to the combustion chamber.  Claim 20 is also disclosed by claim 9 of Vosteen.[1798]

## XXXVI.    GROUND R:  OBVIOUSNESS OF THE '517 PATENT OVER SJOSTROM IN VIEW OF ECKBERG AND/OR OLSON-646

1037. It is my opinion that Sjostrom in view of Eckberg and/or Olson-646 render obvious each of claims 1-11, 13-15, 17-19, 21-26, 28-30 of the '517 Patent.

### A.    INDEPENDENT CLAIM 1

#### 1.    Claim 1: Element 1a: "A method for reducing mercury in a mercury-containing gas, the method comprising:"

1038. The preamble is disclosed by Sjostrom.    Sjostrom, either alone or in combination with Eckberg, anticipates or renders this limitation obvious.

---

[1797]        Ex. 1008 (Vosteen) at 5:48-55.
[1798]        Ex. 1008 (Vosteen) at Claims 9.

*Expert Report of Dr. Stephen Niksa*                                Page 802

1039. Sjostrom is a presentation titled "Full Scale Evaluations of Mercury Control Technologies with PRB Coals."[1799] Sjostrom provides an overall process schematic showing the injection of halogens and activated-carbon sorbents for mercury removal in coal-fired flue gas. Sjostrom quantifies mercury separation from a mercury-containing gas in the form of charts showing "Hg Removal (%)"[1800] and "Hg Removal Efficiency (%)".[1801]

1040. Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas. For example, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1802]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1803]

---

[1799]    Ex. 1010 (Sjostrom) at 1.
[1800]    Ex. 1010 (Sjostrom) at 8, 15-17.
[1801]    Ex. 1010 (Sjostrom) at 20-21.
[1802]    Ex. 1010 (Sjostrom) at 16.
[1803]    Ex. 1010 (Sjostrom) at 20.



1041.

## 2.    Claim 1: Element 1b: "combusting coal in a combustion chamber, the coal comprising an additive comprising Br2, HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and"

1042. Sjostrom, either alone or in combination with Eckberg, anticipates or renders this limitation obvious. Sjostrom discloses combusting coal in a combustion chamber to form the mercury-containing gas, wherein the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, by teaching combusting coal in a combustion chamber.

1043. Sjostrom discloses combustion of PRB (Powder River Basin) coal having a mercury content of "0.04 – 0.1 ppm-dry."[1804]  The combustion generated a concentration of mercury in the flue gas of 11.2 μg/dncm.[1805]

---

[1804]     Ex. 1010 (Sjostrom) at 12, 18.
[1805]     Ex. 1010 (Sjostrom) at 3, 4 (annotated below).



1044. Further, Sjostrom discloses that "Br" could be added to the combustion chamber at Addition Location 2 or before the combustion chamber at Addition Location 1.[1806]



1045. A POSITA having read Sjostrom, would understand that Sjostrom's "Br" source would have been widely available bromine-containing materials suitable for injection at the disclosed locations in a coal-fired plant, such as HBr or an aqueous solution of a bromide compound, such as $CaBr_2$. A POSITA would also

___

[1806]     Ex. 1010 (Sjostrom) at 4 (annotated below).

have understood that a calcium bromide in an aqueous solution would dissociate to form Br– (bromide ions). Indeed, Sjostrom refers adding "KNX (Alstom Power)"—a known aqueous solution of bromide salt for enhancing mercury control.[1807] At least a portion of the bromide species resulting from the addition of a bromide compound at either Addition Location 1 or Addition Location 2 of Sjostrom would have evaporated at the temperatures inside the boiler and left the combustion chamber in the vapor phase of the flue gas.[1808]

1046. Eckberg teaches using halogens to remove mercury from coal-fired plants.  Eckberg is entitled, "Mercury Control Evaluation of Halogen Injection into a Texas Lignite-Fired Boiler."  Eckberg describes "Chemical Injection" of a halogen directly into a coal-fired boiler.[1809] Eckberg further teaches that the "salt solution" added to the "boiler" was either "CaCl2 (25 wt%)" or "CaBr2 (52 wt%)."[1810] Eckberg also teaches the ratio of bromine to coal, the feed rate of the aqueous salt solution, and the bromine concentration in flue gas.[1811]

---

[1807]   Ex. 1010 (Sjostrom) at 23.

[1808]   *See* Ex. 1010 (Sjostrom) at 4.

[1809]   *See* Ex. 1011 (*Eckberg) at 5 (provided below).

[1810]   *See* Ex. 1011 (*Eckberg) at 9.

[1811]   *See* Ex. 1011 (*Eckberg) at 9.



1047. Eckberg also discloses the equipment used for halogen addition.[1812]



1048. A POSITA would have been motivated to combine the teachings of Sjostrom and Eckberg to utilize calcium bromide, a widely obtainable and relatively cheap form of bromine.

---

[1812]    *See* Ex. 1011 *(*Eckberg) at 8.

*Expert Report of Dr. Stephen Niksa*                    Page 807

**3.** **Claim 1: Element 1c: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon."**

1049. Sjostrom discloses this element.  Sjostrom discloses injecting a sorbent material comprising activated carbon into the mercury-containing gas downstream of the combustion chamber (*e.g.*, boiler) as shown in the figure on page 4 at the "Sorbent Injection" feature.[1813]  Exemplary activated-carbon sorbents for mercury capture include powdered activated carbon, including "DARCO FGD."[1814]

1050. The mercury in the flue gas of Sjostrom is contacted with activated carbon to form a mercury/sorbent composition because the mercury is adsorbed by the activated carbon.[1815] Adsorption is a form of contact. Norit DARCO FGD and other activated carbons were referred to as "sorbents" because when they contacted certain materials in the gas phase such as mercury, they adsorbed them. A POSITA would understand that in an adsorption process, adsorbate (e.g., mercury) from a fluid (e.g., flue gas) are adhered to the surface of a sorbent upon contact.

1051. Sjostrom discloses separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas with an ESP or FF.[1816] Specifically, Sjostrom shows that "ash and sorbent" are removed in an ESP or FF,

---

[1813]    Ex. 1010 (Sjostrom) at 4 (annotated below).
[1814]    Ex. 1010 (Sjostrom) at 10-11, 15-16, 21.
[1815]    Ex. 1010 (Sjostrom) at 4 (annotated below).
[1816]    Ex. 1010 (Sjostrom) at 4 (annotated below).

which were well-known particulate control devices to separate particles (e.g., the mercury/sorbent material) from a mercury-containing gas.[1817]



### B.   CLAIMS DEPENDING FROM CLAIM 1

**1.   Claim 2: "The method of claim 1, further comprising injecting an alkaline sorbent into the mercury-containing gas stream."**

---

[1817]   Ex. 1010 (Sjostrom) at 4 (annotated below), 19.

1052. Sjostrom, either alone or in light of Olson-646, renders this limitation obvious.  Sjostrom discloses injecting sorbent in the mercury-containing gas.[1818]

1053. In addition, Olson-646 explains that a "promoted carbon sorbent and/or an optional alkali component is injected into contaminated flue gas stream 15," to remove mercury from flue gas.[1819]   A POSITA would have been motivated to combine the teachings of Sjostrom and Olson-646 to utilize a known, suitable sorbent for mercury removal.

### 2. Claim 3: "The method of claim 2, wherein the alkaline sorbent is selected from the group consisting of alkali elements, alkaline earth elements, alkali salts, alkaline earth salts, and combinations thereof."

1054. The language of this claim element discusses similar elements as claim 2.  Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 3. Claim 4: "The method of claim 1, wherein the activated carbon is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof."

1055. This limitation is disclosed by Sjostrom.  Sjostrom repeatedly discusses the use of activated carbon.[1820]  Further, Sjostrom includes test results of "Untreated

---

[1818]  Ex. 1010 (Sjostrom) at 4.

[1819]  Ex. 1014 (Olson-646) ¶ 61.

[1820]  Ex. 1010 (Sjostrom) at 10, 20, 34.

*Expert Report of Dr. Stephen Niksa*                              Page 810

PAC Injection into ESP" for "PRB and Lignite Coals."[1821]  A POSITA would have known that PAC stood for "powdered activated carbon."  Sjostrom also discusses testing done with the injection of "DARCO FGD" sorbent.[1822]  A POSITA would have known that DARCO FGD was a well-known type of powdered activated-carbon sorbent.[1823]

### 4.   Claim 5: "The method of claim 1, wherein the sorbent has a composition comprising from about 1 to about 30 grams of the element bromine per 100 grams of activated carbon."

1056. This limitation is obvious over Sjostrom in view of Olson-646.  Claim 5 is merely an attempt to claim the optimum or workable range for a process of combining a particular conventional halogen (bromine) being used in a conventional way (halogens are inherent to coal, and both oxidize mercury and promote activated carbon) with a conventional sorbent (activated carbon).  Nothing about the particular range of 1 g to about 30 g of the halide promoter per 100 g of the sorbent would lead to an unexpected result from what was already known to one of skill in the art.

1057. As described in the State of the Art,[1824] it was known that the saturation limit of activated carbon for bromine (i.e., how much bromine the activated carbon can actually adsorb at equilibrium), was up to 31 to 38 grams per 100 grams of

---

[1821]     Ex. 1010 (Sjostrom) at 20.

[1822]     Ex. 1010 (Sjostrom) at 15, 16, 20-21.

[1823]     See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

[1824]     State of the Art, § XII.C.3.

activated carbon.  Given the residence times in flue gas, and other inefficiencies, a person of ordinary skill in the art would have understood that the actual bromine loaded onto activated carbon would have been less than the saturation limit.

1058. Through routine process optimization and routine experimentation, a person of ordinary skill in the art would have adjusted the bromine injection rate and/or activated carbon injection rate to achieve halide promoter on the activated-carbon sorbent from about 1 g to about 30 g.

1059. Olson-646 includes repeated discussion of this ratio of the halogen or halide promoter to the sorbent material in the mercury-containing gas.  For example, Olson-646 discloses that in certain embodiments "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."[1825]

1060. A person of skill in the art would have looked to the Olson-646 reference to further understand the relationship between the halogen and activated carbon disclosed by Sjostrom.  Specifically, a POSITA would have understood that the activated-carbon sorbent of Sjostrom would have "comprise[d] from about 1 to about 30 grams promoter per 100 grams of base activated carbon" after the activated-carbon sorbent made contact with the "Br" promoter.  To the extent that Sjostrom does not explicitly state that the sorbent includes this ratio of promoter:activated carbon, Olson-646 provides this explanation.  A POSITA would have understood

---

[1825]    Ex. 1014 (Olson-646) at ¶ [0014]; *see also* ¶ [0018] and Claims 3, 17.

*Expert Report of Dr. Stephen Niksa*                                              Page 812

that by using the particular bromine-containing species disclosed in Olson ("HBr or Br₂") as the source of "Br" disclosed in Sjostrom, then "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."

### 5. Claim 6: "The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas."

1061. This limitation is disclosed by Sjostrom. Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas. For example, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1826]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1827]

---

[1826]    Ex. 1010 (Sjostrom) at 16.
[1827]    Ex. 1010 (Sjostrom) at 20.



6. **Claim 7: "The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent."**

1062. The language of this claim element includes elements that are similar to those in claim 6. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

7. **Claim 8: "The method of claim 1, further comprising: measuring mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, an amount of the additive comprising the Br2, HBr, bromide compound, or a combination thereof, added to the coal, or a combination thereof."**

1063. This limitation is disclosed by Sjostrom alone and/or in view of Eckberg. As shown in the annotated figure below, Sjostrom describes passing the treated flue gas through a stack with an attached Hg CEM (continuous emissions monitor) attached.[1828]

---

[1828]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                    Page 814



Further, Sjostrom discusses taking Hg measurements at both the inlet and outlet of the ESP as shown below.[1829]



Sjostrom includes the chart showing the Hg emissions as measured at the inlet and outlet of the ESP.[1830]

---

[1829]    Ex. 1010 (Sjostrom) at 19.
[1830]    Ex. 1010 (Sjostrom) at 22.



