IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 19-1334 (CJB) <br><br> **PUBLIC VERSION** <br><br> **Confidential Version Filed: March 23, 2023** <br> **Public Version Filed: March 31, 2023** |

### DECLARATION OF CATHARINE M. LAWTON IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT AND DAUBERT MOTIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

**DECLARATION OF CATHARINE M. LAWTON IN SUPPORT OF
DEFENDANTS' SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

I, Catharine M. Lawton, declare as follows:

1. I am a Managing Director at Berkeley Research Group, LLC ("BRG"). I have more than 37 years of experience advising clients on a variety of subjects including the general issue of damages, intellectual property infringement damages and related subjects.

2. I have been retained by Gibson Dunn & Crutcher, LLP and Bradley Arant Boult Cummings LLP, counsel to the Defendants in the above-captioned matter. I make this declaration in support of Defendants' Summary Judgment and *Daubert* Motions, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from my first expert report in this case, the "First Expert Report of Catharine M. Lawton," dated December 22, 2022, which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Schedules to the First Expert Report of Catharine M. Lawton, dated December 22, 2022 which I submitted as part of my First Expert Report.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from my second expert report in this case, the "Second Expert Report of Catharine M. Lawton," dated February 7, 2022, which I submitted on behalf of Defendants. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023, at West Bend, Wisconsin.

_____
Catharine M. Lawton

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2023, upon the following in the manner indicated:

James M. Lennon, Esquire                                              *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

Bradley W. Caldwell, Esquire                                          *VIA ELECTRONIC MAIL*
Jason D. Cassady, Esquire
John Austin Curry, Esquire
Justin T. Nemunaitis, Esquire
Adrienne R. Dellinger, Esquire
Daniel R. Pearson, Esquire
CALDWELL CASSADY CURRY PC
2121 North Pearl Street, Suite 1200
Dallas, TX  75201
*Attorneys for Plaintiffs*

/s/ Brian P. Egan

Brian P. Egan (#6227)