# Exhibit 1
# Fully Redacted

# EXHIBIT 2

# FULLY REDACTED

# EXHIBIT 3
# FULLY REDACTED