IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) **PUBLIC VERSION** |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) ) **Confidential Version Filed: March 23, 2023** |
| ARTHUR J. GALLAGHER & CO., et al., | ) **Public Version Filed: March 31, 2023** ) |
| Defendants. | ) |

**DECLARATION OF JEFF GREEN**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIV NO. 1:19-01334-CJB |

## DECLARATION OF JEFF GREEN

I, Jeff Green, hereby declare as follows:

1. I am over 18 years of age and of sound mind and capable of making this declaration. I have personal knowledge of the facts stated within this declaration, which are true and correct.

2. I am the vice president of operations for Combustion Emissions Reduction Technologies, LLC ("CERT LLC"), where I have been employed since 2009. As vice president of operations for CERT LLC, I was in charge of operations of refined coal manufacturing facilities operated by CERT LLC's operations companies. I also am also vice president of operations for the CERT LLC operations companies: CERT Operations, LLC; CERT Operations II, LLC; CERT Operations III, LLC; CERT Operations IV, LLC; CERT Operations V, LLC; and CERT Operations RBC, LLC.

3. I have personal knowledge of the facts stated within this declaration, which are true and correct. When I refer to "refined coal" in this declaration, I mean the fuel manufactured by a refined coal plant operated by a CERT LLC operations company, and specifically, fuel manufactured to meet the technical requirements of 26 U.S.C. § 45 made from a power plant's

feedstock coal which was subsequently sold by a CERT project company (such as Marquis Industrial, LLC) to a power plant.

4. None of CERT Operations II, LLC, CERT Operations IV, LLC, CERT Operations V, LLC, or CERT Operations RBC, LLC ever: (i) sold or offered to sell refined coal to a power plant; (ii) took title to or ownership of the feedstock coal that was used to make refined coal that was sold to a power plant; (iii) took title to or ownership of the refined coal that was sold to a power plant; or (iv) transferred title to or ownership of refined coal that was sold to a power plant.

5. The refined coal plant operated by Defendant CERT Operations RCB, LLC ▓

6. The refined coal plant operated by Defendant CERT Operations II, LLC f▓

7. A refined coal plant operated by Defendant CERT Operations II, LLC for

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████████

8.  The refined coal plant operated by Defendant CERT Operations RCB, LLC ██
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████████

9.  Defendant CERT Operations RCB LLC operated two refined coal plants for
███████████████████████████████████
████████

- CERT Operations II, LLC originally operated what became the ████████████
  ███████████████████████████████
  ███████████████████████████████
  ███████████████████████████████

3

████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████

- CERT Operations LLC operated ██████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████

- Larkwood Energy began selling and supplying refined coal to ████████████

███████████████████████████████████████████████████████

█████████████████████████████████████

10. Defendant Buffington Partners, LLC began selling and supplying refined coal to the ████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████

11. Defendant Senescence Energy Products, LLC began selling refined coal to the ██

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████

12. Rutledge Products, LLC, began selling refined coal to the ████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████

4

██████████████████████████████████

13. Defendant Springhill Resources Holding, LLC began selling refined coal to the ███ ███████████████████████████████████████████████ ███████████████████████████████████████████████

14. The refined coal plant operated by CERT LLC operations company CERT Operations, LLC for ███████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████

15. The refined coal plant operated by CERT LLC operations company CERT Operations, LLC for ███████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████

16. The refined coal plant operated by CERT LLC operations company CERT Operations III, LLC for ███████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ██████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on: March ____, 2023        By: _____
                                        Jeff Green

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)