**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | Civ. No. 1:19-cv-01334-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 10, 2023, copies of *Plaintiffs ME2C's Response to Defendants' Authentication Requests for Admission to Plaintiffs* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL**:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

Joseph Evall
Richard W. Mark
Paul J. Kremer
GIBSON DUNN & CRUTCHER LLP
New York, NY 10166-0193
JEvall@gibsondunn.com
RMark@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
GIBSON DUNN & CRUTCHER LLP
Denver, CO 80202-2642
DGlandorf@gibsondunn.com

Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
Wilmington, DE 19801-1494
kdorsney@morrisjames.com
chitch@morrisjames.com

Jeffrey D. Dyess
Paul M. Sykes
Benn C. Wilson
Ashley M. Robinson
BRADLEY ARANT BOULT CUMMINGS LLP
Birmingham, AL 35203
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com
amrobinson@bradley.com

Jessica L. Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
Washington, D.C. 20036
jzurlo@bradley.com

<div style="display: flex;">

<div>

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1 LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

Dated: April 11, 2023

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636

</div>

<div>

*Attorneys for Defendants*
*Bascobert (A) Holdings, LLC*
*Buffington Partners, LLC*
*CERT Operations II LLC*
*CERT Operations IV LLC*
*CERT Operations RCB LLC*
*CERT Operations V LLC*
*Cottbus Associates, LLC*
*Larkwood Energy, LLC*
*Marquis Industrial Company, LLC*
*Rutledge Products, LLC*
*Senescence Energy Products, LLC*
*Spring Hill Resources, LLC*

Paul J. Lockwood (ID No. 3369)
Jessica R. Kunz (ID No. 5698)
Nicole A. DiSalvo (ID No. 4662)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Wilmington, DE 19899-0636
paul.lockwood@skadden.com
jessica.kunz@skadden.com
nicole.disalvo@skadden.com

Douglas R. Nemec
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
New York, NY 10001-8602
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy*
*Emissions Corp. and MES Inc.*

</div>

</div>

Justin T. Nemunaitis
Texas Bar No. 24065815
Daniel R. Pearson
Texas Bar No. 24070398
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com