# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants to file their Reply Brief in support of Motions for Summary Judgment and to Exclude Expert Witnesses and Testimony (D.I. 527) is hereby extended by one day until April 18, 2023. No other deadlines set forth in the currently operable schedule (D.I. 514) are altered by way of this Stipulation.

Dated: April 13, 2023

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ James M. Lennon* | */s/ Brian P. Egan* |
| James M. Lennon (#4570) | Jack B. Blumenfeld (#1014) |
| Veronica McCarty (#6734) | Brian P. Egan (#6227) |
| 1526 Gilpin Avenue | Anthony D. Raucci (#5948) |
| Wilmington, DE  19806 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| jlennon@devlinlawfirm.com | Wilmington, DE  19899 |
| vmccarty@devlinlawfirm.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs* | began@morrisnichols.com |
| *Midwest Energy Emissions Corp. and MES Inc.* | araucci@morrisnichols.com |

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Bascobert (A) Holdings LLC*
*Buffington Partners LLC*
*CERT Operations II LLC*
*CERT Operations IV LLC*
*CERT Operations RCB LLC*
*CERT Operations V LLC*
*Cottbus Associates LLC*
*Larkwood Energy LLC*
*Marquis Industrial Company, LLC*
*Rutledge Products LLC*
*Senescence Energy Products LLC*
*Springhill Resources LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Nicole A. DiSalvo*

_____
Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

**SO ORDERED** this _____ day of April, 2023.

_____
United States District Court Magistrate Judge

3