IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | CIV. NO. 1:19-01334-CJB |
| v. | |
| ARTHUR J. GALLAGHER & CO., ET AL., | ███████████████████████ |
| Defendants. | **REDACTED - PUBLIC VERSION** |

# DECLARATION OF PHILIP J. O'KEEFE, PE IN SUPPORT OF PLAINTIFFS ME2C'S RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT AND <u>DAUBERT MOTIONS</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., ET AL., <br><br> Defendants. | CIV. NO. 1:19-01334-CJB <br><br><br> **REDACTED - PUBLIC VERSION** |

## DECLARATION OF PHILIP J. O'KEEFE, PE IN SUPPORT OF PLAINTIFFS ME2C'S RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT AND DAUBERT MOTIONS

I, Philip J. O'Keefe, declare as follows:

1. I am a licensed Professional Engineer and a Certified Model Law Engineer with over 40 years of experience, including over 14 years of experience in coal-fired power plant operations. I have a B.S. in Mechanical Engineering from the Illinois Institute of Technology.

2. I have been retained by Caldwell Cassady Curry P.C., counsel to Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs Response in Opposition to Defendants' Summary Judgment and Daubert Motions, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of my first expert report in this case, the "Expert Report of Philip J. O'Keefe, PE Regarding Infringement," dated October 25, 2022, which I submitted on behalf of Plaintiffs. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of my second expert report in this case, the "Rebuttal Expert Report of Philip J. O'Keefe, PE Regarding Patent Validity," dated December 22, 2022, which I submitted on behalf of Plaintiffs. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

5. Attached hereto as **Exhibit C** is a true and correct copy of my third expert report in this case, the "Expert Report of Philip J. O'Keefe, PE in Reply to Defendants' Rebuttal Reports," dated February 6, 2023, which I submitted on behalf of Plaintiffs. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2023 at 3:00pm.

/s/ _____
Philip J. O'Keefe, PE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the within filing were served on counsel of record via electronic mail on April 10, 2023.

/s/ *James M. Lennon*
James M. Lennon