# Exhibits A-C

# Redacted In Their

# Entirety