## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

        Plaintiffs,

    v.

ARTHUR J. GALLAGHER & CO., ET AL.,

        Defendants.

CIV. NO. 1:19-01334-CJB

███████████████████████

**REDACTED - PUBLIC VERSION**

## DECLARATION OF PHILIP GREEN IN SUPPORT OF PLAINTIFFS ME2C'S RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT AND <u>DAUBERT MOTIONS</u>

█████████████████████████

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MIDWEST ENERGY EMISSIONS CORP.
and MES INC.,

              Plaintiffs,

    v.

ARTHUR J. GALLAGHER & CO., ET AL.,

              Defendants.

CIV. NO. 1:19-01334-CJB

██████████████████████

**REDACTED - PUBLIC VERSION**

**DECLARATION OF PHILIP GREEN IN SUPPORT OF PLAINTIFFS ME2C'S**
**RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT AND**
**DAUBERT MOTIONS**

I, Philip Green, declare as follows:

1. I am one of four founding principals in the consulting firm of Archway Research Group LLC (formerly Hoffman Alvary & Company LLC). I have over 20 years of experience in the valuation and licensing of intellectual properties. I obtained my undergraduate degree in history from Rutgers College and received a Master of Business Administration degree with a concentration in accounting from Rutgers Graduate School of Management. I am a Certified Public Accountant ("CPA") licensed to practice by the State of New York. I also am a Certified Management Accountant, earned the Accredited in Business Valuation ("ABV") designation from the American Institute of Certified Public Accountants and am an Accredited Senior Appraiser ("ASA") by the American Society of Appraisers.

2. I have been retained by Caldwell Cassady Curry P.C., counsel to Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs Response in Opposition to Defendants' Summary Judgment and Daubert Motions, filed concurrently herewith. I have

personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.   Attached hereto as **Exhibit A** is a true and correct copy of my first expert report in this case, the "Expert Report of Philip Green, CPA, CMA, ASA," dated October 25, 2022, which I submitted on behalf of Plaintiffs. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

4.   Attached hereto as **Exhibit B** is a true and correct copy of my second expert report in this case, the "Reply Report of Philip Green, CPA, CMA, ASA," dated February 7, 2023, which I submitted on behalf of Plaintiffs. The information therein is a true and correct statement of my opinions and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2023 at Minneapolis, MN.

Philip Green

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that copies of the within filing were served on counsel of record via electronic mail on April 10, 2023.

/s/ *James M. Lennon*
James M. Lennon