# Exhibits A-B

# Redacted In Their

# Entirety