# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | |
| Plaintiffs, | |
| v. | CIV. NO. 1:19-01334-CJB |
| ARTHUR J. GALLAGHER & CO., ET AL., | |
| Defendants. | **REDACTED - PUBLIC VERSION** |

## DECLARATION OF JUSTIN NEMUNAITIS IN SUPPORT OF PLAINTIFFS ME2C'S RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT AND DAUBERT MOTIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) |

## DECLARATION OF JUSTIN NEMUNAITIS

I, Justin T. Nemunaitis, hereby declare as follows:

1. I am an attorney at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas. I am admitted to practice in the State of Texas and am admitted *pro hac vice* in this case. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of William Whitney, dated June 28, 2022.

3. The document attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of Sally Batanian, dated September 1, 2022.

4. The document attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Tom Erickson, dated September 21, 2022.

5. The document attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of Vince Inendino, dated July 15, 2022.

6. The document attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Chris Berkimer, dated July 21, 2022.

7. The document attached as Exhibit 6 is a true and correct copy of excerpts from the deposition of Phillip O'Keefe, dated March 2, 2023.

8. The document attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of Philip Green, dated March 7, 2023.

9. The document attached as Exhibit 8 is a true and correct copy of excerpts from the deposition of Dr. Stephen Niksa, dated February 24, 2023.

10. The document attached as Exhibit 9 is a true and correct copy of U.S. Patent Application No. 12/201,595.

11. The document attached as Exhibit 10 is a true and correct copy of U.S. Patent Application No. 15/295,594.

12. The document attached as Exhibit 11 is a true and correct copy of CERT Defendants' Objections and Responses to Plaintiffs' Third Set of Common Interrogatories (Nos. 19-25), dated September 29, 2022.

13. The document attached as Exhibit 12 is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Third Set of Common Interrogatories (Nos. 19-25), dated September 29, 2022.

14. The document attached as Exhibit 13 is a true and correct copy of MPEP 608.01(p), with highlighting added.

15. The document attached as Exhibit 14 is a true and correct copy of Google Patents Search Results for ("priority to the extent appropriate") OR ("reference to the extent appropriate").

16. The document attached as Exhibit 15 is a true and correct copy of document numbered SB_00002510 – SB_00002511.

17. The document attached as Exhibit 16 is a true and correct copy of document numbered SB_00002503.

18. The document attached as Exhibit 17 is a true and correct copy of document numbered SB_00003711.

19. The document attached as Exhibit 18 is a true and correct copy of document numbered CERT-0011704 – CERT-0011706.

20. The document attached as Exhibit 19 is a true and correct copy of document numbered SB_00041379.

21. The document attached as Exhibit 20 is a true and correct copy of document numbered CERT-0034624 – CERT-0034625.

22. The document attached as Exhibit 21 is a true and correct copy of document numbered CERT-0012026 – CERT-0012044.

23. The document attached as Exhibit 22 is a true and correct copy of document numbered WHELAN-0000805 – WHELAN-0000806.

24. The document attached as Exhibit 23 is a true and correct copy of document numbered ArborFuels_00159329 – ArborFuels_00159393.

25. The document attached as Exhibit 24 is a true and correct copy of excerpts from the deposition of George Kotch, dated July 25, 2022.

26. The document attached as Exhibit 25 is a true and correct copy of excerpts from the deposition of Jeff Green, dated August 31, 2022.

27. The document attached as Exhibit 26 is a true and correct copy of document numbered CERT-0012609.

28. The document attached as Exhibit 27 is a true and correct copy of document numbered Belle_00018066.

29. The document attached as Exhibit 28 is a true and correct copy of document numbered SB_00026045.

30. The document attached as Exhibit 29 is a true and correct copy of ME2C's Responses to Defendants' Second Set of Common Interrogatories (Nos. 9-12), dated May 16, 2022.

31. The document attached as Exhibit 30 is a true and correct copy of ME2C's Responses to Refined Coal LLC Defendants' Fourth Set of Interrogatories (Nos. 14-15), dated September 29, 2022.

32. The document attached as Exhibit 31 is a true and correct copy of document numbered REF-COAL_00020453, which was Exhibit 3 to the deposition of Vince Inendino.

33. The document attached as Exhibit 32 is a true and correct copy of document numbered ArborFuels_0081059 – ArborFuels_0081110.

34. The document attached as Exhibit 33 is a true and correct copy of document numbered REF-COAL_00001898 – COAL_00001934.

35. The document attached as Exhibit 34 is a true and correct copy of Defendants' Responses and Objections to ME2C's First Requests for Admission (Nos. 1-10), dated June 27, 2022.

36. The document attached as Exhibit 35 is a true and correct copy of CERT Defendants' Responses and Objections to ME2C's First Requests for Admission (Nos. 1-10), dated July 7, 2022.

37. The document attached as Exhibit 36 is a true and correct copy of Alistar's Responses and Objections to ME2C's First Requests for Admission (Nos. 1-10), dated July 18, 2022.

38. The document attached as Exhibit 37 is a true and correct copy of excerpts from the deposition of Sally Batanian, dated February 20, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2023.          */s/ Justin T. Nemunaitis*
                                      Justin T. Nemunaitis

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the within filing were served on counsel of record via electronic mail on April 10, 2023.

                                      */s/ James M. Lennon*
                                      James M. Lennon