# *Exhibits 1-8*

# *Redacted In Their*

# *Entirety*