# Exhibits 11-12

# Redacted In Their

# Entirety