*Exhibit 14*

Patents    ("priority to the extent appropriate") OR ("reference to the extent app   1 of 9092

About 9,092 results                                                                 ⬇ Download   Side-by-si
Sort by · Relevance ,  Group by · None ,  Deduplicate by · Publication ,  Results / page · 100 ,

### Checkpoint inhibitor and a whole cell Mycobacterium for use in cancer therapy

WO EP US CN JP KR AU CA ES ~~GB~~ IL MX NZ PL PT RU SG · US11000584B2 · Charles Akle · Immodulon Therapeutics Limited
Priority 2013-12-20 · Filed 2020-03-16 · Granted 2021-05-11 · Published 2021-05-11
An immunomodulator for use in the treatment, reduction, inhibition or control of a neoplastic disease in a patient intended to undergo checkpoint inhibition therapy, simultaneously, separately or sequentially with administration of the immunomodulator. The immunomodulator preferably comprises a …

### Filter cartridges; features and methods of assembly; filter assemblies; and, …
WO EP US CN JP KR AU DE RU ZA · US20180214807A1 · Steven Campbell · Donaldson Company, Inc.
Priority 2012-11-29 · Filed 2018-03-26 · Published 2018-08-02
Filter cartridge arrangements, features thereof and assembly for use therewith, are provided. Selected filter cartridge features are disclosed. Methods of assembly and systems for use are described.

### Air cleaner; replaceable filter cartridges; and, methods
WO EP US CN JP ~~AT AU~~ DE · US9353657B2 · James Scott · Donaldson Company, Inc.
Priority 2002-10-28 · Filed 2014-10-06 · Granted 2016-05-31 · Published 2016-05-31
… . Nos. 13/914,042; 13/195,382; 12/657,279; 11/447,638; 10/691,856; 60/421,882 and 60/453,737 is incorporated herein by reference. A right of **priority, to the extent appropriate**, is claimed to each of Ser. Nos. 13/914,042; 13/195,382; 12/657,279; 11/447,638; 10/691,856; 60/421,882; and, 60/453,737. …

### Indoleamine 2,3-dioxygenase based immunotherapy

WO EP US CN JP AU CA CY DK ES HR HU IL LT NO NZ PL PT SI ZA · US20220202922A1 · Mads Hald Andersen · Io Biotech Aps
Priority 2008-04-17 · Filed 2022-03-17 · Published 2022-06-30
The present invention relates to the field of prophylaxis and therapy of cancer. In particular there is provided a protein Indoleamine 2,3-dioxygenase (IDO) or peptide fragments here of that are capable of eliciting anti-cancer immune responses. Specifically, the invention relates to the use of …

### Filter cartridges; features and methods of assembly; filter assemblies; and, …

WO EP US CN JP KR AU DE RU ZA · US10625191B2 · Steven Campbell · Donaldson Company, Inc.
Priority 2012-11-29 · Filed 2018-03-26 · Granted 2020-04-21 · Published 2020-04-21
Filter cartridge arrangements, features thereof and assembly for use therewith, are provided. Selected filter cartridge features are disclosed. Methods of assembly and systems for use are described.

### Liquid filter assemblies; features; components; and, methods

WO EP US CN BR DE PL · US20190151780A1 · Luca Piva · Donaldson Company, Inc.
Priority 2009-03-31 · Filed 2018-12-21 · Published 2019-05-23
Liquid filter assemblies, features, components and methods are described. In general, a liquid filter cartridge is provided which includes features that help ensure that when the assembly is serviced, the cartridge positioned within the assembly is a proper one, in proper sealing orientation, for …

### System and method for navigating x-ray guided breast biopsy
WO EP US CN JP KR AU · US11364005B2 · Andrew P. Smith · Hologic, Inc.
Priority 2013-10-24 · Filed 2014-10-23 · Granted 2022-06-21 · Published 2022-06-21
A method of performing a procedure on a breast of a patient includes compressing the breast of the patient with a paddle of an imaging system and performing an initial imaging procedure on the breast of the patient. The initial imaging procedure includes imaging the breast with an x-ray source at …

### Air filter assembly; components thereof; and, methods
WO EP US · US9555370B2 · Jordan Flagstad · Donaldson Company, Inc.
Priority 2007-09-07 · Filed 2014-05-19 · Granted 2017-01-31 · Published 2017-01-31
No. 60/967,902 is made to the extent appropriate. The disclosure of U.S. Ser. No. 12/733,499; PCT/US2008/075426; and, U.S. Ser. No. 60/967,902 are incorporated herein by **reference to the extent appropriate**. FIELD OF THE DISCLOSURE The present disclosure concerns air cleaners for use, for example, …

### Filter cartridges; air cleaner assemblies; housings; features; components; and, …
WO EP US CN JP · US20200230541A1 · David J. Burton · Donaldson Company Inc.
Priority 2014-12-27 · Filed 2019-12-10 · Published 2020-07-23
CROSS-REFERENCE TO RELATED APPLICATIONS This application is a Continuation of U.S. application Ser. No. 15/539,600 filed Jun. 23, 2017, which is a National Stage Application of PCT/US2015/000452, filed Dec. 23, 2015, which claims benefit of U.S. Provisional Application No. 62/097,060, filed Dec.


WO EP US CN JP KR AU BR CA *CL CO* DK ES *HR* IL MX P̶E̶ *PH PL PT* RU *SI* · US8816837B2 · Jude Braden · ITCiCo Spain, S.L.
Priority 2012-05-11 • Filed 2012-07-25 • Granted 2014-08-26 • Published 2014-08-26
An in-vehicle information display system including a GPS receiver that determines the location of a vehicle, and a user interface for communicating information received over a wireless communication network. The information received over the wireless communications network is communicated to a …

### Ophthalmic composition containing a polyaphron dispersion

WO EP US CN JP AU BR CA DK ES *HR HU PL PT* RU *SI* · US10154959B1 · Fraser Steele · Drug Delivery Solutions Limited
Priority 2011-03-14 • Filed 2017-03-09 • Granted 2018-12-18 • Published 2018-12-18
An ophthalmic composition includes a polyaphron dispersion.

