# Exhibits 15-37

# Redacted In Their

# Entirety