# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
began@morrisnichols.com

May 15, 2023

The Honorable Christopher J. Burke                                          *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:    *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*,
               C.A. No. 19-1334 (CJB)

Dear Judge Burke:

      I write on behalf of the parties in the above-captioned case in response to Your Honor's May 12, 2023 Oral Order (D.I. 559) regarding the May 17 hearing on case dispositive and *Daubert* motions. The parties propose an allotment of three hours for the May 17 hearing, split evenly between the sides. The parties separately agree that the following motions may be submitted on the papers, subject to any questions the Court may have on any of these Motions:

- Motion for summary judgment of no direct or indirect infringement at the ME2C-licensed power plants because the licensed use of patents is not "without authority" (*i.e.*, Argument I in Defendants' Opening Brief (D.I. 528));

- Motion for summary judgment of non-infringement as to claim limitations requiring that the sorbent or mercury-containing gas comprises 1-30 g of bromine, or a Br-containing compound, for every 100 g of activated carbon sorbent (*i.e.*, Argument III in Defendants' Opening Brief (D.I. 528)); and

- Motion for summary judgment of non-infringement as to defendants who did not sell refined coal (*i.e.*, Argument IV in Defendants' Opening Brief (D.I. 528)).

The Honorable Christopher J. Burke
May 15, 2023
Page 2

                                                Respectfully,

                                                */s/ Brian P. Egan*

                                                Brian P. Egan (#6227)

BPE/bac

cc:      All Counsel of Record (via electronic mail)