IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NO. 1:
<u>NON-INFRINGEMENT BASED ON LICENSED USE OF PROCESS</u>**

Defendants[1] move pursuant to Fed. R. Civ. P. 56(a):

1) for summary judgment of non-infringement with respect to any sale or provision of Refined Coal to a licensed power plant after the effective date of the relevant license. In addition,

---

[1] The 34 Defendants are:

  a. Ten AJG RC Defendants (Canadys Refined Coal, LLC; Coronado Refined Coal, LLC; George Neal Refined Coal, LLC; George Neal North Refined Coal, LLC; Hastings Refined Coal, LLC; Jefferies Refined Coal, LLC; Joppa Refined Coal, LLC; Louisa Refined Coal, LLC; Walter Scott Refined Coal, LLC; and Williams Refined Coal, LLC);

  b. nine DTE RC Defendants (Arbor Fuels Company LLC; Superior Fuels Company LLC; Belle River Fuels Company, LLC; Huron Fuels Company, LLC; Chouteau Fuels Company, LLC; Portage Fuels Company LLC; Erie Fuels Company, LLC; Jasper Fuels Company LLC; and Newton RC LLC);

  c. eight CERT RC Defendants (Bascobert (A) Holdings, LLC; Buffington Partners, LLC; Cottbus Associates, LLC; Larkwood Energy, LLC; Marquis Industrial Company, LLC; Rutledge Products, LLC; Senescence Energy Products, LLC; and Spring Hill Resources, LLC);

  d. four CERT Operations Companies (CERT Operations II LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC);

  e. Alistar Enterprises, LLC;

  f. AJG Iowa Refined Coal LLC; and

  g. DTE Energy Resources, LLC.

Defendants Chouteau Fuels Company LLC, Jasper Fuels Company LLC, Joppa Refined Coal LLC, Newton RC LLC, and Bascobert (A) Holdings, LLC seek summary judgment of non-infringement of all asserted claims of all asserted patents; and Alistar Enterprises, LLC, Rutledge Products, LLC, Senescence Energy Products, LLC, and Spring Hill Resources, LLC seek summary judgment of non-infringement of all asserted claims of all asserted patents (D.I. 519 at 14; D.I. 555 at 1); and

2) for such other and further relief in favor of Defendants and against Plaintiffs as may be just and proper.

The grounds for Defendants' motions are more fully set forth in the filed briefs and supporting exhibits (D.I. 528, 529, 530, 531, 532, 533, 534, 555).

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 351-4000<br><br>David Glandorf<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br>(303) 298-5700 | MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Canadys Refined Coal, LLC*<br>*Chouteau Fuels Company, LLC*<br>*Coronado Refined Coal, LLC*<br>*DTE Energy Resources, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Hastings Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Jasper Fuels Company, LLC*<br>*Jefferies Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Newton Refined Coal, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Walter Scott Refined Coal LLC*<br>*Williams Refined Coal, LLC* |

<div style="display: grid; grid-template-columns: 1fr 1fr;">

Left column:

OF COUNSEL:

Jeff Dyess
Paul Sykes
Benn Wilson
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800
Email:jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com

Jessica Zurlo
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW Ste 1350
Washington, D.C. 20036
Telephone:  (202) 393-7150
Facsimile:  (202) 347-1684
Email:jzurlo@bradley.com

OF COUNSEL:

Douglas R. Nemec, Esquire
Leslie A. Demers, Esquire
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY  10001-8602
Telephone: (212) 735-3000

May 24, 2023

Right column:

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*Senescence Energy Products, LLC,*
*Springhill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC,*
*Cottbus Associates LLC,*
*Marquis Industrial Company, LLC,*
*Rutledge Products, LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Nicole A. DiSalvo*_____
Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Telephone: (302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

</div>

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 24, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)