IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NO. 5:
NO KNOWLEDGE OF PATENTS OR INFRINGEMENT**

Defendants[1] move pursuant to Fed. R. Civ. P. 56(a):

1) for summary judgment of no contributory infringement, induced infringement, or willful infringement (D.I. 528 at 19-21; D.I. 555 at 5-7), on the grounds that Plaintiffs cannot prove that,

---

[1]   The 34 Defendants are:

  a. Ten AJG RC Defendants (Canadys Refined Coal, LLC; Coronado Refined Coal, LLC; George Neal Refined Coal, LLC; George Neal North Refined Coal, LLC; Hastings Refined Coal, LLC;  Jefferies Refined Coal, LLC;  Joppa Refined Coal, LLC; Louisa Refined Coal, LLC;  Walter Scott Refined Coal, LLC;  and Williams Refined Coal, LLC);

  b. nine DTE RC Defendants (Arbor Fuels Company LLC; Superior Fuels Company LLC; Belle River Fuels Company, LLC; Huron Fuels Company, LLC; Chouteau Fuels Company, LLC; Portage Fuels Company LLC; Erie Fuels Company, LLC; Jasper Fuels Company LLC; and Newton RC LLC);

  c. eight CERT RC Defendants (Bascobert (A) Holdings, LLC; Buffington Partners, LLC; Cottbus Associates, LLC; Larkwood Energy, LLC; Marquis Industrial Company, LLC; Rutledge Products, LLC; Senescence Energy Products, LLC; and Spring Hill Resources, LLC);

  d. four CERT Operations Companies (CERT Operations II LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC);

  e. Alistar Enterprises, LLC;

  f. AJG Iowa Refined Coal LLC; and

  g. DTE Energy Resources, LLC.

at any relevant time, any Defendant had knowledge (i) of the existence of any asserted patent, or (ii) that any use by a power plant of Refined Coal provided by any such Defendant constituted infringement of any asserted patent, where Plaintiffs bear the burden of proving both types of knowledge; and

    2) for such other and further relief in favor of Defendants and against Plaintiffs as may be just and proper.

    The grounds for Defendants' motions are more fully set forth in the filed briefs and supporting exhibits (D.I. 528, 529, 530, 531, 532, 533, 534, 555).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|  | */s/ Anthony D. Raucci* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Brian P. Egan (#6227) |
| Richard W. Mark | Anthony D. Raucci (#5948) |
| Joseph Evall | 1201 North Market Street |
| Paul J. Kremer | P.O. Box 1347 |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19899 |
| 200 Park Avenue | (302) 658-9200 |
| New York, NY  10166-0193 | jblumenfeld@morrisnichols.com |
| (212) 351-4000 | began@morrisnichols.com |
|  | araucci@morrisnichols.com |
| David Glandorf | *Attorneys for Defendants* |
| GIBSON, DUNN & CRUTCHER LLP | *AJG Iowa Refined Coal LLC* |
| 1801 California Street | *Arbor Fuels Company, LLC* |
| Suite 4200 | *Belle River Fuels Company, LLC* |
| Denver, CO 80202-2642 | *Canadys Refined Coal, LLC* |
| (303) 298-5700 | *Chouteau Fuels Company, LLC* |
|  | *Coronado Refined Coal, LLC* |
|  | *DTE Energy Resources, LLC* |
|  | *Erie Fuels Company, LLC* |
|  | *George Neal North Refined Coal, LLC* |
|  | *George Neal Refined Coal, LLC* |
|  | *Hastings Refined Coal, LLC* |
|  | *Huron Fuels Company, LLC* |
|  | *Jasper Fuels Company, LLC* |
|  | *Jefferies Refined Coal, LLC* |
|  | *Joppa Refined Coal LLC* |
|  | *Louisa Refined Coal, LLC* |
|  | *Newton Refined Coal, LLC* |
|  | *Portage Fuels Company, LLC* |
|  | *Superior Fuels Company 1, LLC* |
|  | *Walter Scott Refined Coal LLC* |
|  | *Williams Refined Coal, LLC* |

3

|  | MORRIS JAMES LLP |
|---|---|
|  | */s/ Kenneth L. Dorsney* |
|  | _____ |
| OF COUNSEL: | Kenneth L. Dorsney (#3726) |
|  | Cortlan S. Hitch (#6720) |
| Jeff Dyess | 500 Delaware Avenue, Suite 1500 |
| Paul Sykes | Wilmington, DE 19801 |
| Benn Wilson | Telephone: (302) 888-6800 |
| BRADLEY ARANT BOULT CUMMINGS LLP | kdorsney@morrisjames.com |
| 1819 Fifth Avenue North | chitch@morrisjames.com |
| Birmingham, AL 35203 |  |
| Telephone: (205) 521-8000 | *Attorneys for Defendants* |
| Facsimile: (205) 521-8800 | *CERT Operations IV LLC,* |
| Email:jdyess@bradley.com | *CERT Operations V LLC,* |
| psykes@bradley.com | *CERT Operations RCB LLC,* |
| bcwilson@bradley.com | *CERT Operations II LLC,* |
|  | *Senescence Energy Products, LLC,* |
|  | *Springhill Resources LLC,* |
| Jessica Zurlo | *Buffington Partners LLC,* |
| BRADLEY ARANT BOULT CUMMINGS LLP | *Bascobert (A) Holdings LLC,* |
| 1615 L Street NW Ste 1350 | *Larkwood Energy LLC,* |
| Washington, D.C. 20036 | *Cottbus Associates LLC,* |
| Telephone: (202) 393-7150 | *Marquis Industrial Company, LLC,* |
| Facsimile: (202) 347-1684 | *Rutledge Products, LLC* |
| Email:jzurlo@bradley.com |  |
|  |  |
|  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|  | */s/ Nicole A. DiSalvo*_____ |
|  | Paul J. Lockwood (#3369) |
|  | Nicole A. DiSalvo (#4662) |
| OF COUNSEL: | Jessica R. Kunz (#5698) |
|  | One Rodney Square |
| Douglas R. Nemec, Esquire | P.O. Box 636 |
| Leslie A. Demers, Esquire | Wilmington, DE 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER | Telephone: (302) 651-3000 |
| & FLOM LLP | paul.lockwood@skadden.com |
| One Manhattan West | nicole.disalvo@skadden.com |
| New York, NY 10001-8602 | jessica.kunz@skadden.com |
| Telephone: (212) 735-3000 |  |
|  | *Attorneys for Defendant* |
|  | *Alistar Enterprises, LLC* |

May 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 24, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)