# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
began@morrisnichols.com

May 24, 2023

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re:   *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*
>       C.A. No. 19-1334 (CJB)

Dear Judge Burke:

The parties submit this joint letter pursuant to D.I. 562 listing "which claim(s) as to which patent(s) would be implicated by each of Defendants' motions for summary judgment, were the motion granted." As further directed by D.I. 562, Defendants have filed "individual motions for each motion" raised in their Motion for Summary Judgment. The identification of patent number and claims below is tethered to the individual motions for summary judgment.

Summary Judgment Motion No. 1, D.I. 563, "Non-Infringement Based on Licensed Use of Process." This motion seeks summary judgment of non-infringement of All Asserted Claims of All Asserted Patents[1] with respect to any sale or provision of Refined Coal to a licensed power plant after the effective date of the relevant license. In addition, Defendants Chouteau Fuels Company LLC, Jasper Fuels Company LLC, Joppa Refined Coal LLC, Newton RC LLC, and Bascobert (A) Holdings, LLC seek summary judgment of non-infringement of All Asserted Claims of All Asserted Patents; and Alistar Enterprises, LLC, Rutledge Products, LLC, Senescence Energy Products, LLC, and Spring Hill Resources, LLC seek summary judgment of non-infringement of All Asserted Claims of All Asserted Patents.

---

[1]   As used herein, the term "All Asserted Claims of All Asserted Patents" means claims 17-20 of U.S. Patent No. 8,168,147; claims 1-7, 12, 15, 16, 18, 20, and 23-30 of U.S. Patent No. 10,343,114; claims 1-2, 5-6, 8-9, 11-12, 14-15, 17-18, 20, 22-23, 25, and 27-28 of U.S. Patent No. 10,589,225; claims 1-11, 13-15, 17-19, 21-26, and 28-30 of U.S. Patent No. 10,596,517; and claims 1-4, 6-8, 10-25, and 28-29 of U.S. Patent No. 10,668,430.

The Honorable Christopher J. Burke
May 24, 2023
Page 2

Summary Judgment Motion No. 2, D.I. 564, "Non-Infringement of the 147 Patent." This motion seeks summary judgment of non-infringement, with respect to all Defendants, of claims 17-20 of U.S. Patent No. 8,168,147.

Summary Judgment Motion No. 3, D.I. 565, "Non-Infringement of the 114, 147, 517, and 430 Patents." This motion seeks summary judgment, with respect to all Defendants, of non-infringement with respect to claims 4 and 29 of U.S. Patent No. 10,343,114; claims 17-20 of U.S. Patent No. 8,168,147; claims 5, 19, and 21 of U.S. Patent No. 10,596,517; and claims 13 and 17 of U.S. Patent No. 10,668,430.

Summary Judgment Motion No. 4, D.I. 566, "No Infringement by Defendants that Did Not Sell or Offer to Sell Refined Coal." This motion seeks summary judgment of non-infringement of All Asserted Claims of All Asserted Patents as to Defendants AJG Iowa Refined Coal LLC; DTE Energy Resources, LLC; and the four CERT Operations Companies (CERT Operations II, LLC; CERT Operations IV, LLC; CERT Operations V, LLC; CERT Operations RBC, LLC), and summary judgment of non-infringement of All Asserted Claims of All Asserted Patents as to any claim of infringement predicated on any alleged infringement by any of those Defendants.

Summary Judgment Motion No. 5, D.I. 567, "No Knowledge of Patents or Infringement." This motion seeks summary judgment of no contributory infringement, no induced infringement, and no willful infringement by any Defendant, and is brought with respect to All Asserted Claims of All Asserted Patents.

Summary Judgment Motion No. 6, D.I. 568, "No Contributory Infringement Under 35 U.S.C. § 271(c)." This motion seeks summary judgment of no contributory infringement by any Defendant under 35 U.S.C. § 271(c), and is brought with respect to All Asserted Claims of All Asserted Patents.

Summary Judgment Motion No. 7, D.I. 569, "No Inducement Under 35 U.S.C. § 271(b)." This motion seeks summary judgment of no induced infringement by any Defendant under 35 U.S.C. § 271(b), and is brought with respect to All Asserted Claims of All Asserted Patents.

Summary Judgment Motion No. 8, D.I. 570, "Invalidity Under 35 U.S.C. §§ 102, 103, or 112." This motion seeks summary judgment that All Asserted Claims of the 114, 225, 430, and 517 Patents are invalid under 35 U.S.C. §§ 102, 103 and that All Asserted Claims of the 147 and 225 Patents are invalid under 35 U.S.C. § 112.

        Respectfully,

        */s/ Brian P. Egan*

        Brian P. Egan (#6227)

BPE/bac

cc:    All Counsel of Record (via electronic mail)