IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 19-1334 (CJB) |
| ARTHUR J. GALLAGHER & CO., et al., Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PRETRIAL EXCHANGES AND CASE NARROWING DISCLOSURES**

WHEREAS, the parties to the above-captioned action have negotiated dates for exchange of pretrial documents and case narrowing disclosures in order to timely file the Joint Proposed Pretrial Order and proposed jury documents; and

WHEREAS, the proposed schedule for pretrial exchanges and case narrowing does not alter any deadlines set by the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, subject to the approval of the Court, that the schedule for pretrial exchanges and case narrowing disclosures is as follows:

| **Event(s)** | **Proposed Date** |
|---|---|
| Plaintiffs select for trial a maximum of sixteen claims from the patents. Plaintiffs may try up to all sixteen claims if doing so is consistent with the Court's ruling on the pending motions. | August 9, 2023 |

| | |
|---|---|
| Plaintiffs serve Pretrial Disclosures (Proposed Pre-Trial Order, Witness List, Deposition Designations, and Exhibit List).<br><br>Plaintiffs serve Proposed Jury Materials ((i) voir dire questions, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms). | August 9, 2023 |
| Parties meet in good faith to attempt to reach agreement on the subject of any proposed MILs, and to set a schedule for MIL briefing. The parties will set a specific schedule for MIL briefing, but agree that MILs will be served no later than Sept. 26, responses served no later than Oct. 10, and replies served no later than Oct. 24. | Week of August 28, 2023 |
| Defendants to serve a narrowed list of prior art invalidity references under 35 U.S.C. §§ 102 and 103, to no more than 2 fixed prior art combinations per claim to be asserted at trial. For the sake of clarity, this means two combinations of references per patent claim per potential priority date for each such claim. | August 29, 2023 |
| Defendants serve objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures (Response to Pre-Trial Order, Witness List, Deposition Designations, and Exhibit List).<br><br>Defendants serve objections and rebuttal to Plaintiffs' Proposed Jury Materials. | August 29, 2023 |
| Plaintiffs serve updated draft Pre-Trial Order including objections to Rebuttal Pretrial Disclosures.<br><br>Plaintiffs serve updated draft of Proposed Jury Materials. | Sept. 19, 2023 |
| Defendants serve rebuttal and objections to Plaintiffs' deposition counter-designations. | October 5, 2023 |

| | |
|---|---|
| Plaintiffs serve objections to Defendants' rebuttal deposition designations. | October 24, 2023 |
| File Joint Pretrial Order.<br><br>File Proposed (i) voir dire questions, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms<br>File Joint Motions in limine briefing. | October 26, 2023 (unchanged) |
| Pretrial Conference | November 1, 2023 (10 a.m. ET) (unchanged) |
| First Day of Trial | November 13, 2023 (unchanged) |

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*

James M. Lennon (#4570)
Veronica McCarty (#6734)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
vmccarty@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants*
*AJG Iowa Refined Coal LLC*
*Arbor Fuels Company, LLC*
*Belle River Fuels Company, LLC*
*Canadys Refined Coal, LLC*
*Chouteau Fuels Company, LLC*
*Coronado Refined Coal, LLC*
*DTE Energy Resources, LLC*
*Erie Fuels Company, LLC*
*George Neal North Refined Coal, LLC*
*George Neal Refined Coal, LLC*
*Hastings Refined Coal, LLC*
*Huron Fuels Company, LLC*
*Jasper Fuels Company, LLC*
*Jefferies Refined Coal, LLC*
*Joppa Refined Coal LLC*
*Louisa Refined Coal, LLC*
*Newton RC, LLC*
*Portage Fuels Company, LLC*
*Superior Fuels Company 1, LLC*
*Walter Scott Refined Coal LLC*
*Williams Refined Coal, LLC*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Bascobert (A) Holdings LLC*
*Buffington Partners LLC*
*CERT Operations II LLC*
*CERT Operations IV LLC*
*CERT Operations RCB LLC*
*CERT Operations V LLC*
*Cottbus Associates LLC*
*Larkwood Energy LLC*
*Marquis Industrial Company, LLC*
*Rutledge Products LLC*
*Senescence Energy Products LLC*
*Springhill Resources LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Nicole A. DiSalvo*

Paul J. Lockwood (#3369)
Nicole A. DiSalvo (#4662)
Jessica R. Kunz (#5698)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
paul.lockwood@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant*
*Alistar Enterprises, LLC*

July 28, 2023

SO ORDERED this ________ day of ____________________, 2023.

______________________________________
United States District Court Magistrate Judge