# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Warren J. McCarty, III, Aisha M. Haley, and Richard A. Cochrane of CALDWELL CASSADY CURRY P.C. to represent Plaintiffs Midwest Energy Emissions Corp. and MES, Inc. in the above-captioned matter.

Dated: September 27, 2023

**DEVLIN LAW FIRM LLC**

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admissions *Pro Hac Vice* is granted.

Dated: _____          _____
                                                                                           United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of Texas and Illinois, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 9/01/2016, I further certify that the annual fee of $25.00 has been submitted or will be submitted upon filing.

Dated: September 27, 2023

*/s/ Warren J. McCarty, III*
Warren J. McCarty, III
Caldwell Cassady Curry P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848
wmccarty@caldwellcc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and State of Georgia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 9/01/2016, I further certify that the annual fee of $25.00 has been submitted or will be submitted upon filing.

Dated: September 27, 2023

*/s/ Aisha M. Haley*
Aisha M. Haley
Caldwell Cassady Curry P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848
ahaley@caldwellcc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 9/01/2016, I further certify that the annual fee of $25.00 has been submitted or will be submitted upon filing.

Dated: September 27, 2023

*/s/ Richard A. Cochrane*
Richard A. Cochrane
Caldwell Cassady Curry P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848
rcochrane@caldwellcc.com