# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
began@morrisnichols.com

September 28, 2023

The Honorable Christopher J. Burke   *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

     Re:    *Midwest Energy Emissions Corp. et al. v. Arthur J. Gallagher & Co. et al.*
            C.A. No. 19-1334 (CJB)

Dear Judge Burke:

Defendants in the above-captioned case request the scheduling of a status conference at the Court's earliest convenience to discuss trial logistics, including the appropriate length of trial. A jury trial involving plaintiffs' claims asserted against each of 34 separate defendants and each defendant's respective defenses is currently scheduled to commence on November 13, 2023. In preparing the Joint Pretrial Order, a dispute concerning the length of trial has surfaced. Defendants believe that, given the current scope of the case, a 10-day jury trial will be required. Given all of the issues that the current scope of the case presents, e.g., managing the presentation of evidence in Court involving each of the separate Defendants and supporting logistics for the trial (witness availability, hotel and trial space reservations, etc.), Defendants believe it would be beneficial to discuss these issues with the Court well in advance of the currently scheduled November 1, 2023 pretrial conference.

Defendants have conferred with Plaintiffs. Plaintiffs disagree that more than 5 days is necessary for trial, and contend that Defendants lack good cause to alter the Courts' orders setting this case for a 5-day trial.

                                Respectfully,

                                */s/ Brian P. Egan*

                                Brian P. Egan (#6227)

BPE/bac

cc:     All Counsel of Record (via electronic mail)