IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., ) ) ) Plaintiffs, ) ) v. ) ARTHUR J. GALLAGHER & CO., et al., ) ) Defendants. ) | Civil Action No. 19-1334-CJB |

**ORDER**

At Wilmington, Delaware this **16th** day of **October, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants' motion for summary judgment No. 1: non-infringement based on licensed use of process, (D.I. 563), is DENIED.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE