**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS | ) | |
| CORP. and MES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1334-CJB |
| | ) | |
| ARTHUR J. GALLAGHER & CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, Delaware this **17th day of October, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED that:

1.      Defendants' motion for summary judgment No. 2:  non-infringement of the '147

patent, (D.I. 564), is DENIED; and

2.      Defendants' motion for summary judgment No. 3: non-infringement of the '114

patent, '147 patent, '517 patent and '430 patent, (D.I. 565), is DENIED.

Christopher J. Burke
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE