IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) )  Civil Action No. 19-1334-CJB ) ) ) ) ) |

## ORDER

At Wilmington, Delaware this **19th** day of **October, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants' motion for summary judgment No. 5: no knowledge of patents or infringement, (D.I. 567), is DENIED.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE