# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., ) ) ) Plaintiffs, ) ) v. ) ) ARTHUR J. GALLAGHER & CO., et al., ) ) Defendants. ) | Civil Action No. 19-1334-CJB |

## ORDER

At Wilmington, Delaware this **23rd day of October, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants' motion for summary judgment No. 4: no infringement by Defendants that did not sell or offer to sell refined coal ("Motion"), (D.I. 566), is GRANTED-IN-PART and DENIED-IN-PART. The Motion is GRANTED as to all claims for contributory infringement against Defendants CERT Operations II LLC, CERT Operations IV LLC, CERT Operations V LLC and CERT Operations RCB LLC, and it is GRANTED as to all claims against Defendant AJG Iowa Refined Coal LLC. It is DENIED in all other respects.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE