# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 19-1334 (CJB) |
| v. | ) ) ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Peter Akawie Mazur of Devlin Law Firm LLC, on behalf of Plaintiffs Midwest Energy Emissions Corp. and MES Inc..

Dated: October 24, 2023

DEVLIN LAW FIRM LLC

/s/ Peter A. Mazur
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, Delaware 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiffs
Midwest Energy* and
*Emissions Corp. and MES Inc.*