IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>Plaintiffs, <br><br>v. <br><br>ARTHUR J. GALLAGHER & CO., et al., <br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendants' move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled in this case for November 1, 2023, in Courtroom 2A.

3. The following persons intend to appear at the pretrial conference, require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Jeff Dyess, Esquire
- Joseph Evall, Esquire
- Paul J. Kremer, Esquire
- George Lombardi, Esquire
- Paul Sykes, Esquire

WHEREFORE, Defendants' respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Brian P. Egan* | /s/ *Cortlan S. Hitch* |
| Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> araucci@morrisnichols.com | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801-1494 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com |
| *Attorneys for Defendants* <br> *AJG Iowa Refined Coal LLC* <br> *Arbor Fuels Company, LLC* <br> *Belle River Fuels Company, LLC* <br> *Canadys Refined Coal, LLC* <br> *Chouteau Fuels Company, LLC* <br> *Coronado Refined Coal, LLC* <br> *DTE Energy Resources, LLC* <br> *Erie Fuels Company, LLC* <br> *George Neal North Refined Coal, LLC* <br> *George Neal Refined Coal, LLC* <br> *Hastings Refined Coal, LLC* <br> *Huron Fuels Company, LLC* <br> *Jasper Fuels Company, LLC* <br> *Jefferies Refined Coal, LLC* <br> *Joppa Refined Coal LLC* <br> *Louisa Refined Coal, LLC* <br> *Newton RC, LLC* <br> *Portage Fuels Company, LLC* <br> *Superior Fuels Company 1, LLC* <br> *Walter Scott Refined Coal LLC* <br> *Williams Refined Coal, LLC* | *Attorneys for Defendants* <br> *Bascobert (A) Holdings LLC* <br> *Buffington Partners LLC* <br> *CERT Operations II LLC* <br> *CERT Operations IV LLC* <br> *CERT Operations RCB LLC* <br> *CERT Operations V LLC* <br> *Cottbus Associates LLC* <br> *Larkwood Energy LLC* <br> *Marquis Industrial Company, LLC* <br> *Rutledge Products LLC* <br> *Senescense Energy Products LLC* <br> *Springhill Resources LLC* |

SO ORDERED, this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

3