**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) |
| Defendants. | ) |

**ALISTAR ENTERPRISES, LLC'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON <u>PERSONAL DEVICES</u>**

Alistar Enterprises, LLC ("Alistar") moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Alistar states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled in this case for November 1, 2023, in Courtroom 2A.

3. The following persons intend to appear at the pretrial conference, require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Douglas R. Nemec, Esquire
- Leslie A. Demers, Esquire

WHEREFORE, Alistar respectfully requests that the Court issue an order, in the form herein, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

| | |
|---|---|
| OF COUNSEL: | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Douglas R. Nemec<br>Leslie A. Demers<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001-8602<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000<br>douglas.nemec@skadden.com<br>leslie.demers@skadden.com | */s/ Jessica R. Kunz*<br>Paul J. Lockwood (#3369)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendant*<br>*Alistar Enterprises, LLC* |
| DATED: October 27, 2023 | |

SO ORDERED, this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE