IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., | ) ) ) **JURY TRIAL DEMANDED** |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-1334 (CJB) ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) |
| Defendants. | ) |

**AMENDED EXHIBIT 7:
DEFENDANTS' WITNESS LIST**

Defendants[1] identify the following trial witnesses. Inclusion on this list does not imply or establish that Defendants may compel the live testimony of that witness and does not waive any objections that Defendants may have should Plaintiffs seek to introduce that witness's testimony.

### 1. Defendants' Expert Witnesses

| Name | Areas of Expert Qualification and Subject Matter of Expected Testimony |
| --- | --- |
| Dr. Stephen Niksa | Defendants will seek to qualify Dr. Stephen Niksa as an expert in the chemistry of coal and of coal combustion; emissions and emissions control in coal-fired power plants; and the physical chemistry of mercury and halogens and their compounds, particularly in the gas phase. Dr. Niksa will offer testimony on scientific and other factual issues relating to the invalidity of the asserted patent claims in light of the prior art, including but not limited to the scope and content of the prior art, the fields of the claimed inventions, the level of ordinary skill, the difference between the teachings of the prior art and the subject matter of the asserted claims, and any secondary considerations; the invalidity of the asserted patent claims for failure to comply with section 112 requirements; the teachings and disclosures in the applications that led to the issuance of the patents-in-suit and other documents in the prosecution history; and the priority dates to which the asserted patent claims are entitled. Dr. Niksa will also testify on issues relating to the unenforceability of the patents-in-suit, and technical issues relating to Plaintiffs' allegations that power plants directly infringe the asserted patent claims. In addition, Dr. Niksa will offer testimony in response to opinions offered by Mr. O'Keefe and any technical opinions offered by Mr. Green, and will |

---

[1] The Defendants are: The AJG RC Defendants (Canadys Refined Coal, LLC; Coronado Refined Coal, LLC; George Neal Refined Coal, LLC; George Neal North Refined Coal, LLC; Hastings Refined Coal, LLC; Jefferies Refined Coal, LLC; Joppa Refined Coal, LLC; Louisa Refined Coal, LLC; Walter Scott Refined Coal, LLC; and Williams Refined Coal, LLC); the DTE RC Defendants (Arbor Fuels Company LLC; Superior Fuels Company LLC; Belle River Fuels Company, LLC; Huron Fuels Company, LLC; Chouteau Fuels Company, LLC; Portage Fuels Company LLC; Erie Fuels Company, LLC; Jasper Fuels Company LLC; and Newton RC LLC); the CERT RC Defendants (Bascobert (A) Holdings, LLC; Buffington Partners, LLC; Cottbus Associates, LLC; Larkwood Energy, LLC; Marquis Industrial Company, LLC; Rutledge Products, LLC; Senescence Energy Products, LLC; and Spring Hill Resources, LLC); the CERT Operations Companies (CERT Operations II LLC; CERT Operations IV LLC; CERT Operations V LLC; and CERT Operations RCB LLC); Alistar Enterprises, LLC; AJG Iowa Refined Coal LLC; and DTE Energy Resources, LLC.

| | |
|---|---|
| | address any new factual evidence proffered in the areas of his expertise. Dr. Niksa may also offer testimony on any subject in his expert reports. |
| Dr. Connie Senior | Defendants will seek to qualify Dr. Connie Senior as an expert in the areas of the chemistry of coal and coal-fired power plants; air pollution control technologies, including in coal-fired power plants; refined coal; and chemistry, particularly the chemistry of mercury and halogens in coal-fired power plants. Dr. Senior will offer testimony on issues that include the chemistry of coal and coal combustion; mercury control technologies in coal-fired power plants; air pollution control technologies in coal-fired power plants; databases and statistics on power plants' use of various air pollution control technologies; the adoption and use by coal-fired power plants of different solutions for reducing mercury emissions; and substantial non-infringing uses of refined coal. In addition, Dr. Senior will offer testimony in response to opinions offered by Mr. O'Keefe and any technical opinions offered by Mr. Green or other plaintiff witnesses, including the methodology that they use to form their opinions, and will address any new factual evidence proffered in the areas of her expertise. Dr. Senior may also offer testimony on any subject in her expert report. |
| Catharine M. Lawton | Defendants will seek to qualify Ms. Catharine M. Lawton as an expert in the areas of economics; patent licensing; and the calculation of reasonable royalties and damages in patent litigation. Ms. Lawton will offer testimony on all relevant commercial and economic issues relating to the determination of damages for any infringement that may be found in this case, including analysis of the economics of, and commercial transactions and interactions in, the coal-fired power plant industry and among the entities involved in this litigation. She will also testify about the history of Section 45 legislation; guidances issued in connection with Section 45; commercial aspects of the section 45 tax credit program and its operation; and commercial and economic developments in the coal-fired power plant industry during the relevant timeframe of this case. In addition, Ms. Lawton will offer testimony in response to opinions offered by Mr. Green and any economic opinions offered by Mr. O'Keefe. She will address commercial and economic methodologies employed by Mr. Green and Mr. O'Keefe in their analyses, and will provide relevant commercial testimony relating to secondary considerations of non-obviousness. She will also address any new factual evidence proffered in the areas of her expertise. Ms. Lawton may also offer testimony on any subject in her expert reports. |

    **2.**    **Witnesses**

        **a.**      **Will Call**

1. Sally Batanian
2. Chris Berkimer
3. Jeff Green
4. Vince Inendino
5. Cathy Lawton
6. Stephen Niksa
7. Katie Panczak
8. Leah Schaatt
9. Constance Senior

        **b.**      **May Call**

1. Rick MacPherson
2. Jim Trettel
3. John Pavlish
4. Michael Holmes
5. Edwin Olson
6. Philip Green
7. Philip O'Keefe
8. George Kotch
9. Vincent Verschueren
10. Thomas Erickson
11. Jay Gunderson
12. William Whitney

13. James Landreth

14. Jon Finlinson

15. Daniel Carro

16. Larry Kuennen

Defendants reserve the right to call all, some, or none of their "will call" witnesses. Defendants further reserve the right to call any additional witnesses necessitated by any of the Court's pretrial or trial rulings. Defendants also reserve the right to play deposition clips for any witness for which Defendants timely provided designations. If Plaintiffs elect not to call their "will call" fact witnesses Rick MacPherson and John Pavlish live, Defendants may seek to offer deposition designations from those witnesses as well. Defendants further reserve the right to call, either live or by deposition: (a) additional witnesses to provide foundational testimony should any party contest the authenticity or admissibility of any material proffered at trial; (b) substitute witnesses for any identified witness whose employment or other relationship with a company changes such that he or she is no longer able, available, or willing to testify on that company's behalf at trial; (c) any witnesses identified by Plaintiffs; and (d) any additional witnesses to respond to issues raised after the submission of this list, such as the testimony of any witness who has not yet been deposed.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 31, 2023, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>Peter Akawie Mazur, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Bradley W. Caldwell, Esquire<br>Jason D. Cassady, Esquire<br>John Austin Curry, Esquire<br>Justin T. Nemunaitis, Esquire<br>Adrienne R. Dellinger, Esquire<br>Daniel R. Pearson, Esquire<br>Warren J. McCarty, III, Esquire<br>Aisha M. Haley, Esquire<br>Richard A. Cochrane, Esquire<br>CALDWELL CASSADY CURRY PC<br>2121 North Pearl Street, Suite 1200<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)