# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

## PLAINTIFFS MIDWEST ENERGY EMISSIONS CORP.'S AND MES INC.'S NOTICE CORRECTING THE RECORD

Dated: November 1, 2023

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com

**DEVLIN LAW FIRM LLC**
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

At today's pretrial conference, counsel for Defendants presented argument about *TecSec v. Adobe Inc.*, No. 1:10-CV-115, 2018 WL 11388472, at *7 (E.D. Va. Nov. 21, 2018), and the district court's holding, on a motion *in limine*, precluding part of the plaintiff's induced-infringement case.  In response, Plaintiffs noted that the case may have been overruled.  In later remarks, however, counsel for Defendants disagreed.

To correct the record, ME2C hereby submits this notice.  Attached as Ex. 1 to this notice is the district court's opinion.  Attached as Ex. 2 is a copy of the Federal Circuit's opinion expressly "revers[ing] the district court's decision to preclude TecSec from introducing evidence of post-March 3, 2011 inducement of infringement," *TecSec, Inc. v. Adobe Inc.*, 978 F.3d 1278, 1289 (Fed. Cir. 2020), with relevant passages highlighted.

| | |
|---|---|
| Dated: November 1, 2023 | **DEVLIN LAW FIRM LLC** |
| OF COUNSEL: | */s/ James M. Lennon* |
| | James M. Lennon (No. 4570) |
| Bradley W. Caldwell | Peter Akawie Mazur (No. 6732) |
| Texas Bar No. 24040630 | 1526 Gilpin Avenue |
| Jason D. Cassady | Wilmington, DE 19806 |
| Texas Bar No. 24045625 | (302) 449-9010 |
| John Austin Curry | jlennon@devlinlawfirm.com |
| Texas Bar No. 24059636 | pmazur@devlinlawfirm.com |
| Justin T. Nemunaitis | |
| Texas Bar No. 24065815 | *Attorneys for Plaintiffs Midwest Energy* |
| Adrienne R. Dellinger | *Emissions Corp. and MES Inc.* |
| Texas Bar No. 24116275 | |
| **CALDWELL CASSADY CURRY PC** | |
| 2121 N. Pearl Street, Suite 1200 | |
| Dallas, Texas 75201 | |
| Phone: (214) 888-4848 | |
| Fax: (214) 888-4849 | |
| bcaldwell@caldwellcc.com | |
| jcassady@caldwellcc.com | |
| acurry@caldwellcc.com | |
| jnemunaitis@caldwellcc.com | |
| adellinger@caldwellcc.com | |