IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-1334-CJB <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington, Delaware this **3rd day of November, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants' motion for summary judgment No. 6: no contributory infringement under 35 U.S.C. § 271(c), (D.I. 568), is DENIED.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE