**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS | ) | |
| CORP. and MES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1334-CJB |
| | ) | |
| ARTHUR J. GALLAGHER & CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, Delaware this **3rd day of November, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS

HEREBY ORDERED that Defendants' motion for summary judgment No. 8:  invalidity of

asserted claims under 35 U.S.C. §§ 102, 103 and 112, (D.I. 570), is DENIED.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE