IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 19-1334-CJB |
| v. | ) ) | |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) | |
| Defendants. | ) | |

**<u>VOIR DIRE</u>**

**I.      INTRODUCTION**

Good morning, ladies and gentlemen. I am Judge Burke. I will now ask you questions which relate to your becoming jurors in this case. This part of a trial is called a voir dire examination of prospective jury members. "Voir dire" simply means that you will truthfully answer questions which are asked of you as a prospective juror in this proceeding. The purpose of the voir dire examination is:

    A.    To gain knowledge about your attitudes concerning issues to be decided and questions answered in this case;

    B.    To enable the court to determine whether any prospective juror should be excused; and

    C.    To enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel.

Now my Courtroom Deputy will administer the oath because it is important that you answer these questions truthfully.

(To Deputy:  Please swear the panel.)

You all have a printed copy of these questions and a pen. If your answer is "yes" to any question, please take your pen and circle the number of that question. After I finish reading all the questions, you may be asked whether you answered "yes" to any questions. Once I have completed all of the questions, I may ask some of you who answered "yes" to one or more questions to come back to the jury room to discuss your answers with the lawyers and me.

This is a timed trial, which means that each side has a set amount of hours in which to present their case.  The presentation of evidence in this case is expected to be completed either on this Friday, November 17, or next Monday, November 20; jury deliberations will follow, and we expect to be completed with the case by Monday, November 20 or Tuesday, November 21.

The schedule that I expect to keep over the days of evidence presentation will include a morning break of 15 minutes, a lunch break of at least a half an hour, and an afternoon break of 15 minutes.  Trial will start each day at 9:00 a.m. and will finish no later than 5:00 p.m. each day.

1. Does the schedule I have just mentioned present a special problem to any of you?

## II.   IDENTIFICATION OF PARTIES AND COUNSEL

Next, I will ask you about the people involved in this case so you can tell me if anyone here has any prior dealings with anyone involved in the case.

2. The Plaintiffs in this case are Midwest Energy Emissions Corp. and MES, Inc. Together they will sometimes be referred to as ME2C.  Have you or any of your close family members had any dealings with either of the Plaintiffs?

3. ME2C is represented by the Devlin Law Firm and the Caldwell Cassady Curry Law Firm.  [List names of individual lawyers].  Do any of you know, or are you acquainted with, these lawyers or any other lawyer or employees in their offices?

4. Do any of you have pending business, or have you had business, with those law firms or with ME2C?

5. There are 34 separate Defendants and/or Counterclaim-Plaintiffs in this case.  I'll refer to these parties as "Defendants" here.  Several of Defendants are represented by the same attorneys.  I will tell you the names of these Defendants, and the

counsel for them.  The first group is:

- AJG Iowa Refined Coal LLC
- Coronado Refined Coal LLC
- Jefferies Refined Coal LLC
- Louisa Refined Coal LLC
- Williams Refined Coal LLC
- Walter Scott Refined Coal LLC
- Joppa Refined Coal LLC
- Hastings Refined Coal LLC
- George Neal Refined Coal LLC
- George Neal North Refined Coal LLC
- Canadys Refined Coal LLC
- DTE Energy Resources, LLC
- Arbor Fuels Company, LLC
- Belle River Fuels Company, LLC
- Choteau Fuels Company, LLC
- Jasper Fuels Company, LLC
- Portage Fuels Company, LLC
- Superior Fuels Company 1, LLC
- Erie Fuels Company, LLC
- Huron Fuels Company, LLC
- Newton RC, LLC

4

      Have any of you, or your close family members, had any dealings with any of these entities?

    6.      These Defendants are represented by the law firms of Morris, Nichols, Arsht & Tunnell LLP, Gibson Dunn & Crutcher LLP and Winston & Strawn LLP.  [List names of individual lawyers].  Do any of you know, or are you acquainted with these lawyers or any other lawyer or employees in their offices?  Do any of you have pending business, or have you had business, with those law firms?

The next Defendant is:

- Alistar Enterprises LLC

    7.      Have any of you had dealings with this entity?  Also, this Defendant is represented by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.  [List names of individual lawyers].  Do any of you know, or are you acquainted with these lawyers or any other lawyer or employees in their offices?  Do any of you have pending business, or have you had business, with that law firm?

