IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) ) ) ) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The parties jointly move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A trial is currently scheduled for November 13th through November 22nd, in Courtroom 2A before Judge Burke, with courtroom technology setup scheduled for November 9th.

3. The following persons intend to appear at courtroom setup and/or trial, require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Leslie Demers, Esquire
- Nicole DiSalvo, Esquire
- Jeff Dyess, Esquire
- Joseph Evall, Esquire
- David Glandorf, Esquire
- Paul Kremer, Esquire
- Jessica Kunz, Esquire
- Neil Murphy, Esquire
- Doug Nemec, Esquire
- Paul Sykes, Esquire
- Martha Calvo, Paralegal
- Beverly J. DeFeo, Paralegal
- Joshua Green, Paralegal
- Shea Ross, Paralegal
- Julie Seger, Paralegal
- Rhonda Thomas, Paralegal
- Sarah Welty, Paralegal
- Bryan Edelman, Jury Consultant
- Pete Diaz, Trial Technician
- Michael Grossklaus, Trial Technician
- Kara Lyon, Trial Technician
- Scott Perloff, Trial Technician
- Scott Whitford, Trial Technician

- Matt Zang, Trial Technician
- Jeff Green, Client Representative
- Rick MacPherson, Client Representative
- John Pavlish, Client Representative
- Leah Schaatt, Client Representative
- Sally Batanian, Witness
- Chris Berkimer, Witness
- Vince Inendino, Witness
- Philip Green, Expert Witness
- Elijah Stitson, Assistant to Mr. Green
- Josh Lathrop, Expert Witness
- Catharine Lawton, Expert Witness
- Stephen Niksa, Expert Witness
- Philip J. O'Keefe, Expert Witness
- Katherine Panczak, Witness
- Julia Ragde, Expert Witness
- Constance Senior, Expert Witness

WHEREFORE, the parties respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ *Peter Akawie Mazur* | /s/ *Brian P. Egan* |
| James M. Lennon (#4570)<br>Peter Akawie Mazur (#6732)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>pmazur@devlinlawfirm.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants*<br>*AJG Iowa Refined Coal LLC*<br>*Arbor Fuels Company, LLC*<br>*Belle River Fuels Company, LLC*<br>*Canadys Refined Coal, LLC*<br>*Chouteau Fuels Company, LLC*<br>*Coronado Refined Coal, LLC*<br>*DTE Energy Resources, LLC*<br>*Erie Fuels Company, LLC*<br>*George Neal North Refined Coal, LLC*<br>*George Neal Refined Coal, LLC*<br>*Hastings Refined Coal, LLC*<br>*Huron Fuels Company, LLC*<br>*Jasper Fuels Company, LLC*<br>*Jefferies Refined Coal, LLC*<br>*Joppa Refined Coal LLC*<br>*Louisa Refined Coal, LLC*<br>*Newton RC, LLC*<br>*Portage Fuels Company, LLC*<br>*Superior Fuels Company 1, LLC*<br>*Walter Scott Refined Coal LLC*<br>*Williams Refined Coal, LLC* |

| | |
|---|---|
| MORRIS JAMES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Kenneth L. Dorsney* | */s/ Nicole A. DiSalvo* |
| Kenneth L. Dorsney (#3726) | Paul J. Lockwood (#3369) |
| Cortlan S. Hitch (#6720) | Nicole A. DiSalvo (#4662) |
| 500 Delaware Avenue, Suite 1500 | Jessica R. Kunz (#5698) |
| Wilmington, DE  19801-1494 | One Rodney Square |
| (302) 888-6800 | P.O. Box 636 |
| kdorsney@morrisjames.com | Wilmington, DE  19899-0636 |
| chitch@morrisjames.com | (302) 651-3000 |
| | paul.lockwood@skadden.com |
| *Attorneys for Defendants* | nicole.disalvo@skadden.com |
| *Bascobert (A) Holdings LLC* | jessica.kunz@skadden.com |
| *Buffington Partners LLC* | |
| *CERT Operations II LLC* | *Attorneys for Defendant* |
| *CERT Operations IV LLC* | *Alistar Enterprises, LLC* |
| *CERT Operations RCB LLC* | |
| *CERT Operations V LLC* | |
| *Cottbus Associates LLC* | |
| *Larkwood Energy LLC* | |
| *Marquis Industrial Company, LLC* | |
| *Rutledge Products LLC* | |
| *Senescence Energy Products LLC* | |
| *Springhill Resources LLC* | |

November 7, 2023

SO ORDERED, this  7th  day of  Nov. , 2023.

*Christopher J. Burke*
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

5