# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 19-1334-CJB |
| ARTHUR J. GALLAGHER & CO., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington, Delaware this **8th day of November, 2023**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants' motion for summary judgment No. 7: no inducement under 35 U.S.C. § 271(b) ("Motion"), (D.I. 569), is DENIED.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE