IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br>Plaintiffs, <br><br>v. <br><br>ARTHUR J. GALLAGHER & CO., *et al.*, <br><br>Defendants. | ) ) ) ) ) C.A. No. 19-1334 (CJB) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

### JOINT GLOSSARY OF TERMS

'114 Patent
'147 Patent
'225 Patent
'430 Patent
'517 Patent
AC / "activated carbon"
ACI "activated carbon injection"
ADA-ES
adsorb
adsorption
AECI
AJG Iowa Refined Coal LLC
AJG RC Defendants
Alistar
Alistar Enterprises LLC
Alkali
Alkaline
Allen
Ameren
Amperage
Anion
Antelope Valley
Anthracite
Aqueous
Arbor Fuels Company, LLC
ARCO
Arthur J. Gallagher & Co.
ASME
Bascobert (A) Holdings LLC
Basin Electric Power Coop
BCP

- Belle River Fuels Company, LLC
- Bernard Vosteen
- Big Cajun II
- Bituminous
- Br
- $Br_2$
- BR minus
- BR radical
- Bromide
- Bromide ion
- Brominated
- Bromine
- Buffington Partners LLC
- $CaBr_2$
- Calcium bromide
- Canadys Refined Coal LLC
- Carbene
- Carbocation
- Carbonaceous
- Catharine (Cathy) Lawton
- Cation
- Cayuga
- Centigrade
- Centrifugal
- CERT Defendants
- CERT Operations Companies
- CERT Operations II LLC
- CERT Operations IV LLC
- CERT Operations RCB LLC
- CERT Operations V LLC
- CERT RC Defendants
- Char
- Chem-Mod
- Chesterfield
- Chloride
- Chlorine
- Chouteau Fuels Company, LLC
- Christopher Berkimer
- Clean Coal Solutions
- CLECo
- $CO_2$
- Coal-fired
- Coke
- Coleto Creek
- Columbia
- Combustion zone

Constance (Connie) Senior
Cope
Coronado Refined Coal LLC
Cottbus Associates LLC
Daniel Carro
Decompose
Decomposition
Demineralizer
Desulphurization
Dolet Hills
Dominion Energy
Doug Comrie
Downs-Boiler
Downs-Halogenation
DTE Energy
DTE Energy Resources, LLC
DTE RC DefendantsDynamometers
Eckberg
Edwin Olson
EIA
Electropneumatic
Electrostatic precipitator
Elemental
Energy & Environmental Research Center at the University of North Dakota ("EERC")
EPA-Proposal
EPRI
Erie Fuels Company, LLC
ESP
Fabric filters
FDT
FGD
Flue gas
Flue gas desulfurization system
George Kotch
George Neal North Refined Coal LLC
George Neal Refined Coal LLC
Gibson
Granite
Graphene
Graphite
Halide
Halogen
Halogenate
Hastings Refined Coal LLC
HBr
HCl

3

Hg
$HgBr_2$
Hopper
Hydrogen bromide
Hydrogen chloride
Huron Fuels Company, LLC
ICR
Intermountain
Inventive sorbent
Ions
IPR
James Landreth
Jasper Fuels Company, LLC
Jay Gunderson
Jeff Green
Jefferies Refined Coal LLC
Jim Trettel
John Pavlish
Jon Finlinson
Joppa Refined Coal LLC
Katherine (Katie) Panczak
Labadie
Laramie River
Larkwood Energy LLC
Larry Kuennen
Leah Schaatt
Lewis acid
Lewis base
Lignite
Lime
Limestone
Lissianski-Patent
Lissianski-Presentation
Louisa Refined Coal LLC
Luminant
Marquis Industrial Company LLC
Marshall
ME2C
MEGA
mercuric halide
Mercury
Mercury and Air Toxics Standards (MATS)
Merck
Mercurator
Mercury
MerSorb

