IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) <br> ) |

**<u>STIPULATION OF DISMISSAL AS TO ALISTAR ENTERPRISES, LLC</u>**

IT IS HEREBY STIPULATED pursuant to a settlement agreement by Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("Plaintiffs") and Defendant Alistar Enterprises, LLC, subject to the approval of the Court, that all claims and counterclaims asserted in this action between Plaintiffs and Alistar Enterprises, LLC are dismissed with prejudice, with each of the aforementioned parties to bear its own attorneys' fees and costs.

This stipulation does not affect any other claim brought against any other party.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ James M. Lennon_____<br>James M. Lennon (#4570)<br>Peter Akawie Mazur (#6732)<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br>pmazur@devlinlawfirm.com<br><br>*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.* | /s/ Nicole A. DiSalvo_____<br>Paul J. Lockwood (#3369)<br>Nicole A. DiSalvo (#4662)<br>Jessica R. Kunz (#5698)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899-0636<br>Telephone: (302) 651-3000<br>paul.lockwood@skadden.com<br>nicole.disalvo@skadden.com<br>jessica.kunz@skadden.com<br><br>*Attorneys for Defendant Alistar Enterprises, LLC* |

SO ORDERED, this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE