# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., | ) ) ) C.A. No. 19-1334 (CJB) |
| Plaintiffs, | ) ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) **REDACTED VERSION** ) |
| Defendants. | ) ) |

## DEFENDANTS' NOTICE IN RESPONSE TO ORAL ORDER (D.I. 644)

OF COUNSEL:

Jeffrey D. Dyess
Paul M. Sykes
Benn C. Wilson
Ashley M. Robinson
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Email: jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com
amrobinson@bradley.com

Jessica Zurlo
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street NW, Ste 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Email: jzurlo@bradley.com

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*CERT Operations IV LLC,*
*CERT Operations V LLC,*
*CERT Operations RCB LLC,*
*CERT Operations II LLC,*
*Senescene Energy Products, LLC,*
*Springhill Resources LLC,*
*Buffington Partners LLC,*
*Bascobert (A) Holdings LLC,*
*Larkwood Energy LLC,*
*Cottbus Associates LLC,*
*Marquis Industrial Company, LLC,*
*Rutledge Products, LLC*

Dated: November 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 19-1334 (CJB) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) **REDACTED VERSION** <br> ) <br> ) |

**DEFENDANTS' NOTICE IN RESPONSE TO ORAL ORDER (D.I. 644)**

On November 20, 2023, the Court ordered Defendants to provide the Court further information regarding the unavailability of certain of its witnesses noted in the parties' Status Report (D.I. 643) filed November 17, 2023. Accordingly, CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescence Energy Products LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Larkwood Energy LLC, Rutledge Products LLC, Cottbus Associates LLC, Springhill Resources LLC, and Marquis Industrial Company LLC ("CERT Defendants" or "Defendants"), hereby provide the following information:

**(1)   The identities of each of the witnesses who are unavailable for the trial weeks proposed by the Court and a short description of the substance of their expected testimony.**

<u>Connie Senior, Ph.D</u>.  Dr. Senior is unavailable for trial the week of January 22, 2024.  Dr. Senior is Defendants' technical expert addressing such issues as consumption and use of refined coal with and without activated carbon in coal-fired power plants, the use of activated carbon in the coal-fired power plant industry, and related emissions control issues necessary to an understanding the claims and defenses in this action.  It is also anticipated that Dr. Senior would

observe the testimony of Plaintiffs' expert witnesses during the trial to be able to respond directly if needed with the necessary scientific and technical background to understand many technical points in their testimony, including the methodologies used by Plaintiffs' experts in forming their opinion testimony.

<u>Leah Schaatt</u>.  Ms. Schaatt is unavailable for trial the week of February 26, 2023.   Ms. Schaatt is expected to be the CERT entities' corporate representative.  She served in an accounting and finance role with the businesses. Her testimony is intended primarily to address the background, nature, and operation of the business itself and the organization and relationships of the defendant entities with the power plants they served.

**(2)      A detailed description of the medical/healthcare related issue that is rendering the witness unavailable for the entirety of the proposed trial weeks.**

<u>Connie Senior</u>.  Dr. Senior is unavailable for trial the week of January 22, 2024, due to an ████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████  As Defendants' technical expert addressing such issues as consumption and use of refined coal with and without activated carbon, the use of activated carbon in the coal-fired power plant industry, and related emissions control issues, it was anticipated that Dr. Senior would observe the testimony of Plaintiffs' expert witnesses during the trial to be able to respond directly if needed to their testimony.

<u>Leah Schaatt</u>.   Ms. Schaatt ████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

2

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████ As the CERT entities' corporate representative, it was anticipated that Ms. Schaatt would attend the entire trial.

**(3) An explanation as to why alternative solutions (i.e., testifying out of order) could not be considered so as to allow these witnesses to testify at some point during the trial week.** Defendants do not see a feasible alternative for the week of January 22, considering travel as well as the need to have Dr. Senior hear Mr. O'Keefe's testimony. As to the week of February 26, Defendants will alter their trial plan so that Ms. Schaatt is not the corporate representative and will otherwise make the week of February 26 work for trial.

Dated: November 20, 2023

| | |
|---|---|
| OF COUNSEL: | /s/ Cortlan S. Hitch |
| | Kenneth L. Dorsney (#3726) |
| Jeffrey D. Dyess | Cortlan S. Hitch (#6720) |
| Paul M. Sykes | **MORRIS JAMES LLP** |
| Benn C. Wilson | 500 Delaware Avenue, Suite 1500 |
| Ashley M. Robinson | Wilmington, DE 19801 |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| 1819 Fifth Avenue North | chitch@morrisjames.com |
| Birmingham, AL 35203 | |
| Telephone: (205) 521-8000 | *Attorneys for Defendants* |
| Email: jdyess@bradley.com | *CERT Operations IV LLC,* |
| psykes@bradley.com | *CERT Operations V LLC,* |
| bcwilson@bradley.com | *CERT Operations RCB LLC,* |
| amrobinson@bradley.com | *CERT Operations II LLC,* |
| | *Senescene Energy Products, LLC,* |
| Jessica Zurlo | *Springhill Resources LLC,* |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | *Buffington Partners LLC,* |
| | *Bascobert (A) Holdings LLC,* |
| 1615 L Street NW, Ste 1350 | *Larkwood Energy LLC,* |
| Washington, D.C. 20036 | *Cottbus Associates LLC,* |
| Telephone: (202) 393-7150 | *Marquis Industrial Company, LLC,* |
| Email: jzurlo@bradley.com | *Rutledge Products, LLC* |

3

## CERTIFICATE OF SERVICE

I, Cortlan S. Hitch, hereby certify that on November 20, 2023, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

I further certify that on the same date the attached document was electronically mailed to the following person(s):

James Lennon
Peter Mazur
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiffs*

Bradley Caldwell
Jason Cassady
John Austin Curry
Justin Nemunaitis
Adrienne Dellinger
Daniel Pearson
Warren J. McCarty, III
Aisha M. Haley
Richard A. Cochrane
Caldwell Cassady Curry PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com
jnemunaitis@caldwellcc.com
adellinger@caldwellcc.com
dpearson@caldwellcc.com
wmccarty@caldwellcc.com
ahaley@caldwellcc.com
rcochrane@caldwellcc.com
midwest@caldwellcc.com

*Attorneys for Plaintiffs*

Dated: November 20, 2023       /s/ Cortlan S. Hitch
                                                  Kenneth L. Dorsney (#3726)
                                                  Cortlan S. Hitch (#6720)
                                                  MORRIS JAMES LLP
                                                  500 Delaware Avenue, Suite 1500
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 888-6800
                                                  kdorsney@morrisjames.com
                                                  chitch@morrisjames.com

                                                  *Attorneys for Defendants*
                                                  *CERT Operations IV LLC,*
                                                  *CERT Operations V LLC,*
                                                  *CERT Operations RCB LLC,*
                                                  *CERT Operations II LLC,*
                                                  *Senescence Energy Products, LLC,*
                                                  *Springhill Resources LLC,*
                                                  *Buffington Partners LLC,*
                                                  *Bascobert (A) Holdings LLC,*
                                                  *Larkwood Energy LLC,*
                                                  *Cottbus Associates LLC,*
                                                  *Marquis Industrial Company, LLC,*
                                                  *Rutledge Products, LLC*