# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 19-1334 (CJB) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) ) |
| Defendants. | ) |

## JOINT STIPULATION

In light of the Court's Oral Order at D.I. 646, Plaintiffs Midwest Energy Emissions Corp. and MES Inc. ("ME2C" or "Plaintiffs") and CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescence Energy Products LLC, Bascobert (A) Holdings LLC, Buffington Partners LLC, Larkwood Energy LLC, Rutledge Products LLC, Cottbus Associates LLC, Springhill Resources LLC, and Marquis Industrial Company LLC ("CERT Defendants" or "Defendants"), hereby file this Joint Stipulation as follows:

1.  **Deadlines for Expert Discovery and Pretrial Disclosures:**

WHEREAS, the Court has set a five-day jury trial to begin on February 26, 2024; and

WHEREAS the Court has ordered Plaintiffs to provide a supplemental damages report from Mr. Green by no later than December 11, 2023[1]; and

---

[1] The parties note that the Court's Oral Order at D.I. 646 instructed Plaintiffs to serve a supplemental damages report from Mr. Green by no later than December 11, 2024. However, the parties understand the Court's order to set the deadline for Mr. Green's supplemental report on December 11, 2023.

WHEREAS the parties to the above-captioned action have negotiated dates for exchange of any remaining expert discovery and pretrial documents in order to timely file the Joint Proposed Pretrial Order and proposed jury documents; and

WHEREAS, the proposed schedule for expert discovery and pretrial documents does not alter any deadlines set by the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, subject to the approval of the Court, that the schedule for expert discovery and pretrial exchanges is as follows:

| Events | Proposed Date |
|---|---|
| **Updated Damages Discovery** | |
| Plaintiffs to provide a Supplemental Damages Report from Mr. Green to address the AJG/DTE and Alistar settlements. | December 11, 2023 |
| Defendants serve Ms. Lawton's response to Mr. Green's supplement addressing the AJG/DTE and Alistar settlements. | December 21, 2023 |
| Plaintiffs serve reply to Ms. Lawton's response to Mr. Green's supplemental report. | January 10, 2024 |
| Deadline to complete Expert Depositions (limited to the contents of, and information reasonably related to, each Expert's supplemental reports). | January 26, 2024 |
| **Updated Pretrial Disclosures** | |
| Parties to exchange updated witness lists. | January 3, 2024 |
| Plaintiffs to serve updated Pretrial Disclosures (Pretrial Order and any Exhibits thereto) (in clean and tracked-change versions tracked to previously submitted PTO (D.I. 598) and its Exhibits). | January 10, 2024 |
| Defendants to serve responses to the updated Pretrial Disclosures (in clean and tracked-change versions tracked to previously submitted PTO (D.I. 598) and its Exhibits). | January 24, 2024 |
| Plaintiff to serve response to updated draft Pretrial Order and Exhibits exchanged on January 24, 2024. | January 31, 2024 |

| Deadline for Plaintiff to file Parties' revised Pretrial Order and Exhibits. | February 7, 2024 |
|---|---|
| Pre-Trial Conference | February 14, 2024 |
| Trial | February 26, 2024 |

**2.     Pretrial Conference:**

The parties will make themselves available for a Pretrial Conference on any of February 14, 20, or 21, 2024 at the Court's convenience, but prefer to schedule the Pretrial Conference for February 14, 2024 in person, with the ability of either Plaintiffs or Defendants to request the Pretrial Conference be held by video conference at the time scheduled by the Court depending on the issues to be addressed.

Dated: November 28, 2023

**DEVLIN LAW FIRM LLC**

/s/ James M. Lennon
James M. Lennon (No. 4570)
Peter Akawie Mazur (No. 6732)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
pmazur@devlinlawfirm.com

*Attorneys for Plaintiffs Midwest Energy Emissions Corp. and MES Inc.*

OF COUNSEL:

Bradley W. Caldwell
Texas Bar No. 24040630
Jason D. Cassady
Texas Bar No. 24045625
John Austin Curry
Texas Bar No. 24059636
Justin T. Nemunaitis
Texas Bar No. 24065815
Adrienne R. Dellinger
Texas Bar No. 24116275

**MORRIS JAMES LLP**

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

OF COUNSEL:

Jeff Dyess
Paul Sykes
Benn Wilson
Ashley M. Robinson
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jdyess@bradley.com
psykes@bradley.com
bcwilson@bradley.com
amrobinson@bradley.com

3

| | |
|---|---|
| **CALDWELL CASSADY CURRY PC**<br>2121 N. Pearl Street, Suite 1200<br>Dallas, Texas 75201<br>Phone: (214) 888-4848<br>Fax: (214) 888-4849<br>bcaldwell@caldwellcc.com<br>jcassady@caldwellcc.com<br>acurry@caldwellcc.com<br>jnemunaitis@caldwellcc.com<br>adellinger@caldwellcc.com | Jessica Zurlo<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>1615 L Street NW<br>Ste. 1350<br>Washington, D.C. 20036<br>Telephone: (202) 393-7150<br>Facsimile: (202) 347-1684<br>Email: jzurlo@bradley.com<br><br>*Attorneys for Defendants CERT Operations IV LLC, CERT Operations V LLC, CERT Operations RCB LLC, CERT Operations II LLC, Senescene Energy Products, LLC, Springhill Resources LLC, Buffington Partners LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Cottbus Associates LLC, Marquis Industrial Company, LLC, Rutledge Products, LLC* |

SO ORDERED this ___ day of November, 2023.

_____
The Honorable Christopher J. Burke