**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES Inc., | ) | |
| Plaintiffs, | ) | Case No. 1:19-cv-01334 -CJB |
| v. | ) | **JURY TRIAL DEMANDED** |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) | |
| Defendants. | ) | |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

**IT IS VERY IMPORTANT THAT YOU FOLLOW**
**THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT**
**YOUR VERDICT COMPLIES WITH THEM**

**QUESTION 1(a)**

Have Plaintiffs proven by a preponderance of the evidence that any Defendant listed below is liable for **inducing infringement** of any asserted claim of the '114 Patent by a power plant?

Complete the table below, writing "**YES**" or "**NO**" for each Defendant and each claim:

| | **Has ME2C proven by a preponderance of the evidence that the Defendant induced infringement of the '114 Patent?**<br><br>"**YES**" is a finding for **ME2C**.<br><br>"**NO**" is a finding for that specific **Defendant**. |
|---|---|

| **Defendant** | **Claim 25** | **Claim 26** |
|---|---|---|
| CERT Operations RCB LLC | YES | YES |
| Senescence Energy Products LLC | YES | YES |
| Bascobert (A) Holdings LLC | YES | YES |
| Larkwood Energy LLC | YES | YES |
| Rutledge Products LLC | YES | YES |
| Cottbus Associates LLC | YES | YES |
| CERT Operations II LLC | YES | YES |
| Marquis Industrial Company LLC | YES | YES |
| CERT Operations IV LLC | YES | YES |
| Springhill Resources LLC | YES | YES |
| CERT Operations V LLC | YES | YES |
| Buffington Partners LLC | YES | YES |

**QUESTION 1(b)**

Have Plaintiffs proven by a preponderance of the evidence that any Defendant listed below is liable for **inducing infringement** of any asserted claim of the '517 Patent by a power plant?

Complete the table below, writing "**YES**" or "**NO**" for each Defendant and each claim:

| | **Has ME2C proven by a preponderance of the evidence that the Defendant induced infringement of the '517 Patent?**<br><br>"**YES**" is a finding for **ME2C**.<br><br>"**NO**" is a finding for that specific **Defendant**. |
|---|---|

| **Defendant** | **Claim 1** | **Claim 2** |
|---|---|---|
| CERT Operations RCB LLC | YES | YES |
| Senescence Energy Products LLC | YES | YES |
| Bascobert (A) Holdings LLC | YES | YES |
| Larkwood Energy LLC | YES | YES |
| Rutledge Products LLC | YES | YES |
| Cottbus Associates LLC | YES | YES |
| CERT Operations II LLC | YES | YES |
| Marquis Industrial Company LLC | YES | YES |
| CERT Operations IV LLC | YES | YES |
| Springhill Resources LLC | YES | YES |
| CERT Operations V LLC | YES | YES |
| Buffington Partners LLC | YES | YES |

**QUESTION 2(a)**

Have Plaintiffs proven by a preponderance of the evidence that any Defendant listed below is liable for **contributory infringement** of any asserted claim of the '114 Patent by a power plant?

Complete the table below, writing "**YES**" or "**NO**" for each Defendant and each claim:

| | **Has ME2C proven by a preponderance of the evidence that the Defendant contributed to infringement of the '114 Patent?**<br><br>"**YES**" is a finding for **ME2C**.<br><br>"**NO**" is a finding for that specific **Defendant**. |
|---|---|

| **Defendant** | **Claim 25** | **Claim 26** |
|---|---|---|
| Senescence Energy Products LLC | YES | YES |
| Bascobert (A) Holdings LLC | YES | YES |
| Larkwood Energy LLC | YES | YES |
| Rutledge Products LLC | YES | YES |
| Cottbus Associates LLC | YES | YES |
| Marquis Industrial Company LLC | YES | YES |
| Springhill Resources LLC | YES | YES |
| Buffington Partners LLC | YES | YES |

**QUESTION 2(b)**

Have Plaintiffs proven by a preponderance of the evidence that any Defendant listed below is liable for **contributory infringement** of any asserted claim of the '517 Patent by a power plant?

Complete the table below, writing "**YES**" or "**NO**" for each Defendant and each claim:

| | **Has ME2C proven by a preponderance of the evidence that the Defendant contributed to infringement of the '517 Patent?**<br><br>"**YES**" is a finding for **ME2C**.<br><br>"**NO**" is a finding for that specific **Defendant**. |
|---|---|

| **Defendant** | **Claim 25** | **Claim 26** |
|---|---|---|
| Senescence Energy Products LLC | YES | YES |
| Bascobert (A) Holdings LLC | YES | YES |
| Larkwood Energy LLC | YES | YES |
| Rutledge Products LLC | YES | YES |
| Cottbus Associates LLC | YES | YES |
| Marquis Industrial Company LLC | YES | YES |
| Springhill Resources LLC | YES | YES |
| Buffington Partners LLC | YES | YES |

**Answer Questions 3 and 4 ONLY if you have found using questions 1–2 that at least one Defendant has infringed at least one claim.**

**QUESTION 3**

For each Defendant that you found to infringe at least one claim, have Plaintiffs proven by a preponderance of the evidence that such Defendant's infringement was **willful**?

Answer this Question **ONLY** for Defendants that you have already found to infringe at least one claim.

**"YES"** is a finding for **ME2C.**

**"NO"** is a finding for that specific **Defendant.**

| **Defendant** | **Has ME2C proven by a preponderance of the evidence that the Defendant willfully infringed?**<br><br>**"YES"** is a finding for **ME2C.**<br><br>**"NO"** is a finding for that specific **Defendant.** |
|---|---|
| CERT Operations RCB LLC | YES |
| Senescence Energy Products LLC | YES |
| Bascobert (A) Holdings LLC | YES |
| Larkwood Energy LLC | YES |
| Rutledge Products LLC | YES |
| Cottbus Associates LLC | YES |
| CERT Operations II LLC | YES |
| Marquis Industrial Company LLC | YES |
| CERT Operations IV LLC | YES |
| Springhill Resources LLC | YES |

| | |
|---|---|
| CERT Operations V LLC | YES |
| Buffington Partners LLC | YES |

**QUESTION 4**

For each Defendant that you found to infringe at least one claim, what is the amount of money that Plaintiffs have proven by a preponderance of the evidence would compensate Plaintiffs for such Defendant's infringement?

For each Defendant that has infringed at least one patent claim, state the amount of damages in United States dollars and cents.

| Defendant | Amount |
|---|---|
| CERT Operations RCB LLC | 35,341,918 |
| Senescence Energy Products LLC | 2,129,349 |
| Bascobert (A) Holdings LLC | 1,296,829 |
| Larkwood Energy LLC | 20,017,888 |
| Rutledge Products LLC | 615,338 |
| Cottbus Associates LLC | 11,282,514 |
| CERT Operations II LLC | 11,119,113 |
| Marquis Industrial Company LLC | 11,119,113 |
| CERT Operations IV LLC | 447,025 |
| Springhill Resources LLC | 447,025 |
| CERT Operations V LLC | 10,173,949 |
| Buffington Partners LLC | 10,173,949 |

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 1 day of March, 2024.

[redacted]

Jury Foreperson