IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-1334-CJB |

**ORDER**

At Wilmington, Delaware this **8th day of July, 2025**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that CERT Defendants' Motion to Dismiss Plaintiff MES Inc. pursuant to Federal Rule of Civil Procedure 12(b)(1), and to Alter or Amend Judgments pursuant to Federal Rule of Civil Procedure 59(e), (D.I. 716), is GRANTED. Plaintiff MES Inc. is dismissed as a plaintiff to this action. Amended non-final judgments consistent with this Order shall be entered.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE