IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIDWEST ENERGY EMISSIONS CORP. and MES INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR J. GALLAGHER & CO., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 19-1334-CJB ) ) ) ) ) |

## ORDER

At Wilmington, Delaware this **25th day of September, 2025**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that the CERT Defendants' Motion for Judgment as a Matter of Law of No Induced Infringement, No Contributory Infringement, and No Willful Infringement as to Plaintiffs' Claims for Infringement of the '114 and '517 patents, (D.I. 718), is DENIED.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE