**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIDWEST ENERGY EMISSIONS CORP.<br>and MES Inc., | ) ) ) | |
| | ) | C.A. No. 19-1334 (CJB) |
| Plaintiffs, | ) ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ARTHUR J. GALLAGHER & CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court having held a jury trial and the jury having rendered a unanimous verdict on

March 1, 2024, (*see* D.I. 692), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure,

the Court hereby **ENTERS JUDGMENT** as follows:

1.      Judgment is hereby entered in favor of Plaintiff Midwest Energy Emissions Corp.

("Plaintiff") and against Defendants CERT Operations RCB LLC, Senescence Energy Products

LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC, Rutledge Products LLC, Cottbus

Associates LLC, CERT Operations II LLC, Marquis Industrial Company LLC, CERT

Operations IV LLC, Springhill Resources LLC, CERT Operations V LLC, and Buffington

Partners LLC  (collectively, "CERT") that CERT induced infringement of claims 25 and 26 of

U.S. Patent No. 10,343,114 and claims 1 and 2 of U.S. Patent No. 10,596,517;

2.      Judgment is hereby entered in favor of Plaintiff and against Defendants

Senescence Energy Products LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC,

Rutledge Products LLC, Cottbus Associates LLC, Marquis Industrial Company LLC, Springhill

Resources LLC, and Buffington Partners LLC that these specific Defendants contributed to

infringement of claims 25 and 26 of U.S. Patent No. 10,343,114 and claims 1 and 2 of U.S.

Patent No. 10,596,517;

3.    Judgment is hereby entered in favor of Plaintiff and against CERT that CERT willfully infringed claims 25 and 26 of U.S. Patent No. 10,343,114 and claims 1 and 2 of U.S. Patent No. 10,596,517;

4.    Judgment is hereby entered in favor of Plaintiff and against CERT that all claims of U.S. Patent Nos. 10,343,114 and 10,596,517 are not invalid; and

5.    Judgment is hereby entered in favor of Plaintiff and against CERT for damages in the amounts provided below, plus pre-judgment interest compounded quarterly at the prime rate (see D.I. 795 at 19):

| Defendants | Jury Award | Pre-Judgment Interest (through 12/23/2025) | Total (through 12/23/2025) |
|---|---|---|---|
| **Group 1**: CERT Operations RCB LLC, Senescence Energy Products LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC Rutledge Products LLC, and Cottbus Associates LLC, subject to the allocations described below, for the total amount of: | **Total Amount:** $35,341,918 | **Total Amount:** $13,197,914.22 | **Total Amount:** $48,539,832.22 |
| CERT Operations RCB LLC, for the amount of: | $35,341,918 | $13,197,914.22 | $48,539,832.22 |
| Senescence Energy Products LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of the jury award and prejudgment interest in the amount of: | $2,129,349 | $778,125.43 | $2,907,474.43 |
| Bascobert (A) Holdings LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of the jury award and prejudgment interest in the amount of: | $1,296,829 | $514,898.29 | $1,811,727.29 |
| Larkwood Energy LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion | $20,017,888 | $7,455,787.86 | $27,473,675.86 |

2

| | | | |
|---|---|---|---|
| of the jury award and prejudgment interest in the amount of: | | | |
| Rutledge Products LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of the jury award and prejudgment interest in the amount of: | $615,338 | $223,851.95 | $839,189.95 |
| Cottbus Associates LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of the jury award and prejudgment interest in the amount of: | $11,282,514 | $4,225,250.69 | $15,507,764.69 |
| **Group 2**: CERT Operations II LLC Jointly and Severally Liable with Marquis Industrial Company LLC, for the total amount of: | $11,119,113 | $4,175,270.39 | $15,294,383.39 |
| | | | |
| **Group 3**: CERT Operations IV LLC Jointly and Severally Liable with Springhill Resources LLC, for the total amount of: | $447,025 | $176,433.93 | $623,458.93 |
| | | | |
| **Group 4**: CERT Operations V LLC Jointly and Severally Liable with Buffington Partners LLC, for the total amount of: | $10,173,949 | $3,765,533.51 | $13,939,482.51 |
| | | | |

6.    Additionally, judgment is hereby entered that, pursuant to 28 U.S.C. § 1961(a), Plaintiff is entitled to post-judgment interest from CERT applicable to all sums awarded herein, at the weekly average one-year constant maturity Treasury yield beginning on the date that this Judgment is entered and ending on the day upon which CERT satisfied the Court's Final Judgment (*see* D.I. 795 at 20). Post-judgment interest shall accrue in the daily amounts listed below:

3

| Defendants | Post-Judgment Interest – Daily Accrual |
|---|---|
| **Group 1**: CERT Operations RCB LLC,  Senescence Energy Products LLC, Bascobert (A) Holdings LLC, Larkwood Energy LLC Rutledge Products LLC, and Cottbus Associates LLC, subject to the allocations described below, for the total amount of: | **Total Amount:** $4,667.80 |
| CERT Operations RCB LLC, for the amount of: | $4,667.80 |
| Senescence Energy Products LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of post-judgment interest daily accrual in the amount of: | $279.60 |
| Bascobert (A) Holdings LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of post-judgment interest daily accrual in the amount of: | $174.22 |
| Larkwood Energy LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of post-judgment interest daily accrual in the amount of: | $2,641.99 |
| Rutledge Products LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of post-judgment interest daily accrual in the amount of: | $80.70 |
| Cottbus Associates LLC, jointly and severally liable with CERT Operations RCB LLC, but only for an allocated portion of post-judgment interest daily accrual in the amount of: | $1,491.29 |
| **Group 2**: CERT Operations II LLC Jointly and Severally Liable with Marquis Industrial Company LLC, for the total amount of: | $1,470.77 |
|  |  |
| **Group 3**: CERT Operations IV LLC Jointly and Severally Liable with Springhill Resources LLC, for the total amount of: | $59.95 |
|  |  |

4

| Group 4: CERT Operations V LLC Jointly and Severally Liable with Buffington Partners LLC, for the total amount of: | $1,340.48 |
|---|---|
| | |

7.      Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Plaintiff is the prevailing party in this case and shall recover its costs from CERT. Plaintiff is directed to file its bill of costs pursuant to D. Del. Local Rule 54.1(a) within 14 days after the time for appeal has expired or within 14 days after the issuance of the mandate of the appellate court.

8.      Any request for attorneys' fees pursuant to 35 U.S.C. § 285 shall be filed no later than 21 days following issuance of a mandate after any appeal, or, if no party files an appeal, 21 days after the expiration of the time to file a notice of appeal.

9.      All other requests for relief now pending and requested by either party but not specifically addressed herein are DENIED. The Clerk of Court is directed to CLOSE this case.

Dated: 12/29/2025

_____
Magistrate Judge Christopher J. Burke

5