1064. As shown in the figure below, and similar to Sjostrom, Eckberg also describes testing the mercury removal effects of halogen injection directly into a coal-fired boiler.[1831]



1065. Sjostrom includes numerous charts of measured mercury removals for various injection rates of activated-carbon sorbents.  For example, the below chart

<hr>

[1831]   Ex. 1011 (Eckberg) at 5.

*Expert Report of Dr. Stephen Niksa*                                     Page 816

shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[1832]



Similarly, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[1833]



1066. The fact that there is a graph that has datapoints for different sorbent injection rates (the independent variable) and associated Hg removal percentages

---

[1832]    Ex. 1010 (Sjostrom) at 16.
[1833]    Ex. 1010 (Sjostrom) at 20.

(the dependent variable) means that a POSITA would have understood that there is a relationship between the Hg removal % and the sorbent injection rate.  Given that, and a target Hg removal rate, a POSITA would have understood that the sorbent injection rate would be adjusted to result in a target removal %.

1067. As discussed previously, a POSITA would have known that activated carbon was expensive, especially relative to costs of components such as "Br" in the form of HBr or an aqueous bromide salt solution.  Thus, a POSITA would have been motivated to maintain the sorbent injection rate at the minimum level necessary to reach the desired level of mercury emissions.  A POSITA viewing the charts of Sjostrom showing mercury removal versus sorbent injection rate would have been motivated to use the charts to control the sorbent injection rate at a level that minimized costs while reaching mercury removal targets.  Thus, Sjostrom discloses modifying, in response to the measured mercury content, an injection rate of the sorbent into the mercury-containing gas, the amount of additive in the mixture, or a combination thereof.

1068. The below figure from Sjostrom shows that the testing focused on a "Proposed Limit.[1834]

---

[1834]    Ex. 1010 (Sjostrom) at 22.

*Expert Report of Dr. Stephen Niksa*                              Page 818



Thus, Sjostrom teaches maintaining the mercury content of the cleaned gas "at or below a desired level" (e.g., the 'Proposed Limit."). A POSITA would have been motivated to control the activated carbon injection rate to reach this desired level while minimizing the amount of activated carbon injected. A POSITA would have understood that injecting too much activated carbon would have increased the costs of the mercury removal process and injecting too little activated carbon may lead to mercury emissions rising above actionable levels.

1069. Eckberg also suggest further testing to balance the amount of additive injection to limit effects such as boiler corrosion and air heater plugging.[1835]

**8.** **Claim 9: "The method of claim 8, wherein the measuring of the mercury content of the mercury-containing gas is performed substantially continuously."**

---

[1835] Ex. 1011 (Eckberg) at 16.

1070. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 24 of the '225 patent. ME2C's infringement contentions do not include claim 24 of the '225 patent. ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

9. **Claim 10: "The method of claim 1, further comprising: modifying, in response to a measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, an amount of the Br2, HBr, bromide compound, or a combination thereof, added to the coal, or a combination thereof."**

1071. The language of this claim element includes elements that are similar to those in claim 8. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

10. **Claim 11: "The method of claim 1, wherein the coal comprises a subbituminous coal."**

1072. This limitation is disclosed by Sjostrom. Sjostrom described using coal that included subbituminous coal.[1836]

11. **Claim 13: "The method of claim 1, wherein the coal comprises the added Br2, HBr, the bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber."**

1073. This limitation is disclosed by Sjostrom. This limitation is also obvious over Sjostrom in view of Eckberg.

---

[1836]    Ex. 1010 (Sjostrom) at 3.

*Expert Report of Dr. Stephen Niksa*                                        Page 820

1074. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Eckberg under either interpretation.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[1837]  Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[1838]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1839] Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[1840] Location 3 of Sjostrom discloses adding bromine to the mercury sorbent that is injected into the flue gas.[1841]

---

[1837]   Ex. 1010 (Sjostrom) at 4.
[1838]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1839]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1840]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1841]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                   Page 821

1075. A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as CaBr2, for Addition Location 1 and Addition Location 2. Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[1842] KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control. A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1843] Thus, Sjostrom renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

1076. As discussed above, Addition Location 2 of Sjostrom teaches adding bromine-containing species into the combustion chamber. [1844] Thus, Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof. For at least this reason, Sjostrom discloses this limitation under the first, broader interpretation.

---

[1842]    Ex. 1010 (Sjostrom) at 23.
[1843]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1844]    Ex. 1010 (Sjostrom) at 4 (annotations in red).

1077.  A POSITA would have understood the "Br" addition of Sjostrom would also have entered the mercury-containing flue gas.  Specifically, a POSITA would have understood the "Br" added at either Addition Location 1 before the combustion chamber or Addition Location 2 within the combustion chamber would have resulted in "Br" entering the flue gas stream.  A POSITA would have found it obvious that the "Br" of Sjostrom could be an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)" as the bromine-containing ingredient.[1845]  KNX was a known aqueous solution of a bromide salt additives developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br⁻ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated, leaving the boiler as HBr in the vapor phase.  Thus, Sjostrom discloses wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof.

---

[1845]  Ex. 1010 (Sjostrom) at 23.

1078. To the extent that Sjostrom does not explicitly identify the bromine-containing species, Eckberg teaches this limitation.  As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[1846]



Specifically, Eckberg teaches injection of "CaCl$_2$ (25 wt%)" and "CaBr$_2$ (52 wt%)" into the boiler.[1847]  A POSITA would have understood that calcium bromide was an example of a "bromide compound," and that a 52 wt% aqueous solution of CaBr$_2$ would have dissociated in water to form a quantity of Br$^-$ ions.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as CaBr$_2$, would dissociate to form Br ions.  A POSITA would have further understood the bromide ion (Br$^-$) added to the combustion chamber of Eckberg would also have entered the mercury containing flue gas.  As described above in the "Reasons to Combine"

---

[1846]   Ex. 1011 (Eckberg) at 5.
[1847]   Ex. 1011 (Eckberg) at 9.

section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Eckberg (e.g., the injection of $CaBr_2$) to the combustion chamber of Sjostrom.

### 12.   Claim 14: "The method of claim 1, wherein the combustion chamber comprises the added Br2, HBr, the bromide compound, or a combination thereof."

1079. This limitation is disclosed by Sjostrom. This limitation is also obvious over Sjostrom in view of Eckberg.

1080. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Eckberg under either interpretation. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[1848] Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[1849]

---

[1848]    Ex. 1010 (Sjostrom) at 4.
[1849]    Ex. 1010 (Sjostrom) at 4 (annotations in red).



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1850] Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[1851] Location 3 of Sjostrom discloses adding bromine to the mercury sorbent that is injected into the flue gas.[1852]

1081. A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as CaBr2, for Addition Location 1 and Addition Location 2. Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[1853] KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control. A POSITA would have found it obvious that an

---

[1850]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1851]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1852]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1853]   Ex. 1010 (Sjostrom) at 23.

aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1854]   Thus, Sjostrom renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

1082. As discussed above, Addition Location 2 of Sjostrom teaches adding bromine-containing species into the combustion chamber. [1855] Thus, Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof.  For at least this reason, Sjostrom discloses this limitation under the first, broader interpretation.

1083. A POSITA would have understood the "Br" addition of Sjostrom would also have entered the mercury-containing flue gas.  Specifically, a POSITA would have understood the "Br" added at either Addition Location 1 before the combustion chamber or Addition Location 2 within the combustion chamber would have resulted in "Br" entering the flue gas stream.  A POSITA would have found it obvious that the "Br" of Sjostrom could be an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom

---

[1854]     Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1855]     Ex. 1010 (Sjostrom) at 4 (annotations in red).

teaches the addition of "KNX (Alstom Power)" as the bromine-containing ingredient.[1856]  KNX was a known aqueous solution of a bromide salt additives developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br⁻ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated, leaving the boiler as HBr in the vapor phase.  Thus, Sjostrom discloses wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof.

1084. To the extent that Sjostrom does not explicitly identify the bromine-containing species, Eckberg teaches this limitation.  As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[1857]

---

[1856]     Ex. 1010 (Sjostrom) at 23.
[1857]     Ex. 1011 (Eckberg) at 5.



Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%)" and "$CaBr_2$ (52 wt%)" into the boiler.[1858]  A POSITA would have understood that calcium bromide was an example of a "bromide compound," and that a 52 wt% aqueous solution of $CaBr_2$ would have dissociated in water to form a quantity of $Br^-$ ions.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have further understood the bromide ion ($Br^-$) added to the combustion chamber of Eckberg would also have entered the mercury containing flue gas.  As described above in the "Reasons to Combine" section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Eckberg (e.g., the injection of $CaBr_2$) to the combustion chamber of Sjostrom.

---

[1858]     Ex. 1011 (Eckberg) at 9.

*Expert Report of Dr. Stephen Niksa*                                      Page 829

13. **Claim 15: "The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion facility, wherein the Br2, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the Br2, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility."**

1085. Sjostrom, either alone or in combination with Eckberg, anticipates or renders obvious this limitation. Sjostrom discloses adding a halide or halogen upstream of the combustion chamber. Specifically, Sjostrom discloses that "Br" could be added to the combustion chamber at Addition Location 2 or before the combustion chamber at Addition Location 1.[1859] The process is carried out at coal-combustion facilities.[1860]



1086.

---

[1859]   Ex. 1010 (Sjostrom) at 4 (annotated, provided below).
[1860]   Ex. 1010 (Sjostrom) at 3-5, 10, 27-32.

1087. A POSITA would understand that Sjostrom's "Br" source would have been widely available bromine-containing materials suitable for injection at the disclosed locations in a coal-fired plant, such as HBr, or an aqueous solution of a bromide compound, such as CaBr2.  A POSITA would have further understood that the HBr, CaBr$_2$, or a known bromide compound could be added to the coal upstream of the boiler at the facility as a matter of obvious design choice.

1088. A POSITA would have been motivated to modify Sjostrom to add HBr, CaBr$_2$, or a known bromide compound to coal upstream of the combustion chamber at the facility to utilize a widely obtainable and relatively cheap form of bromine.

1089. The language of this claim element includes elements that are similar to those in claim 13. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 14.   Claim 17: "The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber."

1090. Sjostrom discloses the combustion chamber is an electric utility coal combustion chamber. Sjostrom discloses that testing was performed at "Sunflower Electric Holcomb Station PRB Coal SDA/FF," an electric utility.

### 15.   Claim 18: "The method of claim 1, further comprising: measuring mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas."

1091. The language of this claim element includes elements that are similar to those in claim 8. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 16.  Claim 19: "The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent."

1092. The language of this claim element includes elements that are similar to those in claim 5. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 17.  Claim 21: "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added Br2, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent."

1093. The language of this claim element includes elements that are similar to those in claim 5. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 18.  Claim 22: "The method of claim 1, wherein the Br2, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."

1094. This limitation is obvious over Sjostrom in view of Eckberg. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen

injection.[1861]  Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process.[1862]



1095. Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[1863]  Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[1864]  A POSITA would have found it obvious that the "Br" of Sjostrom could be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[1865] KNX was a known aqueous solution of a bromide salt additive developed for

---

1861     Ex. 1010 (Sjostrom) at 4.
1862     Ex. 1010 (Sjostrom) at 20
1863     Ex. 1010 (Sjostrom) at 4 (annotations in red).
1864     Ex. 1010 (Sjostrom) at 4 (annotations in red).
1865     Ex. 1010 (Sjostrom) at 23.

enhanced mercury control. A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions.