### Digitiser

WO E̶P̶ US CN GB · US9639217B2 · Victor Zhitomirskiy · Alterix Limited
Priority 2012-02-10 • Filed 2012-10-26 • Granted 2017-05-02 • Published 2017-05-02
A digitiser includes a grid of conductors having excitation conductors and detection conductors. Excitation circuitry applies excitation signals to selected excitation conductors; measurement circuitry obtains measurements from selected detection conductors; and processing circuitry processes …

### Filter cartridges; air cleaner assemblies; housings; features; components; and, …

WO EP US CN JP · US11110382B2 · David J. Burton · Donaldson Company, Inc.
Priority 2014-12-27 • Filed 2019-12-10 • Granted 2021-09-07 • Published 2021-09-07
Air cleaner assemblies, components, features and methods of assembly and use are described. Example air cleaner assemblies are depicted and described in which a main filter cartridge sealing surface is recessed from an open end of a housing body. An access cover of the housing is configured with a …

### Seal arrangement for filter element; filter element assembly; and, methods

WO EP US CN J̶P̶ A̶T̶ ES · US8409316B2 · Benny Kevin Nelson · Donaldson Company, Inc.
Priority 2005-11-09 • Filed 2006-11-08 • Granted 2013-04-02 • Published 2013-04-02
… ., a U.S. national corporation, applicant for the designation of all countries except the US, and Benny Kevin Nelson, Sheldon Anderson, Thomas G. Miller, Ross Norman Anderson, and John Orlin Kirkwold, all citizens of the U.S., applicants for the designation of the US only, and a claim of **priority**, …

### Telecommunications enclosure with fiber management tray

WO E̶P̶ US CN *BR* MX R̶U̶ · US20180284378A1 · Bart Mattie Claessens · CommScope Connectivity Belgium BVBA
Priority 2011-07-11 • Filed 2018-03-19 • Published 2018-10-04
Example telecommunications apparatus (100) include an enclosure (103) having an enclosure base (101) and a enclosure cover (102) that join together at a sealed interface. The enclosure cover (102) is latchable to the enclosure base (101). A splice tray assembly (106) is disposed within the …

### System for providing high microbiological quality cooling water to an …

WO EP US CN JP KR *AP AR* AU BR CA *CL C̶O̶ CR CU CY* DK *DO EA EC ES GE GT HK HR HU* IL JO *LT MA ME* MX *MY NI NZ* PE *PH PL PT RS* RU *SG SI TN UA UY ZA* · US9120689B2 · Fernando Fischmann T. · Crystal Lagoons (Curacao) B.V.
Priority 2011-03-30 • Filed 2013-04-11 • Granted 2015-09-01 • Published 2015-09-01
A method and system for treating water, and using the treated water for the cooling of industrial processes is disclosed. The water is treated and stored in a large container or artificial lagoon, has high clarity and high microbiological quality. A system of the invention generally includes a …

### Air cleaner, components thereof, and methods

WO EP US BR ES · US20180065069A1 · Johan G. Dewit · Donaldson Company, Inc.
Priority 2009-03-31 • Filed 2017-11-10 • Published 2018-03-08
A filter cartridge includes a media pack having first and second opposite flow faces; the media pack comprising flutes extending in a direction between the inlet flow face and the outlet flow face; a frame mounted on the second flow face of the media pack; a seal support section extending from the …

### Device for an optical-fiber connection

WO EP US CN KR A̶T̶ A̶U̶ D̶E̶ DK ES H̶K̶ P̶L̶ *PT* · US20180128985A1 · Eberhard Kahle · Commscope Technologies Llc
Priority 2002-05-03 • Filed 2017-08-14 • Published 2018-05-10
Device for the coaxial connection of fiber-optic cables, comprising a single-piece coupling housing ( 10 ) and a single-piece sleeve mount ( 20 ), the sleeve mount ( 20 ) being designed with at least one latching nose ( 21 ) and the coupling housing ( 10 ) being designed with at least one latching mount …

3/28/23, 4:30 PM
Case 1:19-cv-01334-CJB Document 554-6 Filed 04/18/23 Page 4 of 12 PageID #: 13815
("priority to the extent appropriate") OR ("reference to the extent appropriate") - Google Patents

### Vibration monitoring device for vehicle components



**WO EP US GB** • US10366550B2 • Thomas Lawrie-Fussey • Cambridge Consultants Limited
Priority 2014-01-31 • Filed 2015-02-02 • Granted 2019-07-30 • Published 2019-07-30
A monitoring apparatus provides vehicle telematics data. The monitoring apparatus includes a sensor for sensing vehicle and engine motion induced vibration in part of a vehicle and for generating vibration associated data. The sensor is coupled to part of the vehicle. Engine motion induced …

### Transaction processing method, apparatus and system



**WO** ~~EP~~ **US** ~~BR~~ **CA** *MY NZ SG* • US20200193440A1 • Ian Charles Ogilvy • Ian Charles Ogilvy
Priority 2004-06-25 • Filed 2019-12-02 • Published 2020-06-18
This application is a Continuation of U.S. Ser. No. 15/370,364, filed 6 Dec. 2016, which is a Continuation of U.S. Ser. No. 14/1925,024, filed 28 Oct. 2015, which is a Continuation of U.S. Ser. No. 14/659,899, filed 17 Mar. 2015, which is a Continuation of U.S. Ser. No. 14/014,589, filed 30 Aug.

### Microsurgery system for displaying in real time magnified digital image …



**WO EP US CN ES IL** • US10345582B2 • Ron Schneider • Elbit Systems Ltd.
Priority 2012-09-10 • Filed 2015-03-09 • Granted 2019-07-09 • Published 2019-07-09
A system captures and displays video of surgeries. The system may include at least one digital image sensor optically coupled to one or more lenses and configured to capture a video sequence of a scene in a surgery; at least one interface configured to receive at least one region on interest (ROI) …

### Moveable bend control and patch cord support for telecommunications panel



**WO EP US ES** *ZA* • US9823432B2 • Zoltan ALEXI • Adc Czech Republic, S.R.O.
Priority 2013-03-19 • Filed 2014-03-18 • Granted 2017-11-21 • Published 2017-11-21
A termination field and a guide member are independently pivotally coupled to a base body. The termination field pivots relative to the base body along a path of travel. The guide member is coupled to the base body to provide bend radius protection to cables plugged into the termination field. The …

### Nicotine delivery product and method for producing it

**WO EP US** ~~AT~~ ~~DE~~ **DK** • US9801408B2 • Carsten Andersen • Fertin Pharma A/S
Priority 2003-12-02 • Filed 2014-04-24 • Granted 2017-10-31 • Published 2017-10-31
A nicotine delivery product comprising the reaction product of a nicotine/cation exchange resin complex and an organic polyol; and a method for preparing it comprising (a) mixing an aqueous suspension of a nicotine/cation exchange resin complex with an organic polyol or an aqueous solution thereof …