The final group of Defendants is:

- CERT Operations II LLC
- CERT Operations IV LLC
- CERT Operations V LLC
- CERT Operations RCB LLC
- Senescence Energy Products LLC
- Bascobert (A) Holdings LLC
- Buffington Partners LLC
- Larkwood Energy LLC

5

- Rutledge Products LLC
- Cottbus Associates LLC
- Springhill Resources LLC
- Marquis Industrial Company LLC

8. Have any of you had dealings with these entities? Also, these Defendants are represented by the law firms of Morris James LLP and Bradley Arant Boult Cummings LLP. [List names of individual lawyers]. Do any of you know, or are you acquainted with, these lawyers or any other lawyer or employees in their offices? Do any of you have pending business, or have you had business, with those law firms?

During the course of the trial, you may hear references to companies that are not parties to the case including, but not limited to:

- Arthur J. Gallagher & Co., and
- Chem-Mod LLC

9. Have any of you, or your close family members, had any dealings with any of those companies, or any people from those companies? Or have you or your close family members had any dealings with any company that operates or provides services to a coal-fired power plant?

### III. WITNESSES

I am going to read a list of witnesses who may be called during this trial.

- Rick MacPherson
- Jim Trettel

6

- John Pavlish
- Michael Holmes
- Edwin Olson
- Philip Green
- Philip O'Keefe
- Catharine Lawton
- Stephen Niksa
- Connie Senior
- Sally Batanian
- Vince Inendino
- Katherine Panczak
- Christopher Berkimer
- George Kotch
- Vincent Verschueren
- Leah Schaatt
- Jeff Green
- Thomas Erickson
- Jay Gunderson
- William Whitney
- James Landreth
- Jon Finlinson
- Daniel Carro

- Larry Kuennen

10. Do you know, or are you acquainted with any of the people that I just named?

## IV.  NATURE OF THE CASE

I will now tell you briefly about this case and the parties involved.  ME2C has sued each of the named Defendants for patent infringement.  For now, I will simply tell you that this case is an action for patent infringement under the patent laws of the United States.  ME2C owns several United States patents that relate to methods for capturing mercury from the emissions of coal-fired power plants.  ME2C has accused each Defendant of indirectly infringing those patents by selling a product known as refined coal, and by inducing the power plant customer that purchases its refined coal to practice ME2C's patented methods without permission.  If the jury in this case finds a Defendant to have indirectly infringed, then ME2C is seeking money damages from that Defendant of $1.00 for each ton of refined coal that the Defendant sold to an infringing power plant that used the refined coal to infringe the patent.

Each Defendant denies infringement in this case and contends that ME2C is not entitled to damages.  Each Defendant also contends that ME2C's patents are invalid.

During this trial, if you are selected for the jury, you will be asked to make decisions to resolve these disputes between ME2C and the Defendants.  I have briefly described the positions and contentions of the parties in this case.

11. Do any of you know anything about this dispute other than what I just described?

12. Have you, any members of your family, or close friends ever been involved in a patent infringement case or involved in a controversy over a patent?

13. This case is specifically about patent infringement.  Does anyone have any beliefs or views about patent infringement lawsuits generally?

## V. TECHNOLOGY

14. I mentioned before that the technology in this case deals with a way of capturing mercury emissions from coal-fired power plants. Was anyone here familiar with that type of technology before today?

15. Has anyone here ever worked at a power plant?

16. Has anyone here ever worked with pollution control technology?

17. Has anyone here ever worked in the chemicals industry?

18. Has anyone here ever worked for an engineering firm or as a process engineer?

19. The technology in this case involves power plants that combust coal to generate electricity. Does anybody here have strong feelings about coal to the point that you could not follow the law in deciding the case?

## VI. BURDENS OF PROOF AND THE LAW

One of your duties as jurors is to take the law as I instruct you, apply it to the facts, and decide which party should prevail on the issues presented. It is my responsibility to decide which rules of law apply to the case and to instruct you on what legal principles to follow. In addition, because this is a patent case, I will also provide you definitions of what certain terms of the patents mean. These are called the Court's claim constructions. You are bound by your oath as jurors to follow the Court's instructions and its claim constructions, even if you personally disagree with them.

20. Would anyone be unable to follow my instructions in this case if you personally disagreed with the instructions provided by the Court?

## VII. CONCLUSION

21. Is there anything else, including something you have remembered in connection

with one of the earlier questions, or that any of you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?