MES Inc.
Methyl
Michael Holmes
Mid-American Energy Co
Midwest Energy Emissions Corp.
Molecular bromine
Monatomic
Mount Storm
Muscatine
NaBr
Nalco
Newton RC, LLC
NIST
Nitrogen oxides
Non-aqueous liquid
$NO_x$ ("knocks")
NORIT
NRG
Oak Grove
Olson-646
Olson-Paper
Oxidize
PAC ("pack")
$PBr_3$
Petrochemicals
Philip Green
Philip O'Keefe
PHOSITA
Portage Fuels Company, LLC
POSA
POSITA
Powder River Basin (PRB) coal
Powdered activated carbon
Powerton
Promoter
Promotion
Promulgation
Provisional Application
PTAB
PTO
Pyrolysis
RC Defendants
REFCO
Refined coal
Rick MacPherson
Rush Island

Rutledge Products LLC
Sally Batanian
Salt River Project (SRP)
SCR
SEA2
Section 45
Selective catalytic reduction
Selenium
Senescence Energy Products LLC
Sharon Sjostrom ("Shoe-strum")
Sid Nelson (Jr.)
Sorbent
$SO_x$ ("socks")
Speciation
Spectroscopic
Springhill Resources LLC
S-Sorb
Stephen Niksa
sub-bituminous coal
Sulfur oxides
Superior Fuels Company 1, LLC
Talen
Tetrachloride
Thomas Erickson
U.S. Patent No. 10,343,114
U.S. Patent No. 10,589,225
U.S. Patent No. 10,596,517
U.S. Patent No. 10,668,430
U.S. Patent No. 8,168,147
Valence electron
Vince Inendino
Vincent Verschueren
Vistra
W.A. Parish
Waals
Walter Scott Refined Coal LLC
Weston
Whelan Energy Center
William Whitney
Williams Refined Coal LLC
Zig-zag

**Plaintiffs' counsel**:

Caldwell Cassady & Curry
Adrienne R. Dellinger
Aisha Mahmood Haley
Bradley W. Caldwell
Daniel R. Pearson
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
Richard A. Cochrane
Warren J. McCarty, III
Devlin Law Firm
James M. Lennon
Peter A. Mazur

**Defendants' counsel:**

Anthony D. Raucci (Morris Nichols)
Brian P. Egan (Morris Nichols)
Cortlan Hitch (Morris James)
David Glandorf (Gibson Dunn)
Douglas R. Nemec (Skadden)
George Lombardi (Winston & Strawn)
Ina Kosova (Gibson Dunn)
Jeff Dyess (Bradley)
Jessica R. Kunz (Skadden)
John Drosick (Winston & Strawn)
Joseph Evall (Gibson Dunn)
Ken Dorsney (Morris James)
Leslie A. Demers (Skadden)
Nicole A. DiSalvo (Skadden)
NoahLani Litwinsella (Gibson Dunn)
Paul J. Kremer (Gibson Dunn)
Paul Sykes (Bradley)
Peter Harding (Winston & Strawn)
Richard W. Mark (Gibson Dunn)
Sarah Krajewski (Winston & Strawn)

**Trial Technicians (Hot Seat):**

Pete Diaz (Plaintiffs)
Scott Perloff (Defendants)

Dated: November 9, 2023

| | |
|---|---|
| James M. Lennon (No. 4570)<br>Peter Akawie Mazur (No. 6732)<br>**DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>pmazur@devlinlawfirm.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |

OF COUNSEL:                                         OF COUNSEL:

| | |
|---|---|
| Bradley W. Caldwell<br>Jason D. Cassady<br>John Austin Curry<br>Justin T. Nemunaitis<br>Warren McCarty<br>Adrienne R. Dellinger<br>Aisha M. Haley<br>Richard Cochrane<br>**CALDWELL CASSADY CURRY PC**<br>2121 N. Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>Fax: (214) 888-4849<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>wmccarty@caldwellcc.com<br>adellinger@caldwellcc.com<br>ahaley@caldwellcc.com<br>rcochrane@caldwellcc.com | Jeff Dyess<br>Paul Sykes<br>Benn Wilson<br>Ashley M. Robinson<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 521-8000<br>Facsimile: (205) 521-8800<br>jdyess@bradley.com<br>psykes@bradley.com<br>bcwilson@bradley.com<br>amrobinson@bradley.com<br><br>Jessica Zurlo<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>1615 L Street NW<br>Ste 1350<br>Washington, D.C. 20036<br>Telephone: (202) 393-7150<br>Facsimile: (202) 347-1684<br>jzurlo@bradley.com |
| *Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | *Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescene Energy Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, Marquis Industrial Company, LLC, Rutledge Products, LLC* |