1096. As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[1866]



1097. Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%)" and "$CaBr_2$ (52 wt%)" into the boiler.[1867] Further, Eckberg explains that the $CaBr_2$ salt is injected at a "Liquid Salt Feed Rate (gpm)."[1868]

1098. A POSITA would have known that the Br injected in Sjostrom would have been in the form of an aqueous bromide salt solution as taught by Eckberg. A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the $Br^-$ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated leaving the boiler as HBr in the vapor

---

[1866]     Ex. 1011 (Eckberg) at 5.
[1867]     Ex. 1011 (Eckberg) at 9.
[1868]     Ex. 1011 (Eckberg) at 9.

phase.  Once the HBr reached the sorbent injection location, it would make contact with the injected sorbent.

### 19.   Claim 23: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a base sorbent with a halogen or halide promoter prior to injection of the sorbent to the mercury-containing gas."

1099.  ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 14 of the '114 patent. ME2C's infringement contentions do not include claim 14 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim.  Therefore, no analysis regarding this element is required.

### 20.   Claim 24: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas."

1100.  ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 13 of the '114 patent. ME2C's infringement contentions do not include claim 13 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

### 21.   Claim 25: "The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator or a scrubber."

1101. This limitation is disclosed by Sjostrom. As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[1869]



The sorbent injection system of Sjostrom is shown upstream of an ESP or FF.[1870] A POSITA would have understood that ESPs and FFs were well-known particulate separators and would be used to collect the mercury-sorbent composition (and thus be downstream of where the mercury-sorbent composition is formed).[1871]

### 22. Claim 26: "The method of claim 25, wherein the particulate separator comprises an electrostatic precipitator, a baghouse, a fabric filter, or a combination thereof."

---

[1869]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[1870]   Ex. 1010 (Sjostrom) at 4.
[1871]   State of the Art, § XII.B.5.a

*Expert Report of Dr. Stephen Niksa*                                    Page 836

1102. Sjostrom discloses this claim. The explanation I provide above for claim 25 applies equally to these claim elements. Sjostrom further discloses the method of claim 25, which is described in the above section.

## C.   INDEPENDENT CLAIM 29

### 1.   Claim 29: Element 29a: "A method of separating mercury from a mercury-containing gas, the method comprising:"

1103. The preamble is disclosed by Sjostrom.  Sjostrom teaches separating mercury from a mercury-containing gas.  The title of Sjostrom is "Full Scale Evaluations of **Mercury Control Technologies** with PRB Coals."[1872]  Specifically, Sjostrom described various mercury control tests conducted at coal-fired power plants.[1873]  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection and halogen addition, as detailed below.[1874]

---

[1872]   Ex. 1010 (Sjostrom) at 1 (emphasis added).
[1873]   Ex. 1010 (Sjostrom) at 12, 18.
[1874]   Ex. 1010 (Sjostrom) at 4.



Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue gas.[1875]  This annotated figure in Sjostrom specifically shows that particulate matter, including the mercury-sorbent composition, would have been separated from the flue gas by the ESP or FF, because a POSITA would have understood that it was well-known to use an ESP or FF to remove such solid materials.[1876]

### 2.   Claim 29: Element 29b: "combusting coal in a combustion chamber, wherein"

1104. The language of this claim element is identical to that of claim 1b. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

---

[1875]    Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.
[1876]    State of the Art,  § XII.B.5.a

### 3. Claim 29: Element 29c: "the coal comprises added Br2, HBr, bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises added Br2, HBr, bromide compound, or a combination thereof, or a combination thereof; and"

1105. The language of this claim element is identical to that of claim 1b. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 4. Claim 29: Element 29d: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon."

1106. The language of this claim element is identical to that of claim 1c. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### D. INDEPENDENT CLAIM 30

### 1. Claim 30: Element 30a: "A method of separating mercury from a mercury-containing gas, the method comprising:"

1107. The language of this claim element is identical to that of claim 29a and contains elements of 1a. Accordingly, the explanation I provide above for those claim elements apply equally to these claim elements.

### 2. Claim 30: Element 30b: "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"

1108.  The language of this claim element is identical to that of the first portion of claim element 29b and contains elements of claim 23. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

### 3.    Claim 30: Element 30c: "the coal comprises added Br2, HBr, bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises added Br2, HBr, bromide compound, or a combination thereof, or a combination thereof"

1109.  The language of this claim element is identical to that of claims 13 and 14, and contains elements of claim 1b. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

### 4.    Claim 30: Element 30d: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon;"

1110.  The language of this claim element is identical to that of claims 1c and 29d. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

### 5.    Claim 30: Element 30e: "separating the sorbent contacted with the mercury from the mercury-containing gas;"

1111.  The language of this claim element is identical to that of claims 1c and 29d. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

### 6.    Claim 30: Element 30f: "measuring the mercury content of the mercury-containing gas; and modifying, in response to

**the measured mercury content of the mercury-containing gas, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."**

1112. The language of this claim element is similar to that of claims 8 and 18. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

## XXXVII.   GROUND S:  OBVIOUSNESS OF THE '517 PATENT OVER SJOSTROM IN VIEW OF OLSON-646

1113. It is my opinion that Sjostrom in view of Olson-646 render obvious each of claims 1-11, 13-15, 17-19, 21-26, 28-30 of the '517 Patent.

### A.   INDEPENDENT CLAIM 1

#### 1.   Claim 1: Element 1a: "A method for reducing mercury in a mercury-containing gas, the method comprising:"

1114. The preamble is disclosed by Sjostrom.  Sjostrom is a presentation titled "Full Scale Evaluations of Mercury Control Technologies with PRB Coals."[1877] Sjostrom provides an overall process schematic showing the injection of halogens and activated-carbon sorbents for mercury removal in coal-fired flue gas.  Sjostrom

---

[1877]   Ex. 1010 (Sjostrom) at 1.

*Expert Report of Dr. Stephen Niksa*                                   Page 841

quantifies mercury separation from a mercury-containing gas in the form of charts showing "Hg Removal (%)"[1878] and "Hg Removal Efficiency (%)".[1879]

1115.   Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas.   For example, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1880]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[1881]

---

[1878]        Ex. 1010 (Sjostrom) at 8, 15-17.

[1879]        Ex. 1010 (Sjostrom) at 20-21.

[1880]        Ex. 1010 (Sjostrom) at 16.

[1881]        Ex. 1010 (Sjostrom) at 20.



### 2. Claim 1: Element 1b: "combusting coal in a combustion chamber, the coal comprising an additive comprising Br2, HBr, a bromide compound, or a combination thereof, to form the mercury-containing gas; and"

1116. Sjostrom, either alone or in combination with Olson-646, anticipates or renders this limitation obvious. As discussed regarding claim element 1b, in Ground R above, claim 1b is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1117. In addition, Olson-646 teaches using halogens to remove mercury from coal-fired plants.  Olson-646 is entitled "Sorbents for the Oxidation and Removal of Mercury."  Olson-646 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions."[1882] Olson-646 teaches using gaseous HBr or Br2

---

[1882]      Ex. 1014 (Olson-646) at ¶ [0043].

to accomplish this.[1883] Olson-646 discloses the reaction of hydrogen bromide with activated carbon occurs at carbene species on "the edge of graphene sheets structures of the carbon."[1884] Olson-646 also discloses a mercury control system 100 wherein activated carbon (from base activated carbon reservoir 110) is reacted with a bromine-containing reagent (from halogen/halide promoter reservoir 130) to form promoted activated carbon, and then injecting the promoted activated carbon into the mercury-containing flue gas stream 15 at injection point 116 resulting in a reduced mercury flue gas 25.[1885]

---

1883    Ex. 1014 (Olson-646) at ¶ [0066].
1884    Ex. 1014 (Olson-646) at ¶ [0054].
1885    Ex. 1014 (Olson-646) at ¶¶ [0056], [0057], [0061], Fig. 3.



**FIG. 3**

1118. Olson-646's disclosed embodiments reduce "mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream, collecting greater than 70 wt-% of the mercury in the flue gas on the sorbent to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[1886]

---

[1886]   Ex. 1014 (Olson-646) at ¶ [0022].

1119. Therefore, a POSITA would have been motivated to combine the teachings of Sjostrom and Olson-646 to utilize HBr and/or $Br_2$ (widely obtainable, affordable forms of bromine), implement known process techniques to reduce mercury in flue gas.

### 3. Claim 1: Element 1c: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon."

1120. Sjostrom discloses this element. As discussed regarding claim element 1c, in Ground R above, claim 1c is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

### B. CLAIMS DEPENDING FROM CLAIM 1

### 1. Claim 2: "The method of claim 1, further comprising injecting an alkaline sorbent into the mercury-containing gas stream."

1121. Sjostrom, either alone or in light of Olson-646, renders this limitation obvious. As discussed regarding claim 2, in Ground R above, claim 2 is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here. Sjostrom discloses injecting sorbent in the mercury-containing gas.[1887]

---

[1887]    Ex. 1010 (Sjostrom) at 4.

1122.  In addition, Olson-646 explains that a "promoted carbon sorbent and/or an optional alkali component is injected into contaminated flue gas stream 15," to remove mercury from flue gas.[1888]   A POSITA would have been motivated to combine the teachings of Sjostrom and Olson-646 to utilize a known, suitable sorbent for mercury removal.

> **2.** **Claim 3: "The method of claim 2, wherein the alkaline sorbent is selected from the group consisting of alkali elements, alkaline earth elements, alkali salts, alkaline earth salts, and combinations thereof."**

1123.  The language of this claim element discusses similar elements as claim 2. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

> **3.** **Claim 4: "The method of claim 1, wherein the activated carbon is chosen from powdered activated carbon, granular activated carbon, carbon black, carbon fiber, aerogel carbon, pyrolysis char, and combinations thereof."**

1124.  This limitation is disclosed by Sjostrom. Sjostrom discloses this element.  As discussed regarding claim 4, in Ground R above, claim 4 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

> **4.** **Claim 5: "The method of claim 1, wherein the sorbent has a composition comprising from about 1 to about 30 grams of the element bromine per 100 grams of activated carbon."**

---

[1888]   Ex. 1014 (Olson-646)  ¶ 61.

1125. As discussed regarding claim element 5 in Ground R above, claim 5 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here. This limitation is obvious over Sjostrom in view of Olson-646.

### 5.   Claim 6: "The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas."

1126. Sjostrom discloses this element.  As discussed regarding claim element 6, in Ground R above, claim 6 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

### 6.   Claim 7: "The method of claim 1, comprising collecting greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent."

1127. The language of this claim element includes elements that are similar to those in claim 6. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 7.   Claim 8: "The method of claim 1, further comprising: measuring mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, an amount of the additive comprising the Br2, HBr, bromide compound, or a combination thereof, added to the coal, or a combination thereof."

1128. Sjostrom discloses this element.  As discussed regarding claim element 8, in Ground R above, claim 8 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

8. **Claim 9: "The method of claim 8, wherein the measuring of the mercury content of the mercury-containing gas is performed substantially continuously."**

1129.  ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 24 of the '225 patent. ME2C's infringement contentions do not include claim 24 of the '225 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim.  Therefore, no analysis regarding this element is required.

9. **Claim 10: "The method of claim 1, further comprising: modifying, in response to a measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas, an amount of the $Br_2$, HBr, bromide compound, or a combination thereof, added to the coal, or a combination thereof."**

1130.  The language of this claim element includes elements that are similar to those in claim 8. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

10. **Claim 11: "The method of claim 1, wherein the coal comprises a subbituminous coal."**

1131. This limitation is disclosed by Sjostrom.  Sjostrom described using coal that included subbituminous coal.[1889]

**11.     Claim 13: "The method of claim 1, wherein the coal comprises the added Br2, HBr, the bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber."**

1132. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Olson-646 under either interpretation.  As discussed regarding claim element 13, in Ground R above, claim 13 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1133. Further, Olson-646 teaches using gaseous HBr or $Br_2$ as a halide promotor.[1890]

1134. A POSITA would have been motivated to modify Sjostrom to add HBr, $CaBr_2$, or a known bromide compound to coal upstream of the combustion chamber to utilize a widely obtainable and relatively cheap form of bromine, as a matter of obvious design choice.