### Fiber optic connection system



**WO EP US** • US20190025523A1 • Philippe Coenegracht • CommScope Connectivity Belgium BVBA
Priority 2014-03-28 • Filed 2018-06-26 • Published 2019-01-24
The present disclosure relates to a fiber optic connection system that uses a slide clip to provide robust retention of a fiber optic connector within a mating fiber optic adapter. In certain examples, the fiber optic connector may be a hybrid connector that provides both electrical and optical …

### Filter element, dust collector, and methods



**WO EP US CN** • US10946322B2 • Thomas D. Raether • Donaldson Company, Inc.
Priority 2008-04-04 • Filed 2018-11-15 • Granted 2021-03-16 • Published 2021-03-16
A filter element includes a media pack and a gasket member. The gasket member includes first and second gasket regions separated by a channel. The elements are usable in a dust collector having a dirty air inlet, a clean air outlet, and a tube sheet dividing between an unfiltered and a clean air …

### Filter elements; air cleaner; assembly; and, methods



**WO EP US CN JP KR BR** *MX PL* • US10335730B2 • William J. Krisko • Donaldson Company, Inc.
Priority 2004-03-24 • Filed 2017-02-22 • Granted 2019-07-02 • Published 2019-07-02
A filter cartridge, a safety element and fluid cleaner assembly are described. The fluid cleaner assembly generally includes a housing having a cover and a primary fluid cleaner section. The filter cartridge generally comprises z-filter media, arranged in a straight through configuration.

### Fiber optic connector and method of assembling the same



**WO EP US CN ES** • US11002917B2 • Lei Liu • Commscope Telecommunications (Shanghai) Co. Ltd.
Priority 2014-02-14 • Filed 2019-09-20 • Granted 2021-05-11 • Published 2021-05-11
The present invention discloses a fiber optic connector comprises: a ferrule assembly; a spring seat provided behind the ferrule assembly; and a spring provided between the ferrule assembly and the spring seat. The spring seat has a receiving chamber having an insertion port through which a …

### Hybrid propulsion system for a motor vehicle with a double-drum gear control …



**EP US CN** • US8522635B2 • Valter Pastorello • C.R.F. Societa' Consortile Per Azioni
Priority 2010-05-03 • Filed 2010-11-15 • Granted 2013-09-03 • Published 2013-09-03
A hybrid propulsion system for a motor vehicle includes a gearbox having a gear control device and first and second shafts. The gear control device includes a first drum control device associated with the first shaft, a second drum control device associated with the second shaft and an actuation …

### Methods and systems for customizing and embedding widgets in instant messages


WO US • US8413055B2 • Paul Man-Wing Yuen • Vaka Corporation
Priority 2008-04-21 • Filed 2011-06-08 • Granted 2013-04-02 • Published 2013-04-02
An enhanced instant messaging environment is provided where end user can choose from a list of customizable widgets, personalize and embed the widgets within messages in minimal steps. By allowing the embedment of widgets in messages, the environment empowers users with new means for online …

## Fiber optic connector and method of assembling the same



WO EP US CN ES • US10466425B2 • Lei Liu • Commscope Telecommunications (Shanghai) Co., Ltd.
Priority 2014-02-14 • Filed 2018-01-19 • Granted 2019-11-05 • Published 2019-11-05
The present invention discloses a fiber optic connector comprises: a ferrule assembly; a spring seat provided behind the ferrule assembly; and a spring provided between the ferrule assembly and the spring seat. The spring seat has a receiving chamber having an insertion port through which a …

## Fiber optic cassette



WO EP US CN AR AU BR ES IN NZ RU TW ZA • US20170131485A1 • David Patrick Murray • Commscope Technologies Llc
Priority 2012-09-28 • Filed 2016-10-21 • Published 2017-05-11
A fiber optic cassette includes a body defining a front and an opposite rear. A cable entry location is defined on the body for a cable to enter the cassette, wherein a plurality of optical fibers from the cable extend into the cassette and form terminations at non-conventional connectors adjacent …

## System and method for the detection of faults in a multi-variable system …



US AU • US9366451B2 • Ying Guo • Commonwealth Scientific And Industrial Research Organisation
Priority 2010-12-24 • Filed 2011-12-23 • Granted 2016-06-14 • Published 2016-06-14
A method for detecting faulty operation of a multi-variable system is described. The method includes receiving operational data from a plurality of components of the multi-variable system and processing the operational data in accordance with a plurality of dynamic machine learning fault detection …

## Method for increasing the reactivity of lignin



WO EP US CN BR CA CL DE ES FI LT PL PT • US9464219B2 • Suvi Pietarinen • Upm-Kymmene Corporation
Priority 2012-03-29 • Filed 2013-03-28 • Granted 2016-10-11 • Published 2016-10-11
The present invention relates to a method for increasing the reactivity of lignin, wherein the method comprises the following steps: a) forming, under heating at a temperature of 30-70° C., an aqueous dispersion comprising alkali and lignin, wherein the alkali comprises a hydroxide of an alkali …

## Fiber optic cassette



WO EP US CN AR AU BR ES IN NZ RU TW ZA • US10739534B2 • David P. Murray • Commscope Technologies Llc
Priority 2012-09-28 • Filed 2019-05-20 • Granted 2020-08-11 • Published 2020-08-11
A fiber optic cassette includes a body defining a front and an opposite rear. A cable entry location is defined on the body for a cable to enter the cassette, wherein a plurality of optical fibers from the cable extend into the cassette and form terminations at non-conventional connectors adjacent …

## Drug delivery device



WO EP US GB • US20160193432A1 • David Harris • Sagentia Limited
Priority 2010-04-26 • Filed 2016-03-07 • Published 2016-07-07
Drug delivery devices are described that include sensors and processing circuitry that can detect operating events, such as flow rates and drug delivery, in various types of inhalers, such as dry powder inhalers, metered dose inhalers, nasal inhalers and nebulisers. The information determined by …

## Robotic cart pulling vehicle for automated pulling of carts



WO EP US CN DK • US10668617B2 • Niels Jul JACOBSEN • Mobile Industrial Robots A/S
Priority 2015-04-13 • Filed 2016-04-11 • Granted 2020-06-02 • Published 2020-06-02
There is provided a robotic cart pulling vehicle for automated docking and pulling a cart, such as a wheeled hospital cart for e.g. linen. In particular the vehicle is provided with a unique gripping means for holding the cart. Furthermore, the robotic vehicle implements a positioning system for …

## Multi-fiber fiber optic connector



WO EP US CN AU BR ES MX RU • US20200150356A1 • Yu Lu • Commscope Technologies Llc
Priority 2011-11-23 • Filed 2019-10-11 • Published 2020-05-14
A fiber optic cable assembly includes a fiber optic cable and a fiber optic connector. The cable includes a jacket having an elongated transverse cross-sectional profile that defines a major axis and a minor axis. Strength components of the cable are anchored to the connector. The fiber optic …