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
**MORRIS NICHOLS ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
RMark@gibsondunn.com
JEvall@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
DGlandorf@gibsondunn.com

George Lombardi
John Drosick
Sarah Krajewski
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
glombardi@winston.com
jdrosick@winston.com
skrajewski@winston.com

*Attorneys for Defendants AJG Iowa Refined Coal LLC; Arbor Fuels Company, LLC; Belle River Fuels Company, LLC; Canadys Refined Coal, LLC;*

*Chouteau Fuels Company, LLC; Coronado Refined Coal, LLC; DTE Energy Resources, LLC; Erie Fuels Company, LLC; George Neal North Refined Coal, LLC; George Neal Refined Coal, LLC; Hastings Refined Coal, LLC; Huron Fuels Company, LLC; Jasper Fuels Company, LLC; Jefferies Refined Coal, LLC; Joppa Refined Coal LLC; Louisa Refined Coal, LLC; Newton RC, LLC; Portage Fuels Company, LLC; Superior Fuels Company 1, LLC; Walter Scott Refined Coal LLC; Williams Refined Coal, LLC*

Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendant Alistar Enterprises, LLC*


/s/ James M. Lennon
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

OF COUNSEL:

Bradley W. Caldwell
Jason D. Cassady
John Austin Curry
Justin T. Nemunaitis
Warren McCarty
Adrienne R. Dellinger
Aisha M. Haley
Richard Cochrane
**CALDWELL CASSADY CURRY PC**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Phone: (214) 888-4848
Fax: (214) 888-4849
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
wmccarty@caldwellcc.com
adellinger@caldwellcc.com
ahaley@caldwellcc.com
rcochrane@caldwellcc.com

*Attorneys for Plaintiffs*
*Midwest Energy Emissions Corp.*
*and MES Inc.*

/s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

OF COUNSEL:

Jeff Dyess
Paul Sykes
Benn Wilson
Ashley M. Robinson
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com
amrobinson@bradley.com

Jessica Zurlo
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street NW
Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
jzurlo@bradley.com

*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescene Energy Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, Marquis Industrial Company, LLC, Rutledge Products, LLC*

11

*/s/ Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
**MORRIS NICHOLS ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Richard W. Mark
Joseph Evall
Paul J. Kremer
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
RMark@gibsondunn.com
JEvall@gibsondunn.com
PKremer@gibsondunn.com

David Glandorf
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
DGlandorf@gibsondunn.com

George Lombardi
John Drosick
Sarah Krajewski
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
glombardi@winston.com
jdrosick@winston.com
skrajewski@winston.com

*Attorneys for Defendants AJG Iowa Refined Coal LLC; Arbor Fuels Company, LLC; Belle River Fuels Company, LLC; Canadys Refined*

*Coal, LLC; Chouteau Fuels Company, LLC; Coronado Refined Coal, LLC; DTE Energy Resources, LLC; Erie Fuels Company, LLC; George Neal North Refined Coal, LLC; George Neal Refined Coal, LLC; Hastings Refined Coal, LLC; Huron Fuels Company, LLC; Jasper Fuels Company, LLC; Jefferies Refined Coal, LLC; Joppa Refined Coal LLC; Louisa Refined Coal, LLC; Newton RC, LLC; Portage Fuels Company, LLC*

*/s/ Jessica Kunz*
Paul J. Lockwood (ID No. 3369)
Nicole A. DiSalvo (ID No. 4662)
Jessica R. Kunz (ID No. 5698)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
nicole.disalvo@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:

Douglas R. Nemec
Leslie A. Demers
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Tel.: (212) 735-3000
Fax: (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com

*Attorneys for Defendant Alistar Enterprises, LLC*

13

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that copies of the within filing were served on counsel of record via the Court's CM/ECF system on November 9, 2023.

                                                  */s/James M. Lennon*
                                                  James M. Lennon (No. 4570)