**12.     Claim 14: "The method of claim 1, wherein the combustion chamber comprises the added Br2, HBr, the bromide compound, or a combination thereof."**

---

[1889]    Ex. 1010 (Sjostrom) at 3.
[1890]    Ex. 1014 (Olson-646) ¶ 66.

1135. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Olson-646 under either interpretation. As discussed regarding claim element 14, in Ground R above, claim 14 is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1136. Olson-646 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions, at very short contact times of seconds or less."[1891] Olson-646 teaches embodiments "wherein the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or $Br_2$."[1892]

1137. Olson-646 also discloses a mercury control system 100 wherein activated carbon (from base activated carbon reservoir 110) is reacted with a bromine-containing reagent (from halogen/halide promoter reservoir 130) to form promoted activated carbon, and then injecting the promoted activated carbon into the mercury-containing flue gas stream 15 at injection point 116 resulting in a reduced mercury flue gas 25.[1893]

---

[1891]    Ex. 1014 (Olson-646) at ¶ [0043].
[1892]    Ex. 1014 (Olson-646) at ¶ [0066].
[1893]    Ex. 1014 (Olson-646) at ¶¶ [0056], [0057], [0061], Fig. 3.

*Expert Report of Dr. Stephen Niksa*                                    Page 851



FIG. 3

1138. Olson-646's disclosed embodiments reduce "mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream collecting greater than 70 wt-% of the mercury in the flue gas on the sorbent to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[1894]

1139. As described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., to utilize HBr and/or Br2, which are widely

---

[1894]        Ex. 1014 (Olson-646) at ¶ [0022]

obtainable and affordable forms of bromine, to implement known process techniques to reduce mercury in flue gas) to the system of Sjostrom.

### 13.   Claim 15: "The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion facility, wherein the Br2, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the Br2, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility."

1140.   This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Olson-646 under either interpretation.  As discussed regarding claim element 15, in Ground R above, claim 15 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1141.   Olson-646 teaches using gaseous HBr or $Br_2$ as a halide promotor. *Olson-646* ¶ 66. A POSITA would have been motivated to modify Sjostrom to add HBr, $CaBr_2$, or a known bromide compound to coal upstream of the combustion chamber at the facility to utilize a widely obtainable and relatively cheap form of bromine, as a matter of obvious design choice and efficiency.

1142.   The language of this claim element includes elements that are similar to those in claim 13. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**14.**   **Claim 17: "The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber."**

1143. Sjostrom discloses the combustion chamber is an electric utility coal combustion chamber. Sjostrom discloses that testing was performed at "Sunflower Electric Holcomb Station PRB Coal SDA/FF," an electric utility.

**15.**   **Claim 18: "The method of claim 1, further comprising: measuring mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent comprising activated carbon into the mercury-containing gas."**

1144. The language of this claim element includes elements that are similar to those in claim 8. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**16.**   **Claim 19: "The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent."**

1145. The language of this claim element includes elements that are similar to those in claim 5. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**17.**   **Claim 21: "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added Br2, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent."**

1146. The language of this claim element includes elements that are similar to those in claim 5. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 18. **Claim 22: "The method of claim 1, wherein the Br2, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."**

1147. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Olson-646 under either interpretation.  As discussed regarding claim element 15, in Ground R above, claim 15 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1148. In addition, Olson-646 discloses utilizing HBr or Br2 promoters.[1895]

1149. The language of this claim element includes elements that are similar to those in claim 1b. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 19. **Claim 23: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a base sorbent with a halogen or halide promoter prior to injection of the sorbent to the mercury-containing gas."**

---

[1895]     Ex. 1014 (Olson-646) at ¶ [0066]

1150. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 14 of the '114 patent. ME2C's infringement contentions do not include claim 14 of the '114 patent. ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

20. **Claim 24: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas."**

1151. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 13 of the '114 patent. ME2C's infringement contentions do not include claim 13 of the '114 patent. ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

21. **Claim 25: "The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator or a scrubber."**

1152. Sjostrom discloses this element alone and/or in view of Olson-646. As discussed regarding claim element 25, in Ground R above, claim 25 is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

1153. In addition, Olson-646 further describes injecting sorbent upstream of a particular separator or scrubber. Olson-646 discloses that "[d]ownstream from

*Expert Report of Dr. Stephen Niksa*                                            Page 856

injection point 116 and 119 is provided particulate separator 140.  By way of illustration and not limitation, particulate Separator 140 may comprise one or more fabric filters, one or more electrostatic precipitators (hereinafter "ESP"), or other particulate removal devices as are known in the art."[1896]

### 22.   Claim 26: "The method of claim 25, wherein the particulate separator comprises an electrostatic precipitator, a baghouse, a fabric filter, or a combination thereof."

1154. Sjostrom discloses this claim. The explanation I provide above for claim 25 applies equally to these claim elements. Sjostrom further discloses the method of claim 25, which is described in the above section.

### C.   INDEPENDENT CLAIM 29

### 1.   Claim 29: Element 29a: "A method of separating mercury from a mercury-containing gas, the method comprising:"

1155. Sjostrom discloses this element.  As discussed regarding claim element 29, in Ground R above, claim 29 is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground R applies equally here.

### 2.   Claim 29: Element 29b: "combusting coal in a combustion chamber, wherein"

---

[1896]      Ex. 1014 (Olson-646) at ¶ [0059]

1156. The language of this claim element is identical to that of claim 1b. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**3.      Claim 29: Element 29c: "the coal comprises added Br2, HBr, bromide compound, or a combination  thereof, added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises added Br2, HBr, bromide compound, or a combination thereof, or a combination thereof; and"**

1157. The language of this claim element is identical to that of claim 1b. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**4.      Claim 29: Element 29d: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon."**

1158. The language of this claim element is identical to that of claim 1c. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

**D.      INDEPENDENT CLAIM 30**

**1.      Claim 30: Element 30a: "A method of separating mercury from a mercury-containing gas, the method comprising:"**

1159. The language of this claim element is identical to that of claim 29a and contains elements of 1a. Accordingly, the explanation I provide above for those claim elements apply equally to these claim elements.

**2.** **Claim 30: Element 30b: "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"**

1160.  The language of this claim element is identical to that of the first portion of claim element 29b and contains elements of claim 23. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

**3.** **Claim 30: Element 30c: "the coal comprises added Br2, HBr, bromide compound, or a combination thereof, added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises added Br2, HBr, bromide compound, or a combination thereof, or a combination thereof"**

1161.  The language of this claim element is identical to that of claims 13 and 14, and contains elements of claim 1b. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

**4.** **Claim 30: Element 30d: "collecting mercury in the mercury-containing gas with a sorbent added to the mercury-containing gas, the sorbent comprising activated carbon;"**

1162.  The language of this claim element is identical to that of claims 1c and 29d. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

**5.** **Claim 30: Element 30e: "separating the sorbent contacted with the mercury from the mercury-containing gas;"**

1163.  The language of this claim element is identical to that of claims 1c and 29d. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

> **6.**    **Claim 30: Element 30f: "measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content of the mercury-containing gas, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."**

1164.  The language of this claim element is similar to that of claims 8 and 18. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

## XXXVIII.    GROUND T:  ANTICIPATION OF THE '517 PATENT AND/OR OBVIOUS OVER DOWNS-BOILER

1165.  It is my opinion that Downs-Boiler anticipates each of claims 1-11, 13-15, 17-19, 21-26, 28-30 of the '517 Patent.   In the subsections below, I rely on the disclosure of Downs-Boiler.  The material I rely on was also disclosed and supported by Downs-Boiler-Provisional, so parallel citations to Downs-Boiler-Provisional are also included.

### A.    INDEPENDENT CLAIM 1

> **1.**    **Claim 1: Element 1a: "A method for reducing mercury in a mercury-containing gas, the method comprising:"**

1166.  Downs-Boiler discloses this claim element. Downs-Boiler is a published patent application entitled "Bromine Addition for the Improved Removal

*Expert Report of Dr. Stephen Niksa*                                        Page 860

1315. The language of this claim element is identical to that of claims 1c and 29d. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

**6.    Claim 30: Element 30f: "measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content of the mercury-containing gas, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."**

1316. The language of this claim element is similar to that of claims 8 and 18. Accordingly, the explanation I provide above for those claims applies equally to these claim elements.

**XLII. GROUND X:  OBVIOUSNESS OF THE '430 PATENT OVER SJOSTROM IN VIEW OF ECKBERG**

1317. It is my opinion that Sjostrom in view of Eckberg render obvious each of claims 1-4, 6- 8, 10-25, 28-29 of the '430 Patent.

**A.    INDEPENDENT CLAIM 28**

**1.    Claim 28: Element 28(a):  "A method of separating mercury from a mercury-containing as [sic], the method comprising:"**

1318. The preamble is disclosed by Sjostrom.  Sjostrom teaches separating mercury from a mercury-containing gas.  The title of Sjostrom is "Full Scale Evaluations of *Mercury Control Technologies* with PRB Coals."[2053]  Specifically,

---

[2053]    Ex. 1010 (Sjostrom) at 1 (emphasis added).

*Expert Report of Dr. Stephen Niksa*                              Page 936

Sjostrom described various mercury control tests conducted at coal-fired power plants.[2054]   Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection and halogen addition, as detailed below.[2055]



Sjostrom includes numerous charts detailing the "Hg Removal (%)" and "Hg Removal Efficiency (%)" achieved throughout the testing performed on coal flue gas.[2056]   This annotated figure in Sjostrom specifically shows that particulate matter, including the mercury-sorbent composition, would have been separated from the flue gas by the ESP or FF, because a POSITA would have understood that it was well-known to use an ESP or FF to remove such solid materials.[2057]

---

[2054]       Ex. 1010 (Sjostrom) at 12, 18.
[2055]       Ex. 1010 (Sjostrom) at 4.
[2056]       Ex. 1010 (Sjostrom) at 8, 15-17, 20, and 21.
[2057]       State of the Art,  § XII.B.5.a

**2.**    **Claim 28: Element 28(b):  "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"**

1319. This limitation is disclosed by Sjostrom.  This limitation is also obvious over Sjostrom in view of Eckberg.  As discussed above, Sjostrom described various mercury control tests conducted at coal-fired power plants.[2058]   These plants combustion of coal in a coal-fired boiler (e.g., combustion chamber) as shown in the annotated figure below.[2059]



---

[2058]      Ex. 1010 (Sjostrom) at 12, 18.
[2059]      Ex. 1010 (Sjostrom) at 4 (annotations in red).

A POSITA would have understood that this unit was a boiler based on the image used to represent the unit in the drawing, which was a common and routine way to represent a coal-combustion chamber (boiler). Sjostrom explains that at the time of testing, both of the coal-fired power plants tested combusted PRB (Powder River Basin) coal having a mercury content of "0.04 — 0.1 ppm-dry.[2060] Relying only on existing equipment at these plants, Sjostrom shows that the outlet mercury content of the flue gas was 11.2 μg/dncm.[2061] Thus, Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

1320. To the extent that Sjostrom is found to not explicitly disclose a combustion chamber that is a boiler, Eckberg discloses this limitation. As shown in the figure below, Eckberg explicitly describes combusting coal in a boiler.[2062]

---

[2060]    Ex. 1010 (Sjostrom) at 12, 18.
[2061]    Ex. 1010 (Sjostrom) at 3.
[2062]    Ex. 1011 (Eckberg) at 5.

*Expert Report of Dr. Stephen Niksa*                                        Page 939



The image in Eckberg identified as a "boiler" is substantially similar to the image found in Sjostrom.  Thus, Sjostrom in view of Eckberg discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

     3.    **Claim 28: Elements 28(c)-(e):  "the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, or combination thereof,"**

1321.  This limitation is disclosed by Sjostrom.  This limitation is also obvious over Sjostrom in view of Eckberg.

1322.  This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Eckberg under either interpretation.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection,

halogen injection, and both sorbent and halogen injection.[2063]  Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[2064]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[2065] Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[2066] Location 3 of Sjostrom discloses adding bromine to the mercury sorbent that is injected into the flue gas.[2067]

1323. A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as CaBr2, for Addition Location 1 and Addition

---

[2063]    Ex. 1010 (Sjostrom) at 4.