## Robotic surgical assembly



WO EP US CN JP KR AU BR CA IT • US10864051B2 • Massimiliano Simi • Medical Microinstruments S.p.A.
Priority 2015-10-16 • Filed 2016-10-14 • Granted 2020-12-15 • Published 2020-12-15
A robotic surgical assembly ( 100 ) includes a support ( 104 ), one macro-positioning arm ( 30 ), connected to the support ( 104 ) and having a plurality of degrees of freedom. The macro-positioning arm ( 30 ) includes a support member ( 38 ), at least two micro-positioning devices ( 41, 141, 241, 341 ), each …

## Ultrasonic imaging apparatus for reading and decoding machine-readable matrix …

3/28/23, 4:30 PM
Case 1:19-cv-01334-CJB Document 554-6 Filed 04/18/23 Page 6 of 12 PageID #: 13817
("priority to the extent appropriate") OR ("reference to the extent appropriate") - Google Patents




**WO EP US** *AT* ES *PL* • US9121945B2 • Frank Melandso • Dolphitec AS
Priority 2008-10-14 • Filed 2014-03-03 • Granted 2015-09-01 • Published 2015-09-01
This application is a Continuation of U.S. Ser. No. 13/908,430, filed 3 Jun. 2013, which is a Continuation of U.S. Ser. No. 13/124,200, filed 8 Jul. 2011, which is a National Stage Application of PCT/NO2009/000360, filed 14 Oct. 2009, which claims benefit of Serial No. 08166549.9, filed 14 Oct.



### Device for an optical-fiber connection
**WO EP US CN KR** ~~AT~~ ~~AU~~ ~~DE~~ DK ES ~~HK~~ ~~PL~~ *PT* • US20170023745A1 • Eberhard Kahle • Commscope Technologies Llc
Priority 2002-05-03 • Filed 2016-06-27 • Published 2017-01-26
Device for the coaxial connection of fiber-optic cables, comprising a single-piece coupling housing ( 10 ) and a single-piece sleeve mount ( 20 ), the sleeve mount ( 20 ) being designed with at least one latching nose ( 21 ) and the coupling housing ( 10 ) being designed with at least one latching mount …



### Inductive power transmitter
**WO EP US CN JP** ~~KR~~ AU ~~CA~~ • US11329519B2 • Liang Chen • Apple Inc.
Priority 2015-04-02 • Filed 2016-04-01 • Granted 2022-05-10 • Published 2022-05-10
An inductive power transmitter 2 comprising: at least one power transmitting coil 7 configured to generate an inductive power transfer (IPT) field, and an object detection (OD) system 200 configured to detect the presence of an object based on a change in energy decay or change in resonant …



### Hydraulic system and method for reducing boom bounce with counter-balance …
**WO EP US CN KR** • US10502239B2 • Meng (Rachel) Wang • Eaton Intelligent Power Limited
Priority 2013-05-31 • Filed 2017-11-06 • Granted 2019-12-10 • Published 2019-12-10
A hydraulic system (600) and method for reducing boom dynamics of a boom (30), while providing counter-balance valve protection, includes a hydraulic cylinder (110), first and second counter-balance valves (300, 400), first and second control valves (700, 800), and a selection valve set (850). The …



### System and method for controlling an optical filter assembly
**WO EP US CN** • US10185199B2 • Neil Robin Branda • Switch Materials, Inc.
Priority 2012-04-18 • Filed 2017-01-26 • Granted 2019-01-22 • Published 2019-01-22
A control system for a variable transmittance optical filter assembly includes a controller in communicatively coupled to a pair of load terminals, and a memory communicatively coupled to the controller and having encoded thereon statements and instructions executable by the controller to …



### Telecommunications enclosure and organizer
**WO EP US CN** ~~KR~~ *AP* AU ~~CA~~ *CL EC* ES MX ~~NZ~~ ~~PE~~ *PH PL* RU *ZA* • US10444455B2 • Mohamed Aznag • CommScope Connectivity Belgium BVBA
Priority 2012-04-03 • Filed 2017-10-16 • Granted 2019-10-15 • Published 2019-10-15
A closure includes a cover and seal block. A feeder cable pathway and rear cover is provided for separation of feeder cables from drop cables. The organizer in the closure includes an end cap and rear cable storage. Cable fixation clips, linear or bendable, can be used individually or daisy …



### Process for manufacturing seamless steel pipe, hollow spring utilizing seamless …
**WO EP US CN KR** • US9482302B2 • Kotaro Toyotake • Shinko Metal Products Co., Ltd.
Priority 2007-03-14 • Filed 2013-05-10 • Granted 2016-11-01 • Published 2016-11-01
There are provided: a seamless steel pipe formed from a cylindrical steel material billet through a hot isostatic extrusion step, wherein a depth of a contiguous flaw formed on an inner periphery surface and an outer periphery surface of the steel pipe is 50 μm or less; a hollow spring obtained by …



### Multi-fiber fiber optic connector
**WO EP US CN AU BR ES** *MX* RU • US20210026085A1 • Yu Lu • Commscope Technologies Llc
Priority 2011-11-23 • Filed 2020-09-21 • Published 2021-01-28
A fiber optic cable assembly includes a fiber optic cable and a fiber optic connector. The cable includes a jacket having an elongated transverse cross-sectional profile that defines a major axis and a minor axis. Strength components of the cable are anchored to the connector. The fiber optic …



### Fiber optic connection system
**WO EP US** • US10061090B2 • Philippe Coenegracht • CommScope Connectivity Belgium BVBA
Priority 2014-03-28 • Filed 2015-03-27 • Granted 2018-08-28 • Published 2018-08-28
CROSS-REFERENCE TO RELATED APPLICATION This application is a National Stage Application of PCT/EP2015/056720, filed Mar. 27, 2015, which claims the benefit of U.S. Provisional Patent Application Ser. No. 61/971,739, filed Mar. 28, 2014, and which applications are incorporated herein by reference.