[2064]    Ex. 1010 (Sjostrom) at 4 (annotations in red).

[2065]    Ex. 1010 (Sjostrom) at 4 (annotations in red).

[2066]    Ex. 1010 (Sjostrom) at 4 (annotations in red).

[2067]    Ex. 1010 (Sjostrom) at 4 (annotations in red).

Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[2068]

KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[2069]  Thus, Sjostrom renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

1324. As discussed above, Addition Location 2 of Sjostrom teaches adding bromine-containing species into the combustion chamber.  [2070] Thus, Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof.  For at least this reason, Sjostrom discloses this limitation under the first, broader interpretation.

1325. A POSITA would have understood the "Br" addition of Sjostrom would also have entered the mercury-containing flue gas.  Specifically, a POSITA would have understood the "Br" added at either Addition Location 1 before the combustion chamber or Addition Location 2 within the combustion chamber would

---

[2068]   Ex. 1010 (Sjostrom) at 23.
[2069]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2070]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

have resulted in "Br" entering the flue gas stream.  A POSITA would have found it obvious that the "Br" of Sjostrom could be an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)" as the bromine-containing ingredient.[2071]  KNX was a known aqueous solution of a bromide salt additives developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br⁻ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated, leaving the boiler as HBr in the vapor phase.  Thus, Sjostrom discloses wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof.

1326. To the extent that Sjostrom does not explicitly identify the bromine-containing species, Eckberg teaches this limitation.  As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[2072]

---

[2071]   Ex. 1010 (Sjostrom) at 23.
[2072]   Ex. 1011 (Eckberg) at 5.



Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%)" and "$CaBr_2$ (52 wt%)" into the boiler.[2073]  A POSITA would have understood that calcium bromide was an example of a "bromide compound," and that a 52 wt% aqueous solution of $CaBr_2$ would have dissociated in water to form a quantity of $Br^-$ ions.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have further understood the bromide ion ($Br^-$) added to the combustion chamber of Eckberg would also have entered the mercury containing flue gas.  As described above in the "Reasons to Combine" section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Eckberg (e.g., the injection of $CaBr_2$) to the combustion chamber of Sjostrom.

---

[2073]    Ex. 1011 (Eckberg) at 9.

*Expert Report of Dr. Stephen Niksa*                                          Page 944

### 4.    Claim 28: Elements 28(f):  "injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;"

1327. This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[2074]



As shown in the above figure, the "Sorbent Injection" occurs downstream from a combustion chamber.  Specifically, Sjostrom described testing performed with activated carbon injection, including injection of "DARCO FGD."[2075]  A POSITA

---

[2074]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2075]    Ex. 1010 (Sjostrom) at 10, 11, 16.

*Expert Report of Dr. Stephen Niksa*                              Page 945

would have understood that DARCO FGD was a well-known type of activated carbon used for mercury capture.[2076]

### 5.    Claim 28: Elements 28(g):  "contacting mercury in the mercury-containing gas with the sorbent; and"

1328. The mercury in the flue gas is adsorbed, and thus contacted, with the sorbent to form a mercury/sorbent composition.  A POSITA would have understood that Norit DARCO FGD and related materials were referred to as a "sorbent" specifically because they adsorbed (and thus contacted) materials in the gas phase. It was a well-known use of activated carbon for adsorbing and thus removing mercury from the flue-gas stream.  Upon adsorption, the mercury and activated carbon in the flue gas would form a mercury/sorbent composition.[2077]  Specifically, a POSITA would have understood that "sorbents" are used in a process called adsorption by which adsorbate (e.g., atoms, ions, or molecules) in a fluid (typically a gas) are bound to the surface of a sorbent, and thus by definition the sorbent is "contacting mercury in the mercury-containing gas," as per claim element 1(c).

1329. In addition, a person of skill in the art would have understood that the scope of a "mercury/sorbent composition" is broad enough to encompass a "mercury/sorbent/bromine" composition, because, for example, independent claim 25 of the '114 Patent recites a "mercury/sorbent composition" and its dependent

---

[2076]        See, e.g., State of the Art, Sections XII.C.3, XII.G.2.
[2077]        See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

claim 30 recites that "the mercury/sorbent composition comprises the element bromine, the sorbent material, and mercury."[2078]   Further, through enhanced reactivity between mercury and activated carbon because of the halogens (bromine), a POSITA would have known that the sorbent/halogen complex would have been referred to as a "promoted" sorbent.

### 6.   Claim 28: Elements 28(h):  "separating the sorbent contacted with the mercury from the mercury-containing gas."

1330. This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom describes passing the flue gas through an electrostatic precipitator (ESP) or fabric filter (FF) after the bromine and sorbent injection.[2079]



This annotated figure in Sjostrom specifically shows that the sorbent composition would have been removed by the ESP or FF.  Further, a POSITA would have

---

[2078]      Ex. 1001 ('114 Patent) at Claims 25, 30.
[2079]      Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                        Page 947

understood that it was well-known that the ESP or FF would have removed solid material, including the mercury/sorbent composition.[2080]  Thus, Sjostrom teaches "separating the mercury/sorbent composition from the mercury-containing gas, to form a cleaned gas."

**B.**   **INDEPENDENT CLAIM 1**

**1.**   **Claim 1:  Preamble—"A method of separating mercury from a mercury-containing gas, the method comprising:"**

1331.  The language of the preamble of claim 1 is identical to the preamble of claims 28 and 29.  Accordingly, the explanation I provide above for the preamble of claim 28 applies equally to the preamble of claim 1.

**2.**   **Claim 1:  Element (1)(b)—"combusting coal in a combustion chamber, to provide the mercury-containing gas,"**

1332.  The language of claim element 1(b) is identical to the first portion of claim element 28(b) [which is identical to claim element 29(b)].  Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(b).

**3.**   **Claim 1:  Element 1(c)—"the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or"**

---

[2080]     State of the Art,  § XII.B.5.a

*Expert Report of Dr. Stephen Niksa*                                     Page 948

1333. The language of claim element 1(c) is identical to the language of claim element 28(c) [which is identical to claim element 29(c)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(c).

**4.      Claim 1:  Element 1(d)—"the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof or**

1334. The language of claim element 1(d) is identical to the language of claim element 28(d) [which is identical to claim element 29(d)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(d).

**5.      Claim 1:  Element 1(e)—"a combination thereof;"**

1335. The language of claim element 1(e) is identical to the language of claim element 28(e) [which is identical to claim element 29(e)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(e).

**6.      Claim 1:  Element 1(f)—"injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;"**

1336. The language of claim element 1(f) is identical to the language of claim element 28(f) [which is identical to the first portion of claim element 29(f)].  Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(b).

*Expert Report of Dr. Stephen Niksa*                                              Page 949

### 7.   Claim 1:  Element 1(g)—"contacting mercury in the mercury-containing gas with the sorbent; and"

1337. The language of claim element 1(g) is identical to the language of claim element 28(g) [which is identical to claim element 29(g)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(g).

### 8.   Claim 1:  Element 1(h)—"separating the sorbent contacted with the mercury from the mercury-containing gas."

1338. The language of claim element 1(h) is identical to the language of claim element 28(h) [which is identical to claim element 29(h)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(h).

## C.   CLAIMS DEPENDING FROM CLAIM 1

### 1.   Claim 2:  "The method of claim 1, wherein the coal comprises the additive comprising the Br2, HBr, the bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber.

1339. This limitation is disclosed by Sjostrom.  This limitation is also obvious over Sjostrom in view of Eckberg.

1340. This limitation is disclosed by Sjostrom, and obvious over Sjostrom in view of Eckberg under either interpretation.  Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection,

halogen injection, and both sorbent and halogen injection.[2081]   Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process."[2082]



Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[2083] Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[2084] Location 3 of Sjostrom discloses adding bromine to the mercury sorbent that is injected into the flue gas.[2085]

1341. A POSITA would have found it obvious that the "Br" of Sjostrom would be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as CaBr2, for Addition Location 1 and Addition

---

[2081]   Ex. 1010 (Sjostrom) at 4.
[2082]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2083]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2084]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2085]   Ex. 1010 (Sjostrom) at 4 (annotations in red).

Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[2086]

KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions. As discussed above, Addition Location 1 of Sjostrom renders obvious adding bromine-containing species upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[2087]  Thus, Sjostrom renders obvious wherein the coal comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, added to the coal upstream of the combustion chamber.

1342. As discussed above, Addition Location 2 of Sjostrom teaches adding bromine-containing species into the combustion chamber.  [2088] Thus, Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, $Br^-$, or a combination thereof, or a combination thereof.  For at least this reason, Sjostrom discloses this limitation under the first, broader interpretation.

1343. A POSITA would have understood the "Br" addition of Sjostrom would also have entered the mercury-containing flue gas.  Specifically, a POSITA would have understood the "Br" added at either Addition Location 1 before the combustion chamber or Addition Location 2 within the combustion chamber would

---

[2086]     Ex. 1010 (Sjostrom) at 23.
[2087]     Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2088]     Ex. 1010 (Sjostrom) at 4 (annotations in red).

have resulted in "Br" entering the flue gas stream.  A POSITA would have found it obvious that the "Br" of Sjostrom could be an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)" as the bromine-containing ingredient.[2089]  KNX was a known aqueous solution of a bromide salt additives developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form Br ions.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br⁻ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated, leaving the boiler as HBr in the vapor phase.  Thus, Sjostrom discloses wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br, or a combination thereof.

1344. To the extent that Sjostrom does not explicitly identify the bromine-containing species, Eckberg teaches this limitation.  As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[2090]

---

[2089]     Ex. 1010 (Sjostrom) at 23.
[2090]     Ex. 1011 (Eckberg) at 5.



Specifically, Eckberg teaches injection of "CaCl$_2$ (25 wt%)" and "CaBr$_2$ (52 wt%)" into the boiler.[2091]  A POSITA would have understood that calcium bromide was an example of a "bromide compound," and that a 52 wt% aqueous solution of CaBr$_2$ would have dissociated in water to form a quantity of Br$^-$ ions.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as CaBr$_2$, would dissociate to form Br ions.  A POSITA would have further understood the bromide ion (Br$^-$) added to the combustion chamber of Eckberg would also have entered the mercury containing flue gas.  As described above in the "Reasons to Combine" section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Eckberg (e.g., the injection of CaBr$_2$) to the combustion chamber of Sjostrom.

---

[2091]    Ex. 1011 (Eckberg) at 9.

### 2. Claim 3: "The method of claim 1, wherein the combustion chamber comprises the additive comprising the Br2, HBr, the bromide compound, or a combination thereof."

1345. This limitation is disclosed by Sjostrom. As discussed above for claim element 1(b), Sjostrom discloses wherein the combustion chamber comprises added $Br_2$, HBr, Br–, or a combination thereof. A POSITA would have understood that bromine-containing species was a known halogen or halide promoter. [2092]Thus, Sjostrom discloses wherein the combustion chamber comprises the additive comprising the Br2, HBr, the bromide compound, or a combination thereof.

### 3. Claim 4: "The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion facility, wherein the additive comprising the Br2, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the additive comprising the Br2, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility."

1346. The language in claim 4 is comparable to the language in claim element 28(c). Accordingly, the explanation I provide above for that claim element applies equally to claim 4.

### 4. Claim 6: "The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber."

---

[2092]    *See, e.g.,* State of the Art, Sections XII.C.3, XII.G.2.

1347. Sjostrom discloses the combustion chamber is an electric utility coal combustion chamber. Sjostrom discloses that testing was performed at "Sunflower Electric Holcomb Station PRB Coal SDA/FF," an electric utility.[2093]

### 5.    Claim 7:  "The method of claim 1, wherein the combustion chamber is a coal combustion furnace."

1348. Sjostrom discloses this claim element.  The explanation I provide above for claims 4 and 6 are equally applicable to claim 7.