### System and method for optical player tracking in sports venues
**WO** ~~EP~~ **US CN JP** *KR* ~~AU~~ ~~BR~~ *MX* ~~RU~~ • US20170001118A1 • Peter Ibrahim • Livebarn Inc.
Priority 2014-10-10 • Filed 2016-09-15 • Published 2017-01-05
A system and method optically track players and automatically capture broadcastable video of a sporting event within a venue. The system includes at least one fixed tracking camera, a remote-controlled broadcast camera, and a scoreboard camera, with each of the components being in communication …

### Custom local search




US • US11269932B2 • Narendranath Datha Govindachetty • Microsoft Technology Licensing, Llc
Priority 2009-11-10 • Filed 2019-09-05 • Granted 2022-03-08 • Published 2022-03-08
A method described herein includes receiving a query that is configured by an issuer of the query to be utilized to retrieve a portion of local search content, wherein the local search content comprises a first dataset and a second data set, wherein the first dataset comprises a first entity and …

### Neural network-based action detection

WO EP US CN • US11003949B2 • Cuiling Lan • Microsoft Technology Licensing, Llc
Priority 2016-11-09 • Filed 2017-10-31 • Granted 2021-05-11 • Published 2021-05-11
Various implementations of the subject matter described herein relate to a neural network-based action detection. There is provided an action detection scheme using a neural network. The action detection scheme can design and optimize the neural network model based on respective importance of …

### Cable termination assembly and method for connectors

WO EP US CN RU • US9625660B2 • Daniel Francois Daems • CommScope Connectivity Belgium BVBA
Priority 2012-02-07 • Filed 2016-02-03 • Granted 2017-04-18 • Published 2017-04-18
The present disclosure relates to a fiber optic connector assembly having a fiber optic connector including a main connector body and a rear insert secured within a rear cable termination end of the main connector body. The fiber optic connector assembly has a fiber optic cable that includes an …

### System and method for optical player tracking in sports venues

WO EP US CN JP KR AU BR MX RU • US9468850B2 • Peter Ibrahim • Livebarn Inc.
Priority 2014-10-10 • Filed 2015-06-15 • Granted 2016-10-18 • Published 2016-10-18
A system and method optically track players and automatically capture broadcastable video of a sporting event within a venue. The system includes at least one fixed tracking camera, a remote-controlled broadcast camera, and a scoreboard camera, with each of the components being in communication …

### Magnetoresistive wheatstone measuring bridge and angle sensor having at least …

WO EP US CN JP • US10557725B2 • Johannes Paul • Sensitec Gmbh
Priority 2014-11-24 • Filed 2015-11-24 • Granted 2020-02-11 • Published 2020-02-11
A magnetoresistive Wheatstone bridge includes two bridge branches connected in parallel between a supply potential Vb, wherein two series-connected resistor arrangements R1 and R3 or R2 and R4 are arranged in each bridge branch with an interposed measuring potential Vout. The resistor arrangements …

### Fiber optic connection assembly

WO EP US AU ES • US20210333499A1 • Zhengbin WANG • Commscope Telecommunications (Shanghai) Co. Ltd.
Priority 2013-04-07 • Filed 2021-05-10 • Published 2021-10-28
CROSS-REFERENCE TO RELATED APPLICATION This is a Continuation of U.S. patent application Ser. No. 15/710,483, filed Sep. 20, 2017, which is a Continuation of U.S. patent application Ser. No. 14/782,934, filed Oct. 7, 2015, now abandoned, which is a National Stage of PCT/IB2014/060209, filed Mar. …

### Gel sealing device

WO EP US CN DE DK ES PL PT • US10298003B2 • Robert Vanhentenrijk • CommScope Connectivity Belgium BVBA
Priority 2009-12-03 • Filed 2017-09-18 • Granted 2019-05-21 • Published 2019-05-21
A gel sealing device includes a gel sealing block ( 5 ) which provides a sealing section ( 22 ) through which the elongate parts ( 13, 14 ) extend. The gel sealing block ( 5 ) includes an upper flange ( 11 ) and a lower flange ( 12 ) with a support section ( 11 a, 12 b ) disposed therebetween. The upper …

### Re-enterable enclosure

WO EP US CN KR AP AR AU BR CA CL CO EC ES IN MX NZ PE PH PL RU ZA • US20170033544A1 • Philippe Coenegracht • CommScope Connectivity Belgium BVBA
Priority 2012-07-02 • Filed 2016-10-13 • Published 2017-02-02
An enclosure ( 20, 220 ) includes a housing ( 22, 222 ) and a sealing unit ( 48, 42 a, 232 ) that mounts within a sealing unit opening ( 28, 230 ) of the housing. The sealing unit ( 48, 42 a, 232 ) provides a peripheral seal between the housing ( 22, 222 ) and the sealing unit ( 48, 42 a, 232 ) and provides …

### Radial cutter implant

WO EP US CA ES IL • US20180235651A1 • Ido Kilemnik • Medi-Tate Ltd.
Priority 2008-12-22 • Filed 2018-04-19 • Published 2018-08-23
An implant for creating incisions in the tissues surrounding the bladder neck and the urethra of a patient, for relaxing the opening of the bladder, the implant includes a central connector and at least one wire, the wires extend radially outwardly from the center of the central connector, the …

### Microsurgery system for displaying in real-time magnified digital image …

WO EP US CN ES IL • US20210109349A1 • Ron Schneider • Elbit Systems Ltd.
Priority 2012-09-10 • Filed 2020-12-22 • Published 2021-04-15
A microsurgery system comprising a robotic arm, configured for movement; a head mounted display (HMD) configured to display to a user in real-time image sequences of an operated area; at least one camera coupled to said robotic arm, said at least one camera configured to acquire operated-area …

### Methods, apparatus and systems for data visualization and related applications




**WO US** • US9619814B2 • Andrew John Cardno • New Bis Safe Luxco S.À R.L
Priority 2008-12-05 • Filed 2014-04-21 • Granted 2017-04-11 • Published 2017-04-11
A computer implemented method of analyzing and graphically representing the correlation of a plurality of transaction items, the method comprising the steps of: retrieving data associated with groups of the transaction items, correlating a plurality of groups of transaction items in a …

### Logic circuit generation device and method



**WO US CN JP** • US10089426B2 • Tsuyoshi Isshiki • Tokyo Institute Of Technology
Priority 2013-12-12 • Filed 2014-12-11 • Granted 2018-10-02 • Published 2018-10-02
A specific information processing function, which assumes circuit implementation, is described in a programming language, and from this description, an RTL description that can be logic synthesized is automatically generated. A logic circuit generation device includes: a control flow graph …

### Arrangement for tipping over prevention of a furniture and a furniture …



*WO* **EP US CN KR** *SE* • US10835038B2 • Adam JOHANNESSON • Ikea Supply Ag
Priority 2016-12-05 • Filed 2017-11-28 • Granted 2020-11-17 • Published 2020-11-17
An arrangement for tipping over prevention of a furniture ( 1 ) such as a chest of drawers or a cabinet comprising at least one drawer. The arrangement comprises a bar ( 300 ) and an attachment adapted to anchor the furniture ( 1 ) to a wall (W). The attachment comprises a guiding bracket ( 100 ) and an …