1349. Sjostrom discloses the combustion chamber is a coal combustion furnace at Addition Location 2.[2094]



### 6.    Claim 8:  "The method of claim 1, wherein the coal comprises a subbituminous coal."

1350. This limitation is disclosed by Sjostrom.  Sjostrom described using coal that included subbituminous coal.[2095]

---

[2093]    Ex. 1010 (Sjostrom) at 1.
[2094]    Ex. 1010 (Sjostrom) at 1, 4.
[2095]  Ex. 1010 (Sjostrom) at 3.

*Expert Report of Dr. Stephen Niksa*                                    Page 956

### 7. Claim 10: "The method of claim 1, further comprising measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content of the mercury-containing gas, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."

1351. This limitation is disclosed by Sjostrom.  As shown in the annotated figure below, Sjostrom describes passing the treated flue gas through a stack with an attached Hg CEM (continuous emissions monitor) attached.[2096]



Further, Sjostrom discusses taking Hg measurements at both the inlet and outlet of the ESP as shown below.[2097]

---

[2096]    Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2097]    Ex. 1010 (Sjostrom) at 19.



Sjostrom includes the chart showing the Hg emissions as measured at the inlet and outlet of the ESP.[2098]



1352. As shown in the figure below, and similar to Sjostrom, Eckberg also describes testing the mercury removal effects of halogen injection directly into a coal-fired boiler.[2099]

---

[2098]      Ex. 1010 (Sjostrom) at 22.

[2099]      Ex. 1011 (Eckberg) at 5.



1353. Sjostrom includes numerous charts of measured mercury removals for various injection rates of activated-carbon sorbents. For example, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[2100]



Similarly, the below chart shows the effects of activated carbon injection rates for testing using the system of Sjostrom.[2101]



1354. The fact that there is a graph that has datapoints for different sorbent injection rates (the independent variable) and associated Hg removal percentages (the dependent variable) means that a POSITA would have understood that there is a relationship between the Hg removal % and the sorbent injection rate. Given that, and a target Hg removal rate, a POSITA would have understood that the sorbent injection rate would be adjusted to result in a target removal %.

1355. As discussed previously, a POSITA would have known that activated carbon was expensive, especially relative to costs of components such as "Br" in the form of HBr or an aqueous bromide salt solution. Thus, a POSITA would have been motivated to maintain the sorbent injection rate at the minimum level necessary to reach the desired level of mercury emissions. A POSITA viewing the charts of

---

[2101]   Ex. 1010 (Sjostrom) at 20.

*Expert Report of Dr. Stephen Niksa*                                    Page 960

Sjostrom showing mercury removal versus sorbent injection rate would have been motivated to use the charts to control the sorbent injection rate at a level that minimized costs while reaching mercury removal targets.  Thus, Sjostrom discloses modifying, in response to the measured mercury content, an injection rate of the sorbent into the mercury-containing gas, the amount of additive in the mixture, or a combination thereof.

1356. The below figure from Sjostrom shows that the testing focused on a "Proposed Limit.[2102]



Thus, Sjostrom teaches maintaining the mercury content of the cleaned gas "at or below a desired level" (e.g., the 'Proposed Limit.").  A POSITA would have been motivated to control the activated carbon injection rate to reach this desired level while minimizing the amount of activated carbon injected.  A POSITA would have understood that injecting too much activated carbon

---

[2102]    Ex. 1010 (Sjostrom) at 22.

would have increased the costs of the mercury removal process and injecting too little activated carbon may lead to mercury emissions rising above actionable levels.

1357. Eckberg also suggest further testing to balance the amount of additive injection to limit effects such as boiler corrosion and air heater plugging.[2103]

1358.

### 8. Claim 11: "The method of claim 10, wherein the measuring of the mercury content comprises continuous measurement."

1359. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 24 of the '225 patent. ME2C's infringement contentions do not include claim 24 of the '225 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim.  Therefore, no analysis regarding this element is required.

### 9. Claim 12: "The method of claim 1, further comprising: modifying, in response to a measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."

---

[2103] Ex. 1011 (Eckberg) at 16.

*Expert Report of Dr. Stephen Niksa*                                Page 962

1360. The language of claim 12 is substantially identical to the language of claim 10.  Accordingly, the explanation I provide above for claim 10 applies equally to claim 12.

### 10.   Claim 13: "The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent."

1361. This limitation is obvious over Sjostrom in view of Eckberg.  Claim 13 is merely an attempt to claim the optimum or workable range for a process of combining a particular conventional halogen (bromine) being used in a conventional way (halogens are inherent to coal, and both oxidize mercury and promote activated carbon) with a conventional sorbent (activated carbon).  Nothing about the particular range of 1 g to about 30 g of the halide promoter per 100 g of the sorbent would lead to an unexpected result from what was already known to one of skill in the art.

1362. As described in the State of the Art,[2104] it was known that the saturation limit of activated carbon for bromine (i.e., how much bromine the activated carbon can actually adsorb at equilibrium), was up to 31 to 38 grams per 100 grams of activated carbon.  Given the residence times in flue gas, and other inefficiencies, a person of ordinary skill in the art would have understood that the actual bromine loaded onto activated carbon would have been less than the saturation limit.

---

[2104]     State of the Art,  § XII.C.3.

*Expert Report of Dr. Stephen Niksa*                                    Page 963

1363. A person of ordinary skill in the art would have recognized that there would be sufficient bromine in the flue gas, according to Sjostrom's processes, to provide a ratio of between 1 g to 30 g of bromine per 100 g of activated carbon.  For example, Sjostrom teaches mercury-removal results similar to Eckberg, using an injection rate of 1 lb/MMacf activated carbon (FGD) at 290 °F in connection with an unspecified quantity of KNX (bromine)[2105]  Eckberg discloses a bromine concentration in the flue gas for a nearly identical system was 48 ppm or 50 ppm that results in "81% overall removal" of mercury.[2106]  A person of ordinary skill in the art would have been motivated to take advantage of the saturation limits of activated carbon, and seek to load the activated carbon with up to nearly its saturation limit, because it was known in the art that halides "improve[d] Hg capture both by conversion of the $Hg^0$ to the more easily removed $Hg^{2+}$ forms and by enhancing the reactivity of $Hg^0$ with activated carbons."[2107]

1364. Through routine process optimization and routine experimentation, a person of ordinary skill in the art would have adjusted the bromine injection rate and/or activated carbon injection rate to achieve an additive on the activated-carbon sorbent from about 1 g to about 30 g.

---

[2105]      Ex. 1010 (Sjostrom) at 16.
[2106]      Ex. 1011 (Eckberg) at 9, 14.
[2107]      Ex. 1062 (Crocker) at 2-3.

## 11.    Claim 14: "The method of claim 1, wherein the sorbent contacted with the mercury comprises the element bromine and mercury."

1365. This limitation is disclosed by Sjostrom.  For instance, Sjostrom discloses adding "Br" to the combustion chamber at Addition Location 2, before the combustion chamber at Addition Location 1, or at the sorbent injection device at Addition Location 3, where the sorbent comprises Br and PAC, as annotated below:[2108]



## 12.    Claim 15: "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

1366. This limitation is disclosed by Sjostrom.  Sjostrom includes numerous charts showing greater than 70 % removal of mercury from the flue gas.  For

---

[2108]    Ex. 1010 (Sjostrom) at 4.

example, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[2109]



Similarly, the below chart shows the mercury removal from testing at a plant using the system of Sjostrom.[2110]



**13.    Claim 16: "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent."**

---

[2109]    Ex. 1010 (Sjostrom) at 16.
[2110]    Ex. 1010 (Sjostrom) at 20.

*Expert Report of Dr. Stephen Niksa*                                     Page 966

1367. The language of this claim element is substantially similar to that of claim 15. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 14.    Claim 17: "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added Br2, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent."

1368. The language of this claim element is substantially similar to that of claim 13. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

### 15.    Claim 18: "The method of claim 1, wherein the Br2, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."

1369. This limitation is obvious over Sjostrom in view of Eckberg. Sjostrom described testing mercury removal from flue gas of coal-fired power plants involving sorbent injection, halogen injection, and both sorbent and halogen injection.[2111]  Specifically, the annotated figure below shows that Sjostrom teaches injection of bromine in at least three locations throughout the coal power process.[2112]

---

[2111]      Ex. 1010 (Sjostrom) at 4.
[2112]      Ex. 1010 (Sjostrom) at 20



1370. Addition Location 1 of Sjostrom renders obvious injecting bromine upstream of the combustion chamber, such as by adding it to the coal entering the boiler.[2113]   Addition Location 2 of Sjostrom discloses injecting bromine into the boiler.[2114]   A POSITA would have found it obvious that the "Br" of Sjostrom could be a widely available bromine-containing material, such as HBr or an aqueous solution of a bromide salt, such as $CaBr_2$, for Addition Location 1 and Addition Location 2.  Further, Sjostrom teaches the addition of "KNX (Alstom Power)."[2115] KNX was a known aqueous solution of a bromide salt additive developed for enhanced mercury control.  A POSITA would have found it obvious that an aqueous bromide salt solution, such as $CaBr_2$, would dissociate to form $Br^-$ ions.

---

[2113]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2114]   Ex. 1010 (Sjostrom) at 4 (annotations in red).
[2115]   Ex. 1010 (Sjostrom) at 23.

1371. As shown in the figure below, Eckberg teaches "chemical injection" to the boiler.[2116]



1372. Specifically, Eckberg teaches injection of "$CaCl_2$ (25 wt%)" and "$CaBr_2$ (52 wt%)" into the boiler.[2117]  Further, Eckberg explains that the $CaBr_2$ salt is injected at a "Liquid Salt Feed Rate (gpm)."[2118]

1373. A POSITA would have known that the Br injected in Sjostrom would have been in the form of an aqueous bromide salt solution as taught by Eckberg.  A POSITA would have understood that at combustion temperatures found within the boiler, at least a portion of the Br$^-$ ions injected at either Addition Location 1 or Addition Location 2 would have evaporated leaving the boiler as HBr in the vapor phase.  Once the HBr reached the sorbent injection location, it would make contact with the injected sorbent.

---

[2116]      Ex. 1011 (Eckberg) at 5.
[2117]      Ex. 1011 (Eckberg) at 9.
[2118]      Ex. 1011 (Eckberg) at 9.

### 16.   Claim 19: "The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof."

1374.  This limitation is disclosed by Sjostrom.  Sjostrom repeatedly discusses the use of activated carbon.[2119]  Further, Sjostrom includes test results of "Untreated PAC Injection into ESP" for "PRB and Lignite Coals."[2120]  A POSITA would have known that PAC stood for "powdered activated carbon."  Sjostrom also discusses testing done with the injection of "DARCO FGD" sorbent.[2121]  A POSITA would have known that DARCO FGD was a well-known type of powdered activated-carbon sorbent.[2122]

### 17.   Claim 20: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a sorbent with a halogen or halide promoter prior to the injection of the sorbent into the mercury-containing gas."

1375.  ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 14 of the '114 patent. ME2C's infringement contentions do not include claim 14 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim.  Therefore, no analysis regarding this element is required.

---

[2119]   Ex. 1010 (Sjostrom) at 10, 20, 34.
[2120]   Ex. 1010 (Sjostrom) at 20.
[2121]   Ex. 1010 (Sjostrom) at 15, 16,
[2122]   See, e.g., State of the Art, Sections XII.C.3, XII.G.2.

*Expert Report of Dr. Stephen Niksa*                                          Page 970

18.   **Claim 21: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas."**

1376. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 13 of the '114 patent. ME2C's infringement contentions do not include claim 13 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

19.   **Claim 22: "The method of claim 1, wherein the combustion chamber comprises a boiler."**

1377. This limitation is disclosed by Sjostrom.  As discussed for claim element 28(a), Sjostrom discloses combusting coal in a combustion chamber (e.g., boiler) to form a mercury containing flue gas stream.