### Fiber optic connector



**WO EP US CN ES MX** • US20210356677A1 • David Patrick Murray • Commscope Connectivity Uk Limited
Priority 2014-01-13 • Filed 2021-07-30 • Published 2021-11-18
A connector including two connector portions each including a ferrule and a latch, each latch including a distal end, and a proximal end, wherein the latch is pivotable about an intermediate connection portion; and a boot mounted to the connector portions, the boot movable longitudinally relative …

### Robotic surgical assembly



**WO EP US CN JP KR AU BR CA** *IT* • US20210059776A1 • Massimiliano Simi • Medical Microinstruments S.p.A.
Priority 2015-10-16 • Filed 2020-11-12 • Published 2021-03-04
A robotic surgical assembly ( 100 ) includes a support ( 104 ), one macro-positioning arm ( 30 ), connected to the support ( 104 ) and having a plurality of degrees of freedom. The macro-positioning arm ( 30 ) includes a support member ( 38 ), at least two micro-positioning devices ( 41, 141, 241, 341 ), each …

### Filter elements; air cleaner; assembly; and, methods



**WO EP US CN JP KR BR** *MX PL* • US20190366258A1 • William J. Krisko • Donaldson Company, Inc.
Priority 2004-03-24 • Filed 2019-07-01 • Published 2019-12-05
A filter cartridge, a safety element and fluid cleaner assembly are described. The fluid cleaner assembly generally includes a housing having a cover and a primary fluid cleaner section. The filter cartridge generally comprises z-filter media, arranged in a straight through configuration.

### Communication wire



**US** *HK TW* • US9336928B2 • David Wiekhorst • Commscope Technologies Llc
Priority 2002-09-24 • Filed 2014-02-11 • Granted 2016-05-10 • Published 2016-05-10
The present invention relates to an improved insulated conductor with a low dielectric constant and reduced materials costs. The conductor ( 12 ) extends along a longitudinal axis and an insulation ( 14, 14<1> ) surrounds the conductor ( 12 ). At least on channel ( 16, 16<1> ) in the insulation ( 14, 14<1> ) …

### Fiber optic cassette



**WO EP US CN AR AU BR ES** *IN* ~~NZ~~ *RU TW ZA* • US9897767B2 • David Patrick Murray • Commscope Technologies Llc
Priority 2012-09-28 • Filed 2016-10-21 • Granted 2018-02-20 • Published 2018-02-20
A fiber optic cassette includes a body defining a front and an opposite rear. A cable entry location is defined on the body for a cable to enter the cassette, wherein a plurality of optical fibers from the cable extend into the cassette and form terminations at non-conventional connectors adjacent …

### Ruggedized fiber optic connector



**WO EP US CN AU** ~~BR~~ *ES* • US9684138B2 • Yu Lu • Commscope Technologies Llc
Priority 2012-05-22 • Filed 2013-05-20 • Granted 2017-06-20 • Published 2017-06-20
The present disclosure relates to a fiber optic connector that includes a main outer housing, an inner housing that mounts within the main outer housing and a plug interface housing secured at the distal end of the inner housing. The fiber optic connector also includes a ferrule assembly mounted …

### Cable sealing device, cable termination and attaching device



**WO** ~~EP~~ **US CN AU** *NZ* ~~RU~~ • US10061091B2 • Dirk Kempeneers • CommScope Connectivity Belgium BVBA
Priority 2010-01-29 • Filed 2017-06-05 • Granted 2018-08-28 • Published 2018-08-28
A cable sealing device including an attaching part securable to the cable; a fixation part adapted to be mountable on the attaching part; and a sealing part. The attaching part includes outer locking faces. The fixation part has inner abutment faces adapted to co-operate with the outer locking …

### Spin-on filter with external threads and methods


WO EP US CN BR MX • US11400394B2 • Brian Tucker • Donaldson Company Inc.
Priority 2008-06-03 • Filed 2021-07-01 • Granted 2022-08-02 • Published 2022-08-02
A filter arrangement for threadably securing to a filter head includes a housing having a surrounding wall defining an interior volume, an open mouth providing access to the interior volume and an end opposite of the open mouth. The surrounding wall has an exterior and an interior. A filter media …

### Fiber optic connector and method of assembling the same


WO EP US CN ES • US20180224608A1 • Lei Liu • Adc Telecommunications (Shanghai) Distribution Co., Ltd.
Priority 2014-02-14 • Filed 2018-01-19 • Published 2018-08-09
The present invention discloses a fiber optic connector comprises: a ferrule assembly; a spring seat provided behind the ferrule assembly; and a spring provided between the ferrule assembly and the spring seat. The spring seat has a receiving chamber having an insertion port through which a …

### System and method for keyless entry and remote starting vehicle with an OEM …


US CA • US10196039B2 • Jack Wisnia • Light Wave Technology Inc.
Priority 2013-05-29 • Filed 2016-12-22 • Granted 2019-02-05 • Published 2019-02-05
A vehicle comprising a keyless go system, and at least one key fob, said keyless go system being operatively connected to a locking/unlocking subsystem and an engine start subsystem, said vehicle further comprising at least one LF transmitter, at least one LF receiver, at least one HF transmitter …

### Position sensor


WO EP US CN JP GB • US10564013B2 • Victor Zhitomirsky • Gde Technology Ltd
Priority 2013-08-12 • Filed 2014-08-12 • Granted 2020-02-18 • Published 2020-02-18
Position sensors include processing circuits. The processing circuits include first and second measurement circuits that each process at least one common sensor signal. A measurement processing circuitry is arranged to use the measurements from each measurement circuit, typically in a time …

### Monitoring device


WO EP US GB • US11410476B2 • Thomas Lawrie-Fussey • Cambridge Consultants Limited
Priority 2014-01-31 • Filed 2020-04-29 • Granted 2022-08-09 • Published 2022-08-09
A monitoring apparatus provides vehicle telematics data. The monitoring apparatus includes a sensor for sensing vehicle and engine motion induced vibration in part of a vehicle and for generating vibration associated data. The sensor is coupled to part of the vehicle. Engine motion induced …

### Microsurgery system for displaying in real time magnified digital image …


WO EP US CN ES IL • US20190293935A1 • Ron Schneider • Elbit Systems Ltd.
Priority 2012-09-10 • Filed 2019-05-28 • Published 2019-09-26
A system captures and displays video of surgeries. The system may include at least one digital image sensor optically coupled to one or more lenses and configured to capture a video sequence of a scene in a surgery; at least one interface configured to receive at least one region on interest (ROI) …

### Fiber optic module and chassis


WO EP US CN • US20210278619A1 • Yuanzhe Zhang • Commscope Telecommunications (Shanghai) Co. Ltd.
Priority 2010-04-27 • Filed 2021-03-25 • Published 2021-09-09
A telecommunications assembly includes a chassis and a plurality of modules removably mounted within the chassis. The modules include one or more fiber optic signal input locations. The modules include optical equipment for splitting the input signals into customer output signals.