20.   **Claim 23:  "The method of claim 1, wherein the mercury-containing gas is a flue gas."**

1378. This limitation is disclosed by Sjostrom.  Sjostrom discloses testing performed on the treatment of mercury-containing gas from a coal-fired power plant. A POSITA would have known that the mercury-containing exhaust gas from coal-fired power plants was commonly referred to as "flue gas."  For example, Sjostrom discloses testing on coal-fired power plants according to the following schematic.[2123]

---

[2123]   Ex. 1010 (Sjostrom) at 4.

*Expert Report of Dr. Stephen Niksa*                               Page 971



Further, Sjostrom expressly includes discussion of sampling and injection of "Flue Gas Flow."[2124]

### 21.  Claim 24:  "The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator, a scrubber, or a combination thereof."

1379. This limitation is disclosed by Sjostrom. As shown in the annotated figure below, Sjostrom described certain tests involving sorbent injection downstream of the boiler.[2125]

---

[2124]     Ex. 1010 (Sjostrom) at 19.
[2125]     Ex. 1010 (Sjostrom) at 4 (annotations in red).

*Expert Report of Dr. Stephen Niksa*                                    Page 972



The sorbent injection system of Sjostrom is shown upstream of an ESP or FF.[2126] A POSITA would have understood that ESPs and FFs were well-known particulate separators and would be used to collect the mercury-sorbent composition (and thus be downstream of where the mercury-sorbent composition is formed).[2127]

### 22. Claim 25: "The method of claim 24, wherein the particulate separator comprises a baghouse, an electrostatic precipitator, a fabric filter, or a combination thereof."

1380. Sjostrom discloses this claim. The explanation I provide above for claim 24 applies equally to these claim elements.

1381. Sjostrom further discloses the method of claim 24, which is described in the above section.

---

[2126]     Ex. 1010 (Sjostrom) at 4.
[2127]     State of the Art, § XII.B.5.a

### D.   INDEPENDENT CLAIM 29

#### 1.   Claim 29: Element 29(a): "A method of separating mercury from a mercury-containing gas, the method comprising:"

1382.  The language of the preamble of claim 29 is identical to the preamble of claims 28 and 1.  Accordingly, the explanation I provide above for the preamble of claim 28 applies equally to the preamble of claim 29.

#### 2.   Claim 29: Element 29(b): "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"

1383.  The language of this claim element is identical to claim element 28(b).  Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

#### 3.   Claim 29: Element 29(c)-(e): "the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, or a combination thereof;"

1384.  The language of this claim element is identical to claim element 28(c)-(e). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

#### 4.   Claim 29: Element 29(f): "injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter

*Expert Report of Dr. Stephen Niksa*                                         Page 974

**in the mercury-containing gas to form a promoted sorbent;"**

1385. The language of this claim element is identical to the first portion of claim element 28(f). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

1386. In addition, the bromine added at Addition Location 1 or Addition Location 2 of Sjostrom would contact the sorbent in the flue gas at or downstream of the sorbent injection point at Addition Location 3.[2128]



1387. At least a quantity of promoted sorbent would have formed as a reaction between the sorbent and halogen upon contact. The reaction would take place at or after the sorbent injection point, at Addition Location 3. It was well-known in the art that halogens (including bromine) "promoted" activated carbon sorbents because

---

[2128] Ex. 1010 (Sjostrom) at 4.

they improved mercury removal by increasing the ability of the activated carbon to bind with the mercury.

### 5.    Claim 29: Element 29(g): "contacting mercury in the mercury-containing gas with the promoted sorbent;"

1388.  The language of this claim element is identical to claim element 28(g). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 6.    Claim 29: Element 29(h): "separating the promoted sorbent contacted with the mercury from the mercury-containing gas;"

1389.  The language of this claim element is identical to claim element 28(h). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 7.    Claim 29: Element 29(i)-(m): "measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."

1390.  The language of this claim element is identical to that of claim 10. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

## XLIII.    GROUND Y:  OBVIOUSNESS OF THE '430 PATENT OVER SJOSTROM IN VIEW OF OLSON-646

1391. It is my opinion that Sjostrom in view of Olson-646 render obvious each of claims 1-4, 6- 8, 10-25, 28-29 of the '430 Patent.

## A.    INDEPENDENT CLAIM 28

### 1.    Claim 28: Element 28(a):  "A method of separating mercury from a mercury-containing as [sic], the method comprising:"

1392. As discussed regarding the preamble of claim 28 (element 28(a)), in Ground X above, the preamble is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 2.    Claim 28: Element 28(b):  "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"

1393. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 3.    Claim 28: Elements 28(c)-(e):  "the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, or a combination thereof,"

1394. As discussed in Ground X above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1395. In addition, this limitation is also obvious over Sjostrom in view of Olson-646. To the extent that Sjostrom does not explicitly identify the specific bromine-containing species used, Olson-646 teaches this limitation. Olson-646 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions, at very short contact times of seconds or less."[2129] Olson-646 teaches embodiments "wherein the halogen/halide promoter is in gaseous or vapor form" that comprises "gaseous HBr or $Br_2$."[2130]

1396. Olson-646 also discloses a mercury control system 100 wherein activated carbon (from base activated carbon reservoir 110) is reacted with a bromine-containing reagent (from halogen/halide promoter reservoir 130) to form promoted activated carbon, and then injecting the promoted activated carbon into the mercury-containing flue gas stream 15 at injection point 116 resulting in a reduced mercury flue gas 25.[2131]

---

[2129]    Ex. 1014 (Olson-646) at ¶ [0043].
[2130]    Ex. 1014 (Olson-646) at ¶ [0066].
[2131]    Ex. 1014 (Olson-646) at ¶¶ [0056], [0057], [0061], Fig. 3.



FIG. 3

1397. Olson-646's disclosed embodiments reduce "mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream collecting greater than 70 wt-% of the mercury in the flue gas on the sorbent to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[2132]

1398. As described above in the Reasons to Combine section, a POSITA would have been motivated, and expected a reasonable chance of success, to apply the teachings of Olson-646 (e.g., to utilize HBr and/or Br2, which are widely

---

[2132]   Ex. 1014 (Olson-646) at ¶ [0022]

*Expert Report of Dr. Stephen Niksa*                                   Page 979

obtainable and affordable forms of bromine, to implement known process techniques to reduce mercury in flue gas) to the system of Sjostrom.

### 4.    Claim 28: Elements 28(f): "injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;"

1399. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1400. In addition, Olson-646 also discloses injecting the promoted activated carbon into the mercury-containing flue gas stream 15 at injection point 116 resulting in a reduced mercury flue gas 25.[2133]

### 5.    Claim 28: Elements 28(g):  "contacting mercury in the mercury-containing gas with the sorbent; and"

1401. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 6.    Claim 28: Elements 28(h):  "separating the sorbent contacted with the mercury from the mercury-containing gas."

1402. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

---

[2133]    Ex. 1014 (Olson-646) at ¶¶ [0056], [0057], [0061], Fig. 3.

### B.    INDEPENDENT CLAIM 1

#### 1.    Claim 1:  Preamble—"A method of separating mercury from a mercury-containing gas, the method comprising:"

1403.  The language of the preamble of claim 1 is identical to the preamble of claims 28 and 29.  Accordingly, the explanation I provide above for the preamble of claim 28 applies equally to the preamble of claim 1.

#### 2.    Claim 1:  Element (1)(b)—"combusting coal in a combustion chamber, to provide the mercury-containing gas,"

1404.  The language of claim element 1(b) is identical to the first portion of claim element 28(b) [which is identical to claim element 29(b)].  Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(b).

#### 3.    Claim 1:  Element 1(c)—"the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or"

1405.  The language of claim element 1(c) is identical to the language of claim element 28(c) [which is identical to claim element 29(c)].  Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(c).

#### 4.    Claim 1:  Element 1(d)—"the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof or

1406. The language of claim element 1(d) is identical to the language of claim element 28(d) [which is identical to claim element 29(d)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(d).

### 5. Claim 1: Element 1(e)—"a combination thereof;"

1407. The language of claim element 1(e) is identical to the language of claim element 28(e) [which is identical to claim element 29(e)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(e).

### 6. Claim 1: Element 1(f)—"injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber;"

1408. The language of claim element 1(f) is identical to the language of claim element 28(f) [which is identical to the first portion of claim element 29(f)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(b).

### 7. Claim 1: Element 1(g)—"contacting mercury in the mercury-containing gas with the sorbent; and"

1409. The language of claim element 1(g) is identical to the language of claim element 28(g) [which is identical to claim element 29(g)]. Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(g).

### 8.   Claim 1:  Element 1(h)—"separating the sorbent contacted with the mercury from the mercury-containing gas."

1410.  The language of claim element 1(h) is identical to the language of claim element 28(h) [which is identical to claim element 29(h)].   Accordingly, the explanation I provide above for those claim elements applies equally to claim element 1(h).

### C.   CLAIMS DEPENDING FROM CLAIM 1

### 1.   Claim 2:  "The method of claim 1, wherein the coal comprises the additive comprising the Br2, HBr, the bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber.

1411. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1412.  In addition, Olson-646 teaches using halogens to remove mercury from coal-fired plants. Olson-646 is entitled "Sorbents for the Oxidation and Removal of Mercury."   Olson- 46 "provides a cost-effective way to capture pollutants by utilizing exceptionally reactive halogen/halide promoted carbon sorbents using a bromide (or other halogen/halide) treatment of the carbon, that capture mercury via mercury-sorbent surface reactions."[2134] Olson-646 teaches using gaseous HBr or Br2

---

[2134]      Ex. 1014 (Olson-646) at ¶ [0043].

to accomplish this.[2135] Olson-646 discloses the reaction of hydrogen bromide with activated carbon occurs at carbene species on "the edge of graphene sheets structures of the carbon."[2136] Olson-646 also discloses a mercury control system 100 wherein activated carbon (from base activated carbon reservoir 110) is reacted with a bromine-containing reagent (from halogen/halide promoter reservoir 130) to form promoted activated carbon, and then injecting the promoted activated carbon into the mercury-containing flue gas stream 15 at injection point 116 resulting in a reduced mercury flue gas 25.[2137]

1413. A POSITA would have been motivated to modify Sjostrom to add HBr, CaBr2, or a known bromide compound to coal upstream of the combustion chamber to utilize a widely obtainable and relatively cheap form of bromine, as a matter of obvious design choice.

    **2.**    **Claim 3: "The method of claim 1, wherein the combustion chamber comprises the additive comprising the Br2, HBr, the bromide compound, or a combination thereof."**

1414. As discussed in Ground X above, this limitation is disclosed by Sjostrom. My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

    **3.**    **Claim 4: "The method of claim 1, wherein the coal is combusted in the combustion chamber at a coal-combustion**

---

[2135]    Ex. 1014 (Olson-646) at ¶ [0066].
[2136]    Ex. 1014 (Olson-646) at ¶ [0054].
[2137]    Ex. 1014 (Olson-646) at ¶¶ [0056], [0057], [0061], Fig. 3.

**facility, wherein the additive comprising the Br2, HBr, bromide compound, or combination thereof, is added to the coal before the coal enters the combustion chamber, wherein the addition of the additive comprising the Br2, HBr, bromide compound, or combination thereof, to the coal is performed at the coal-combustion facility."**

1415. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1416. The language in claim 4 is comparable to the language in claim element 28(c).  Accordingly, the explanation I provide above for that claim element applies equally to claim 4.

### 4.  Claim 6:  "The method of claim 1, wherein the combustion chamber is an electric utility coal combustion chamber."

1417. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 5.  Claim 7:  "The method of claim 1, wherein the combustion chamber is a coal combustion furnace."