### Filter Assemblies; Components; and, Methods


WO EP US • US20160376951A1 • Gregoire Jacob • Donaldson Company, Inc.
Priority 2007-08-02 • Filed 2016-05-27 • Published 2016-12-29
Filter arrangements and components therefore are described. Example arrangements are described. In one, a serviceable filter cartridge includes upper and lower end pieces, each having a seal thereon; the upper having a rigid protection thereon, the lower having a non-circular outer perimeter.

### Use of Bacillus methylotrophicus as a stimulant of plant growth and biological …


WO EP US CN BR CA CL ES • US10856551B2 • María Victoria BÉJAR LUQUE • Universidad De Granada
Priority 2014-07-31 • Filed 2015-07-31 • Granted 2020-12-08 • Published 2020-12-08

The invention relates to the use of microorganisms as plant growth stimulants and for the biological control of bacteria, insects, fungi and phytopathogenic nematodes. More specifically, the invention relates to the use of microorganisms of the genus Bacillus, more specifically the Bacillus …

### Inductively coupled power receiver and method of operation


WO EP US CN JP NZ • US9124113B2 • Patrick Aiguo Hu • Powerbyproxi Limited
Priority 2008-07-07 • Filed 2009-07-07 • Granted 2015-09-01 • Published 2015-09-01
A contactless power receiver is provided with a dynamically tuned pick up coil. The power transfer capacity of this power receiver is dynamically tuned using semiconductor devices that are operated in linear mode over part of their operation. The semiconductor devices are driven by a controller …

### Electrical plug connector



WO EP US CN JP ~~KR~~ *AT AU* ~~BG~~ *BR CA* ~~CZ~~ *DE DK* ~~EE ES~~ ~~HK HR HU IL~~ *MX* ~~NO NZ PL~~ *PT RS* ~~RU~~ *SA SI* ~~SK~~ *UA ZA* ·
US7695307B2 · Frank Mossner · Adc Gmbh
Priority 2000-08-17 • Filed 2009-06-22 • Granted 2010-04-13 • Published 2010-04-13
An electrical connector includes a connector housing and a printed circuit board with two sets of contact elements. The first set of contact elements is located on the front face of the printed circuit board and protrudes into an opening in the plug connector housing. The second set of contact …

### Methods, apparatus and systems for data visualization and related applications



WO US · US9870629B2 · Andrew John Cardno · New Bis Safe Luxco S.À R.L
Priority 2008-06-20 • Filed 2009-06-19 • Granted 2018-01-16 • Published 2018-01-16
In a data visualization system, a method of creating a visual representation of data, the method including the steps of providing instructions to an end user to assist the end user in: constructing multiple graphical representations of data, where each graphical representation is one of a …

### Method of graphically representing a tree structure

WO US · US9058695B2 · Andrew John Cardno · New Bis Safe Luxco S.A R.L
Priority 2008-06-20 • Filed 2009-06-18 • Granted 2015-06-16 • Published 2015-06-16
In a data visualization system, a method of creating a visual representation of data points from metric data, wherein the method includes the steps of: a data retrieval module retrieving the metric data from a data storage module in communication with the data visualization system, a determination …

### Air cleaner assembly; components therefor; and, methods



WO EP US CN JP BR CA MX · US8741017B2 · Kevin Benny Nelson · Donaldson Company, Inc.
Priority 2008-07-22 • Filed 2009-07-21 • Granted 2014-06-03 • Published 2014-06-03
Air filter cartridges for use in air cleaner assemblies are described. The air filter cartridges typically comprise a stack of strips of fluted media, having an inlet flow face and an outlet flow face. A projection is provided extending outwardly from adjacent the outlet flow face of the media …

### Device for the electrotherapeutic treatment of tension headaches



EP US · US8428734B2 · Pierre Rigaux · Stx-Med Sprl
Priority 2008-02-20 • Filed 2009-01-26 • Granted 2013-04-23 • Published 2013-04-23
This application claims the benefit of Serial No. 08447012.9, filed Feb. 20, 2008 in the EPO and published as EP 2 092 951, which application is incorporated herein by reference. A claim of **priority to the extent appropriate** is made. SUBJECT OF THE INVENTION The present invention relates to an …

### Data visualization methods



WO US · US8717364B2 · Andrew John Cardno · New BIS Safe Luxco S.a.r.l
Priority 2008-11-15 • Filed 2009-11-13 • Granted 2014-05-06 • Published 2014-05-06
A method of creating a graphical representation of data points in the form of a heatmap wherein the heatmap represents a plurality of multi-directional flow values between the data points, the method including the steps of positioning data points on a heatmap for graphical representation, …

### Receiver for an inductive power transfer system and a method for controlling …



WO EP US CN JP KR · US10608470B2 · Saining Ren · Apple Inc.
Priority 2012-10-29 • Filed 2013-10-29 • Granted 2020-03-31 • Published 2020-03-31
An inductive power transfer receiver is provided including a receiving coil (13) in series with a capacitor (14), a voltage multiplier (15) for providing a DC output, and a power control switch (18) controlled by a controller (19) for regulating the power supplied to a load. An inductive power …

### Flexible pipe



WO EP US ~~AT~~ BR DE *NO* · US8474489B2 · Jonas Gudme · National Oilwell Varco Denmark
Priority 2006-12-22 • Filed 2007-12-17 • Granted 2013-07-02 • Published 2013-07-02
The invention relates to a flexible pipe comprising a plurality of layers surrounding a longitudinal axis and an at least partly integrated sensor arrangement. The plurality of layers comprising an internal sheath and one or more armouring layers, at least one armouring layer comprising at least …

### Spin-on filter with external threads and methods



WO EP US CN BR MX · US9555347B2 · Brian Tucker · Donaldson Company, Inc.
Priority 2008-06-03 • Filed 2009-06-03 • Granted 2017-01-31 • Published 2017-01-31
A filter arrangement for threadably securing to a filter head includes a housing having a surrounding wall defining an interior volume, an open mouth providing access to the interior volume and an end opposite of the open mouth. The surrounding wall has an exterior and an interior. A filter media …