1418. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1419. The explanation I provide above for claims 4 and 6 are equally applicable to claim 7.

**6.**   **Claim 8:  "The method of claim 1, wherein the coal comprises a subbituminous coal."**

1420. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

**7.**   **Claim 10: "The method of claim 1, further comprising measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content of the mercury-containing gas, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the $Br_2$, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."**

1421. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1422. In addition, Olson-646 also explains that "[t]he reduced mercury 'clean' flue gas stream 142 is then monitored for mercury content by an optional CEM [continuous emissions monitor] 205, which provides corresponding signals to an optional computer/controller 206 . . . to maintain the mercury concentration in exhaust stream 35 within desired limits, according to control algorithms well known in the art."[2138]

---

[2138]    Ex. 1014 (Olson-646) at ¶ [0061], Fig. 3.

1423. To the extent this limitation is not disclosed in Sjostrom, it would have been obvious to a POSITA to adjust the sorbent-injection rate in response to the monitored mercury content in order to satisfy a specific target Hg removal percentage. Because of the expense associated with activated carbon sorbents, especially relative to costs of cheaper components such as "Br," a POSITA would have been motivated to use the charts of Sjostrom as a guide to adjust the sorbent injection rate to minimize costs while reaching desired mercury removal levels. Also, a POSITA would have been motivated to remove at least the amount of mercury necessary to stay within the "Proposed Limit" while minimizing the amount of activated carbon injected to comply with Sjostrom's proven method.

8. **Claim 11: "The method of claim 10, wherein the measuring of the mercury content comprises continuous measurement."**

1424. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 24 of the '225 patent. ME2C's infringement contentions do not include claim 24 of the '225 patent. ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

9. **Claim 12: "The method of claim 1, further comprising: modifying, in response to a measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."**

1425. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1426. The language of claim 12 is substantially identical to the language of claim 10.  Accordingly, the explanation I provide above for claim 10 applies equally to claim 12.

### 10. <u>Claim 13: "The method of claim 1, wherein the mercury-containing gas comprises about 1 g to about 30 g of the element bromine per 100 g of the sorbent."</u>

1427. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1428. In addition, Olson-646 includes repeated discussion of this ratio of the halogen or halide promoter to the sorbent material in the mercury-containing gas. For example, Olson-646 discloses that in certain embodiments "the sorbent comprises from about 1 to about 30 grams promoter per 100 grams of base activated carbon."[2139]

1429. A person of skill in the art would have looked to the Olson-646 reference to further understand the relationship between the halogen and activated carbon disclosed by Sjostrom.  Specifically, a POSITA would have understood that

---

[2139]     Ex. 1014 (Olson-646) at ¶ [0014]; *see also* ¶ [0018] and Claims 3, 17.

the activated-carbon sorbent of Sjostrom would have "comprise[d] from about 1 to about 30 grams promoter per 100 grams of base activated carbon" after the activated-carbon sorbent made contact with the "Br" promoter.  To the extent that Sjostrom does not explicitly state that the sorbent includes this ratio of promoter:activated carbon, Olson-646 provides this explanation.  Therefore, a POSITA would have been motivated to combine the teachings of Sjostrom, Olson-646, and knowledge in the art to use 1 g - 30 g of halogen or halide promoter per 100 g of sorbent to optimize the use of promoter and mercury removal.

### 11.  Claim 14: "The method of claim 1, wherein the sorbent contacted with the mercury comprises the element bromine and mercury."

1430. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 12.  Claim 15: "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas."

1431. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1432. In addition, claims 2 and 3 are also obvious over Sjostrom in view of Olson-646.  For example, Olson-646 explains that "a method is provided for

reducing mercury in flue gas comprising providing a sorbent, injecting the sorbent into a mercury-containing flue gas stream, collecting ***greater than 70 wt-% of the mercury in the flue gas on the sorbent*** to produce a cleaned flue gas, and substantially recovering the sorbent from the cleaned flue gas."[2140]   Claim 30 of Olson-646 also discloses "comprising removing greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent."[2141]

1433. A person of skill in the art would have looked to the Olson-646 reference to further understand the mechanisms for the mercury-removal disclosed by Sjostrom.  Specifically, a POSITA would have understood that the activated carbon of Sjostrom removed "greater than 70 wt % of the mercury in the mercury-containing gas on the sorbent," as discussed in Ground I above.  To the extent that Sjostrom does not explicitly state that the mercury is removed "on the sorbent," Olson-646 provides this explanation.  A POSITA would have understood that by using the particular bromine-containing species disclosed in Olson ("HBr or $Br_2$") as the source of "Br" disclosed in Sjostrom, then "greater than 70 wt % of the mercury in the mercury-containing gas" would have been removed "on the sorbent," as confirmed by Olson-646.

---

[2140]   Ex. 1014 (Olson-646) at ¶ [0022] (emphasis added).
[2141]   Ex. 1014 (Olson-646) at Claim 30 (emphasis added).

13. **Claim 16: "The method of claim 1, comprising removing greater than 70 wt % of the mercury in the mercury-containing gas with the sorbent."**

1434. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1435. In addition, the language of this claim element is substantially similar to that of claim 15. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

14. **Claim 17: "The method of claim 1, wherein the sorbent in the mercury-containing gas comprises about 1 g to about 30 g of the added Br2, HBr, the bromide compound, or a combination thereof, per 100 g of the sorbent."**

1436. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1437. In addition, the language of this claim element contains concepts substantially similar to that of claim 13. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

15. **Claim 18: "The method of claim 1, wherein the Br2, HBr, or the bromide compound is contacted with the sorbent in vapor form, gaseous form, liquid form, or in an organic solvent."**

1438. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1439. To the extent Sjostrom fails to explicitly disclose that the "Br" is added as HBr or Br2, a POSITA would have been motivated to look to Olson-646 for this information. Olson-646 discloses utilizing a gaseous HBR or Br2 promoter.[2142]

### 16.  **Claim 19: "The method of claim 1, wherein the activated carbon comprises powdered activated carbon, granular activated carbon, or a combination thereof."**

1440. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 17.  **Claim 20: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is a sorbent obtained by contacting a sorbent with a halogen or halide promoter prior to the injection of the sorbent into the mercury-containing gas."**

1441. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 14 of the '114 patent. ME2C's infringement contentions do not include claim 14 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim.  Therefore, no analysis regarding this element is required.

---

[2142]    Ex. 1014 (Olson-646) at ¶ [0066].

*Expert Report of Dr. Stephen Niksa*                                        Page 992

18. **Claim 21: "The method of claim 1, wherein the sorbent injected into the mercury-containing gas is free of contact with a halogen or halide promoter prior to injection of the sorbent into the mercury-containing gas."**

1442. ME2C did not provide infringement contentions for this claim. ME2C's infringement contentions cross reference claim 13 of the '114 patent. ME2C's infringement contentions do not include claim 13 of the '114 patent.  ME2C's final contentions hew to this position, and thus ME2C is apparently not asserting this claim. Therefore, no analysis regarding this element is required.

19. **Claim 22: "The method of claim 1, wherein the combustion chamber comprises a boiler."**

1443. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

20. **Claim 23:  "The method of claim 1, wherein the mercury-containing gas is a flue gas."**

1444. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

21. **Claim 24:  "The method of claim 1, wherein the injection of the sorbent into the mercury-containing gas occurs upstream of a particulate separator, a scrubber, or a combination thereof."**

1445. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

1446. In addition, Olson-646 further describes injecting sorbent upstream of a particular separator or scrubber. Olson-646 discloses that "[d]ownstream from injection point 116 and 119 is provided particulate separator 140. By way of illustration and not limitation, particulate Separator 140 may comprise one or more fabric filters, one or more electrostatic precipitators (hereinafter "ESP"), or other particulate removal devices as are known in the art."[2143]

22. **Claim 25:  "The method of claim 24, wherein the particulate separator comprises a baghouse, an electrostatic precipitator, a fabric filter, or a combination thereof."**

1447. As discussed in Ground X above, this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here. Sjostrom discloses this claim.

1448.  In addition, the explanation I provide above for claim 24 applies equally to these claim elements.

D. **INDEPENDENT CLAIM 29**

1. **Claim 29: Element 29(a): "A method of separating mercury from a mercury-containing gas, the method comprising:"**

---

[2143]   Ex. 1014 (Olson-646) at ¶ [0059].

1449.  The language of the preamble of claim 29 is identical to the preamble of claims 28 and 1.  Accordingly, the explanation I provide above for the preamble of claim 28 applies equally to the preamble of claim 29.

### 2.     Claim 29: Element 29(b): "combusting coal in a combustion chamber, to provide the mercury-containing gas, wherein the mercury-containing gas comprises a halogen or halide promoter comprising HBr, Br−, or a combination thereof, wherein"

1450.  The language of this claim element is identical to claim element 28(b). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 3.     Claim 29: Element 29(c)-(e): "the coal comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, wherein the additive is added to the coal before the coal enters the combustion chamber, or the combustion chamber comprises an additive comprising Br2, HBr, a bromide compound, or a combination thereof, or a combination thereof;"

1451.  The language of this claim element is identical to claim element 28(c)-(e). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 4.     Claim 29: Element 29(f): "injecting a sorbent comprising activated carbon into the mercury-containing gas downstream of the combustion chamber such that the activated carbon reacts with the halogen or halide promoter in the mercury-containing gas to form a promoted sorbent;"

1452. The language of this claim element is identical to the first portion of claim element 28(f). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

1453. In addition, as discussed in Ground X above, the remainder of this limitation is disclosed by Sjostrom.  My analysis with regards to the disclosure of Sjostrom regarding this element for Ground X applies equally here.

### 5. Claim 29: Element 29(g): "contacting mercury in the mercury-containing gas with the promoted sorbent;"

1454. The language of this claim element is identical to claim element 28(g). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 6. Claim 29: Element 29(h): "separating the promoted sorbent contacted with the mercury from the mercury-containing gas;"

1455. The language of this claim element is identical to claim element 28(h). Accordingly, the explanation I provide above for those claim elements applies equally to this claim element.

### 7. Claim 29: Element 29(i)-(m): "measuring the mercury content of the mercury-containing gas; and modifying, in response to the measured mercury content, an injection rate of injecting the sorbent into the mercury-containing gas, an amount of the Br2, HBr, the bromide compound, or a combination thereof, added to the coal or the combustion chamber, or a combination thereof."

1456. The language of this claim element is identical to that of claim 10. Accordingly, the explanation I provide above for that claim applies equally to these claim elements.

## XLIV.    GROUND Z:  ANTICIPATION AND OBVIOUSNESS OF THE '430 PATENT BY DOWNS-BOILER

1457. It is my opinion that Downs-Boiler anticipates each of claims 1-4, 6- 8, 10-25, 28-29 of the '430 Patent.   In the subsections below, I rely on the disclosure of Downs-Boiler.  The material I rely on was also disclosed and supported by Downs-Boiler-Provisional, so parallel citations to Downs-Boiler-Provisional are also included.

### A.    INDEPENDENT CLAIM 28

#### 1.    Claim 28: Element 28(a):  "A method of separating mercury from a mercury-containing as [sic], the method comprising:"

1458. Downs-Boiler discloses the preamble.   The title of Downs-Boiler is "Bromine Addition for the Improved Removal of Mercury from Flue Gas.[2144] Flue gas is an example of a mercury-containing gas, and "removal of mercury" refers to separating the mercury from a mercury-containing gas.  Downs-Boiler repeatedly characterizes the disclosed process as for removing *(i.e.,* separating) mercury from flue gas (i.e., a mercury-containing gas):

---

[2144]     Ex. 1006 (Downs-Boiler) at Title; Ex. 1007 (Downs-Boiler-Provisional) at Title

## XLIX.     <u>CONCLUSION</u>

Executed on October ___25___, 2022

By: _____

Dr. Stephen Niksa

# Exhibit B

## Fully Redacted

# EXHIBIT C

## FULLY REDACTED