### Head cooler



WO EP US CN JP KR ~~AT~~ DE ES · US9101463B2 · Johan Stormby · Dignitana Ab
Priority 2007-02-15 • Filed 2008-02-15 • Granted 2015-08-11 • Published 2015-08-11
A head cooler ( 10 ) comprises a thermal exchange cap ( 11 ) and an outer insulating cover ( 12 ) to be arranged on a patient s head. The cap ( 11 ) has a channel system ( 31, 32 ) for a cooling fluid forming an inside heat exchange surface to be applied on said head for cooling the head. The thermal …

### System and method for detecting the contour of an object on a moving conveyor …



WO US • US8355581B2 • Noam Noy • Advanced Vision Technology (Avt) Ltd.
Priority 2007-03-06 • Filed 2008-03-06 • Granted 2013-01-15 • Published 2013-01-15
A system detects an object contour with an image acquisition assembly, the object moving relative to the assembly. A line detector scans the surface line by line during a scan cycle, the line being transverse to the relative motion direction. During active periods, a light source emits light …

## Microtunnelling system and apparatus



WO EP US CN AU BR CA • US8151906B2 • Andis SALINS • Vermeer Manufacturing Company
Priority 2006-06-16 • Filed 2006-08-08 • Granted 2012-04-10 • Published 2012-04-10
A microtunnelling apparatus and system that includes an external drive system having rotational and linear thrust drive means, a drill head section having drill rotor and drill rod and connecting to intermediate drill rods allowing extension of the boring hole created by the drill head section …

## Indoleamine 2,3-dioxygenase based immunotherapy



WO EP US CN JP AU CA CY DK ES HR HU IL LT NO NZ PL PT SI ZA • US9433666B2 • Mads Hald Andersen • IO Bioech ApS
Priority 2008-04-17 • Filed 2009-04-17 • Granted 2016-09-06 • Published 2016-09-06
The present invention relates to the field of prophylaxis and therapy of cancer. In particular there is provided a protein Indoleamine 2,3-dioxygenase (IDO) or peptide fragments here of that are capable of eliciting anti-cancer immune responses. Specifically, the invention relates to the use of DO …

## Screw channel directing device for a dental superstructure and methods for …



EP US CN JP KR AU BR CA SE • US9333057B2 • Sture Benzon • Heraeus Kulzer Nordic Ab
Priority 2012-07-11 • Filed 2013-07-05 • Granted 2016-05-10 • Published 2016-05-10
A screw channel directing device for a dental superstructure includes a screw channel part and an implant cooperating part, the former having a screw member seat with an elongated screw hole in the proximal end. The proximal end of the screw channel part is bowl shaped, having a convex outer …

## Sorbents for the oxidation and removal of mercury



US • US20180257031A1 • Edwin S. Olson • Midwest Energy Emissions Corp
Priority 2004-08-30 • Filed 2018-05-14 • Published 2018-09-13
… Ser. No. 60/605,640 filed on Aug. 30, 2004. The disclosures of U.S. patent application Ser. Nos. 14/102,896; 12/429,058; 12/201,595; 11/209,163; and 60/605,640 are hereby incorporated herein by **reference to the extent appropriate**. BACKGROUND OF THE INVENTION Technical Field of the Invention The …

## Laser diode illuminator device and method for optically conditioning the light …



WO US CA • US7873091B2 • André Parent • Institut National D'optique
Priority 2008-08-13 • Filed 2009-03-10 • Granted 2011-01-18 • Published 2011-01-18
A laser diode illuminator device and a method for optically conditioning the output beam radiated from such a device, so that highly-demanding illumination application requirements that call for high output powers within a specified field of illumination can be addressed. At the heart of the …

## Fluted filter medium and process for its manufacture



WO EP US CN JP KR AT AU CA DE MX ZA • US20110297611A1 • Patrick Golden • Dondaldson Company, Inc.
Priority 2002-07-10 • Filed 2011-08-11 • Published 2011-12-08
An approach to providing folded flute ends in z-filter media is provided. The approach generally involves providing an initial deformation in a flute or corrugation to form at least one foldable tip and then folding the at least one foldable tip over. Techniques for both supported deformation and …

## Air cleaner; replaceable filter cartridges; and, methods



WO EP US CN JP AT AU DE • US20110283669A1 • James R. Scott • Donaldson Company, Inc.
Priority 2002-10-28 • Filed 2011-08-01 • Published 2011-11-24
… Application Number 60/453,737 filed Mar. 6, 2003. Each of 10/691,856; 11/447,638; 60/421,882 and 60/453,737 is incorporated herein by reference. A right of **priority, to the extent appropriate**, is claimed to each of 10/691,856; 11/447,638; 60/421,882; and, 60/453,737. FIELD OF THE DISCLOSURE The …

## Transmission line installation system



WO EP US • US11025039B2 • Bradley P. RADICHEL • Condux International, Inc.
Priority 2016-11-14 • Filed 2017-11-14 • Granted 2021-06-01 • Published 2021-06-01
A transmission line installation system includes a transmission line conveying apparatus that operates to install a transmission line within a conduit by advancing the transmission line through the conduit. The transmission line conveying apparatus includes a plurality of components. The …

## Auto-centering of an optical element within a barrel



WO EP US CN JP CA • US20160252700A1 • Frédéric LAMONTAGNE • Institut National D'optique
Priority 2013-11-08 • Filed 2016-05-06 • Published 2016-09-01
The auto-centering of an optical element within a barrel is provided. The optical element is mounted in a cavity of the barrel. A first surface of the optical element engages a seat provided in the cavity. A retaining ring is threaded on the barrel, through complementary barrel and ring threads.

## Base plate with sealing blocks





**WO EP US** ~~DE~~ **DK IL** *PL* • US8541698B2 • Helmut Perschon • Berthold Sichert Gmbh
Priority 2008-03-04 • Filed 2009-03-03 • Granted 2013-09-24 • Published 2013-09-24
The invention relates to a base plate ( 2 ) in a cable distribution cabinet. The base plate ( 2 ) is divided into two. The rear half ( 2 a ) can be folded down and the other half ( 2 b ) can also be inserted from the direction of the lower base chamber ( 3 ). The base plate ( 2 ) is sealed from the cables ( 15 …

**Plant matter sensor to determine health and/or nutritional content based on …**



**WO EP US AU** • US10209181B2 • Greig Edgeworth SHEARER • C-Dax Limited
Priority 2015-05-21 • Filed 2016-05-20 • Granted 2019-02-19 • Published 2019-02-19
A plant matter sensor comprising: one or more emitters configured to emit two or more vertically spaced signals toward a plant; and one or more receivers configured to receive two or more reflected signals from the plant.

Next  About 9,092 results



About   Send Feedback   Public Datasets   Terms   Privacy Policy